1  JULIAN HAMMOND (SBN 268489)
   jhammond@hammondlawpc.com
2  POLINA BRANDLER (SBN 269086)
   pbrandler@hammondlawpc.com
3  ARI CHERNIAK (SBN 290071)
   acherniak@hammondlaw.com
4  HAMMONDLAW, P.C.
   1829 Reisterstown Rd. Suite 410
5  Baltimore, MD 21208
   Tel:  (310) 601-6766
6  Fax:  (310) 295-2385

7  LAURA L. HO (SBN 173179)
   lho@gbdhlegal.com
8  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
9  Oakland, CA 94612
   Tel:  (510) 763-9800
10 Fax: (510) 835-1417

11 Attorneys for Plaintiff and Putative Class

12

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 STEVEN BREAUX, individually and on behalf of all other similar situated individuals, | Case No.: 3:19-cv-00717 |
| 17      Plaintiff, | **PROOF OF SERVICE** |
| 18 vs. | |
| 19 ACCREDITED SURETY AND CASUALTY COMPANY, AEGIS SECURITY INSURANCE COMPANY, ALLEGHENY CASUALTY COMPANY, AMERICAN CONTRACTORS INDEMNITY COMPANY, AMERICAN SURETY COMPANY, ASSOCIATED BOND AND INSURANCE AGENCY, INC., BANKERS AGENCY, INC., BANKERS INSURANCE COMPANY, BOND SAFEGUARD INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY, DANIELSON NATIONAL INSURANCE COMPANY, FINANCIAL CASUALTY & SURETY, INC., HARCO NATIONAL INSURANCE COMPANY, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, INTERNATIONAL FIDELITY INSURANCE COMPANY, LEXINGTON NATIONAL INSURANCE CORPORATION, LEXON INSURANCE | |

20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | COMPANY, NATIONAL AMERICAN INSURANCE COMPANY, NORTH RIVER |
| 2 | INSURANCE COMPANY, PHILADELPHIA REINSURANCE CORPORATION, SAFETY |
| 3 | FIRST INSURANCE COMPANY, SEAVIEW INSURANCE COMPANY, SENECA |
| 4 | INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE |
| 5 | COMPANY, SUN SURETY INSURANCE COMPANY, UNITED STATES FIRE |
| 6 | INSURANCE COMPANY, UNIVERSAL FIRE & INSURANCE COMPANY, CONTINENTAL |
| 7 | HERITAGE INSURANCE COMPANY, WILLIAMSBURG NATIONAL INSURANCE |
| 8 | COMPANY, TWO JINN, INC., AMERICAN BAIL COALITION, INC., CALIFORNIA BAIL |
| 9 | AGENTS ASSOCIATION, AND GOLDEN STATE BAIL AGENTS ASSOCIATION, AND |
| 10 | DOES 1-100, |
| 11 |      Defendants. |

## PROOF OF SERVICE

I, Ari Cherniak, declare:

I am over the age of eighteen years and not a party to the within entitled action.

My business address is 1829 Reisterstown Rd., Suite 410, Baltimore, MD, 21208.

On today's date, I served the following documents:

1. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**By CM/ECF**: by transmitting electronically the documents listed above to the electronic case filing system on this date. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 19, 2019.


By:  /s/ Ari Cherniak
         Ari Cherniak

Proof Of Service