UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BREAUX,<br><br>    Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00717-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 8 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 22, 2019 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due May 13, 2019 by 5:00 P.M.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 21, 2019

          Susan Y. Soong
          Clerk, United States District Court

          By: _____
          William Noble, Deputy Clerk to the
          Honorable JON S. TIGAR
          415-522-2036