1  Dean Harvey (State Bar No. 250298)
   dharvey@lchb.com
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA  94111-3339
   Telephone: 415.956.1000
4  Facsimile: 415.956.1008

5  [*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No.  3:19-cv-00717-JST<br><br>**SHONETTA CRAIN AND KIRA SERNA'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13 AND NOTICE OF RELATED CASE PURSUANT TO <u>CALIFORNIA RULE OF COURT 3.300(D)</u>** |

1    Plaintiffs Shonetta Crain and Kira Serna ("State Plaintiffs") file this Notice to inform the
Court and all parties of record of the pendency of another action in state court which overlaps
with this action, pursuant to California Rule of Court 3.300(d) and Local Civil Rule 3-13(a).

## I. INTRODUCTION

The State Plaintiffs are plaintiffs in a nearly identical action already pending in Alameda County Superior Court. *See Crain et al. v. Accredited Surety & Ins. Co., et al.*, Case No. RG19004509 (Cal. Super. Ct. Alameda) ("State Action") (filed January 29, 2019). State Plaintiffs therefore file this notice, as required by Local Civil Rule 3-13(a) and California Rule of Court 3.300(d),[1] to advise the Court of the State Action. Both actions allege the same conspiracy among bail bond companies and sureties to artificially increase the prices of bail bonds in California. Because of the nearly identical allegations and claims in the two cases, State Plaintiffs respectfully submit that "proceedings should be coordinated to avoid conflicts, conserve resources and promote an efficient determination of the action[s]." Local Civ. R. 3-13(b)(3)(C). Further, as explained below, this Court lacks subject matter jurisdiction over the Federal Action. As a result, State Plaintiffs may seek to intervene in this action at an appropriate time.

## II. THE RELATED ACTIONS

The State Plaintiffs filed their Complaint in Alameda County Superior Court on January 29, 2019 (attached hereto as Exhibit B). This Federal Action was initiated ten days later, on February 8, 2019. (*See* Dkt. 1.) The State and Federal Actions are essentially identical. Both allege that defendants, bail bond companies and sureties, conspired to restrain competition over bail bonds, requiring hundreds of thousands of Californians to pay more than they otherwise would have to release themselves or others from pre-trial detention in California's criminal justice system. Both actions assert claims for violation of two California statutes, the Cartwright Act, Cal. Bus. & Prof. Code § 16720, and Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, and seek similar damages and injunctive relief. The actions also name the same defendants: the

---

[1] Attached as Exhibit A is a copy of the notice of related case pursuant to California Rule of Court 3.300(d) filed by State Plaintiffs in the State Action on February 22, 2019.

State Action asserts claims against 32 companies[2] and two individuals, Jerry Watson and William Carmichael, while the Federal Action names the same 32 companies but not the individual defendants. Both actions seek to represent proposed classes of purchasers of California bail bonds between 2004 and the present. The two proposed classes differ only in that (1) the State Action limits the purchase of bail bonds to those for California state court criminal proceedings, while the Federal Action appears to include in the proposed class persons who paid for surety bonds in federal criminal court in California (notwithstanding that the complaint does not include any allegations about bail bonds in federal criminal proceedings), *compare* State Action Compl. ¶ 49 (limiting class to "a commercial bail bond premium [purchased] in connection with a California state court criminal proceeding") *with* Federal Action Compl. ¶ 127 (including any "commercial bail bond . . . in California"), and (2) the Federal Action is limited to "Plaintiffs and all other individuals *in California*," Federal Action Compl. ¶ 127 (emphasis added), while the State Action does not include a geographic limitation.

The State Action is pending before Judge Seligman in Alameda County Superior Court. Summons have been served on all defendants, pending return of signed notices of acknowledgment. With the complaint, State Plaintiffs also served all Defendants with a detailed preservation letter. State Plaintiffs propounded written discovery on two individual defendants on February 20, 2019. The same written discovery will be served on all other defendants shortly. *See* Cal. Civ. Code Proc. § 2031.020(b). A Complex Case Determination hearing is scheduled for March 12, 2019, and a Case Management Conference and motion for appointment of interim

---

[2] The Corporate Defendants are: Accredited Surety and Casualty Company, Aegis Security Insurance Company, Allegheny Casualty Company, American Contractors Indemnity Company, American Surety Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Bond Safeguard Insurance Company, Crum & Forster Indemnity Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Harco National Insurance Company, Indiana Lumbermens Mutual Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, Lexon Insurance Company, National American Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Safety First Insurance Company, Seaview Insurance Company, Seneca Insurance Company, Stillwater Property and Casualty Insurance Company, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Insurance Company, Continental Heritage Insurance Company, Williamsburg National Insurance Company, All-pro Bail Bonds Inc., Two Jinn, Inc., American Bail Coalition, Inc., California Bail Agents Association, and the Golden State Bail Agents Association.

class counsel are scheduled for April 23, 2019. In the Federal Action, the Court set a Case Management Conference for May 22, 2019. (Dkt. 9.)

### III. SUBJECT-MATTER JURISDICTION

The State Plaintiffs filed in California Superior Court because there is no federal subject matter jurisdiction under the "local controversy" exception to the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1332(d)(4)(A) and State Action Compl. (Ex. A) ¶ 8. Federal Plaintiffs, by contrast, claim this Court's subject matter jurisdiction under CAFA. *See* 28 U.S.C. §§ 1332(d)(2), (d)(5) and Federal Action Compl. ¶ 7.[3]

If the State Action is removed to federal court and related to this case, the State Plaintiffs intend to move for remand based on a lack of subject matter jurisdiction because at least two-thirds of proposed class members are California citizens, significant relief is sought from at least one Defendant who is a California citizen and whose conduct forms a significant basis for the claims asserted, and the principal injuries resulting from the alleged conduct were incurred in California. *See* 28 U.S.C. § 1332(d)(4)(A) and State Action Compl. ¶ 8. The lack of subject matter jurisdiction is even clearer in the Federal Action, because it explicitly limits potential class members to persons "in California." Federal Action Compl. ¶ 127.

If no Defendant in the State Action removes that case, State Plaintiffs will likely seek this Court's permission to intervene in the Federal Action pursuant to Federal Rule of Civil Procedure 24 in order to seek a stay of this case pending resolution of the State Action. State Plaintiffs would argue that this Federal Action should be stayed "to avoid conflicts, conserve resources and promote an efficient determination of the action." Local Civ. R. 3-13(b)(3)(C). A stay of the Federal Action in favor of the first-filed State Action would be necessary to avoid duplicative litigation, the potential for conflicting rulings, and wasted court and party resources. *See*, *e.g.*, *Garcia v. Citigroup, Inc.*, Case No. 11-cv-00692-JF (PSG), 2011 WL 3759944, at *1-2 (N.D. Cal. Aug. 25, 2011) (staying class action in federal court where "substantially similar" class action was pending in state court); *Aurionpro Solutions, Inc. v. Saicon Consultants, Inc.*, Case No. 17-

---

[3] The Federal Plaintiffs also plead supplemental jurisdiction under 28 U.S.C. § 1367(a), *see* Federal Action Compl. ¶ 7, but do not assert any federal claims subject to original jurisdiction.

cv-01951-EMC, 2018 WL 4191494, at *2 (concluding that "a stay of proceedings . . . pending a final judgment in the state court proceeding will promote judicial economy" because "[t]he issues raised in the instant case will all be addressed in the state court proceeding"). California also has an interest in adjudicating state law claims relating to bail bonds in its criminal courts. *See Government Employees Ins. Co. v. Dizol*, 133 F.3d 1220, 1225 (9th Cir. 1998) ("The district court should avoid needless determination of state law issues . . . . If there are parallel state proceedings involving the same issues and parties pending at the time the federal declaratory action is filed, there is a presumption that the entire suit should be heard in state court.").

## IV. CONCLUSION

In addition to providing this Notice, State Plaintiffs stand ready to submit additional briefing on these issues, provide updates regarding the status of the State Action, or appear at case management conferences in the Federal Action.

Dated: February 22, 2019

Respectfully submitted,

By: */s/ Dean M. Harvey*

Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

Benjamin David Elga (*pro hac vice* motion forthcoming)
Brian James Shearer (*pro hac vice* motion forthcoming)
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Telephone:     (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

Stephanie Carroll (SBN 263698)
Nisha Kashyap (SBN 301934)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California, 90005
Telephone:     (213) 385-2977
Facsimile:     (213) 201-4722
scarroll@publiccounsel.org
nkashyap@publiccounsel.org

Stuart T. Rossman (*pro hac vice* motion forthcoming) (B.B.O. 430640)
Brian Highsmith (*pro hac vice* motion forthcoming)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110-1245
Telephone:     (617) 542-8010
Facsimile:     (617) 542-8028
srossman@nclc.org
bhighsmith@nclc.org

David Seligman (*pro hac vice* motion forthcoming)
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Telephone:     (720) 441-2236
Facsimile:     (303) 957-2289
david@towardsjustice.org

# PROOF OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, 29th Floor, San Francisco, CA 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 22, 2019, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**SHONETTA CRAIN AND KIRA SERNA'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13 AND NOTICE OF RELATED CASE PURSUANT TO CALIFORNIA RULE OF COURT 3.300(d); and EXHIBITS**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Accredited Surety and Casualty Company<br>c/o: Cogency Global, Inc.<br>1325 J Street, Suite 1550<br>Sacramento, CA 95814 | Aegis Security Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| All-Pro Bail Bonds Inc.<br>c/o: Steffan Gibbs<br>512 Via De La Valle, Suite 301<br>Solana Beach, CA 92075 | American Bail Coalition, Inc.<br>c/o: 485 Chestnut Street<br>Meadville, PA 18335 |
| American Contractors Indemnity Company<br>c/o: Anna Noveman<br>801 Figueroa Street, Suite 700<br>Los Angeles, CA 9001 | American Surety Company<br>c/o: John Sebastinelli<br>455 Market Street, Suite 1420<br>San Francisco, CA 94105 |
| Associated Bond and Insurance Agency, Inc.<br>c/o: Brian Nairin<br>26560 Agoura Road, STE 100<br>Calabasas, CA 91302-2015 | Bankers Insurance Company<br>c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| Bond Safeguard Insurance Company<br>c/o: CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, 150N<br>Sacramento, CA 95833 | California Bail Agents Association<br>c/o: Gloria Mitchell<br>359 W Mission Blvd.<br>Pomona, CA 91766 |

| | |
|---|---|
| Continental Heritage Insurance Company<br>c/o: Nancy Flores<br>818 W. 7th Street<br>Los Angeles, CA 9001 | Crum & Forster Indemnity Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road, Suite 550<br>Orange, CA 92868 |
| Danielson National Insurance Company<br>c/o: CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Financial Casualty & Surety, Inc.<br>c/o: Karissa Lowry<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 |
| Golden State Bail Agents Association<br>c/o: Albert W. Ramirez<br>1230 M ST<br>Fresno, CA 93721 | Harco National Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| Indiana Lumbermen's Mutual Insurance Company<br>c/o: Richard Orozco<br>1220 S Street<br>Sacramento, CA 95811 | International Fidelity Insurance Company<br>c/o: Dorothy O'Connor-Manson<br>2999 Oak Road, Suite 820<br>Walnut Creek, CA 94597 |
| Lexington National Insurance Corporation<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 | Lexon Insurance Company<br>c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, 150N<br>Sacramento, CA 95833 |
| National American Insurance Company of California<br>c/o: CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | North River Insurance Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road, Suite 550<br>Orange, CA 92868 |
| Philadelphia Reinsurance Corporation<br>c/o: Kieran Anthony Sweeney<br>350 10th Avenue, Suite 1450<br>San Diego, CA 92101 | Safety First Insurance Company<br>c/o: Safety First - Vivian Imperial<br>818 W. 7th Street<br>Los Angeles, CA 90017 |

| | |
|---|---|
| Seaview Insurance Company<br>c/o: Allison Sterett<br>1000 Aviara Parkway, Suite 300<br>Carlsbad, CA 92011 | Seneca Insurance Company<br>c/o: Roger McNitt<br>Blanchard Krasner & French<br>800 Silverado Street<br>La Jolla, CA 92037 |
| Stillwater Property and Casualty Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 | Sun Surety Insurance Company<br>c/o: Suh Choi<br>Barger & Wolen<br>633 W 5th Street, 46th Floor<br>Los Angeles, CA 90071 |
| Two Jinn, Inc.<br>c/o: Peter Botz<br>1000 Aviara Parkway, Suite 300<br>Carlsbad, CA 92011 | United States Fire Insurance Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road, Suite 550<br>Orange, CA 92868 |
| Universal Fire & Casualty Insurance Company<br>c/o: Patricia Laura Taylor<br>45100 Yucca Avenue<br>Lancaster, CA 93534 | Williamsburg National Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| William B. Carmichael<br>7960 N. Pennsylvania Street<br>Indianapolis, IN 46240-2533 | Jerry Watson<br>4532 Falkirk Bay<br>Oxnard, CA 93035-3705 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 22, 2019, at San Francisco, California.

Ellison Lee