# EXHIBIT A

| | |
|---|---|
| Dean M. Harvey (SBN 250298)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>dharvey@lchb.com | Benjamin Elga (*pro hac vice* motion forthcoming)<br>JUSTICE CATALYST LAW<br>25 Broadway, 9th Floor<br>New York, NY 10004<br>Telephone: (518) 732-6703<br>belga@justicecatalyst.org |
| Stephanie Carroll (SBN 263698)<br>PUBLIC COUNSEL<br>610 South Ardmore Avenue<br>Los Angeles, California, 90005<br>Telephone: (213) 385-2977<br>Facsimile: (213) 201-4722<br>scarroll@publiccounsel.org | Stuart Rossman (*pro hac vice* motion forthcoming) (B.B.O. No. 430640)<br>NATIONAL CONSUMER LAW CENTER<br>7 Winthrop Square, Fourth Floor<br>Boston, MA 02110-1245<br>Telephone: (617) 542-8010<br>Facsimile: (617) 542-8028<br>srossman@nclc.org |
| David Seligman (*pro hac vice* motion forthcoming)<br>TOWARDS JUSTICE<br>1410 High Street, Suite 300<br>Denver, CO, 80218<br>Telephone: (720) 441-2236<br>Facsimile: (303) 957-2289<br>david@towardsjustice.org | |

ENDORSED FILED ALAMEDA COUNTY
FEB 2 2 2019
CLERK OF THE SUPERIOR COURT
By ERICA BAKER, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, *individually and behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. RG19004509<br><br>**PLAINTIFFS' NOTICE OF RELATED CASE** |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND INTERESTED NON-PARTIES:** Notice is hereby given pursuant to California Rule of Court 3.300(b) of a related, subsequently-filed case now pending in the United States District Court for the Northern District of California. *See Breaux v. Accredited Surety & Cas. Co., et al.*, Case No. 3:19-cv-717-TSH (N.D. Cal.) ("Federal Action"), filed on February 8, 2019. A copy of the Federal Action

1695922.1

1

complaint is attached as Exhibit A to the Declaration of Dean M. Harvey in support of Plaintiffs' concurrently-filed application for appointment of interim class counsel. This case (the "State Action") is the first-filed case, initiated on January 29, 2019. The cases are related because they involve the same parties and are based on the same or similar claims, arise from the same or substantially identical transactions, and would require substantial duplication of judicial resources if heard by different judges. *See* Cal. Rules of Ct., Rule 3.300(a)(1),(2),(4). A copy of this notice will also be filed in the Federal Action. *See* Cal. Rules of Ct., Rule 3.300(d).

Dated: February 22, 2019

Respectfully submitted,

By: /s/

Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

Benjamin David Elga (*pro hac vice* motion forthcoming)
Brian James Shearer (*pro hac vice* motion forthcoming)
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

Stephanie Carroll (SBN 263698)
Nisha Kashyap (SBN 301934)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California, 90005
Telephone: (213) 385-2977
Facsimile: (213) 201-4722
scarroll@publiccounsel.org
nkashyap@publiccounsel.org

Stuart T. Rossman (*pro hac vice* motion forthcoming) (B.B.O. No. 430640)
Brian Highsmith (*pro hac vice* motion forthcoming)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110-1245
Telephone: (617) 542-8010
Facsimile: (617) 542-8028
srossman@nclc.org
bhighsmith@nclc.org

David Seligman (*pro hac vice* motion forthcoming)
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org

## PROOF OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, 29th Floor, San Francisco, CA 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 22, 2019, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**1. PLAINTIFFS' NOTICE OF RELATED CASE**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Accredited Surety and Casualty Company<br>c/o: Cogency Global, Inc.<br>1325 J Street, Suite 1550<br>Sacramento, CA 95814 | Aegis Security Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| All-Pro Bail Bonds Inc.<br>c/o: Steffan Gibbs<br>512 Via De La Valle, Suite 301<br>Solana Beach, CA 92075 | American Bail Coalition, Inc.<br>c/o: 485 Chestnut Street<br>Meadville, PA 18335 |
| American Contractors Indemnity Company<br>c/o: Anna Noveman<br>801 Figueroa Street, Suite 700<br>Los Angeles, CA 9001 | American Surety Company<br>c/o: John Sebastinelli<br>455 Market Street, Suite 1420<br>San Francisco, CA 94105 |
| Associated Bond and Insurance Agency, Inc.<br>c/o: Brian Nairin<br>26560 Agoura Road, STE 100<br>Calabasas, CA 91302-2015 | Bankers Insurance Company<br>c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| Bond Safeguard Insurance Company<br>c/o: CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, 150N<br>Sacramento, CA 95833 | California Bail Agents Association<br>c/o: Gloria Mitchell<br>359 W Mission Blvd.<br>Pomona, CA 91766 |

| | |
|---|---|
| Continental Heritage Insurance Company<br>c/o: Nancy Flores<br>818 W. 7th Street<br>Los Angeles, CA 9001 | Crum & Forster Indemnity Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road, Suite 550<br>Orange, CA 92868 |
| Danielson National Insurance Company<br>c/o: CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Financial Casualty & Surety, Inc.<br>c/o: Karissa Lowry<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 |
| Golden State Bail Agents Association<br>c/o: Albert W. Ramirez<br>1230 M ST<br>Fresno, CA 93721 | Harco National Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| Indiana Lumbermen's Mutual Insurance Company<br>c/o: Richard Orozco<br>1220 S Street<br>Sacramento, CA 95811 | International Fidelity Insurance Company<br>c/o: Dorothy O'Connor-Manson<br>2999 Oak Road, Suite 820<br>Walnut Creek, CA 94597 |
| Lexington National Insurance Corporation<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 | Lexon Insurance Company<br>c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, 150N<br>Sacramento, CA 95833 |
| National American Insurance Company of California<br>c/o: CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | North River Insurance Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road, Suite 550<br>Orange, CA 92868 |
| Philadelphia Reinsurance Corporation<br>c/o: Kieran Anthony Sweeney<br>350 10th Avenue, Suite 1450<br>San Diego, CA 92101 | Safety First Insurance Company<br>c/o: Safety First - Vivian Imperial<br>818 W. 7th Street<br>Los Angeles, CA 90017 |

| | |
|---|---|
| Seaview Insurance Company<br>c/o: Allison Sterett<br>1000 Aviara Parkway, Suite 300<br>Carlsbad, CA 92011 | Seneca Insurance Company<br>c/o: Roger McNitt<br>Blanchard Krasner & French<br>800 Silverado Street<br>La Jolla, CA 92037 |
| Stillwater Property and Casualty Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 | Sun Surety Insurance Company<br>c/o: Suh Choi<br>Barger & Wolen<br>633 W 5th Street, 46th Floor<br>Los Angeles, CA 90071 |
| Two Jinn, Inc.<br>c/o: Peter Botz<br>1000 Aviara Parkway, Suite 300<br>Carlsbad, CA 92011 | United States Fire Insurance Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road, Suite 550<br>Orange, CA 92868 |
| Universal Fire & Casualty Insurance Company<br>c/o: Patricia Laura Taylor<br>45100 Yucca Avenue<br>Lancaster, CA 93534 | Williamsburg National Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| William B. Carmichael<br>7960 N. Pennsylvania Street<br>Indianapolis, IN 46240-2533 | Jerry Watson<br>4532 Falkirk Bay<br>Oxnard, CA 93035-3705 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 22, 2019, at San Francisco, California.

_____
Ellison Lee