COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, AEGIS SECURITY INSURANCE COMPANY, ALLEGHENY CASUALTY COMPANY, AMERICAN CONTRACTORS INDEMNITY COMPANY, AMERICAN SURETY COMPANY, ASSOCIATED BOND AND INSURANCE AGENCY, INC., BANKERS AGENCY, INC., BANKERS INSURANCE COMPANY, BOND SAFEGUARD INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY, DANIELSON NATIONAL INSURANCE COMPANY, FINANCIAL CASUALTY & SURETY, INC., HARCO NATIONAL INSURANCE COMPANY, INDIANA | Case No. 3:19-cv-00717-JST<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>LOCAL RULE 3-12<br><br>Judge: Jon S. Tigar |

| | |
|---|---|
| 1 | LUMBERMENS MUTUAL INSURANCE COMPANY, INTERNATIONAL FIDELITY |
| 2 | INSURANCE COMPANY, LEXINGTON NATIONAL INSURANCE |
| 3 | CORPORATION, LEXON INSURANCE COMPANY, NATIONAL AMERICAN |
| 4 | INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, |
| 5 | PHILADELPHIA REINSURANCE CORPORATION, SAFETY FIRST |
| 6 | INSURANCE COMPANY, SEAVIEW INSURANCE COMPANY, SENECA |
| 7 | INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY |
| 8 | INSURANCE COMPANY, SUN SURETY INSURANCE COMPANY, UNITED |
| 9 | STATES FIRE INSURANCE COMPANY, UNIVERSAL FIRE & INSURANCE |
| 10 | COMPANY, CONTINENTAL HERITAGE INSURANCE COMPANY, |
| 11 | WILLIAMSBURG NATIONAL INSURANCE COMPANY, TWO JINN, |
| 12 | INC., AMERICAN BAIL COALITION, INC., CALIFORNIA BAIL AGENTS |
| 13 | ASSOCIATION, AND GOLDEN STATE BAIL AGENTS ASSOCIATION, AND |
| 14 | DOES 1-100, |
| 15 | Defendants. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Seaview Insurance Company and Two Jinn, Inc. (collectively, "Defendants"), through a special appearance, hereby bring this Administrative Motion to Consider Whether Cases Should be Related ("Motion") pursuant to Civil Local Rule ("L.R.") 3-12 and 7-11.

I. **ACTION REQUESTED**

Defendants move the Court to relate the two class actions currently pending in this Court: the above-entitled action *Breaux v. Accredited Surety & Casualty Co., et al.*, Case No. 3:19-cv-00717 (JST) (the "*Breaux* action"), and *Crain et al. v. Accredited Surety & Casualty Co., et al.,* Case No. 4:19-cv-01265 (the "*Crain* action"). Copies of the two complaints are attached to the Declaration of Jon F. Cieslak ("Cieslak Declaration") in support of this motion.

The *Crain* action was removed to the Northern District of California from California Superior

Court for the County of Alameda on March 8, 2019. A copy of the *Crain* Notice of Removal is attached to the Cieslak Declaration.

Pursuant to Civil L.R. 3-12(b), a courtesy copy of this motion will be promptly lodged with Judge Thomas S. Hixon, who has recently been assigned the *Crain* action.

## II. THE *BREAUX* AND *CRAIN* ACTIONS SHOULD BE DEEMED RELATED

Civil L.R. 3-12 provides that actions are related when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). The *Breaux* and *Crain* actions should be deemed related because they involve nearly identical parties and issues, and it would therefore be an unduly burdensome duplication of labor and expense for both cases to proceed before different Judges.[1]

Defendants have conferred with Plaintiffs' counsel in the *Crain* action, and they are in agreement that the cases should be deemed related. (*See* Cieslak Declaration ¶ 5.)

### A. The Parties Are Substantially the Same

The parties are substantially the same. The *Crain* action asserts claims against 32 companies, including Seaview Insurance Company and Two Jinn, Inc., and two individuals, Jerry Watson and William Carmichael. The *Breaux* action names the same 32 companies as defendants, but not the two individuals. Both actions seek to represent a putative class of purchasers of California bail bonds between 2004 and present. The two proposed classes differ only in that the *Crain* action defines the class as persons who "paid for part or all of a commercial bail bond premium in connection with a California *state court* criminal proceeding" (*Crain* Compl. ¶ 49 (emphasis added)), and the *Breaux* action limits the putative class members to "individuals in California." (*Breaux* Compl. ¶ 127.)

### B. The Actions Concern the Same Allegations

The *Crain* and *Breaux* actions concern the same events and allegations. Both actions allege a price-fixing conspiracy among defendant bail bond and surety companies. (*See Breaux* Compl. ¶¶ 59-117; *Crain* Compl. ¶¶ 69-118.) Both actions assert claims for violations of the Cartwright Act, Cal.

---

[1] The *Crain* Plaintiffs have also already set forth how the two actions are "essentially identical." (*See* Dkt. 10 at 2-3 (Shonetta Crain and Kira Serna's Notice of Pendency of Other Action or Proceeding).)

Bus. & Prof. Code § 16720, and Unfair Competition Law, Cal. Bus. & Prof. Code § 17200. Both actions also seek similar damages and injunctive relief. (*See Breaux* Compl., Prayer for Relief A-H; *See Crain* Compl., Prayer for Relief (a)-(i).)

### C. It Would Be Unduly Burdensome for the Actions to Proceed with Different Judges

Because the two actions involve substantially the same parties and allegations, it would be an unduly burdensome duplication of labor and expense for both cases to proceed before different Judges. *See* Civil L.R. 3-12(a). It would also risk conflicting results if the cases were conducted simultaneously. *See id.* Defendants file this Motion in the above-entitled action because it is the lowest-numbered of the two cases. *See* Civil L.R. 3-12(b).

## III. CONCLUSION

For the foregoing reasons, Defendants request that this Court deem the *Breaux* and *Crain* actions related.

Dated: March 12, 2019

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
JON F. CIESLAK (268951)
MAX SLADEK DE LA CAL (324961)

*/s/ Michael A. Attanasio*
Michael A. Attanasio (151529)
Attorneys for Defendants
SEAVIEW INSURANCE COMPANY and
TWO JINN, INC.