COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANSCISCO DIVISION

| | |
|---|---|
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, AEGIS SECURITY INSURANCE COMPANY, ALLEGHENY CASUALTY COMPANY, AMERICAN CONTRACTORS INDEMNITY COMPANY, AMERICAN SURETY COMPANY, ASSOCIATED BOND AND INSURANCE AGENCY, INC., BANKERS AGENCY, INC., BANKERS INSURANCE COMPANY, BOND SAFEGUARD INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY, DANIELSON NATIONAL INSURANCE COMPANY, FINANCIAL CASUALTY & SURETY, INC., HARCO NATIONAL INSURANCE COMPANY, INDIANA | Case No. 3:19-cv-00717-JST<br><br>**CLASS ACTION**<br><br>**DECLARATION JON F. CIESLAK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>LOCAL RULE 3-12<br><br>Judge: Jon S. Tigar |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DECLARATION OF JON F. CIESLAK
ISO ADMIN. MOT. TO RELATE CASES
CASE NO. 3:19-CV-00717-JST

1  LUMBERMENS MUTUAL INSURANCE
   COMPANY, INTERNATIONAL FIDELITY
2  INSURANCE COMPANY, LEXINGTON
   NATIONAL INSURANCE
3  CORPORATION, LEXON INSURANCE
   COMPANY, NATIONAL AMERICAN
4  INSURANCE COMPANY, NORTH RIVER
   INSURANCE COMPANY,
5  PHILADELPHIA REINSURANCE
   CORPORATION, SAFETY FIRST
6  INSURANCE COMPANY, SEAVIEW
   INSURANCE COMPANY, SENECA
7  INSURANCE COMPANY, STILLWATER
   PROPERTY AND CASUALTY
8  INSURANCE COMPANY, SUN SURETY
   INSURANCE COMPANY, UNITED
9  STATES FIRE INSURANCE COMPANY,
   UNIVERSAL FIRE & INSURANCE
10 COMPANY, CONTINENTAL HERITAGE
   INSURANCE COMPANY,
11 WILLIAMSBURG NATIONAL
   INSURANCE COMPANY, TWO JINN,
12 INC., AMERICAN BAIL COALITION,
   INC., CALIFORNIA BAIL AGENTS
13 ASSOCIATION, AND GOLDEN STATE
   BAIL AGENTS ASSOCIATION, AND
14 DOES 1-100,

15              Defendants.

I, Jon F. Cieslak, declare:

1.       I am an attorney duly licensed to practice law in the State of California and am an associate with the firm of Cooley LLP, counsel of record for Defendants Seaview Insurance Company and Two Jinn, Inc. (collectively, "Defendants") in this action.  I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

2.       On January 29, 2019, plaintiffs Shonetta Crain and Kira Serna ("Plaintiffs") commenced a class action in the Superior Court of the State of California for the County of Alameda, entitled *Crain, et al. v. Accredited Surety and Casualty Company, et al.* (Case No. RG 19004509) (the "*Crain* action").  A true and correct copy of the Complaint filed in the state court is attached hereto as Exhibit A.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DECLARATION OF JON F. CIESLAK
ISO ADMIN. MOT. TO RELATE CASES
CASE NO. 3:19-CV-00717-JST

3.      A true and correct copy of the Complaint filed in this above-entitled action is attached as Exhibit B.

4.      On March 8, 2019, Defendants removed the *Crain* action to the Norther District of California. A true and correct copy of the Notice of Removal is attached hereto as Exhibit C.

5.      On Mach 11, 2019, the *Crain* action was assigned to Magistrate Judge Thomas Hixon. A true and correct copy of the electronic filing notice of the Notice of Case Assignment is attached as Exhibit D. A true and correct copy of the Order Setting Initial Case Management Conference is attached as Exhibit E.

6.      Prior to the filing of Defendants' instant Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion"), Defendants conferred with Plaintiffs' lead counsel in the *Crain* action. Plaintiffs' counsel agree that the cases should be deemed related and do not dispute Defendants' Administrative Motion.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 12, 2019 in San Diego, California.


Jon F. Cieslak

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO