**EXHIBIT D**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered on 3/11/2019 at 9:53 AM and filed on 3/11/2019

| | |
|---|---|
| **Case Name:** | Crain et al v. Accredited Surety and Casualty Company et al |
| **Case Number:** | [4:19-cv-01265-TSH](#) |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**Case assigned to Magistrate Judge Thomas S. Hixson.**

**Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.**

**Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 3/25/2019. (haS, COURT STAFF) (Filed on 3/11/2019)**


**4:19-cv-01265-TSH Notice has been electronically mailed to:**

Michael A. Attanasio     mattanasio@cooley.com, efiling-notice@ecf.pacerpro.com, john-brocales-7263@ecf.pacerpro.com, smiyajima@cooley.com

**4:19-cv-01265-TSH Please see [Local Rule 5-5](#); Notice has NOT been electronically mailed to:**

Kira Serna


Shonetta Crain