COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

STEVEN BREAUX, individually and on behalf of all other similar situated individuals,

Plaintiff,

v.

ACCREDITED SURETY AND CASUALTY COMPANY, AEGIS SECURITY INSURANCE COMPANY, ALLEGHENY CASUALTY COMPANY, AMERICAN CONTRACTORS INDEMNITY COMPANY, AMERICAN SURETY COMPANY, ASSOCIATED BOND AND INSURANCE AGENCY, INC., BANKERS AGENCY, INC., BANKERS INSURANCE COMPANY, BOND SAFEGUARD INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY, DANIELSON NATIONAL INSURANCE COMPANY, FINANCIAL CASUALTY & SURETY, INC., HARCO NATIONAL INSURANCE COMPANY, INDIANA

Case No. 3:19-cv-00717-JST

**CLASS ACTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS SEAVIEW INSURANCE COMPANY AND TWO JINN, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

LOCAL RULE 3-12

Judge: Jon S. Tigar

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER GRANTING
MOTION TO RELATE CASES
CASE NO. 3:19-cv-00717-JST

1 | LUMBERMENS MUTUAL INSURANCE
COMPANY, INTERNATIONAL FIDELITY
2 | INSURANCE COMPANY, LEXINGTON
NATIONAL INSURANCE
3 | CORPORATION, LEXON INSURANCE
COMPANY, NATIONAL AMERICAN
4 | INSURANCE COMPANY, NORTH RIVER
INSURANCE COMPANY,
5 | PHILADELPHIA REINSURANCE
CORPORATION, SAFETY FIRST
6 | INSURANCE COMPANY, SEAVIEW
INSURANCE COMPANY, SENECA
7 | INSURANCE COMPANY, STILLWATER
PROPERTY AND CASUALTY
8 | INSURANCE COMPANY, SUN SURETY
INSURANCE COMPANY, UNITED
9 | STATES FIRE INSURANCE COMPANY,
UNIVERSAL FIRE & INSURANCE
10 | COMPANY, CONTINENTAL HERITAGE
INSURANCE COMPANY,
11 | WILLIAMSBURG NATIONAL
INSURANCE COMPANY, TWO JINN,
12 | INC., AMERICAN BAIL COALITION,
INC., CALIFORNIA BAIL AGENTS
13 | ASSOCIATION, AND GOLDEN STATE
BAIL AGENTS ASSOCIATION, AND
14 | DOES 1-100,

15 |    Defendants.

On March 12, 2019, Defendants Seaview Insurance Company and Two Jinn, Inc. (collectively, "Defendants"), filed an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") pursuant to Civil Local Rule 3-12.

The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS Defendants' Administrative Motion.

IT IS HEREBY ORDERED that the following case be related to the above-entitled action *Breaux v. Accredited Surety and Casualty Company, et al.*, Case No. 19-cv-00717 (JST):

- *Crain et al. v. Accredited Surety and Casualty Company, et al.*, Case No. 4:19-cv-01265 (TSH)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1  DATED: _____

2                                              _____

3                                              The Honorable Jon S. Tigar
                                             Judge, United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

[PROPOSED] ORDER GRANTING
MOTION TO RELATE CASES
CASE NO. 3:19-CV-00717-JST