COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, AEGIS SECURITY INSURANCE COMPANY, ALLEGHENY CASUALTY COMPANY, AMERICAN CONTRACTORS INDEMNITY COMPANY, AMERICAN SURETY COMPANY, ASSOCIATED BOND AND INSURANCE AGENCY, INC., BANKERS AGENCY, INC., BANKERS INSURANCE COMPANY, BOND SAFEGUARD INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY, DANIELSON NATIONAL INSURANCE COMPANY, FINANCIAL CASUALTY & SURETY, INC., HARCO NATIONAL INSURANCE COMPANY, INDIANA | Case No. 3:19-cv-00717-JST<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge: Jon S. Tigar |

|   |   |
|---|---|
| 1 | LUMBERMENS MUTUAL INSURANCE COMPANY, INTERNATIONAL FIDELITY |
| 2 | INSURANCE COMPANY, LEXINGTON NATIONAL INSURANCE |
| 3 | CORPORATION, LEXON INSURANCE COMPANY, NATIONAL AMERICAN |
| 4 | INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, |
| 5 | PHILADELPHIA REINSURANCE CORPORATION, SAFETY FIRST |
| 6 | INSURANCE COMPANY, SEAVIEW INSURANCE COMPANY, SENECA |
| 7 | INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY |
| 8 | INSURANCE COMPANY, SUN SURETY INSURANCE COMPANY, UNITED |
| 9 | STATES FIRE INSURANCE COMPANY, UNIVERSAL FIRE & INSURANCE |
| 10 | COMPANY, CONTINENTAL HERITAGE INSURANCE COMPANY, |
| 11 | WILLIAMSBURG NATIONAL INSURANCE COMPANY, TWO JINN, |
| 12 | INC., AMERICAN BAIL COALITION, INC., CALIFORNIA BAIL AGENTS |
| 13 | ASSOCIATION, AND GOLDEN STATE BAIL AGENTS ASSOCIATION, AND |
| 14 | DOES 1-100, |
| 15 | Defendants. |

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111. On the date set forth below I served the documents described below in the manner described below:

- **NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION JON F. CIESLAK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **[PROPOSED] ORDER GRANTING DEFENDANTS SEAVIEW INSURANCE COMPANY AND TWO JINN, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

on the following part(ies) in this action:

| | |
|---|---|
| **VIA U.S. MAIL**<br><br>Aegis Security Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>Accredited Surety and Casualty Company<br>c/o: Cogency Global, Inc.<br>1325 J Street, Suite 1550<br>Sacramento, CA 95814<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>American Contractors Indemnity Company<br>c/o: Anna Noveman<br>801 Figueroa Street, Suite 700<br>Los Angeles, CA 90017<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>Allegheny Casualty Company<br>c/o: Dorothy O'Connor-Manson<br>2999 Oak Road, Suite 820<br>Walnut Creek, CA 94597<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>Associated Bond and Insurance Agency, Inc.<br>c/o: Brian Nairin<br>26560 Agoura Road, STE 100<br>Calabasas, CA 91302-2015<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>American Surety Company<br>c/o: John Sebastinelli<br>Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>Bankers Insurance Company<br>c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>Bond Safeguard Insurance Company<br>c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, 150N<br>Sacramento, CA 95833<br><br>*Defendant* |

| | | |
|---|---|---|
| 1 | **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| 2 | Crum & Forster Indemnity Company | Danielson National Insurance Company |
| 3 | c/o: George E. Burr<br>1100 W. Town and Country Road | c/o: CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N |
| 4 | Suite 550<br>Orange, CA 92868 | Sacramento, CA 95833 |
| 5 | | *Defendant* |
| 6 | *Defendant* | |
| 7 | **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| 8 | Financial Casualty & Surety, Inc. | Harco National Insurance Company |
| 9 | c/o: Karissa Lowry<br>2710 Gateway Oaks Drive | c/o: CT Corporation System<br>818 West 7th Street, Suite 930 |
| 10 | Sacramento, CA 95833 | Los Angeles, CA 90017 |
| 11 | *Defendant* | *Defendant* |
| 12 | **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| 13 | Indiana Lumbermen's | International Fidelity Insurance Company |
| 14 | Mutual Insurance Company<br>c/o: Richard Orozco | c/o: Dorothy O'Connor-Manson<br>2999 Oak Road, Suite 820 |
| 15 | 1220 S Street<br>Sacramento, CA 95811 | Walnut Creek, CA 94597 |
| 16 | | *Defendant* |
| 17 | *Defendant* | |
| 18 | **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| 19 | Lexington National Insurance Corporation | Lexon Insurance Company |
| 20 | c/o: CT Corporation System<br>818 West 7th Street, Suite 930 | c/o: CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, 150N |
| 21 | Los Angeles, CA 90017 | Sacramento, CA 95833 |
| 22 | *Defendant* | *Defendant* |
| 23 | **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| 24 | National American Insurance | North River Insurance Company |
| 25 | Company of California<br>c/o: CSC Lawyers Incorporating Service | c/o: George E. Burr<br>1100 W. Town and Country Road |
| 26 | 2710 Gateway Oaks Drive, 150N<br>Sacramento, CA 95833 | Suite 550<br>Orange, CA 92868 |
| 27 | *Defendant* | *Defendant* |
| 28 | | |

| | |
|---|---|
| **VIA U.S. MAIL**<br><br>Philadelphia Reinsurance Corporation<br>c/o: Kieran Anthony Sweeney<br>350 10th Avenue, Suite 1450<br>San Diego, CA 92101<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>Safety First Insurance Company<br>c/o: Safety First - Vivian Imperial<br>818 W. 7th Street<br>Los Angeles, CA 90017<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>Seneca Insurance Company<br>c/o: Roger McNitt<br>Blanchard Krasner & French<br>800 Silverado Street<br>La Jolla, CA 92037<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>Stillwater Property<br>and Casualty Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>Sun Surety Insurance Company<br>c/o: Suh Choi<br>Barger & Wolen<br>633 W 5th Street, 46th Floor<br>Los Angeles, CA 90071<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>United States Fire Insurance Company<br>c/o: George E. Burr<br>1100 W. Town and Country Road<br>Suite 550<br>Orange, CA 92868<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>Universal Fire &<br>Casualty Insurance Company<br>c/o: Patricia Laura Taylor<br>45100 Yucca Avenue<br>Lancaster, CA 93534<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>Continental Heritage Insurance Company<br>c/o: Nancy Flores<br>818 W. 7th Street<br>Los Angeles, CA 90017<br><br>*Defendant* |
| **VIA U.S. MAIL**<br><br>Williamsburg National Insurance Company<br>c/o: CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017<br><br>*Defendant* | **VIA U.S. MAIL**<br><br>American Bail Coalition, Inc.<br>c/o: 333 Ludwell Drive<br>Lancaster, PA 17601<br><br>*Defendant* |

| | |
|---|---|
| VIA U.S. MAIL | VIA U.S. MAIL |
| California Bail Agents Association<br>c/o: Gloria Mitchell<br>359 W Mission Blvd.<br>Pomona, CA 91766 | Golden State Bail Agents Association<br>c/o: Albert W. Ramirez<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| *Defendant* | *Defendant* |

Executed on March 12, 2019, at San Francisco, California.

_____
Max Sladek de la Cal

200388306