AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) |  |
| v. | ) ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment A to Summons (Additional Defendants)

AEGIS SECURITY INSURANCE COMPANY,
ALLEGHENY CASUALTY COMPANY,
AMERICAN CONTRACTORS INDEMNITY COMPANY,
AMERICAN SURETY COMPANY,
ASSOCIATED BOND AND INSURANCE AGENCY, INC.,
BANKERS AGENCY, INC.,
BANKERS INSURANCE COMPANY,
BOND SAFEGUARD INSURANCE COMPANY,
CRUM & FORSTER INDEMNITY COMPANY,
DANIELSON NATIONAL INSURANCE COMPANY,
FINANCIAL CASUALTY & SURETY, INC.,
HARCO NATIONAL INSURANCE COMPANY,
INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY,
INTERNATIONAL FIDELITY INSURANCE COMPANY,
LEXINGTON NATIONAL INSURANCE CORPORATION,
LEXON INSURANCE COMPANY,
NATIONAL AMERICAN INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
PHILADELPHIA REINSURANCE CORPORATION,
SAFETY FIRST INSURANCE COMPANY,
SEAVIEW INSURANCE COMPANY,
SENECA INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY,
SUN SURETY INSURANCE COMPANY,
UNITED STATES FIRE INSURANCE COMPANY,
UNIVERSAL FIRE & INSURANCE COMPANY,
CONTINENTAL HERITAGE INSURANCE COMPANY,
WILLIAMSBURG NATIONAL INSURANCE COMPANY,
TWO JINN, INC.,
AMERICAN BAIL COALITION, INC.,
CALIFORNIA BAIL AGENTS ASSOCIATION,
GOLDEN STATE BAIL AGENTS ASSOCIATION,
AND DOES 1-100

Defendants.