| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, individually and on behalf of all other similar situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-01265-JST<br><br>**STIPULATED [PROPOSED] PRETRIAL CONSOLIDATION ORDER** |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

WHEREAS, on January 29, 2019, Plaintiffs Shonetta Crain and Kira Serna filed a complaint in Alameda County Superior Court, *Crain et al. v. Accredited Surety and Casualty Company, et al.* ("*Crain* Action");

WHEREAS, on February 8, 2019, Plaintiff Steven Breaux filed a complaint in the Northern District of California, *Breaux v. Accredited Surety and Casualty Company, et al.* ("*Breaux* Action");

WHEREAS, on March 8, 2019, Defendants Two Jinn, Inc. and Seaview Insurance Company filed a notice of removal of the *Crain* Action to the Northern District of California;

WHEREAS, on March 19, 2019, the Court related the *Crain* Action and the *Breaux* Action (collectively, the "Related Actions");

WHEREAS, the Case Management Conferences for the *Crain* and *Breaux* Actions are currently both set for May 22, 2019, and the Joint Case Management Conference Statements are both currently due May 13, 2019;

WHEREAS, the Related Actions are proposed class actions against Defendants Accredited Surety and Casualty Company, Aegis Security Insurance Company, All-Pro Bail Bonds Inc., American Bail Coalition, Inc., Alleghany Casualty Company, American Contractors Indemnity Company, American Surety Company, Associated Bond and Insurance Agency, Inc., Bankers Agency, Inc., Bankers Insurance Company, Bond Safeguard Insurance Company, California Bail Agents Association, Continental Heritage Insurance Company, Crum & Forster Indemnity Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Golden State Bail Agents Association, Harco National Insurance Company, Indiana Lumbermens Mutual Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, Lexon Insurance Company, National American Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Safety First Insurance Company, Seaview Insurance Company, Seneca Insurance Company, Stillwater Property and Casualty Insurance Company, Sun Surety Insurance Company, Two Jinn, Inc., United States Fire Insurance Company, Universal Fire & Casualty Insurance Company, Williamsburg National

Insurance Company, Jerry Watson and William B. Carmichael, and DOES 1-100 pursuant to California's antitrust statute, Business and Professions Code sections 16720, *et seq*. (the "Cartwright Act"); and California's unfair competition law, Business and Professions Code sections 17200, *et seq*. (the "Unfair Competition Law");

WHEREAS, the parties in the Related Actions have met and conferred and agree that the above-entitled actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, consolidation of the Complaints and other like actions will avoid duplication and unnecessary costs, and will promote the efficient conduct of the proceedings;

WHEREAS, the parties in the Related Actions have met and conferred and agree to a schedule for filing a consolidated amended complaint following the appointment of interim class counsel;

WHEREAS, the parties in the Related Actions have met and conferred and agree that no answers, motions, or other responses to the complaints need be filed in the Related Actions until after the appointment of interim class counsel and the filing of a consolidated amended complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and economy, and will not cause prejudice to any party;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants in the Related Actions, by and through their undersigned respective counsel of record, as follows:

**I.  CONSOLIDATION**

The Related Actions are consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) (the "Consolidated Action").

**II.  MASTER DOCKET AND MASTER FILE**

A Master Docket and a Master File shall be created under the civil action number that has been assigned to the first-filed federal court case, No. 19-CV-00717-JST, with the caption "*In re California Bail Bond Antitrust Litigation*". All docket entries regarding the Consolidated Action shall be docketed under the Master File number No. 19-CV-00717-JST. If a document pertains to only one or some of the consolidated cases, it will be docketed on the Master Docket with the

notation in the docket text as to the case number(s) to which it pertains.

## III. APPLICATION OF THIS ORDER TO SUBSEQUENTLY FILED OR TRANSFERRED CASES

When a case which relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred here from another court, including through removal from state court, and only after counsel call to the attention of the Court and the Clerk the filing or transfer of any such case that might be properly consolidated with this Consolidated Action, the Clerk of Court shall make an appropriate entry in the Master Docket. Plaintiffs in the Consolidated Action shall promptly mail a copy of this Order to counsel for plaintiff(s) in each subsequently filed or transferred related action and to counsel for any defendant(s) in each such action not already a party to the Consolidated Action. Promptly thereafter, upon notice to counsel for the parties in each such action, Plaintiffs in the Consolidated Action shall submit to the Court a proposed order consolidating any such action with the Consolidated Action. Unless a party in such newly-filed or transferred action objects to consolidation within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application, each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto.

## IV. CAPTION OF CASES

All papers hereafter filed in the Consolidated Action shall bear the following caption:

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Master Docket No. 19-CV-00717-JST |
|---|---|
| THIS DOCUMENT RELATES TO: | |

When a pleading or other court paper is intended to apply to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO" in the caption set out above. When a pleading or other court paper

is intended to be applicable only to a subset of the Actions, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "THIS DOCUMENT RELATES TO" in the caption described above. The short form of the case caption ([named plaintiff] v. [first named defendant], *et al.*) for such actions may be used.

## V. FILING AND DOCKETING

All papers previously filed and served to date in any of the above-referenced actions are hereby deemed part of the record in 19-CV-00717-JST.

When a paper is filed and the caption shows that it is to be applicable to "All Actions," such paper shall be filed in the Master File and the Clerk shall note such filing in the Master Docket. Such papers need not be filed, and docket entries need not be made, in any other case file.

When a paper is filed and the caption shows that it is to be applicable to fewer than all of the Consolidated Actions, such paper shall be filed in the Master File, and the clerk shall note such filing in both the Master Docket and the docket of each such action. Thus, the paper should only be filed in the Master File in 19-CV-00717-JST.

## VI. ECF AND SERVICE OF DOCUMENTS

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. If counsel has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF user ID and password. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov.

All documents shall be e-filed in the Master File in 19-CV-00717-JST. Papers that are filed electronically through the Court's ECF system are deemed served on all parties as of the date of filing. All other service of papers shall be governed by the Rules of Civil Procedure, unless otherwise agreed by the parties.

## VII. PRESERVATION OF EVIDENCE

Until the parties agree on a preservation plan or the Court orders otherwise, each party

shall take reasonable steps to preserve all documents, data, and tangible things containing information potentially relevant to the subject matter of this litigation.

## VIII. SCHEDULE FOR RULE 23(G) MOTION, CONSOLIDATED AMENDED COMPLAINT, AND RESPONSIVE PLEADINGS

### A. Rule 23(g) Motion

After entry of this Order, Plaintiffs will file a Motion for Appointment of Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). The hearing and briefing schedule for that Rule 23(g) Motion shall be set by Local Rule.

### B. Consolidated Amended Complaint

Within seven (7) days of the Court's Order appointing Interim Class Counsel, Interim Class Counsel shall file the Consolidated Amended Complaint. The Consolidated Amended Complaint shall be deemed Plaintiffs' initial filing for purposes of Federal Rule of Civil Procedure 15(a). The Consolidated Amended Complaint shall relate back to the date of the first filed action in California state court, *Crain et al. v. Accredited Surety and Casualty Company, et al.* (filed January 29, 2019), for all purposes. Defendants shall have no obligation to answer, move, or otherwise plead in response to the previously-filed Complaints.

### C. Responsive Pleadings/Motion to Dismiss

Defendants shall answer, move, or otherwise plead in response to the Consolidated Amended Complaint within thirty (30) days of the filing of the Consolidated Amended Complaint. The thirty (30) day deadline will apply to all state law response deadlines, including a motion to strike brought pursuant to California's anti-SLAPP statutes.

The parties will meet and confer with respect to the responsive briefing schedule and submit a stipulation and proposed order to the Court governing that briefing.

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | Respectfully submitted, |
| 2 | | By: /s/ Dean M. Harvey |
| 3 | | |
| 4 | | Dean M. Harvey (SBN 250298)<br>Katherine C. Lubin (SBN 259826) |
| 5 | | Adam Gitlin (SBN 317047)<br>Yaman Salahi (SBN 288752) |
| 6 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor |
| 7 | | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 8 | | dharvey@lchb.com<br>kbenson@lchb.com |
| 9 | | agitlin@lchb.com<br>ysalahi@lchb.com |
| 10 | | |
| 11 | | Benjamin David Elga (*pro hac vice*)<br>Brian James Shearer (*pro hac vice*) |
| 12 | | JUSTICE CATALYST LAW<br>25 Broadway, 9th Floor |
| 13 | | New York, NY 10004<br>Telephone: (518) 732-6703 |
| 14 | | belga@justicecatalyst.org<br>brianshearer@justicecatalyst.org |
| 15 | | |
| 16 | | Stephanie Carroll (SBN 263698)<br>Cindy Pánuco (SBN 266921) |
| 17 | | Nisha Kashyap (SBN 301934)<br>PUBLIC COUNSEL |
| 18 | | 610 South Ardmore Avenue<br>Los Angeles, California, 90005 |
| 19 | | Telephone: (213) 385-2977<br>Facsimile: (213) 201-4722 |
| 20 | | scarroll@publiccounsel.org<br>nkashyap@publiccounsel.org |
| 21 | | |
| 22 | | Stuart T. Rossman (*pro hac vice*) (B.B.O. No. 430640) |
| 23 | | Brian Highsmith (*pro hac vice* motion forthcoming) |
| 24 | | NATIONAL CONSUMER LAW CENTER<br>7 Winthrop Square, Fourth Floor |
| 25 | | Boston, MA 02110-1245<br>Telephone: (617) 542-8010 |
| 26 | | Facsimile: (617) 542-8028<br>srossman@nclc.org<br>bhighsmith@nclc.org |
| 27 | | |
| 28 | | |

- 6 -

STIPULATED [PROPOSED] PRETRIAL
CONSOLIDATION ORDER
CASE NOS. 3:19-CV-001265-JST; 3:19-CV-00717-JST

| | |
|---|---|
| 1 | David Seligman (*pro hac vice* motion forthcoming) |
| 2 | TOWARDS JUSTICE |
| 3 | 1410 High Street, Suite 300 |
| | Denver, CO 80218 |
| 4 | Telephone: (720) 441-2236 |
| | Facsimile: (303) 957-2289 |
| 5 | david@towardsjustice.org |

*Counsel for Plaintiffs Shonetta Crain and Kira Serna*

Dated: April 4, 2019          By: /s/ Julian Hammond

Julian Hammond
Polina Brandler
Ari Cherniak
HAMMONDLAW, P.C.
1829 Reisterstown Road, Suite 410
Baltimore, MD 21208
Telephone: (310) 601-6766
Facsimile: (310) 295-2385
jhammond@hammondlawpc.com
pbrandler@hammondlawpc.com
acherniak@hammondlawpc.com

Laura L. Ho
Goldstein Borgen Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
lho@gbdhlegal.com

*Counsel for Plaintiff Steven Breaux*

Dated: April 4, 2019          By: /s/ Michael A. Attanasio

Michael A. Attanasio (151529)
Beatriz Mejia (190948)
Jon F. Cieslak (268951)
Max Sladek de la Cal (324961)
COOLEY LLP

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | By: /s/ Lisa Tenorio-Kutzkey |

Lisa Tenorio-Kutzkey (205955)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: (415) 836-2500
Facsimile: (415) 836-2501
lisa.tenorio@dlapiper.com

Julie A. Gryce (319530)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice* motion forthcoming)
John Hamill (*pro hac vice* motion forthcoming)
Jonathan M. Kinney (*pro hac vice* motion forthcoming)
DLA PIPER LLP (US)
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
michael.murphy@dlapiper.com
john.hamill@dlapiper.com
jonathan.kinney@dlapiper.com

*Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California*

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | By: /s/ Shaun Paisley |
| 2 | | |
| 3 | | Drew Koning (263082) |
| | | Blake Zollar (268913) |
| 4 | | Shaun Paisley (244377) |
| | | KONING ZOLLAR LLP |
| 5 | | 2210 Encinitas Blvd., Suite S |
| 6 | | Encinitas, CA 92024 |
| | | Telephone: (858) 252-3234 |
| 7 | | Facsimile: (858) 252-3238 |
| | | drew@kzllp.com |
| 8 | | blake@kzllp.com |
| | | shaun@kzllp.com |
| 9 | | |
| | | *Attorneys for Defendant All-Pro Bail Bonds,* |
| 10 | | *Inc.* |
| 11 | Dated: April 4, 2019 | By: /s/ Gerard G. Pecht |
| 12 | | Gerard G. Pecht (*pro hac vice* to be filed) |
| 13 | | NORTON ROSE FULBRIGHT US LLP |
| | | 1301 McKinney, Suite 5100 |
| 14 | | Houston, Texas 77010 |
| | | Telephone: (713) 651-5151 |
| 15 | | Facsimile: (713) 651-5246 |
| | | gerard.pecht@nortonrosefulbright.com |
| 16 | | |
| 17 | | Joshua D. Lichtman (SBN 176143) |
| | | NORTON ROSE FULBRIGHT US LLP |
| 18 | | 555 South Flower Street, Forty-First Floor |
| | | Los Angeles, California 90071 |
| 19 | | Telephone: (213) 892-9200 |
| 20 | | Facsimile: (213) 892-9494 |
| | | joshua.lichtman@nortonrosefulbright.com |
| 21 | | |
| | | *Attorneys for Defendant American* |
| 22 | | *Contractors Indemnity Company* |
| 23 | Dated: April 4, 2019 | By: /s/ Gerard G. Pecht |
| 24 | | Gerard G. Pecht (*pro hac vice* to be filed) |
| | | NORTON ROSE FULBRIGHT US LLP |
| 25 | | 1301 McKinney, Suite 5100 |
| 26 | | Houston, Texas 77010 |
| | | Telephone: (713) 651-5151 |
| 27 | | Facsimile: (713) 651-5246 |
| | | gerard.pecht@nortonrosefulbright.com |
| 28 | | |

| | |
|---|---|
| | Joshua D. Lichtman (SBN 176143)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br>joshua.lichtman@nortonrosefulbright.com<br><br>*Attorneys for Defendant Seneca Insurance Company* |
| Dated: April 4, 2019 | By: /s/ Anne K. Edwards<br><br>Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071<br>Telephone: (213) 358-7210<br>Facsimile: (213) 358-7310<br>aedwards@sgrlaw.com<br><br>*Attorneys for Defendant Williamsburg National Insurance Company* |
| Dated: April 4, 2019 | By: /s/ Nicole S. Healy<br><br>Todd A. Roberts<br>Nicole S. Healy<br>Edwin B. Barnes<br>ROPERS, MAJESKI, KOHN & BENTLEY<br><br>*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael* |
| Dated: April 4, 2019 | By: /s/ Vincent S. Loh<br><br>David F. Hauge (128294)<br>Todd H. Stitt (179694)<br>Vincent S. Loh (238410)<br>MICHELMAN & ROBINSON, LLP<br><br>*Attorneys for Defendants United States Fire Insurance Company, North River Insurance Company, and Crum & Forster Indemnity Company* |

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | By: /s/ Casey A. Hatton |
| 2 | | |
| 3 | | Casey A. Hatton (SBN 246081)<br>HINSHAW & CULBERTSON LLP<br>One California Street, 18th Floor |
| 4 | | San Francisco, CA 94111<br>Telephone: 415.362.6000 |
| 5 | | Facsimile: 451.834.9070<br>chatton@hinshawlaw.com |
| 6 | | |
| 7 | | Christie A. Moore (*pro hac* pending)<br>W. Scott Croft (*pro hac* pending) |
| 8 | | BINGHAM GREENEBAUM DOLL LLP<br>101 S. Fifth Street |
| 9 | | 3500 PNC Tower<br>Louisville, KY 40202 |
| 10 | | Telephone: 502.587.3758<br>Facsimile: 502.540.2276 |
| 11 | | cmoore@bgdlegal.com |
| 12 | | wcroft@bgdlegal.com |
| 13 | | *Attorneys for Bond Safeguard Insurance* |
| 14 | | *Company and Lexon Insurance Company* |
| 15 | Dated: April 4, 2019 | By: /s/ Travis Wall |
| 16 | | Travis Wall (191662) |
| 17 | | Spencer Kook (205304)<br>HINSHAW & CULBERTSON LLP |
| 18 | | |
| 19 | | *Attorneys for Defendant Philadelphia*<br>*Reinsurance Corporation* |
| 20 | Dated: April 4, 2019 | By: /s/ Greg Day |
| 21 | | Greg Day |
| 22 | | LAW OFFICES OF GREGORY S. DAY<br>120 Birmingham Drive, Suite 200 |
| 23 | | Cardiff, CA 92007<br>Telephone: (760) 436-2827 |
| 24 | | attygsd@gmail.com |
| 25 | | *Attorneys for Defendants California Bail* |
| 26 | | *Agents Association, Universal Fire &*<br>*Insurance Company, Sun Surety Insurance* |
| 27 | | *Company* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | By: /s/ Timothy P. Irving |
| 2 | | |
| 3 | | Timothy P. Irving (108413)<br>TYSON & MENDES LLP |
| | | 5661 La Jolla Boulevard |
| 4 | | San Diego, CA 92037 |
| 5 | | Telephone: (858) 459-4400<br>Facsimile: (858) 459-3864 |
| 6 | | tirving@tysonmendes.com |
| 7 | | *Attorneys for Defendant Aegis Security Insurance Company* |
| 8 | | |
| | Dated: April 4, 2019 | By: /s/ Regina J. McClendon |
| 9 | | |
| 10 | | Regina J. McClendon<br>LOCKE LORD LLP |
| 11 | | |
| | | *Attorneys for Defendant Safety First Insurance* |
| 12 | | *Company* |
| 13 | Dated: April 4, 2019 | By: /s/ Howard Holderness |
| 14 | | |
| | | John A. Sebastinelli (127859) |
| 15 | | Howard Holderness (169814)<br>GREENBERG TRAURIG, LLP |
| 16 | | |
| 17 | | *Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual* |
| 18 | | *Insurance Company* |
| 19 | Dated: April 4, 2019 | By: /s/ Gary A. Nye |
| 20 | | Gary A. Nye (126104) |
| 21 | | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| 22 | | |
| | | *Attorneys for Defendants Allegheny Casualty* |
| 23 | | *Company, Associated Bond and Insurance* |
| | | *Agency, Inc., Bankers Insurance Company,* |
| 24 | | *Harco National Insurance Company,* |
| 25 | | *International Fidelity Insurance Company,*<br>*Lexington National Insurance Corporation,* |
| 26 | | *and Jerry Watson* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | By: /s/ James Mills |
| 2 | | |
| 3 | | James Mills (203783)<br>LAW OFFICE OF JAMES MILLS<br>1300 Clay Street, Suite 600 |
| 4 | | Oakland, CA 94612-1427<br>Telephone: (510) 521-8748 |
| 5 | | Facsimile: (510) 277-1413<br>james@jamesmillslaw.com |
| 6 | | |
| 7 | | Michael D. Singletary (*pro hac vice* motion forthcoming) |
| 8 | | Shannon W. Bangle (*pro hac vice* motion forthcoming) |
| 9 | | Brian C. Potter (*pro hac vice* motion forthcoming) |
| 10 | | BANGLE & POTTER, PLLC<br>604 W. 13th Street |
| 11 | | Austin, TX 78701 |
| 12 | | Telephone: (512) 270-4844<br>Facsimile: (512) 270-4845 |
| 13 | | Michael@banglepotter.com<br>Shannon@banglepotter.com |
| 14 | | Brian@banglepotter.com |
| 15 | | |
| 16 | | *Attorneys for Defendant Financial Casualty & Surety, Inc.* |
| 17 | Dated: April 4, 2019 | By: /s/ Erik K. Swanholt |
| 18 | | Erik K. Swanholt |
| 19 | | FOLEY & LARDNER<br>555 South Flower St., 33rd Floor |
| 20 | | Los Angeles, CA 90071<br>Telephone: (213) 972-4500 |
| 21 | | Facsimile: (213) 486-0065 |
| 22 | | *Attorneys for Defendants Continental* |
| 23 | | *Heritage Insurance Company* |
| 24 | Dated: April 4, 2019 | By: /s/ John M. Rorabaugh |
| 25 | | John M. Rorabaugh (178366) |
| 26 | | |
| 27 | | *Attorney for Defendant Golden State Bail Association* |
| 28 | | |

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: April 4, 2019
/s/ Dean M. Harvey
DEAN M. HARVEY
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE