UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BREAUX,<br><br>  Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, et al.,<br><br>  Defendants. | Case No. 19-cv-00717-JST<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 16 |
| SHONETTA CRAIN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, et al.,<br><br>  Defendants. | Case No. 19-cv-01265-JST<br><br>Re: ECF No. 86 |

The Court has received the parties' stipulated pretrial consolidation order. ECF No. 16. The stipulation includes scheduling matters that the Court concludes would be best addressed after a case management conference. Accordingly, the Court hereby ADVANCES the initial case management conference in these cases from May 22, 2019, to April 24, 2019, at 2:00 p.m. A joint case management statement is due by April 17, 2019, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: April 9, 2019

_____
JON S. TIGAR
United States District Judge