UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, individually and on behalf of all other similar situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-01265-JST<br><br>**STIPULATION RE: CAFA LOCAL CONTROVERSY EXCEPTION** |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

Pursuant to the Court's April 19, 2019 Order, Dkt. 19, Plaintiffs Kira Serna, Shonetta Crain, and Steven Breaux and all Defendants in both the *Crain* and *Breaux* actions stipulate as follows.

**WHEREAS**, the Class Action Fairness Act's "local controversy" exception, 28 U.S.C. § 1332(d)(4)(A), is not jurisdictional and the Court is not obligated to consider its applicability *sua sponte*, *see Visendi v. Bank of Am., N.A.*, 733 F.3d 863, 869 (9th Cir. 2013); *Kuxhausen v. BMW Fin. Servs. NA LLC*, 707 F.3d 1136, 1140 (9th Cir. 2013);

**WHEREAS**, a party that seeks to remand on the basis of the "local controversy" exception must establish, by a preponderance of the evidence, that its conditions are met, including that at least two-thirds of the class members are California citizens, *i.e.*, United States citizens domiciled in California, *see Mondragon v. Capital One Auto Fin.*, 736 F.3d 880, 884 (9th Cir. 2013), *King v. Great Am. Chicken Corp.*, 903 F.3d 875, 879 (9th Cir. 2018) (stipulation that class members' four-year-old last known addresses were in California insufficient because residential address does not guarantee domicile, U.S. citizenship, or that individuals have not subsequently moved out-of-state);

**WHEREAS**, the Court has explained that a party's ability to invoke the "local controversy" exception may be forfeited or waived if not exercised within a reasonable time, Dkt. 19 at 2 (citing *Duran v. Sephora USA, Inc.*, No. 17-cv-01261-WHO, 2017 WL 3453362, at *4 (N.D. Cal. Aug. 11, 2017));

**NOW THEREFORE,** Plaintiffs and Defendants hereby jointly stipulate that they knowingly waive and forfeit the right to move to, or otherwise argue in favor of, remand on the basis of any exception to CAFA jurisdiction. However, such waiver is without prejudice to Plaintiffs' ability to request remand to California Superior Court should the Court, *sua sponte* or at the request of a non-stipulating party or intervenor or appellate court, conclude that a CAFA exception requires the Court to relinquish jurisdiction.

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | Respectfully submitted, |
| 2 | | By: /s/ *Dean M. Harvey* |
| 3 | | |
| | | Dean M. Harvey (SBN 250298) |
| 4 | | Katherine C. Lubin (SBN 259826) |
| | | Adam Gitlin (SBN 317047) |
| 5 | | Yaman Salahi (SBN 288752) |
| | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 6 | | 275 Battery Street, 29th Floor |
| 7 | | San Francisco, CA 94111 |
| | | Telephone: (415) 956-1000 |
| 8 | | dharvey@lchb.com |
| | | kbenson@lchb.com |
| 9 | | agitlin@lchb.com |
| | | ysalahi@lchb.com |
| 10 | | |
| 11 | | Benjamin David Elga (*pro hac vice*) |
| | | Brian James Shearer (*pro hac vice*) |
| 12 | | JUSTICE CATALYST LAW |
| | | 25 Broadway, 9th Floor |
| 13 | | New York, NY 10004 |
| | | Telephone: (518) 732-6703 |
| 14 | | belga@justicecatalyst.org |
| 15 | | brianshearer@justicecatalyst.org |
| 16 | | Cindy Pánuco (SBN 266921) |
| | | Stephanie Carroll (SBN 263698) |
| 17 | | Nisha Kashyap (SBN 301934) |
| | | PUBLIC COUNSEL |
| 18 | | 610 South Ardmore Avenue |
| | | Los Angeles, California, 90005 |
| 19 | | Telephone: (213) 385-2977 |
| | | Facsimile: (213) 201-4722 |
| 20 | | cpanuco@publiccounsel.org |
| | | scarroll@publiccounsel.org |
| 21 | | nkashyap@publiccounsel.org |
| 22 | | Stuart T. Rossman (*pro hac vice*) (B.B.O. No. 430640) |
| 23 | | Brian Highsmith (*pro hac vice* motion forthcoming) |
| 24 | | NATIONAL CONSUMER LAW CENTER |
| | | 7 Winthrop Square, Fourth Floor |
| 25 | | Boston, MA 02110-1245 |
| | | Telephone: (617) 542-8010 |
| 26 | | Facsimile: (617) 542-8028 |
| | | srossman@nclc.org |
| 27 | | bhighsmith@nclc.org |
| 28 | | |

| | | |
|---|---|---|
| 1 | | David Seligman (*pro hac vice* motion forthcoming) |
| 2 | | TOWARDS JUSTICE |
| 3 | | 1410 High Street, Suite 300 |
| | | Denver, CO 80218 |
| 4 | | Telephone: (720) 441-2236 |
| | | Facsimile: (303) 957-2289 |
| 5 | | david@towardsjustice.org |
| 6 | | |
| | | *Counsel for Plaintiffs Shonetta Crain and Kira Serna* |
| 7 | | |
| 8 | Dated: April 24, 2019 | By: */s/ Julian Hammond* |
| 9 | | Julian Hammond |
| | | Polina Brandler |
| 10 | | Ari Cherniak |
| | | HAMMONDLAW, P.C. |
| 11 | | 1829 Reisterstown Road, Suite 410 |
| | | Baltimore, MD 21208 |
| 12 | | Telephone: (310) 601-6766 |
| | | Facsimile: (310) 295-2385 |
| 13 | | jhammond@hammondlawpc.com |
| | | pbrandler@hammondlawpc.com |
| 14 | | acherniak@hammondlawpc.com |
| 15 | | Laura L. Ho |
| | | Goldstein Borgen Dardarian & Ho |
| 16 | | 300 Lakeside Drive, Suite 1000 |
| | | Oakland, CA 94612 |
| 17 | | Telephone: (510) 763-9800 |
| | | Facsimile: (510) 835-1417 |
| 18 | | lho@gbdhlegal.com |
| 19 | | *Counsel for Plaintiff Steven Breaux* |
| 20 | Dated: April 24, 2019 | By: */s/ Beatriz Mejia* |
| 21 | | Michael A. Attanasio (151529) |
| 22 | | Beatriz Mejia (190948) |
| | | Jon F. Cieslak (268951) |
| 23 | | Max Sladek de la Cal (324961) |
| | | COOLEY LLP |
| 24 | | |
| 25 | | *Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 24, 2019 | | By: */s/ Julie A. Gryce* |

Julie A. Gryce (319530)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice*)
John Hamill (*pro hac vice*)
DLA PIPER LLP (US)
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
michael.murphy@dlapiper.com
john.hamill@dlapiper.com
jonathan.kinney@dlapiper.com

*Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California*

Dated: April 24, 2019                                By: */s/ Blake Zollar*

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone: (858) 252-3234
Facsimile: (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  April 24, 2019 | By: */s/ Joshua D. Lichtman* |
| 2 | | |
| 3 | | Gerard G. Pecht (*pro hac vice* to be filed)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100 |
| 4 | | Houston, Texas  77010<br>Telephone:  (713) 651-5151 |
| 5 | | Facsimile:  (713) 651-5246<br>gerard.pecht@nortonrosefulbright.com |
| 6 | | |
| 7 | | Joshua D. Lichtman (SBN 176143)<br>NORTON ROSE FULBRIGHT US LLP |
| 8 | | 555 South Flower Street, Forty-First Floor<br>Los Angeles, California  90071 |
| 9 | | Telephone:  (213) 892-9200<br>Facsimile:  (213) 892-9494 |
| 10 | | joshua.lichtman@nortonrosefulbright.com |
| 11 | | |
| 12 | | *Attorneys for Defendant American Contractors Indemnity Company* |
| 13 | Dated:  April 24, 2019 | By: */s/ Anne K. Edwards* |
| 14 | | |
| 15 | | Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP |
| 16 | | 444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071 |
| 17 | | Telephone:  (213) 358-7210<br>Facsimile:  (213) 358-7310 |
| 18 | | aedwards@sgrlaw.com |
| 19 | | *Attorneys for Defendant Williamsburg* |
| 20 | | *National Insurance Company* |
| 21 | Dated:  April 24, 2019 | By: */s/ Nicole S. Healy* |
| 22 | | Todd A. Roberts |
| 23 | | Nicole S. Healy<br>Edwin B. Barnes |
| 24 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 25 | | *Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 24, 2019 | | By: */s/ David F. Hauge* |

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, Crum & Forster Indemnity Company, and Seneca Insurance Company*

Dated: April 24, 2019      By: */s/ Casey A. Hatton*

Casey A. Hatton (SBN 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415.362.6000
Facsimile: 451.834.9070
chatton@hinshawlaw.com

Christie A. Moore (*pro hac* pending)
W. Scott Croft (*pro hac* pending)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile: 502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Bond Safeguard Insurance Company and Lexon Insurance Company*

Dated: April 24, 2019      By: */s/ Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

| | | |
|---|---|---|
| Dated: April 24, 2019 | | By: */s/ Gregory S. Day* |

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA 92007
Telephone: (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

Dated: April 24, 2019                     By: */s/ Timothy P. Irving*

Timothy P. Irving (108413)
TYSON & MENDES LLP
5661 La Jolla Boulevard
San Diego, CA 92037
Telephone: (858) 459-4400
Facsimile: (858) 459-3864
tirving@tysonmendes.com

*Attorneys for Defendant Aegis Security Insurance Company*

Dated: April 24, 2019                     By: */s/ Regina J. McClendon*

Regina J. McClendon
LOCKE LORD LLP

*Attorneys for Defendant Safety First Insurance Company*

Dated: April 24, 2019                     By: */s/ Howard Holderness*

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

| | | |
|---|---|---|
| 1 | Dated:  April 24, 2019 | By: */s/ Gary A. Nye* |
| 2 | | Gary A. Nye (126104) |
| 3 | | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| 4 | | |
| 5 | | *Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson* |
| 9 | Dated:  April 24, 2019 | By: */s/ Shannon W. Bangle* |
| 10 | | James Mills (203783) |
| 11 | | LAW OFFICE OF JAMES MILLS |
| | | 1300 Clay Street, Suite 600 |
| 12 | | Oakland, CA 94612-1427 |
| 13 | | Telephone:  (510) 521-8748 |
| | | Facsimile:  (510) 277-1413 |
| 14 | | james@jamesmillslaw.com |
| 15 | | Michael D. Singletary (*pro hac vice*) |
| | | Shannon W. Bangle (*pro hac vice*) |
| 16 | | Brian C. Potter (*pro hac vice*) |
| 17 | | BANGLE & POTTER, PLLC |
| | | 604 W. 13th Street |
| 18 | | Austin, TX 78701 |
| | | Telephone:  (512) 270-4844 |
| 19 | | Facsimile:  (512) 270-4845 |
| 20 | | Michael@banglepotter.com |
| | | Shannon@banglepotter.com |
| 21 | | Brian@banglepotter.com |
| 22 | | *Attorneys for Defendant Financial Casualty & Surety, Inc.* |

| | |
|---|---|
| Dated: April 24, 2019 | By: */s/ Erik K. Swanholt* |
| | Erik K. Swanholt<br>FOLEY & LARDNER<br>555 South Flower St., 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 972-4500<br>Facsimile: (213) 486-0065 |
| | *Attorneys for Defendants Continental Heritage Insurance Company* |
| Dated: April 24, 2019 | By: */s/ John M. Rorabaugh* |
| | John M. Rorabaugh (178366) |
| | *Attorney for Defendant Golden State Bail Association* |
| Dated: April 24, 2019 | By: */s/ Paul J. Riehle* |
| | Paul J. Riehle (115199)<br>DRINKER BIDDLE & REATH LLP<br>4 Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Telephone: (415) 551-7521<br>Facsimile: (415) 551- 7510<br>paul.riehle@dbr.com |
| | *Attorneys for Defendant Accredited Surety and Casualty Company, Inc.* |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED: April 24, 2019        */s/ Dean M. Harvey*
DEAN M. HARVEY
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP