# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 24, 2019                                                                       Judge: Jon S. Tigar

Time: 15 minutes

| | |
|---|---|
| Case No. | **3:19-cv-00717-JST** |
| Case Name | **Stephen Breaux v. Accredited Surety and Casualty Company, et al.** |

| | |
|---|---|
| Case No. | **3:19-cv-01265-JST** |
| Case Name | **Shonetta Crain, et al. v. Accredited Surety and Casualty Company, et al.** |

Attorneys for Plaintiffs:
- Stephanie Dominique Carroll
- Benjamin D. Elga
- Adam Gitlin
- Dean M. Harvey
- Laura L. Ho
- Katherine C. Lubin
- Cindy Panuco
- Stuart Rossman
- Yaman Salahi

Nisha Kashyap (appeared by telephone)

Attorneys for Defendants:

*Accredited Surety and Casualty Company*
Paul J. Riehle

*Aegis Security Insurance Company*
Timothy P. Irving (appeared by telephone)

*All-Pro Bail Bonds Inc.*
Andrew Koning

*Allegheny Casualty Company / Associated Bond and Insurance Agency, Inc. / Bankers Agency, Inc. / Associated Bond and Insurance Agency, Inc. / Bankers Insurance Company / Harco National Insurance Company / International Fidelity Insurance Company / Lexington National Insurance Corporation / Jerry Watson*
Gary A. Nye

*American Bail Coalition, Inc. / William B Carmichael*
Nicole S. Healy

*American Contractors Indemnity Company*
Gerard G. Pecht (appeared by telephone)

*American Surety Company / Indiana Lumbermens Mutual Insurance Company*
Howard Holderness
John A. Sebastinelli

*Bond Safeguard Insurance Company / Lexon Insurance Company*
Casey A. Hatton
W. Scott Croft (appeared by telephone)
Christie A. Moore (appeared by telephone)

*California Bail Agents Association / Sun Surety Insurance Company / Universal Fire & Insurance Company*
Gregory S. Day (appeared by telephone)

*Continental Heritage Insurance Company*
Erik C. Swanholt (appeared by telephone)
Alyssa L. Titche (appeared by telephone)

*Crum & Forster Indemnity Company / North River Insurance Company / Seneca Insurance Company / United States Fire Insurance Company*
Robert Berg

*Danielson National Insurance Company / National American Insurance Company*
Julie Ann Gryce
Michael P Murphy

*Financial Casualty & Surety, Inc.*
Shannon W. Bangle
James Mills
Michael D. Singletary

*Golden State Bail Agents Association*
John M. Rorabaugh (appeared by telephone)

*Philadelphia Reinsurance Corporation*
Travis R. Wall

*Safety First Insurance Company*
Regina J. McClendon

*Seaview Insurance Company / Two Jinn, Inc.*
Jon F. Cieslak

*Stillwater Property and Casualty Insurance Company*
Michael Shepherd

*Williamsburg National Insurance Company*
Anne K. Edwards

Deputy Clerk: William Noble	FTR Recording Time: 2:09 – 2:24 p.m.

## PROCEEDINGS

Initial case management conference.

## RESULT OF HEARING

1. The Court set a deadline of May 1, 2019 for the filing of a motion for appointment of interim lead class counsel and an executive committee.

2. The parties' proposed consolidation pretrial order should use the mechanism provided in Civil L.R. 3-12 to add additional cases. A new proposed order shall be submitted to the Court.

3. The Court declines to resolve the parties' dispute regarding when discovery should commence until after the filing of a consolidated complaint. At that time, the parties may make an appropriate request for relief to the Court.

4. The Court set a deadline of April 26, 2019 at 12:00 p.m. for the submission of a joint stipulation that describes the briefs and page limits that will be filed for any motion dismiss. If the parties are unable to reach an agreement they shall submit competing proposals and the Court will choose one.

5. The Court will adopt, with modification, the defendants' proposed schedule. After a further case management conference, the Court will set the remainder of the deadlines through class certification.