UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN BREAUX,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-00717-JST<br>Case No. 19-CV-01265-JST<br><br>**SCHEDULING ORDER** |
|---|---|
| SHONETTA CRAIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, et al.,<br><br>    Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Consolidated amended complaint due | Seven days after an order appointing interim class counsel |
| Answers or response(s) to consolidated amended complaint due | 30 days after the filing of a consolidated amended complaint |

| Event | Deadline |
|---|---|
| Defendants' motion to stay discovery pending a ruling on the Defendants' motion to dismiss due | 30 days after the filing of a consolidated amended complaint |
| Plaintiffs' opposition to motion to stay discovery due | 7 days after filing of the motion to stay discovery |
| Defendants' reply re motion to stay discovery due | 10 days after filing of the motion to stay discovery |
| Plaintiffs' opposition to Defendants' motions to dismiss or strike due | 30 days after motions filed |
| Defendants' reply re motions to dismiss or strike due | 21 days after opposition filed |

Page limits for Defendants' motion to stay discovery will be as follows: opening brief, 8 pages; opposition, 8 pages; reply, 4 pages. The Court will set page limits for the remaining briefs following submission of the parties' proposal(s) on April 26, 2019.

**IT IS SO ORDERED.**

Dated: April 25, 2019



JON S. TIGAR
United States District Judge