1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   SHONETTA CRAIN AND KIRA SERNA,        Case No. 3:19-CV-01265-JST
     individually and on behalf of all other
13   similar situated individuals,            **STIPULATION AND [PROPOSED]**
                                              **ORDER RE: RESPONSIVE BRIEFING**
14           Plaintiffs,                       **PAGE LIMITS**

15           v.

16   ACCREDITED SURETY AND
     CASUALTY COMPANY, *et al.*,
17
             Defendants.
18

19   STEVEN BREAUX, individually and on     Case No. 3:19-CV-00717-JST
     behalf of all other similar situated
20   individuals,

21           Plaintiff,

22           v.

23   ACCREDITED SURETY AND
     CASUALTY COMPANY, *et al.*,
24
             Defendants.
25

26

27

28

Pursuant to the Court's April 24, 2019 Order, Dkt. 21, all Plaintiffs and all Defendants in both the *Crain* and *Breaux* actions stipulate as follows. Defendants reserve a right to request additional pages after Plaintiffs file their amended consolidated complaint.

1.    Defendants may file one joint motion to dismiss on behalf of all Defendants, with page limits of 30 pages for the opening brief, 30 pages for the opposition brief, and 15 pages for the reply brief;

2.    Defendants may file one joint motion to strike under California's anti-SLAPP law by a subset of Defendants, with page limits of 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief; and

3.    Defendants may file a consolidated motion to dismiss in which individual Defendants address issues specific to them. Each Defendant who contributes to the consolidated brief may include no more than 5 pages, and the aggregate length of the brief may not exceed 30 pages. The opposition brief may devote no more than 5 pages to any individual Defendant's arguments, and may not exceed 30 pages in the aggregate. For the reply brief, each Defendant may include no more than 3 pages, and the aggregate length of the brief shall not exceed 15 pages.

Dated:  April 26, 2019

Respectfully submitted,

By: /s/ *Dean M. Harvey*

Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

Benjamin David Elga (*pro hac vice*)
Brian James Shearer (*pro hac vice*)
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

Cindy Pánuco (SBN 266921)
Stephanie Carroll (SBN 263698)
Nisha Kashyap (SBN 301934)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California, 90005
Telephone: (213) 385-2977
Facsimile: (213) 201-4722
cpanuco@publiccounsel.org
scarroll@publiccounsel.org
nkashyap@publiccounsel.org

Stuart T. Rossman (*pro hac vice*) (B.B.O.
No. 430640)
Brian Highsmith (*pro hac vice* motion
forthcoming)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110-1245
Telephone: (617) 542-8010
Facsimile: (617) 542-8028
srossman@nclc.org
bhighsmith@nclc.org

David Seligman (*pro hac vice* motion
forthcoming)
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org

*Counsel for Plaintiffs Shonetta Crain and Kira
Serna*

| | |
|---|---|
| 1 | Dated:  April 26, 2019 |

| | |
|---|---|
| 1 | Dated:  April 26, 2019 | By: /s/ *Julian Hammond* |
| 2 | | Julian Hammond |
| | | Polina Brandler |
| 3 | | Ari Cherniak |
| | | HAMMONDLAW, P.C. |
| 4 | | 1829 Reisterstown Road, Suite 410 |
| | | Baltimore, MD 21208 |
| 5 | | Telephone: (310) 601-6766 |
| | | Facsimile: (310) 295-2385 |
| 6 | | jhammond@hammondlawpc.com |
| | | pbrandler@hammondlawpc.com |
| 7 | | acherniak@hammondlawpc.com |
| 8 | | Laura L. Ho |
| | | Goldstein Borgen Dardarian & Ho |
| 9 | | 300 Lakeside Drive, Suite 1000 |
| | | Oakland, CA 94612 |
| 10 | | Telephone: (510) 763-9800 |
| | | Facsimile: (510) 835-1417 |
| 11 | | lho@gbdhlegal.com |
| 12 | | *Counsel for Plaintiff Steven Breaux* |
| 13 | Dated:  April 26, 2019 | By: /s/ *Beatriz Mejia* |
| 14 | | Michael A. Attanasio (151529) |
| 15 | | Beatriz Mejia (190948) |
| | | Jon F. Cieslak (268951) |
| 16 | | Max Sladek de la Cal (324961) |
| | | COOLEY LLP |
| 17 | | |
| 18 | | *Attorneys for Defendants Seaview Insurance* |
| | | *Company and Two Jinn, Inc.* |
| 19 | Dated:  April 26, 2019 | By: /s/ *Julie A. Gryce* |
| 20 | | |
| 21 | | Julie A. Gryce (319530) |
| | | DLA PIPER LLP (US) |
| 22 | | 401 B Street, Suite 1700 |
| | | San Diego, CA 92101-4297 |
| 23 | | Telephone:  (619) 699-2700 |
| | | Facsimile:  (619) 699-2701 |
| 24 | | julie.gryce@dlapiper.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Michael P. Murphy (*pro hac vice*)
John Hamill (*pro hac vice*)
DLA PIPER LLP (US)
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
michael.murphy@dlapiper.com
john.hamill@dlapiper.com
jonathan.kinney@dlapiper.com

*Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California*

Dated: April 26, 2019                    By: /s/ *Blake Zollar*

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone: (858) 252-3234
Facsimile: (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

Dated: April 26, 2019                    By: /s/ *Joshua D. Lichtman*

Gerard G. Pecht (*pro hac vice* to be filed)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American
Contractors Indemnity Company*

Dated: April 26, 2019                    By: */s/ Anne K. Edwards*

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 358-7210
Facsimile: (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg
National Insurance Company*

Dated: April 26, 2019                    By: */s/ Nicole S. Healy*

Todd A. Roberts
Nicole S. Healy
Edwin B. Barnes
ROPERS, MAJESKI, KOHN & BENTLEY

*Attorneys for Defendants American Bail
Coalition, Inc. and William B. Carmichael*

Dated: April 26, 2019                    By: */s/ David F. Hauge*

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire
Insurance Company, The North River
Insurance Company, Crum & Forster
Indemnity Company, and Seneca Insurance
Company*

| 1 | Dated:  April 26, 2019 | By: /s/ *Casey A. Hatton* |

Casey A. Hatton (SBN 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415.362.6000
Facsimile:   451.834.9070
chatton@hinshawlaw.com

Christie A. Moore (*pro hac* pending)
W. Scott Croft (*pro hac* pending)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone:  502.587.3758
Facsimile:  502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Bond Safeguard Insurance Company and Lexon Insurance Company*

Dated:  April 26, 2019          By: /s/ *Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

Dated:  April 26, 2019          By: /s/ *Gregory S. Day*

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA  92007
Telephone:  (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

| 1 | Dated:  April 26, 2019 | By: /s/ *Timothy P. Irving* |

Timothy P. Irving (108413)
TYSON & MENDES LLP
5661 La Jolla Boulevard
San Diego, CA 92037
Telephone: (858) 459-4400
Facsimile:  (858) 459-3864
tirving@tysonmendes.com

*Attorneys for Defendant Aegis Security Insurance Company*

Dated:  April 26, 2019          By: /s/ *Regina J. McClendon*

Regina J. McClendon
LOCKE LORD LLP

*Attorneys for Defendant Safety First Insurance Company*

Dated:  April 26, 2019          By: /s/ *Howard Holderness*

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

Dated:  April 26, 2019          By: /s/ *Gary A. Nye*

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

| 1 | Dated:  April 26, 2019 | By: /s/ *Shannon W. Bangle* |
| 2 | | |
| 3 | | James Mills (203783)<br>LAW OFFICE OF JAMES MILLS<br>1300 Clay Street, Suite 600 |
| 4 | | Oakland, CA 94612-1427<br>Telephone:  (510) 521-8748 |
| 5 | | Facsimile:  (510) 277-1413<br>james@jamesmillslaw.com |
| 6 | | |
| 7 | | Michael D. Singletary (*pro hac vice*)<br>Shannon W. Bangle (*pro hac vice*) |
| 8 | | Brian C. Potter (*pro hac vice*)<br>BANGLE & POTTER, PLLC |
| 9 | | 604 W. 13th Street<br>Austin, TX 78701 |
| 10 | | Telephone:  (512) 270-4844<br>Facsimile:  (512) 270-4845 |
| 11 | | Michael@banglepotter.com |
| 12 | | Shannon@banglepotter.com<br>Brian@banglepotter.com |
| 13 | | |
| 14 | | *Attorneys for Defendant Financial Casualty & Surety, Inc.* |
| 15 | Dated:  April 26, 2019 | By: /s/ *Erik K. Swanholt* |
| 16 | | |
| 17 | | Erik K. Swanholt<br>FOLEY & LARDNER |
| 18 | | 555 South Flower St., 33rd Floor<br>Los Angeles, CA 90071 |
| 19 | | Telephone:  (213) 972-4500<br>Facsimile:  (213) 486-0065 |
| 20 | | |
| 21 | | *Attorneys for Defendants Continental Heritage Insurance Company* |
| 22 | Dated:  April 26, 2019 | By: /s/ *John M. Rorabaugh* |
| 23 | | |
| 24 | | John M. Rorabaugh (178366) |
| 25 | | *Attorney for Defendant Golden State Bail Association* |
| 26 | | |
| 27 | | |
| 28 | | |

1    Dated:  April 26, 2019                    By: /s/ *Paul J. Riehle*

2                                              Paul J. Riehle (115199)
3                                              DRINKER BIDDLE & REATH LLP
                                               4 Embarcadero Center, 27th Floor
                                               San  Francisco, California 94111
4                                              Telephone:  (415) 551-7521
                                               Facsimile:  (415) 551- 7510
5                                              paul.riehle@dbr.com

6                                              *Attorneys for Defendant Accredited Surety and*
                                               *Casualty Company, Inc.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.


DATED:  April 26, 2019                    _____/s/ Dean M. Harvey_____
                                          DEAN M. HARVEY
                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

1720135.1

**IT IS SO ORDERED.**

Dated: _____          _____
                                         HON. JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE