UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, individually and on behalf of all other similar situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-01265-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RESPONSIVE BRIEFING PAGE LIMITS** |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

Pursuant to the Court's April 24, 2019 Order, Dkt. 21, all Plaintiffs and all Defendants in both the *Crain* and *Breaux* actions stipulate as follows. Defendants reserve a right to request additional pages after Plaintiffs file their amended consolidated complaint.

1. Defendants may file one joint motion to dismiss on behalf of all Defendants, with page limits of 30 pages for the opening brief, 30 pages for the opposition brief, and 15 pages for the reply brief;

2. Defendants may file one joint motion to strike under California's anti-SLAPP law by a subset of Defendants, with page limits of 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief; and

3. Defendants may file a consolidated motion to dismiss in which individual Defendants address issues specific to them. Each Defendant who contributes to the consolidated brief may include no more than 5 pages, and the aggregate length of the brief may not exceed 30 pages. The opposition brief may devote no more than 5 pages to any individual Defendant's arguments, and may not exceed 30 pages in the aggregate. For the reply brief, each Defendant may include no more than 3 pages, and the aggregate length of the brief shall not exceed 15 pages.

Dated: April 26, 2019                    Respectfully submitted,

                                         By: /s/ *Dean M. Harvey*

                                         Dean M. Harvey (SBN 250298)
                                         Katherine C. Lubin (SBN 259826)
                                         Adam Gitlin (SBN 317047)
                                         Yaman Salahi (SBN 288752)
                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         275 Battery Street, 29th Floor
                                         San Francisco, CA 94111
                                         Telephone: (415) 956-1000
                                         dharvey@lchb.com
                                         kbenson@lchb.com
                                         agitlin@lchb.com
                                         ysalahi@lchb.com

Benjamin David Elga (*pro hac vice*)
Brian James Shearer (*pro hac vice*)
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

Cindy Pánuco (SBN 266921)
Stephanie Carroll (SBN 263698)
Nisha Kashyap (SBN 301934)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California, 90005
Telephone: (213) 385-2977
Facsimile: (213) 201-4722
cpanuco@publiccounsel.org
scarroll@publiccounsel.org
nkashyap@publiccounsel.org

Stuart T. Rossman (*pro hac vice*) (B.B.O. No. 430640)
Brian Highsmith (*pro hac vice* motion forthcoming)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110-1245
Telephone: (617) 542-8010
Facsimile: (617) 542-8028
srossman@nclc.org
bhighsmith@nclc.org

David Seligman (*pro hac vice* motion forthcoming)
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org

*Counsel for Plaintiffs Shonetta Crain and Kira Serna*

| | | |
|---|---|---|
| Dated: April 26, 2019 | | By: /s/ *Julian Hammond* |

Julian Hammond
Polina Brandler
Ari Cherniak
HAMMONDLAW, P.C.
1829 Reisterstown Road, Suite 410
Baltimore, MD 21208
Telephone: (310) 601-6766
Facsimile: (310) 295-2385
jhammond@hammondlawpc.com
pbrandler@hammondlawpc.com
acherniak@hammondlawpc.com

Laura L. Ho
Goldstein Borgen Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
lho@gbdhlegal.com

*Counsel for Plaintiff Steven Breaux*

| | | |
|---|---|---|
| Dated: April 26, 2019 | | By: /s/ *Beatriz Mejia* |

Michael A. Attanasio (151529)
Beatriz Mejia (190948)
Jon F. Cieslak (268951)
Max Sladek de la Cal (324961)
COOLEY LLP

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

| | | |
|---|---|---|
| Dated: April 26, 2019 | | By: /s/ *Julie A. Gryce* |

Julie A. Gryce (319530)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
julie.gryce@dlapiper.com

| | |
|---|---|
| | Michael P. Murphy (*pro hac vice*) |
| | John Hamill (*pro hac vice*) |
| | DLA PIPER LLP (US) |
| | Telephone: (212) 335-4500 |
| | Facsimile: (212) 335-4501 |
| | michael.murphy@dlapiper.com |
| | john.hamill@dlapiper.com |
| | jonathan.kinney@dlapiper.com |
| | |
| | *Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California* |
| Dated: April 26, 2019 | By: /s/ *Blake Zollar* |
| | |
| | Drew Koning (263082) |
| | Blake Zollar (268913) |
| | Shaun Paisley (244377) |
| | KONING ZOLLAR LLP |
| | 2210 Encinitas Blvd., Suite S |
| | Encinitas, CA 92024 |
| | Telephone: (858) 252-3234 |
| | Facsimile: (858) 252-3238 |
| | drew@kzllp.com |
| | blake@kzllp.com |
| | shaun@kzllp.com |
| | |
| | *Attorneys for Defendant All-Pro Bail Bonds, Inc.* |
| Dated: April 26, 2019 | By: /s/ *Joshua D. Lichtman* |
| | |
| | Gerard G. Pecht (*pro hac vice* to be filed) |
| | NORTON ROSE FULBRIGHT US LLP |
| | 1301 McKinney, Suite 5100 |
| | Houston, Texas 77010 |
| | Telephone: (713) 651-5151 |
| | Facsimile: (713) 651-5246 |
| | gerard.pecht@nortonrosefulbright.com |

|   |   |   |
|---|---|---|
| | | Joshua D. Lichtman (SBN 176143) |
| | | NORTON ROSE FULBRIGHT US LLP |
| | | 555 South Flower Street, Forty-First Floor |
| | | Los Angeles, California 90071 |
| | | Telephone: (213) 892-9200 |
| | | Facsimile: (213) 892-9494 |
| | | joshua.lichtman@nortonrosefulbright.com |

*Attorneys for Defendant American Contractors Indemnity Company*

Dated: April 26, 2019                                          By: /s/ *Anne K. Edwards*

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 358-7210
Facsimile: (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg National Insurance Company*

Dated: April 26, 2019                                          By: /s/ *Nicole S. Healy*

Todd A. Roberts
Nicole S. Healy
Edwin B. Barnes
ROPERS, MAJESKI, KOHN & BENTLEY

*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael*

Dated: April 26, 2019                                          By: /s/ *David F. Hauge*

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, Crum & Forster Indemnity Company, and Seneca Insurance Company*

| | | |
|---|---|---|
| Dated: April 26, 2019 | | By: /s/ *Casey A. Hatton* |

Casey A. Hatton (SBN 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415.362.6000
Facsimile: 451.834.9070
chatton@hinshawlaw.com

Christie A. Moore (*pro hac* pending)
W. Scott Croft (*pro hac* pending)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile: 502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Bond Safeguard Insurance Company and Lexon Insurance Company*

Dated: April 26, 2019    By: /s/ *Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

Dated: April 26, 2019    By: /s/ *Gregory S. Day*

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA 92007
Telephone: (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

| | | |
|---|---|---|
| 1 | Dated: April 26, 2019 | By: /s/ *Timothy P. Irving* |
| 2 | | Timothy P. Irving (108413) |
| 3 | | TYSON & MENDES LLP |
| | | 5661 La Jolla Boulevard |
| 4 | | San Diego, CA 92037 |
| | | Telephone: (858) 459-4400 |
| 5 | | Facsimile: (858) 459-3864 |
| 6 | | tirving@tysonmendes.com |
| 7 | | *Attorneys for Defendant Aegis Security Insurance Company* |
| 8 | | |
| | Dated: April 26, 2019 | By: /s/ *Regina J. McClendon* |
| 9 | | |
| 10 | | Regina J. McClendon |
| | | LOCKE LORD LLP |
| 11 | | |
| | | *Attorneys for Defendant Safety First Insurance Company* |
| 12 | | |
| 13 | Dated: April 26, 2019 | By: /s/ *Howard Holderness* |
| 14 | | |
| | | John A. Sebastinelli (127859) |
| 15 | | Howard Holderness (169814) |
| | | GREENBERG TRAURIG, LLP |
| 16 | | |
| 17 | | *Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company* |
| 18 | | |
| 19 | Dated: April 26, 2019 | By: /s/ *Gary A. Nye* |
| 20 | | Gary A. Nye (126104) |
| 21 | | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| 22 | | |
| 23 | | *Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 26, 2019 | | By: /s/ *Shannon W. Bangle* |

James Mills (203783)
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: (510) 521-8748
Facsimile: (510) 277-1413
james@jamesmillslaw.com

Michael D. Singletary (*pro hac vice*)
Shannon W. Bangle (*pro hac vice*)
Brian C. Potter (*pro hac vice*)
BANGLE & POTTER, PLLC
604 W. 13th Street
Austin, TX 78701
Telephone: (512) 270-4844
Facsimile: (512) 270-4845
Michael@banglepotter.com
Shannon@banglepotter.com
Brian@banglepotter.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

Dated: April 26, 2019             By: /s/ *Erik K. Swanholt*

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

Dated: April 26, 2019             By: /s/ *John M. Rorabaugh*

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

- 8 -

STIPULATION RE: RESPONSIVE
BRIEFING PAGE LIMITS
CASE NOS. 3:19-CV-001265-JST; 3:19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated:  April 26, 2019 | By: /s/ *Paul J. Riehle* |
| 2 | | Paul J. Riehle (115199) |
| 3 | | DRINKER BIDDLE & REATH LLP<br>4 Embarcadero Center, 27th Floor |
| 4 | | San Francisco, California 94111<br>Telephone:  (415) 551-7521 |
| 5 | | Facsimile:  (415) 551- 7510<br>paul.riehle@dbr.com |
| 6 | | *Attorneys for Defendant Accredited Surety and* |
| 7 | | *Casualty Company, Inc.* |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED: April 26, 2019                */s/ Dean M. Harvey*
DEAN M. HARVEY
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

1720135.1

**IT IS SO ORDERED.**

Dated: April 29, 2019

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE