UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, individually and on behalf of all other similar situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-CV-01265-JST<br><br>**STIPULATED [PROPOSED] PRETRIAL CONSOLIDATION ORDER** |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

WHEREAS, on January 29, 2019, Plaintiffs Shonetta Crain and Kira Serna filed a complaint in Alameda County Superior Court, *Crain et al. v. Accredited Casualty and Surety Company, Inc., et al.* ("*Crain* Action");

WHEREAS, on February 8, 2019, Plaintiff Steven Breaux filed a complaint in the Northern District of California, *Breaux v. Accredited Casualty and Surety Company, Inc., et al.* ("*Breaux* Action");

WHEREAS, on March 8, 2019, Defendants Two Jinn, Inc. and Seaview Insurance Company filed a notice of removal of the *Crain* Action to the Northern District of California;

WHEREAS, on March 19, 2019, the Court related the *Crain* Action and the *Breaux* Action (collectively, the "Related Actions");

WHEREAS, the Related Actions are proposed class actions against Defendants Accredited Casualty and Surety Company, Inc., Aegis Security Insurance Company, All-Pro Bail Bonds Inc., American Bail Coalition, Inc., Alleghany Casualty Company, American Contractors Indemnity Company, American Surety Company, Associated Bond and Insurance Agency, Inc., Bankers Agency, Inc., Bankers Insurance Company, Bond Safeguard Insurance Company, California Bail Agents Association, Continental Heritage Insurance Company, Crum & Forster Indemnity Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Golden State Bail Agents Association, Harco National Insurance Company, Indiana Lumbermens Mutual Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, Lexon Insurance Company, National American Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Safety First Insurance Company, Seaview Insurance Company, Seneca Insurance Company, Stillwater Property and Casualty Insurance Company, Sun Surety Insurance Company, Two Jinn, Inc., United States Fire Insurance Company, Universal Fire & Casualty Insurance Company, Williamsburg National Insurance Company, Jerry Watson and William B. Carmichael, and DOES 1-100 pursuant to California's antitrust statute, Business and Professions Code sections 16720, *et seq.* (the "Cartwright Act"); and California's unfair competition law, Business and Professions Code

sections 17200, *et seq*. (the "Unfair Competition Law");

WHEREAS, the parties in the Related Actions have met and conferred and agree that the above-entitled actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, consolidation of the Complaints and other like actions will avoid duplication and unnecessary costs, and will promote the efficient conduct of the proceedings;

WHEREAS, the parties in the Related Actions have met and conferred and agree to a schedule for filing a consolidated amended complaint following the appointment of interim class counsel;

WHEREAS, the parties in the Related Actions have met and conferred and agree that no answers, motions, or other responses to the complaints need be filed in the Related Actions until after the appointment of interim class counsel and the filing of a consolidated amended complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and economy, and will not cause prejudice to any party;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants in the Related Actions, by and through their undersigned respective counsel of record, as follows:

**I.   CONSOLIDATION**

The Related Actions are consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) (the "Consolidated Action").

**II.   MASTER DOCKET AND MASTER FILE**

A Master Docket and a Master File shall be created under the civil action number that has been assigned to the first-filed federal court case, No. 19-CV-00717-JST, with the caption "*In re California Bail Bond Antitrust Litigation*". All docket entries regarding the Consolidated Action shall be docketed under the Master File number No. 19-CV-00717-JST. If a document pertains to only one or some of the consolidated cases, it will be docketed on the Master Docket with the notation in the docket text as to the case number(s) to which it pertains.

## III. RELATION AND CONSOLIDATION OF SUBSEQUENTLY FILED OR TRANSFERRED CASES

The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this Consolidated Action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

(a) place a copy of this Order in the separate file for such action;

(b) serve on plaintiff's counsel in the new case a copy of this Order;

(c) direct that this Order be served upon defendants in the new case; and

(d) make the appropriate entry in the Master Docket.

All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of this order is mailed to the party's counsel, pursuant to the above paragraph.

## IV. CAPTION OF CASES

All papers hereafter filed in the Consolidated Action shall bear the following caption:

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Master Docket No. 19-CV-00717-JST |
|---|---|
| THIS DOCUMENT RELATES TO: | |

When a pleading or other court paper is intended to apply to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO" in the caption set out above. When a pleading or other court paper is intended to be applicable only to a subset of the Actions, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "THIS DOCUMENT RELATES TO" in the caption

described above. The short form of the case caption ([named plaintiff] v. [first named defendant], *et al.*) for such actions may be used.

**V.     FILING AND DOCKETING**

All papers previously filed and served to date in any of the above-referenced actions are hereby deemed part of the record in 19-CV-00717-JST.

When a paper is filed and the caption shows that it is to be applicable to "All Actions," such paper shall be filed in the Master File and the Clerk shall note such filing in the Master Docket. Such papers need not be filed, and docket entries need not be made, in any other case file.

When a paper is filed and the caption shows that it is to be applicable to fewer than all of the Consolidated Actions, such paper shall be filed in the Master File, and the clerk shall note such filing in both the Master Docket and the docket of each such action. Thus, the paper should only be filed in the Master File in 19-CV-00717-JST.

**VI.     ECF AND SERVICE OF DOCUMENTS**

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. If counsel has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF user ID and password. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov.

All documents shall be e-filed in the Master File in 19-CV-00717-JST. Papers that are filed electronically through the Court's ECF system are deemed served on all parties as of the date of filing. All other service of papers shall be governed by the Rules of Civil Procedure, unless otherwise agreed by the parties.

**VII.     PRESERVATION OF EVIDENCE**

Until the parties agree on a preservation plan or the Court orders otherwise, each party shall take reasonable steps to preserve all documents, data, and tangible things containing information potentially relevant to the subject matter of this litigation.

# VIII. SCHEDULE FOR RULE 23(G) MOTION, CONSOLIDATED AMENDED COMPLAINT, AND RESPONSIVE PLEADINGS

### A. Rule 23(g) Motion

Plaintiffs will file a Motion for Appointment of Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g) by May 1, 2019.

### B. Consolidated Amended Complaint

Within seven (7) days of the Court's Order appointing Interim Class Counsel, Interim Class Counsel shall file the Consolidated Amended Complaint. The Consolidated Amended Complaint shall be deemed Plaintiffs' initial filing for purposes of Federal Rule of Civil Procedure 15(a). The Consolidated Amended Complaint shall relate back to the date of the first filed action in California state court, *Crain et al. v. Accredited Surety and Casualty Company, et al.* (filed January 29, 2019), for all purposes. Defendants shall have no obligation to answer, move, or otherwise plead in response to the previously-filed Complaints.

### C. Responsive Pleadings/Motion to Dismiss

Defendants shall answer, move, or otherwise plead in response to the Consolidated Amended Complaint within thirty (30) days of the filing of the Consolidated Amended Complaint. The thirty (30) day deadline will apply to all state law response deadlines, including a motion to strike brought pursuant to California's anti-SLAPP statutes. The page limits will be governed by the Stipulation and Order re: Responsive Briefing Page Limits (*Crain* Action Dkt. 168; *Breaux* Action Dkt. 27).

| | | |
|---|---|---|
| 1 | Dated: April 30, 2019 | Respectfully submitted, |
| 2 | | By: */s/ Dean M. Harvey* |
| 3 | | |
| 4 | | Dean M. Harvey (SBN 250298)<br>Katherine C. Lubin (SBN 259826) |
| 5 | | Adam Gitlin (SBN 317047)<br>Yaman Salahi (SBN 288752) |
| 6 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor |
| 7 | | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 8 | | dharvey@lchb.com<br>kbenson@lchb.com |
| 9 | | agitlin@lchb.com<br>ysalahi@lchb.com |
| 10 | | |
| 11 | | Benjamin David Elga (*pro hac vice*)<br>Brian James Shearer (*pro hac vice*) |
| 12 | | JUSTICE CATALYST LAW<br>25 Broadway, 9th Floor |
| 13 | | New York, NY 10004<br>Telephone: (518) 732-6703 |
| 14 | | belga@justicecatalyst.org<br>brianshearer@justicecatalyst.org |
| 15 | | |
| 16 | | Stephanie Carroll (SBN 263698)<br>Cindy Pánuco (SBN 266921) |
| 17 | | Nisha Kashyap (SBN 301934)<br>PUBLIC COUNSEL |
| 18 | | 610 South Ardmore Avenue<br>Los Angeles, California, 90005 |
| 19 | | Telephone: (213) 385-2977<br>Facsimile: (213) 201-4722 |
| 20 | | scarroll@publiccounsel.org<br>nkashyap@publiccounsel.org |
| 21 | | |
| 22 | | Stuart T. Rossman (*pro hac vice*) (B.B.O. No. 430640) |
| 23 | | Brian Highsmith (*pro hac vice* motion forthcoming) |
| 24 | | NATIONAL CONSUMER LAW CENTER<br>7 Winthrop Square, Fourth Floor |
| 25 | | Boston, MA 02110-1245<br>Telephone: (617) 542-8010 |
| 26 | | Facsimile: (617) 542-8028<br>srossman@nclc.org<br>bhighsmith@nclc.org |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | David Seligman (*pro hac vice* motion forthcoming) |
| 2 | | TOWARDS JUSTICE |
| 3 | | 1410 High Street, Suite 300 |
| | | Denver, CO 80218 |
| 4 | | Telephone: (720) 441-2236 |
| | | Facsimile: (303) 957-2289 |
| 5 | | david@towardsjustice.org |
| 6 | | |
| | | *Counsel for Plaintiffs Shonetta Crain and Kira Serna* |
| 7 | | |
| 8 | Dated: April 30, 2019 | By: */s/ Julian Hammond* |
| 9 | | Julian Hammond |
| | | Polina Brandler |
| 10 | | Ari Cherniak |
| | | HAMMONDLAW, P.C. |
| 11 | | 1829 Reisterstown Road, Suite 410 |
| | | Baltimore, MD 21208 |
| 12 | | Telephone: (310) 601-6766 |
| | | Facsimile: (310) 295-2385 |
| 13 | | jhammond@hammondlawpc.com |
| | | pbrandler@hammondlawpc.com |
| 14 | | acherniak@hammondlawpc.com |
| 15 | | Laura L. Ho |
| | | Goldstein Borgen Dardarian & Ho |
| 16 | | 300 Lakeside Drive, Suite 1000 |
| | | Oakland, CA 94612 |
| 17 | | Telephone: (510) 763-9800 |
| | | Facsimile: (510) 835-1417 |
| 18 | | lho@gbdhlegal.com |
| 19 | | *Counsel for Plaintiff Steven Breaux* |
| 20 | Dated: April 30, 2019 | By: */s/ Paul J. Riehle* |
| 21 | | Paul J. Riehle (115199) |
| 22 | | Drinker Biddle & Reath LLP |
| | | Four Embarcadero Center, 27th Floor |
| 23 | | San Francisco, CA 94111-4180 |
| | | (415) 591-7521 |
| 24 | | Paul.Riehle@dbr.com |
| 25 | | |
| | | *Attorney for Defendant Accredited Casualty & Surety Co., Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 30, 2019 | By*: /s/ Michael A. Attanasio* |
| 2 | | |
| 3 | | Michael A. Attanasio (151529)<br>Beatriz Mejia (190948)<br>Jon F. Cieslak (268951) |
| 4 | | Max Sladek de la Cal (324961)<br>COOLEY LLP |
| 5 | | |
| 6 | | *Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.* |
| 7 | Dated: April 30, 2019 | By: */s/ Julie A. Gryce* |
| 8 | | |
| 9 | | Julie A. Gryce (319530)<br>DLA PIPER LLP (US) |
| 10 | | 401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: (619) 699-2700 |
| 11 | | Facsimile: (619) 699-2701<br>julie.gryce@dlapiper.com |
| 12 | | |
| 13 | | Michael P. Murphy (*pro hac vice*)<br>John Hamill (*pro hac vice*) |
| 14 | | DLA PIPER LLP (US)<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| 15 | | michael.murphy@dlapiper.com<br>john.hamill@dlapiper.com |
| 16 | | |
| 17 | | *Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California* |
| 18 | | |
| 19 | Dated: April 30, 2019 | By: */s/ Shaun Paisley* |
| 20 | | Drew Koning (263082)<br>Blake Zollar (268913) |
| 21 | | Shaun Paisley (244377)<br>KONING ZOLLAR LLP |
| 22 | | 2210 Encinitas Blvd., Suite S<br>Encinitas, CA 92024 |
| 23 | | Telephone: (858) 252-3234<br>Facsimile: (858) 252-3238 |
| 24 | | drew@kzllp.com |
| 25 | | blake@kzllp.com<br>shaun@kzllp.com |
| 26 | | |
| 27 | | *Attorneys for Defendant All-Pro Bail Bonds, Inc.* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 30, 2019 | By: */s/ Gerard G. Pecht* |
| 2 | | |
| 3 | | Gerard G. Pecht (*pro hac vice* to be filed)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100 |
| 4 | | Houston, Texas 77010<br>Telephone: (713) 651-5151 |
| 5 | | Facsimile: (713) 651-5246<br>gerard.pecht@nortonrosefulbright.com |
| 6 | | |
| 7 | | Joshua D. Lichtman (SBN 176143)<br>NORTON ROSE FULBRIGHT US LLP |
| 8 | | 555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071 |
| 9 | | Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494 |
| 10 | | joshua.lichtman@nortonrosefulbright.com |
| 11 | | |
| 12 | | *Attorneys for Defendant American*<br>*Contractors Indemnity Company* |
| 13 | Dated: April 30, 2019 | By: */s/ Anne K. Edwards* |
| 14 | | |
| 15 | | Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP |
| 16 | | 444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071 |
| 17 | | Telephone: (213) 358-7210<br>Facsimile: (213) 358-7310 |
| 18 | | aedwards@sgrlaw.com |
| 19 | | *Attorneys for Defendant Williamsburg* |
| 20 | | *National Insurance Company* |
| 21 | Dated: April 30, 2019 | By: */s/ Nicole S. Healy* |
| 22 | | Todd A. Roberts |
| 23 | | Nicole S. Healy<br>Edwin B. Barnes |
| 24 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 25 | | *Attorneys for Defendants American Bail*<br>*Coalition, Inc. and William B. Carmichael* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 30, 2019 | | By: */s/ Vincent S. Loh* |

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire Insurance Company, North River Insurance Company, Crum & Forster Indemnity Company, and Seneca Insurance Company*

Dated: April 30, 2019                              By: */s/ Casey A. Hatton*

Casey A. Hatton (SBN 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415.362.6000
Facsimile:   451.834.9070
chatton@hinshawlaw.com

Christie A. Moore (*pro hac* pending)
W. Scott Croft (*pro hac* pending)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile: 502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Bond Safeguard Insurance Company and Lexon Insurance Company*

Dated: April 30, 2019                              By: */s/ Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

| | | |
|---|---|---|
| 1 | Dated: April 30, 2019 | By: */s/ Greg Day* |
| 2 | | |
| 3 | | Greg Day<br>LAW OFFICES OF GREGORY S. DAY<br>120 Birmingham Drive, Suite 200 |
| 4 | | Cardiff, CA  92007<br>Telephone:  (760) 436-2827 |
| 5 | | attygsd@gmail.com |
| 6 | | *Attorneys for Defendants California Bail* |
| 7 | | *Agents Association, Universal Fire &*<br>*Insurance Company, Sun Surety Insurance* |
| 8 | | *Company* |
| 9 | Dated: April 30, 2019 | By: */s/ Timothy P. Irving* |
| 10 | | Timothy P. Irving (108413) |
| 11 | | TYSON & MENDES LLP<br>5661 La Jolla Boulevard |
| 12 | | San Diego, CA 92037<br>Telephone: (858) 459-4400 |
| 13 | | Facsimile:  (858) 459-3864<br>tirving@tysonmendes.com |
| 14 | | |
| 15 | | *Attorneys for Defendant Aegis Security*<br>*Insurance Company* |
| 16 | Dated: April 30, 2019 | By: */s/ Regina J. McClendon* |
| 17 | | |
| 18 | | Regina J. McClendon<br>LOCKE LORD LLP |
| 19 | | *Attorneys for Defendant Safety First Insurance* |
| 20 | | *Company* |
| 21 | Dated: April 30, 2019 | By: */s/ Howard Holderness* |
| 22 | | John A. Sebastinelli (127859) |
| 23 | | Howard Holderness (169814)<br>GREENBERG TRAURIG, LLP |
| 24 | | |
| 25 | | *Attorneys for Defendants American Surety*<br>*Company and Indiana Lumbermens Mutual* |
| 26 | | *Insurance Company* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 30, 2019 | | By: */s/ Gary A. Nye* |

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

Dated: April 30, 2019                    By: */s/ James Mills*

James Mills (203783)
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: (510) 521-8748
Facsimile: (510) 277-1413
james@jamesmillslaw.com

Michael D. Singletary (*pro hac vice* motion forthcoming)
Shannon W. Bangle (*pro hac vice* motion forthcoming)
Brian C. Potter (*pro hac vice* motion forthcoming)
BANGLE & POTTER, PLLC
604 W. 13th Street
Austin, TX 78701
Telephone: (512) 270-4844
Facsimile: (512) 270-4845
Michael@banglepotter.com
Shannon@banglepotter.com
Brian@banglepotter.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

| | |
|---|---|
| Dated: April 30, 2019 | By: */s/ Erik K. Swanholt* |

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

| | |
|---|---|
| Dated: April 30, 2019 | By: */s/ John M. Rorabaugh* |

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

| | |
|---|---|
| Dated: April 30, 2019 | */s/ Dean M. Harvey* |
| | DEAN M. HARVEY |
| | LIEFF CABRASER HEIMANN |
| | & BERNSTEIN, LLP |

1 | **IT IS SO ORDERED.**

Dated: May 1, 2019

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE