Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

*Attorneys for individual and representative
Plaintiffs Shonetta Crain and Kira Serna*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., et al.,<br><br>Defendants. | Case No. 3:19-CV-001265-JST<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: June 6, 2019<br>Time: 2:00p.m.<br>Location: Courtroom 9<br>Judge: The Honorable Jon S. Tigar |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

I, Dean M. Harvey, declare as follows:

1. I am an attorney at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), counsel for Plaintiffs Shonetta Crain and Kira Serna in *Crain et al. v. Accredited Surety & Ins. Co., et al.*, Case No. 3:19-cv-001265-JST (N.D. Cal.) (the "Crain Action"). I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. The Crain Action is the result of several months of factual and legal research and investigation by Lieff Cabraser and my co-counsel, a coalition of civil rights and public interest organizations with significant experience on issues related to cash bail reform, class action litigation, consumer protection, and civil rights, including Public Counsel, Towards Justice, Justice Catalyst Law, and the National Consumer Law Center. This case would not have been discovered or been possible without the diligent work of my co-counsel. Counsel's investigation began over six months before the complaint was filed. Counsel investigated, performed factual and legal research, retained expert economists who conducted economic analyses of the relevant market, and reviewed public rate filings.

3. The summons and a detailed preservation letter have been served on all Defendants. The preservation letter was mailed with the state court complaint on January 29, 2019. Prior to removal from state court, the two individual defendants (Jerry Watson and William Carmichael) were served with written discovery requests on February 20, 2019, and copies of the requests were also delivered to the remaining defendants.

4. Lieff Cabraser has also led plaintiffs' negotiations with Defendants, including drafting stipulations (including pre-trial consolidation orders), preparing the case management statement, and attempting to conduct a conference with Defendants under Federal Rule of Civil Procedure 26(f) to, among other things, obtain the information described in the Northern District's Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information. Since removal of this action to federal court, Lieff Cabraser has consulted with counsel for Steven Breaux regarding litigation decisions, resulting in a unified litigation strategy across the two actions and the instant joint leadership application.

5. Lieff Cabraser was founded in 1972 and has been described by the *American Lawyer* as "one of the nation's premier plaintiffs' firms." It routinely litigates precedent-setting cases against the world's largest corporations. It has obtained over $118 billion in verdicts and settlements on behalf of its clients. For example, in 2016, Lieff Cabraser was appointed Lead Counsel in *In re Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.). On October 25, 2016, the court approved settlements totaling $14.7 billion—one of the largest settlements in American history and the largest consumer settlement ever. In *Cipro Cases I and II*, 61 Cal.4th 116 (2015), Lieff Cabraser was Co-Lead Class Counsel for consumers and end payors in an antitrust class action charging that Bayer Corporation conspired with rivals to restrain competition for its blockbuster antibiotic drug Ciprofloxacin. Lieff Cabraser won a landmark (and unanimous) reversal of the lower courts in the California Supreme Court. It then resolved the case in 2017 on the eve of trial, bringing total settlements to $399 million (exceeding plaintiffs' damages estimate by $68 million), a result the trial court described as "extraordinary." The court added that it was "not aware of any case" where, net of fees, end-payor "claimants will get basically 100 cents on the dollar[.]" Lieff Cabraser's work on the *Cipro* case earned it a California Lawyer of the Year (CLAY) award.

6. Lieff Cabraser has a significant track record successfully litigating large and complex antitrust class actions on behalf of consumers and employees. For example, Lieff Cabraser was Co-Lead Class Counsel in the first and largest "no-poach" case: *In re High-Tech Employee Antitrust Litigation*, No. 11-2509 (N.D. Cal.). Plaintiffs certified a nationwide class of over 64,000 employees across seven companies, and resolved their claims shortly before trial for a total of $435 million—the largest recovery ever by an employee class against private employers. The *Daily Journal* described the case as the "most significant antitrust employment case in recent history," adding that it "has been widely recognized as a legal and public policy breakthrough."

7. Lieff Cabraser also has significant antitrust trial experience. For instance, it served as Co-Lead Class Counsel in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.). After the court certified two nationwide classes, plaintiffs reached settlements with

all defendants except Toshiba.  The case against Toshiba went to trial, and in July 2012, the jury found that Toshiba participated in a price-fixing conspiracy.  Toshiba subsequently settled, bringing total settlements in the case to over $470 million.

8. Lieff Cabraser currently serves as Lead or Co-Lead Class Counsel in several other antitrust cases, including *Seaman v. Duke University et al.*, No. 15-462 (M.D.N.C.); *In re: Railway Industry Employee No-Poach Antitrust Litigation*, MDL No. 2850 (W.D. Pa.); *In re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litig.*, 1:18-md-02819-NG-LB (E.D.N.Y.); *Arrington v. Burger King Worldwide, Inc., et al.*, 1:18-cv-24128-JEM (S.D. Fla); *Houston v. Papa John's Intl., Inc., et al.*, 3:18-cv-00825-JHM-RSE (W.D. Ky.); *The Hosp. Auth. of Metro. Gov't of Nashville & Davidson Cnty., Tenn., d/b/a Nashville Gen. Hosp. v. Momenta Pharm. Inc. & Sandoz, Inc.*, No. 3:15-cv-01100 (M.D. Tenn.); and *DiCesare, et al. v. The Charlotte-Mecklenburg Hosp. Auth., d/b/a Carolinas Healthcare Sys.*, Case No. 16 CVS 16404 (N.C. Super. Ct.).

9. Attached as Exhibit A is a true and correct copy of Lieff Cabraser's firm resume, with a listing of current and past successes in antitrust litigation available at pages 78-89, and biographies of myself, Katherine Lubin, Adam Gitlin, and Yaman Salahi (my colleagues who are working on this case), at pages 123-24, 133, 136, and 139.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the first of May, 2019, in San Francisco, California.

*/s/ Dean M. Harvey*
DEAN M. HARVEY