Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

*Attorneys for individual and representative
Plaintiffs Shonetta Crain and Kira Serna*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., et al.,<br><br>Defendants. | Case No. 3:19-CV-001265-JST<br><br><u>CLASS ACTION</u><br>**DECLARATION OF BENJAMIN D. ELGA IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: June 6, 2019<br>Time: 2:00p.m.<br>Location: Courtroom 9<br>Judge: The Honorable Jon S. Tigar |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

17090163

DECL. OF BENJAMIN D. ELGA IN SUPPORT OF
MOTION FOR APPOINTMENT OF INTERIM
CLASS COUNSEL; 3:19-CV-001265-JST

I, Benjamin D. Elga, declare as follows:

1. I am an attorney at Justice Catalyst Law, counsel for Plaintiffs Shonetta Crain and Kira Serna in *Crain et al. v. Accredited Surety & Casualty Co., et al.*, Case No. 3:19-cv-001265-JST (N.D. Cal.). I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. I have spent my legal career engaged in class action practice working on behalf of consumers to redress antitrust and consumer law violations. I have worked on many large-scale antitrust cases as counsel for plaintiff classes, including *In re: Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.), *In re: Packaged Seafood Products Antitrust Litigation*, MDL No. 2670 (S.D. Cal.), *Cason-Merenda v. Detroit Medical Center,* No. 06-15601 (E.D. Mich.). I focus on uncovering abuses and building litigation to redress them. For example, I uncovered a defect that caused Subaru cars' hoods to fly open while they were being driven, which prompted a global recall of the Subaru Tribeca. *Hadley, et al. v. Subaru of America, Inc.*, No. 15-7210 (D.N.J.).

3. I have spent approximately two years investigating the bail market, nationally and in California, conducting interviews and extensively researching the relevant economic forces. Through legal research and discussions with advocates and market participants, I have accrued substantial expertise in both the theory and the practice of for-profit bail agencies and sureties, as well as California's regulatory regime.

4. My colleague, Brian J. Shearer, is also an attorney at Justice Catalyst Law. He too serves as counsel for Plaintiffs Shonetta Crain and Kira Serna in the Action. He has personal knowledge of the facts herein and, if called upon to testify to those facts, he could and would do so competently.

5. Mr. Shearer has extensive experience in financial products and consumer protection. He worked at the Consumer Financial Protection Bureau for seven years, where he wrote several regulations pertaining to consumer reporting, debt collection, and student loans, drafted guidance documents for a variety of industries, and acted as primary author of the CFPB's 2017 rule on Payday, Vehicle Title, and High Cost Installment Loans. He was the Director's

Senior Advisor in 2017, an advisor to the Associate Director of Supervision, Enforcement, and Fair Lending for much of 2018, and before 2017, counsel in a variety of offices. Throughout his tenure at the CFPB, he was involved in numerous complex enforcement matters involving credit markets and other consumer financial products. He is currently a Student Loan Justice Fellow at the new Student Borrower Protection Center, and he recently published an article titled "Protecting Worker Power with Antitrust."

**Justice Catalyst Law**

6. Justice Catalyst Law is a non-profit that develops and litigates cases that serve the broad public interest and vindicate rights, especially focused on economic justice.

7. Justice Catalyst Law was founded in 2018 as the legal arm of Justice Catalyst, a nonprofit devoted to collaborative, multidisciplinary, problem-centric work to improve the lives of marginalized communities. By putting problems and people first, and analyzing them from multiple perspectives, Justice Catalyst Law creatively explores whether litigation can advance human and civil rights or economic and social justice.

8. Justice Catalyst Law's leadership team has been engaged in many law enforcement actions involving consumer protection at the Consumer Financial Protection Bureau, as well as policy work such as legal guidance documents involving student loans, auto lending, credit reporting, and payment processing, and Federal rulemaking such as a major rule requiring payday lenders to assess consumers' ability to repay before making loans.

9. Justice Catalyst Law recently filed a putative antitrust class action on behalf of home sellers against the National Association of Realtors and the four major brokerage franchises alleging an illegal conspiracy to inflate residential real estate brokerage fees. *Moehrl v. National Association of Realtors,* No. 19-1610, (N.D. Ill. 2019).

10. Justice Catalyst Law's case development and litigation work is expanding rapidly with cases involving some of the most pressing corporate abuses in the areas of housing, student debt, medical debt, workplace mobility, workers' rights, and environmental justice under investigation and being prepared for filing.

11. Attached as Exhibit A is a true and correct copy of Justice Catalyst Law's firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the first of May, 2019 in New York, New York.

*/s/ Benjamin D. Elga*
Benjamin D. Elga