# EXHIBIT A



Justice Catalyst Law
25 Broadway, 9th Floor
New York, NY 10004

Email: info@justicecatalyst.org
Website: www.justicecatalyst.org

***FIRM PROFILE:***

Justice Catalyst Law, is a tax-exempt[1] non-profit law firm that activates path-breaking approaches to social justice lawyering that have real-world impact and improve the lives of those denied access to justice.

Justice Catalyst Law was founded in 2018 as the legal affiliate of Justice Catalyst, a nonprofit, tax-exempt organization devoted to collaborative, multidisciplinary, problem-centric work to improve the lives of marginalized communities. By putting problems and people first, and analyzing them from multiple perspectives, Justice Catalyst Law creatively explores whether litigation can advance human and civil rights or economic and social justice.

Justice Catalyst Law's work emphasizes the commercial and private rights violations that underlie systemic social and economic injustice. It seeks to apply a varied set of legal disciplines like competition law, consumer protection, employment law, civil rights, criminal justice, and environmental justice, often in contexts where advocates have not previously focused on those disciplines.

Justice Catalyst Law's team has extensive expertise in effectuating broad-scale change through legal work in both the litigation and policy arenas, and in particular the application of antitrust and consumer protection law to major social problems. The team at Justice Catalyst regularly consults on consumer, antitrust, and class and whistleblower procedural issues--expanding and enhancing the tools available to public interest and civil rights organizations nationally.

Prior to joining the firm, Justice Catalyst Law's leadership team has been engaged in class practice in numerous consumer and antitrust class actions including *In re: Automotive Parts Antitrust Litigation*, No. 12-md-02311 (E.D. Mich.), *In re: Packaged Seafood Products Antitrust Litigation*, No. 15-md-2670 (S.D. Cal.), *Cason-Merenda v. Detroit Medical Center*, No. 06-15601 (E.D. Mich.), *Hadley v. Subaru of America, Inc.*, No. 15-7210 (D.N.J.) (sparking the recall of defective cars whose hoods flew open while driving), and *Noble v. Samsung Electronics America, Inc.*, No. 15-cv-03713 (D.N.J.). Its team has also been involved in many law enforcement actions involving consumer protection at the Consumer Financial Protection Bureau, as well as policy work such as legal guidance documents involving student loans, auto

---

[1] 501(c)(3) status pending



lending, credit reporting, and payment processing, and Federal rulemaking such as a major rule requiring payday lenders to assess consumers' ability to repay before making loans.

***FIRM BIOGRAPHY:***

**TEAM**

**BENJAMIN D. ELGA,** Admitted to practice in New Jersey, 2014; New York, 2015; Massachusetts, 2017; District Court of New Jersey, 2015; Eastern District of New York, 2015; Southern District of New York, 2015; U.S. Court of Appeals, Third Circuit, 2015. *Education:* Harvard Law School (J.D., 2014) (General Board Member, Harvard Civil Rights-Civil Liberties Law Review; Harvard Defenders; American Constitution Society); Princeton University (A.B., 2008) (Religion and Critical Thought Annual Thesis Prize for Original and Outstanding Independent Work; Weekend Editor & Staff Writer, Nassau Weekly). *Prior Employment:* Executive Director, Justice Catalyst (2016-present); Associate, Cuneo, Gilbert & Laduca LLP (2014-2016); Summer Associate, Cohen Milstein Sellers & Toll PLLC (Summer 2013); Summer Clerk, Cuneo, Gilbert & Laduca LLP (Summer 2012). *Publications & Presentations:* Co-Author, "Rebuttal: A Response to the 'Tale' on Class Action," Law Journal Newsletters' Product Liability Law & Strategy (September 2015); Moderator, "Using Stakeholder Collaborations," Unrigging the Market Program at Harvard Law School (June 2018); Presenter, "Nontraditional Causes of Action for Consumers," Consumer Rights Litigation Conference, National Consumer Law Center (October 2018).

**BRIAN J. SHEARER, ESQ.,** Admitted to practice in Virginia, 2013. *Education:* American University Washington College of Law (J.D., *magna cum laude*, 2013) (Order of the Coif; Senior Note and Comment Editor (editorial board), American University Law Review); University of Southern California (B.A., 2008). *Prior Employment*: Legal Director, Justice Catalyst Law (July 2018-Present); Counsel to the Associate Director for Supervision, Enforcement, and Fair Lending, Consumer Financial Protection Bureau (CFPB) (Dec. 2017-July 2018); Senior Advisor to the Director, CFPB (2017); Counsel, Office of Supervision Policy, CFPB (2013-2017); Policy Analyst, Office of Supervision Policy, CFPB (2011-2013); Law Clerk, Department of Labor, Office of the Solicitor (Summer 2011); Immigration Paralegal, Law Offices of Nadadur S. Kumar (2008-2010). *Publications and Presentations:* "Out*Fox*ing *Alaska Hunters*: How Arbitrary and Capricious Review of Changing Regulatory Interpretations can more Efficiently Police Agency Discretion, 62 Am. U. L. Rev. 167 (2012); Speaker, 2015 Knowledge Symposium, National Council of Higher Education Resources; *Regulations in the Federal Register*: Payday, Vehicle Title, and Certain High-Cost Installment Loans, 82 FR 54472 (Nov. 17, 2017); Request for Information Regarding the Bureau's Supervision Program, 83 FR 7166 (Feb. 20, 2018); Defining Larger Participants of the International Money Transfer Market, 79 FR 56631 (Sept. 23, 2014); Defining Larger Participants of the Student Loan Servicing Market, 78 FR 73383 (Dec. 6, 2013).

**LAURA C. DISMORE**, Admitted to practice in Maine, 2017. *Education:*Harvard Law School (J.D. 2017) (Student President, Tenant Advocacy Project; Articles Editor, Journal on Racial and



Ethnic Justice; Member of International Human Rights Clinic; Member of Housing Law Clinic). Carleton College (B.A., *cum laude*, 2011). *Prior Employment:* Judicial Clerk to Judge Wilhelmina M. Wright of the U.S. District Court for the District of Minnesota; Legal Intern, Massachusetts Attorney General's Office; Legal Intern, Greater New Orleans Fair Housing Action Center.