Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

*Attorneys for individual and representative Plaintiffs Shonetta Crain and Kira Serna*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN AND KIRA SERNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., et al.,<br><br>Defendants. | Case No. 3:19-CV-001265-JST<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DAVID H. SELIGMAN IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: June 6, 2019<br>Time: 2:00p.m.<br>Location: Courtroom 9<br>Judge: The Honorable Jon S. Tigar |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED CASUALTY AND SURETY COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-CV-00717-JST |

I, David H. Seligman, declare as follows:

1. I am an attorney and director at Towards Justice, counsel for Plaintiffs Shonetta Crain and Kira Serna in *Crain et al. v. Accredited Surety & Casualty Co., et al.*, Case No. 3:19-cv-001265-JST (N.D. Cal.). I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Towards Justice is a Denver-based non-profit law firm dedicated to attacking systemic injustices that undermine the power of workers and consumers to achieve economic mobility.

3. Attached as Exhibit A to this Declaration is a Firm Resume for Towards Justice.

4. While Towards Justice's litigation program initially focused on attacking wage theft through conventional wage-and-hour litigation, it has substantially expanded in recent years to include innovative cases brought under different legal frameworks, including several cases that challenge anti-competitive practices and fraud used to undermine the power of poor people to benefit from competitive markets.

5. For example, Towards Justice litigated the first recent putative class action case to attack a no-hire clause in franchises agreements covering franchisees of fast-food restaurant chains. *See Bautista, et al. v. Carl Karcher Enterprises*, BC649777 (L.A. Super. Ct.) (filed 2017). That litigation spurred public and private enforcement around the country to address the issue at other chains.

6. Towards Justice is also class counsel in a class action on behalf of approximately 100,000 childcare workers who have worked in the United States on J-1 *au pair* visas. *Beltran, et al. v. Interexchange, Inc., et al*, 14-cv-03074-CMA-KMT (D. Colo.) (filed 2014). Similar to the instant case, *Beltran* alleges, among other things, that the sponsor agencies that recruit and employ those workers conspired with each other to fix wages at the minimum allowable by law while also falsely representing that the minimum wage was in fact a mandated amount above which employers could not depart.

7. I am an attorney and the Director of Towards Justice, and I am actively involved in all Towards Justice's antitrust litigation. I also speak and write frequently on antitrust and

competition issues, particularly those affecting low-income consumers and low-wage workers. *See, e.g.*, David Seligman, Harvard Labor & Worklife Program, *Having Their Cake & Eating It Too: Antitrust Laws and the Fissured Workplace*, April 2018, *available at* https://goo.gl/6QZkzP.

8. Before coming to Towards Justice in 2015, I was a Staff Attorney at the National Consumer Law Center in Boston, MA, where I performed policy advocacy and litigation on behalf of low-income consumers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 1, 2019

*/s/ David H. Seligman*
David H. Seligman