# EXHIBIT A

**JULIAN A. HAMMOND**
**HAMMONDLAW. P.C.**
1829 Reisterstown Rd., Suite 410, Baltimore, MD 21208
jhammond@hammondlawpc.com 310-610-6766

## Settled California Wage and Hour Cases

- ***Sands v. Gold's Gym,*** Case No. BC660124 (Cal. Sup. Ct. Los Angeles Cty. March 20, 2019) (Labor Code § 2698 *et seq.* representative action settlement for $125,000 for violation of Labor Code § 1194, 2802 and 246 *et seq.* on behalf of 106 fitness instructors);
- ***Garcia v. CSU Fullerton.***, Case No. 30-2017-00912195-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. February 15, 2019) (certifying HammondLaw as class counsel for $330,000 settlement of Labor Code §§ 1194, 226, 226.7, and 512 putative class action on behalf of approximately 127 adjunct instructors);
- ***Pereltsvaig v. Stanford***, Case No. 17-CV-311521 (Cal. Sup. Ct. Santa Clara Cty. January 4, 2019) (certifying HammondLaw as class counsel for $886,890 settlement of Labor Code §§ 1194, 226, 226.7, 512, 2802 and 2699 putative class action on behalf of approximately 398 adjunct instructors);
- ***Moss et al. v. USF Reddaway, Inc.,*** Case No. 5:15-cv-01541 (C.D. Cal. July 25, 2018) (certifying HammondLaw and A&T as co-class counsel for $2,950,000 settlement of Labor Code §§ 1194, 226, 226.7, and 201-203 putative class action on behalf of approximately 538 truck drivers);
- ***Beckman v. YMCA of Greater Long,*** Case No. BC655840 (Cal. Sup. Ct. Los Angeles Cty. June 26, 2018) (Private Attorney General Act Settlement for $92,500 on behalf of approximately 101 employees);
- ***Maldonado v. Heavy Weight Transport, Inc.,*** Case No. 2:16-cv-08838 (C.D. Cal. December 11, 2017) (certifying HammondLaw and A&T as co-class counsel for $340,000 settlement of Labor Code §§ 1194, 226, 226.2, 226.7, 226, 201-203, and 2699 putative class action on behalf of approximately 160 truck drivers);
- ***Hillman v. Kaplan***, Case No. 34-2017-00208078 (Cal. Sup. Ct. Sacramento Cty. December 7, 2017) (certifying HammondLaw as class counsel for $1,500,000 settlement of Labor Code §§ 1194, 226, 226.7, 201-203 and 2802 putative class action on behalf of approximately 500 instructors);
- ***Bender et al. v. Mr. Copy, Inc.***, Case No. 30-2015-00824068-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. October 13, 2017) (certifying HammondLaw and A&T as co-class counsel for $695,000 settlement of Labor Code §2802 putative class action on behalf of approximately 250 outside sales representatives);
- ***Rios v. SoCal Office Technologies***, Case No. CIVDS1703071 (Cal. Sup. Ct. San Bernardino Cty. September, 6 2017) (certifying HammondLaw and A&T as co-class counsel for $495,000 settlement of Labor Code §2802 putative class action on behalf of approximately 180 outside sales representatives);
- ***Russell v. Young's Commercial Transfer, Inc.,*** Case No. PCU265656 (Cal. Sup. Ct. Tulare Cty. June 19, 2017) (certifying HammondLaw and A&T as co-class counsel for $561,304 settlement of Labor Code §§ 1194, 226, 226.2, and 201-203 putative class action on behalf of approximately 962 truck drivers);

- ***Keyes v. Valley Farm Transport, Inc.,*** Case No. FCS046361 (Cal. Sup. Ct. Solano Cty. May 23, 2017) (certifying HammondLaw and A&T as co-class counsel for $497,000 settlement of Labor Code § 226, 1194, 512 and 2698 *et seq*. claims on behalf of approximately 316 truck drivers);
- ***Numi v. Interstate Distributor Co.***, Case No. RG15778541 (Cal. Sup. Ct. Alameda Cty. March 6, 2017) (certifying HammondLaw and A&T as co-class counsel for $1,300,000 settlement of Labor Code §§ 1194, 226.2 and 2802 putative class action on behalf of approximately 1,000 truck drivers);
- ***Keyes v. Vitek, Inc.,*** Case No. 2016-00189609 (Cal. Sup. Ct. Sacramento Cty. February 17, 2017) ($102,000 settlement of Labor Code § 2698 *et seq*. representative action for violation of Labor Code § 226.8 on behalf of 90 truck drivers);
- ***Martinez v. Estes West dba G.I. Trucking, Inc.,*** Case. BC587052 (Cal. Sup. Ct. L.A. Cty., April 4, 2017) (certifying HammondLaw and A&T as co-class counsel for $425,000 Labor Code §§ 1194, 226, and 201-203 putative class action on behalf of approximately 156 truck drivers);
- ***Sansinena v. Gazelle Transport Inc.***, Case No. S1500-CV- No 283400 (Cal. Sup. Ct. Kern Cty. December 8, 2016) (certifying HammondLaw and A&T as co-class counsel for $264,966 settlement of Labor Code §§ 1194, 226, and 201-203 putative class action on behalf of approximately 314 truck drivers);
- ***Cruz v. Blackbelt Enterprises, Inc.,*** Case No. 39-2015-00327914-CU-OE-STK (Cal. Sup. Ct. San Joaquin Cty. September 22, 2016) (certifying HammondLaw and A&T as co-class counsel for $250,000 settlement of Labor Code §§ 1194, 226, and 201-203 putative class action on behalf of approximately 79 truck drivers);
- ***Araiza et al. v. The Scotts Company, L.L.C.,*** Case No. BC570350 (Cal. Sup. Ct. L.A. Cty. September 19, 2016) (certifying HammondLaw and A&T as co-class counsel for $925,000 settlement of Labor Code §226, 510, 512 and 2802 putative class action on behalf of approximately 570 merchandisers; Labor Code 226(a) class action on behalf of approximately 120 other salaried employees);
- ***Dixon v. Hearst Television, Inc.***, Case No. 15CV000127 (Cal. Sup. Ct. Monterey Cty. September 15, 2016) (certifying HammondLaw as class counsel for a $432,000 settlement of Labor Code § 2802 putative class action on behalf of approximately 55 outside sales representatives);
- ***Garcia et al. v. Zoom Imaging Solutions, Inc***. SCV0035770 (Cal. Sup. Ct. Placer Cty. September 8, 2016) (certifying HammondLaw and A&T as co-class counsel for $750,000 settlement of Labor Code § 510, 512, 1194 and 2802 putative class action on behalf of approximately 160 sales representatives and service technicians);
- ***O'Beirne et al. v. Copier Source, Inc. dba Image Source***, Case No. 30-2015-00801066-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. September 8, 2016) (certifying HammondLaw and A&T as co-class counsel for $393,300 settlement of Labor Code §2802 putative class action on behalf of approximately 132 outside sales representatives);

- ***Mead v. Pan-Pacific Petroleum Company, Inc.,*** Case No. BC555887 (Cal. Sup. Ct. L.A. Cty. August 30, 2016) (certifying HammondLaw and A&T as co-class counsel for $450,000 settlement of Labor Code §§ 1194, 226, and 201-203 putative class action on behalf of approximately 172 truck drivers);
- ***Lange v. Ricoh Americas Corporation***, Case No. RG136812710 (Cal. Sup. Ct. Alameda Cty. August 5, 2016) (certifying HammondLaw as co-class counsel for $1,887,060 settlement on behalf of approximately 550 sales representatives);
- ***Alcazar v. US Foods, Inc. dba US Foodservice***, Case No. BC567664 (Cal. Sup. Ct. L.A. Cty. March 18, 2016) (certifying HammondLaw and A&T as co-class counsel for a $475,000 settlement on behalf of approximately 634 truck drivers);
- ***Harris v. Toyota Logistics***, Case No. C 15-00217 (Cal. Sup. Ct. Contra Costa Cty. February 9, 2016) (certifying HammondLaw and A&T as co-class counsel for $550,000 settlement reached on behalf of approximately truck 125 drivers);
- ***Albanez v. Premium Retail Services Inc***., Case No. RG1577982 (Cal. Sup. Ct. Alameda Cty. January 29, 2016) (Private Attorney General Act Settlement for $275,000 on behalf of approximately 38 employees);
- ***Garcia et al v. Sysco Los Angeles, et al.,*** Case No. BC560274 (Cal. Sup. Ct. L.A. Cty. November 12, 2015) (certifying HammondLaw and A&T as co-class counsel for a $325,000 settlement on behalf of approximately 500 truck drivers);
- ***Cooper et al. v. Savage Services Corporation, Inc***., Case No. BC578990 (Cal. Sup. Ct. L.A. Cty. October 19, 2015) (certifying HammondLaw and A&T as co-class counsel for $295,000 settlement on behalf of approximately 115 truck drivers);
- ***Gallardo et al. v. Canon Solutions America, Inc***., Case No. CIVDSS1500375 (Cal. Sup. Ct. San Bernardino Cty. August 5, 2015) (certifying HammondLaw and A&T as co-class counsel for $750,000 settlement on behalf for approximately 320 outside sales representatives);
- ***Glover v. 20/20 Companies, Inc.,*** Case No. RG14748879 (Cal. Sup. Ct. Alameda Cty. August 3, 2015) (Private Attorney General Act Settlement for $475,000 on behalf of approximately 273 independent contractors);
- ***Mayton et al v. Konica Minolta Business Solutions USA, Inc***., Case No. RG12657116 (Cal. Sup. Ct. Alameda Cty. June 19, 2015) (certifying HammondLaw as co-class counsel for $1,225,000 settlement on behalf for approximately 620 outside sales representatives);
- ***Garza, et al. v. Regal Wine Company, Inc. & Regal III, LLC***, Case No. RG12657199 (Cal. Sup. Ct. Alameda Cty. February 21, 2014) (certifying HammondLaw as class counsel for $1.7 million settlement on behalf of approximately 317 employees);
- ***Moy, et al. v. Young's Market Co., Inc.,*** Case No. 30-2011-00467109-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. November 8, 2013) (certifying

HammondLaw as co-class counsel for $2.3 million settlement on behalf of approximately 575 sales representatives);

- ***Gagner v. Southern Wine & Spirits of America*, *Inc*.**, Case No. 3:10-cv-10-04405 JSW (N.D. Cal. December 11, 2012) (certifying HammondLaw as co-class counsel for $3.5 million settlement reached on behalf of approximately 870 sales representatives);
- ***Downs, et al. v. US Foods, Inc. dba US Foodservice***, Case No. 3:10-cv-02163 EMC (N.D. Cal. September 12, 2012) (certifying HammondLaw as co-class counsel for $3 million settlement reached on behalf of approximately 950 truck drivers);

### Settled Washington State Wage and Hour Cases

- ***Lepine v. Petsmart, Inc.,*** Case No. 3:17-cv-05488-BHS (W.D. WA- Tacoma February 25, 2019) (certifying HammondLaw as co-class counsel for $825,000 settlement of Washington Minimum Wage Act §§ 49.12 and 49.46 *et seq*. claims on behalf of approximately 494 pet groomers);
- ***Lepine v. Petco Animal Supplies Stores, Inc.,*** Case No. 3:17-cv-05483-RBL (W.D. WA- Tacoma November 9, 2018) (certifying HammondLaw as co-class counsel for $875,000 settlement of Washington Minimum Wage Act §§ 49.12 and 49.46 *et seq*. claims on behalf of approximately 911 pet groomers);
- ***Kidwell v. Haney Truck Line***, Case No. 16-2-0488 (Wash. Sup. Ct. Thurston Cty. May 4, 2018)(certifying HammondLaw as co-class counsel for $400,000 settlement of Washington Minimum Wage Act §§ 49.12 and 49.46 *et seq*. claims on behalf of approximately 466 truck drivers);
- ***McMakin v. Dominos,*** Case No. 16-2-20655-7 (Wash. Sup. Ct. Kings Cty. June 2, 2017) (certifying HammondLaw as co-class counsel for $160,000 settlement of Washington Minimum Wage Act §§ 49.12 and 49.46 *et seq*. putative class action on behalf of approximately 65 truck drivers);
- ***Eilerman v. McLane Company Inc.,*** Case No. 3:16-cv-05303-BHS (W.D. WA- Tacoma May 17, 2017) (certifying HammondLaw as co-class counsel for $775,000 settlement of Washington Minimum Wage Act §§ 49.12 and 49.46 *et seq*. claims on behalf of approximately 250 truck drivers);

### Settled California Consumer Cases

- ***Siciliano et al. v. Apple,*** Case No. 1-13-cv-257676 (Cal. Sup. Ct. Santa Clara Cty. November 2, 2018) (approving $16,500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 3.9 million California subscribers to Apple InApp subscriptions);
- ***In re Ashley Madison Customer Data Security Breach Litigation***, Case No. 4:15-cv- 02669 JAR (E.D. Mis. November 20, 2017) (HammondLaw appointed to the executive committee in $11.2 million settlement on behalf of 39

million subscribers to ashleymadison.com whose information was compromised in the Ashley Madison data breach);

- ***Gargir v. SeaWorld Inc.***, Case No. 37-2015-00008175-CU-MC-CTL (Cal. Sup. Ct. San Diego Cty. October 21, 2016) (certifying HammondLaw and Berman DeValerio as co-class counsel in $500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims class action on behalf of 88,000 subscribers to SeaWorld's annual park passes);

- ***Davis v. Birchbox, Inc***., Case No. 3:15-cv-00498-BEN-BGS (S.D. Cal. October 14, 2016) (certifying HammondLaw and Berman DeValerio as co-class counsel in $1,572,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 149,000 subscribers to Birchbox's memberships);

- ***Goldman v. LifeLock, Inc***. Case No. 1-15-cv-276235 (Cal. Sup. Ct. Santa Clara Cty. February 5, 2016) (certifying HammondLaw and Berman DeValerio as co-class counsel in $2,500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 300,000 California subscribers to Lifelock's identity protection programs); and

- ***Kruger v. Kiwi Crate, Inc***. Case No. 1-13-cv-254550 (Cal. Sup. Ct. Santa Clara Cty. July 2, 2015) (certifying HammondLaw as class counsel in $108,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 5,400 California subscribers to Kiwi Crate's subscriptions).