COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>**DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

Plaintiffs jointly have filed a motion to appoint Lieff, Cabraser, Heimann & Bernstein LLP as Interim Lead Class Counsel, and Public Counsel, Towards Justice, Justice Catalyst Law, the National Consumer Law Center, Hammond Law P.C., and Goldstein Borgen Dardarian & Ho as members of an Executive Committee of Interim Class Counsel.  (ECF 30.)  Defendants respectfully submit that there is no showing of the requisite need for this relief at this time.

An appointment under Rule 23(g)(3) is designed to alleviate discord and confusion when numerous similar class actions are pending, or when there is a need to appoint lead counsel among a large number of attorneys competing to represent the plaintiffs.  Here, there is only one pending action, as the *Crain* and *Breaux* cases have been consolidated (ECF 29), and one set of counsel.  There is no discord or competing counsel.  *See Imran v. Vital Pharm., Inc.*, No. 18-CV-05758-JST, 2019 WL 1509180, at *10 (N.D. Cal. Apr. 5, 2019) ("The Court concludes that approval of this proposal [to appoint interim class counsel] is premature.") (Tigar, J.).

Rule 23(g)(3) provides: "The court *may* designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action." (Emphasis added). The rule "authorizes the court to designate interim counsel . . . *if necessary* to protect the interests of the putative class." Fed. R. Civ. P. 23(g) Advisory Committee's Notes, 2003 amend (emphasis added). The Notes further observe: "Ordinarily, [pre-certification] work is done by the lawyer who filed the action," but "[i]n some cases, however, *there may be rivalry or uncertainty* that makes formal designation of interim counsel appropriate." *Id.* (emphasis added). Courts in this District thus have regularly rejected requests to appoint interim class counsel under similar circumstances. *See, e.g.*, *Imran*, 2019 WL 1509180, at *10; *Letizia v. Facebook Inc.*, No. 16-CV-06232-TEH, 2017 WL 1477158, at *3 (N.D. Cal. Apr. 25, 2017); *In re Seagate Tech. LLC Litig.*, No. 16-CV-00523-RMW, 2016 WL 3401989, at *3-4 (N.D. Cal. June 21, 2016); *In re Nest Labs Litig.*, No. 3:14-cv-01363-BLF, 2014 U.S. Dist. LEXIS 115596, at *5 (N.D. Cal. June 24, 2014).

Plaintiffs identify no actual or potential conflict or rivalry among the firms seeking appointment, nor any other threat to the putative class that the appointment of interim counsel would protect.  Counsel in *Crain* and *Breaux* are already unified, and they shortly will be jointly filing a consolidated complaint.  Like all attorneys for would-be class representatives, Plaintiffs' counsel can

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

still conduct discovery, file motions, seek class certification, and perform all other litigation tasks *without* being designated "interim class counsel." Thus, it is not clear what purpose such an appointment would serve "other than merely to maintain the status quo." *In re Nest Labs Litig.*, 2014 U.S. Dist. LEXIS 115596, at *5.[1] The Motion therefore should be denied at this time.

Dated: May 15, 2019

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
JON F. CIESLAK (268951)
BEATRIZ MEJIA (190948)
MAX SLADEK DE LA CAL (324961)

*s/ Beatriz Mejia*
Beatriz Mejia (190948)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

[1] Defendants expressly reserve their right to challenge the adequacy of any counsel that seeks appointment as class counsel under Rule 23(g) in conjunction with a class certification motion.

| | |
|---|---|
| Dated:  May 15, 2019 | By: */s/ Julie A. Gryce*<br><br>Julie A. Gryce (319530)<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone:  (619) 699-2700<br>Facsimile:  (619) 699-2701<br>julie.gryce@dlapiper.com<br><br>Michael P. Murphy (*pro hac vice*)<br>DLA PIPER LLP (US)<br>1251 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10020-1104<br>Telephone:  (212) 335-4500<br>Facsimile:  (212) 335-4501<br>michael.murphy@dlapiper.com<br><br>John Hamill (*pro hac vice*)<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago. IL 60606-0089<br>Telephone: (312) 368-4000<br>Facsimile:  (312) 236-7516<br>john.hamill@dlapiper.com<br><br>*Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California* |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

| | |
|---|---|
| Dated: May 15, 2019 | By: */s/ Blake Zollar* |
| | |
| | Drew Koning (263082) |
| | Blake Zollar (268913) |
| | Shaun Paisley (244377) |
| | KONING ZOLLAR LLP |
| | 2210 Encinitas Blvd., Suite S |
| | Encinitas, CA 92024 |
| | Telephone: (858) 252-3234 |
| | Facsimile: (858) 252-3238 |
| | drew@kzllp.com |
| | blake@kzllp.com |
| | shaun@kzllp.com |
| | |
| | *Attorneys for Defendant All-Pro Bail Bonds, Inc.* |
| | |
| Dated: May 15, 2019 | By: */s/ Joshua D. Lichtman* |
| | |
| | Gerard G. Pecht (*pro hac vice* to be filed) |
| | NORTON ROSE FULBRIGHT US LLP |
| | 1301 McKinney, Suite 5100 |
| | Houston, Texas 77010 |
| | Telephone: (713) 651-5151 |
| | Facsimile: (713) 651-5246 |
| | gerard.pecht@nortonrosefulbright.com |
| | |
| | Joshua D. Lichtman (SBN 176143) |
| | NORTON ROSE FULBRIGHT US LLP |
| | 555 South Flower Street, Forty-First Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 892-9200 |
| | Facsimile: (213) 892-9494 |
| | joshua.lichtman@nortonrosefulbright.com |
| | |
| | *Attorneys for Defendant American Contractors Indemnity Company* |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

1  Dated:  May 15, 2019                           By: */s/ Anne K. Edwards*

2
                                                  Anne K. Edwards (110424)
3                                                 SMITH, GAMBRELL & RUSSELL, LLP
                                                  444 South Flower Street, Suite 1700
4                                                 Los Angeles, CA 90071
                                                  Telephone:  (213) 358-7210
5                                                 Facsimile:  (213) 358-7310
                                                  aedwards@sgrlaw.com
6

7                                                 *Attorneys for Defendant Williamsburg National Insurance Company*
8

9
    Dated:  May 15, 2019                          By: */s/ Nicole S. Healy*
10

11                                                Todd A. Roberts
                                                  Nicole S. Healy
12                                                Edwin B. Barnes
                                                  ROPERS, MAJESKI, KOHN & BENTLEY
13

14                                                *Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael*

15

16  Dated:  May 15, 2019                          By: */s/ David F. Hauge*

17
                                                  David F. Hauge (128294)
18                                                Todd H. Stitt (179694)
                                                  Vincent S. Loh (238410)
19                                                MICHELMAN & ROBINSON, LLP

20
                                                  *Attorneys for Defendants United States Fire*
21                                                *Insurance Company, The North River Insurance*
                                                  *Company, Crum & Forster Indemnity*
22                                                *Company, and Seneca Insurance Company*

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

**DEFENDANTS' OPP'N TO PLS.' MOT. FOR APPT. OF INTERIM CLASS COUNSEL**
**NO. 19-CV-00717-JST**

| | | |
|---|---|---|
| 1 | Dated:  May 15, 2019 | By: */s/ Casey A. Hatton*  |
| 2 | | |
| 3 | | Casey A. Hatton (SBN 246081)<br>HINSHAW & CULBERTSON LLP |
| | | One California Street, 18th Floor |
| 4 | | San Francisco, CA 94111 |
| 5 | | Telephone:  415.362.6000<br>Facsimile:   451.834.9070 |
| 6 | | chatton@hinshawlaw.com |
| 7 | | Christie A. Moore (*pro hac* pending) |
| | | W. Scott Croft (*pro hac* pending) |
| 8 | | BINGHAM GREENEBAUM DOLL LLP |
| 9 | | 101 S. Fifth Street<br>3500 PNC Tower |
| 10 | | Louisville, KY 40202 |
| | | Telephone:  502.587.3758 |
| 11 | | Facsimile:  502.540.2276 |
| 12 | | cmoore@bgdlegal.com<br>wcroft@bgdlegal.com |
| 13 | | |
| 14 | | *Attorneys for Bond Safeguard Insurance Company and Lexon Insurance Company* |
| 15 | | |
| 16 | | |
| 17 | Dated:  May 15, 2019 | By: */s/ Travis Wall*  |
| 18 | | Travis Wall (191662) |
| | | Spencer Kook (205304) |
| 19 | | HINSHAW & CULBERTSON LLP |
| 20 | | *Attorneys for Defendant Philadelphia Reinsurance Corporation* |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

Dated:  May 15, 2019

By: */s/ Gregory S. Day*

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA  92007
Telephone:  (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

Dated:  May 15, 2019

By: */s/ Timothy P. Irving*

Timothy P. Irving (108413)
TYSON & MENDES LLP
5661 La Jolla Boulevard
San Diego, CA 92037
Telephone: (858) 459-4400
Facsimile:  (858) 459-3864
tirving@tysonmendes.com

*Attorneys for Defendant Aegis Security Insurance Company*

Dated: May 15, 2019

By: */s/ Regina J. McClendon*

Regina J. McClendon
LOCKE LORD LLP

*Attorneys for Defendant Safety First Insurance Company*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: May 15, 2019 | | By: */s/ Howard Holderness* |
| | | John A. Sebastinelli (127859)<br>Howard Holderness (169814)<br>GREENBERG TRAURIG, LLP |
| | | *Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company* |
| Dated: May 15, 2019 | | By: */s/ Gary A. Nye* |
| | | Gary A. Nye (126104)<br>ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| | | *Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson* |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

9.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: May 15, 2019 | | By: */s/ Shannon W. Bangle* |

Michael D. Singletary (*pro hac vice*)
Shannon W. Bangle (*pro hac vice*)
Brian C. Potter (*pro hac vice*)
BANGLE & POTTER, PLLC
604 W. 13th Street
Austin, TX 78701
Telephone: (512) 270-4844
Facsimile: (512) 270-4845
Michael@banglepotter.com
Shannon@banglepotter.com
Brian@banglepotter.com

James Mills (203783)
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: (510) 521-8748
Facsimile: (510) 277-1413
james@jamesmillslaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

| | | |
|---|---|---|
| Dated: May 15, 2019 | | By: */s/ Erik K. Swanholt* |

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

10.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated: May 15, 2019 | By: */s/ John M. Rorabaugh* |
| 2 | | |
| | | John M. Rorabaugh (178366) |
| 3 | | |
| | | *Attorney for Defendant Golden State Bail Association* |
| 4 | | |

Dated: May 15, 2019   By: */s/ Paul J. Riehle*

Paul J. Riehle (115199)
DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 551-7521
Facsimile: (415) 551-7510
paul.riehle@dbr.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all the signatories.

Executed on May 15, 2019, at San Francisco, California.

*/s/ Beatriz Mejia*
Beatriz Mejia

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

11.

DEFENDANTS' OPP'N TO PLS.' MOT. FOR
APPT. OF INTERIM CLASS COUNSEL
NO. 19-CV-00717-JST