# EXHIBIT A

**TIME REPORT**

**FIRM NAME:**
**REPORTING PERIOD:**

**Categories:**

| | | | |
|---|---|---|---|
| (1) | Class Counsel Duties | (10) | Pleadings, Briefs, Motions, Legal |
| (2) | Participating Counsel Calls/Meetings | (11) | Class Certification |
| | | (12) | Litigation Strategy |
| (3) | Administrative/Case Management | (13) | Experts/Consultants |
| (4) | Court Appearance | (14) | Trial Prep |
| (5) | Legal Research | (15) | Trial |
| (6) | Investigations/Factual Research | (16) | Appeal |
| (7) | Discovery | (17) | Settlement |
| (8) | Document Review | (18) | Settlement Admin. |
| (9) | Depositions and Deposition Prep | (19) | Misc (describe) |

**Professional Level:**

| | |
|---|---|
| (P) | Partner or equivalent |
| (A) | Associate |
| (S) | Staff Attorney |
| (CA) | Contract Attorney |
| (PL) | Paralegal |
| (OC) | Of Counsel |
| (LC) | Law Clerk |

| Last Name, First Name | Professional Level | Date of Service | Category Code | Detailed Description of Work Performed | Billing Rate | Time Spent (0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| **TOTALS** | | | | | | **0.0** | **$0.00** |

I certify that these time reports are properly documented, complete and accurate and have been incurred for the common benefit.

_____

[NAME]                              Date

**_In re California Bail Bond Antitrust Litig._, Case No. 19-cv-717-JST**

**TIME REPORT**

**FIRM NAME:**
**REPORTING PERIOD:**

Note:  This table should populate automatically when values are updated in the 'Detailed Time' sheet, but you must review it for accuracy before submission to Interim Class Counsel.

| Category Code | Category Name | Total Time Per Category | Total Fees Per Category |
|---|---|---|---|
| 1 | Lead Counsel Calls/Meetings | 0 | $0.00 |
| 2 | Co-Counsel Calls/Meetings | 0 | $0.00 |
| 3 | Administrative/Case Management | 0 | $0.00 |
| 4 | Court Appearance | 0 | $0.00 |
| 5 | Legal Research | 0 | $0.00 |
| 6 | Investigations/Factual Research | 0 | $0.00 |
| 7 | Discovery | 0 | $0.00 |
| 8 | Document Review | 0 | $0.00 |
| 9 | Depositions and Deposition Prep | 0 | $0.00 |
| 10 | Pleadings, Briefs, Motions, Legal | 0 | $0.00 |
| 11 | Class Certification | 0 | $0.00 |
| 12 | Litigation Strategy | 0 | $0.00 |
| 13 | Experts/Consultants | 0 | $0.00 |
| 14 | Trial Prep | 0 | $0.00 |
| 15 | Trial Prep | 0 | $0.00 |
| 16 | Appeal | 0 | $0.00 |
| 17 | Settlement | 0 | $0.00 |
| 18 | Settlement Admin. | 0 | $0.00 |
| 19 | Misc (describe) | 0 | $0.00 |

*In re California Bail Bond Antitrust Litig.*, Case No. 19-cv-717-JST

**Month/Year:**

**Firm Name:**

**Categories:** 1. Assessment Fees  2. Federal Express / Local Courier, etc.  3. Postage Charges  4. Facsimile Charges  5. Long Distance  6. In-House Photocopying
7. Outside Photocopying  8. Hotels  9. Meals  10. Mileage  11. Air Travel  12. Deposition Costs  13. Lexis/Westlaw  14. Court Fees  15. Witness / Expert Fees
16. Investigation Fees / Service Fees  17. Transcripts  18. Ground Transportation (i.e. Rental)  19. Miscellaneous (Describe)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| Date | Category Code | Detailed Description | Amount | Receipt Provided: Yes/No (if no, provide reason) |
|------|---------------|----------------------|--------|--------------------------------------------------|
|      |               |                      | $0.00  |                                                  |

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____

[NAME]                          Date

*In re California Bail Bond Antitrust Litig.*, Case No. 19-cv-717-JST

**Month/Year:**
**Firm Name:**

**Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental) 19. Miscellaneous (Describe)

***************************ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET***************************

| Date | Category Code | Detailed Description | Amount | Receipt Provided: Yes/No (if no, provide reason) |
|------|---------------|----------------------|--------|--------------------------------------------------|
|      |               |                      | $0.00  |                                                  |

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____
[NAME]                              Date