UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Lead Case No. 19-cv-00717-JST |
| This Document Relates To: | **ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| ALL ACTIONS | Re: ECF No. 47 |

Plaintiffs seek leave to file a motion for reconsideration of the Court's order granting their motion to appoint interim class counsel and denying their motion to appoint an executive committee.  ECF No. 47.  Plaintiffs object only to the portion of the Court's order directing that proposed guidelines for attorney's fees include a provision that "contract attorneys will be billed only at the rates actually paid to and received by such attorneys, without markup."  ECF No. 44 at 4; *see also* ECF No. 47 at 2.

The Court hereby grants leave to file the proposed motion for reconsideration.  *See* ECF No. 47-1.  Plaintiffs shall file the motion by June 27, 2019.  Until the Court decides the motion, or until further order of the Court, Plaintiffs shall record contract attorney time at both the actual rate of pay and Plaintiffs' proposed prevailing market rate.

**IT IS SO ORDERED.**

Dated:  June 19, 2019

_____
JON S. TIGAR
United States District Judge