1  Dean M. Harvey (SBN 250298)
   Katherine Lubin (SBN 259826)
2  Adam Gitlin (SBN 317047)
   Yaman Salahi (SBN 288752)
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111
   Telephone: (415) 956-1000
5  dharvey@lchb.com
   kbenson@lchb.com
6  agitlin@lchb.com
   ysalahi@lchb.com
7
   *Interim Class Counsel*
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  IN RE CALIFORNIA BAIL BOND          Master Case No. 3:19-CV-000717-JST
    ANTITRUST LITIGATION
                                        **DECLARATION OF DEAN M. HARVEY**
14                                      **IN SUPPORT OF PLAINTIFFS'**
                                        **MOTION FOR RECONSIDERATION**
15  THIS DOCUMENT RELATES TO:

16  All Actions

17

18

19

20

21

22

23

24

25

26

27

28

I, Dean M. Harvey, declare as follows:

1. I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), which has been appointed Interim Class Counsel. I am the lead attorney for this case at Lieff Cabraser. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Lieff Cabraser employs attorneys on a full-time, long-term basis in four categories: Partners, Of Counsel, Associates, and Staff Attorneys. The firm's Staff Attorneys support the firm's organization, reading, coding, and analysis of the vast number of documents produced in civil litigation. They have degrees from reputable law schools, generally have years of experience in civil litigation and document review and analysis in complex cases, and, like Partners, Of Counsel, and Associates, have biographies posted on the firm's website. They are included in the firm's continuing legal education programs. They are paid directly by the firm and may receive benefits provided by the firm. The chief difference between Associates and Staff Attorneys is that the latter have made the lifestyle and career choice to work a more limited number of hours than traditional law firm Partners, Of Counsel, and Associates.

3. Given the large number of complex cases the firm handles at a time, Lieff Cabraser sometimes has the need for attorney document review and analysis support beyond the firm's regular, long-term staffing. When such needs arise, the firm retains the service of "agency" or "contract" attorneys for discrete, shorter term projects. Often, attorneys who start working for the firm while paid by an agency transition to direct employment by the firm. Whether they are on payroll or paid through an agency, both staff and contract attorneys perform substantially the same document review, analysis, and litigation support functions. The primary difference between staff and contract attorneys is that they are compensated differently. All utilize, to varying degrees, the firm's infrastructure and resources, including, but not limited to: the use of physical office space; the use of information technology support; the use of firm administrative support (e.g., human resources, accounting services, and word processing); assistance from the firm's litigation support department for training on document review platforms; and supervision by firm partners, senior associates, and senior staff. Lieff Cabraser

sets both staff and contract attorney rates based on market rates for lawyer services, primarily in the San Francisco and New York marketplaces (where Lieff Cabraser's primary offices are located).

4.    Contract and agency attorneys' responsibilities are not mechanical, nor low-value. Documents produced by defendants have already been reviewed for responsiveness and relevance, so first-level review work is complete before Plaintiffs even receive the documents. Attorneys working on behalf of Plaintiffs then review and analyze these relevant documents, applying their experience and knowledge of the legal issues in the case to make judgments about the relative importance of documents to proving the elements of Plaintiffs' claims. They work in concert with other members of the litigation team to develop case-specific expertise. For instance, documents that evince an anticompetitive conspiracy are often cryptic, because sophisticated conspirators take steps to avoid creating "smoking guns." These conspirators will sometimes use code words, or take subtle actions inconsistent with economic self-interest absent an understanding with their competitors. Identifying and analyzing these documents is a difficult and critical task.

5.    Accordingly, all members of the litigation team, from contract and agency attorneys to senior partners, work collaboratively to develop the factual expertise necessary to assemble and understand the factual record that will prove Plaintiffs' case. This work goes well beyond simply reviewing and coding documents. Staff and contract attorneys draft memos organizing and summarizing vast amounts of evidence; they assemble witness kits that are used to prepare for depositions and to select deposition exhibits; they create and update casts of characters, including work histories and biographies of key witnesses; they create and update dictionaries of industry jargon and conspiracy code words; and so on.

6.    Staff and contract attorneys also apply their case-specific expertise of the law and the facts to identify highly relevant and hot documents for the "Seed Set" in Technology-Assisted Review (TAR) in cases where that technique is employed. The quality of the "Seed Set" improves the reliability of the TAR process, which, in turn, increases efficiency and reduces the number of hours necessary for manual review of documents. In particular, when TAR is utilized

in the Continuous Active Learning ("CAL") mode, the computer learns from the contents of the Seed Set and is trained to identify more of the same types of documents from additional un-reviewed documents as they are produced. The computer identifies and feeds new proposed hot or highly relevant documents to a team of staff and associate attorneys on a priority basis for further review. These attorneys review and either affirm or correct the computer's proposed coding. The computer automatically "digests" the decisions made by the attorneys and re-calibrates its learning process on a continuous basis. Through this iterative process, hot and highly relevant documents are identified quickly, on a priority basis, and in a more time- and cost-efficient way.

       7.     Without the option of relying on contract attorneys to perform professional legal services, Lieff Cabraser would have to re-assign those tasks to more senior staff attorneys, associates, or partners, a practice that would not only cause delay in the litigation process, but also result in higher legal costs to clients.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed on the 24th of June, 2019, in San Francisco, California.

*/s/ Dean M. Harvey*
DEAN M. HARVEY

DECLARATION OF DEAN M. HARVEY IN SUPPORT OF MOTION FOR RECONSIDERATION;
3:19-CV-000717-JST