1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN FRANCISCO DIVISION

12  IN RE CALIFORNIA BAIL BOND          Master Case No. 3:19-CV-000717-JST
    ANTITRUST LITIGATION
13                                      CLASS ACTION

14                                      **[PROPOSED] ORDER GRANTING**
                                        **PLAINTIFFS' MOTION FOR**
15  THIS DOCUMENT RELATES TO:           **RECONSIDERATION**

16  All Actions

17

18

19

20

21

22

23

24

25

26

27

28

1    After considering the foregoing motion, the papers filed in support, and the arguments of

2    counsel, and good cause appearing therefor, the Court **GRANTS** Plaintiffs' motion for

3    reconsideration concerning the Court's June 6, 2019 order that "contract attorneys will be billed

4    only at the rates actually paid to and received by such attorneys, without mark-up."  Dkt. 44 at 4.

5    The Court hereby **VACATES** that portion of the Order.

6    The Court **ORDERS** that, to the extent Interim Class Counsel engages the services of

7    contract attorneys on this matter, counsel will log and bill their time and rates using the same

8    methodology as other attorneys performing similar work.  If and when a request for a fee award is

9    made, the Court will review the reasonableness of those rates in light of the prevailing market rate

10   for the nature of the work they perform and their skills, qualifications, and experience.

11   **IT IS SO ORDERED ON THIS ___ DAY OF _____, 2019.**

12

13   DATED: _____

14                                                    _____

15                                                    The Honorable Jon S. Tigar

16

17

18

19

20

21

22

23

24

25

26

27

28