# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE CALIFORNIA BAIL BOND )
　　　　　　　　　　　　　　 )  Case No: 3:19-cv-00717
　　　　　　　Plaintiff(s),   )
　　　　　　　　　　　　　　 )  **APPLICATION FOR**
　v.　　　　　　　　　　　　 )  **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　 )  **PRO HAC VICE**
　　　　　　　　　　　　　　 )  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　　 )
　　　　　　　Defendant(s).  )

I, Amanda M. Pasquini, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Accredited Surety & Cas. Co. in the above-entitled action. My local co-counsel in this case is Paul J. Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Logan Square Ste. 2000<br>Philadelphia, PA 19103 | Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111-4180 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 988-2788 | (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| amanda.pasquini@dbr.com | paul.riehle@dbr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 324537.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/21/19　　　　　　　　　　　　　　　　Amanda M. Pasquini
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amanda M. Pasquini is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 3, 2019　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE