RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendants
BOND SAFEGUARD INSURANCE COMPANY
and LEXON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHONETTA CRAIN and KIRA SERNA, <br><br> Plaintiff, <br><br> vs. <br><br> ACCREDITED SURETY AND CASUALTY COMPANY, et al., <br><br> Defendants. | Case No. 3:19-cv-01265-JST <br> Case No. 3:19-cv-00717-JST <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| STEVEN BREAUX, individually and on behalf of all other similar situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> ACCREDITED SURETY AND CASUALTY COMPANY, et al. <br><br> Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Casey A. Hatton is no longer counsel of record for Defendants Bond Safeguard Insurance Company and Lexon Insurance Company. Renee Choy Ohlendorf of Hinshaw and Culbertson LLP hereby appears as counsel of record for said defendants,

1 and as local counsel for W. Scott Croft and Christie A. Moore of Bingham Greenebaum Doll LLP, already admitted *pro hac vice* in this matter on April 15, 2019 [Dkt. No. 121] and April 18, 2019 [Dkt No. 130], respectively.  Her contact information is as follows:

>  Renee Choy Ohlendorf, Esq.
>  Hinshaw & Culbertson LLP
>  One California Street, 18th Floor
>  San Francisco, CA 94111
>  Tel: (415) 362-6000
>  Fax: (415) 834-9070
>  Email: rchoy@hinshawlaw.com

DATED: July 3, 2019

HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
RENEE CHOY OHLENDORF
Attorneys for Defendants
BOND SAFEGUARD INSURANCE
COMPANY and LEXON INSURANCE
COMPANY