| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 3:19-CV-00717-JST<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CRUM & FORSTER INDEMNITY COMPANY**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

| | |
|---|---|
| 1 | **WHEREAS**, Defendant Crum & Forster Indemnity Company ("CIFC") has certified |
| 2 | under penalty of perjury that it did not issue, sell, or offer bail bonds in the State of California at |
| 3 | any time during the alleged class period, since at least February 24, 2004; |
| 4 | **NOW THEREFORE:** |
| 5 | 1.     Plaintiffs Shonetta Crain and Kira Serna agree to the voluntary dismissal without |
| 6 | prejudice of all pending claims against CFIC pursuant to Federal Rule of Civil Procedure |
| 7 | 41(a)(1)(A)(ii).  The stipulation does not impact the rights of any person not party to this |
| 8 | agreement. |
| 9 | 2.     The dismissal is without an award of attorney's fees, interest, or costs to any party |
| 10 | as between Plaintiffs and CFIC, as each side will bear their own attorney's fees and costs. |

Dated:  July 15, 2019         By: */s/  Dean M. Harvey*

Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

*Interim Class Counsel*

Dated:  July 12, 2019         By: /s/  *Vincent S. Loh*

Vincent S. Loh (SBN 238410)
MICHELMAN & ROBINSON, LLP
17901 Von Karman Ave., Suite 1000
Irvine, CA 92614
Telephone: (714) 557-7990
vloh@mrllp.com

*Attorneys for Crum & Forster Indemnity Company*