COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

[*Additional Defendants and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br><u>CLASS ACTION</u><br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT AND CONSOLIDATED MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: September 18, 2019<br>Courtroom: 2, 4th Floor<br>Time: 2:00 p.m.<br>Trial Date: Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201, Defendants hereby request that the Court take judicial notice of the following documents in support of Defendants' Joint Motion to Dismiss (ECF No. 56) and Certain Defendants' Consolidated Motion to Dismiss (ECF No. 58) (collectively, "Defendants' Motions to Dismiss"). The exhibit references correspond to the exhibits attached to the Declarations of Jon F. Cieslak and Julie A. Gryce filed concurrently herewith:

| | |
|---|---|
| Exhibit 1: | Unpublished California superior court decision: *Pacific Bonding Corp. v. Garamendi*, No. GIC815786 (Cal. Super. Ct. Feb. 24, 2004) |
| Exhibit 2: | California Department of Insurance webpage: "Bail Bonds," http://www.insurance.ca.gov/01-consumers/170-bail-bonds/ (last visited July 12, 2019) |
| Exhibit 3: | California Department of Insurance webpage: "About the Department," http://www.insurance.ca.gov/0500-about-us/02-department/ (last visited July 12, 2019) |
| Exhibit 4: | Statement by California Insurance Commissioner: "An Exploration of California's Bail System," January 31, 2017, *available at* http://www.insurance.ca.gov/0400-news/0100-pressreleases/archives/upload/California-Department-of-Insurance-An-Exploration-of-California-s-Bail-System-Overview-1-13-17.pdf (last visited July 12, 2019) |
| Exhibit 5: | Investopedia webpage: "Loss Ratio Definition," https://www.investopedia.com/terms/l/loss-ratio.asp (last visited July 12, 2019) |
| Exhibit 6: | Report of Examination of the Danielson National Insurance Company as of December 31, 2014, Cal. Dep't Ins. (May 16, 2016), *available at* http://www.insurance.ca.gov/0250-insurers/0300-insurers/0400-reports-examination/upload/2014-Report-of-Exam-Danielson-National-Ins-Co-Revised-5-23.pdf (last visited July 11, 2019) |

## I. ARGUMENT

### A. Legal Standard

When ruling on a motion to dismiss, a court may consider any matter that is subject to judicial notice, or incorporated into, or relied upon by, the complaint. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 503-04 (9th Cir. 1986); *see also United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("A court may . . . consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment."). Judicial notice is appropriate for facts "not subject to reasonable dispute" that are either generally known within the jurisdiction of the trial court, or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). This is true even if the plaintiff does not explicitly allege the contents of the particular documents in the complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). Under this standard, "websites and their contents may be proper subjects for judicial notice." *Caldwell v. Caldwell*, No. C 05-4166 PJH, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006). The court may take judicial notice "at any stage of the proceeding." Fed. R. Evid. 201(d). And the court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

### B. The Court Should Take Judicial Notice of *Pacific Bonding Corp. v. Garamendi*

Exhibit 1 is an unpublished California superior court decision, *Pacific Bonding Corp. v. Garamendi*, No. GIC815786 (Cal. Super. Ct. Feb. 24, 2004), cited in Plaintiffs' Consolidated Amended Complaint ("Complaint" or "CAC"). (*See* ECF No. 46, ¶¶ 67, 109.) The decision discusses how the bail system in California functions. Unpublished court decisions are properly subject to judicial notice. *See United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (proper to take judicial notice of proceedings in other courts, "both within and without the federal judicial system"); *United States ex rel. Robinson Rancheria Citizens Counsel v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking judicial notice of California court's final judgment). The Court should take judicial notice of *Pacific Bonding Corp. v. Garamendi*.

### C. The Court Should Take Judicial Notice of CDI Webpages and a Statement by the CDI Commissioner

Exhibits 2 and 3 are California Department of Insurance ("CDI") official webpages, one of which (Exhibit 2, "Bail Bonds"), Plaintiffs cite in their Complaint. (*See* CAC ¶ 67 (referring to CDI website that provides link to *Pacific Bonding Corp. v. Garamendi* decision).) Exhibit 4 is an official statement by CDI Insurance Commissioner Dave Jones, titled "An Exploration of California's Bail System," that is also publicly available and published on CDI's website. Plaintiffs cite to the Commissioner's statement in their Complaint. (*See* CAC ¶ 108 (quoting from first page of the statement describing the "Bail Process").)

These CDI webpages and the Commissioner statement are publicly available on government websites and therefore their accuracy "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(B)(2). Courts routinely take judicial notice of information contained on government websites. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (holding it appropriate to take judicial notice of information on publicly available government websites); *see, e.g.*, *Lane v. Wells Fargo Bank N.A.*, No. C 12–04026 WHA, 2013 WL 269133, at *2 (N.D. Cal. Jan. 24, 2013) (taking judicial notice of government websites on plaintiff's motion to dismiss); *Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 WL 4183981, at *5-6 (N.D. Cal. Sept. 9, 2008) (taking judicial notice of government websites and citing numerous decisions from federal circuits and district courts approving judicial notice in like circumstances). The Court should take judicial notice of Exhibits 2-4.

### D. The Court Should Take Judicial Notice of the Investopedia Definition

Exhibit 5 is a Investopedia.com webpage that includes a definition "Loss Ratio," a term used in the insurance industry, which Plaintiffs rely on in their Complaint. (*See* CAC ¶¶ 62-63, 65.) Investopedia is a U.S.-based website that provides an online, publicly available financial dictionary. Dictionary definitions are appropriate for judicial notice, especially where terms are included in the complaint. *See Brod v. Sioux Honey Ass'n Co-op*, 609 Fed. Appx. 415, 415-16 (9th Cir. 2015) (holding district court properly took judicial notice of dictionary definitions); *see, e.g.*, *Dinan v. Sandisk LLC*, No. 18-cv-05420-BLF, 2019 WL 2327923, at *3 (N.D. Cal. May 31, 2019) (taking judicial notice of

dictionary definition of terms incorporated by reference into plaintiff's complaint); *Bielousov v. GoPro, Inc.*, No. 16-cv-06654-CW, 2017 WL 3168522, at *4 (N.D. Cal. July 26, 2017) (taking judicial notice of various dictionary definitions). Furthermore, the source of the definition can be accurately and readily determined because Investopedia.com is a publicly available website; indeed, this Court has previously taken judicial notice of definitions available on the Investopedia website. *See Terraza v. Safeway Inc.*, 241 F. Supp. 3d 1057, 1066-67 (N.D. Cal. 2017) (Tigar, J.). The Court should therefore take judicial notice of the definition included in Exhibit 5.

### E. The Court Should Take Judicial Notice of the Report of Examination of Danielson National Insurance Company

Exhibit 6 is the Report of Examination of Report of Examination of the Danielson National Insurance Company as of December 31, 2014, CDI (May 16, 2016) *available at* http://www.insurance.ca.gov/0250-insurers/0300-insurers/0400-reports-examination/upload/2014-Report-of-Exam-Danielson-National-Ins-Co-Revised-5-23.pdf (last visited July 11, 2019) (the "Report of Examination"). The Report of Examination was prepared by Sayaka T. Dillon, CFE, Examiner-In-Charge, Senior Insurance Examiner, and Edward D. Aros, CFE, Senior Insurance Examiner, Supervisor, for the Department of Insurance for the State of California, and is readily available on the Department's website.

CDI webpages are publicly available on government websites and therefore their accuracy "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(B)(2). Moreover, the Court may take judicial notice of matters of public record, including materials filed before the CDI. *Moore v. Navarro*, No. C 00–03213 MMC, 2004 WL 783104, at *2 (N.D. Cal. Mar. 31, 2004) (citing *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)); *see also Mike Rose's Auto Body, Inc. v. Applied Underwriters Captive Risk Assurance Co., Inc.*, No. 16-cv-01864-EMC, 2016 WL 5407898, at *2 (N.D. Cal. Sept. 28, 2016) (taking judicial notice of decision by the California Insurance Commissioner because their existence is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned); *Faragi v. Provident Life & Acc. Inc. Co.*, 161 F. App'x 649, 650 (9th Cir. 2005) (taking judicial notice of records from the California Insurance Commissioner). The Court

should therefore take judicial notice of the Report of Examination in Exhibit 6.

**II.     CONCLUSION**

Defendants respectfully request that the Court take judicial notice of the documents and facts enumerated herein in consideration of Defendants' Motions to Dismiss.

Dated:  July 15, 2019

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
JON F. CIESLAK (268951)
BEATRIZ MEJIA (190948)
MAX SLADEK DE LA CAL (324961)

*s/ Beatriz Mejia*
Beatriz Mejia (190948)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

Dated:  July 15, 2019

By: */s/ Julie A. Gryce*

Julie A. Gryce (319530)
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
michael.murphy@dlapiper.com

John Hamill
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312.368.7036
Facsimile: 312.251.5809
John.hamill@us.dlapiper.com

*Attorneys for Defendants Danielson National Insurance Company and National American Insurance Company of California*

| | | |
|---|---|---|
| Dated: July 15, 2019 | By: | */s/ Blake Zollar* |

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone: (858) 252-3234
Facsimile: (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

| | | |
|---|---|---|
| Dated: July 15, 2019 | By: | */s/ Gerard G. Pecht* |

Gerard G. Pecht (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American Contractors Indemnity Company*

| | | |
|---|---|---|
| Dated: July 15, 2019 | By: | /s/ Anne K. Edwards |

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 358-7210
Facsimile: (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg National Insurance Company*

Dated: July 15, 2019        By: /s/ Nicole S. Healy

Todd A. Roberts
Nicole S. Healy
Edwin B. Barnes
ROPERS, MAJESKI, KOHN & BENTLEY

*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael*

Dated: July 15, 2019        By: /s/ David F. Hauge

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company*

| | | |
|---|---|---|
| 1 | Dated: July 15, 2019 | By: */s/ Christie A. Moore* |
| 2 | | Christie A. Moore (*pro hac* pending) |
| 3 | | W. Scott Croft (*pro hac* pending) |
| | | BINGHAM GREENEBAUM DOLL LLP |
| 4 | | 101 S. Fifth Street |
| | | 3500 PNC Tower |
| 5 | | Louisville, KY 40202 |
| | | Telephone: 502.587.3758 |
| 6 | | Facsimile: 502.540.2276 |
| 7 | | cmoore@bgdlegal.com |
| | | wcroft@bgdlegal.com |

*Attorneys for Lexon Insurance Company*

Dated: July 15, 2019    By: */s/ Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

Dated: July 15, 2019    By: */s/ Gregory S. Day*

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA  92007
Telephone:  (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

Dated: July 15, 2019    By: */s/ Howard Holderness*

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
**MASTER DOCKET NO. 19-CV-00717 (JST)**

Dated: July 15, 2019     By: */s/ Gary A. Nye*

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

Dated: July 15, 2019     By: */s/ Shannon W. Bangle*

Michael D. Singletary (*pro hac vice*)
Shannon W. Bangle (*pro hac vice*)
Brian C. Potter (*pro hac vice*)
BANGLE & POTTER, PLLC
604 W. 13th Street
Austin, TX 78701
Telephone: (512) 270-4844
Facsimile: (512) 270-4845
Michael@banglepotter.com
Shannon@banglepotter.com
Brian@banglepotter.com

James Mills (203783)
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: (510) 521-8748
Facsimile: (510) 277-1413
james@jamesmillslaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

9.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717 (JST)

Dated: July 15, 2019     By: /s/ Erik K. Swanholt

Dated: July 15, 2019     By: */s/ Erik K. Swanholt*

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

Dated: July 15, 2019     By: */s/ John M. Rorabaugh*

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

Dated: July 15, 2019     By: */s/ Paul J. Riehle*

Paul J. Riehle (115199)
DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 551-7521
Facsimile: (415) 551- 7510
paul.riehle@dbr.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

10.   DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717 (JST)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Beatriz Mejia, attest that concurrence in the filing of this document has been obtained from the other signatories.  Executed on July 15, 2019, in San Francisco, California.

*/s/ Beatriz Mejia*

Beatriz Mejia

Cooley LLP
Attorneys At Law
San Diego

11.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717 (JST)