COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendants Seaview Insurance Company
and Two Jinn, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS, | Master Docket No. 19-CV-00717-JST<br><br>CLASS ACTION<br><br>**DECLARATION OF JON F. CIESLAK IN SUPPORT OF A PROTECTIVE ORDER TEMPORARILY STAYING DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS**<br><br>Judge:     Hon. Jon S. Tigar<br>Hearing Date:  September 18, 2019<br>Courtroom:  2, 4th Floor<br>Time:     2:00 p.m.<br>Trial Date:  Not Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DECLARATION OF JON F. CIESLAK
ISO ORDER TEMPORARILY STAYING DISCOVERY
CASE NO. 3:19-CV-00717-JST

I, Jon F. Cieslak, declare:

1.      I am an attorney duly licensed to practice law in the State of California and am an associate with the firm of Cooley LLP, counsel of record for Defendants Seaview Insurance Company and Two Jinn, Inc. in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

2.      Pursuant to Federal Rule of Civil Procedure 26(c)(1), and in advance of filing the Joint Case Management Statement on April 17, 2019 (ECF 18), Defendants' counsel conferred with Plaintiffs' counsel to discuss temporarily staying discovery pending a decision on Defendants' motions to dismiss Plaintiffs' Consolidated Amended Class Action Complaint.  Plaintiffs declined to stipulate to a temporary stay of discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 15, 2019 in San Diego, California.

By: _____
      Jon F. Cieslak

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

- 1 -

DECLARATION OF JON F. CIESLAK
ISO ORDER TEMPORARILY STAYING DISCOVERY
CASE NO. 3:19-CV-00717-JST