UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-CV-00717-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TEMPORARILY STAYING DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS**<br><br>Date: September 18, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge: The Honorable Jon S. Tigar |

1     This matter came before the Court on Defendants' Motion for a Protective Order Temporarily Staying Discovery Pending Resolution of Motions to Dismiss (the "Motion"), filed July 15, 2019.

    The Court having read and considered all of the papers and arguments submitted in support of the Motion and any opposition to same, and good cause having been shown,

    IT IS HEREBY ORDERED that Defendants' Motion for a Protective Order Temporarily Staying Discovery Pending Resolution of Motions to Dismiss is GRANTED.

Dated: _____

_____
HON. JOHN S. TIGAR
U.S. District Court, Northern District of California