Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 3:19-CV-000717-JST<br>CLASS ACTION<br>**DECLARATION OF ADAM GITLIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TEMPORARILY STAYING DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS**<br><br>Judge: The Honorable Jon S. Tigar |

I, Adam Gitlin, declare as follows:

I am an associate at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), which has been appointed Interim Class Counsel. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

1. Attached hereto as Exhibit A is a true and correct copy of a letter from Dean M. Harvey to Defendants' Counsel dated April 5, 2019, together with copies of the Northern District's model ESI and protective orders, which were exhibits thereto.

2. Attached hereto as Exhibit B is a true and correct copy of a letter from Beatriz Mejia to Dean Harvey dated April 12, 2019.

3. Attached hereto as Exhibit C is a true and correct copy of an email correspondence chain from Yaman Salahi of Plaintiffs' Counsel to Defendants' Counsel at Cooley LLP dated June 19, 2019 with a response from Jon Cieslak of Cooley LLP, dated June 25, 2019.

4. Attached hereto as Exhibit D is a true and correct copy of a letter from Dean M. Harvey to Bankers Insurance Company dated January 29, 2019.

*   *   *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 22nd of July, 2019, in San Francisco, California.

*/s/ Adam Gitlin*
ADAM GITLIN

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.


DATED: July 22, 2019  */s/ Dean M. Harvey*
DEAN M. HARVEY
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP