# EXHIBIT C

| From: | Cieslak, Jon |
|---|---|
| To: | Salahi, Yaman; Mejia, Beatriz; Sladek De La Cal, Maximilian |
| Cc: | Harvey, Dean; Benson, Katherine Lubin; Gitlin, Adam; Lee, Ellison |
| Subject: | RE: In re California Bail Bond Antitrust Litig., Case No. 19-717 |
| Date: | Monday, June 24, 2019 1:01:34 PM |

Yaman,

Following the initial case management conference you refer to, Judge Tigar set a briefing schedule for a motion to stay discovery. Defendants' understanding is that the motion to stay discovery is the intended mechanism for revisiting discovery, and Defendants will be filing their motion per the Court's schedule. A Rule 26(f) conference is premature unless and until the Court denies that motion.

**Jon Cieslak**
Cooley LLP

**From:** Salahi, Yaman <ysalahi@lchb.com>
**Sent:** Wednesday, June 19, 2019 4:08 PM
**To:** Mejia, Beatriz <MEJIAB@cooley.com>; Cieslak, Jon <jcieslak@cooley.com>; Sladek De La Cal, Maximilian <msladekdelacal@cooley.com>
**Cc:** Dean Harvey <dharvey@lchb.com>; Katherine Benson <kbenson@lchb.com>; Adam Gitlin <agitlin@lchb.com>; Lee, Ellison <elee@lchb.com>
**Subject:** In re California Bail Bond Antitrust Litig., Case No. 19-717

Hi Beatriz,

Judge Tigar stated at the initial case management conference that discovery should be re-visited after the consolidated complaint is filed. Now that the operative complaint is on file, we are writing to renew our request to meet-and-confer under Rule 26(f). In particular, Defendants should provide us the information listed in the Northern District's ESI checklist. *See* https://www.cand.uscourts.gov/filelibrary/1118/ESI_Checklist-12-1-2015.pdf. Please let us know dates and times next week when Defendants are available. If Defendants are unwilling to provide that information, please let us know promptly.

Thank you,

**Yaman Salahi**
Attorney at Law
ysalahi@lchb.com
t 415.956.1000 ext. 2237
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

[www.lieffcabraser.com](www.lieffcabraser.com)

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.