Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 3:19-CV-000717-JST<br><br>CLASS ACTION<br><br>**DECLARATION OF ADAM GITLIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS AND CERTAIN DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: October 16, 2019<br>Courtroom: 6, 2d Floor<br>Time: 2:00 p.m. |

I, Adam Gitlin, declare as follows:

I am an associate at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), Interim Class Counsel in the above-titled action. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

1. Attached hereto as **Exhibit 1** is a copy of a March 2005 article entitled "The coming year….what does it bring?" by William B. Carmichael and published on Defendant American Surety Company's ("ASC") website. Until at least mid-2018, shortly before the first complaint in this case was filed, it was available publicly online at ASC's website, at http://www.asc-usi.com/articles.aspx. That URL is no longer accessible as of today's date, and all articles previously available at that URL appear to no longer be available at ASC's website.

2. Attached hereto as **Exhibit 2** is a copy of a June 2014 article entitled "Inside the Wild, Shadowy, and Highly Lucrative Bail Industry: How $550 and a five-day class gets you the right to stalk, arrest, and shoot people," by Shane Bauer, published by Mother Jones. It is available at: https://www.motherjones.com/politics/2014/06/bail-bond-prison-industry/ (last visited August 14, 2019).

3. Attached hereto as **Exhibit 3** is a copy of a January 2009 blog post titled "The New Age of Bail," by Jerry Watson. It is available at: https://www.aiasurety.com/the-new-age-of-bail/ (last visited August 14, 2019).

4. Attached hereto as **Exhibit 4** is a copy of a September 2002 essay entitled "Predatory Pricing" by Michael J. Whitlock, Vice President of Defendant ASC, published on ASC's website. Until at least mid-2018, shortly before the first complaint in this case was filed, it was available publicly online at ASC's website, at https://www.asc-usi.com/article.aspx?id=3337. That URL is no longer accessible as of today's date, and all articles previously available at that URL appear to no longer be available at ASC's website.

5. Attached hereto as **Exhibit 5** is a copy of an August 2005 article entitled "Changing of the guard" by Defendant Carmichael, published on ASC's website. Until at least mid-2018, shortly before the first complaint in this case was filed, it was available publicly online at ASC's website, at http://www.asc-usi.com/articles.aspx. That URL is no longer accessible as

of today's date, and all articles previously available at that URL appear to no longer be available at ASC's website.

6. Attached hereto as **Exhibit 6** is a copy of a report entitled *The War on Public Safety: A Critical Analysis of The Justice Policy Institute's Proposals for Bail Reform*, by Dennis A Bartlett. It is available at:

https://cdn.ymaws.com/www.pbus.com/resource/resmgr/files/Public_Safety_082313_FINAL.pdf

(last visited August 14, 2019).

7. Attached hereto as **Exhibit 7** is a copy of the *Antitrust Guidelines for the Insurance Industry* issued by the State of California Department of Justice.

8. Attached hereto as **Exhibit 8** is an excerpt from the rate review files of the California Department of Insurance with respect to a rate application filed by Defendant Philadelphia Reinsurance Company, in CDI File Number 16-3207. It is available at https://interactive.web.insurance.ca.gov/warff/index.jsp.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 14th of August, 2019, in San Francisco, California.

*/s/ Adam Gitlin*
ADAM GITLIN

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

DATED:  August 14, 2019        */s/ Adam Gitlin*
                               ADAM GITLIN
                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP