AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

IN RE CALIFORNIA BAIL BOND ANTITRUST  
~~Plaintiff(s)~~,  
~~v.~~  
THIS DOCUMENT RELATES TO ALL ACTIONS  
~~Defendant(s)~~,

CONSENT ORDER GRANTING  
SUBSTITUTION OF ATTORNEY

CASE NUMBER: __19-cv-00717-JST__

Notice is hereby given that, subject to approval by the court, __FINANCIAL CASUALTY & SURETY__ substitutes  
(Party (s) Name)

__BRENDAN PEGG__, State Bar No. __174159__ as counsel of record in  
(Name of New Attorney)

place of __BRIAN POTTER__.  
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __LAW OFFICES OF BRENDAN PEGG__  
Address: __201 E. OJAI AVE. #1505, OJAI CA 93024__  
Telephone: __(805) 302-4151__ Facsimile __(877) 719-7298__  
E-Mail (Optional): __brendan@bpegglaw.com__

I consent to the above substitution.  
Date: __8/28/19__  
_____  
(Signature of Party (s))

I consent to being substituted.  
Date: __8/28/19__  
_____  
(Signature of Former Attorney (s))

I consent to the above substitution.  
Date: __8/27/0209__  
_____  
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  
_____  
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

IN RE CALIFORNIA BAIL BOND ANTITRUST ~~Plaintiff(s)~~,

V.

THIS DOCUMENT RELATES TO ALL ACTIONS ~~Defendant(s)~~,

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, ___FINANCIAL CASUALTY & SURETY___ substitutes
(Party (s) Name)

___BRENDAN PEGG___, State Bar No. ___174159___ as counsel of record in
(Name of New Attorney)

place of ___JAMES MILLS___.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024
Telephone: (805) 302-4151  Facsimile (877) 719-7298
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.
Date: 8/28/19

_(Signature of Party (s))_

I consent to being substituted.
Date: 8/28/2019

James Mills  Digitally signed by James Mills
Date: 2019.08.28 14:42:13 -05'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/27/0209

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

IN RE CALIFORNIA BAIL BOND ANTITRUST  
~~PLAINTIFF(S)~~,  
V.  
THIS DOCUMENT RELATES TO ALL ACTIONS  
~~DEFENDANT(S)~~,

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, __FINANCIAL CASUALTY & SURETY__ substitutes
(Party (s) Name)

__BRENDAN PEGG__, State Bar No. __174159__ as counsel of record in
(Name of New Attorney)

place of __SHANNON BANGLE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG  
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024  
Telephone: (805) 302-4151   Facsimile (877) 719-7298  
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.  
Date: 8/27/19  
_(Signature of Party (s))_

I consent to being substituted.  
Date: 8-28-2019  
_(Signature of Former Attorney (s))_

I consent to the above substitution.  
Date: 8/27/0209  
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

⚜AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

IN RE CALIFORNIA BAIL BOND ANTITRUST ~~PLAINTIFF(S)~~,

v.

THIS DOCUMENT RELATES TO ALL ACTIONS ~~DEFENDANT(S)~~.

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, __FINANCIAL CASUALTY & SURETY__ substitutes
(Party (s) Name)

__BRENDAN PEGG__, State Bar No. __174159__ as counsel of record in
(Name of New Attorney)

place of __MICHAEL SINGLETARY__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024
Telephone: (805) 302-4151   Facsimile (877) 719-7298
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.
Date: 8/28/19
(Signature of Party (s))

I consent to being substituted.
Date: 8/28/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/27/0209
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]