AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

IN RE CALIFORNIA BAIL BOND ANTITRUST ~~PLAINTIFF(S)~~,

v.

THIS DOCUMENT RELATES TO ALL ACTIONS ~~DEFENDANT(S)~~,

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, __FINANCIAL CASUALTY & SURETY__ substitutes
(Party (s) Name)

__BRENDAN PEGG_____, State Bar No. __174159__ as counsel of record in
(Name of New Attorney)

place of __BRIAN POTTER_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024
Telephone: (805) 302-4151     Facsimile (877) 719-7298
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.
Date: 8/28/19
(Signature of Party (s))

I consent to being substituted.
Date: 8/28/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/27/0209
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 3, 2019
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

IN RE CALIFORNIA BAIL BOND ANTITRUST ~~Plaintiff(s)~~,

v.

THIS DOCUMENT RELATES TO ALL ACTIONS ~~Defendant(s)~~,

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, FINANCIAL CASUALTY & SURETY substitutes
(Party (s) Name)

BRENDAN PEGG , State Bar No. 174159 as counsel of record in
(Name of New Attorney)

place of JAMES MILLS .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024
Telephone: (805) 302-4151 Facsimile (877) 719-7298
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.
Date: 8/28/19
(Signature of Party (s))

I consent to being substituted.
Date: 8/28/2019
James Mills  Digitally signed by James Mills
Date: 2019.08.28 14:42:13 -05'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/27/0209
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 3, 2019
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

IN RE CALIFORNIA BAIL BOND ANTITRUST

~~PLAINTIFF(S)~~,

V.

THIS DOCUMENT RELATES TO ALL ACTIONS

~~DEFENDANT(S)~~,

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, FINANCIAL CASUALTY & SURETY substitutes
(Party (s) Name)

BRENDAN PEGG , State Bar No. 174159 as counsel of record in
(Name of New Attorney)

place of SHANNON BANGLE .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024
Telephone: (805) 302-4151     Facsimile (877) 719-7298
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.
Date: 8/27/19                              _____
                                           (Signature of Party (s))

I consent to being substituted.
Date: 8-28-2019                            _____
                                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/27/0209                            _____
                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 3, 2019                    _____
                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

IN RE CALIFORNIA BAIL BOND ANTITRUST  
~~Plaintiff(s)~~  
v.  
THIS DOCUMENT RELATES TO ALL ACTIONS  
~~Defendant(s)~~.

CONSENT ORDER GRANTING  
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 19-cv-00717-JST

Notice is hereby given that, subject to approval by the court, ___FINANCIAL CASUALTY & SURETY___ substitutes  
(Party (s) Name)

___BRENDAN PEGG___, State Bar No. ___174159___ as counsel of record in  
(Name of New Attorney)

place of ___MICHAEL SINGLETARY___.  
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF BRENDAN PEGG  
Address: 201 E. OJAI AVE. #1505, OJAI CA 93024  
Telephone: (805) 302-4151  Facsimile (877) 719-7298  
E-Mail (Optional): brendan@bpegglaw.com

I consent to the above substitution.  
Date: 8/28/19  
(Signature of Party (s))

I consent to being substituted.  
Date: 8/28/19  
(Signature of Former Attorney (s))

I consent to the above substitution.  
Date: 8/27/0209  
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 3, 2019  
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]