1  COOLEY LLP
   MICHAEL A. ATTANASIO (151529)
2  (mattanasio@cooley.com)
   JON F. CIESLAK (268951)
3  (jcieslak@cooley.com)
   4401 Eastgate Mall
4  San Diego, CA  92121
   Telephone:   (858) 550-6000
5  Facsimile:   (858) 550-6420

6  BEATRIZ MEJIA (190948)
   (mejiab@cooley.com)
7  MAX SLADEK DE LA CAL (324961)
   (msladekdelacal@cooley.com)
8  101 California Street, 5th Floor
   San Francisco, CA 94111
9  Telephone:   (415) 693-2000
   Facsimile:   (415) 693-2222

10
   Attorneys for Defendants
11 SEAVIEW INSURANCE COMPANY
   and TWO JINN, INC.

12
   [*Additional Defendants and Counsel Listed on Signature Pages*]
13

14            **UNITED STATES DISTRICT COURT**

15           **NORTHERN DISTRICT OF CALIFORNIA**

16                  **OAKLAND DIVISION**

17

18 | IN RE CALIFORNIA BAIL BOND | Master Docket No. 19-cv-00717-JST |

19 | ANTITRUST LITIGATION | CLASS ACTION |

20 | | **DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

21 THIS DOCUMENT RELATES TO:

22 ALL ACTIONS

   Judge:            Hon. Jon S. Tigar
   Hearing Date:     October 16, 2019
23 Courtroom:        6, 2nd Floor
   Time:             2:00 p.m.
24 Trial Date:       Not Set

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

Plaintiffs ask the Court to take judicial notice of, or incorporate by reference, eight documents in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.  (*See* ECF No. 66 (Plaintiffs' Request for Judicial Notice); ECF No. 67 (declaration attaching documents labeled Exhibits 1-8).)  Plaintiffs' requests pertaining to certain documents are improper for the following reasons.

## I.   Exhibits 1-6 Are Not Properly Subject to Judicial Notice

Plaintiffs request that Exhibits 1-6, alleged website printouts cited in the Consolidated Amended Complaint (ECF No. 46, "CAC"), be judicially noticed because "[j]udicial notice of the materials will allow the Court to consider the context of the statements." (ECF. No. 66 at 4.)  This is insufficient to satisfy the standard for judicial notice.  Judicial notice is appropriate only for facts "not subject to reasonable dispute" that are either generally known within the jurisdiction of the trial court, or "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).  Under this standard, websites and their contents may be proper subjects for judicial notice, but not where the source of the website content cannot be reliably determined. *See Rollins v. Dignity Health*, 338 F. Supp. 3d 1025, 1032-33 (N.D. Cal. 2018) (rejecting notion that "a document is judicially noticeable simply because it appears on a publicly available website"); *Gerristen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1030-34 (C.D. Cal. 2015) (summarizing Ninth Circuit law and contrasting propriety of judicial notice for publicly available government websites with third-party websites that have potential authenticity concerns); *see also Caldwell v. Caldwell*, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006) (judicial notice improper where source of website content could not be reliably determined).

According to Plaintiffs, Exhibits 1, 4, and 5 represent content from privately maintained webpages that are no longer publicly available online.  (ECF No. 66 at 4-5.)  The accuracy and source of these documents therefore cannot be reliably determined by the information Plaintiffs have provided.  Plaintiffs claim these documents were published on specific dates at specific URLs (*see id.*), but the documents themselves contain neither time stamps nor URLs verifying the accuracy of these claims.  Thus these documents are not properly subject to judicial notice. *See Rollins*, 338 F. Supp. 3d at 1032-33.

Exhibits 2, 3, and 6, an "article," "blog post," and "report" available on private third-party

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

1    websites, are also not properly subject to judicial notice, to the extent Plaintiffs are requesting the

2    Court take notice of the accuracy of the statements therein.  (*See id.* at 4-6.)  *See Von Saher v. Norton*

3    *Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (judicial notice may be taken

4    of "the fact that" media outlets have published information, but "not whether the contents of those

5    articles were in fact true") (internal quotations and citation omitted).  For this same reason, Exhibits

6    1, 4, and 5 are not proper subjects of judicial notice to the extent Plaintiffs ask the Court to take notice

7    of the accuracy of the statements found therein.

8         Plaintiffs state as to Exhibits 1-6 that "Defendants do not contend that any of the statements or

9    documents in which they appear are inauthentic."  (ECF No. 66 at 4.)  Defendants have not answered

10   the CAC and therefore have not made any contentions about the accuracy and authenticity of the

11   statements proffered by Plaintiffs.  For purposes of determining whether they should be properly

12   subject to judicial notice, Defendants do contest the authenticity of the Exhibits and accuracy of the

13   statements therein.[1]

14   **II.    The Incorporation by Reference Doctrine Does Not Apply to Exhibits 1-6**

15        The incorporation by reference doctrine applies only when a document is referred to in the

16   plaintiff's complaint, is central to a plaintiff's claims, and no party questions the document's

17   authenticity.  *See Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) (in ruling on motion to dismiss,

18   "[a] court may consider evidence on which the complaint 'necessarily relies' if: (1) the complaint

19   refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions

20   the authenticity of the copy") (citations omitted).

21        The Court should not incorporate by reference Exhibits 1-6 for multiple reasons.  The CAC

22   quoted from the documents that it now asks the Court to incorporate, but did not "refer" to, or attach,

23   the documents.  *See Rollins*, 338 F. Supp. 3d at 1032-33 (denying request to incorporate where

24   complaint did not actually "mention" the document).  Exhibits 1-6 are also not each referred to

25   "extensively" in the CAC such that they are central to Plaintiffs' claims.  *See Khoja v. Orexigen*

26   *Therapeutics, Inc.*, 899 F.3d 988, 1002-03 (9th Cir. 2018) (quoting from a blog post once in complaint

27

28   _____

[1] Defendants do not oppose Plaintiffs' requests to take judicial notice of the existence of Exhibits 7 and 8.

1    was not sufficient to satisfy requirement that document "form[ed] the basis of the plaintiff's claim").

2  Finally, Defendants do not concede that Exhibits 1-6 are all authentic copies of websites, some of

3  which are no longer publicly available.  *See supra* Section I.

4  **III.**    **The Content of Exhibit 7 Is Not Properly the Subject of Judicial Notice**

5      Plaintiffs ask the Court to take judicial notice of the fact that antitrust guidelines were published

6  by the California Office of the Attorney General, as well as the "contents" of the guidelines.  (ECF

7  No. 66 at 6.)

8      Rule 201 of the Federal Rules of Evidence permits judicial notice of an "adjudicative fact."

9  Fed. R. Evid. 201(a).  However, the contents of Exhibit 7, a 29 year old document, do not constitute

10  an "adjudicative fact."  The contents of the guideline are not "generally known within the [Court's]

11  territorial jurisdiction," nor can they be "accurately and readily determined from sources whose

12  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Thus, the Court should deny

13  Plaintiffs' request with respect to the content of the guidelines.  *See, e.g., E. Bay Law v. Ford Motor*

14  *Co.*, 2016 WL 777831, at *2 (N.D. Cal. Feb. 29, 2016) (denying request for judicial notice of

15  adjudicative facts that were subject to reasonable dispute); *c.f. Call v. Badgley*, 254 F. Supp. 3d 1051,

16  1061 n.5 (N.D. Cal. 2017) (taking judicial notice of Attorney General guidelines "[b]ecause neither

17  party objects to the court taking judicial notice of *the existence* of these documents") (emphasis added).

18

19  Dated:  September 4, 2019           COOLEY LLP

20                                        MICHAEL A. ATTANASIO (151529)
                                      JON F. CIESLAK (268951)

21                                        BEATRIZ MEJIA (190948)
                                      MAX SLADEK DE LA CAL (324961)

22

23                                        *s/ Beatriz Mejia*
                                      Beatriz Mejia (190948)

24                                        *Attorneys for Defendants Seaview*
                                      *Insurance Company and Two Jinn, Inc.*

25

26

27

28

Dated:  September 4, 2019

By: */s/ Julie A. Gryce*

Julie A. Gryce (319530)
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
michael.murphy@dlapiper.com

John Hamill
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312.368.7036
Facsimile: 312.251.5809
John.hamill@us.dlapiper.com

*Attorneys for Defendants Danielson*
*National Insurance Company*

Dated:  September 4, 2019

By: */s/ Blake Zollar*

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone:  (858) 252-3234
Facsimile:  (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail*
*Bonds, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

1    Dated:  September 4, 2019                    By: /s/ Gerard G. Pecht

2                                                 Gerard G. Pecht (*pro hac vice*)
3                                                 NORTON ROSE FULBRIGHT US LLP
                                                  1301 McKinney, Suite 5100
4                                                 Houston, Texas  77010
                                                  Telephone:  (713) 651-5151
5                                                 Facsimile:  (713) 651-5246
                                                  gerard.pecht@nortonrosefulbright.com
6
7                                                 Joshua D. Lichtman (SBN 176143)
                                                  NORTON ROSE FULBRIGHT US LLP
8                                                 555 South Flower Street, Forty-First Floor
                                                  Los Angeles, California  90071
9                                                 Telephone:  (213) 892-9200
                                                  Facsimile:  (213) 892-9494
10                                                joshua.lichtman@nortonrosefulbright.com

11                                                *Attorneys for Defendant American*
12                                                *Contractors Indemnity Company*

13   Dated:  September 4, 2019                    By: /s/ Anne K. Edwards

14                                                Anne K. Edwards (110424)
15                                                SMITH, GAMBRELL & RUSSELL, LLP
                                                  444 South Flower Street, Suite 1700
16                                                Los Angeles, CA 90071
                                                  Telephone:  (213) 358-7210
17                                                Facsimile:  (213) 358-7310
                                                  aedwards@sgrlaw.com
18
19                                                *Attorneys for Defendant Williamsburg*
                                                  *National Insurance Company*
20
     Dated:  September 4, 2019                    By: /s/ Nicole S. Healy
21
22                                                Todd A. Roberts
                                                  Nicole S. Healy
23                                                Edwin B. Barnes
                                                  ROPERS, MAJESKI, KOHN & BENTLEY
24
                                                  *Attorneys for Defendants American Bail*
25                                                *Coalition, Inc. and William B. Carmichael*

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

1    Dated:  September 4, 2019            By: */s/ David F. Hauge*_____

2                                        David F. Hauge (128294)
3                                        Todd H. Stitt (179694)
                                         Vincent S. Loh (238410)
4                                        MICHELMAN & ROBINSON, LLP

5                                        *Attorneys for Defendants United States*
6                                        *Fire Insurance Company, The North River*
                                         *Insurance Company, and Seneca*
7                                        *Insurance Company*

8    Dated:  September 4, 2019            By: */s/ Renee Choy Ohlendorf*_____

9                                        Renee Choy Ohlendorf
10                                       Hinshaw & Culbertson LLP
                                         One California Street, 18th Floor
11                                       San Francisco, CA 94111
                                         Main: (415) 362-6000
12                                       Direct: (415) 393-0122
                                         RChoy@hinshawlaw.com
13
                                         Christie A. Moore (*pro hac vice*)
14                                       W. Scott Croft (*pro hac vice*)
15                                       BINGHAM GREENEBAUM DOLL LLP
                                         101 S. Fifth Street
16                                       3500 PNC Tower
                                         Louisville, KY 40202
17                                       Telephone:  502.587.3758
                                         Facsimile:  502.540.2276
18                                       cmoore@bgdlegal.com
19                                       wcroft@bgdlegal.com

20                                       *Attorneys for Lexon Insurance Company*

21   Dated:  September 4, 2019            By: */s/ Travis Wall*_____

22                                       Travis Wall (191662)
23                                       Spencer Kook (205304)
                                         HINSHAW & CULBERTSON LLP
24                                       One California Street, 18th Floor
                                         San Francisco, CA 94111
25                                       Tel: (415) 362-6000
                                         twall@hinshawlaw.com
26
                                         *Attorneys for Defendant Philadelphia*
27                                       *Reinsurance Corporation*

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

1    Dated:  September 4, 2019                By: */s/ Gregory S. Day*_____

2

3                                            Gregory S. Day
                                             LAW OFFICES OF GREGORY S. DAY
                                             120 Birmingham Drive, Suite 200
4                                            Cardiff, CA  92007
                                             Telephone:  (760) 436-2827
5                                            attygsd@gmail.com

6                                            *Attorneys for Defendants California Bail*
                                             *Agents Association, Universal Fire &*
7                                            *Insurance Company, Sun Surety Insurance*
                                             *Company*
8

9    Dated:  September 4, 2019                By: */s/ Howard Holderness*_____

10

11                                           John A. Sebastinelli (127859)
                                             Howard Holderness (169814)
                                             GREENBERG TRAURIG, LLP
12                                           4 Embarcadero Ctr, Ste. 3000
                                             San Francisco, CA 94111-5983
13                                           Telephone: (415) 655-1289
                                             Facsimile: (415) 358-4796
14                                           sebastinellij@gtlaw.com
                                             holdernessh@gtlaw.com
15

16                                           *Attorneys for Defendants American Surety*
                                             *Company and Indiana Lumbermens*
17                                           *Mutual Insurance Company*

18   Dated:  September 4, 2019                By: */s/ Gary A. Nye*_____

19

20                                           Gary A. Nye (126104)
                                             ROXBOROUGH, POMERANCE, NYE &
21                                           ADREANI, LLP

22                                           *Attorneys for Defendants Allegheny*
                                             *Casualty Company, Associated Bond and*
23                                           *Insurance Agency, Inc., Bankers Insurance*
                                             *Company, Harco National Insurance*
24                                           *Company, International Fidelity Insurance*
                                             *Company, Lexington National Insurance*
25                                           *Corporation, and Jerry Watson*

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

| | |
|---|---|
| 1 | Dated:  September 4, 2019 |

By: /s/ Brendan Pegg

Brendan Pegg (174159)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA 93024
Telephone:  (805) 3024151
Facsimile:  (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial
Casualty & Surety, Inc.*

Dated:  September 4, 2019

By: /s/ Erik K. Swanholt

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone:  (213) 972-4500
Facsimile:  (213) 486-0065

*Attorneys for Defendants Continental
Heritage Insurance Company*

Dated:  September 4, 2019

By: /s/ John M. Rorabaugh

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail
Association*

Dated:  September 4, 2019

By: /s/ Paul J. Riehle

Paul J. Riehle (115199)
DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San  Francisco, California 94111
Telephone:  (415) 551-7521
Facsimile:  (415) 551- 7510
paul.riehle@dbr.com

*Attorneys for Defendant Accredited Surety
and Casualty Company, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

I, Beatriz Mejia, attest that concurrence in the filing of this document has been obtained from the other signatories.  Executed on September 4, 2019, in San Francisco, California.


*/s/ Beatriz Mejia* _____

Beatriz Mejia

210773978

Cooley LLP
Attorneys At Law
San Diego