COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

[*Additional Defendants and Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**NOTICE BY DEFENDANTS' REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:           Hon. Jon S. Tigar<br>Hearing Date: October 16, 2019<br>Courtroom:   6, 2nd Floor<br>Time:            2:00 p.m.<br>Trial Date:    Not Set |

Defendants filed a Response (ECF 73) objecting to Plaintiffs' Request for Judicial Notice (ECF 66) with respect to Exhibits 1, 4, and 5 to the Declaration of Adam Gitlin (ECF 67-1, 67-4, and 67-5) on the basis that their authenticity could not be reliably determined from the information provided by Plaintiffs. Defendants withdraw their objections only to the extent Defendants challenged the authenticity of Exhibits 1, 4, and 5 and whether those exhibits are documents that formerly appeared at the URLs listed in Mr. Gitlin's declaration. (ECF 67, ¶¶ 1, 4, 5.) Defendants maintain that the documents and statements therein are not properly subject to judicial notice for the other reasons stated in Defendants' Response to Plaintiffs' Request for Judicial Notice. (ECF 73.)

Dated: September 17, 2019

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
JON F. CIESLAK (268951)
BEATRIZ MEJIA (190948)
MAX SLADEK DE LA CAL (324961)

*s/ Beatriz Mejia*
Beatriz Mejia (190948)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  September 17, 2019 | By: */s/ Julie A. Gryce* |
| 2 | | Julie A. Gryce (319530) |
| 3 | | DLA Piper LLP (US) |
| | | 401 B Street, Suite 1700 |
| 4 | | San Diego, CA 92101-4297 |
| | | Telephone:  (619) 699-2700 |
| 5 | | Facsimile:  (619) 699-2701 |
| 6 | | julie.gryce@dlapiper.com |
| 7 | | Michael P. Murphy (*pro hac vice*) |
| | | DLA Piper LLP (US) |
| 8 | | 1251 Avenue of the Americas |
| | | New York, NY 10020-1104 |
| 9 | | Telephone:  (212) 335-4500 |
| | | Facsimile:  (212) 335-4501 |
| 10 | | michael.murphy@dlapiper.com |
| 11 | | John Hamill |
| | | DLA Piper LLP (US) |
| 12 | | 444 West Lake Street, Suite 900 |
| | | Chicago, IL 60606-0089 |
| 13 | | Telephone: 312.368.7036 |
| | | Facsimile: 312.251.5809 |
| 14 | | John.hamill@us.dlapiper.com |

*Attorneys for Defendants Danielson National Insurance Company*

Dated:  September 17, 2019     By: */s/ Blake Zollar*

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone:  (858) 252-3234
Facsimile:  (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  September 17, 2019 | By: */s/ Gerard G. Pecht* |
| 2 | | Gerard G. Pecht (*pro hac vice*) |
| | | NORTON ROSE FULBRIGHT US LLP |
| 3 | | 1301 McKinney, Suite 5100 |
| 4 | | Houston, Texas  77010 |
| | | Telephone:  (713) 651-5151 |
| 5 | | Facsimile:  (713) 651-5246 |
| 6 | | gerard.pecht@nortonrosefulbright.com |
| 7 | | Joshua D. Lichtman (SBN 176143) |
| | | NORTON ROSE FULBRIGHT US LLP |
| 8 | | 555 South Flower Street, Forty-First Floor |
| 9 | | Los Angeles, California  90071 |
| | | Telephone:  (213) 892-9200 |
| 10 | | Facsimile:  (213) 892-9494 |
| | | joshua.lichtman@nortonrosefulbright.com |
| 11 | | |
| 12 | | *Attorneys for Defendant American Contractors Indemnity Company* |
| 13 | Dated:  September 17, 2019 | By: */s/ Anne K. Edwards* |
| 14 | | |
| | | Anne K. Edwards (110424) |
| 15 | | SMITH, GAMBRELL & RUSSELL, LLP |
| | | 444 South Flower Street, Suite 1700 |
| 16 | | Los Angeles, CA 90071 |
| | | Telephone:  (213) 358-7210 |
| 17 | | Facsimile:  (213) 358-7310 |
| 18 | | aedwards@sgrlaw.com |
| 19 | | *Attorneys for Defendant Williamsburg National Insurance Company* |
| 20 | | |
| 21 | Dated:  September 17, 2019 | By: */s/ Nicole S. Healy* |
| 22 | | Todd A. Roberts |
| | | Nicole S. Healy |
| 23 | | Edwin B. Barnes |
| | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 24 | | |
| 25 | | *Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael* |
| 26 | | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STATEMENT RE DEFS.' RESPONSE TO PLFS.' RJN
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated: September 17, 2019 | By: */s/ David F. Hauge* |
| 2 | | David F. Hauge (128294) |
| 3 | | Todd H. Stitt (179694) |
| | | Vincent S. Loh (238410) |
| 4 | | MICHELMAN & ROBINSON, LLP |
| 5 | | *Attorneys for Defendants United States* |
| 6 | | *Fire Insurance Company, The North River* |
| | | *Insurance Company, and Seneca* |
| 7 | | *Insurance Company* |
| 8 | Dated: September 17, 2019 | By: */s/ Renee Choy Ohlendorf* |
| 9 | | Renee Choy Ohlendorf |
| 10 | | Hinshaw & Culbertson LLP |
| | | One California Street, 18th Floor |
| 11 | | San Francisco, CA 94111 |
| | | Main: (415) 362-6000 |
| 12 | | Direct: (415) 393-0122 |
| 13 | | RChoy@hinshawlaw.com |
| 14 | | Christie A. Moore (*pro hac vice*) |
| | | W. Scott Croft (*pro hac vice*) |
| 15 | | BINGHAM GREENEBAUM DOLL LLP |
| | | 101 S. Fifth Street |
| 16 | | 3500 PNC Tower |
| 17 | | Louisville, KY 40202 |
| | | Telephone:  502.587.3758 |
| 18 | | Facsimile:  502.540.2276 |
| | | cmoore@bgdlegal.com |
| 19 | | wcroft@bgdlegal.com |
| 20 | | *Attorneys for Lexon Insurance Company* |
| 21 | Dated: September 17, 2019 | By: */s/ Travis Wall* |
| 22 | | Travis Wall (191662) |
| 23 | | Spencer Kook (205304) |
| | | HINSHAW & CULBERTSON LLP |
| 24 | | One California Street, 18th Floor |
| | | San Francisco, CA 94111 |
| 25 | | Tel: (415) 362-6000 |
| | | twall@hinshawlaw.com |
| 26 | | |
| 27 | | *Attorneys for Defendant Philadelphia* |
| | | *Reinsurance Corporation* |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

STATEMENT RE DEFS.' RESPONSE TO PLFS.' RJN
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated:  September 17, 2019 | By: */s/ Gregory S. Day* |
| 2 | | Gregory S. Day |
| 3 | | LAW OFFICES OF GREGORY S. DAY |
| | | 120 Birmingham Drive, Suite 200 |
| 4 | | Cardiff, CA  92007 |
| | | Telephone:  (760) 436-2827 |
| 5 | | attygsd@gmail.com |
| 6 | | |
| | | *Attorneys for Defendants California Bail* |
| 7 | | *Agents Association, Universal Fire &* |
| | | *Insurance Company, Sun Surety Insurance* |
| 8 | | *Company* |
| 9 | Dated:  September 17, 2019 | By: */s/ Howard Holderness* |
| 10 | | |
| | | John A. Sebastinelli (127859) |
| 11 | | Howard Holderness (169814) |
| | | GREENBERG TRAURIG, LLP |
| 12 | | 4 Embarcadero Ctr, Ste. 3000 |
| | | San Francisco, CA 94111-5983 |
| 13 | | Telephone: (415) 655-1289 |
| | | Facsimile: (415) 358-4796 |
| 14 | | sebastinellij@gtlaw.com |
| | | holdernessh@gtlaw.com |
| 15 | | |
| 16 | | *Attorneys for Defendants American Surety* |
| | | *Company and Indiana Lumbermens* |
| 17 | | *Mutual Insurance Company* |
| 18 | Dated:  September 17, 2019 | By: */s/ Gary A. Nye* |
| 19 | | |
| | | Gary A. Nye (126104) |
| 20 | | ROXBOROUGH, POMERANCE, NYE & |
| | | ADREANI, LLP |
| 21 | | |
| 22 | | *Attorneys for Defendants Allegheny* |
| | | *Casualty Company, Associated Bond and* |
| 23 | | *Insurance Agency, Inc., Bankers Insurance* |
| | | *Company, Harco National Insurance* |
| 24 | | *Company, International Fidelity Insurance* |
| | | *Company, Lexington National Insurance* |
| 25 | | *Corporation, and Jerry Watson* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  September 17, 2019 | By: */s/ Brendan Pegg* |
| 2 | | |
| 3 | | Brendan Pegg (174159)<br>LAW OFFICES OF BRENDAN PEGG<br>201 E. Ojai Avenue #1505<br>Ojai, CA 93024<br>Telephone:  (805) 3024151<br>Facsimile:  (877) 719-7298<br>brendan@bpegglaw.com |

Dated:  September 17, 2019                By: */s/ Brendan Pegg*

Brendan Pegg (174159)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA93024
Telephone:  (805) 3024151
Facsimile:  (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

Dated:  September 17, 2019                By: */s/ Erik K. Swanholt*

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone:  (213) 972-4500
Facsimile:  (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

Dated:  September 17, 2019                By: */s/ John M. Rorabaugh*

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

Dated:  September 17, 2019                By: */s/ Paul J. Riehle*

Paul J. Riehle (115199)
DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San  Francisco, California 94111
Telephone:  (415) 551-7521
Facsimile:  (415) 551- 7510
paul.riehle@dbr.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Beatriz Mejia, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on September 17, 2019, in San Francisco, California.

/s/ Beatriz Mejia

Beatriz Mejia

Cooley LLP
Attorneys At Law
San Diego

7.

Statement re Defs.' Response to Plfs.' RJN
Master Docket No. 19-cv-00717-JST