# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 16, 2019                                          Judge: Jon S. Tigar

Time: 2:03pm – 3:27 pm

Case No.      **4:19-cv-00717-JST**
Case Name    **In re California Bail Bond Antitrust Litigation**

Attorney(s) for Plaintiff(s):      Dean M. Harvey, Katherine Lubin, Adam Gitlin, Yaman Salahi

Attorney(s) for Defendant(s):    
*Seaview Insurance*
*Two Jinn*
Beatriz Mejia
Jeff Cieslak

*Danielson National Insurance Co.*
John Hamill
Michael Murphy

*American Casualty Insurance*
Gerard Pecht

*US Fire/North River Ins./Seneca*
Vincent Loh

*Continental Heritage*
Erik Swanholt

*Financial Casualty& Surety*
Brendan Pegg

*American Surety/Indiana Lumberment*
Howard Holderness

*Accredited Casualty & Surety*
Paul Riehle

*Williamberg*
Anne K. Edwards

1

*California Bail Agents Association/Universal Fire & Life/ Sun Surety*
Gregory Day

*William Carmichael/ American Bail Coalition*
Nicole Healey
Edwin Barnes

*Golden State Bail Assn.*
Crystal Rorabaugh

*Lexon Insurance*
W. Scott Croft

*All Pro Bail Bonds*
Drew Koning

*Jerry Watson*
*Allegheny Casualty*
*International Fidelity*
*Lexington International*
*Bankers Insurance Co.*
Gary Nye

Deputy Clerk: Mauriona Lee                    Court Reporter: Diane Skillman

## PROCEEDINGS

Motion to dismiss hearing.

## RESULT OF HEARING

Argument heard from parties. Motions taken under submission. Written orders to issue.