PAUL J. RIEHLE (SBN 115199)
Paul.Riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center
27th Floor
San Francisco California 94111-4180
Telephone:   415-591-7500
Facsimile:   415-591-7510

Attorneys for Defendant
ACCREDITED SURETY AND CASUALTY
COMPANY, INC., incorrectly named herein as
Accredited Surety and Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-CV-00717-JST<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF FIRM NAME CHANGE AND E-MAIL CONTACT CHANGE** |

FAEGRE DRINKER BIDDLE
& REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF FIRM NAME CHANGE AND E-MAIL CONTACT CHANGE

MASTER DOCKET NO. 19-CV-00717-JST

1   Please be advised that effective February 1, 2020, Drinker Biddle & Reath LLP has
2   changed its name and e-mail addresses.  The new firm name is **Faegre Drinker Biddle & Reath**
3   **LLP**.  The firm's mailing address and contact telephone numbers remain unchanged.
4   The following attorney, who is counsel of record for Defendant Accredited Surety and
5   Casualty Company, Inc., can now be reached at the following e-mail address:
6      Paul J. Riehle                                                   Paul.Riehle@faegredrinker.com
7   Counsel for Defendant Accredited Surety And Casualty Company, Inc. respectfully
8   requests that the Clerk and all counsel update the firm's new name and email address information.

10  Dated: February 4, 2020

                                                        FAEGRE DRINKER BIDDLE & REATH LLP

By:/s/ Paul J. Riehle
   Paul J. Riehle
   Attorneys for Defendant
   ACCREDITED SURETY AND CASUALTY
   COMPANY, INC., incorrectly named herein as
   Accredited Surety and Casualty Company

121834371.1