1  CHRISTIE A. MOORE
   W. SCOTT CROFT
2  DENTONS BINGHAM GREENEBAUM LLP
   101 S. 5th Street
3  3500 PNC Tower
   Louisville, Kentucky 40202
4  (502) 589-4200

5  ATTORNEYS FOR DEFENDANT
6  LEXON INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SHONETTA CRAIN and KIRA SERNA, | Case No. 4:19-CV-000717 (JST) |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **NOTICE OF LAW FIRM NAME CHANGE** |
| ACCREDITED SURETY, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that effective January 27, 2020, Bingham Greenebaum Doll LLP changed its name to Dentons Bingham Greenebaum LLP. The contact information for the following attorneys in this action remains the same except for their email addresses, which have been changed as follows:

      Christie A. Moore – christie.moore@dentons.com
      W. Scott Croft – scott.croft@dentons.com

Respectfully submitted,

/s/ *Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. 5th Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 589-4200
christie.moore@dentons.com
scott.croft@dentons.com

ATTORNEYS FOR DEFENDANT
LEXON INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2020, the foregoing was electronically filed and served with the Clerk of the Court using the CF/ECF system to all parties of record.


/s/ *Christie A. Moore*
ATTORNEYS FOR DEFENDANT
LEXON INSURANCE COMPANY

20836602.1