Benjamin Elga
Brian Shearer
JUSTICE CATALYST LAW
81 Prospect St.
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master Docket No. 19-CV-00717-JST<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF FIRM ADDRESS CHANGE** |

Please be advised that effective February 19, 2020, Justice Catalyst Law has changed its address. The address is now:

Justice Catalyst Law

81 Prospect Street

Brooklyn, NY 11201

Dated: February 19, 2020

<u>/s/ Benjamin Elga</u>
BENJAMIN ELGA
JUSTICE CATALYST LAW

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

DATED: February 19, 2020

/s/ Benjamin Elga
BENJAMIN ELGA
JUSTICE CATALYST LAW