1  BRADLEY M. ZAMCZYK (SBN 151753)
   bzamczyk@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:   415-362-6000
4  Facsimile:   415-834-9070

5  Attorneys for Defendants
   BOND SAFEGUARD INSURANCE COMPANY
6  and LEXON INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  IN RE CALIFORNIA BAIL BOND ) Master Docket No. 19-CV-00717-JST
    ANTITRUST LITIGATION        )
12                              ) <u>CLASS ACTION</u>
                                )
13  This Document Relates To:   ) **NOTICE OF APPEARANCE OF COUNSEL**
    ALL ACTIONS                 )
14                              )
                                )
15                              )

16

17     TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:

18     PLEASE TAKE NOTICE that Bradley M. Zamczyk, Esq. (SBN 151753) of the law firm of

19  Hinshaw & Culbertson LLP, located at One California Street, 18th Floor, in San Francisco,

20  California 94111, hereby enters his appearance in the above-captioned matter as counsel of record

21  on behalf of Defendants BOND SAFEGUARD INSURANCE COMPANY and LEXON

22  INSURANCE COMPANY.

23     This notice of appearance is for the purpose of identifying counsel and preparing a service

24  list. Defendants respectfully request that Bradley M. Zamczyk be added to the docket and that email

25  notifications of any documents filed by or with this Court be provided to him at the addresses set

26  forth below:

27

28

| | |
|---|---|
| 1 | BRADLEY M. ZAMCZYK (SBN 151753) |
| 2 | bzamczyk@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP |
| 3 | One California Street, 18th Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: 415-362-6000<br>Facsimile: 415-834-9070 |

DATED: March 23, 2020                    HINSHAW & CULBERTSON LLP

By: /s/ *Bradley M. Zamczyk*
BRADLEY M. ZAMCZYK
Attorneys for Defendants
BOND SAFEGUARD INSURANCE
COMPANY and LEXON INSURANCE
COMPANY