BRADLEY M. ZAMCZYK (SBN 151753)
bzamczyk@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants
BOND SAFEGUARD INSURANCE COMPANY
and LEXON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master Docket No. 19-CV-00717-JST<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:

Please be advised that effective immediately Renee Choy Ohlendorf (California State Bar No. 263939) previously designated as counsel for Defendants BOND SAFEGUARD INSURANCE COMPANY and LEXON INSURANCE COMPANY is withdrawn as counsel of record for said Defendants.

It is hereby respectfully requested that the Court and all parties of record update their records accordingly.

DATED: March 23, 2020                                        HINSHAW & CULBERTSON LLP


                                                             By: /s/ *Bradley M. Zamczyk*
                                                             BRADLEY M. ZAMCZYK
                                                             Attorneys for Defendants
                                                             BOND SAFEGUARD INSURANCE
                                                             COMPANY and LEXON INSURANCE
                                                             COMPANY

---

1