COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL (JON F. CIESLAK)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the undersigned respectfully requests that attorney Jon F. Cieslak be withdrawn as counsel of record for Defendants Seaview Insurance Company and Two Jinn, Inc. Cooley LLP continues to represent Defendants Seaview Insurance Company and Two Jinn, Inc. in the above-referenced matter and requests that all future correspondence and papers in this action continue to be directed to it.

Dated: April 13, 2020            COOLEY LLP

*/s/ Michael A. Attanasio*

MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
MAX SLADEK DE LA CAL (324961)

Attorneys for Defendants SEAVIEW INSURANCE COMPANY and TWO JINN, INC.
Email: mattanasio@cooley.com

223824159