1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
10   NORTHERN DISTRICT OF CALIFORNIA
11   OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-000717-JST<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY OF DISCOVERY** |

1    After considering the foregoing motion, the papers filed in support, and the arguments of
2    counsel, and good cause appearing therefor, the Court finds that the reasons underlying the
3    Court's July 30, 2019 Order staying discovery in this case (Dkt. 64) no longer support a stay, and
4    therefore **GRANTS** Plaintiffs' motion to lift it.  Discovery shall proceed.
5    The Court therefore **ORDERS** the parties, within 30 days of the issuance of this Order, to
6    (1) report on the status of compliance with the Northern District's electronically stored
7    information ("ESI") guidelines and checklist for Rule 26(f) conferences, consistent with the
8    Court's Standing Order for All Civil Cases, and (2) submit a proposed schedule for the case
9    through briefing on any motion for class certification.
10   **IT IS SO ORDERED ON THIS ___ DAY OF _____, 2020.**

12   DATED: _____

                                                                  _____
                                                                  The Honorable Jon S. Tigar