| | |
|---|---|
| 1 | Dean M. Harvey (SBN 250298) |
| 2 | Katherine Lubin (SBN 259826) |
| | Yaman Salahi (SBN 288752) |
| 3 | Adam Gitlin (SBN 317047) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 956-1000 |
| | dharvey@lchb.com |
| 6 | kbenson@lchb.com |
| | ysalahi@lchb.com |
| 7 | agitlin@lchb.com |
| 8 | *Interim Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Master Case No. 4:19-CV-00717-JST |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO LIFT STAY OF DISCOVERY** |
| All Actions | |

I, Dean M. Harvey, declare as follows:

1. I am a Partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), which has been appointed Interim Class Counsel. I am the lead attorney for this case at Lieff Cabraser. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of a letter I sent to Defense Counsel, dated April 14, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Nicole S. Healy to me, dated April 20, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Beatriz Mejia to me, dated April 20, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 13th of May, 2020 in San Francisco, California.

Dated: May 13, 2020                    Respectfully submitted,

*/s/ Dean M. Harvey*
Dean M. Harvey (SBN 250298)
Katherine Lubin Benson (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com

*Interim Class Counsel*