| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-000717-JST<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SET A BRIEFING SCHEDULE AND PAGE LIMITS REGARDING RESPONSES TO THE SECOND CONSOLIDATED AMENDED COMPLAINT AND MOTION TO LIFT DISCOVERY STAY** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

After considering the foregoing motion, the papers filed in support, and the arguments of counsel, and good cause appearing therefor, the Court **GRANTS** Plaintiffs' Administrative Motion to Set a Briefing Schedule and Page Limits Regarding Responses to the Second Consolidated Amended Complaint and Plaintiffs' Motion to Lift Discovery Stay.

Briefing on these motions shall proceed as follows:

| Event | Deadline | Page Limit |
|---|---|---|
| Defendants' opposition to Motion to Lift Discovery Stay | May 27, 2020 | 10 |
| Plaintiffs' Reply re Motion to Lift Discovery Stay | June 3, 2020 | 5 |
| Motions to Dismiss Second Consolidated Amended Complaint | June 12, 2020 | 30 |
| Plaintiffs' Opposition to Motions to Dismiss | July 13, 2020 | 30 |
| Defendants' Reply re Motion to Dismiss | August 3, 2020 | 15 |

**IT IS SO ORDERED ON THIS \_\_\_ DAY OF _____, 2020.**

DATED: _____

_____
The Honorable Jon S. Tigar