Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-00717-JST<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SET A BRIEFING SCHEDULE AND PAGE LIMITS REGARDING RESPONSES TO THE SECOND CONSOLIDATED AMENDED COMPLAINT AND MOTION TO LIFT DISCOVERY STAY** |

I, Dean M. Harvey, declare as follows:

1. I am a Partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), which has been appointed Interim Class Counsel. I am the lead attorney for this case at Lieff Cabraser. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. During a meet-and-confer call on May 14, 2020, counsel for Defendants informed me they would oppose Plaintiffs' Motion to Lift the Discovery Stay, and that they would all respond to the Second Consolidated Amended Complaint ("SCAC") with motions to dismiss, including even the Defendants for whom the Court previously held Plaintiffs had sufficiently alleged involvement in the alleged conspiracy. During that call and in later email

correspondence, the parties attempted to, but could not, reach agreement on page limits for the motions to dismiss, a briefing schedule for Plaintiffs' Motion to Lift the Discovery Stay, or page limits regarding Plaintiffs' Motion to Lift the Discovery Stay.

3. Attached hereto as Exhibit A is a true and correct copy of an email chain between myself and defense counsel that contains the relevant email correspondence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 18th of May, 2020 in San Francisco, California.

Dated:  May 18, 2020                     Respectfully submitted,

*/s/ Dean M. Harvey*
Dean M. Harvey (SBN 250298)
Katherine Lubin Benson (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com

*Interim Class Counsel*