UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Master Docket No. 19-cv-00717-JST <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION AND SETTING BRIEFING SCHEDULE AND PAGE LIMITS REGARDING RESPONSES TO THE SECOND CONSOLIDATED AMENDED COMPLAINT AND MOTION TO LIFT DISCOVERY STAY** |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

Upon consideration of Plaintiffs' Administrative Motion to Set a Briefing Schedule and Page Limits Regarding Responses to the Second Consolidated Amended Complaint and Plaintiffs' Motion to Lift Discovery Stay, and Defendants' Response thereto, briefing on these motions shall proceed as follows:

| Event | Deadline | Page Limit |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion to Lift Discovery Stay | May 27, 2020 | 10 |
| Plaintiffs' Reply in support of Motion to Lift Discovery Stay | June 3, 2020 | 5 |
| Defendants' Motions to Dismiss Second Consolidated Amended Complaint | June 12, 2020 | 60 [consolidated page limit across all Defendants] |
| Plaintiffs' Opposition to Defendants' Motions to Dismiss | July 13, 2020 | 60 |
| Defendants' Replies in support of Motions to Dismiss | August 3, 2020 | 30 [consolidated page limit across all Defendants] |

**IT IS SO ORDERED.**

Dated: May _____ , 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE