Law Offices of Brendan Pegg
Brendan Pegg, Esq. State Bar #174159
Lindsay Cooper (Of Counsel) State Bar #295180
201 E. Ojai Ave. #1505
Ojai, CA 93023
PH 805-302-4151,  FX 877-719-7298
Email:  brendan@bpegglaw.com

Attorneys for Financial Casualty & Surety

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master Docket No. 19-CV-00717-JST<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD: PLEASE TAKE NOTICE that Lindsay Cooper, Esq. (SBN 151753) of Counsel to the Law Offices of Brendan Pegg, located at 201 E. Ojai Ave. #1505, Ojai CA 93023, hereby enters her appearance in the above-captioned matter as counsel of record on behalf of Defendant FINANCIAL CASUALTY & SURETY. This notice of appearance is for the purpose of identifying counsel and preparing a service list. Defendant respectfully requests that Lindsay Cooper be added to the

docket and that email notifications of any documents filed by or with this Court be provided to her at the addresses set forth below:

    LINDSAY COOPER, ESQ. (SBN 295180)
    lindsay@bpegglaw.com
    201 E. Ojai Ave. #1505
    Ojai, CA 93023
    PH 805-302-4151, FX 877-719-7298

Dated: May 21, 2020

_____
Brendan Pegg, Attorneys for Defendant
Financial Casualty & Surety