UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 19-cv-00717-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS**<br><br>Re: ECF No. 99 |

Plaintiffs have filed an administrative motion to set a briefing schedule and page limits for Defendants' responses to Plaintiffs' Second Amended Complaint and motion to lift the discovery stay. ECF No. 99. Defendants have filed a response. ECF No. 101.

Having reviewed the parties' arguments, the Court sets the following schedule and page limits for Defendants' responses and the associated briefing:

- **Motion(s) to Dismiss:** joint/consolidated motion(s) due June 12, 2020, with a maximum of 60 pages; consolidated opposition(s) due July 13, 2020, with a maximum of 60 pages; joint/consolidated reply(ies) due August 3, 2020, with a maximum of 30 pages.

- **Motion to Lift Discovery Stay:** response due May 27, 2020, with a maximum of ten pages; reply due June 3, 2020, with a maximum of five pages.

**IT IS SO ORDERED.**

Dated: May 21, 2020



JON S. TIGAR
United States District Judge