Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-00717-JST<br><br>**NOTICE OF CHANGE IN COUNSEL** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that DANIEL M. HUTCHINSON of Lieff, Cabraser, |
| 2 | Heimann & Bernstein LLP hereby withdraws as attorney of record for Plaintiffs Kira Monterrey |
| 3 | and Shonetta Crain in this action. The appearance at ECF Docket Number 105 was made in error. |
| 4 | Counsel of record for Plaintiffs otherwise remains the same. |

Dated: May 28, 2020      Respectfully submitted,

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson (SBN 239458)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dhutchinson@lchb.com

*Interim Class Counsel*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

DATED: May 28, 2020  /s/ *Daniel M. Hutchinson*
Daniel M. Hutchinson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP