Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-00717-JST<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO LIFT STAY OF DISCOVERY** |

1997618.1

DECLARATION OF DEAN M. HARVEY IN SUPPORT
OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO
LIFT STAY OF DISCOVERY, 4:19-CV-00717-JST

I, Dean M. Harvey, declare as follows:

1. I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), Interim Class Counsel in this action. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct excerpt of the Transcript of Zoom Webinar Proceedings held before Judge Yvonne Gonzalez Rogers regarding the Indirect Purchaser Plaintiffs' Motion for Final Approval of Settlement held on May 20, 2020, in the case *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2020 in San Francisco, California.

By: */s/ Dean M. Harvey*
Dean M. Harvey