# EXHIBIT A

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

In re: Lithium Ion Batteries)      NO. C 13-MD-2420 YGR
Antitrust Litigation     )
                       )      MDL No. 2420
_____)      Pages 1 - 51

                                Oakland, California
                                Wednesday, May 20, 2020

**TRANSCRIPT OF ZOOM WEBINAR PROCEEDINGS**

**IPP Motion for Final Approval of Settlement**

**Motions for Attorneys' Fees**

APPEARANCES (VIA ZOOM WEBINAR):


For Indirect Purchaser   Cotchett, Pitre & McCarthy
Plaintiffs:             San Francisco Airport Office Center
                     840 Malcolm Road, Suite 200
                     Burlingame, California  94010
           BY:  TAMARA PREVOST,
                ADAM J. ZAPALA, ATTORNEYS AT LAW

                     Hagens Berman Sobol Shapiro LLP
                     715 Hearst Avenue, Suite 202
                     Berkeley, California  94710
           BY:  SHANA E. SCARLETT, ATTORNEY AT LAW

                     Lieff, Cabraser, Heimann &
                     Bernstein
                     275 Battery Street, 30th Floor
                     San Francisco, California  94111
           BY:  BRENDAN P. GLACKIN, ATTORNEY AT LAW


             (APPEARANCES CONTINUED NEXT PAGE)

Reported By:        Raynee H. Mercado, CSR No. 8258

    Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.

1   it -- I don't know that you've looked at it -- and file an

2   administrative motion attaching any response.  It should not

3   be long -- in fact, it shouldn't be longer than ten pages --

4   asking for permission to file a response given that it was

5   filed just yesterday.

6           **MS. PREVOST:**  Thank you, Your Honor.

7           **THE COURT:**  I understand that it's -- I haven't had a

8   chance to look at it myself because it was just filed

9   yesterday, so I don't know if it's just a repeat of everything

10  or not.  I don't know what's in it.

11          **MS. PREVOST:**  Okay.  Thank you, Your Honor.

12          **THE COURT:**  All right.

13      Anything else?  Mr. Zapala?

14      Mr. Amato?

15          **MR. ZAPALA:**  I don't think so, Your Honor.  On that

16  last point, we were trying to do the same thing.  We just

17  didn't have sufficient time to determine whether it was any

18  different than anything Mr. Orr previously submitted, but

19  we'll follow the court's direction on that.

20      Want to thank the court, its staff, and then all the

21  colleagues on the call for convening this call.  I know it's a

22  difficult time for everybody.  We appreciate you doing this

23  remotely.

24          **THE COURT:**  Well, like I said, we're trying to keep

25  things moving in this district.  I've done *Markmans*.  I've

1  done tutorials.  I will probably do a bench trial.  We're not

2  going to shut the courts down.  We're not going to shut down

3  access.  So we'll keep moving as best we can.

4      Everybody, stay safe.  I know it's difficult out there.

5      We're adjourned on this call.  Thank you.

6          (Proceedings were concluded at 3:09  P.M.)

7                      --o0o--

8

9

10              **CERTIFICATE OF REPORTER**

11

12          I certify that the foregoing is a correct transcript

13  from the record of proceedings in the above-entitled matter.

14  I further certify that I am neither counsel for, related to,

15  nor employed by any of the parties to the action in which this

16  hearing was taken, and further that I am not financially nor

17  otherwise interested in the outcome of the action.

18

19  _____ *Raynee H. Mercado* _____

20      Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

21              Friday, May 22, 2020

22

23

24

25

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*