Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-00717-JST<br><br>**NOTICE OF APPEARANCE OF JALLÉ DAFA FOR PLAINTIFFS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jallé Dafa of Lieff Cabraser Heimann & Bernstein, LLP hereby enters an appearance as counsel of record on behalf of Plaintiffs Shonetta Crain and Kira Monterrey (previously Serna) in in the above-captioned case.

Ms. Dafa is admitted to practice in the State of California and before this Court. Plaintiffs request that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

> LIEFF CABRASER HEIMANN & BERNSTEIN LLP
> Jallé Dafa (290637)
> jdafa@lchb.com
> 275 Battery Street, 29th Floor
> San Francisco, CA 94109
> Telephone: (415) 956-1000
> Facsimile: (415) 956-1008

Dated: June 4, 2020     Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By:/s/ *Jallé Dafa*
   Jallé Dafa
   Attorneys for Plaintiffs
   Shonetta Crain and Kira Monterrey