1    COOLEY LLP
     MICHAEL A. ATTANASIO (151529)
2    (mattanasio@cooley.com)
     4401 Eastgate Mall
3    San Diego, CA 92121-1909
     Telephone:    (858) 550-6000
4    Facsimile:    (858) 550-6420

5    BEATRIZ MEJIA (190948)
     (mejiab@cooley.com)
6    DAVID HOUSKA (295918)
     (dhouska@cooley.com)
7    MAX SLADEK DE LA CAL (324961)
     (msladekdelacal@cooley.com)
8    101 California Street, 5th Floor
     San Francisco, CA 94111-5800
9    Telephone: (415) 693-2000
     Facsimile: (415) 693-2222
10
     Attorneys for Defendants
11   SEAVIEW INSURANCE COMPANY
     and TWO JINN, INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

18
     IN RE CALIFORNIA BAIL BOND        Master Docket No. 19-cv-00717-JST
19
     ANTITRUST LITIGATION
20                                     CLASS ACTION

21   ───────────────────────────       DECLARATION OF MAX SLADEK DE LA CAL
                                        IN SUPPORT OF DEFENDANTS' REQUEST
22   THIS DOCUMENT RELATES TO:         FOR JUDICIAL NOTICE IN SUPPORT OF
                                        DEFENDANTS' MOTION TO DISMISS
23   ALL ACTIONS
                                        Judge:         Hon. Jon S. Tigar
24                                      Hearing Date:  August 26, 2020
                                        Courtroom:     2, 4th Floor
25                                      Time:          2:00 p.m.
                                        Trial Date:    Not Set
26

27

28

I, Max Sladek de la Cal, declare:

1.     I am an attorney duly licensed to practice law in the State of California and am an associate with the law firm of Cooley LLP, counsel of record for Defendants Seaview Insurance Company and Two Jinn, Inc. in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint ("SCAC").

2.     Attached as **Exhibit 1** to this Declaration is a true and correct copy of an excerpt of the publicly available California Department of Insurance (CDI) Filing No. 13-6170,[1] submitted by Defendant Accredited Surety and Casualty Company to the CDI on August 19, 2013.  It was obtained on June 11, 2020 from the publicly available Web Access to Rate and Form Filings ("WARRF") system, which is available via the CDI's website at https://interactive.web.insurance.ca.gov/warff/index.jsp (last visited June 11, 2020).

3.     Attached as **Exhibit 2** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 10-5444, submitted by Defendant Accredited Surety and Casualty Company to the CDI on July 23, 2010.  It was obtained from the publicly available WARFF system on June 11, 2020.

4.     Attached as **Exhibit 3** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 97-10504, submitted by Defendant Accredited Surety and Casualty Company to the CDI on November 12, 1997.  It was obtained from the publicly available WARFF system on June 11, 2020.

5.     Attached as **Exhibit 4** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 17-4681, 17-6595, submitted by Defendant Allegheny Casualty

---

[1] Given the size and length of these documents, Defendants have excerpted the rate filings submitted as Exhibits 1 through 51 for the Court's convenience and included only the cover pages, the "Filing at a Glance" pages, the relevant rate schedule page(s), and in some cases, portions quoted or referenced in the SCAC or Defendants' Motion to Dismiss.  Defendants are prepared to submit the filings in their entirety should the Court so wish.  Exhibit 52, an annual financial disclosure submitted with the CDI, is included in its entirety.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

Company to the CDI on July 10, 2017.  It was obtained from the publicly available WARFF system on June 11, 2020.

6.      Attached as **Exhibit 5** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 13-4507, 13-4508, submitted by Defendant Allegheny Casualty Company to the CDI on June 17, 2013.  It was obtained from the publicly available WARFF system on June 11, 2020.

7.      Attached as **Exhibit 6** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 08-2395, submitted by Defendant American Contractors Indemnity Company to the CDI on February 11, 2008.  It was obtained from the publicly available WARFF system on June 11, 2020.

8.      Attached as **Exhibit 7** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 95-4409, submitted by Defendant American Contractors Indemnity Company to the CDI on June 1, 1995.  It was obtained from the publicly available WARFF system on June 11, 2020.

9.      Attached as **Exhibit 8** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 94-682, submitted by Defendant American Surety Company to the CDI on February 1, 1994.  Given the age of this CDI filing, it does not appear to be available on the WARFF system.  Accordingly, it was obtained by counsel from American Surety Company where it is kept with corporate records.  I am informed and believe that there were no subsequent filings by American Surety Company that sought to change the premium rate.[2]

10.     Attached as **Exhibit 9** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 18-5155, submitted by Defendant Bankers Insurance Company to the CDI on October 10, 2018.  It was obtained from the publicly available WARFF system on June 11, 2020.

11.     Attached as **Exhibit 10** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 13-7036, submitted by Defendant Bankers Insurance Company

---

[2] The SCAC does not allege otherwise.  (*See* SCAC ¶ 158 (alleging that since 2004 American Surety Company has not attempted "to seek approval of a standard premium rate below 10%").)

Cooley LLP
Attorneys At Law
San Diego

to the CDI on September 25, 2013.  It was obtained from the publicly available WARFF system on June 11, 2020.

12.     Attached as **Exhibit 11** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 09-4748, submitted by Defendant Bankers Insurance Company to the CDI on June 10, 2009.  It was obtained from the publicly available WARFF system on June 11, 2020.

13.     Attached as **Exhibit 12** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 07-838, submitted by Defendant Bankers Insurance Company to the CDI on January 25, 2007.  It was obtained from the publicly available WARFF system on June 11, 2020.

14.     Attached as **Exhibit 13** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 05-5598, submitted by Defendant Bankers Insurance Company to the CDI on July 15, 2005.  It was obtained from the publicly available WARFF system on June 11, 2020.

15.     Attached as **Exhibit 14** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 03-11, submitted by Defendant Bankers Insurance Company to the CDI on December 20, 2002.  It was obtained from the publicly available WARFF system on June 11, 2020.

16.     Attached as **Exhibit 15** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 01-3860, submitted by Defendant Bankers Insurance Company to the CDI on March 27, 2001.  It was obtained from the publicly available WARFF system on June 11, 2020.

17.     Attached as **Exhibit 16** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 17-1995, submitted by Defendant Continental Heritage Insurance Company to the CDI on March 20, 2017.  It was obtained from the publicly available WARFF system on June 11, 2020.

18.     Attached as **Exhibit 17** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 12-6468, submitted by Defendant Continental Heritage

Insurance Company to the CDI on August 13, 2012. It was obtained from the publicly available WARFF system on June 11, 2020.

19. Attached as **Exhibit 18** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 09-3983, submitted by Defendant Continental Heritage Insurance Company to the CDI on May 7, 2009. It was obtained from the publicly available WARFF system on June 11, 2020.

20. Attached as **Exhibit 19** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 04-7961, submitted by Defendant Continental Heritage Insurance Company to the CDI on November 5, 2004. It was obtained from the publicly available WARFF system on June 11, 2020.

21. Attached as **Exhibit 20** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 99-13986, submitted by Defendant Continental Heritage Insurance Company to the CDI on November 8, 1999. It was obtained from the publicly available WARFF system on June 11, 2020.

22. Attached as **Exhibit 21** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 11-1995, submitted by Defendant Danielson National Insurance Company to the CDI on February 22, 2011. It was obtained from the publicly available WARFF system on June 11, 2020.

23. Attached as **Exhibit 22** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 11-1385, submitted by Defendant Danielson National Insurance Company to the CDI on February 2, 2011. It was obtained from the publicly available WARFF system on June 11, 2020.

24. Attached as **Exhibit 23** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 08-1743, submitted by Defendant Danielson National Insurance Company to the CDI on January 31, 2008. It was obtained from the publicly available WARFF system on June 11, 2020.

25. Attached as **Exhibit 24** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 18-2776, submitted by Defendant Financial Casualty & Surety,

Inc. to the CDI on May 11, 2018. It was obtained from the publicly available WARFF system on June 11, 2020.

26. Attached as **Exhibit 25** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 14-7527, submitted by Defendant Financial Casualty & Surety, Inc. to the CDI on October 8, 2014. It was obtained from the publicly available WARFF system on June 11, 2020.

27. Attached as **Exhibit 26** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 04-8381, submitted by Defendant Financial Casualty & Surety, Inc. to the CDI on November 17, 2004. It was obtained from the publicly available WARFF system on June 11, 2020.

28. Attached as **Exhibit 27** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 05-6589, submitted by Defendant Indiana Lumbermens Mutual Insurance Company to the CDI on August 24, 2005. It was obtained from the publicly available WARFF system on June 11, 2020.

29. Attached as **Exhibit 28** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 17-4681, 17-6595, submitted by Defendant International Fidelity Insurance Company to the CDI on July 10, 2017. It was obtained from the publicly available WARFF system on June 11, 2020.

30. Attached as **Exhibit 29** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 13-4507, 13-4508, submitted by Defendant International Fidelity Insurance Company to the CDI on June 17, 2013. It was obtained from the publicly available WARFF system on June 11, 2020.

31. Attached as **Exhibit 30** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 15-10267, submitted by Defendant Lexington National Insurance Company to the CDI on November 18, 2015. It was obtained from the publicly available WARFF system on June 11, 2020.

32. Attached as **Exhibit 31** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 06-8729, submitted by Defendant Lexington National Insurance

Company to the CDI on August 26, 2009. It was obtained from the publicly available WARFF system on June 11, 2020.

33.     Attached as **Exhibit 32** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 03-3414, submitted by Defendant Lexington National Insurance Company to the CDI on May 19, 2003. It was obtained from the publicly available WARFF system on June 11, 2020.

34.     Attached as **Exhibit 33** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 11-5648, submitted by Defendant Lexon Insurance Company to the CDI on June 27, 2011. It was obtained from the publicly available WARFF system on June 11, 2020.

35.     Attached as **Exhibit 34** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 13-3655, 13-3656, 13-3657, submitted by Defendant The North River Insurance Company to the CDI on May 7, 2013. It was obtained from the publicly available WARFF system on June 11, 2020.

36.     Attached as **Exhibit 35** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 12-724, 12-725, 12-726, submitted by Defendant The North River Insurance Company to the CDI on January 19, 2012. It was obtained from the publicly available WARFF system on June 11, 2020.

37.     Attached as **Exhibit 36** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 07-4496, 07-4497, submitted by Defendant The North River Insurance Company to the CDI on May 4, 2007. It was obtained from the publicly available WARFF system on June 11, 2020.

38.     Attached as **Exhibit 37** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 06-1938, 06-1939, submitted by Defendant The North River Insurance Company to the CDI on March 11, 2006. It was obtained from the publicly available WARFF system on June 11, 2020.

39.     Attached as **Exhibit 38** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 16-3207, submitted by Defendant Philadelphia Reinsurance

Corporation to the CDI on May 27, 2016. It was obtained from the publicly available WARFF system on June 11, 2020.

40.     Attached as **Exhibit 39** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 11-6920, submitted by Defendant Seaview Surety Holding, Inc. to the CDI on July 29, 2011. It was obtained from the publicly available WARFF system on June 11, 2020.

41.     Attached as **Exhibit 40** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 18-3953, submitted by Defendant Seneca Insurance Company to the CDI on July 24, 2018. It was obtained from the publicly available WARFF system on June 11, 2020.

42.     Attached as **Exhibit 41** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 07-6650, submitted by Defendant Seneca Insurance Company to the CDI on October 18, 2007. It was obtained from the publicly available WARFF system on June 11, 2020.

43.     Attached as **Exhibit 42** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 05-1194, submitted by Defendant Seneca Insurance Company to the CDI on February 1, 2005. It was obtained from the publicly available WARFF system on June 11, 2020.

44.     Attached as **Exhibit 43** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 03-5751, submitted by Defendant Seneca Insurance Company to the CDI on August 4, 2003. It was obtained from the publicly available WARFF system on June 11, 2020.

45.     Attached as **Exhibit 44** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 17-20, submitted by Defendant Sun Surety Insurance Company to the CDI on December 22, 2016. It was obtained from the publicly available WARFF system on June 11, 2020.

46.     Attached as **Exhibit 45** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 08-11696, submitted by Defendant Sun Surety Insurance

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

Company to the CDI on August 17, 2008. It was obtained from the publicly available WARFF system on June 11, 2020.

47. Attached as **Exhibit 46** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 13-3655, 13-3656, 13-3657, submitted by Defendant United States Fire Insurance Company to the CDI on May 7, 2013. It was obtained from the publicly available WARFF system on June 11, 2020.

48. Attached as **Exhibit 47** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 12-724, 12-725, 12-726, submitted by Defendant United States Fire Insurance Company to the CDI on January 19, 2012. It was obtained from the publicly available WARFF system on June 11, 2020.

49. Attached as **Exhibit 48** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 07-4496, 07-4497, submitted by Defendant United States Fire Insurance Company to the CDI on May 4, 2007. It was obtained from the publicly available WARFF system on June 11, 2020.

50. Attached as **Exhibit 49** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing Nos. 06-1938, 06-1939, submitted by Defendant United States Fire Insurance Company to the CDI on March 11, 2006. It was obtained from the publicly available WARFF system on June 11, 2020.

51. Attached as **Exhibit 50** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 17-7130, submitted by Defendant Universal Fire & Casualty Insurance Company to the CDI on October 10, 2017. It was obtained from the publicly available WARFF system on June 11, 2020.

52. Attached as **Exhibit 51** to this Declaration is a true and correct copy of an excerpt of the publicly available CDI Filing No. 11-1622, submitted by Defendant Williamsburg National Insurance Company to the CDI on February 4, 2011. It was obtained from the publicly available WARFF system on June 11, 2020.

53. Attached as **Exhibit 52** to this Declaration is a true and correct copy of the Annual Statement For the Year Ended December 31, 2018, submitted to the CDI by Defendant Continental

Heritage Insurance Company.  It was obtained from the following publicly available CDI website on June 11, 2020: https://interactive.web.insurance.ca.gov/sdrive/companyprofile/2018/property AndCasualty/annual/39551.2018.P.AN.PK.O.M.3642092.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2020 in Los Angeles, California.

/s/ Max Sladek de la Cal

Max Sladek de la Cal

Cooley LLP
Attorneys At Law
San Diego

# Exhibit 1

*Accredited Surety and Casualty Company*
***Rule revision filing 13-6170***
*Filed: August 19, 2013*
*Effective: October 16, 2013*
*Excerpted to include cover pages and rate schedule only.*

| | |
|---|---|
| *State:* California | *Filing Company:* Accredited Surety and Casualty Company, Inc. |
| *TOI/Sub-TOI:* 24.0 Surety/24.0000 Surety | |
| *Product Name:* Bail Bond | |
| *Project Name/Number:* Bail Bond Forms /2013-08-CA-01-F | |

# Filing at a Glance

| | |
|---|---|
| Company: | Accredited Surety and Casualty Company, Inc. |
| Product Name: | Bail Bond |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Form |
| Date Submitted: | 08/19/2013 |
| SERFF Tr Num: | ACSA-129163310 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 13-6170 |
| State Status: | Approved |
| Co Tr Num: | 2013-08-CA-01-F |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Michelle Smith |
| Reviewer(s): | Ashok Viswanathan (primary), Jerome Tu |
| Disposition Date: | 10/16/2013 |
| Disposition Status: | Approved |
| Effective Date (New): | 10/16/2013 |
| Effective Date (Renewal): | 10/16/2013 |

| | | | |
|---|---|---|---|
| *State:* | California | *Filing Company:* | Accredited Surety and Casualty Company, Inc. |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | | |
| *Product Name:* | Bail Bond | | |
| *Project Name/Number:* | Bail Bond Forms /2013-08-CA-01-F | | |

# General Information

Project Name: Bail Bond Forms                                    Status of Filing in Domicile: Not Filed
Project Number: 2013-08-CA-01-F                             Domicile Status Comments: CA specific forms
Reference Organization: N/A                                       Reference Number: N/A
Reference Title: N/A                                                   Advisory Org. Circular: N/A
Filing Status Changed: 10/16/2013
State Status Changed: 10/16/2013                            Deemer Date: 10/29/2013
Created By: Michelle Smith                                          Submitted By: Michelle Smith
Corresponding Filing Tracking Number:

Filing Description:

Accredited Surety and Casualty Company, Inc. has updated the following bail bond forms with company's new logo, address and revised their form numbers for use with a Bail Bond only in the State of California:

1.  ASC-CA-002 (07-2013) Bail Bond Rates
2.  ASC-CA-006 (07-2013) Bail Bond
3.  ASC-CA-007 (07-2013) Appeal Bail Bond
4.  ASC-CA-008 (07-2013) Indictment Bail Bond
5.  ASC-CA-009 (07-2013) Fugitive Bail Bond
6.  ASC-CA-010 (08-2013) Surety Bond for Preliminary and/or Court Appearance of Defendant
7.  ASC-CA-013 (07-2013) Reassumption of Liability of Bail Bond Order
8.  ASC-CA-014 (07-2013) Authorization to Arrest Defendant on Bail Bond
9.  ASC-CA-018 (07-2013) Authorization Regarding Deed of Trust
10. ASC-CA-019 (07-2013) Full Reconveyance
11. ASC-CA-020 (07-2013) Receipt Acknowledging Surrender of Defendant by Bondsman
12. ASC-CA-025 (07-2013) Acknowledgement of 8% Premium Policy
13. ASC-CA-026 (07-2013) Certificate of 8% Premium
14. ASC-QPA-001 (08-2013) Qualifying Power of Attorney

No change is made to the content of the above bail forms except logo, form #/edition, title and footer; some forms may have cosmetic changes. A list of updated forms with detailed descriptions is provided by the Explanatory Memorandum under Supporting Documentation.  All updated forms will be applied to the existing line of bail bond business written by the Company.

Your early review and approval is greatly appreciated.

# Company and Contact

### Filing Contact Information
Michelle Smith,                             michelle.smith@accredited-inc.com
PO Box 140855                             407-629-2131 [Phone]
Orlando, FL 32814                          407-691-1875 [FAX]

## Filing Company Information

Accredited Surety and Casualty
Company, Inc.
PO Box 140855
Orlando, FL  32814
(407) 629-2131 ext. [Phone]

CoCode: 26379
Group Code:
Group Name:
FEIN Number: 59-1362150

State of Domicile: Florida
Company Type: Property and
Casualty
State ID Number: 4522-9

# Filing Fees

Fee Required?            No

Retaliatory?             No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No



Accredited Surety and Casualty Company, Inc.
4798 New Broad Street, Suite 200, Orlando, FL 32814
(800) 432-2799
(407) 629-2131
Fax (407) 629-4571

**(PLACE BAIL AGENT'S ADDRESS STAMP HERE)**

# BAIL BOND RATES

**THE FOLLOWING RATES WILL BE CHARGED ON BAIL BONDS:**

**CALIFORNIA BAIL BOND PREMIUMS WILL BE CHARGED AT A RATE OF $50.00 FOR BONDS UP TO AND INCLUDING $500. BONDS $501.00 AND OVER WILL BE CHARGED AT THE RATE OF 10% OF THE PENAL AMOUNT OF THE BOND. 8% OF THE PENAL AMOUNT OF THE BOND MAY BE USED IF DEFEDANT QUALIFIES FOR USING THE CERTIFICATE OF 8% PREMIUM WORKSHEET.**

**FEDERAL BAIL BOND PREMIUMS WILL BE CHARGED AT A RATE OF 12% OF THE PENAL AMOUNT OF THE BOND.**

**A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS.**

**EFFECTIVE DATE OF THIS NOTICE**          **OCTOBER 22, 2010**

# NOTE

**These rates must be charged by ALL agents of Accredited Surety and Casualty Company, Inc.  These rates are for premium only and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses**.

ALL AGENTS: Please post this rate chart in public view in your office



# ACKNOWLEDGEMENT OF 8% PREMIUM POLICY

Accredited Surety and Casualty Company, Inc. ("Accredited Surety") has a variable 8% - 10% premium rate filed with the California Department of Insurance for bail bonds written by Bail Agents ("Agent") duly licensed and appointed with Accredited Surety. Qualifications for receiving the 8% premium rate are as follows:

- **Private Counsel** – A letter from the private attorney retained by the defendant or a copy of the contract between the private attorney and defendant must be received by the Agent within ten (10) business days of the bond execution date. The attorney must be retained within five (5) business days of the bond execution date.

- **Union Member** – Defendant must provide Agent with proof of active membership within five (5) business days of the bond execution date. A recent pay stub or a union card with a current expiration date is acceptable proof.

- **Military** – The defendant is an active member of the United States Military or an honorably discharged Veteran of the United States Military. Proof must be provided within five (5) business days.

- **Senior Citizen** – Defendants age 55 or older. An active Driver's License, State Issued ID or Passport must be provided within five (5) business days.

- **Collateral** – Collateral must be provided when the bond is written. Acceptable forms of collateral provided to the Agent are cash, first or second mortgages on improved property or other collateral approved by Accredited Surety.
    - Cash collateral of 50% and above the face amount of the bond qualifies for an 8% premium rate.
    - Mortgages must be executed when the bond is written; mortgages must be recorded within five (5) business days.

Proper evidence must be provided to meet the requirements of California State Law. If proper evidence is received within the allotted time period defined above, you will be notified by mail that the premium rate has been reduced to 8%. Any account balance and promissory note will also be adjusted to reflect the new rate.

By signing below, you acknowledge that you have read and understand the 8% Premium Policy and agree to its terms.


| | | |
|---|---|---|
| Defendant | Print Name | Date |


| | | |
|---|---|---|
| Indemnitor | Print Name | Date |


| | | |
|---|---|---|
| Indemnitor | Print Name | Date |

Accredited Surety and Casualty Company, Inc. • P.O. Box 140855 • Orlando, FL 32814-0855

# Exhibit 2

*Accredited Surety and Casualty Company*
***Rule revision filing 10-5444***
*Filed: July 23, 2010*
*Effective: September 22, 2010*
*Excerpted to include cover pages and rate schedule only.*

| SERFF Tracking Number: | WESA-126737080 | State: | California |
| Filing Company: | Accredited Surety and Casualty Company | State Tracking Number: | 10-5444 |
| Company Tracking Number: | 2010-07-31-CA-1 | | |
| TOI: | 24.0 Surety | Sub-TOI: | 24.0000 Surety |
| Product Name: | Bail Bond | | |
| Project Name/Number: | Submission of new forms and rule for Bail Bond Product/2010-07-31-CA-1 | | |

# Filing at a Glance

Company: Accredited Surety and Casualty Company

| | | |
|---|---|---|
| Product Name: Bail Bond | SERFF Tr Num: WESA-126737080 | State: California |
| TOI: 24.0 Surety | SERFF Status: Closed-Approved | State Tr Num: 10-5444 |
| Sub-TOI: 24.0000 Surety | Co Tr Num: 2010-07-31-CA-1 | State Status: Approved |
| Filing Type: Form/Rule | Co Status: | Reviewer(s): Michael Jones, Jerome Tu |
| | Author: Westmont Associates | Disposition Date: 09/22/2010 |
| | Date Submitted: 07/23/2010 | Disposition Status: Approved |
| Effective Date Requested (New): On Approval | | Effective Date (New): 09/22/2010 |
| Effective Date Requested (Renewal): On Approval | | Effective Date (Renewal): 09/22/2010 |

# General Information

| | |
|---|---|
| Project Name: Submission of new forms and rule for Bail Bond Product | Status of Filing in Domicile: Not Filed |
| Project Number: 2010-07-31-CA-1 | Domicile Status Comments: N/a - CA only submission |
| Reference Organization: None | Reference Number: None |
| Reference Title: None | Advisory Org. Circular: None |
| Filing Status Changed: 09/22/2010 | Company Status Changed: |
| State Status Changed: 09/22/2010 | Deemer Date: 10/05/2010 |
| Created By: Westmont Associates | Submitted By: Westmont Associates |
| Corresponding Filing Tracking Number: | |

Filing Description:

Accredited Surety and Casualty Company, Inc. (ASC) hereby submits this rule revision to our Bail Bonds.

This rule change adds additional factors that may enable applicants to qualify for Preferred rates. The rationale for adding these factors is that ASC believes defendants with Private Counsel or defendants who are Union Members, Military, Senior Citizens or provide collateral are less of a flight risk. ASC believes implementing this rule will enable ASC to be more competitive in the CA marketplace. Additionally, these factors are currently being used in the marketplace by both American Contractors Indemnity Company (filing 08-2395) and

| SERFF Tracking Number: | WESA-126737080 | State: | California |
|---|---|---|---|
| Filing Company: | Accredited Surety and Casualty Company | State Tracking Number: | 10-5444 |
| Company Tracking Number: | 2010-07-31-CA-1 | | |
| TOI: | 24.0 Surety | Sub-TOI: | 24.0000 Surety |
| Product Name: | Bail Bond | | |
| Project Name/Number: | Submission of new forms and rule for Bail Bond Product/2010-07-31-CA-1 | | |

Bankers Insurance Company (filing 09-4748).

## Company and Contact

**Filing Contact Information**

Wesley Pohler, AVP                    wes@westmontlaw.com

25 Chestnut Street                    856-216-0220 [Phone]

Suite 105                             856-216-0303 [FAX]

Haddonfield, NJ 08033

**Filing Company Information**

(This filing was made by a third party - westmontassociatesinc)

Accredited Surety and Casualty Company    CoCode: 26379          State of Domicile: Florida

25 Chestnut Street                        Group Code: -99        Company Type: Property and
                                                                 Casualty

Suite 105                                 Group Name:            State ID Number:

Haddonfield, NJ  08094                    FEIN Number: 59-1362150

(856) 216-0220 ext. [Phone]

---------

## Filing Fees

| Fee Required? | No |
|---|---|
| Retaliatory? | No |
| Fee Explanation: | |
| Per Company: | No |

| COMPANY | AMOUNT | DATE PROCESSED | TRANSACTION # |
|---|---|---|---|
| Accredited Surety and Casualty Company | $0.00 | | |

## State Specific

Variance Requested? (Yes/No): Yes



## ACCREDITED SURETY AND CASUALTY COMPANY, INC.
## ACKNOWLEDGEMENT OF 8% PREMIUM POLICY

Accredited Surety and Casualty Company, Inc. ("Accredited Surety") has a variable 8% - 10% premium rate filed with the California Department of Insurance for bail bonds written by Bail Agents ("Agent") duly licensed and appointed with Accredited Surety. Qualifications for receiving the 8% premium rate are as follows:

- **Private Counsel** – A letter from the private attorney retained by the defendant or a copy of the contract between the private attorney and defendant must be received by the Agent within ten (10) business days of the bond execution date. The attorney must be retained within five (5) business days of the bond execution date.
- **Union Member** – Defendant must provide Agent with proof of active membership within five (5) business days of the bond execution date. A recent pay stub or a union card with a current expiration date is acceptable proof.
- **Military** – The defendant is an active member of the United States Military or an honorably discharged Veteran of the United States Military. Proof must be provided within five (5) business days.
- **Senior Citizen** – Defendants age 55 or older. An active Driver's License, State Issued ID or Passport must be provided within five (5) business days.
- **Collateral** – Collateral must be provided when the bond is written. Acceptable forms of collateral provided to the Agent are cash, first or second mortgages on improved property or other collateral approved by Accredited Surety.
  Cash collateral of 50% and above the face amount of the bond qualifies for an 8% premium rate.
  Mortgages must be executed when the bond is written; mortgages must be recorded within five (5) business days.

Proper evidence must be provided to meet the requirements of California State Law. If proper evidence is received within the allotted time period defined above, you will be notified by mail that the premium rate has been reduced to 8%. Any account balance and promissory note will also be adjusted to reflect the new rate.

By signing below, you acknowledge that you have read and understand the 8% Premium Policy and agree to its terms.

_____   _____   _____
Defendant                 Print Name              Date

_____   _____   _____
Indemnitor                Print Name              Date

_____   _____   _____
Indemnitor                Print Name              Date



**Accredited**

Accredited Surety and Casualty Company, Inc
P.O. Box 140855
Orlando, FL 32814-0855
800-432-2799
www.accredited-inc.com

AGENT'S INFORMATION

Date: _____

Defendant: _____

Bond Number(s): _____

_____

Charge(s): _____

_____

_____

_**Certificate of 8% Premium**_ (Conditions and Underwriting Guidelines Apply)

Please mark the condition(s) that may qualify you for an 8% premium rate, complete the information and attach any required documentation:

\_\_\_  **Private Counsel** – A letter from the private attorney retained by the defendant or a copy of the contract between the private attorney and defendant must be received by the Agent within ten (10) business days of the bond execution date. The attorney must be retained within five (5) business days of the bond execution date.

\_\_\_  **Union Member** – Defendant must provide Agent with proof of active membership within five (5) business days of the bond execution date. A recent pay stub or a union card with a current expiration date is acceptable proof.

\_\_\_  **Military** – The defendant is an active member of the United States Military or an honorably discharged Veteran of the United States Military. Proof must be provided within five (5) business days.

\_\_\_  **Senior Citizen** – Minimum age of 55. An active Driver's License, State Issued ID or Passport must be provided.

\_\_\_  **Collateral** – Collateral must be provided when the bond is written. Acceptable forms of collateral provided to the Agent are cash, first or second mortgages on improved property or other collateral approved by Accredited Surety.

Cash collateral of 50% and above the face amount of the bond qualifies for an 8% premium rate.
Mortgages must be executed when the bond is written; mortgages must be recorded within five (5) business days.

Accredited Surety and Casualty Company, Inc. ("Accredited Surety") has a variable 8% - 10% premium rate filed with the California Department of Insurance for bail bonds written by Bail Agents ("Agents") duly licensed and appointed with Accredited Surety. **Please assist us in protecting this premium adjustment by completing the information above, sign below and return the required documentation to us within five (5) business days.**

_**I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. I agree to indemnify Agent for any claims arising out of its reliance on this declaration. If it is determined that the above is not true and correct, Agent shall notify declaring that the bail bond premium rate has been increased to 10%. If this occurs, declaring agrees to immediately pay the additional premium to Agent.**_

Executed this \_\_\_\_day of \_\_\_\_\_, 20\_\_.

_____          _____

Defendant:  Signature                                Indemnitor:  Signature

_____          _____

Defendant:  Printed Name                           Indemnitor: Printed Name



**Accredited Surety and Casualty Company, Inc.**
California Bail Bond
Manual Page

| **Penal Amount of Bail Bond:** | **Premium Rate:** |
| --- | --- |
| Up to and including $500.00 | $50.00 |
| $501.00 and over | 10% of the Penal Bond Amount, 8% of the Penal Bond Amount may be used if the Defendant qualifies using the Certificate of 8% Premium worksheet. |
| All Federal Bail Bonds | 12% of the Penal Bond Amount |

# FILING MEMORANDUM

BAIL BONDS


Accredited Surety and Casualty Company, Inc. (ASC) hereby submits this rule revision to our Bail Bonds.

This rule change adds additional factors that may enable applicants to qualify for Preferred rates.  The rationale for adding these factors is that ASC believes defendants with Private Counsel or defendants who are Union Members, Military, Senior Citizens or provide collateral are less of a flight risk.  ASC believes implementing this rule will enable ASC to be more competitive in the CA marketplace.  Additionally, these factors are currently being used in the market-place by both American Contractors Indemnity Company (filing 08-2395) and Bankers Insurance Company (filing 09-4748)

# Exhibit 3

*Accredited Surety and Casualty Company*
***New program filing 97-10504***
*Filed: November 12, 1997*
*Effective: February 3, 1998*
*Excerpted to include cover pages and rate schedule only.*

**DEPARTMENT OF INSURANCE**
RATE REGULATION DIVISION
RATE FILING BUREAU
45 Fremont St., 23rd Floor
San Francisco, CA 94105



January 5, 1998


Ms. Lisa Williams
Analyst, Westmont Associates
Accredited Surety & Casualty Company, Inc. (FL)
25 Chestnut Street, Suite 105
Haddonfield,    NJ    08033

RE:  APPROVAL LETTER

**ACCREDITED SURETY & CASUALTY COMPANY, INC. (FL)** has submitted an
application for approval regarding the following line of business:

|  |  |
|---|---|
| CDI App. Nos.: | **97-10504** |
| Insurer File No.: | **CA-97-00** |
| Type of Filing: | **New Program** |
| Line of Insurance: | **Commercial Surety** |
| Program: | **Bail Bonds** |
| % Rate Change Approved: | **0** |

Only the changes specifically requested in the application set forth above are approved.  No
other application is herein approved, whether incorporated by reference, or filed prior to or
subsequent to the application set forth above.  The insurer  named above may immediately
issue policies pursuant to this approval and, in any event, must do so within 90 days of the
date of this approval, provided that the insurer is licensed in California to transact the line of
insurance for which the approval is given.  This approval shall continue to have full force
and effect until such time as a subsequent change for the referenced line may be approved
or ordered by the insurance Commissioner.

Signed,

Richard E. Holbrook
Chief, Rate Filing Bureau - San Francisco
Tel:  (415) 538-4300

# ACKNOWLEDGEMENT

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #:____CA-97-00____
(15 characters maximum)

___ Original ___ Copy 1 ___Copy 2

Does this file contain group data? Yes___ No _x_

Is this a specialty filing? Yes ___ No _x_

Note: A separate CA-RA1 page must be submitted
for each company within a group filing.

Latest applicable CDI File No. in this Line, Subline
and/or Program:

____N/A____

**Department Use Only**

FILING NO.: _97-10504_

DATE FILED: _11-12-97_

COMPLIANCE DATE: _11-26-97_

DATE PUBLIC NOTIFIED: _12-5-97_

DEEMER DATE: _2-3-98_

INTAKE ANALYST: _Warner_

BUREAU CODE & SR.: _27 Said J_

GROUP FILING: Yes / No
X-REFERENCE #:____

Rate ( New Program ) Rule    Form
Both Rate & Form    Class Plan

PERCENT CHANGE ___ 0 %

Company Name _Accredited Surety & Casualty_    Group Name____

NAIC Company Code____26379____    NAIC Group Code____000____

Organized Under the Laws of the State of____Florida____

Line of Insurance___Comm Surety____    Subline___Bail Bonds Other___
(as it appears in CA-RA3)    (as it appears in CA-RA3)

Program _Bail Bonds_

Home Office____918 S. Orange Avenue, Orlando Florida   32856____

Main Administrative Office in California____

Name and Title of Contact Person___Lisa Williams, Analyst, Westmont Associates___

Toll Free Phone No.:( 609) 216-0220____    Fax No.:( 609 )  216-0303____
**If not available, collect calls will be made.**

Internet Address (if available): ____

RATE FILING BUREAU—SF

Mailing Address___25 Chestnut Street, Suite 105, Haddonfield, NJ  08033___

NOV 12 1997

I declare under penalty of perjury, under the laws of the State of California, that the information filed is
true, complete, and correct.

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

____10/21/97____    ____609-216-0220____
Authorized Signature    Date of Filing    Telephone Number

Accredited Surety & Casualty Company, Inc.
California Bail Bond
Manual Page

| Amount of Bail Bond: | Premium Rate: |
|---|---|
| Up to and including $500.00 | $50.00 |
| $501.00 and over | 10% of the Penal Bond Amount |
| All Federal Bail Bonds | 12% of the Penal Bond Amount |

Ed 10/97

# Exhibit 4

*Allegheny Casualty Company*
*International Fidelity Insurance Company*
***Rule revision filings 17-4681; 17-6595***
*Filed: July 10, 2017*
*Effective: September 1, 2017*
*Excerpted to include cover pages and rate schedule only.*

| | |
|---|---|
| **State:** | California | **Filing Company:** | International Fidelity Insurance Company |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | Bail Bond Program | | |
| **Project Name/Number:** | Rate and Rule Revision/IFIC-SU-BB-CA-1701R | | |

# Filing at a Glance

| | |
|---|---|
| Company: | International Fidelity Insurance Company |
| Product Name: | Bail Bond Program |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rate/Rule |
| Date Submitted: | 07/10/2017 |
| SERFF Tr Num: | PERR-131106946 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 17-4681; 17-6595 |
| State Status: | Approved |
| Co Tr Num: | IFIC-SU-BB-CA-1701R |
| | |
| Effective Date Requested (New): | 09/01/2017 |
| Effective Date Requested (Renewal): | 09/01/2017 |
| Author(s): | Paula Rossman |
| Reviewer(s): | Janet Cheng (primary), Ed Lin |
| Disposition Date: | 01/23/2018 |
| Disposition Status: | Approved |
| Effective Date (New): | 04/01/2018 |
| Effective Date (Renewal): | 04/01/2018 |

| **State:** | California | **Filing Company:** | International Fidelity Insurance Company |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | Bail Bond Program | | |
| **Project Name/Number:** | Rate and Rule Revision/IFIC-SU-BB-CA-1701R | | |

# General Information

Project Name: Rate and Rule Revision
Project Number: IFIC-SU-BB-CA-1701R
Reference Organization:
Reference Number:
Reference Title:
Filing Status Changed: 01/23/2018
State Status Changed: 01/12/2018
Created By: Kevin Jones
Corresponding Filing Tracking Number:

Status of Filing in Domicile: Not Filed
Domicile Status Comments:
Reference Number:
Advisory Org. Circular:

Deemer Date: 09/19/2017

Submitted By: Kevin Jones

Filing Description:

International Fidelity Insurance Company ("the Company") is filing a revision of its Bail Bond program filed under the Surety line of business. The Company is reducing its Standard bail bond rates from 10% to 9%, and introducing two Preferred tiers with 8% and 7% rates. The 8% tier is for customers who are either Qualified Union Members, Active or Former Military, Law Enforcement, have retained Private Council, have posted Full Payment, or have posted Cash Collateral of at least 50% or deed of trust on real property with equity of at least 100% of bond amount. The 7% tier is for customers who have at least two of the following satisfied: Private Counsel, Full Payment, or Collateral. The Standard estimated rate decrease of 10% is supported by the accompanying California Prior Approval Rate Application and Template. The Preferred tiers are identical to those approved in California for the Company's competitor, Bankers Insurance Company (SERFF # BKIC-129219149 and CDI tracking number 13-7036).

Please refer to the Memorandum for complete details.

Enclosed is authorization for Perr&Knight to submit this filing on behalf of the Company. All correspondence related to this filing should be directed to Perr&Knight. If there are any requests for additional information related to items prepared by the Company, we will forward the request immediately to the Company contact. The Company's response will be submitted to your attention as soon as we receive it.

# Company and Contact

### Filing Contact Information
Kevin Jones, State Filing Analyst
401 Wilshire Blvd Suite 300
Santa Monica, CA 90401

kjones@perrknight.com
310-889-0968 [Phone]
310-230-1061 [FAX]

### Filing Company Information
(This filing was made by a third party - perrandknightactuaryconsultants)
International Fidelity Insurance
Company
One Newark Center, 20th Floor
Newark, NJ 07102
(973) 624-7200 ext. [Phone]

CoCode: 11592
Group Code:
Group Name:
FEIN Number: 22-1010450

State of Domicile: New Jersey
Company Type: Property &
Casualty
State ID Number:

# Filing Fees

Fee Required?          No
Retaliatory?           No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No



## INTERNATIONAL FIDELITY INSURANCE COMPANY
### NAIC# 13285

---

SCHEDULE OF PREMIUMS AND FEES
FOR
BAIL BONDS WRITTEN IN THE STATE OF CALIFORNIA

---

Item 1.         **STATE BAIL BONDS - GENERAL**

The premium charged shall be 9% of the penal amount, with a minimum premium of $50.00

Item 2.         **STATE BAIL BONDS - 8% PREFERRED RATE**

The premium charged shall be 8% of the penal amount, with a minimum premium of $50.00 if any one of the following is satisfied:

Qualified Union Members. Defendant or an indemnitor is an active union member; or

Active or Former Military. Defendant or an indemnitor is an active duty member or veteran of the United States Armed Forces; or

Law Enforcement. Defendant or an indemnitor is an active duty or retired law enforcement officer; or

Private Counsel. Private defense counsel is retained for the defendant prior to the bond being posted; or

Full Payment of Bail Bond Premium. The full premium is paid before the bond is posted; or

Collateral. Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

**Item 3.** **STATE BAIL BONDS- 7% PREFERRED RATE**

The premium charged shall be 7% of the penal amount, with a minimum premium of $50.00, if at least <u>two</u> of the following are satisfied:

<u>Private Counsel.</u>  Private defense counsel is retained for the defendant prior to of the bond being posted; or

<u>Full Payment of Bail Bond Premium.</u> The full premium is paid before the bond is posted; or

<u>Collateral.</u>  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

<u>Item 4.</u> **FEDERAL BAIL BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

Item 5. **FEDERAL IMMIGRATION BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

These rates must be charged by all International Fidelity Insurance Company bail producers.

**Effective Date:  _____**

RATE EFFECTIVE 9/1/2017


## ALLEGHENY CASUALTY COMPANY
NAIC# 13285

SCHEDULE OF PREMIUMS AND FEES
FOR
BAIL BONDS WRITTEN IN THE STATE OF CALIFORNIA

Item 1.      **STATE BAIL BONDS - GENERAL**

The premium charged shall be 9% of the penal amount, with a minimum premium of $50.00

Item 2.      **STATE BAIL BONDS - 8% PREFERRED RATE**

The premium charged shall be 8% of the penal amount, with a minimum premium of $50.00 if any one of the following is satisfied:

Qualified Union Members.  Defendant or an indemnitor is an active union member; or

Active or Former Military.  Defendant or an indemnitor is an active duty member or veteran of the United States Armed Forces; or

Law Enforcement.  Defendant or an indemnitor is an active duty or retired law enforcement officer; or

Private Counsel.  Private defense counsel is retained for the defendant prior to the bond being posted; or

Full Payment of Bail Bond Premium.  The full premium is paid before the bond is posted; or

Collateral.  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

**Item 3.** **STATE BAIL BONDS- 7% PREFERRED RATE**

The premium charged shall be 7% of the penal amount, with a minimum premium of $50.00, if at least <u>two</u> of the following are satisfied:

<u>Private Counsel.</u>  Private defense counsel is retained for the defendant prior to of the bond being posted; or

<u>Full Payment of Bail Bond Premium.</u> The full premium is paid before the bond is posted; or

<u>Collateral.</u>  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

<u>Item 4.</u> **FEDERAL BAIL BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

Item 5. **FEDERAL IMMIGRATION BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

These rates must be charged by all Allegheny Casualty Company bail producers.

**Effective Date: _____**

RATE EFFECTIVE

# Exhibit 5

*International Fidelity Insurance Company*
*Allegheny Casualty Company*
**Rule filings 13-4507;13-4508**
*Filed: June 17, 2013*
*Effective: August 14, 2013*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Companies: | International Fidelity Insurance Company |
| | Allegheny Casualty Company |
| Product Name: | Rule Filing |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 06/17/2013 |
| SERFF Tr Num: | AAHL-129078648 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 13-4507;13-4508 |
| State Status: | Approved |
| Co Tr Num: | |
| Co Status: | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Leah  Schoen |
| Reviewer(s): | Jerome Tu (primary) |
| Disposition Date: | 08/14/2013 |
| Disposition Status: | Approved |
| Effective Date (New): | 08/14/2013 |
| Effective Date (Renewal): | 08/14/2013 |

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | Rule Filing |
| **Project Name/Number:** | Rule Filing/ |

**First Filing Company:** International Fidelity Insurance Company, ...

# General Information

Project Name: Rule Filing

Project Number:

Reference Organization:

Reference Title:

Filing Status Changed: 08/14/2013

State Status Changed: 08/14/2013

Created By: Leah  Schoen

Corresponding Filing Tracking Number:

Status of Filing in Domicile: Not Filed

Domicile Status Comments: Not required.

Reference Number:

Advisory Org. Circular:

Company Status Changed:

Deemer Date: 08/27/2013

Submitted By: Leah  Schoen

Filing Description:

To whom it may concern:

Attached is the rule filing to be used in the writing of Surety-Bail Bonds in the State of California.

This rule filing is being submitted in accordance with the California Insurance Code 1861.01(c). The requested effect date for this form filing is May 9, 2013, or approval date, if later.

International Fidelity Insurance Company's state of domicile is New Jersey. New Jersey's Department of Insurance does not require this form to be filed or approved.

Allegheny Casualty Company's state of domicile is Pennsylvania. Pennsylvania's Department of Insurance does not require this form to be filed or approved.

Please contact me at (800) 935-2245 ext. 6054 if you have any questions or need additional information. Thank you in advance for your attention to this matter

Leah Schoen

Paralegal

Allegheny Casualty Company

International Fidelity Insurance Company

# Company and Contact

## Filing Contact Information

Leah Schoen,

26560 Agoura Road, Suite 100

Calabasas, CA 91302

leahschoen@aiasurety.com

818-337-6054 [Phone]

| | | |
|---|---|---|
| **State:** | California | **First Filing Company:** International Fidelity Insurance Company, ... |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | |
| **Product Name:** | Rule Filing | |
| **Project Name/Number:** | Rule Filing/ | |

## Filing Company Information

International Fidelity Insurance
Company
P.O. Box 9810
Calabasas, CA  91372-9810
(800) 935-2245 ext. 6052[Phone]

CoCode: 11592
Group Code:
Group Name:
FEIN Number: 22-1010450

State of Domicile: New Jersey
Company Type: Surety
State ID Number:

---

Allegheny Casualty Company
P.O. Box 9810
Calabasas, CA  91372-9810
(800) 935-2245 ext. 6052[Phone]

CoCode: 13285
Group Code:
Group Name:
FEIN Number: 25-0315340

State of Domicile:
Pennsylvania
Company Type: Surety
State ID Number:

# Filing Fees

Fee Required?          No

Retaliatory?          No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

# SCHEDULE OF PREMIUMS

## for

## BAIL BONDS written in the STATE OF CALIFORNIA

### STATE BONDS

Bonds up to and including $500.00 in liability

- charge minimum of $50.00

Bonds over $500.00 in liability

- charge 10% of the penal amount

### FEDERAL BONDS

Bonds up to and including $400.00 in liability

- charge minimum of $50.00

Bond over $400.00 in liability

- charge 12% of the penal amount

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS

**IFIC-CA-5.13**

Corporate Headquarters
26560 Agoura Road, Suite 100
Calabasas, CA 91302

Northeast Regional Office
One Newark Center, 19th Floor
Newark, NJ 07102

Midwest Regional Office
10561 Ridge View Drive
Edmond, OK 73034

Southeastern Regional Office
9000 SW 94th Street
Miami, FL 33176

Phone: 800.935.2245    www.aiasurety.com    Fax: 818.449.7100

# ALLEGHENY CASUALTY COMPANY

**SCHEDULE OF PREMIUMS**

**for**

**BAIL BONDS written in the STATE OF CALIFORNIA**

<u>STATE BONDS</u>

Bonds up to and including $500.00 in liability

- charge minimum of $50.00

Bonds over $500.00 in liability

- charge 10% of the penal amount

<u>FEDERAL BONDS</u>

Bonds up to and including $400.00 in liability

- charge minimum of $50.00

Bond over $400.00 in liability

- charge 12% of the penal amount

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS

**ACC-CA-5.13**

Corporate Headquarters
26560 Agoura Road, Suite 100
Calabasas, CA 91302

Northeast Regional Office
One Newark Center, 19th Floor
Newark, NJ 07102

Midwest Regional Office
10561 Ridge View Drive
Edmond, OK 73034

Southeastern Regional Office
9000 SW 94th Street
Miami, FL 33176

Phone: 800.935.2245     www.aiasurety.com     Fax: 818.449.7100

# Exhibit 6

*American Contractors Indemnity Co.*
***Rule revision filing 08-2395***
*Filed: February 11, 2008*
*Effective: May 6, 2008*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

Completed by: **Jeannie J. Kim**     Date: **2/8/2008**

Your File #:    02-08-01 CA
( 15 Characters Maximum)

☐ SERFF    ☐ CD (plus 1 paper copy)    ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request? ☐ No ▼

Is this a variance request submitted after the prior approval application to which it applies? ☐ No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data? ☐ No ▼

[Note: Complete page 2 if this is a group filing]

Is this a specialty filing? ☐ No ▼

Latest applicable CDI file number in this line, subline and/or program:
94-8237

Company Name    American Contractors Indemnity Company

NAIC Company Code    10216

Group Name   HCC Surety Group

NAIC Group Code   984

Organized under the Laws of the State of    California

Line Code for this Line of Insurance:    1.0 ▼

Line of Insurance:    Commerical Surety     Subline   other

Program   Bail

Home Office   9841 Airport Blvd. 9th Floor, Los Angeles, CA 90045

Name and Title of Contact Person    Jeannie J. Kim, Vice President & Chief Compliance Officer

Toll Free Phone No.: 800-486-6695, ext. 1011     Fax No.: 310-242-6266

Email Address    jkim@hccsurety.com

Mailing Address    9841 Airport Blvd. 9th Floor, Los Angeles, CA 90045

**DEPARTMENT USE ONLY**

Filing No.:   08-2395

SERFF No.:   N/A

Date Filed:   2/11/08

Compliance Date:   2/28/08

Date Public Notified:   3/7/08

Deemer Date:   5/06/08

Intake Analyst:   ZAMUDIOM

Bureau & Senior:   LA3- Allen

Group Filing: ☐ No ▼

X-Reference No.: _____

☐ Rate    ☐ New Program    ☑ Rule

☐ Form    ☐ Variance    ∅ % Change

RATE FILING BUREAU SF
FEB 1 1 2008
STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correc

Authorized Signature     February 8, 2008     310-242-6266
    Date of Filing     Telephone Number

*Important note: Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.*



# HCC SURETY GROUP

*9841 Airport Blvd., Ninth Floor, Los Angeles, CA 90045     Telephone: (310) 649-0990     Fax: (310) 649-0446     www.hccsurety.com*

February 8, 2008

<u>VIA OVERNIGHT MAIL</u>

California Department of Insurance
Rate Regulation Branch
Rate Filing Bureau
<u>Attn: Intake Unit</u>
45 Fremont Street, 23rd Floor
San Francisco, CA 94105

*RATE FILING BUREAU—SF*

*FEB 1 1 2008*

*STATE OF CALIFORNIA*
*DEPARTMENT OF INSURANCE*

**RE:    American Contractors Indemnity Company  NAIC #10216**
**Surety**
**Manual Rule Change**
**Prior Approval Submission**
**Company Filing Number 02-08-01 CA**

The above captioned Manual Rule Change is herein submitted for your review and approval. Please see the enclosed memorandum that provides additional information about this filing.

Our proposed effective date of this program is April 1, 2008 or upon your approval.

Enclosed please find one original and one copy of the required filing forms and a self-addressed, stamped envelope. If you have any questions or require additional information, please feel free to contact me at (800) 486-6695 ext. 1011 or via e-mail at jkim@hccsurety.com. Thank you for your time and consideration.

Sincerely,

Jeannie J. Kim
Vice President & Chief Compliance Officer
On Behalf of American Contractors Indemnity Company

Enclosures

## COURT BONDS - JUDICIAL PROCEEDINGS
### GENERAL RATES (cont.)

| BOND DESCRIPTION | CLASS CODE | RATE % OR PREMIUM |
|---|---|---|
| BAIL BONDS | 261 | |

    Preferred                                                    8% of penal amount plus $15.00

Will be charged when full cash collateral or its equivalent or real property with an equity of no less than 150% of the penal amount (with all owners of record signed on short form deed of trust) and the full premium is paid by time of execution of bond.

    Standard                                                    10% of penal amount plus $15.00

Will be charged if credit is given on payment of premium or when real property collateral does not meet the required amounts for preferred bail or when collateral is other than real property or when two or more indemnitors (defendant can be one) are given who do not reside at the same address.

    High Risk                                                  15% of penal amount plus $15.00

Will be charged with single indemnitor, signature only.
Execution of bond discretionary with underwriter.

The company has a "bond cost" factor from 7% to 15% depending upon the volume of business obtained from an agent, the level of collateralization given the company by the agent, and the amount of money the agent possesses in their "build-up fund" with the company.

## COURT BONDS - JUDICIAL PROCEEDINGS
### GENERAL RATES (cont.)

| BOND DESCRIPTION | CLASS CODE | RATE % OR PREMIUM |
|---|---|---|
| BAIL BONDS | 261 | |
| Preferred | | 8% of penal amount plus $15.00 |

Will be charged when <u>one or more of the following conditions are met</u>:

A. Full cash collateral or its equivalent or real property with an equity of no less than 150% of the penal amount (with all owners of record signed on short form deed of trust) and the full premium is paid by time of execution of bond;
B. <u>Defendant has retained private counsel; OR</u>
C. <u>Defendant or a Co-Signor is a Union or AARP member.</u>

|  | | |
|---|---|---|
| Standard | | 10% of penal amount plus $15.00 |

Will be charged if credit is given on payment of premium or when real property collateral does not meet the required amounts for preferred bail or when collateral is other than real property or when two or more indemnitors (defendant can be one) are given who do not reside at the same address.

|  | | |
|---|---|---|
| High Risk | | 15% of penal amount plus $15.00 |

Will be charged with single indemnitor, signature only.
Execution of bond discretionary with underwriter.

The company has a "bond cost" factor from 7% to 15% depending upon the volume of business obtained from an agent, the level of collateralization given the company by the agent, and the amount of money the agent possesses in their "build-up fund" with the company.

## COURT BONDS - JUDICIAL PROCEEDINGS
### GENERAL RATES (cont.)

| BOND DESCRIPTION | CLASS CODE | RATE % OR PREMIUM |
|---|---|---|
| BAIL BONDS | 261 | |
| Preferred | | 8% of penal amount plus $15.00 |

Will be charged when one or more of the following conditions are met:

A. Full cash collateral or its equivalent or real property with an equity of no less than 150% of the penal amount (with all owners of record signed on short form deed of trust) and the full premium is paid by time of execution of bond;
B. Defendant has retained private counsel; OR
C. Defendant or a Co-Signor is a Union or AARP member.

|  |  |  |
|---|---|---|
| Standard | | 10% of penal amount plus $15.00 |

Will be charged if credit is given on payment of premium or when real property collateral does not meet the required amounts for preferred bail or when collateral is other than real property or when two or more indemnitors (defendant can be one) are given who do not reside at the same address.

|  |  |  |
|---|---|---|
| High Risk | | 15% of penal amount plus $15.00 |

Will be charged with single indemnitor, signature only.
Execution of bond discretionary with underwriter.

The company has a "bond cost" factor from 7% to 15% depending upon the volume of business obtained from an agent, the level of collateralization given the company by the agent, and the amount of money the agent possesses in their "build-up fund" with the company.

# DEPARTMENT OF INSURANCE
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov



April 30, 2008


American Contractors Indemnity Company
attn.: Jeannie J. Kim, Vice President & Chief Compliance Officer
9841 Airport Blvd. 9th Floor
Los Angeles, CA 90045


RE: **APPROVAL OF APPLICATION**


AMERICAN CONTRACTORS INDEMNITY COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 08-2395 |
| **Insurer File No(s).:** | 02-08-01 CA |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above AMERICAN CONTRACTORS INDEMNITY COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. AMERICAN CONTRACTORS INDEMNITY COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, AMERICAN CONTRACTORS INDEMNITY COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

*Kenneth Allen*

Kenneth Allen, CPCU
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6783
Facsimile: (213) 897-6181
E-Mail: *Allenk@insurance.ca.gov*
Website: *www.insurance.ca.gov*

# PROPOSED

CALIFORNIA – Rev 04/01/08      AMERICAN CONTRACTORS INDEMNITY COMPANY

## COURT BONDS - JUDICIAL PROCEEDINGS
### GENERAL RATES (cont.)

| BOND DESCRIPTION | CLASS CODE | RATE % OR PREMIUM PER ANNUM |
|---|---|---|
| BAIL BONDS | 261 | |
| Preferred | | 8% of penal amount plus $15.00 |

Will be charged when one or more of the following conditions are met:

A. Full cash collateral or its equivalent or real property with an equity of no less than 150% of the penal amount (with all owners of record signed on short form deed of trust) and the full premium is paid by time of execution of bond;
B. Defendant has retained private counsel; OR
C. Defendant or a Co-Signor is a Union or AARP member.

| Standard | | 10% of penal amount plus $15.00 |
|---|---|---|

Will be charged if credit is given on payment of premium or when real property collateral does not meet the required amounts for preferred bail or when collateral is other than real property or when two or more indemnitors (defendant can be one) are given who do not reside at the same address.

| High Risk | | 15% of penal amount plus $15.00 |
|---|---|---|

Will be charged with single indemnitor, signature only.
Execution of bond discretionary with underwriter.

The company has a "bond cost" factor from 7% to 15% depending upon the volume of business obtained from an agent, the level of collateralization given the company by the agent, and the amount of money the agent possesses in their "build-up fund" with the company.

# Exhibit 7

*American Contractors Indemnity Co.*
***Rule filing 95-4409***
*Filed: June 1, 1995*
*Effective: July 1, 1995*
*Excerpted to include cover pages and rate schedule only.*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

## APPLICATION FOR APPROVAL OF INSURANCE RATES

Your file #: _____

___ Original ___ Copy 1 ___ Copy 2

Does this file contain group data?

___ Yes ___ No

Note: A separate CA-RA1 page must
be submitted for each company
within a group filing.

Latest applicable CDI File No. in
this Line, Subline, and/or Program:

_____

| Department Use Only |
| --- |
| FILING NO.: **95-4409** |
| Line Code: Com'l Surety |
| Proposed Eff. Date: 6-1-95 |
| Date Filed: 6-1-95 |
| Compliance Date: 6-1-95 |
| Non-Compliance Date: — |
| Date Public Notified: 6-9-95 |
| Intake Analyst: ERIC D. |
| Bureau Code: LA2-DUFFT |
| For Group Filing Only X-Reference #: _____ |
| Remarks: Rule (*) |

Company Name **Consolidated Surety Ins Co (dba American Contractors Indemnity Company )**    Group Name N/A

NAIC Company Code 44261    NAIC Group Code N/A

Organized Under the Laws of the State of California

Line of Insurance Comm. Surety    Subline None
(as it appears in the Annual Statement)
    Program —

Home Office 9841 Airport Blvd. Ste. 1414, Los Angeles, California 90045

Main Administrative Office in California Same as Above

_____

Name and Title of Contact Person E.J. McKenna

Toll Free Phone No.: (800) 787-3896    Fax No.: (310) 649-0416
If not available, collect calls will be made.

Mail Address 9841 Airport Blvd. Ste. 1414, Los Angeles, California 90045

I declare under penalty of perjury, under the laws of the State of
California, that the information filed is true, complete, and correct.

Authorized Signature    5-30-95    (1800) 787-3896
E.J. McKenna, President    Date of Filing    Telephone Number

-01-94 ed.    CA-RA1

RATE FILING BUREAU—SF

JUN 1 1995

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #:_____

____ Original ____ Copy 1 ____ Copy 2

Does this file contain group data?

____ Yes ____ No

Note: A separate CA-RA1 page must
be submitted for each company
within a group filing.

Latest applicable CDI File No. in
this Line, Subline, and/or Program:

_____

Company Name _Consolidated Surety Ins Co (dba American Contractors Indemnity Company)_

NAIC Company Code __44261__

Organized Under the Laws of the State of _California_

Line of Insurance _Comm. Surety_
(as it appears in the Annual Statement)

Department Use Only

FILING NO.: __95-4409__

Line Code: _Com'l Surety_

Proposed Eff. Date: _6-1-95_

Date Filed: _6-1-95_

Compliance Date: _6-1-95_
Non-Compliance Date: __—__

Date Public Notified: _6-9-95_

Intake Analyst: _ERIC D._
Bureau Code: _LA2-DUFFT_

For Group Filing Only
X-Reference #:_____

Remarks: _Rule 1 (*)_
_____

Group Name __N/A__

NAIC Group Code _N/A_

Subline _None_

Program __—__

Home Office _9841 Airport Blvd. Ste. 1414, Los Angeles, California 90045_

Main Administrative Office in California _Same as Above_

Name and Title of Contact Person _____ E.J. McKenna_

Toll Free Phone No.:_(800) 787-3896_ Fax No.:_(310) 649-0416_
If not available, collect calls will be made.
Mail Address _9841 Airport Blvd. Ste. 1414, Los Angeles, California 90045_

I declare under penalty of perjury, under the laws of the State of
California, that the information filed is true, complete, and correct.

_____ _5-30-95_ _(1800) 787-3896_
E.J. McKenna, President Date of Filing Telephone Number
Authorized Signature

1-01-94 ed. CA-RA1

RATE FILING BUREAU—SF

JUN 1 1995

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

*Filed at 100 I*

*Mike copies file from DOI*

*10/30/98*

*1995 Manual*

*Copy from DOI*

**HISTORICAL COPY**

*Subse*

# AMERICAN CONTRACTORS
# INDEMNITY COMPANY

# SURETY RATE MANUAL

RATE MANUAL

COURT BONDS - JUDICIAL PROCEEDINGS

BAIL BOND RATES

PREFERRED

8% OF PENAL AMOUNT PLUS $15.00

WILL BE CHARGED WHEN FULL CASH COLLATERAL OR IT'S EQUIVALENT OR REAL
PROPERTY WITH AN EQUITY OF NO LESS THAN 150% OF THE PENAL AMOUNT
(WITH ALL OWNERS OF RECORD SINGED ON SHORT FORM DEED OF TRUST) AND
THE FULL PREMIUM IS PAID TIME OF EXECUTION OF BOND.

STANDARD

10% PENAL AMOUNT PLUS $15.00

WILL BE CHARGED IF CREDIT IS GIVEN ON PAYMENT OF PREMIUM OR WHEN
REAL PROPERTY COLLATERAL DOES NOT MEET THE REQUIRED AMOUNTS FOR
PREFERRED BAIL OR WHEN COLLATERAL IS OTHER THAN REAL PROPERTY OR
WHEN TWO OR MORE INDEMNITORS (DEFENDANT CAN BE ONE) ARE GIVEN NOT
RESIDING AT THE SAME ADDRESS.

HIGH RISK

15% OF PENAL AMOUNT PLUS $15.00

WILL BE CHARGED WITH SINGLE INDEMNITOR, SIGNATURE ONLY. EXECUTION OF
BOND DISCRETIONARY WITH UNDERWRITER.

# Exhibit 8

*American Surety Company*
***Rule revision filing 94-682***
*Filed: February 1, 1994*
*Effective: February 11, 1994*
*Excerpted to include cover pages and rate schedule only.*

**STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)**

### APPLICATION FOR ~~APPROVAL OF~~ ~~INSURANCE RATES~~
FILE & USE

Your file #:_____

__X__ Original __X__ Copy 1 __X__ Copy 2

Does this file contain group data?

____ Yes __X__ No

**Note: A separate CA-RA1 page must be submitted for each company within a group filing.**

Latest applicable CDI File No. in this Line, Subline, and/or Program:

_____

---

**Department Use Only**

FILING NO.: _94-682_

Line Code: _24.10_

Proposed Eff. Date: _1/1/94_

Date Filed: _2/1/94_

Compliance Date: _2/3/94_
Non-Compliance Date:_____

Date Public Notified: _2/11/94_

Intake Analyst: _9_
Bureau Code: _LA 1-46_

For Group Filing Only
X-Reference #:_____

Remarks: _rating rule_

---

Company Name_ American Surety Company _

Group Name_____

NAIC Company Code_ 31380 _

NAIC Group Code _393_

Organized Under the Laws of the State of_ California _

Line of Insurance_ Surety _
(as it appears in the Annual Statement)

Subline_ Bail _

Program_____

Home Office_ 3901 W. 86th St., Suite 450, Indianapolis, Indiana  46268 _

Main Administrative Office in California_
 500 Airport Blvd., Suite 100, Burlinggame, CA  94010 _

Name and Title of Contact Person_ John T. Whitlock, Chairman _

Toll Free Phone No.:_( 800) 969-1827 _  Fax No.:_( 317) 875-0859 _
If not available, collect calls will be made.

Mail Address_ 3901 W. 86th St., Suite 450, Indianapolis, IN  46268 _

I declare under penalty of perjury, under the laws of the State of California, that the information filed is true, complete, and correct.

_John T. Whitlock_                    January 28, 1994     (800) 969-1827
Authorized Signature                 Date of Filing       Telephone Number

01-01-94 ed.                         CA-RA1

RATE FILING BUREAU—SF

FEB C 1 1994

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

**STATE OF CALIFORNIA**
**DEPARTMENT OF INSURANCE (CDI)**

### APPLICATION FOR APPROVAL OF
### INSURANCE RATES

Your file #:_____

__X__ Original __X__ Copy 1 __X__ Copy 2

Does this file contain group data?

____ Yes __X__ No

**Note: A separate CA-RA1 page must
be submitted for each company
within a group filing.**

Latest applicable CDI File No. in
this Line, Subline, and/or Program:

_____

┌─────────────────────────────────────┐
│         Department Use Only          │
│                                      │
│ FILING NO.:_____          │
│                                      │
│ Line Code: _____          │
│                                      │
│ Proposed Eff. Date:_____           │
│                                      │
│ Date Filed:_____          │
│                                      │
│ Compliance Date:_____          │
│ Non-Compliance Date:_____          │
│                                      │
│ Date Public Notified:_____          │
│                                      │
│ Intake Analyst:_____          │
│ Bureau Code:_____          │
│                                      │
│ For Group Filing Only                │
│ X-Reference #:_____          │
│                                      │
│ Remarks:_____          │
│         _____          │
└─────────────────────────────────────┘

Company Name__American Surety Company___   Group Name_____

NAIC Company Code__31380_____   NAIC Group Code___393_____

Organized Under the Laws of the State of___California_____

Line of Insurance____Surety_____ Subline__Bail_____
(as it appears in the Annual Statement)
                                          Program_____

Home Office___3901 W. 86th St., Suite 450, Indianapolis, Indiana 46268__

Main Administrative Office in California__
_500 Airport Blvd., Suite 100, Burlinggame, CA 94010_____

Name and Title of Contact Person___John T. Whitlock, Chairman_____

Toll Free Phone No.:_( 800) 969-1827_____ Fax No.:_( 317) 875-0859__
If not available, collect calls will be made.

Mail Address__3901 W. 86th St., Suite 450, Indianapolis, IN 46268_____

I declare under penalty of perjury, under the laws of the State of
California, that the information filed is true, complete, and correct.

_____   January 28, 1994   (800) 969-1827
Authorized Signature        Date of Filing     Telephone Number

01-01-94 ed.                    CA-RA1

**Insurer's Name:** American Surety Company
**Line of Business:** Surety

## MISCELLANEOUS DATA

1. Provide a schedule of agent's commissions for the most recent three years.

2. Indicate any changes implemented to reduce or contain expenses, both acquisition and claim components.

3. Indicate if there is a policy fees for this program.

        X  Yes  ____ No

    If yes, please answer the following:

    a. The policy fees apply to:

        X   New business        Amount: $10.00

        ____ Renewal business   Amount:_____

    b. Indicate if the policy fees are included in the earned premium on pages CA-RA5 and CA-RA6. If not, explain.

        Will be in the future.

    c. Indicate the amount of the policy fee that is retained by the company and the amount that is retained by the agent.

        All retained by the Company.

    d. Specify what the policy fee is used for.

        Processing and administrative costs.

## AMERICAN SURETY COMPANY

P.O. Box 68932, Indianapolis, Indiana 46268

### RATES FOR BONDS

All bonds will be charged for at the rate of 10% of the penal amount of the bond per annum, with a minimum of $50.00 or 10% of the face amount of the bond, whichever is greater.

|  | PENAL AMOUNT | PREMIUM |
|---|---|---|
| **STATE BONDS** | | |
|  | $1.00 THROUGH $500.00 | $50.00 |

Over $500.00...10% of the penal amount of the bond per annum. These rates **SHALL** be charged by all agents of American Surety Company. These rates are for **PREMIUM ONLY**, and do not include other expenses incurred, such as telephone, posting fees, writs, travel and other miscellaneous expenses.

| **FEDERAL BONDS** | | |
|---|---|---|
|  | Over $500 | 12% of Penal Amount per Annum |

All Agents: Please post the above schedule in a conspicuous place where it can be seen by the public.

# Exhibit 9

*Bankers Insurance Company*
***Rule filing 18-5155***
*Filed: October 10, 2018*
*Effective: December 12, 2018*
*Excerpted to include cover pages and rate schedule only.*

| | |
|---|---|
| *State:* | California |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety |
| *Product Name:* | Bail Bonds |
| *Project Name/Number:* | CA BIC Bail Bond Rule Filing/18-0075 |

| | |
|---|---|
| *Filing Company:* | Bankers Insurance Company |

# Filing at a Glance

| | |
|---|---|
| Company: | Bankers Insurance Company |
| Product Name: | Bail Bonds |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 10/10/2018 |
| SERFF Tr Num: | BKIC-131632094 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 18-5155 |
| State Status: | Approved |
| Co Tr Num: | 18-0075 |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Meg LaLonde |
| Reviewer(s): | Ed Lin (primary) |
| Disposition Date: | 12/12/2018 |
| Disposition Status: | Approved |
| Effective Date (New): | 12/12/2018 |
| Effective Date (Renewal): | 12/12/2018 |

| *State:* | California | *Filing Company:* | Bankers Insurance Company |
|---|---|---|---|
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | | |
| *Product Name:* | Bail Bonds | | |
| *Project Name/Number:* | CA BIC Bail Bond Rule Filing/18-0075 | | |

# General Information

Project Name: CA BIC Bail Bond Rule Filing

Project Number: 18-0075

Reference Organization:

Reference Title:

Filing Status Changed: 12/12/2018

State Status Changed: 12/12/2018

Created By: Meg LaLonde

Corresponding Filing Tracking Number:

Status of Filing in Domicile:

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 12/25/2018

Submitted By: Meg LaLonde

Filing Description:

Bankers Insurance Company (BIC) is seeking to amend its previously approved California rule filing by removing the full cash collateral option on the Immigration bond program.

This option will no longer be available.

There is no rate implication for this revision.

The previously approved CA filing number is 13-7036 and SERFF #129219149.

# Company and Contact

## Filing Contact Information

Meg Lalonde, Compliance Specialist
11101 Roosevelt Blvd N
St. Petersburg, FL 33716

mlalonde@bankersfinancialcorp.com
800-627-0000 [Phone]  4430 [Ext]
727-803-2090 [FAX]

## Filing Company Information

Bankers Insurance Company
11101 Roosevelt Blvd N
St. Petersburg, FL  33716
(800) 627-0000 ext. 4010[Phone]

CoCode: 33162
Group Code: 689
Group Name: Bankers Insurance
Group
FEIN Number: 59-1673015

State of Domicile: Florida
Company Type: P&C
State ID Number:

# Filing Fees

Fee Required?          No

Retaliatory?           No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

## I.    Rate Rule: The premium to be charged shall be:

### STATE BONDS:

Bonds up to and including $500.00 in liability will be charged $50.00.
Bonds over $500.00 will be charged 10% of the penal amount.

### FEDERAL BONDS:

Bonds up to and including $450.00 in liability will be charged $50.00.
Bonds over $450.00 will be charged 12% of the penal amount.

### QUALIFIED UNIONS or AARP MEMBERS, PRIVATE DEFENSE COUNSEL, AND ACTIVE DUTY MEMBERS AND VETERANS OF THE UNITED STATES MILITARY ARMED FORCES AND THEIR IMMEDIATE FAMILIES, FOR BOTH FEDERAL AND STATE BONDS:

Bonds up to and including $600.00 in liability will be charged $50.00.
Bonds over $600.00 in liability will be charged 8% of the penal amount.

**Qualified Union or AARP member is defined as any union or membership in which the defendant or indemnitor are members. Membership must be validated by a current identification card.**

**Private Defense Counsel is defined as any practicing defense attorney that is retained for or on behalf of a defendant.**

**Immediate Family is defined as a parent, child, or spouse.**

### LICENSED ATTORNEY REFERRAL AND FULL REMITTANCE OF THE BAIL BOND PREMIUM.

Bonds up to and including $600.00 in liability will be charged $50.00.
Bonds over $600.00 in liability will be charged 7% of the penal amount.

### IMMIGRATION BONDS:

Bonds will be charged $100 execution fee plus 15% of the penal amount of the bond, subject to a $100 minimum premium.

## II.    Minimum Premium: (State and Federal Bonds) $50 per bond. (Immigration Bonds) $100 per bond.

| These rates must be charged by all Agents of |
| :---: |
| **BANKERS INSURANCE COMPANY** |

# Exhibit 10

*Bankers Insurance Company*
***Rule revision filing 13-7036***
*Filed: September 25, 2013*
*Effective: November 27, 2013*
*Excerpted to include cover pages and rate schedule only.*

| | |
|---|---|
| **State:** California | **Filing Company:** Bankers Insurance Company |
| **TOI/Sub-TOI:** 24.0 Surety/24.0000 Surety | |
| **Product Name:** Bail Bonds | |
| **Project Name/Number:** Immigration Bond Rule Filing/13-0109 | |

# Filing at a Glance

Company:                Bankers Insurance Company

Product Name:           Bail Bonds

State:                  California

TOI:                    24.0 Surety

Sub-TOI:                24.0000 Surety

Filing Type:            Rule

Date Submitted:         09/25/2013

SERFF Tr Num:           BKIC-129219149

SERFF Status:           Closed-Approved

State Tr Num:           13-7036

State Status:           Approved

Co Tr Num:              13-0109

Effective Date          On Approval
Requested (New):

Effective Date          On Approval
Requested (Renewal):

Author(s):              Meg LaLonde

Reviewer(s):            Ashok Viswanathan (primary), Jerome Tu

Disposition Date:       11/27/2013

Disposition Status:     Approved

Effective Date (New):   11/27/2013

Effective Date (Renewal): 11/27/2013

| | | | |
|---|---|---|---|
| **State:** | California | **Filing Company:** | Bankers Insurance Company |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | Bail Bonds | | |
| **Project Name/Number:** | Immigration Bond Rule Filing/13-0109 | | |

# General Information

Project Name: Immigration Bond Rule Filing

Project Number: 13-0109

Reference Organization:

Reference Title:

Filing Status Changed: 11/27/2013

State Status Changed: 11/27/2013

Created By: Meg LaLonde

Corresponding Filing Tracking Number:

Status of Filing in Domicile:

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 12/03/2013

Submitted By: Meg LaLonde

Filing Description:

Bankers Insurance Company (the "Company") hereby submits a rule revision to our current Bail Bond filing.

Bankers Insurance Company seeks to add a 7% preferred rate for those consumers that are referred to the bail bond producer through a licensed attorney, and the full bail bond premium is remitted to the producer.

Our competitor United States Fire Insurance Company has filed and been approved in CA for the same 7% preferred rate where the consumer is referred by an attorney and the full premium is remitted.

# Company and Contact

### Filing Contact Information

Meg Lalonde, Compliance Specialist

11101 Roosevelt Blvd N

St. Petersburg, FL 33716

mlalonde@bankersfinancialcorp.com

800-627-0000 [Phone]  4430 [Ext]

727-803-2090 [FAX]

### Filing Company Information

Bankers Insurance Company

11101 Roosevelt Blvd N

St. Petersburg, FL  33716

(800) 627-0000 ext. 4010[Phone]

CoCode: 33162

Group Code: 689

Group Name: Bankers Insurance Group

FEIN Number: 59-1673015

State of Domicile: Florida

Company Type: P&C

State ID Number:

# Filing Fees

Fee Required?                     No

Retaliatory?                        No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

**I.    Rate Rule:  The premium to be charged shall be:**

<u>STATE BONDS:</u>

Bonds up to and including $500.00 in liability will be charged $50.00.
Bonds over $500.00 will be charged 10% of the penal amount.

<u>FEDERAL BONDS:</u>

Bonds up to and including $450.00 in liability will be charged $50.00.
Bonds over $450.00 will be charged 12% of the penal amount.

<u>QUALIFIED UNIONS or AARP MEMBERS, PRIVATE DEFENSE COUNSEL, AND ACTIVE DUTY MEMBERS AND VETERANS OF THE UNITED STATES MILITARY ARMED FORCES AND THEIR IMMEDIATE FAMILIES, FOR BOTH FEDERAL AND STATE BONDS:</u>

Bonds up to and including $600.00 in liability will be charged $50.00.
Bonds over $600.00 in liability will be charged 8% of the penal amount.

**Qualified Union or AARP member is defined as any union or membership in which the defendant or indemnitor are members.  Membership must be validated by a current identification card.**

**Private Defense Counsel is defined as any practicing defense attorney that is retained for or on behalf of a defendant.**

**Immediate Family is defined as a parent, child, or spouse.**

<u>LICENSED ATTORNEY REFERRAL AND FULL REMITTANCE OF THE BAIL BOND PREMIUM.</u>

Bonds up to and including $600.00 in liability will be charged $50.00.
Bonds over $600.00 in liability will be charged 7% of the penal amount.

<u>IMMIGRATION BONDS:</u>

Bonds will be charged $100 execution fee plus 15% of the penal amount of the bond, subject to a $100 minimum premium.

Those bonds with full cash collateral, regardless of the penal amount of the bond, will be charged a flat $295 premium.

**II.    Minimum Premium:  (State and Federal Bonds) $50 per bond. (Immigration Bonds) $100 per bond.**

---

**These rates must be charged by all Agents of
BANKERS INSURANCE COMPANY**

---

# Exhibit 11

*Bankers Insurance Company*
***Rule revision filing 09-4748***
*Filed: June 10, 2009*
*Effective: August 5, 2009*
*Excerpted to include cover pages and rate schedule only.*

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | Bail Bonds |
| **Project Name/Number:** | Rule Fling/09-0097 |

**Filing Company:**  Bankers Insurance Company

# Filing at a Glance

| | |
|---|---|
| Company: | Bankers Insurance Company |
| Product Name: | Bail Bonds |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 06/10/2009 |
| SERFF Tr Num: | BKIC-126183597 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 09-4748 |
| State Status: | Approved |
| Co Tr Num: | 09-0097 |
| Effective Date Requested (New): | 08/10/2009 |
| Effective Date Requested (Renewal): | 08/10/2009 |
| Author(s): | |
| Reviewer(s): | Michael Jones (primary), Jerome Tu |
| Disposition Date: | 08/05/2009 |
| Disposition Status: | Approved |
| Effective Date (New): | 08/05/2009 |
| Effective Date (Renewal): | 08/05/2009 |

| | |
|---|---|
| *State:* | California |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety |
| *Product Name:* | Bail Bonds |
| *Project Name/Number:* | Rule Fling/09-0097 |

*Filing Company:* Bankers Insurance Company

# General Information

Project Name: Rule Fling

Project Number: 09-0097

Reference Organization:

Reference Title:

Filing Status Changed: 08/05/2009

State Status Changed: 08/05/2009

Created By: Marlene Wendel

Corresponding Filing Tracking Number:

Status of Filing in Domicile: Authorized

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 08/18/2009

Submitted By: Marlene Wendel

Filing Description:

Bankers Insurance Company (the "Company") hereby submits a rule revision to our current Bail Bond filing.

This rule change adds an additional factor that may permit applicants to qualify for an 8% rate. The rational for adding this factor is that we believe defendants who are members of Unions or AARP, or defendants that have close ties to Unions or AARP are a lower flight risk. As a result, the Company believes it will experience a lower forfeiture rate with these types of defendants.

# Company and Contact

### Filing Contact Information

Marlene Wendel, State Filing Analyst          mmwendel@bankersinsurance.com

11101 Roosevelt Blvd N                        800-627-0000 [Phone]  4889 [Ext]

St. Petersburg, FL 33716

### Filing Company Information

Bankers Insurance Company          CoCode: 33162                State of Domicile: Florida

11101 Roosevelt Blvd N             Group Code: 689              Company Type: P&C

St. Petersburg, FL  33716          Group Name: Bankers Insurance   State ID Number:

(800) 627-0000 ext. 4010[Phone]    Group

                                   FEIN Number: 59-1673015

# Filing Fees

Fee Required?          No

Retaliatory?           No

Fee Explanation:

*CALIFORNIA*

---

**I.**     **Rate Rule:  The premium to be charged shall be:**

**STATE BONDS:**

    Bonds up to and including $500.00 in liability will be charged $50.00.

    Bonds over $500.00 will be charged 10% of the penal amount.

**FEDERAL BONDS:**

    Bonds up to and including $450.00 in liability will be charged $50.00.

    Bonds over $450.00 will be charged 12% of the penal amount.

**QUALIFIED UNIONS or AARP MEMBERS, PRIVATE DEFENSE COUNSEL, AND ACTIVE DUTY MEMBERS AND VETERANS OF THE UNITED STATES MILITARY ARMED FORCES AND THEIR IMMEDIATE FAMILIES, FOR BOTH FEDERAL AND STATE BONDS:**

    Bonds up to and including $600.00 in liability will be charged $50.00.

    Bonds over $600.00 in liability will be charged 8% of the penal amount.

**Qualified Union or AARP member is defined as** any union or membership in which the defendant or indemnitor are members.  Membership must be validated by a current identification card.

**Private Defense Counsel is defined as** any practicing defense attorney that is retained for or on behalf of a defendant.

**Immediate Family is defined as** a parent, child, or spouse.

**IMMIGRATION BONDS:**

    Bonds will be charged $100 execution fee plus 15% of the penal amount of the bond, subject to a $100 minimum premium.

**II.**     **Minimum Premium:  (State and Federal Bonds) $50 per bond. (Immigration Bonds) $100 per bond.**

**III.**     **No renewal fees shall be charged on any bonds.**

---

**These rates must be charged by all Agents of
BANKERS INSURANCE COMPANY**

---

# Exhibit 12

*Bankers Insurance Company*
***Rule filing 07-838***
*Filed: January 25, 2007*
*Effective: April 3, 2007*
*Excerpted to include cover pages and rate schedule only.*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #: _____107-2_____
(15 characters maximum)

✓ Original __ Copy 1 __ Copy 2

Does this file contain group data? Yes __ No ✓

Is this a specialty filing? Yes __ No ✓

**Note: A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

CDI App No 03-11

Department Use Only

FILING NO.: 07-838

DATE FILED: 1-25-07

COMPLIANCE DATE: 1-29-07

DATE PUBLIC NOTIFIED: 2-2-07

DEEMER DATE: 4-3-07

INTAKE ANALYST: Rivera J.

BUREAU CODE & SR.: LA3-Allen K.

GROUP FILING: Yes (No)
X-REFERENCE #: _____

Rate   New Program  (Rule)  Form
Both Rate & Form  Class Plan

**PERCENT CHANGE:** ⊘ %

Company Name _Bankers Insurance Company_    Group Name _Bankers Insurance Group_

NAIC Company Code _33162_    NAIC Group Code _____0689_____

Organized Under the Laws of the State of _Florida_

Line of Insurance _Commercial Surety_    Subline _Other_
(as it appears in CA-RA3)    (as it appears in CA-RA3)

Program _Bail Bonds ~~Program~~_

Home Office _360 Central Ave, Suite 700, St. Petersburg, FL 33701_

Main Administrative Office in California _____N/A_____

Name and Title of Contact Person _Marlene Wendel , State Filing Analyst_

Toll Free Phone No.: _(800)627-0000 x4889_    Fax No.: (727)_898-2608_
**If not available, collect calls will be made.**

Internet Address (if available): _mmwendel@bankersinsurance.com_

Mailing Address _360 Central Ave, Suite 700, St. Petersburg, Florida 33701_

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_Marlene Wendel_    _1-22-2007_    _800-627-0000 x4889_

Authorized Signature    Date of Filing    Telephone Number

RATE FILING BUREAU—SF

JAN 2 5 2007

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

05-15-96 ed    CA-RA1



**BANKERS**
**INSURANCE GROUP**

January 22, 2007

California Department of Insurance
Rate Regulation Division
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, CA 94105

Re:     Bankers Insurance Company
        Program – Bail Bonds
        Line of Insurance – Commercial Surety
        Rule Filing
        Company File Number 107-2

Bankers Insurance Company hereby, submits the above reference rule filing for your approval. Please see the attached Explanatory Memorandum.

We respectfully request that the attached proposed forms be effective March 1, 2007.

State Required Forms:
CA-RA1, CA-RA2, CA-RA3, CA-RA4, CA-RA5, CA-RA6, CA-RA7, CA-RA8

Filing Memorandum

Company Related Exhibits:
Current Rate/Rule Page Effective – January 1, 2003
Proposed Rate/Rule Page Effective – March 1, 2007

We have also enclosed 3 copies of the cover letter, 3 copies of the filing, and a self-addressed postage paid envelope.

Please feel free to contact me if you have any questions or require further information.

Sincerely,

Marlene Wendel

Marlene Wendel
Bankers Insurance Company
State Filing Analyst
800-627-0000 Ext. 4889
mmwendel@bankersinsurance.com

RATE FILING BUREAU—SF

JAN 2 5 2007

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

## *CALIFORNIA*

I. **Rate Rule:** The premium to be charged shall be:

**STATE BONDS:**

   Bonds up to and including $500.00 in liability will be charged $50.00.

   Bonds over $500.00 will be charged 10% of the penal amount.

**FEDERAL BONDS**

   Bonds up to and including $450.00 in liability will be charged $50.00.

   Bonds over $450.00 will be charged 12% of the penal amount.

**QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, AND ACTIVE DUTY MEMBERS AND VETERANS OF THE UNITED STATES MILITARY ARMED FORCES AND THEIR IMMEDIATE FAMILIES**

   Bonds up to and including $600.00 in liability will be charged $50.00.

   Bonds over $600.00 in liability will be charged 8% of the penal amount.

Qualified Union is any union in which the defendant or indemnitor are members. Membership must be validated by a current union card.

Private Defense Counsel is any practicing defense attorney that is retained for or on behalf of a defendant.

**Immediate Family is defined as a parent, child, or spouse.**

II.    **Minimum Premium:** $50 per bond.

---

These rates must be charged by all Agents of
**BANKERS INSURANCE COMPANY.**

---

# Exhibit 13

*Bankers Insurance Company*
***Rule filing 05-5598***
*Filed: July 15, 2005*
*Effective: September 20, 2005*
*Excerpted to include cover pages and rate schedule only.*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov





September 7, 2005


Bankers Insurance Company
attn.: Marlene Wendel, State Filing Analyst
360 Central Ave.
St. Petersburg, FL 33701


RE: **APPROVAL OF APPLICATION**


BANKERS INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 05-5598 |
| **Insurer File No(s).:** | 105-81 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. BANKERS INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. BANKERS INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, BANKERS INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

Douglas G. Barker, J.D.
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6786
Facsimile: (213) 897-6181
E-Mail: *BarkerD@insurance.ca.gov*

FILE SCANNED
DATE: 7/31/07
INITIALS: BP

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #:  __105-81__
                (15 characters maximum)

√ Original  __ Copy 1  __ Copy 2

Does this file contain group data? Yes __ No _X_

Is this a specialty filing? Yes __ No _x_

**Note:  A separate CA-RA1 page must be Submitted for each company within a Group filing.**

Latest applicable CDI File No. in this Line, Subline and/or Program:

_____03-11_____

---

Department Use Only

FILING NO.: _05-5598_

DATE FILED: _JUL 1 5 2005_

COMPLIANCE DATE: _JUL 1 8 2005_

DATE PUBLIC NOTIFIED: _JUL 2 2 2005_

DEEMER DATE: _SEP 2 0 2005_

INTAKE ANALYST: _ZAMUDIOM_

BUREAU CODE & SR.: _LA3-Allen K._

GROUP FILING: Yes  (No)
X-REFERENCE #: _____

Rate  New Program (Rule)  Form
Both Rate & Form   Class Plan

**PERCENT CHANGE:** _0_ %

---

Company Name _Bankers Insurance Company_    Group Name _Bankers Insurance Group_

NAIC Company Code _33162_    NAIC Group Code _0689_

Organized Under the Laws of the State of ___Florida___

Line of Insurance _Commercial Surety_    Subline _Other_
                    (as it appears in CA-RA3)         (as it appears in CA-RA3)

Program _Bail Bonds_

Home Office _360 Central Ave, St. Petersburg, FL 33701_

Main Administrative Office in California _N/A_

Name and Title of Contact Person _Marlene Wendel, State Filing Analyst_

Toll Free Phone No.: (_800_) _627-0000 x4889_    Fax No.: (_727_) _898-2608_
                    If not available, collect calls will be made.

Internet Address (if available): _mmwendel@bankersinsurance.com_

Mailing Address _360 Central Ave, St. Petersburg, FL 33701_

I declare under penalty of perjury, under the laws of the State of California, that the information filed is true, complete, and correct.

_Marlene Wendel_        July 13, 2005        800-627-0000

Authorized Signature        Date of Filing RATE FILING BUREAU-SF    Telephone Number

05-15-96 ed                    CA-RA1        JUL 1 5 2005

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE



**BANKERS**
**INSURANCE GROUP**

July 13, 2005

California Department of Insurance
Rate Regulation Division
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, CA 94105

RATE FILING BUREAU—SF

JUL 1 5 2005

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

Re:     BANKERS INSURANCE COMPANY
        Program – Bail Bonds
        Line of Insurance – Commercial Surety
        Rate/Rule Filing
        Company File Number – 105-81

Banker Insurance Company hereby, submits the above reference rate/rule filing for your approval. Please see the attached Explanatory Memorandum.

We respectfully request that the attached manual page be effective immediately upon your approval. Enclosed you will find the following documents for your review.

State Required Forms:
CA-RA1 thru 8

Filing Memorandum

Company Related Forms:
Manual Page – MD1

We have also enclosed 3 copies of the cover letter, 3 copies of the filing and a self-addressed postage paid envelope.

Please feel free to contact me if you have any questions or require further information.

Sincerely,

*Marlene Wendel*

Marlene Wendel
Bankers Insurance Company
State Filing Analyst
800-627-0000 x4889
mmwendel@bankersinsurance.com

## *CALIFORNIA*

---

I. Rate Rule: The premium to be charged shall be:

### STATE BONDS:

Bonds up to and including $500.00 in liability will be charged $50.00.

Bonds over $500.00 will be charged 10% of the penal amount.

### FEDERAL BONDS

Bonds up to and including $450.00 in liability will be charged $50.00.

Bonds over $450.00 will be charged 12% of the penal amount.

### QUALIFIED UNIONS AND PRIVATE DEFENSE COUNSEL

Bonds up to and including $600.00 in liability will be charged $50.00.

Bonds over $600.00 in liability will be charged 8% of the penal amount.

Qualified Union is any union in which the defendant or indemnitor are members. Membership must be validated by a current union card.

Private Defense Counsel is any practicing defense attorney that is retained for or on behalf of a defendant.

II.     Minimum Premium: $50 per bond.

---

These rates must be charged by all Agents of
BANKERS INSURANCE COMPANY.

---

# Exhibit 14

*Bankers Insurance Company*
***Rule filing 03-11***
*Filed: December 20, 2002*
*Effective: March 11, 2003*
*Excerpted to include cover pages and rate schedule only.*

STATE OF CALIFORNIA
John Garamendi, *Insurance Commissioner*

**LAV**



## DEPARTMENT OF INSURANCE
RATE REGULATION DIVISION
300 South Spring Street
Los Angeles, CA 90013
www.insurance.ca.gov

**FILE SCANNED**
**DATE:** 11-27-07
**INITIALS:** M

March 10, 2003

Bankers Insurance Company
Attn.: Michael Whalen - Assistant Vice President
360 Central Avenue
St. Petersburg, FL 33701

### RE: APPROVAL OF APPLICATION

BANKERS INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 03-11 |
| **Insurer File No(s).:** | 102-86 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically requested in the application set forth above is (are) approved. No other application is herein approved, whether incorporated by reference, or filed prior to or subsequent to the application set forth above. BANKERS INSURANCE COMPANY may immediately issue policies pursuant to this approval and, in any event, must do so within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

Policy forms included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. This approval does not constitute an approval of the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves, and the Commissioner may at any time take any action allowed by law if he determines that any of such forms conflict with any laws or regulations applicable to them.

Sincerely,

Doug Barker, Bureau Chief
LA-3 Rate Filing Bureau
Telephone     (213)   346-6786
Facsimile      (213)   897-6181
E-Mail          *BarkerD@insurance.ca.gov*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #: _102-86_____
                (15 characters maximum)

_x Original    __ Copy 1    __ Copy 2

Does this file contain group data? Yes __ No _x

Is this a specialty filing? Yes __ No _x

**Note:  A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

____101-10_____

+----------------------------------------------+
| Department Use Only                          |
|                                              |
| FILING NO.:  03-11_____                    |
|                                              |
| DATE FILED:  12-20-02_____                  |
|                                              |
| COMPLIANCE DATE:  1-2-03_____                |
|                                              |
| DATE PUBLIC NOTIFIED: 1-10-03_____           |
|                                              |
| DEEMER DATE:  3-11-03_____                |
|                                              |
| INTAKE ANALYST:  Rivera J.                   |
|                                              |
| BUREAU CODE & SR.: LA3-Allen K.              |
|                                              |
| GROUP FILING:  Yes  (No)                     |
| X-REFERENCE #:                               |
|                                              |
| Rate  New Program  (Rule)  Form              |
| Both Rate & Form   Class Plan                |
|                                              |
| PERCENT CHANGE: __X__ %                      |
+----------------------------------------------+

Company Name _Bankers Insurance Company_____    Group Name _Bankers Insurance Group__

NAIC Company Code _33162_____    NAIC Group Code _0689_____

Organized Under the Laws of the State of _Florida_____

Line of Insurance _Commercial Surety_____    Subline _Other_____
                (as it appears in CA-RA3)            (as it appears in CA-RA3)

                                Program _Bail Bonds_____

Home Office _360 Central Avenue, St. Petersburg, FL. 33701_____

Main Administrative Office in California _Not Applicable_____

Name and Title of Contact Person _Michael Whalen, Assistant Vice President_____

Toll Free Phone No.: (_800_) 627-0000, ext. 4326_ Fax No.: (_727_) 823-6518_____
                **If not available, collect calls will be made.**

Internet Address (if available): _mjwhalen@Bankersinsurance.com_____

Mailing Address _360 Central Avenue, St. Petersburg, FL. 33701_____

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_____    _December 30, 2002_    _(800) 627-0000 x4326_____

Authorized Signature               Date of Filing    Telephone Number

RATE FILING BUREAU—SF

DEC 31 2002
STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

05-15-96 ed                    CA-RA1



**Bankers Insurance Company**
P.O. Box 15707, St. Petersburg, Florida 33733-5707 / 800-627-0000



December 18, 2002

California Department of Insurance
Rate Regulation Division
Rate Filing Bureau
45 Fremont St., 23rd Floor
San Francisco, CA 94105

Dear Bureau:

Please find enclosed a proposed amended rate filing for our bail bond program. This amendment allows a lower premium to be charged for a bail bond where an attorney represents the defendant or the defendant/indemnitor is a member of qualified union.

This rate structure is identical to filings currently in effect by several other surety companies, including Sirius America Insurance Company (CDI#02-2863, effective 07/30/02) and Highland Insurance Company (CDI#00-51).

Thank you for your consideration.

Sincerely,

Michael J. Whalen
Assistant Vice President



December 19, 2002

State of California
Department of Insurance
45 Fremont Street
San Francisco, CA 94105

Re:  Bankers Insurance Company
      Form Filing-Commercial Surety

Dear Sir/Madam:

The above reference company hereby submits the attached form filing for your review and approval.  The attached form will be used by our California licensed agents to re-assume the liability on certain forfeited bonds.  The form will be printed on 2 part carbonless paper.

If you have any questions or need additional information, please feel free to contact me at 1-800-627-0000 ext. 4276, e-mail irmcclos@bankersinsurance.com. Please send all correspondence to my attention at Bankers Insurance Group, 360 Central Avenue, St. Petersburg, FL 33701.

Very Truly Yours,

Ilene R. McCloskey
Project Manager

Enclosures

## *CALIFORNIA*

---

**I. Rating Rule:  The premium to be charged shall be:**

<u>STATE BONDS:</u>

      Bonds up to and including $500.00 in liability will be charged $50.00.

      Bonds over $500.00 will be charged 10% of the penal amount.

<u>FEDERAL BONDS</u>

      Bonds up to and including $450.00 in liability will be charged $50.00.

      Bonds over $450.00 will be charged 12% of the penal amount.

<u>QUALIFIED UNIONS AND PRIVATE DEFENSE COUNSEL:</u>

Bonds up to and including $600.00 in liability will be charged $50.00.

Bonds over $600.00 in liability will be charged 8% of the penal amount.

Qualified Union is any union in which the defendant or indemnitor are members. Membership must be validated by a current union card.

Private Defense Counsel is any practicing defense attorney that is retained for or on behalf of a defendant.

**II.  Minimum Premium:  $50.00 per bond**

**III.  Class Code      261**

---

These rates must be charged by all Agents of
**BANKERS INSURANCE COMPANY.**

These rates include all costs, expenses, and service fees.

---

# Exhibit 15

*Bankers Insurance Company*
***Rule filing 01-3860***
*Filed: March 27, 2001*
*Effective: June 5, 2001*
*Excerpted to include cover pages and rate schedule only.*

## DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET, SUITE 12705
LOS ANGELES, CA 90013

May 22, 2001

 **LAV**



Bankers Insurance Company
Mr. Michael Whalen, Assistant Vice President
360 Central Ave.
St. Petersburg, FL 33701

### RE: APPROVAL OF APPLICATION

**BANKERS INSURANCE COMPANY** has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | **01-3860** |
| **Insurer File No(s).:** | **101-10** |
| **Line(s) of Insurance:** | **COMMERCIAL SURETY** |
| **Program:** | **BAIL BONDS** |

Only the change(s) specifically requested in the application set forth above is (are) approved. No other application is herein approved, whether incorporated by reference, or filed prior to or subsequent to the application set forth above. **BANKERS INSURANCE COMPANY** may immediately issue policies pursuant to this approval and, in any event, must do so within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

Policy forms included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. This approval does not constitute an approval of the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves, and the Commissioner may at any time take any action allowed by law if he determines that any of such forms conflict with any laws or regulations applicable to them.

Sincerely,

*Doug Barker by T. D.*
Doug Barker
Chief, LA-3 Rate Filing Bureau
Telephone      (213)   346-6786
Facsimile      (213)   897-6181
E-Mail         *BarkerD@insurance.ca.gov*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #: _101-10_____
                (15 characters maximum)

_X_ Original  __ Copy 1  __ Copy 2

Does this file contain group data? Yes __  No _X_

Is this a specialty filing? Yes __  No _X_

**Note:  A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

_____94-7956_____

Department Use Only **LAV**

FILING NO.: _01-3860_

DATE FILED: _3-27-01_

COMPLIANCE DATE: _3-29-01_

DATE PUBLIC NOTIFIED: 4-6-01

DEEMER DATE: _6-5-01_

INTAKE ANALYST: _Rinna J._

BUREAU CODE & SR.: LA3 - Sedano A.

GROUP FILING:  Yes  (No)
X-REFERENCE #: _____

Rate   New Program  (Rule)  Form
Both Rate & Form  Class Plan

**PERCENT CHANGE:** _X_ %

Company Name _Bankers Insurance Company_____  Group Name __Bankers Insurance Group____

NAIC Company Code ____33162_____  NAIC Group Code ___0689_____

Organized Under the Laws of the State of ____Florida_____

Line of Insurance ___Commercial Surety_____  Subline __Other_____
                    (as it appears in CA-RA3)              (as it appears in CA-RA3)

                                          Program ___Bail Bonds_____

Home Office ___360 Central Avenue, St Petersburg, FL  33701_____

Main Administrative Office in California ____Not applicable_____

Name and Title of Contact Person __Michael Whalen, Assistant Vice President_____

Toll Free Phone No.: (800__)_627-0000, ext 4326__ Fax No.: (_727_)_823-6518_____
                    **If not available, collect calls will be made.**

Internet Address (if available): _mjwhalen@Bankersinsurance.com_____

Mailing Address ___360 Central Avenue, St Petersburg, FL  33701_____

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_____          __March 23, 2001___      __800-627-0000, x4326_____

Authorized Signature             Date of Filing RATE FILING BUREAU—SF  Telephone Number

                                                    MAR 27 2001

05-15-96 ed                      CA-RA1          STATE OF CALIFORNIA
                                                 DEPARTMENT OF INSURANCE



**Bankers Insurance Company**
P.O. Box 15707, St. Petersburg, Florida 33733-5707 / 800-627-0000

March 20, 2001

California Department of Insurance
45 Fremont St., 23rd Floor
San Francisco, CA 94105

RATE FILING BUREAU---SF
MAR 27 2001
STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

RE: Bankers Insurance Company #33162
    Line of Business: Surety
    Program: Bail Bonds
    Rate/Rule Change

Dear Department:

Bankers Insurance Company respectfully requests your consideration of an approval of our amended rate filing for Bail Bonds. This filing eliminates a $15.00 per bond service fee.

On December 6, 1994, the Department approved our request to add this $15.00 service fee (see attached acknowledgement). We simply would request to eliminate this fee.

Attached is a copy of our revised rate page. We have also included CA-RA1 through CA-RA8.

If you should need any clarification on this matter, please call me at (800) 627-0000, ext. 4326.

Sincerely,

Michael V. Whalen
Assistant Vice-President

STATE OF CALIFORNIA                    Insurer Name:  _Bankers Insurance Company
DEPARTMENT OF INSURANCE                Line of Business:  _Commercial Surety____

## MISCELLANEOUS DATA

1. Provide a schedule of agent's commissions for the most recent three years.

2. Indicate any changes implemented to reduce or contain expenses, both acquisition and claim components.

3. Indicate if there are policy fees for this program.

    _X_ Yes            ____ No    The intent of this filing is to eliminate
                                  this policy fee.
If yes, please answer the following:

   a.  The policy fees apply to:

   _X__ New Business          Amount:  __$15.00_

   ____ Renewal Business      Amount:  _____

   b.  Indicate if the policy fees are included in the earned premium on pages CA-RA5 and CA-RA6.  If not, explain

   _____

   _____


   c. Indicate the amount of the policy fee that is retained by the company and the amount that is retained by the agent.

   _____100% retained by the company_____

   _____

   d. Specify what the policy fee is used for.

   _____service & processing fees incurred by the company_____

   _____

4. List any other miscellaneous fees that are applied.  Explain the purpose of the fees.

   _____

   _____

## CALIFORNIA

STATE BONDS:

Bonds up to and including $500.00 in liability will be charged $50.00.

Bonds over $500.00 will be charged 10% of the penal amount.

FEDERAL BONDS

Bonds up to and including $450.00 in liability will be charged $50.00.

Bonds over $450.00 will be charged 12% of the penal amount.

---

These rates must be charged by all Agents of
BANKERS INSURANCE COMPANY.

These rates include all costs, expenses, and service fees.

---

# Exhibit 16

*Continental Heritage Insurance Company*
***Rule filing 17-1995***
*Filed: March 20, 2017*
*Effective: May 10, 2017*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Company: | Continental Heritage Insurance Company |
| Product Name: | CHIC CA Bail Rules |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 03/10/2017 |
| SERFF Tr Num: | HNDY-130957860 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 17-1995 |
| State Status: | Approved |
| Co Tr Num: | CHIC CA BAIL 20174 |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | |
| Author(s): | Iris Arnold, Laurel Ullman-Bockert, Wan Collier |
| Reviewer(s): | Veronica Kaufman (primary), Ed Lin |
| Disposition Date: | 05/10/2017 |
| Disposition Status: | Approved |
| Effective Date (New): | 05/10/2017 |
| Effective Date (Renewal): | 05/10/2017 |

# General Information

Project Name: CHIC CA Bail

Project Number:

Reference Organization:

Reference Title:

Filing Status Changed: 05/10/2017

State Status Changed: 05/10/2017

Created By: Laurel Ullman-Bockert

Corresponding Filing Tracking Number:

Status of Filing in Domicile: Not Filed

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 05/23/2017

Submitted By: Laurel Ullman-Bockert

Filing Description:

We are adding rules for new rating options there is no estimated rate impact for this filing.

# Company and Contact

### Filing Contact Information

Laurel Ullman-Bockert, Manager Regulatory lullman@evergreen-national.com
Affairs

440 Parkland Blvd., Suite 321              440-229-3407 [Phone]

Mayfield Heights, OH 44124                 440-229-3421 [FAX]

### Filing Company Information

Continental Heritage Insurance           CoCode: 39551                    State of Domicile: Florida
Company
                                          Group Code: 3592                 Company Type: Property &
6140 Parkland Blvd., Suite 321                                             Casualty
                                          Group Name:
Mayfield Heights, OH  44124                                               State ID Number: 08673
                                          FEIN Number: 87-0363183
(440) 229-3407 ext. [Phone]

# Filing Fees

Fee Required?                 No

Retaliatory?                  No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

Continental Heritage Insurance Company
NAIC #39551

SCHEDULE OF PREMIUMS
For
BAIL BONDS written in the STATE OF CALIFORNIA

Item 1.  <u>STATE BAIL BONDS- GENERAL</u>

The premium charged shall be 10% of the penal amount, with a minimum of premium of $50.00

Item 2.  <u>STATE BAIL BONDS- 8% PREFERRED RATE</u>

The premium charged shall be 8% of the penal amount, with a minimum premium of $50.00 if any of the following are satisfied.

<u>Qualified Union Members.</u>  If (a) the defendant, (b) any indemnitor, or (c) the defendant's or indemnitor's, parent, spouse or child is an active union member; or

<u>Active or Former Military.</u>  If (a) the defendant, (b) any indemnitor, or (c) the defendant's or indemnitor's, parent, spouse or child is currently serving or has been honorably discharged from any branch of the United States Armed Services; or

<u>Senior Citizen.</u>  If (a) the defendant, (b) any indemnitor is age 60 or older; or

<u>Law Enforcement.</u>  If (a) the defendant, (b) any indemnitor, or (c) the defendant's or indemnitor's, parent, spouse or child is an active duty law enforcement officer; or

<u>Private Counsel.</u> Private defense counsel is retained for the defendant either prior to or within 10 days of the bond being posted; or

<u>Full Payment of Bond Premium.</u> The full premium is paid before the bond is posted; or

<u>Full Collateral.</u>  Cash collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond is provided before the bond is posted.

Item 3. <u>STATE BAIL BONDS- 7% PREFERRED RATE</u>

The premium charges shall be 7% of the penal amount, with a minimum premium of $50.00 is the following are satisfied.

<u>Private Counsel.</u> Private defense counsel is retained for the defendant either prior to or within 10 days of the bond being posted; and

Full Payment of Bond Premium. The full premium is paid before the bond is posted.


Item 4.   STATE BAIL BONDS- 6% PREFERRED RATE

The premium charged shall be 6% of the penal amount, with a minimum premium of $50.00 if the following is satisfied.

Full Collateral.  Cash collateral of 100% of the penal amount of the bond, and deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, or any combination thereof equal to 100% of the penal amount is provided before the bond is posted.

# Exhibit 17

*Continental Heritage Insurance Company*
***Form filing 12-6468***
*Filed: August 13, 2012*
*Effective: October 23, 2012*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

Completed by: **Christine King**        Date:  **8/8/2012**

Your File #: _____
( 15 Characters Maximum)

☐ SERFF    ☐ CD (plus 1 paper copy)    ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?    No ☐▼

Is this a variance request submitted after the prior approval application to which it applies?   No ☐▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?   No ☐▼

Note: Complete page 2 if this is a group filing

Is this a specialty filing?   No ☐▼

Latest applicable CDI file number in this line, subline and/or program: _____

Company Name    Continental Heritage Insurance Company

NAIC Company Code    39551

Group Name _____

NAIC Group Code _____

Organized under the Laws of the State of    Florida

DEPARTMENT USE ONLY

Filing No.:  *12-6468*

SERFF No.:  *N/A*

Date Filed:  *8/13/12*

Compliance Date:  *8/17/12*

Date Public Notified:  AUG 2 4 2012

Deemer Date:  OCT 2 3 2012

Intake Analyst:  *ZAMUDIOM*

Bureau & Senior:  *LA3-7U*

Group Filing:    Yes ☐    No ☑

X-Reference No.: _____

☐ Rate    ☐ New Program    ☐ Rule

☐ Form    ☐ Variance    ☒ % Change

Line Type  | COMMERCI ▼ |        Line of Insurance:   SURETY  ▼

Subline _____        Program  Bail Bonds

RATE FILING BUREAU—SF

AUG 1 3 2012

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

Home Office   6140 Parkland Blvd. Suite 321 Mayfield Hts. OH 44124

Name and Title of Contact Person    Christine King. Manager Regulatory Affairs

Toll Free Phone No.: 440 229-3420        Fax No.: 440 229-3421

Email Address    regulatory@evergreen-national.com

Mailing Address    6140 Parkland Blvd. Suite 321 Mayfield Hts. OH 44124

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correct

_____        _____        _____
Authorized Signature                      Date of Filing                      Telephone Number

**Important note: Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.**



**CONTINENTAL HERITAGE**

Christine King
Manager of Regulatory Affairs
440 229 3407 | cking@evergreen-national com

**CONTINENTAL HERITAGE**
Insurance Company

August 8, 2012

California Insurance Department
Rate Filing Bureau
45 Fremont Street
San Francisco, CA 94105

To Whom It May Concern:

Continental Heritage Insurance Company has made revisions to its previously filed and approved bail bond forms. We seek approval of these forms for use in the state of California.

Enclosed are the Rate, Rule and Form filing application (Exhibit A), a chart detailing the changes made on each form (Exhibit B), and a copy of the new forms, forms previously filed and approved by the California Insurance Department and blackline(s) showing changes made to such forms (Exhibit C). The changes made to the forms are mostly "cosmetic" in nature and do not impact the rate, term or coverage.

Please do not hesitate to contact me with any questions you may have regarding this filing.

Christine King
Manager Regulatory Affairs
Continental Heritage Insurance Company

6140 Parkland Blvd, Suite 321 • Mayfield Heights, Ohio 44124 • 440-229-3420 Office • 440-229-3421 Fax • www evergreen-national com

2 of 109

# Exhibit 18

*Continental Heritage Insurance Company*
*Rule filing 09-3983*
*Filed: May 7, 2009*
*Effective: July 21, 2009*
*Excerpted to include cover pages and rate schedule only.*

Company Name      Continental Heritage
Line of Insurance      SURETY

# PRIOR APPROVAL RATE APPLICATION

**Completed by: Michele Wade**          Date:  **4/22/2009**

Your File #:          09-CA-422
( 15 Characters Maximum)

☐ SERFF      ☐ CD (plus 1 paper copy)      ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?      No ▼

Is this a variance request submitted after the prior approval application to which it applies?      No ▼

If yes, provide the applicable CDI File Number:  _____

Does this file contain group data?      No ▼

Note: Complete page 2 if this is a group filing

Is this a specialty filing?      No ▼

Latest applicable CDI file number in this line, subline and/or program:
99-13986

Company Name      Continental Heritage Insurance Company

NAIC Company Code      39551

Group Name  _____

NAIC Group Code  _____

Organized under the Laws of the State of      Florida

Line Code for this Line of Insurance:      24.0 ▼

Line of Insurance:   SURETY

Home Office   7200 W. Camino Real, Boca Raton, Florida 33433

Name and Title of Contact Person      Michele Wade

Toll Free Phone No.: 866-489-6639          Fax No.: 440-229-3421

Email Address      mwade@evergreen-national.com

Mailing Address      6140 Parkland Boulevard, Suite 321, Mayfield Heights, OH 44124

| DEPARTMENT USE ONLY |
| --- |
| Filing No.: **09-3983** |
| SERFF No.: **N / A** |
| Date Filed: **5/7/09** |
| Compliance Date: **5/15/09** |
| Date Public Notified: **5/22/09** |
| Deemer Date: **7/21/09** |
| Intake Analyst: **ZAMUDIO M** |
| Bureau & Senior: **LA3- T U** |
| Group Filing:      Yes ☐      No ☐ |
| X-Reference No.: _____ |
| ☐ Rate      ☐ New Program      ☒ Rule |
| ☐ Form      ☐ Variance      **0** % Change |

Subline  Other

Program  Bail Bond

*RATE FILING BUREAU—SF*

*MAY 0 7 2009*

*STATE OF CALIFORNIA*
*DEPARTMENT OF INSURANCE*

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correc

_Michele Wade_          5/5/09          440-229-3407
Authorized Signature          Date of Filing          Telephone Number

**Important note:** Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.



# CONTINENTAL HERITAGE

**Michele Wade**
Manager of Regulatory Affairs
440.229.3407 | mwade@evergreen-national.com

May 5, 2009

California Department of Insurance
Rate Regulation Division
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, CA 94105

RATE FILING BUREAU—SF

MAY 0 7 2009

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

Dear Bureau:

Please find enclosed a proposed amended rule filing for our bail bond program. This amendment consists of three changes:

1. The amendment eliminates the policy fee previously charged.
2. The amendment eliminates the preferred and high risk programs listed in the Rate Manual.
3. The amendment allows a lower premium to be charged for a bail bond where an attorney represents the defendant, the defendant/indemnitor is a member of a qualified union, or the defendant/indemnitor (and their immediate family) is a veteran of the United States Military Armed Forces.

This rule amendment is identical to filings currently in effect by several other surety companies, including Bankers Insurance Group (CDI#03-11), Sirius America Insurance Company (CDI#02-2863, effective 7/30/02) and Highland Insurance Company (CDI#00-51).

Thank you for your consideration.

Sincerely,

*Michele Wade*

Michele Wade
Manager of Regulatory Affairs

6140 Parkland Blvd, Suite 321 ● Mayfield Heights, Ohio 44124 ● 440-229-3420 Office ● 440-229-3421 Fax ● www.evergreen-national.com

2 of 25

# CONTINENTAL HERITAGE INSURANCE COMPANY

## Rate Manual

## Court Bonds – Judicial Proceedings

## Bail Bond Rates

**I.**     **Rate Rule:  The premium to be charged shall be:**

**A.**     **STANDARD RATE**

    1.     Bonds up to and including $500.00 in liability will be charged $50.00.

    2.     Bonds over $500.00 will be charged 10% of the penal amount.

**B.**     **QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, AND ACTIVE DUTY MEMBERS AND VETERANS OF THE UNITED STATES MILITARY ARMED FORCES AND THEIR IMMEDIATE FAMILIES RATE**

    1.     Bonds up to and including $600.00 in liability will be charged $50.00

    2.     Bonds over $600.00 in liability will be charged 8% of the penal amount.

Qualified Union is any union in which the defendant or indemnitor are members. Membership must be validated by a current union card.

Private Defense Counsel is any practicing defense attorney that is retained for or on behalf of a defendant.

Immediate family is defined as a person, child or spouse.

**II.**     **Minimum Premium**:  $50.00 per bond.

# Exhibit 19

*Continental Heritage Insurance Company*
***Form filing 04-7961***
*Filed: November 5, 2004*
*Effective: January 18, 2005*
*Excerpted to include cover pages and rate schedule only.*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov





January 13, 2005

Continental Heritage Insurance Company
attn.: Sue Duffy
2800 Corporate Exchange Dr., #130
Columbus, OH 43231

RE: **APPROVAL OF APPLICATION**

CONTINENTAL HERITAGE INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 04-7961 |
| **Insurer File No(s).:** | CA BA 11 04 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bond |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. CONTINENTAL HERITAGE INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. CONTINENTAL HERITAGE INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, CONTINENTAL HERITAGE INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

Douglas G. Barker, J.D.
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6786
Facsimile: (213) 897-6181
E-Mail:*BarkerD@insurance.ca.gov*

**FILE SCANNED**
DATE: 11-16-07
INITIALS: CM



STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #: __CA BA 1104__
(15 characters maximum)

__X__ Original  __ Copy 1  __ Copy 2

Does this file contain group data? Yes __  No __X__

Is this a specialty filing? Yes __  No __

**Note:  A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

_____

| Department Use Only |
| --- |
| FILING NO.: __04-7961__ |
| DATE FILED: __NOV -5 2004__ |
| COMPLIANCE DATE: __NOV 12 2004__ |
| DATE PUBLIC NOTIFIED: __NOV 19 2004__ |
| DEEMER DATE: __JAN 18 2005__ |
| INTAKE ANALYST: __ROJORA__ |
| BUREAU CODE & SR.: __LA3 allen__ |

GROUP FILING:  Yes  (No)
X-REFERENCE #: _____

Rate  New Program  Rule  (Form)
Both Rate & Form  Class Plan

**PERCENT CHANGE:** ___ * ___ %

Company Name __Continental Heritage Ins. Co.__  Group Name _____

NAIC Company Code __39551__  NAIC Group Code __3592__

Organized Under the Laws of the State of __Ohio__

Line of Insurance __Comm Surety__  Subline __Rate Other__
(as it appears in CA-RA3)  (as it appears in CA-RA3)

Program __Bail Bond__

Home Office __2800 Corporate Exch. Dr. #130, Columbus OH 43231__

Main Administrative Office in California _____

Name and Title of Contact Person __Sue Duffy/ Mgr. of Regulatory Services__

Toll Free Phone No.: (_866_) _591-6175_  Fax No.: (_614_) _839-1810_
**If not available, collect calls will be made.**

Internet Address (if available): __sduffy@evergreen-national.com__

Mailing Address _____

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

__Sue Duffy__  __11-4-04__  __866-591-6175__
Authorized Signature  Date of Filing  Telephone Number

05-15-96 ed  CA-RA1



**Sue Duffy**
Manager of Regulatory Services
866.591.6175 | sduffy@evergreen-national.com

November 4, 2004

California Department of Insurance
Rate Filing Bureau
45 Fremont Street
San Francisco, CA 94105

RATE FILING BUREAU—SF

NOV 0 5 2004

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

RE:    Continental Heritage Insurance Company
       Revision to Bail Bond Forms

Dear Sir or Madam:

Continental Heritage Insurance Company has made revisions to its previously filed and approved bail bond forms.  We seek approval of these forms for use in the State of California.

We are enclosing a document outlining the changes on each form.  Most of the changes are "cosmetic" and have no impact on the coverage provided.  Along with a copy of the previous forms filed and approved by your Department.

There are nine new forms we seek approval of.  These are standard bail bond forms required by California statute.

Please contact me if you have any questions regarding this filing.  We appreciate your consideration.

Sincerely,

Sue Duffy
Manager of Regulatory Services

Enclosures

# Exhibit 20

*Continental Heritage Insurance Company*
***Rule filing 99-13986***
*Filed: November 8, 1999*
*Effective: January 18, 2000*
*Excerpted to include cover pages and rate schedule only.*



**DEPARTMENT OF INSURANCE**
RATE REGULATION DIVISION
RATE FILING BUREAU
45 Fremont St., 23rd Floor
San Francisco, CA 94105

January 4, 2000

Sue Duffy, Regulatory Compliance Analyst
CONTINENTAL HERITAGE INSURANCE COMPANY
P.O. Box 163340
2400 Corporate Exchange Drive, Suite 290
Columbus, OH 43231

RE: APPROVAL LETTER

*Continental Heritage Insurance Company* has submitted an application for approval regarding
the following line of business:

| | |
|---|---|
| **CDI App. No.:** | **99-13986** |
| **Insurer File No.:** | **118** |
| **Type of Filing:** | **Rule** |
| **Line of Insurance:** | **Commercial Surety** |
| **Program:** | **Bail Bond** |

**% Rate Change Approved:** **0%**

Only the changes specifically requested in the application set forth above are approved. No
other application is herein approved, whether incorporated by reference, or filed prior to or
subsequent to the application set forth above. *Continental Heritage Insurance Company*
may immediately issue policies pursuant to this approval and, in any event, must do so
within 90 days of the date of this approval, provided that the insurer is licensed in California
to transact the line of insurance for which the approval is given. This approval shall
continue to have full force and effect until such time as a subsequent change for the
referenced line may be approved or ordered by the Insurance Commissioner.

Signed,

*Richard E. Holbrook* εf

Richard E. Holbrook
Chief, Rate Filing Bureau - San Francisco
Tel: (415) 538-4328

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

### APPLICATION FOR APPROVAL OF
### INSURANCE RATES

Your file #: __118__
(15 characters maximum)

__x__ Original __x__ Copy 1 __x__ Copy 2

Does this file contain group data? Yes ☐ No ☒

Is this a specialty filing? Yes ☐ No ☒

**Note: A separate CA-RA1 page must be submitted
for each company within a group filing.**

Latest applicable CDI File No. in this Line,
Subline, and/or Program:

__97-10522__

Department Use Only

FILING NO.: __99-13986__

DATE FILED: __11-8-99__

COMPLIANCE DATE: __11-10-99__

DATE PUBLIC NOTIFIED: __11-19-99__

DEEMER DATE: __1-18-00__

INTAKE ANALYST: **WARNERL**

BUREAU CODE & SR.: __87-Pron E__

For Group Filing    Yes    (No)
X-Reference
#:

Rate    New Program    (Rule)    Form
Both Rate & Form    Class Plan

PERCENT CHANGE __0__ %

Company Name __Continental Heritage Ins. Co.__    Group Name __n/a__

NAIC Company Code __39551__    NAIC Group Code __959__

Organized Under the Laws of the State of __Ohio__

Line of Insurance __Surety__    Subline __Other__
(as it appears in CA-RA3)    (as it appears in CA-RA3)
Program __Bail Bond__

Home    2400 Corporate Exchange Drive, Suite 290, Columbus, OH 43231
Office

Main Administrative Office in California __n/a__

Name and Title of Contact Person __Sue Duffy/Regulatory Compliance Analyst__

Toll Free Phone No.: __(800) 878 - 7389__    Fax No.: __(614) 895 - 2707__
**If not available, collect calls will be made.**

Internet Address (if available) __sduffy@centurysurety.com__

Mail Address __same__

I declare under penalty of perjury, under the laws of the State of California, that the information filed is true,
complete, and correct.

_____    __10/25/99__    __800-878-7389__
Authorized Signature    Date of Filing    Telephone Number

RATE FILING BUREAU—SF

**NOV 0 8 1999**

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

05-15-96 ed.    CA-RA1



# Continental Heritage
Insurance Company

Branch Office  P.O. Box 1(33xc, 3400 Corporate Exchan , St  Suite 290, Columbus, OH 43231
(800) 875-7389  (614) 895-2666  1  (614) 895-7050

November 4, 1999

State of California
Department of Insurance
Rate Regulation Division
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, CA  94105

RE:     Bail Bond Program
        Rate Increase
        Your File # 97-10522

Dear Sir or Madam:

We are submitting for your approval the necessary paperwork for a change to our previously filed and approved rates for our Bail Bond Program.

This is essentially a "me too" filing as we wish to adopt the rates filed and approved by your Department of American Contractors.

Our original rate filing was approved effective January 15, 1998, however, to date we have not written this line of business in your state.  Therefore, we have no figures to report.

I trust the information contained in this filing is adequate for your Department to make a favorable decision regarding these proposed new rates.  Please contact me if you have any questions or concerns.  Your consideration is appreciated.

Sincerely,

Sue Duffy
Regulatory Compliance Analyst
Sduffy@centurysurety.com

Enclosures

RATE FILING BUREAU—SF

NOV 0 8 1999

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

# CONTINENTAL HERITAGE INSURANCE COMPANY

## Rate Manual

## Court Bonds – Judicial Proceedings

## Bail Bond Rates

**PREFERRED**
8% of Penal amount plus $15.00

Only bonds of $30,000 penal amount and larger qualify for this rate and requires full cash collateral or it's equivalent or real property with an equity of no less that 150% of the penal amount (with all owners of record signed and notarized on short form deed of trust and deed must be recorded with applicable county recorder). Full premium must be paid at the time of execution of bonds.

**HIGH RISK**
15% of penal amount plus $15.00

Will be charged with single indemnitor, signature only. Only bonds with penal amount of $10,000.00 and less qualify for this rate. Execution of bond discretionary with underwriter.

**STANDARD**
10% of penal plus $15.00

Any bond that does not qualify for high risk or preferred rates shall be underwritten at the STANDARD rate.

**MINIMUM PREMIUM**
A minimum premium of $50.00 plus $15.00 shall be charged on any bond with a penal amount below $499.99.

# Exhibit 21

*Danielson National Insurance Company*
***Rule filing 11-1995***
*Filed: February 22, 2011*
*Effective: May 2, 2011*
*Excerpted to include cover pages and rate schedule only.*

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | Bail Bonds Program |
| **Project Name/Number:** | DNIC-SU-BB-CA-11-01-RU/DNIC-SU-BB-CA-11-01-RU |

# Filing at a Glance

| | |
|---|---|
| Company: | Danielson National Insurance Company |
| Product Name: | Bail Bonds Program |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rate/Rule |
| Date Submitted: | 02/22/2011 |
| SERFF Tr Num: | PERR-127046219 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 11-1995 |
| State Status: | Approved |
| Co Tr Num: | DNIC-SU-BB-CA-11-01-RU |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | |
| Author(s): | Neresa Torres, Olga E. Garcia |
| Reviewer(s): | Michael Jones (primary), Jerome Tu |
| Disposition Date: | 05/02/2011 |
| Disposition Status: | Approved |
| Effective Date (New): | 05/02/2011 |
| Effective Date (Renewal): | 05/02/2011 |

| | | |
|---|---|---|
| *State:* | California | *Filing Company:* | Danielson National Insurance Company |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | | |
| *Product Name:* | Bail Bonds Program | | |
| *Project Name/Number:* | DNIC-SU-BB-CA-11-01-RU/DNIC-SU-BB-CA-11-01-RU | | |

# General Information

Project Name: DNIC-SU-BB-CA-11-01-RU                    Status of Filing in Domicile: Not Filed
Project Number: DNIC-SU-BB-CA-11-01-RU                   Domicile Status Comments:
Reference Organization: N/A                              Reference Number: N/A
Reference Title: N/A                                     Advisory Org. Circular: N/A
Filing Status Changed: 05/02/2011
State Status Changed: 05/02/2011                         Deemer Date: 05/03/2011
Created By: Olga E. Garcia                               Submitted By: Ines Piquet
Corresponding Filing Tracking Number: N/A

Filing Description:

On behalf of Danielson National Insurance Company (the "Company"), we are submitting this filing to introduce a new rule to their Bail Bond program. Please see filing memorandum for further details.

The Company respectfully requests that the proposed rules be implemented for all policies effective on the earliest possible date of acknowledgment or approval.

Enclosed is authorization for Perr&Knight to submit this filing on behalf of the Company. All correspondence related to this filing should be directed to Perr&Knight. The Company has prepared the rules contained in this filing along with the explanatory memorandum. If there are any requests for additional information related to items prepared by the Company, we will forward the request immediately to the Company. We will submit the Company's response to your attention as soon as we receive it.

Please do not hesitate to contact us with any questions or comments.

# Company and Contact

## Filing Contact Information
Olga E. Garcia, State Filing Analyst III          ogarcia@perrknight.com
401 Wilshire Blvd Suite 300                        310-889-0965 [Phone]
Santa Monica, CA 90401

## Filing Company Information
(This filing was made by a third party - perrandknightactuaryconsultants)

Danielson National Insurance          CoCode: 19269              State of Domicile: California
Company                               Group Code:                Company Type:
P.O. Box 32039                        Group Name:                State ID Number:
Long Beach, CA  90832                 FEIN Number: 95-3072379
(562) 279-1300 ext. [Phone]

# Filing Fees

Fee Required?          No
Retaliatory?           No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

Danielson National Insurance Company

**SURETY**
**Section 3. Court and Fiduciary Bonds**
**RISK AND RATE CLASSIFICATION**

## IV. RISK CLASSIFICATION

   A.  Judicial Proceedings –
        1.  Fixed Penalty Bonds
             l.  Bail Bonds In Civil Or Criminal Proceedings

**State Bonds:**

    All bail bonds, except as qualified below, are to be rated at 10% of the penal amount, plus a $15.00 bond fee, subject to the minimum premium for bail bonds.

**Qualified Bonds:**

    Qualified bail bonds are to be rated at 8% of the penal amount, plus a $15.00 bond fee, subject to the minimum premium for bail bonds.

    Eligibility Requirements for Qualified Bond Rates include any of the following and underwriting file documentation required to support:
- Unions
- Private Defense Counsel
- Active Duty Members of the United States Military Armed Forces
- Veterans of the United States Military Armed Forces
- Immediate Families of Active Duty and Veteran Members of the United States Military Armed Forces
- Employer Assistance Program

**Minimum Premium:**

    Minimum premium for all bail bonds is $50.00, plus a $15.00 bond fee.

# Exhibit 22

*Danielson National Insurance Company*
***Rule filing 11-1385***
*Filed: February 2, 2011*
*Effective: April 12, 2011*
*Excerpted to include cover pages and rate schedule only.*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

Company Name   Danielson National Insurance
Line of Insurance   SURETY

# PRIOR APPROVAL RATE APPLICATION

Completed by: _____   Date: _____

Your File #:     CA BB 11 01 01
( 15 Characters Maximum )

☐ SERFF   ☐ CD (plus 1 paper copy)   ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?  ☐ No ▼

Is this a variance request submitted after the prior approval application to which
it applies?  No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?  Yes ▼

[Note: Complete page 2 if this is a group filing]

Is this a specialty filing?  No ▼

Latest applicable CDI file number in this line, subline and/or program:
08-1608, 08-1743

Company Name   Danielson National Insurance Company

NAIC Company Code   19269

Group Name  DHL Group

NAIC Group Code  930

Organized under the Laws of the State of   California

Line Code for this Line of Insurance:  24.0 ▼

Line of Insurance:  SURETY    Subline Bail Bonds  Other

Program

Home Office  444 West Ocean Blvd., 18th floor.  Long Beach, CA 90802

Name and Title of Contact Person   Patrick Pawlowski, Regulatory & Product Analyst

Toll Free Phone No.: 925-355-1901    Fax No.: 925-355-0347

Email Address   pat@pepski.com

Mailing Address   25 Dogie Court, San Ramon, CA 94583

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correct

| Patrick Pawlowski | January 20, 2011 | 925-355-1901 |
| Authorized Signature | Date of Filing | Telephone Number |

Important note: Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current
rate template and prior approval factors.

DEPARTMENT USE ONLY

Filing No.:   11-1385

SERFF No.: _____

Date Filed:   2-2-11

Compliance Date:   2-3-11

Date Public Notified:   2-11-11

Deemer Date:   4-12-11

Intake Analyst:   Rivera

Bureau & Senior:   LA3 - TM

Group Filing:   No ▼

X-Reference No.: _____

☐ Rate  ☐ New Program  ☑ Rule

☐ Form  ☐ Variance  ∅ % Change

RATE FILING BUREAU—SF

FEB 0 2 2011

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

### INSURER GROUP MULTI-COMPANY FILING

For private passenger auto insurance <u>only</u>, does CIC, 1861.16(c) apply?   [No ▼]
If yes, please complete (Super Group) Exhibit 19.

List each insurance company in alphabetical order.

| | | | |
|---|---|---|---|
| Company Name | Danielson National Insurance Company | CDI Filing No. | *11-1385* |
| | | | ( Department use only ) |
| NAIC Company Code | 930-19269 | | |

| | | | |
|---|---|---|---|
| **2** Company Name | National American Insurance Co. of California | CDI Filing No. | *11-1387* |
| | | | ( Department use only ) |
| NAIC Company Code | 930-23671 | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

| | | | |
|---|---|---|---|
| Company Name | | CDI Filing No. | |
| | | | ( Department use only ) |
| NAIC Company Code | | | |

# *National American Insurance Company of California*

January 20, 2011

The Honorable Steve Poizner
Commissioner of Insurance
California State Department of Insurance
45 Fremont Street
San Francisco, CA 94105

Attn: Filings Intake

Re:  National American Insurance Company of California: NAIC: 930- 23671
     Danielson National Insurance Company: NAIC: 930-19269
     Surety – Bail Bond Rule: Non- Rate Impact
     Prior Approval Submission
     Company Filing Number: CA BB 11 0 1 01

National American Insurance Company of California and Danielson National Insurance
Company herein submit for review and approval, a bail bond rule showing an
administrative correction overlooked in our previously approved filings; 08-1608 and 08-
1743. This rule correction has been reviewed with the original reviewing rate analyst,
Mike Jones, to assure acceptability.

The manual page, an explanatory memorandum, and verification of the previously
approved filings are included for your review. We intend to make this correction
available for use effective February 20, 2011 or upon approval.

Enclosed are two copies of this submission and an acknowledgement copy cover. If
further information is required or if there are any questions, please contact me directly by
phone or e-mail. Your assistance with this submission is greatly appreciated.

Patrick E. Pawlowski, CPCU, ASF
Ph. 925-355-1901, Fax: 925-355-0347, E-mail: pat@pepski.com

STATE OF CALIFORNIA                                             Steve Poizner, *Insurance Commissioner*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov

April 11, 2008

National American Insurance Company of California
attn.: Patrick E. Pawlowski, Regulatory/Product Analyst
25 Dogie Court
San Ramon, CA 94583

RE: **APPROVAL OF APPLICATION**

NATIONAL AMERICAN INSURANCE COMPANY OF CALIFORNIA has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 08-1608 |
| **Insurer File No(s).:** | CA BB 080201 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. NATIONAL AMERICAN INSURANCE COMPANY OF CALIFORNIA shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. NATIONAL AMERICAN INSURANCE COMPANY OF CALIFORNIA may implement this approval earlier if it is able to do so. Regardless of the implementation date, NATIONAL AMERICAN INSURANCE COMPANY OF CALIFORNIA shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

*Kenneth Allen*

Kenneth Allen, CPCU
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6783
Facsimile: (213) 897-6181
E-Mail: *Allenk@insurance.ca.gov*
Website: *www.insurance.ca.gov*

Danielson National Insurance Company

### SURETY
### Section 3. Court and Fiduciary Bonds
### RISK AND RATE CLASSIFICATION

## IV. RISK CLASSIFICATION

A. Judicial Proceedings –
1. Fixed Penalty Bonds
l. Bail Bonds In Civil Or Criminal Proceedings

**State Bonds:**

All bail bonds, except as qualified below, are to be rated at 10% of the penal amount, plus a $15.00 bond fee, subject to the minimum premium for bail bonds.

**Qualified Bonds:**

Qualified bail bonds are to be rated at 8% of the penal amount, plus a $15.00 bond fee, subject to the minimum premium for bail bonds.

Eligibility Requirements for Qualified Bond Rates include any of the following and underwriting file documentation required to support:
- Unions
- Private Defense Counsel
- Active Duty Members of the United States Military Armed Forces
- Veterans of the United States Military Armed Forces
- Immediate Families of Active Duty and Veteran Members of the United States Military Armed Forces

**Minimum Premium:**

Minimum premium for all bail bonds is $50.00, plus a $15.00 bond fee.

EX-CF28
Revised 02/01/08

**National American Insurance Company of California**

**SURETY**
**Section 3. Court and Fiduciary Bonds**
**RISK AND RATE CLASSIFICATION**

## IV. RISK CLASSIFICATION

A. Judicial Proceedings –
    1. Fixed Penalty Bonds
        l. Bail Bonds In Civil OR Criminal Proceedings

**State Bonds:**

All bail bonds, except as qualified below, are to be rated at 10% of the penal amount, plus a $15.00 bond fee, subject to the minimum premium for bail bonds.

**Qualified Bonds:**

Qualified bail bonds are to be rated at 8% of the penal amount, plus a $15.00 bond fee, subject to the minimum premium for bail bonds.

Eligibility Requirements for Qualified Bond Rates include any of the following and underwriting file documentation required to support:
- Unions
- Private Defense Counsel
- Active Duty Members of the United States Military Armed Forces
- Veterans of the United States Military Armed Forces
- Immediate Families of Active Duty and Veteran Members of the United States Military Armed Forces

**Minimum Premium:**

Minimum premium for all bail bonds is $50.00, plus a $15.00 bond fee.

# Danielson National Insurance Company

## National Exception Page EX CF-28a

### SURETY
### Section 3. Court & Fiduciary Bonds

### Bail Bond Rate & Risk Classification Criteria

### The Following Rates Will Be Charged To All Bail Bonds

**State Bonds:**

All bail bonds, except as qualified in 2. below, are to be rated at 10% of the bond amount subject to the minimum premium for bail bonds.

Underwriting file documentation required as support for classification as a Qualified Bail Bond.

**Qualified Bail Bonds:**

Bail bonds may be qualified for preferred rating where the bond applies to any of the following:

1. individuals who have retained counsel,
2. individuals who are members of a labor union,
3. individuals who are active duty members or veterans of the U.S. Armed Services, including their immediate families.

Immediate families are defined as parents, children and spouses.

Qualified preferred rates are 8% of the bond amount, subject to the minimum premium for bail bonds.

**Bail Bond Minimum Premium:**

Minimum premium for all bail bonds is $85.

# National American Insurance Company of California

## National Exception Page EX CF-28a

### SURETY
### Section 3. Court & Fiduciary Bonds

### Bail Bond Rate & Risk Classification Criteria

### The Following Rates Will Be Charged To All Bail Bonds

**State Bonds:**

All bail bonds, except as qualified in 2. below, are to be rated at 10% of the bond amount subject to the minimum premium for bail bonds.

Underwriting file documentation required as support for classification as a Qualified Bail Bond.

**Qualified Bail Bonds:**

Bail bonds may be qualified for preferred rating where the bond applies to any of the following:

1. individuals who have retained counsel,
2. individuals who are members of a labor union,
3. individuals who are active duty members or veterans of the U.S. Armed Services; including their immediate families.

Immediate families are defined as parents, children and spouses.

Qualified preferred rates are 8% of the bond amount, subject to the minimum premium for bail bonds.

**Bail Bond Minimum Premium:**

Minimum premium for all bail bonds is $85.

# Exhibit 23

*Danielson National Insurance Company*
***New program filing 08-1743***
*Filed: January 31, 2008*
*Effective: April 15, 2008*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

Completed by: _____    Date: _____

Your File #: ___CA BB 080201___
( 15 Characters Maximum)

☐ SERFF    ☐ CD (plus 1 paper copy)    ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?    No ▼

Is this a variance request submitted after the prior approval application to which it applies?    No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?    No ▼

[Note: Complete page 2 if this is a group filing]

Is this a specialty filing?    No ▼

Latest applicable CDI file number in this line, subline and/or program: _____

Company Name    Danielson National Insurance Company

NAIC Company Code    19269

Group Name    DHL Group

NAIC Group Code    930

Organized under the Laws of the State of    California

Line Code for this Line of Insurance:    24.0 ▼
Com⁴L

Line of Insurance:    SURETY    Subline ~~Bail Bonds~~  None

Program _____

Home Office    444 West Ocean Blvd., 18th floor.  Long Beach, CA 90802

Name and Title of Contact Person    Patrick Pawlowski, Regulatory & Product Analyst

Toll Free Phone No.: 925-355-1901    Fax No.: 925-355-0347

Email Address    pat@pepski.com

Mailing Address    25 Dogie Court, San Ramon, CA 94583

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correc

| Patrick Pawlowski | January 30, 2008 | 925-355-1901 |
| --- | --- | --- |
| Authorized Signature | Date of Filing | Telephone Number |

**Important note:** Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.

---

DEPARTMENT USE ONLY

Filing No.: 08-1743

SERFF No.: N/A

Date Filed: 1-31-08

Compliance Date: FEB 7 2008

Date Public Notified: FEB 15 2008

Deemer Date: APR 15 2008

Intake Analyst: Rojopn

Bureau & Senior: LAS allen

Group Filing: No ▼

X-Reference No.: _____

☐ Rate    ☑ New Program    ☐ Rule

☐ Form    ☐ Variance    d % Change

---

# *Danielson National Insurance Company*

January 29, 2008

The Honorable Steve Poizner
Commissioner of Insurance
California State Department of Insurance
45 Fremont Street
San Francisco, CA 94105

Attn: Filings Intake

Re:  Danielson National Insurance Company NAIC: 930- 19269
     Surety – Bail Bond Rate & Rule
     Prior Approval Submission
     Company Filing Number: CA BB 080201

Danielson National American Insurance Company herein submits for review and
approval, bail bond rates for inclusion with our currently approved surety underwriting
plan.

These rates are an adoption of current bail bond rates approved for use by Lincoln
General Insurance Company, filing CDI 02-9642.

Bail bond rates are submitted for your review as a manual exception page. The manual
page, an explanatory memorandum, and verification of the previously approved filing are
included for your review.

Enclosed are two copies of this submission and an acknowledgement copy cover. If
further information is required or if there are any questions, please contact me directly by
phone or e-mail. Your assistance with this submission is greatly appreciated.

Patrick E. Pawlowski, CPCU, ASF
Ph. 925-355-1901, Fax: 925-355-0347, E-mail: pat@pepski.com

STATE OF CALIFORNIA                                   Steve Poizner, *Insurance Commissioner*

## DEPARTMENT OF INSURANCE
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov



April 11, 2008


Danielson National Insurance Company
attn.: Patrick E. Pawlowski, Regulatory/Product Analyst
25 Dogie Court
San Ramon, CA 94583


RE: **APPROVAL OF APPLICATION**


DANIELSON NATIONAL INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 08-1743 |
| **Insurer File No(s).:** | CA BB 080201 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above DANIELSON NATIONAL INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. DANIELSON NATIONAL INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, DANIELSON NATIONAL INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

*Kenneth Allen*

Kenneth Allen, CPCU
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6783
Facsimile: (213) 897-6181
E-Mail: *Allenk@insurance.ca.gov*
Website: *www.insurance.ca.gov*

Consumer Hotline (800) 927-HELP • Producer Licensing (800) 967-9331        Ed. 09/03
                                                                                35 of 38

# Danielson National Insurance Company

## National Exception Page EX CF-28a

### SURETY
### Section 3. Court & Fiduciary Bonds

### Bail Bond Rate & Risk Classification Criteria

### The Following Rates Will Be Charged To All Bail Bonds

**State Bonds:**

All bail bonds, except as qualified in 2. below, are to be rated at 10% of the bond amount subject to the minimum premium for bail bonds.

Underwriting file documentation required as support for classification as a Qualified Bail Bond.

**Qualified Bail Bonds:**

Bail bonds may be qualified for preferred rating where the bond applies to any of the following:

1. individuals who have retained counsel,
2. individuals who are members of a labor union,
3. individuals who are active duty members or veterans of the U.S. Armed Services; including their immediate families.

Immediate families are defined as parents, children and spouses.

Qualified preferred rates are 8% of the bond amount, subject to the minimum premium for bail bonds.

**Bail Bond Minimum Premium:**

Minimum premium for all bail bonds is $85.

**Renewal Premium:**

No renewal premiums apply.

# Exhibit 24

*Financial Casualty & Surety, Inc.*
***Form and rule revision filing 18-2776***
*Filed: May 11, 2018*
*Effective: July 11, 2018*
*Excerpted to include cover pages and rate schedule only.*

| | | | |
|---|---|---|---|
| *State:* | California | *Filing Company:* | Financial Casualty & Surety, Inc. |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | | |
| *Product Name:* | Bail Bond Surety | | |
| *Project Name/Number:* | Revision/FCS-SU-BB-CA-1801 | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Financial Casualty & Surety, Inc. |
| Product Name: | Bail Bond Surety |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Form/Rule |
| Date Submitted: | 05/11/2018 |
| SERFF Tr Num: | PERR-131496843 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 18-2776 |
| State Status: | Pending |
| Co Tr Num: | FCS-SU-BB-CA-1801 |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Paula Rossman |
| Reviewer(s): | Veronica Kaufman (primary), Ed Lin |
| Disposition Date: | 07/11/2018 |
| Disposition Status: | Approved |
| Effective Date (New): | 07/11/2018 |
| Effective Date (Renewal): | 07/11/2018 |

# General Information

| | |
|---|---|
| Project Name: Revision | Status of Filing in Domicile: |
| Project Number: FCS-SU-BB-CA-1801 | Domicile Status Comments: |
| Reference Organization: | Reference Number: |
| Reference Title: | Advisory Org. Circular: |
| Filing Status Changed: 07/11/2018 | |
| State Status Changed: 05/31/2018 | Deemer Date: 07/24/2018 |
| Created By: Saraiah Coles | Submitted By: Paula Rossman |
| Corresponding Filing Tracking Number: | |

Filing Description:

On behalf of Financial Casualty & Surety, Inc ("FCS"), we are submitting this revision to the Company's current bail bond program to add immigration bonds. Our proposed rates are the same as Bankers Insurance Company (CDI#: 13-0109). See attached updated manual page and redlined version. In addition, our independent immigration bail bond forms are attached to this submission for your review.

Enclosed is authorization for Perr&Knight to submit this filing on behalf of the Company. All correspondence related to this filing should be directed to Perr&Knight. If there are any requests for additional information related to items prepared by the Company, we will forward the request immediately to the Company contact. The Company's response will be submitted to your attention as soon as we receive it.

# Company and Contact

### Filing Contact Information
| | |
|---|---|
| Saraiah Coles , State Filings Analyst | scoles@perrknight.com |
| 401 Wilshire Blvd  Suite 300 | 888-201-5123 [Phone]  0993 [Ext] |
| Santa Monica, CA 90401 | 310-230-1061 [FAX] |

### Filing Company Information
(This filing was made by a third party - perrandknightactuaryconsultants)

| | | |
|---|---|---|
| Financial Casualty & Surety, Inc. | CoCode: 35009 | State of Domicile: Texas |
| 3131 Eastside, Suite 600 | Group Code: | Company Type: |
| Houston, TX  77098 | Group Name: n/a | State ID Number: |
| (877) 737-2245 ext. [Phone] | FEIN Number: 75-2304982 | |

# Filing Fees

| | |
|---|---|
| Fee Required? | No |
| Retaliatory? | No |
| Fee Explanation: | |

# State Specific

Variance Requested? (Yes/No): No

Rates:

10% of penal amount;

In accordance with California Proposition 103, the Bail Agent may offer rate rebates; and

There is a $50 Minimum for any bond regardless of penal amount.

Premium Determination: To calculate the amount of premium to be charged, take the percentage rate from above and multiply it by the face amount of the bond. If the resulting amount is less than the minimum charge, then the minimum charge shall apply.

**Note: Premium is fully earned at the time the bond is issued.**

Return Premiums: There is no return premium if bond amount is decreased or the bond is exonerated. If a defendant is returned to early custody at the initiation of the Bail Agent, any return premium established by the Court will be refunded.

Increased Exposure: If the bond amount is increased by the Court, an additional premium is charged provided that the Bail Agent agrees to rewrite the bond. The additional premium is calculated by multiplying the additional exposure by the Percentage Rate from above.

Renewal Premium: Premium charged is an annual premium and renewal premium shall be charged each anniversary date. Any bail bond that has not been exonerated by the court one year from the date of issuance shall be charged an additional premium equal to the original premium amount.

Immigration Bonds

Bonds will be charged $100 execution fee plus up to 15% of the penal amount of the bond, subject to a $100 minimum premium.

Those bonds with full cash collateral, regardless of the penal amount of the bond, will be charged the smaller of the above calculated premium or $295.

# Exhibit 25

*Financial Casualty & Surety, Inc.*
***Rate filing 14-7527***
*Filed: October 8, 2014*
*Excerpted to include cover pages and rate schedule only.*

| | | | |
|---|---|---|---|
| **State:** | California | **Filing Company:** | Financial Casualty & Surety, Inc. |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | Prior Approval Rate Change | | |
| **Project Name/Number:** | CA Rate Change Filing/ | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Financial Casualty & Surety, Inc. |
| Product Name: | Prior Approval Rate Change |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rate |
| Date Submitted: | 10/08/2014 |
| SERFF Tr Num: | FNCS-129756964 |
| SERFF Status: | Closed-Rejected at Intake |
| State Tr Num: | 14-7527 |
| State Status: | Rejected at Intake |
| Co Tr Num: | FCS 23456 |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Shelly Matheson |
| Reviewer(s): | Jesse Rivera (primary) |
| Disposition Date: | 11/07/2014 |
| Disposition Status: | Rejected at Intake |
| Effective Date (New): | |
| Effective Date (Renewal): | |

| State: | California | Filing Company: | Financial Casualty & Surety, Inc. |
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | |
| Product Name: | Prior Approval Rate Change | | |
| Project Name/Number: | CA Rate Change Filing/ | | |

# General Information

Project Name: CA Rate Change Filing      Status of Filing in Domicile: Authorized

Project Number:      Domicile Status Comments:

Reference Organization:      Reference Number:

Reference Title:      Advisory Org. Circular:

Filing Status Changed: 11/07/2014

State Status Changed: 10/22/2014      Deemer Date:

Created By: Shelly Matheson      Submitted By: Shelly Matheson

Corresponding Filing Tracking Number:

Filing Description:

Prior Rate Approval Application

# Company and Contact

### Filing Contact Information

Shelly Matheson, Paralegal      smatheson@fcsurety.com

3131 Eastside #250      713-351-8859 [Phone]

Houston, TX 77098      713-351-8401 [FAX]

### Filing Company Information

Financial Casualty & Surety, Inc.    CoCode: 35009    State of Domicile: Texas

3131 Eastside #600    Group Code:    Company Type: insurance

Houston, TX  77098    Group Name:    State ID Number:

(713) 351-8859 ext. [Phone]    FEIN Number: 75-2304982

# Filing Fees

Fee Required?      No

Retaliatory?      No

Fee Explanation:

## State Specific

Variance Requested? (Yes/No): No

| State: | California | | Filing Company: | Financial Casualty & Surety, Inc. |
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | | |
| Product Name: | Prior Approval Rate Change | | | |
| Project Name/Number: | CA Rate Change Filing/ | | | |

# Correspondence Summary

## Dispositions

| Status | Created By | Created On | Date Submitted |
|---|---|---|---|
| Rejected at Intake | Jesse Rivera | 11/07/2014 | 11/07/2014 |

## Objection Letters and Response Letters

### Objection Letters

| Status | Created By | Created On | Date Submitted |
|---|---|---|---|
| Rejected at Intake | Jesse Rivera | 10/22/2014 | 10/22/2014 |
| Pending company response | Jesse Rivera | 10/10/2014 | 10/10/2014 |

### Response Letters

| Responded By | Created On | Date Submitted |
|---|---|---|
| Shelly Matheson | 11/05/2014 | 11/05/2014 |

## Filing Notes

| Subject | Note Type | Created By | Created On | Date Submitted |
|---|---|---|---|---|
| Response | Note To Reviewer | Shelly Matheson | 10/16/2014 | 10/16/2014 |

| SERFF Tracking #: | FNCS-129756964 | State Tracking #: | 14-7527 | | Company Tracking #: | FCS 23456 |

| State: | California | | Filing Company: | | Financial Casualty & Surety, Inc. |
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | | | |
| Product Name: | Prior Approval Rate Change | | | | |
| Project Name/Number: | CA Rate Change Filing/ | | | | |

# Disposition

Disposition Date: 11/07/2014

Effective Date (New):

Effective Date (Renewal):

Status: Rejected at Intake

Comment: This filing was received by the Rate Filing Bureau on October 8, 2014. However, we have been unable to process your submission because it is incomplete and/or contains incorrect information. Therefore, as of the date of this notice, this application is rejected for incompleteness.

The application is rejected for the following reason(s):

1)  The countrywide direct earned premium for lines of business subject to Proposition 103 and executive compensation data were not provided.
2) There is application in excel format. Should be submitted in both Excel and Adobe formats.
3) The company-specific rolling calendar year data of the most recent 8, 12, 16, 20 and 24 points/quarters were not provided on exhibits 5 and 8.

Be advised that you may file a new separate application. You may contact Jerome Tu, Sr. Insurance Rate Analyst, at 213-346-6377 on what type of filing should be used.

If you wish to contest the determination that the application is incomplete, you must request a Rejection Hearing. Your request must be received by the Department of Insurance within ten (10) days of the rejection date. The request for hearing, and four copies, should be directed to the Department of Insurance as follows:

Ms. Elizabeth Mohr, Assistant Chief Counsel
Rate Enforcement Bureau
California Department of Insurance
45 Fremont Street, 21st Floor
San Francisco, CA 94105

The scope of Hearing is limited to the completeness of the application as filed with the Department.

Please refer to the California Code of Regulations, Title 10, Chapter 5, Subchapter 4.8, Article 8, Sections 2648.1 – 2648.4 for the specific procedures regarding the completeness determination hearing.

| Overall % | Overall % | Written Premium | Number of Policy | Written | Maximum % | Minimum % |

| State: | California | | Filing Company: | Financial Casualty & Surety, Inc. |
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | | |
| Product Name: | Prior Approval Rate Change | | | |
| Project Name/Number: | CA Rate Change Filing/ | | | |

| Company Name: | Indicated Change: | Rate Impact: | Change for this Program: | Holders Affected for this Program: | Premium for this Program: | Change (where req'd): | Change (where req'd): |
|---|---|---|---|---|---|---|---|
| Financial Casualty & Surety, Inc. | % | % | | | | % | % |

| Schedule | Schedule Item | Schedule Item Status | Public Access |
|---|---|---|---|
| **Supporting Document** | Prior Approval Rate Application | | Yes |
| **Rate (revised)** | Rate Change (Revisions) | | Yes |
| **Rate** | Rate Change | | Yes |

# Objection Letter

| Objection Letter Status | Rejected at Intake |
|---|---|
| Objection Letter Date | 10/22/2014 |
| Submitted Date | 10/22/2014 |
| Respond By Date | 11/07/2014 |

*Dear Shelly Matheson,*

**Introduction:**

*This filing was received by the Rate Filing Bureau on October 8, 2014. However, we have been unable to process your submission because it is incomplete and/or contains incorrect information. Therefore, as of the date of this notice, this application is rejected for incompleteness.*

*In order to continue our review of your submission for basic compliance, it will be necessary for you to provide the following documents and/or information:*

*1) Complete pages 4 and 13.*
*2) Provide the Proposed Effective Date (new rates) on page 7.*
*3) Provide all the data on page 9. If none, enter 0.*
*4) Provide your calculations/support of factors on the exhibits.*

*The Intake Unit at the San Francisco Rate Filing Bureau must receive this information before November 7, 2014.*

*If the Intake Unit at the San Francisco Rate Filing Bureau does not receive this information before November 7, 2014, the filing will remain rejected and will be closed. If you chose to resubmit the filing at a later date, you will be required to resubmit the filing in its entirety.*

*If you wish to contest the determination that the application is incomplete, you must request a Rejection Hearing. Your request must be received by the Department of Insurance within ten (10) days of the rejection date. The request for hearing, and four copies, should be directed to the Department of Insurance as follows:*

*Ms. Elizabeth Mohr, Assistant Chief Counsel*
*Rate Enforcement Bureau*
*California Department of Insurance*
*45 Fremont Street, 21st Floor*
*San Francisco, CA 94105*

*The scope of Hearing is limited to the completeness of the application as filed with the Department.*

*Please refer to the California Code of Regulations, Title 10, Chapter 5, Subchapter 4.8, Article 8, Sections 2648.1 – 2648.4 for the specific procedures regarding the completeness determination hearing.*

**Conclusion:**

*Sincerely,*
*Jesse Rivera*

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | Prior Approval Rate Change |
| **Project Name/Number:** | CA Rate Change Filing/ |

**Filing Company:** Financial Casualty & Surety, Inc.

# Objection Letter

| | |
|---|---|
| Objection Letter Status | Pending company response |
| Objection Letter Date | 10/10/2014 |
| Submitted Date | 10/10/2014 |
| Respond By Date | |

*Dear Shelly Matheson,*

**Introduction:**

*Thank you for your application. However, to meet basic compliance for this filing, please respond to the objection(s) below.*

**Objection 1**
- *Prior Approval Rate Application (Supporting Document)*
  *Comments: 1) Complete pages 4 and 13.*
2) *Provide the Proposed Effective Date (new rates) on page 7.*
3) *Provide all the data on page 9. If none, enter 0.*
4) *Provide your calculations/support of factors on the exhibits.*

**Conclusion:**

*Sincerely,*
*Jesse Rivera*

| State: | California | Filing Company: | Financial Casualty & Surety, Inc. |
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | |
| Product Name: | Prior Approval Rate Change | | |
| Project Name/Number: | CA Rate Change Filing/ | | |

# Response Letter

| Response Letter Status | Submitted to State |
| Response Letter Date | 11/05/2014 |
| Submitted Date | 11/05/2014 |

*Dear Jesse Rivera,*

**Introduction:**

**Response 1**

**Comments:**

Thank you for your time.  The delay in response was not due to indifference, but was a result of business travel scheduling conflicts. Please let us know if you need anything else.

**Changed Items:**

No Supporting Documents changed.

No Form Schedule items changed.

| Rate Schedule Item Changes | | | | | |
|---|---|---|---|---|---|
| Item No. | Exhibit Name | Rule # or Page # | Rate Action | Previous State Filing Number | Date Submitted |
| 1 | Rate Change (Revisions) | | Replacement | | 11/05/2014 By: Shelly Matheson |
| *Previous Version* | | | | | |
| *1* | *Rate Change* | | *Replacement* | | *10/08/2014 By: Shelly Matheson* |

**Conclusion:**

*Sincerely,*

*Shelly Matheson*

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | Prior Approval Rate Change |
| **Project Name/Number:** | CA Rate Change Filing/ |

**Filing Company:**      Financial Casualty & Surety, Inc.

# Note To Reviewer

**Created By:**

Shelly Matheson on 10/16/2014 12:36 PM

**Last Edited By:**

Shelly Matheson

**Submitted On:**

10/16/2014 12:36 PM

**Subject:**

Response

**Comments:**

Good afternoon Mr. Rivera,

"I am in receipt of your response.  I will pass on the information to the appropriate parties so they may be addressed.  Thank you sir, and have a great day.

Shelly Matheson

| | | | | |
|---|---|---|---|---|
| **State:** | California | | **Filing Company:** | Financial Casualty & Surety, Inc. |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | | |
| **Product Name:** | Prior Approval Rate Change | | | |
| **Project Name/Number:** | CA Rate Change Filing/ | | | |

# Rate Information

Rate data applies to filing.

**Filing Method:**

**Rate Change Type:** Neutral

**Overall Percentage of Last Rate Revision:** %

**Effective Date of Last Rate Revision:**

**Filing Method of Last Filing:**

**SERFF Tracking Number of Last Filing:**

## Company Rate Information

| Company Name: | Overall % Indicated Change: | Overall % Rate Impact: | Written Premium Change for this Program: | Number of Policy Holders Affected for this Program: | Written Premium for this Program: | Maximum % Change (where req'd): | Minimum % Change (where req'd): |
|---|---|---|---|---|---|---|---|
| Financial Casualty & Surety, Inc. | % | % | | | | % | % |

| | | | | |
|---|---|---|---|---|
| **State:** | California | | **Filing Company:** | Financial Casualty & Surety, Inc. |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | | |
| **Product Name:** | Prior Approval Rate Change | | | |
| **Project Name/Number:** | CA Rate Change Filing/ | | | |

## Rate/Rule Schedule

| Item No. | Schedule Item Status | Exhibit Name | Rule # or Page # | Rate Action | Previous State Filing Number | Attachments |
|---|---|---|---|---|---|---|
| 1 | | Rate Change (Revisions) | | Replacement | | CA Rates (Revised) -Part 1.pdf CA Rates (Revised) -Part 2.pdf |

RE:    Financial Casualty & Surety, Inc. --- NAIC # 35009

## FILING MEMORANDUM

**The purpose of this filing is to clarify the Company's position that rate rebates may be offered in accordance with California Proposition 103, and are not meant to be further limited by the Company's filed rates.**

The proposed changes are enclosed with this filing memorandum.  We respectfully trust you will find this submission acceptable.  Please feel free to contact me if I may be of further service.


Sincerely,


Mandi Krasney
Corporate Counsel/Vice President
Financial Casualty & Surety, Inc.
713-351-8264 (direct)
281-351-8401 (facsimile)
mkrasney@fcsurety.com

Enclosure:

FINANCIAL CASUALTY & SURETY, INC.
BAIL BOND SURETY RATES
STATE OF CALIFORNIA

**Rates:**

10% of penal amount;

In accordance with California Proposition 103, the Bail Agent may offer rate rebates; and

There is a $50 Minimum for any bond regardless of penal amount.

**Premium Determination:**    To calculate the amount of premium to be charged, take the percentage rate from above and multiply it by the face amount of the bond. If the resulting amount is less than the minimum charge, then the minimum charge shall apply.

**Note: Premium is fully earned at the time the bond is issued.**

**Return Premiums:**        There is no return premium if bond amount is decreased or the bond is exonerated. If a defendant is returned to early custody at the initiation of the Bail Agent, any return premium established by the Court will be refunded.

**Increased Exposure:**        If the bond amount is increased by the Court, an additional premium is charged provided that the Bail Agent agrees to rewrite the bond. The additional premium is calculated by multiplying the additional exposure by the Percentage Rate from above.

**Renewal Premium:**        Premium charged is an annual premium and renewal premium shall be charged each anniversary date. Any bail bond that has not been exonerated by the court one year from the date of issuance shall be charged an additional premium equal to the original premium amount.

# Exhibit 26

*Financial Casualty & Surety, Inc.*
***New program filing 04-8381***
*Filed: November 17, 2004*
*Effective: February 1, 2005*
*Excerpted to include cover pages and rate schedule only.*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov

**SFV** 

January 25, 2005

Financial Casualty & Surety, Inc.
attn.: Robert Sabo
3131 Eastside St. #600
Houston, TX 77098

RE: **APPROVAL OF APPLICATION**

FINANCIAL CASUALTY & SURETY, INC. has submitted the following application for approval
regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 04-8381 |
| **Insurer File No(s).:** | CA-11-04-BAIL |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bond Surety |

Only the change(s) specifically indicated in the application set forth above, as it may have been
amended, is (are) approved. Nothing in this letter shall constitute approval of any other application,
whether incorporated by reference, or filed prior or subsequent to the application set forth above.
FINANCIAL CASUALTY & SURETY, INC. shall begin issuing policies pursuant to this approval within 90
days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance
for which the approval is given. FINANCIAL CASUALTY & SURETY, INC. may implement this approval
earlier if it is able to do so. Regardless of the implementation date, FINANCIAL CASUALTY & SURETY,
INC. shall implement this approval with the same effective date for both new and renewal business and shall offer
this product to all eligible applicants as of the implementation date. This approval shall continue to have full force
and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered
by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically
not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language,
coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and
underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this
filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting
guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting
documentation when those changes result in any rating impact. The Commissioner may at any time take any action
allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or
any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

Douglas G. Barker, J.D.
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6786
Facsimile: (213) 897-6181
E-Mail:*BarkerD@insurance.ca.gov*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #: _CA-11-04-BAIL_
(15 characters maximum)

X original __ Copy 1 __ Copy 2

Does this file contain group data? Yes __ No X

Is this a specialty filing? Yes __ No __

Note: A separate CA-RA1 page must be
Submitted for each company within a
Group filing.

Latest applicable CDI File No. in this
Line, Subline and/or Program:

_____

| Department Use Only |
| --- |
| FILING NO.: **04-838** RFV |
| DATE FILED: **11-17-04** |
| COMPLIANCE DATE: **11-24-04** |
| DATE PUBLIC NOTIFIED: **12-3-04** |
| DEEMER DATE: **2-1-05** |
| INTAKE ANALYST: **Rivera J.** |
| BUREAU CODE & SR.: **LA3- Allen K.** |
| GROUP FILING: Yes (No) |
| X-REFERENCE #: _____ |
| Rate (New Program) Rule Form |
| Both Rate & Form Class Plan |
| PERCENT CHANGE: ∅ % |

Company Name _Financial Casualty & Surety, Inc_ Group Name ___None___

NAIC Company Code ___36009___ NAIC Group Code ___3319___

Organized Under the Laws of the State of ___TEXAS___

Line of Insurance Comm _Surety_ Subline ~~None~~ Other
(as it appears in CA-RA3) (as it appears in CA-RA3)

Program _Bail Bond Surety_

Home Office _3131 Eastside Street, #600, Houston, TX 77098_

Main Administrative Office in California ___NONE___

Name and Title of Contact Person _Robert Sabo, Sr.V.P._

Toll Free Phone No.: (_877_) _737-2245_ Fax No.: (_713_) _580-6401_
If not available, collect calls will be made.

Internet Address (if available): _www. FCSurety. com_

Mailing Address _3131 Eastside Street #600, Houston, TX 77098_

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_____ _11-1-04_ _877-737-2245 x N10_

Authorized Signature          Date of Filing          Telephone Number

05-15-96 ed                    CA-RA1

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

Theresa M. Fitzgerald
415.882.5045
tfitzgerald@sonnenschein.com

685 Market Street
6th Floor
San Francisco, CA 94105
415.882.5000
415.543.5472 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

October 6, 2004

BY HAND DELIVERY




Ms. Victoria S. Sidbury
Assistant General Counsel
California Department of Insurance
45 Fremont Street, 24th Floor
San Francisco, California 94105

Re: Financial Casualty & Surety, Inc. - Application for Certificate of Authority

Dear Ms. Sidbury:

On behalf of Financial Casualty & Surety, Inc., ("Applicant"), enclosed are an original and a copy of an application for certificate of authority on the NAIC Uniform Certificate of Authority Application form, along with a check in the amount of $3,599 in payment of the filing fee and an additional copy of the organizational affidavit, the biographical affidavits, and the rate filing. Also enclosed is a cover letter from the Applicant with additional information regarding the application.

Please contact me directly if you have any questions or comments or need any additional information. Thank you for your assistance.

Sincerely,

Theresa M. Fitzgerald

Enclosures

cc: Robert Sabo
    Kenneth B. Schnoll

27182140\V-1

# FINANCIAL CASUALTY & SURETY, INC.
## BAIL BOND SURETY RATES
## STATE OF CALIFORNIA

**PERCENTAGE RATE**                           **MINIMUM CHARGE**

**Rate –**

$50.00 Minimum for any bond regardless of penal amount.

8% of penal amount – for any defendant referred by an attorney to the bail agent and for any defendant that is a member of any Union.

10% of penal amount – for all other bail bonds

**PREMIUM DETERMINATION:** To calculate the amount of premium to be charged; take the percentage rate from above and multiply it by the face amount of the bail bond. If the resulting amount is less than the minimum charge then the minimum charge shall apply.

Note: Premium is fully earned at the time the bond is issued.

**RETURN PREMIUM:** There is no return premium if the bond amount is decreased or the bond is exonerated. If the defendant is returned to early custody, at the initiation of the Bail Bond Agent, any return premium established by the Court will be refunded.

**INCREASED EXPOSURE:** If the bond amount is increased by the Court, an additional premium is charged, provided that the Bail Agent agrees to rewrite the bond. The additional premium is calculated by multiplying the incremental increased in the amount of the bond by the Percentage Rate from above.

**RENEWAL PREMIUM:** Premium charged is an annual premium and renewal premium shall be charged each anniversary date. Any bail bond that has not been exonerated by the court one year from the date of issuance shall be charged an additional premium equal to the original premium amount.

# Exhibit 27

*Indiana Lumbermens Mutual Insurance Company*
***New program filing 05-6589***
*Filed: August 24, 2005*
*Effective: November 1, 2005*
*Excerpted to include cover pages and rate schedule only.*

# DEPARTMENT OF INSURANCE
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov





October 20, 2005

Indiana Lumbermens Mutual Insurance Company
c/o Aguilar & Sebastinelli, A Professional Law Corporation
attn.: John A. Sebastinelli, Esq.
1700 California St., Suite 400
San Francisco, CA 94109

RE: **APPROVAL OF APPLICATION**

INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 05-6589 |
| **Insurer File No(s).:** | 7275 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

Douglas G. Barker, J.D.
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6786
Facsimile: (213) 897-6181
E-Mail: *BarkerD@insurance.ca.gov*

**FILE SCANNED**
**DATE:** 8-10-07
**INITIALS:**

# AGUILAR & SEBASTINELLI
## A PROFESSIONAL LAW CORPORATION

SAN FRANCISCO OFFICE

1700 CALIFORNIA STREET
SUITE 400
SAN FRANCISCO, CALIFORNIA 94109-4586
TELEPHONE: (415) 771-9400   FACSIMILE: (415) 771-2700
AguilarSebastinelli@agsebcom

John A. Sebastinelli

LOS ANGELES OFFICE

THE PACIFIC CENTER
523 WEST SIXTH STREET, SUITE 309
LOS ANGELES, CALIFORNIA 90014-1217
TELEPHONE: (213) 955-5900   FACSIMILE: (213) 955-5907

REPLY TO:

San Francisco

August 23, 2005

RATE FILING BUREAU—SF

AUG 2 4 2005

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

California Department of Insurance
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, California 94105

> RE: Indiana Lumbermens Mutual Insurance Company
> Commercial Surety - Bail Bonds
> Rate and Form Application
> Our File No.: 7275.150

Dear Sir/Madam:

On behalf of Indiana Lumbermens Mutual Insurance Company ("ILM"), we enclose herewith:

- An original and two copies of a Commercial Surety Rate and Form Application for review and approval;

- Authorization letter from ILM; and

- For acknowledgment purposes, a copy of CA-RA-1 and a self-addressed, stamped envelope for your use.

Thank you for your attention to this matter. If you should have any questions or comments, please direct the same to the undersigned.

Sincerely,

John A. Sebastinelli

JAS:cs

Encs.

S-RFB.082305

## INDIANA LUMBERMENS
## MUTUAL INSURANCE COMPANY

P.O. Box 68932, Indianapolis, Indiana 46268

## Rates For Bonds

All Bonds will be charged for at the rate of 10% of the penal amount of the bond per annum, with a minimum of $50.00 or 10% of the face amount of the bond, whichever is greater, plus a policy fee of $15.00 per bond.

| PENAL AMOUNT | PREMIUM |
|---|---|
| **STATE BONDS** | |
| $ 1.00 Through $500.00 | $50.00 Plus <br> $15.00 per bond |

Over $500.00... 10% of the penal amount of the bond per annum, plus $15.00 per bond. These rates **SHALL** be charged by all agents of Indiana Lumbermens Mutual Insurance Company. These rates are for **PREMIUM ONLY,** and do not include other expenses incurred, such as telephone, posting fees, writs, travel and other miscellaneous expenses.

| | |
|---|---|
| **FEDERAL BONDS** | |
| Over $500 | 12% of Penal Amount <br> per Annum, plus <br> $15.00 per bond |

All agents: Please post the above schedule in a conspicuous place where it can be seen by the public.

ILM-CA-6



STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

   APPLICATION FOR APPROVAL OF
   INSURANCE RATES

Your file #: _____7275_____
          (15 characters maximum)

x  Original  x  Copy 1  x  Copy 2

Does this file contain group data? Yes __  No x

Is this a specialty filing? Yes x  No __

**Note:  A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

_____n/a_____

| Department Use Only |
| --- |
| FILING NO.: **05-6589** |
| DATE FILED: 8-24-05 |
| COMPLIANCE DATE: 8-24-05 |
| DATE PUBLIC NOTIFIED: 9-2-05 |
| DEEMER DATE: 11-1-05 |
| INTAKE ANALYST: Rivera J. |
| BUREAU CODE & SR.: LA3 - Allen K. |
| GROUP FILING: Yes (No) X-REFERENCE #: _____ |
| Rate (New Program) Rule Form Both Rate & Form Class Plan |
| PERCENT CHANGE: 0 % |

Company Name Indiana Lumbermens Mutual Insurance  Group Name _____
          Company
NAIC Company Code _____14265_____  NAIC Group Code _____0246_____

Organized Under the Laws of the State of ____Indiana_____

Line of Insurance __Commercial Surety_____  Subline ____Other_____
        (as it appears in CA-RA3)         (as it appears in CA-RA3)

                Program _Bail Bonds_____

Home Office __3600 Woodview Trace, Indianapolis, Indiana  46268_____

Main Administrative Office in California __n/a_____

Name and Title of Contact Person _John A. Sebastinelli, Esq._____

Toll Free Phone No.: (_415_)_771-9400_____ Fax No.: (415__)_771-2700_____
        **If not available, collect calls will be made.**

Internet Address (if available): __johnsebastinelli@agseb.com_____

Mailing Address 1700 California Street, Suite 400, San Francisco, California  94109

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_____  _August 4, 2005_  _415.771.9400_____
Authorized Signature     Date of Filing       Telephone Number

05-15-96 ed            CA-RA1

# Exhibit 28

*International Fidelity Insurance Company*
***Rule revision filings 17-4681; 17-6595***
*Filed: July 10, 2017*
*Effective: September 1, 2017*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Company: | International Fidelity Insurance Company |
| Product Name: | Bail Bond Program |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rate/Rule |
| Date Submitted: | 07/10/2017 |
| SERFF Tr Num: | PERR-131106946 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 17-4681; 17-6595 |
| State Status: | Approved |
| Co Tr Num: | IFIC-SU-BB-CA-1701R |
| | |
| Effective Date Requested (New): | 09/01/2017 |
| Effective Date Requested (Renewal): | 09/01/2017 |
| Author(s): | Paula Rossman |
| Reviewer(s): | Janet Cheng (primary), Ed Lin |
| Disposition Date: | 01/23/2018 |
| Disposition Status: | Approved |
| Effective Date (New): | 04/01/2018 |
| Effective Date (Renewal): | 04/01/2018 |

# General Information

Project Name: Rate and Rule Revision

Project Number: IFIC-SU-BB-CA-1701R

Reference Organization:

Reference Title:

Filing Status Changed: 01/23/2018

State Status Changed: 01/12/2018

Created By: Kevin Jones

Corresponding Filing Tracking Number:

Status of Filing in Domicile: Not Filed

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 09/19/2017

Submitted By: Kevin Jones

Filing Description:

International Fidelity Insurance Company ("the Company") is filing a revision of its Bail Bond program filed under the Surety line of business. The Company is reducing its Standard bail bond rates from 10% to 9%, and introducing two Preferred tiers with 8% and 7% rates. The 8% tier is for customers who are either Qualified Union Members, Active or Former Military, Law Enforcement, have retained Private Council, have posted Full Payment, or have posted Cash Collateral of at least 50% or deed of trust on real property with equity of at least 100% of bond amount. The 7% tier is for customers who have at least two of the following satisfied: Private Counsel, Full Payment, or Collateral. The Standard estimated rate decrease of 10% is supported by the accompanying California Prior Approval Rate Application and Template. The Preferred tiers are identical to those approved in California for the Company's competitor, Bankers Insurance Company (SERFF # BKIC-129219149 and CDI tracking number 13-7036).

Please refer to the Memorandum for complete details.

Enclosed is authorization for Perr&Knight to submit this filing on behalf of the Company. All correspondence related to this filing should be directed to Perr&Knight. If there are any requests for additional information related to items prepared by the Company, we will forward the request immediately to the Company contact. The Company's response will be submitted to your attention as soon as we receive it.

# Company and Contact

## Filing Contact Information
Kevin Jones, State Filing Analyst

401 Wilshire Blvd  Suite 300

Santa Monica, CA 90401

kjones@perrknight.com

310-889-0968 [Phone]

310-230-1061 [FAX]

## Filing Company Information
(This filing was made by a third party - perrandknightactuaryconsultants)

International Fidelity Insurance
Company

One Newark Center, 20th Floor

Newark, NJ  07102

(973) 624-7200 ext. [Phone]

CoCode: 11592

Group Code:

Group Name:

FEIN Number: 22-1010450

State of Domicile: New Jersey

Company Type: Property &
Casualty

State ID Number:

# Filing Fees

Fee Required?            No

Retaliatory?             No

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | Bail Bond Program |
| **Project Name/Number:** | Rate and Rule Revision/IFIC-SU-BB-CA-1701R |

**Filing Company:** International Fidelity Insurance Company

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No


**INTERNATIONAL FIDELITY INSURANCE COMPANY**
NAIC# 13285

SCHEDULE OF PREMIUMS AND FEES
FOR
BAIL BONDS WRITTEN IN THE STATE OF CALIFORNIA

Item 1.        **STATE BAIL BONDS - GENERAL**

The premium charged shall be 9% of the penal amount, with a minimum premium of $50.00

Item 2.        **STATE BAIL BONDS - 8% PREFERRED RATE**

The premium charged shall be 8% of the penal amount, with a minimum premium of $50.00 if any one of the following is satisfied:

Qualified Union Members.  Defendant or an indemnitor is an active union member; or

Active or Former Military.  Defendant or an indemnitor is an active duty member or veteran of the United States Armed Forces; or

Law Enforcement.  Defendant or an indemnitor is an active duty or retired law enforcement officer; or

Private Counsel.  Private defense counsel is retained for the defendant prior to the bond being posted; or

Full Payment of Bail Bond Premium.  The full premium is paid before the bond is posted; or

Collateral.  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

**Item 3.**      <u>**STATE BAIL BONDS- 7% PREFERRED RATE**</u>

The premium charged shall be 7% of the penal amount, with a minimum premium of $50.00, if at least <u>two</u> of the following are satisfied:

<u>Private Counsel.</u>  Private defense counsel is retained for the defendant prior to of the bond being posted; or

<u>Full Payment of Bail Bond Premium.</u> The full premium is paid before the bond is posted; or

<u>Collateral.</u>  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

<u>Item 4.</u>      **FEDERAL BAIL BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

Item 5.      **FEDERAL IMMIGRATION BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

These rates must be charged by all International Fidelity Insurance Company bail producers.

**Effective Date:  _____**

RATE EFFECTIVE 9/1/2017


**ALLEGHENY CASUALTY COMPANY**
NAIC# 13285

SCHEDULE OF PREMIUMS AND FEES
FOR
BAIL BONDS WRITTEN IN THE STATE OF CALIFORNIA

Item 1.      **STATE BAIL BONDS - GENERAL**

The premium charged shall be 9% of the penal amount, with a minimum premium of $50.00

Item 2.      **STATE BAIL BONDS - 8% PREFERRED RATE**

The premium charged shall be 8% of the penal amount, with a minimum premium of $50.00 if any one of the following is satisfied:

Qualified Union Members.  Defendant or an indemnitor is an active union member; or

Active or Former Military.  Defendant or an indemnitor is an active duty member or veteran of the United States Armed Forces; or

Law Enforcement.  Defendant or an indemnitor is an active duty or retired law enforcement officer; or

Private Counsel.  Private defense counsel is retained for the defendant prior to the bond being posted; or

Full Payment of Bail Bond Premium.  The full premium is paid before the bond is posted; or

Collateral.  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

**Item 3.** **STATE BAIL BONDS- 7% PREFERRED RATE**

The premium charged shall be 7% of the penal amount, with a minimum premium of $50.00, if at least <u>two</u> of the following are satisfied:

<u>Private Counsel.</u>  Private defense counsel is retained for the defendant prior to of the bond being posted; or

<u>Full Payment of Bail Bond Premium.</u> The full premium is paid before the bond is posted; or

<u>Collateral.</u>  Cash Collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond, is provided before the bond is posted.

<u>Item 4.</u> **FEDERAL BAIL BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

Item 5. **FEDERAL IMMIGRATION BONDS**

The premium charged shall be 12% of the penal amount, with a minimum premium of $50.00

These rates must be charged by all Allegheny Casualty Company bail producers.

**Effective Date:  _____**

RATE EFFECTIVE

# Exhibit 29

*International Fidelity Insurance Company*
*Allegheny Casualty Company*
**Rule filings 13-4507;13-4508**
*Filed: June 17, 2013*
*Effective: August 14, 2013*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

Companies:           International Fidelity Insurance Company
                           Allegheny Casualty Company

Product Name:        Rule Filing

State:        California

TOI:        24.0 Surety

Sub-TOI:        24.0000 Surety

Filing Type:        Rule

Date Submitted:        06/17/2013

SERFF Tr Num:        AAHL-129078648

SERFF Status:        Closed-Approved

State Tr Num:        13-4507;13-4508

State Status:        Approved

Co Tr Num:

Co Status:

Effective Date        On Approval
Requested (New):

Effective Date        On Approval
Requested (Renewal):

Author(s):        Leah  Schoen

Reviewer(s):        Jerome Tu (primary)

Disposition Date:        08/14/2013

Disposition Status:        Approved

Effective Date (New):        08/14/2013

Effective Date (Renewal):       08/14/2013

**SERFF Tracking #:** AAHL-129078648    **State Tracking #:** 13-4507;13-4508    **Company Tracking #:**

**State:** California    **First Filing Company:** International Fidelity Insurance Company, ...
**TOI/Sub-TOI:** 24.0 Surety/24.0000 Surety
**Product Name:** Rule Filing
**Project Name/Number:** Rule Filing/

# General Information

Project Name: Rule Filing                        Status of Filing in Domicile: Not Filed
Project Number:                                  Domicile Status Comments: Not required.
Reference Organization:                          Reference Number:
Reference Title:                                 Advisory Org. Circular:
Filing Status Changed: 08/14/2013                Company Status Changed:
State Status Changed: 08/14/2013                 Deemer Date: 08/27/2013
Created By: Leah  Schoen                          Submitted By: Leah  Schoen
Corresponding Filing Tracking Number:

Filing Description:

To whom it may concern:

Attached is the rule filing to be used in the writing of Surety-Bail Bonds in the State of California.

This rule filing is being submitted in accordance with the California Insurance Code 1861.01(c). The requested effect date for this form filing is May 9, 2013, or approval date, if later.

International Fidelity Insurance Company's state of domicile is New Jersey. New Jersey's Department of Insurance does not require this form to be filed or approved.

Allegheny Casualty Company's state of domicile is Pennsylvania. Pennsylvania's Department of Insurance does not require this form to be filed or approved.

Please contact me at (800) 935-2245 ext. 6054 if you have any questions or need additional information. Thank you in advance for your attention to this matter

Leah Schoen
Paralegal
Allegheny Casualty Company
International Fidelity Insurance Company

# Company and Contact

### Filing Contact Information
 Leah Schoen,                                    leahschoen@aiasurety.com
26560 Agoura Road, Suite 100                     818-337-6054 [Phone]
Calabasas, CA 91302

| | | |
|---|---|---|
| **State:** | California | **First Filing Company:** International Fidelity Insurance Company, ... |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | |
| **Product Name:** | Rule Filing | |
| **Project Name/Number:** | Rule Filing/ | |

## Filing Company Information

International Fidelity Insurance
Company
P.O. Box 9810
Calabasas, CA  91372-9810
(800) 935-2245 ext. 6052[Phone]

CoCode: 11592
Group Code:
Group Name:
FEIN Number: 22-1010450

State of Domicile: New Jersey
Company Type: Surety
State ID Number:

---

Allegheny Casualty Company
P.O. Box 9810
Calabasas, CA  91372-9810
(800) 935-2245 ext. 6052[Phone]

CoCode: 13285
Group Code:
Group Name:
FEIN Number: 25-0315340

State of Domicile:
Pennsylvania
Company Type: Surety
State ID Number:

# Filing Fees

Fee Required?    No

Retaliatory?    No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

# INTERNATIONAL FIDELITY INSURANCE COMPANY

## SCHEDULE OF PREMIUMS

### for

### BAIL BONDS written in the STATE OF CALIFORNIA

<u>STATE BONDS</u>

Bonds up to and including $500.00 in liability

- charge minimum of $50.00

Bonds over $500.00 in liability

- charge 10% of the penal amount

<u>FEDERAL BONDS</u>

Bonds up to and including $400.00 in liability

- charge minimum of $50.00

Bond over $400.00 in liability

- charge 12% of the penal amount

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS

**IFIC-CA-5.13**

Corporate Headquarters
26560 Agoura Road, Suite 100
Calabasas, CA 91302

Northeast Regional Office
One Newark Center, 19th Floor
Newark, NJ 07102

Midwest Regional Office
10661 Ridge View Drive
Edmond, OK 73034

Southeastern Regional Office
9000 SW 94th Street
Miami, FL 33176

Phone: 800.935.2245     www.aiasurety.com     Fax: 818.449.7100

# ALLEGHENY CASUALTY COMPANY

**SCHEDULE OF PREMIUMS**

**for**

**BAIL BONDS written in the STATE OF CALIFORNIA**

### STATE BONDS

Bonds up to and including $500.00 in liability

- charge minimum of $50.00

Bonds over $500.00 in liability

- charge 10% of the penal amount

### FEDERAL BONDS

Bonds up to and including $400.00 in liability

- charge minimum of $50.00

Bond over $400.00 in liability

- charge 12% of the penal amount

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS

ACC-CA-5.13

Corporate Headquarters
26560 Agoura Road, Suite 100
Calabasas, CA  91302

Northeast Regional Office
One Newark Center, 19th Floor
Newark, NJ 07102

Midwest Regional Office
10561 Ridge View Drive
Edmond, OK 73034

Southeastern Regional Office
9000 SW 94th Street
Miami, FL 33176

PHONE: 800.935.2245     www.aiasurety.com     Fax: 818.449.7100

# Exhibit 30

*Lexington National Insurance Company*
***Rule filing 15-10267***
*Filed: November 18, 2015*
*Effective: February 24, 2016*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Company: | Lexington National Insurance Corporation |
| Product Name: | Bail Bonds |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 11/18/2015 |
| SERFF Tr Num: | LNIC-130336698 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 15-10267 |
| State Status: | Approved |
| Co Tr Num: | 2016-CA-BR |
| | |
| Effective Date Requested (New): | 01/01/2016 |
| Effective Date Requested (Renewal): | 01/01/2016 |
| Author(s): | Kim Marzullo |
| Reviewer(s): | Mary Hiltgen (primary), Jerome Tu |
| Disposition Date: | 02/24/2016 |
| Disposition Status: | Approved |
| Effective Date (New): | 02/24/2016 |
| Effective Date (Renewal): | 02/24/2016 |

| State: | California | Filing Company: | Lexington National Insurance Corporation |
|---|---|---|---|
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | |
| Product Name: | Bail Bonds | | |
| Project Name/Number: | Bail Bonds/2016-CA-BR | | |

## General Information

Project Name: Bail Bonds
Project Number: 2016-CA-BR
Reference Organization:
Reference Title:
Filing Status Changed: 02/24/2016
State Status Changed: 02/24/2016
Created By: Kim Marzullo
Corresponding Filing Tracking Number: 2016-CA-BR

Status of Filing in Domicile: Authorized
Domicile Status Comments:
Reference Number:
Advisory Org. Circular:

Deemer Date: 03/08/2016

Submitted By: Kim Marzullo

Filing Description:

Lexington National Insurance Corporation is submitting rule changes for its State Bail Bond Program - namely Item 1 (State Bail Bonds - General), Item 2 (State Bail Bonds - 8% Preferred Rate), Item 3 (State Bail Bonds - 7% Preferred Rate). Additionally, Item 4 (Federal Bail Bonds) and Item 5 (Federal Immigration Bonds) are "renumbered" but remain the same as previously approved. The Company is making this filing to provide that, effective January 1, 2016, the $10 per bond fee will no longer be charged on Item 1; and preferred rates are available if the requirements are satisfied as outlined in Items 2 and 3 on the Schedule of Premiums. The justifications for these changes are (1) eliminating the $10 fee relieves an administrative burden of collection, and benefits the consumer and (2) preferred rates benefit the consumer, and are in line with our competitors' rates.

## Company and Contact

### Filing Contact Information
KIMBERLY MARZULLO, CFO
P.O. BOX 6098
LUTHERVILLE, MD 21094

kmarzullo@lexingtonnational.com
410-625-0800 [Phone]
410-625-0865 [FAX]

### Filing Company Information
Lexington National Insurance
Corporation
P.O. Box 6098
Lutherville, MD 21094
(410) 625-0800 ext. [Phone]

CoCode: 37940
Group Code:
Group Name:
FEIN Number: 52-1662720

State of Domicile: Maryland
Company Type: Insurance
State ID Number: 2013121

## Filing Fees

Fee Required?          No
Retaliatory?           No
Fee Explanation:

## State Specific

Variance Requested? (Yes/No): No

**DEPARTMENT OF INSURANCE**
300 SOUTH SPRING STREET
LOS ANGELES, CA  90013
(213) 346-6692
(213)346-6824 (FAX)
MHiltgen@insurance.ca.gov          **SENT VIA SERFF**



February 9, 2016

Kim Marzullo, Treasurer
Lexington National Insurance Corp.
P.O. Box 6098
Lutherville, MD 21094


SUBJECT:        CDI File Number:        15-10267
                Company File Number:  SERFF-2016-CA-BR
                SERFF Filing Number:  LNIC-130336698
                Line of Insurance:        Commercial Surety
                Deemer Date:              March 8, 2016

Dear Ms. Marzullo:

Thank you for your responses dated February 4, 2016.   Please note the following:

1.     **SIDE BY SIDE EXHIBIT – 2009 FILING**
        As filed, the Exhibit includes one Column with the title of  " 2009 Filing".  In
        Item #1 of your letter the Company stated that there is no reference file number
        for a 2009 filing.  Further, the Company attached a letter dated December 4, 2008
        from Robert Hogeboom of Barger & Wolen, directed to Sherwood Girion of the
        Financial Analysis Division of the CDI.   The letter stated that Lexington National
        Insurance Corporation will abandon the "State Bail Bonds – Qualified Unions &
        Private Defense Counsel" Program.   It is our understanding that members in
        those two specific groups received an 8% Rate until Jan. 1, 2009.

        We are requesting that the Company provide the CDI's written responses to
        the Dec. 4, 2008 letter by Robert Hogeboom of Barger & Wolen.   Mr Girion
        is no longer employed with the California Dept. of Insurance.

        The CDI documents we are requesting should include any related emails or other
        written correspondence related to the December 4, 2008 correspondence from
        Robert Hogeboom.

2.     **STATE BAIL BONDS – 8% RATE**
        According to our database, the most recent filing applicable to the State Bail Bond
        8% rate is CDI File #03-3414.  The filing was approved by the CDI on July
        16, 2003 and the 8% rate has been in effect since that date.

**2. STATE BAIL BONDS – 8% RATE (CONTINUED)**

As stated in #1. above, our database does not reference a Lexington National Surety Rate filing in 2009.

As the Company is aware, if current rates are being changed in a previously approved program, pursuant to California Insurance Code Section 1861.05(b) the Company is statutorily obligated to submit a Rate filing to the Rate Regulation Branch of the CDI for review and approval (prior to the rate change).

According to Item #5. in the Company's letter(2/4/16), "all current CA. bail bond customers are under the 10% rate program because the 8% program was abandoned in 2009."

It appears that the Company will need to address the rate impact change made in effective January 1, 2009 at this time prior to any further review of the proposed Rule Change Filing.

As noted in Item #6 of the Company's letter (2/4/16), the Company did not include the statewide overall rate impact of the proposed changes. The Company only provided the reduction in the gross premiums for 2015 and 2014.

The Company will need to calculate the overall rate impact from 1/1/2009 forward.

We are not in a position to recommend approval of the proposed filing at this time. Please respond via SERFF by February 18, 2016.

Sincerely,

Mary Hiltgen, CPCU, AU
Associate Insurance Rate Analyst
Califor nia Dept. of Insurance
Rate Regulation Branch – RFLA3 (Los Angeles)

# LEXINGTON NATIONAL INSURANCE CORPORATION
## NAIC# 37940

———————

SCHEDULE OF PREMIUMS

for

BAIL BONDS written in the STATE OF CALIFORNIA

———————

Item 1.        **STATE BAIL BONDS - GENERAL**

The premium charged shall be 10% of the penal amount, with a minimum premium of $50.00

Item 2.        **STATE BAIL BONDS – 8% PREFERRED RATE**

The premium charged shall be 8% of the penal amount, with a minimum premium of $50.00 if any of the following are satisfied:

Qualified Union Members. If (a) the defendant, (b) any indemnitor, or (c) the defendant's or indemnitor's, parent, spouse or child, is an active union member; or

Active or Former Military. If (a) the defendant, (b) any indemnitor, or (c) the defendant's or indemnitor's parent, spouse or child, is currently serving or has been honorably discharged from any branch of the United States Armed Services; or

Senior Citizen. The (a) defendant or (b) any indemnitor is age 60 or older; or

Law Enforcement. If (a) the defendant, (b) any indemnitor, or (c) the defendant's or indemnitor's parent, spouse or child, is an active duty or retired law enforcement officer; or

Private Counsel. Private defense counsel is retained for the defendant either prior to or within 10 days of the bond being posted; or

Full Payment of Bail Bond Premium. The full premium is paid before the bond is posted; or

Full Collateral. Cash collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond is provided before the bond is posted.

Item 3.        **STATE BAIL BONDS – 7% PREFERRED RATE**

The premium charged shall be 7% of the penal amount, with a minimum premium of $50.00 if at least two of the following are satisfied:

Private Counsel. Private defense counsel is retained for the defendant either prior to or within 10 days of the bond being posted; and/or

Full Payment of Bail Bond Premium. The full premium is paid before the bond is posted; and/or

Full Collateral. Cash collateral of at least 50% of the penal amount of the bond, or deed(s) of trust on real property with equity of at least 100% of the penal amount of the bond is provided before the bond is posted.

Item 4.       **<u>FEDERAL BAIL BONDS</u>**

The premium charged shall be 12% of the penal amount plus $10.00, with a minimum premium of $50.00

Item 5.       **<u>FEDERAL IMMIGRATION BONDS</u>**

The premium charged shall be 12% of the penal amount plus $10.00, with a minimum premium of $50.00

These rates must be charged by all Lexington National Insurance Corporation agents in California.

Effective Date:  January 1, 2016

f:\lnic\californ\rate-2016

# Exhibit 31

*Lexington National Insurance Company*
***Rule filing 06-8729***
*Filed: August 26, 2009*
*Effective: September 11, 2009*
*Excerpted to include cover pages and rate schedule only.*





This Filing has been marked as public access.

Ca

View General Instructions V

**Product Name:** Federal Bail and Immigration Bonds
**SERFF Tr Num:** LNIC-126282141
**SERFF Status:** Closed-Attached
**TOI:** 24.0 Surety
**State Tr Num:** 06-8729
**State Status:** Attached
**Sub-TOI:** 24.0000 Surety
**Co Tr Num:** 2009-CA
**Co Status:**
**Filing Type:** Rule
**Date Submitted:** 08/26/2009
**Disposition Date:** 09/11/2009
**Effective Date Requested (New):** On Approval
**Authors:** Kim Marzullo, Erika Douglas
**Effective Date Requested (Renewal):** On Approval

General Information | Form Schedule | Rate/Rule Schedule | Supporting Documentation | State Specific | Companies and Contact | Filing Fees | Filing Correspondence

| | | | |
|---|---|---|---|
| **Project Name:** | | **Project Number:** | 2009-CA |
| **Status of Filing in Domicile:** | Authorized | | |
| **Domicile Status Comments:** | | | |
| **Filing Status Changed:** | 09/11/2009 | **State Status Changed:** | 09/09/2009 |
| **Company Status Changed:** | | **Deemer Date:** | |
| **Reference Organization:** | | **Reference Number:** | |
| **Reference Title:** | | **Advisory Org. Circular:** | |
| **Assigned To:** | Jerome Tu (primary) | | |
| **Created By:** | Erika Douglas | **Submitted By:** | Erika Douglas |
| **Corresponding Filing Tracking Number:** | | | |
| **Filing Description:** | The Company is withdrawling its rule to charge annual renewal premiums in order to standardize its Federal and Immigration bond rules across the country. | | |

Add Authors | Update | Create Reminder | Move to Workfolder | PDF Pipeline | Cl

SERFF Release 7.50.4 © Copyright 1997-2020, National Association of Insurance Commissioners. All Rights Reserved. Terms a

This Filing has been marked as public access.

Ca

View General Instructions V

**Product Name:** Federal Bail and Immigration Bonds
**TOI:** 24.0 Surety
**Sub-TOI:** 24.0000 Surety
**Filing Type:** Rule
**Effective Date Requested (New):** On Approval
**Effective Date Requested (Renewal):** On Approval

**SERFF Tr Num:** LNIC-126282141
**State Tr Num:** 06-8729
**Co Tr Num:** 2009-CA
**Date Submitted:** 08/26/2009
**Authors:** Kim Marzullo, Erika Douglas

**SERFF Status:** Closed-Attached
**State Status:** Attached
**Co Status:**
**Disposition Date:** 09/11/2009

General Information | Form Schedule | Rate/Rule Schedule | Supporting Documentation | State Specific | Companies and Contact | Filing Fees | Filing Correspondence

Expand All | Collapse All

Sc

**Prior Approval Rate Application**

Description

California Department of Insurance Prior Approval Rate Application

Please complete the attached Prior Approval Rate Application, and submit in both the original Excel format and in PDF.

A rate template is contained in the application, and will populate automatically when the application is properly completed. Alternate rate templates are provided for those situations where templates are required. Please READ THE INSTRUCTIONS.

Again, please submit a PDF copy of the application and any additional templates in addition to the original Excel version. This will facilitate our processing needs and the PDF Pipeline.

Thanks for your cooperation!

- Rate Application Instructions.pdf
- PriorApprovalRateApplication072809.xls
- PriorApprovalRateTemplate072809.xls
- PriorApprovalRateTemplateMulti072809.xls
- PriorApprovalRateTemplatePPA072809.xls
- CHANGE LOG.pdf

- Prior Approval Rate Application - CA.pdf
- PriorApprovalRateApplication072809.xls

**Submitted**
Date Submitted: 08/26/2009
By: Erika Douglas

**Icon Legend:** - No Action Taken - Satisfied - Bypassed - User Added - Draft Schedule Item - Open Objection

Add Authors | Update | Create Reminder | Move to Workfolder | PDF Pipeline | Cl

SERFF Release 7.50.4 © Copyright 1997-2020, National Association of Insurance Commissioners. All Rights Reserved. Terms a

# PRIOR APPROVAL RATE APPLICATION

Completed by: **KIM MARZULLO**          Date: **8/26/2009**

Your File #:          2009-CA
( 15 Characters Maximum )
☑ SERFF   ☐ CD (plus 1 paper copy)   ☐ Paper (1 original plus 1 copy)

Does this filing include a variance request?  No ▼

Is this a variance request submitted after the prior approval application to which it applies?  No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?  No ▼

Note: Complete page 2 if this is a group filing

Is this a specialty filing?  No ▼

Latest applicable CDI file number in this line, subline and/or program:

Company Name   LEXINGTON NATIONAL INSURANCE CORPORATION

NAIC Company Code   37940

Group Name _____

NAIC Group Code _____

Organized under the Laws of the State of   MARYLAND

Line Code for this Line of Insurance:   24.0 ▼

Line of Insurance:  SURETY                    Subline _____

Program  BAIL AND IMMIGRATION BONDS

Home Office  200 E. LEXINGTON STREET, SUITE 501, BALTIMORE, MD 21202

Name and Title of Contact Person    KIM MARZULLO, VP

Toll Free Phone No.: 888-888-2245          Fax No.: 410-625-0865

Email Address   kmarzullo@lexingtonnational.com

Mailing Address   200 E. LEXINGTON STREET, SUITE 501, BALTIMORE, MD 21202

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correc

| Authorized Signature | Date of Filing | Telephone Number |
|---|---|---|
| *(signature)* | 8/26/09 | (410)625-0800 |

**Important note: Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.**

---

**DEPARTMENT USE ONLY**

Filing No.: _____

SERFF No.: _____

Date Filed: _____

Compliance Date: _____

Date Public Notified: _____

Deemer Date: _____

Intake Analyst: _____

Bureau & Senior: _____

Group Filing:          Yes ☐     No ☐

X-Reference No.: _____

☐ Rate   ☐ New Program   ☐ Rule

☐ Form   ☐ Variance   ____ % Change

---

# LEXINGTON NATIONAL INSURANCE CORPORATION
## NAIC# 37940

---

SCHEDULE OF PREMIUMS

for

BAIL BONDS written in the STATE OF CALIFORNIA

---

Item 1.   **STATE BAIL BONDS - GENERAL (Existing Program)**

Bonds up to and including $500.00 in liability
charge minimum of $50.00, plus $10.00

Bonds over $500.00 in liability
charge 10% of the penal amount, plus $10.00

Item 2.   **STATE BAIL BONDS - QUALIFIED UNIONS & PRIVATE DEFENSE COUNSEL**

Discontinued Program

Item 3.   **BAIL BOND - FEDERAL**

Bonds for all liability amounts will be
charged 12% of the penal amount, plus $10.00 *

A minimum charge of $50.00 applies to all bonds.

Item 4.   **FEDERAL IMMIGRATION**

Bonds for all liability amounts will be
charged 12% of the penal amount, plus $10.00 *

A minimum charge of $50.00 applies to all bonds.

*NOTE:  The $10.00 per bond fee should not be included in the calculation of the minimum premium.

f:\lnic\californ\rate-2009

# Exhibit 32

*Lexington National Insurance Company*
*Rule filing 03-3414*
*Filed: May 19, 2003*
*Effective: July 22, 2003*
*Excerpted to include cover pages and rate schedule only.*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov

# LAV



July 16, 2003

**FILE SCANNED**
**DATE:** _01-28-08_
**INITIALS:** _M_

Lexington National Insurance Company
c/o Aguilar & Sebastinelli
attn.: John A. Sebastinelli, Esq.
1700 California St. Suite 400
San Francisco, CA 94109-4586

RE: **APPROVAL OF APPLICATION**

LEXINGTON NATIONAL INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 03-3414 |
| **Insurer File No(s).:** | 9013 |
| **Line(s) of Insurance:** | Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. LEXINGTON NATIONAL INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. LEXINGTON NATIONAL INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, LEXINGTON NATIONAL INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

*Doug Barker* by T. Gomez
Doug Barker, Bureau Chief
LA-3 Rate Filing Bureau
Telephone (213) 346-6786
Facsimile (213) 897-6181

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

APPLICATION FOR APPROVAL OF
INSURANCE RATES

Your file #:    9013.10
                (15 characters maximum)

_x_ Original  _x_ Copy 1  _x_ Copy 2

Does this file contain group data? Yes ___ No _x_

Is this a specialty filing? Yes ___ No _x_

**Note:  A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

N/A

| Department Use Only |
|---|
| FILING NO.:  03-3414 |
| DATE FILED:  5-19-03 |
| COMPLIANCE DATE:  5-20-03 |
| DATE PUBLIC NOTIFIED:  5-23-03 |
| DEEMER DATE:  7-22-03 |
| INTAKE ANALYST:  Rivera J. |
| BUREAU CODE & SR.:  LA3 - Allin K. |
| GROUP FILING: Yes   (No) |
| X-REFERENCE #: |
| Rate   New Program  (Rule)  Form |
| Both Rate & Form   Class Plan |
| PERCENT CHANGE:   X  % |

Company Name LEXINGTON NATIONAL INSURANCE COPR. Group Name N/A

NAIC Company Code    37940                NAIC Group Code   N/A

Organized Under the Laws of the State of   MARYLAND

Line of Insurance   COMMERCIAL SURETY      Subline      OTHER
                    (as it appears in CA-RA3)            (as it appears in CA-RA3)

                              Program    BAIL BONDS

Home Office   214 East Lexington Street, Baltimore, Maryland  21202

Main Administrative Office in California  N/A

Name and Title of Contact Person   John A. Sebastinelli, Esq.

Toll Free Phone No.: (415 ) 771-9400          Fax No.: (415 ) 771-2700
                    **If not available, collect calls will be made.**

Internet Address (if available):  johnsebastinelli@agseb.com

Mailing Address 1700 California Street, Suite 400, San Francisco, CA  94109

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_John Sebastinelli_                    5/19/03                    (415) 771-9400

Authorized Signature              Date of Filing           Telephone Number

RATE FILING BUREAU - SF

MAY 1 9 2003

05-15-96 ed                      CA-RA1                    STATE OF CALIFORNIA
                                                          DEPARTMENT OF INSURANCE

# LEXINGTON NATIONAL INSURANCE CORPORATION

---

SCHEDULE OF PREMIUMS

for

BAIL BONDS written in the STATE OF CALIFORNIA

---

## STATE BAIL BONDS - GENERAL (Existing Program)

Bonds up to and including $500.00 in liability
charge minimum of $50.00, plus $10.00

Bonds over $500.00 in liability
charge 10% of the penal amount, plus $10.00

## STATE BAIL BONDS - QUALIFIED UNIONS & PRIVATE DEFENSE COUNSEL

Bonds for all liability amounts will be
charged 8% of the penal amount, plus $10.00

A minium charge of $50.00 applies to all bonds.

## BAIL BOND - FEDERAL

Bonds for all liability amounts will be
charged 12% of the penal amount, plus $10.00

A minium charge of $50.00 applies to all bonds.

## FEDERAL IMMIGRATION

Bonds for all liability amounts will be
charged 12% of the penal amount, plus $10.00

A minium charge of $50.00 applies to all bonds.

NOTE:    The $10.00 per bond fee should not be included in the calculation of the
minimum premium.

# Exhibit 33

*Lexon Insurance Company*
***New program filing 11-5648***
*Filed: June 27, 2011*
*Effective: September 13, 2011*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

Completed by: **Andrew G. Smith**     Date: **6/17/2011**

Your File #:     LICSUR-IMM-01
( 15 Characters Maximum)

☐ SERFF    ☐ CD (plus 1 paper copy)    ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?   ☐ No ▼

Is this a variance request submitted after the prior approval application to which it applies?   No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?   No ▼

Note: Complete page 2 if this is a group filing

Is this a specialty filing?   No ▼

Latest applicable CDI file number in this line, subline and/or program:
NA - New Program

Company Name    Lexon Insurance Company

NAIC Company Code    13307

Group Name   J.A. Patterson Group

NAIC Group Code   3488

Organized under the Laws of the State of    Texas

| DEPARTMENT USE ONLY |
|---|
| Filing No.:   11-5648 |
| SERFF No.:   N/A |
| Date Filed:   6/27/11 |
| Compliance Date:   7/8/11 |
| Date Public Notified:   JUL 1 5 2011 |
| Deemer Date:   SEP 1 3 2011 |
| Intake Analyst:   ZAMUDIOM |
| Bureau & Senior:   LA3-7U-8 |
| Group Filing:   Yes ☐   No ☒ |
| X-Reference No.: _____ |
| ☐ Rate   ☒ New Program   ☐ Rule |
| ☐ Form   ☐ Variance   0 % Change |

Line Type   | COMMERCI ▼ |

Subline ~~Surety~~   Other

Line of Insurance: | SURETY ▼ |

Program ~~Immigration~~   Bail Bonds

Home Office   10002 Shelbyville Road, Ste. 100; Louisville, KY 40223

Name and Title of Contact Person    John A. Sebastinelli, Esq.

Toll Free Phone No.: 415.882.7770      Fax No.: 415.882.1570

Email Address    jsebastinelli@mrllp.com

Mailing Address    455 Market Street, Suite 1420, San Francisco, CA 94105

RATE FILING BUREAU--SF

JUN 2 7 2011

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correct.

_____     June 27, 2011      415.882.7770
Authorized Signature       Date of Filing      Telephone Number

**Important note:** Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.



# MICHELMAN & ROBINSON, LLP

ATTORNEYS AT LAW



**JOHN A. SEBASTINELLI**
jsebastinelli@mrllp.com

San Francisco Office
455 Market Street, Suite 1420
San Francisco, CA 94105
P 415.882.7770  F 415.882.1570  www.mrllp.com

June 27, 2011

**VIA HAND DELIVERY**

John R. Said,
Senior Insurance Rate Analyst
Rate Filing Bureau
California Department of Insurance
45 Fremont Street, 23rd Floor
San Francisco, California 94105

> Re      Lexon Insurance Company
>         Prior Approval Rate Application -
>         **New Program - Bail Bonds**
>         Our File No   5543-0002

Dear John

On behalf of Lexon Insurance Company, I enclose herewith an original and one copy of the above-referenced application

This is a new program filing for a bail bond program.

Please direct any correspondence regarding this filing to the undersigned.  Thank you for your attention to this matter.

Sincerely,
**MICHELMAN & ROBINSON, LLP**

John A  Sebastinelli
Partner

JAS kc

Encs

RATE FILING BUREAU---SF

JUN 2 7 2011

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

Los Angeles   |   Orange County   |   Sacramento   |   San Francisco   |   New Jersey   |   New York



June 22, 2011


California Department of Insurance
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, California 94105

     RE:   Application for Prior Approval Rate Application
               New Program for Bail Bonds

Dear Sirs:

This serves to advise that John A. Sebastinelli, Esq. of Michelman & Robinson, LLP is
hereby authorized to represent Lexon Insurance Company (NAIC #13307) before the
California Department of Insurance in connection with the above-referenced application.

If you have any questions, please contact me at your convenience.

Sincerely,

Craig H. Krahl
VP & COO
Bond Safeguard Insurance Company
ckrahl@lexonsurety.com




RATE FILING BUREAU—SF

JUN 2 7 2011

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

# BOND SAFEGUARD INSURANCE COMPANY
## CALIFORNIA
### BAIL-BOND PROGRAM
### RATES AND RULES

## Bail Bonds

**Preferred Rate:**             **8%** of Penal Amount

If referred by attorney, or defendant or indemnitor is on a fixed income, union member, current or retired local, state or federal government employee or military, homeowner, student, or Native American.

**Standard Rate** (for all other bail bonds):      **10%** of Penal Amount

**$50.00 Minimum** for any bond, regardless of penal amount.

**Premium Calculation:**      Premium is calculated by multiplying the face amount of the bond by the percentage rate listed above. The bail bond agent will pay to the Surety the rate set by the bail bond agent's contract with the Surety. Premium is fully earned at the time the bond is issued.

**Return Premium:**      If the bond amount is decreased or the bond is exonerated, premium will not be returned. If the defendant is returned to early custody as initiated by the bail bond agent, any return premium, as established by the Court, will be refunded.

**Increased Exposure:**      If the bond amount is increased by the Court and the bail bond agent agrees to re-write the bond, an additional premium is charged. Additional premium is calculated by multiplying the added exposure by the percentage rate listed above.

**Renewal Premium:**      Premium charged is an annual premium and renewal premium shall be charged each anniversary date. Any bail bond that has not been exonerated by the court one (1) year from the date of issuance shall be charged an additional premium equal to the original premium amount.

**Bond Safeguard Insurance Company**
P.O. Box 1208
Mt. Juliet, TN 37076-1425
615-690-0351 (Phone)  615-250-3044 (Fax)          (Place Bail Agent's Address Stamp Above)

# BAIL-BOND RATES

## Bail Bonds

**$50.00 Minimum** for any bond, regardless of penal amount.

**8% of Penal Amount** if referred by attorney, or defendant or indemnitor is on a fixed income, union member, current or retired local, state or federal government employee or military, homeowner, student, or native American.

**10% of Penal Amount** for all other bail bonds.

- **Premium Calculation:** Premium is calculated by multiplying the face amount of the bond by the percentage rate listed above. The bail bond agent will pay to the Surety the rate set by the bail bond agent's contract with the Surety. Premium is fully earned at the time the bond is issued.

- **Return Premium:** If the bond amount is decreased or the bond is exonerated, premium will not be returned. If the defendant is returned to early custody as initiated by the bail bond agent, any return premium, as established by the Court, will be refunded.

- **Increased Exposure:** If the bond amount is increased by the Court and the bail bond agent agrees to re-write the bond, an additional premium is charged. Additional premium is calculated by multiplying the added exposure by the percentage rate listed above.

- **Renewal Premium:** Premium charged is an annual premium and renewal premium shall be charged each anniversary date. Any bail bond that has not been exonerated by the court one (1) year from the date of issuance shall be charged an additional premium equal to the original premium amount.

## EFFECTIVE DATE OF THIS NOTICE: _____

---

### NOTE

ALL AGENTS OF BOND SAFEGUARD INSURANCE COMPANY MUST CHARGE THESE FILED RATES. THESE RATES ARE FOR PREMIUM ONLY, AND DO NOT INCLUDE OTHER EXPENSES INCURRED, SUCH AS TELEPHONE, POSTING FEES, APPRAISALS OR LOT-BOOK REPORTS, TRAVEL AND OTHER MISCELLANEOUS EXPENSES.

---

**ALL AGENTS: PLEASE POST THIS RATE CHART IN PUBLIC VIEW IN YOUR OFFICE**

# Exhibit 34

*Crum & Forster Indemnity Company*
*The North River Insurance Company*
*United States Fire Insurance Company*
***Form and rule filings 13-3655;13-3656;13-3657***
*Filed: May 7, 2013*
*Effective: July 11, 2013*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Companies: | Crum & Forster Indemnity Company |
| | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | BAIL BOND |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 05/07/2013 |
| SERFF Tr Num: | CRUM-129018663 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 13-3655;13-3656;13-3657 |
| State Status: | Approved |
| Co Tr Num: | BAIL2013-R-CA |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Leonard Traiman |
| Reviewer(s): | Ashok Viswanathan (primary), Jerome Tu |
| Disposition Date: | 07/11/2013 |
| Disposition Status: | Approved |
| Effective Date (New): | 07/11/2013 |
| Effective Date (Renewal): | 07/11/2013 |

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | BAIL BOND |
| **Project Name/Number:** | BAIL BOND RULE/ |

**First Filing Company:** Crum & Forster Indemnity Company, ...

# General Information

Project Name: BAIL BOND RULE

Project Number:

Reference Organization:

Reference Title:

Filing Status Changed: 07/11/2013

State Status Changed: 07/11/2013

Created By: Leonard Traiman

Corresponding Filing Tracking Number: 13-2397;13-2398;13-2399

Status of Filing in Domicile: Not Filed

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 07/23/2013

Submitted By: Leonard Traiman

Filing Description:

We are filing a change to our Bail Bond Rule to remove language regarding miscellaneous fees/expenses.

# Company and Contact

### Filing Contact Information

Leonard Traiman,

305 Madison Avenue

Morristown, NJ 07960

ltraiman@cfins.com

973-326-7319 [Phone]

973-490-6062 [FAX]

### Filing Company Information

| | | |
|---|---|---|
| Crum & Forster Indemnity Company | CoCode: 31348 | State of Domicile: Delaware |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-2868548 | |

| | | |
|---|---|---|
| The North River Insurance Company | CoCode: 21105 | State of Domicile: New Jersey |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-1964135 | |

| | | |
|---|---|---|
| United States Fire Insurance Company | CoCode: 21113 | State of Domicile: Delaware |
| 305 MADISON AVENUE | Group Code: 158 | Company Type: |
| MORRISTOWN, NJ 07962 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 13-5459190 | |

# Filing Fees

Fee Required? No

Retaliatory? No

Fee Explanation:

| | | | |
|---|---|---|---|
| **SERFF Tracking #:** | CRUM-129018663 | **State Tracking #:** 13-3655;13-3656;13-3657 | **Company Tracking #:** BAIL2013-R-CA |

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | BAIL BOND |
| **Project Name/Number:** | BAIL BOND RULE/ |

| | |
|---|---|
| **First Filing Company:** | Crum & Forster Indemnity Company, ... |

# State Specific

Variance Requested? (Yes/No): No




# BAIL BOND RATES
# CALIFORNIA

| **STATE BONDS** | **CHARGE** |
|---|---|
| A. BONDS UP TO AND INCLUDING $500.00 IN LIABILITY.................……...……………...………......... | $50.00 |
| B. BONDS IN EXCESS OF $500.00 IN LIABILITY......…......…... | 10% OF THE PENAL AMOUNT |

| **FEDERAL BONDS** | **CHARGE** |
|---|---|
| C. BONDS UP TO AND INCLUDING $350.00 IN LIABILITY.................……...……………...………......... | $50.00 |
| D. BONDS IN EXCESS OF $350.00 IN LIABILITY....................…... | 12% OF THE PENAL AMOUNT |

### QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY

Bonds up to and including $600.00 in liability may be charged at $50.00

Bonds in excess of $600.00 in liability may be charged based on 8% of the penal liability

**Qualified Union** is any union in which the defendant or indemnitor are members.

**Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

**Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

**Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

### ATTORNEY REFERALS WITH FULL PREMIUM

Bonds up to and including $700.00 in liability may be charged at $50.00

Bonds in excess of $700.00 in liability may be charged based on 7% of the penal liability

**NOTE**

THESE RATES MUST BE CHARGED BY ALL AGENTS OF UNITED STATES FIRE INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY AND CRUM & FORSTER INDEMNITY COMPANY.

**\* FEDERAL BOND RATES ONLY APPLY TO UNITED STATES FIRE INSURANCE COMPANY**

United States Fire Insurance Company
The North River Insurance Company
Crum & Forster Indemnity Company

# Exhibit 35

*Crum & Forster Indemnity Company*
*The North River Insurance Company*
*United States Fire Insurance Company*
**Rule filings 12-724;12-725;12-726**
*Filed: January 19, 2012*
*Effective: April 25, 2012*
*Excerpted to include cover pages and rate schedule only.*

**SERFF Tracking #:** CRUM-127966660    **State Tracking #:** 12-724;12-725;12-726    **Company Tracking #:** BB2012

---

**State:** California        **First Filing Company:** Crum & Forster Indemnity Company, ...
**TOI/Sub-TOI:** 24.0 Surety/24.0000 Surety
**Product Name:** BAIL BOND 2012
**Project Name/Number:** BB2012/

# Filing at a Glance

| | |
|---|---|
| Companies: | Crum & Forster Indemnity Company |
| | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | BAIL BOND 2012 |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 01/19/2012 |
| SERFF Tr Num: | CRUM-127966660 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 12-724;12-725;12-726 |
| State Status: | Approved |
| Co Tr Num: | BB2012 |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | |
| Reviewer(s): | Mary Hiltgen (primary), Jerome Tu |
| Disposition Date: | 04/25/2012 |
| Disposition Status: | Approved |
| Effective Date (New): | 04/25/2012 |
| Effective Date (Renewal): | 04/25/2012 |

---

| | |
|---|---|
| *State:* | California |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety |
| *Product Name:* | BAIL BOND 2012 |
| *Project Name/Number:* | BB2012/ |

*First Filing Company:* Crum & Forster Indemnity Company, ...

# General Information

| | |
|---|---|
| Project Name: BB2012 | Status of Filing in Domicile: |
| Project Number: | Domicile Status Comments: |
| Reference Organization: | Reference Number: |
| Reference Title: | Advisory Org. Circular: |
| Filing Status Changed: 04/25/2012 | |
| State Status Changed: 04/25/2012 | Deemer Date: 04/03/2012 |
| Created By: Sharon Smith | Submitted By: Sharon Smith |
| Corresponding Filing Tracking Number: | |

Filing Description:

We are filing to included a discounted rate of 7% of the penal amount of the bond for bonds that have FULL premium paid at the time of sale.

# Company and Contact

### Filing Contact Information

Sharon D. Smith, Regulatory Compliance Analyst

305 MADISON AVENUE

MORRISTOWN, NJ 07962

sharon_smith@cfins.com

973-490-6788 [Phone]

973-490-6062 [FAX]

### Filing Company Information

| | | |
|---|---|---|
| Crum & Forster Indemnity Company | CoCode: 31348 | State of Domicile: Delaware |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-2868548 | |
| | | |
| The North River Insurance Company | CoCode: 21105 | State of Domicile: New Jersey |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-1964135 | |
| | | |
| United States Fire Insurance Company | CoCode: 21113 | State of Domicile: Delaware |
| 305 MADISON AVENUE | Group Code: 158 | Company Type: |
| MORRISTOWN, NJ 07962 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 13-5459190 | |

# Filing Fees

| | |
|---|---|
| Fee Required? | No |
| Retaliatory? | No |
| Fee Explanation: | |

**SERFF Tracking #:** CRUM-127966660  **State Tracking #:** 12-724;12-725;12-726  **Company Tracking #:** BB2012

**State:** California  **First Filing Company:** Crum & Forster Indemnity Company, ...
**TOI/Sub-TOI:** 24.0 Surety/24.0000 Surety
**Product Name:** BAIL BOND 2012
**Project Name/Number:** BB2012/

# State Specific

Variance Requested? (Yes/No): no

# BAIL BOND RATES
# CALIFORNIA

| **STATE BONDS** | **CHARGE** |
|---|---|

A.  BONDS UP TO AND INCLUDING $500.00
    IN LIABILITY.....................…….….…………….……….........     $50.00

B.  BONDS IN EXCESS OF $500.00 IN LIABILITY.....…….........….   10% OF THE PENAL AMOUNT

| **FEDERAL BONDS** | **CHARGE** |
|---|---|

C.  BONDS UP TO AND INCLUDING $350.00
    IN LIABILITY.....................…….….…………….……….........     $50.00

D.  BONDS IN EXCESS OF $350.00 IN LIABILITY....................….   12% OF THE PENAL AMOUNT

## QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY

Bonds up to and including $600.00 in liability may be charged at $50.00

Bonds in excess of $600.00 in liability may be charged based on 8% of the penal liability

> **Qualified Union** is any union in which the defendant or indemnitor are members.

> **Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

> **Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

> **Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

## ATTORNEY REFERALS WITH FULL PREMIUM

Bonds up to and including $700.00 in liability may be charged at $50.00

Bonds in excess of $700.00 in liability may be charged based on 7% of the penal liability

**NOTE**

THESE RATES MUST BE CHARGED BY ALL AGENTS OF UNITED STATES FIRE INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY AND CRUM & FORSTER INDEMNITY COMPANY. THESE RATES ARE FOR PREMIUM ONLY, AND DO NOT INCLUDE OTHER EXPENSES INCURRED, SUCH AS TELEPHONE, POSTING FEES, APPRAISALS OR LOT BOOK REPORTS, TRAVEL AND OTHER MISCELLANEOUS EXPENSES

**\* FEDERAL BOND RATES ONLY APPLY TO UNITED STATES FIRE INSURANCE COMPANY**

United States Fire Insurance Company
The North River Insurance Company
Crum & Forster Indemnity Company

# Exhibit 36

*The North River Insurance Company*
*United States Fire Insurance Company*
***Form and rule filings 07-4496;07-4497***
*Filed: May 4, 2007*
*Effective: August 15, 2007*
*Excerpted to include cover pages and rate schedule only.*

**SERFF Tracking #:** CRUM-125171711    **State Tracking #:** 07-4496;07-4497    **Company Tracking #:**

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | CABAIL07 |
| **Project Name/Number:** | / |

**First Filing Company:** The North River Insurance Company, ...

# Filing at a Glance

| | |
|---|---|
| Companies: | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | CABAIL07 |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Form/Rate/Rule |
| Date Submitted: | 05/04/2007 |
| SERFF Tr Num: | CRUM-125171711 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 07-4496;07-4497 |
| State Status: | Approved |
| Co Tr Num: | |
| | |
| Effective Date Requested (New): | 06/01/2007 |
| Effective Date Requested (Renewal): | 06/01/2007 |
| Author(s): | Leonard Traiman |
| Reviewer(s): | Michael Jones (primary), Ken Allen |
| Disposition Date: | 08/15/2007 |
| Disposition Status: | Approved |
| Effective Date (New): | 08/15/2007 |
| Effective Date (Renewal): | 08/15/2007 |

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | CABAIL07 |
| **Project Name/Number:** | / |

**First Filing Company:** The North River Insurance Company, ...

# General Information

| | |
|---|---|
| Project Name: | Status of Filing in Domicile: Not Filed |
| Project Number: | Domicile Status Comments: |
| Reference Organization: | Reference Number: |
| Reference Title: | Advisory Org. Circular: |
| Filing Status Changed: 08/15/2007 | |
| State Status Changed: 08/15/2007 | Deemer Date: 08/28/2007 |
| Created By: Ruth Overholser | Submitted By: Ruth Overholser |
| Corresponding Filing Tracking Number: | |

Filing Description:

Our current rate for state bonds is 10% of the penal amount of the bond. We wish to amend our filing to offer an 8% charge for qualified union members, cases with private defense counsel, government employees and full collateral with Real Property. The 10% charge will remain the same for all others except federal bonds, which will remain at 12%. Please refer to the attached manual rule that reflects these revised rates.

In addition we are filing four endorsements for use with this program. Enclosed are copies of forms S-0099aNR, S-0099aUS, S-0099U and S-00999T.

# Company and Contact

### Filing Contact Information
Ruth A. Overholser, Regulatory Compliance ruth_overholser@cfins.com
Analyst

| | |
|---|---|
| 305 MADISON AVENUE | 973-490-6698 [Phone] |
| MORRISTOWN, NJ 07962 | 973-490-6062 [FAX] |

### Filing Company Information

| | | |
|---|---|---|
| The North River Insurance Company | CoCode: 21105 | State of Domicile: New Jersey |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6476 ext. [Phone] | FEIN Number: 22-1964135 | |

| | | |
|---|---|---|
| United States Fire Insurance Company | CoCode: 21113 | State of Domicile: Delaware |
| 305 MADISON AVENUE | Group Code: 158 | Company Type: |
| MORRISTOWN, NJ 07962 | Group Name: | State ID Number: |
| (973) 490-6476 ext. [Phone] | FEIN Number: 13-5459190 | |

# Filing Fees

| | |
|---|---|
| Fee Required? | No |
| Retaliatory? | No |
| Fee Explanation: | |

# BAIL BOND RATES
### (revised)

# STATE OF CALIFORNIA

**STATE BONDS:**

Bonds up to and including $500 in liability:                    $50

Bonds in excess of $500 in liability:              10% of the penal liability

**FEDERAL BONDS:**

Bonds up to and including $350 in liability:                    $50

Bonds in excess of $350 in liability:              12% of the penal liability

**QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY**

Bonds up to and including $600 in liability may be charged at $50

Bonds in excess of $600 in liability may be charged based on 8% of the penal liability

**Qualified Union** is any union in which the defendant or indemnitor are members.

**Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

**Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

**Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

# Exhibit 37

*The North River Insurance Company*
*United States Fire Insurance Company*
***Form and rule filings 06-1938; 06-1939***
*Filed: March 11, 2006*
*Effective: May 10, 2006*
*Excerpted to include cover pages and rate schedule only.*

| SERFF Tracking #: | USPH-6MSK3C478/00-00/00-00/00 | State Tracking #: | 06-1938; 06-1939 | Company Tracking #: | USF/TNR-FRRU-2006CA |
| --- | --- | --- | --- | --- | --- |

| State: | California | First Filing Company: | The North River Insurance Company, ... |
| --- | --- | --- | --- |
| TOI/Sub-TOI: | 24.0 Surety/24.0000 Surety | | |
| Product Name: | USF-TNR-FRRU-BB-2006CA | | |
| Project Name/Number: | USF/TNR-FRRU-BB-2006CA/USF/TNR-FRRU-BB-2006CA | | |

# Filing at a Glance

| | |
| --- | --- |
| Companies: | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | USF-TNR-FRRU-BB-2006CA |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Form and/or Rule (No Rate Impact) |
| Date Submitted: | 03/11/2006 |
| SERFF Tr Num: | USPH-6MSK3C478/00-00/00-00/00 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 06-1938; 06-1939 |
| State Status: | Approved |
| Co Tr Num: | USF/TNR-FRRU-2006CA |
| | |
| Effective Date Requested (New): | 06/15/2006 |
| Effective Date Requested (Renewal): | |
| Author(s): | |
| Reviewer(s): | Michael Jones (primary), Ken Allen |
| Disposition Date: | 05/10/2006 |
| Disposition Status: | Approved |
| Effective Date (New): | 06/15/2006 |
| Effective Date (Renewal): | 06/15/2006 |

# General Information

Project Name: USF/TNR-FRRU-BB-2006CA

Project Number: USF/TNR-FRRU-BB-2006CA

Reference Organization:

Reference Number:

Reference Title:

Filing Status Changed: 05/10/2006

State Status Changed: 05/10/2006

Created By: Mallika Mabbu

Corresponding Filing Tracking Number:

Status of Filing in Domicile:

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 05/23/2006

Submitted By: Mallika Mabbu

Filing Description:

# Company and Contact

## Filing Contact Information

Mallika Mabbu,

10350 Richmond Avenue

Suites 300 & 250

Houston, TX 77042

mmabbu@FairmontSpecialty.com

713-954-8357 [Phone]

## Filing Company Information

The North River Insurance Company

305 Madison Avenue

Morristown, NJ 07960

(973) 490-6476 ext. [Phone]

CoCode: 21105

Group Code: 158

Group Name:

FEIN Number: 22-1964135

State of Domicile: New Jersey

Company Type:

State ID Number:

United States Fire Insurance Company

305 MADISON AVENUE

MORRISTOWN, NJ 07962

(973) 490-6476 ext. [Phone]

CoCode: 21113

Group Code: 158

Group Name:

FEIN Number: 13-5459190

State of Domicile: Delaware

Company Type:

State ID Number:

# Filing Fees

Fee Required?          No

Retaliatory?           No

Fee Explanation:       N



**BAIL SURETY**
The North River Insurance Company
10777 Westheimer Road, Suite 500 (77042)
P.O. Box 2807 - Houston, Texas  77252-2807
(713) 954-8100    (713) 954-8389 FAX

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# BAIL BOND RATES

THE FOLLOWING RATES WILL BE CHARGED ON BAIL BONDS:

CALIFORNIA BAIL BOND PREMIUMS WILL BE CHARGED
AT A RATE OF 10% OF THE PENAL AMOUNT OF THE BOND.

FEDERAL BAIL BOND PREMIUMS WILL BE CHARGED AT A RATE
OF 12% OF THE PENAL AMOUNT OF THE BOND.

MINIMUM PREMIUMS ARE AS FOLLOWS:
CALIFORNIA BAIL BONDS  $50.00
FEDERAL BAIL BONDS  $60.00

EFFECTIVE DATE OF THIS NOTICE_____JULY 1, 1994_____

## NOTE

These rates must be charged by ALL agents of THE NORTH RIVER INSURANCE COMPANY. These rates are for premium only, and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses.

**ALL AGENTS:** Please post this rate chart in public view in your office.

S-0008NR  (01/06)

# Exhibit 38

*Philadelphia Reinsurance Corporation*
***New program filing 16-3207***
*Filed: May 27, 2016*
*Effective: August 2, 2016*
*Excerpted to include cover pages and rate schedule only.*

| | | | |
|---|---|---|---|
| **State:** | California | **Filing Company:** | Philadelphia Reinsurance Corporation |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | Bail Bonds Program | | |
| **Project Name/Number:** | New Program/PRC-SU-BB-CA-1601 | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Philadelphia Reinsurance Corporation |
| Product Name: | Bail Bonds Program |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | New Program |
| Date Submitted: | 05/27/2016 |
| SERFF Tr Num: | PERR-130591758 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 16-3207 |
| State Status: | Approved |
| Co Tr Num: | PRC-SU-BB-CA-1601 |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Neresa Torres, Paula Rossman |
| Reviewer(s): | Veronica Kaufman (primary), Jerome Tu |
| Disposition Date: | 08/02/2016 |
| Disposition Status: | Approved |
| Effective Date (New): | 08/02/2016 |
| Effective Date (Renewal): | 08/02/2016 |

| | |
|---|---|
| *State:* | California |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety |
| *Product Name:* | Bail Bonds Program |
| *Project Name/Number:* | New Program/PRC-SU-BB-CA-1601 |

*Filing Company:* Philadelphia Reinsurance Corporation

# General Information

Project Name: New Program
Project Number: PRC-SU-BB-CA-1601
Reference Organization: N/A
Reference Title: N/A
Filing Status Changed: 08/02/2016
State Status Changed: 08/02/2016
Created By: Neresa Torres
Corresponding Filing Tracking Number:

Status of Filing in Domicile:
Domicile Status Comments:
Reference Number: N/A
Advisory Org. Circular: N/A

Deemer Date: 08/09/2016
Submitted By: Paula Rossman

Filing Description:

On behalf of Philadelphia Reinsurance Corporation ("PRC"), we are submitting this new bail bond program filing. The Company is filing an exact me-too of the rates of Seaview Insurance Company (CDI#: 11-6920) along with adding individuals who are members of Association of Retired Persons ("AARP") to the Qualified Bail Bonds section. In addition, our independent forms are attached to this submission for your review.

Enclosed is authorization for Perr&Knight to submit this filing on behalf of the Company.  All correspondence related to this filing should be directed to Perr&Knight. If there are any requests for additional information related to items prepared by the Company, we will forward the request immediately to the Company contact. The Company's response will be submitted to your attention as soon as we receive it.

# Company and Contact

### Filing Contact Information
Neresa Torres, State Filing Analyst III
401 Wilshire Blvd.
Suite 300
Santa Monica, CA 90401

ntorres@perrknight.com
310-889-0950 [Phone]

### Filing Company Information
(This filing was made by a third party - perrandknightactuaryconsultants)

Philadelphia Reinsurance
Corporation
1801 Market Street Suite 500
Philadelphia, PA  19103
(402) 916-3000 ext. [Phone]

CoCode: 12319
Group Code: 31
Group Name: Berkshire Hathaway
Inc
FEIN Number: 23-1620930

State of Domicile:
Pennsylvania
Company Type:
State ID Number:

# Filing Fees

Fee Required?            No
Retaliatory?             No
Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

# PHILADELPHIA REINSURANCE CORPORATION

Bail Bond Rate & Risk Classification Criteria

The following rates will be charged on all bail bonds

State of California

**State Bonds:**

All bail bonds, except Qualified Bail Bonds as defined below, are to be rated as follows:

• Bonds up to and including $499.00 in liability will be charged $50.00.
• Bonds over $499.00 in liability will be charged 10% of the penal amount.

**Qualified Bail Bonds:**

Bail bonds may be qualified for preferred rating in the following circumstances:

• Individuals who have retained counsel;
• Individuals who are members of a qualified labor union;
• Individuals who are members of Association of Retired Persons ("AARP"); and
• Individuals who are active duty members of the U.S. Armed Services, who are veterans of the U.S. Armed Services, and who are immediate families of active duty and veteran members of the U.S. Armed Services. Immediate families are defined as parents, children, and spouses.

Qualified Bail Bonds are to be rated as follows:

• Bonds up to and including $600.00 in liability will be charged $50.00.
• Bonds over $600.00 in liability will be charged 8% of the penal amount.

**Bail Bond Minimum Premium:**
A minimum premium charge of $50.00 applies per bond.

# Exhibit 39

*Ulico Standard of America (Seaveiw Surety Holding, Inc.)*
***New program filing 11-6920***
*Filed: July 29, 2011*
*Effective: October 18, 2011*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

Completed by: Francis E. Lauricella     Date: 7/18/2011

Your File #: _____
( 15 Characters Maximum)

☐ SERFF   ☐ CD (plus 1 paper copy)   ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?   No ▼

Is this a variance request submitted after the prior approval application to which it applies?   No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?   No ▼

Note: Complete page 2 if this is a group filing

Is this a specialty filing?   No ▼

Latest applicable CDI file number in this line, subline and/or program: _____

Company Name     Ulico Standard of America Casualty Company

NAIC Company Code     10004

Group Name     Pending

NAIC Group Code     Pending

Organized under the Laws of the State of     California

**DEPARTMENT USE ONLY**

Filing No.:   11-6920

SERFF No.:   N/A

Date Filed:   7/29/11

Compliance Date:   8/11/11

Date Public Notified:   AUG 1 9 2011

Deemer Date:   OCT 1 8 2011

Intake Analyst:   ZAMUDIOM

Bureau & Senior:   LA3 - TU-S.

Group Filing:   Yes ☐   No ☑

X-Reference No.: _____

☐ Rate   ☑ New Program   ☐ Rule

☐ Form   ☐ Variance   ∅ % Change

Line Type   COMMERCIAL ▼

Subline   None

Line of Insurance:   SURETY   ▼ _____

Program   no ✔

Home Office   1959 Palomar Oaks Way, Suite 200, Carlsbad, CA 92011

Name and Title of Contact Person     Francis E. Lauricella, Jr.

Toll Free Phone No. 415 931-9447

Fax No.: 415 358-5874

RATE FILING BUREAU—SF
JUL 29 2011
STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

Email Address   hlauricella@fl-advisors.com

Mailing Address   475 Gate 5 Road, Suite 320, Sausalito, CA 94965

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correc

| _Francis E. Lauricella_ | July 18, 2011 | 415 931-9447 |
| Authorized Signature | Date of Filing | Telephone Number |

**Important note:** Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.

# DEPARTMENT OF INSURANCE
**Legal Division, Corporate Affairs Bureau**
45 Fremont Street, 24th Floor
San Francisco, CA 94105

Rafael H Gutierrez
Senior Staff Counsel
TEL 415-538-4402
E-Mail Rafael.Gutierrez@insurance.ca.gov
www insurance.ca.gov



May 17, 2011

Robert J. Cerny, Esq.
BARGER & WOLEN LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071

SUBJECT:    Ulico Standard of America Casualty Company (a California Corporation)
- Form A Filing Pursuant to California Insurance Code Section 1215.2,
Regarding the Acquisition of Control of Ulico Standard of America
Casualty Company, by Seaview Surety Holding, LLC (a California LLC)
- IDB # 11-2649; File #APP-2011-00470

Dear Mr. Cerny:

By letter dated March 14, 2011, Seaview Surety Holding, Inc. (hereinafter "Seaview"), filed the
above subject application, accepted for filing on March 16, 2011, by the California Department
of Insurance. Seaview is asking for consent, pursuant to California Insurance Code Section
1215.2, to acquire the issued and outstanding shares of Ulico Standard of America Casualty
Company (hereinafter "Ulico"), from Ullico Inc. (hereinafter "Seller"). Seaview will acquire all
of the 1,000 issued and outstanding shares of common stock, of Ulico, with a par value of
$3,000.00 per share, for approximately $5,800,000.00, in cash (US Currency). The effective
date of the acquisition will be prior to June 30, 2011.

Based upon the information provided in support of this application, the acquisition of control of
Ulico, by Seaview, as described in this application, is hereby approved. This approval is hereby
granted pursuant to the authority of California Insurance Code Section 1215.2 only, and does not
constitute, signify or imply review or approval under any other California Insurance Code section
or any other California Law. Please provide the Department of Insurance, a letter confirming the
sale and transfer of Ulico shares from Seller to Seaview, within 30 days of the completion of the
transaction.

Very truly yours,

Rafael H. Gutierrez
Senior Staff Counsel

Robert J. Cerny, Esq.
May 17, 2011
Page 2


cc:     Louis Quan, FAD-LA
        Ann Tang, FAD-LA
        Himelda Briones, FAD-LA
        Lucia Feng, FAD-LA

# *Ulico Standard of America Casualty Company*

July 18, 2011

The Honorable Dave Jones
Commissioner of Insurance
California State Department of Insurance
45 Fremont Street
San Francisco, CA 94105

Attn:    Filings Intake

Re:    Ulico Standard of America Casualty Company NAIC: 10004
        Surety – Bail Bond Rate & Rule
        Prior Approval Submission
        Company Filing Number:

Ulico Standard of America Casualty Company herein submits for review and approval bail bond rates for inclusion with our currently approved surety underwriting plan.

These rates are an adoption of current bail bond rates approved for use by Danielson National Insurance Company, filing CDI 08-1743.

Bail bond rates are submitted for your review as a manual exception page. The manual page, an explanatory memorandum, and verification of the previously approved filing are included for your review.

Enclosed are two copies of this submission and an acknowledgement copy cover. Please contact me directly by phone or email if you require further information or if you have any questions. Your assistance with this submission is greatly appreciated

Sincerely,

Francis E. Lauricella, Jr.
Chief Financial Officer and Secretary
Ulico Standard of America Casualty Company
415 332-4700 Office
415 358-5874 Fax
415 730-8945 Cell

RATE FILING BUREAU–SF
JUL 20 2011
STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

ULICO STANDARD OF AMERICA
CASUALTY COMPANY

TWO JINN, INC.
GENERAL AGENT
1959 Palomar Oaks Way, Suite 200
Carlsbad, CA 92009
Telephone (800) 808-2245  Fax (760) 431-2698

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# BAIL BOND RATES

THE FOLLOWING RATES WILL BE CHARGED ON ALL BAIL BONDS:

State of California

### State Bonds

Bonds up to and including $499.00 in liability
will be charged $50.00, **plus $15.00**

Bonds over $499.00 in liability will be charged
10% of the penal amount, **plus $15.00**

### Qualified Unions and Private Defense Counsel, Active Duty members of the United States Military Armed Forces, Veterans of the United States Military Armed Forces and Immediate Families of Active Duty and Veteran Members of the Military Armed Forces.

Bonds up to and including $600.00 in liability
will be charged $50.00, **plus $15.00**

Bonds over $600.00 in liability will be charged
8% of the penal amount, **plus $15.00**

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES PER BOND. THE $15.00 SHOULD NOT BE INCLUDED IN THE CALCULATION OF THE MINIMUM PREMIUM

## NOTE

**These rates must be charged by ALL agents of ULICO STANDARD OF AMERICA CASUALTY COMPANY These rates are for premium only, and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses.**

**ALL AGENTS:** Please post this rate chart where it can be seen by the public.

UL-0700 (08-11)

*Ulico Standard of America Casualty Company*

# Bail Bond Rate & Risk Classification Criteria

# The Following Rates Will Be Charged On All Bail Bonds

# State of California

**State Bonds**:

All bail bonds, except Qualified Bail Bonds as defined below, are to be rated as follows:

- Bonds up to and including $499.00 in liability will be charged $50.00, plus $15.00
- Bonds over $499.00 in liability will be charged 10% of the penal amount, plus $15.00

**Qualified Bail Bonds**:

Bail bonds may be qualified for preferred rating in the following circumstances:

- Individuals who have retained counsel;
- Individuals who are members of a qualified labor union; and
- Individuals who are active duty members of the U.S. Armed Services, who are veterans of the U.S. Armed Services, and who are immediate families of active duty and veteran members of the U.S. Armed Services. Immediate families are defined as parents, children, and spouses.

Qualified Bail Bonds are to be rated as follows:

- Bonds up to and including $600.00 in liability will be charged $50.00, plus $15.00
- Bonds over $600.00 in liability will be charged 8% of the penal amount, plus $15.00

**Bail Bond Minimum Premium**:

A minimum premium charge of $50.00 applies per bond. The $15.00 is not included in the calculation of the minimum premium.

# Exhibit 40

*Seneca Insurance Company*
***Rule filing 18-3953***
*Filed: July 24, 2018*
*Effective: October 3, 2018*
*Excerpted to include cover pages and rate schedule only.*

| | | | |
|---|---|---|---|
| **State:** | California | **Filing Company:** | Seneca Insurance Company, Inc. |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | 2018 Bail Bond Rate Filing | | |
| **Project Name/Number:** | / | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Seneca Insurance Company, Inc. |
| Product Name: | 2018 Bail Bond Rate Filing |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rate |
| Date Submitted: | 07/24/2018 |
| SERFF Tr Num: | CRUM-131591082 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 18-3953 |
| State Status: | Approved |
| Co Tr Num: | 2018 BAIL RATE |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | |
| Reviewer(s): | Tina Zhao (primary), Ed Lin |
| Disposition Date: | 10/03/2018 |
| Disposition Status: | Approved |
| Effective Date (New): | 10/03/2018 |
| Effective Date (Renewal): | 10/03/2018 |

| | | |
|---|---|---|
| *State:* | California | |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | *Filing Company:*   Seneca Insurance Company, Inc. |
| *Product Name:* | 2018 Bail Bond Rate Filing | |
| *Project Name/Number:* | / | |

# General Information

Project Name:                                         Status of Filing in Domicile:

Project Number:                                      Domicile Status Comments:

Reference Organization:                          Reference Number:

Reference Title:                                     Advisory Org. Circular:

Filing Status Changed: 10/03/2018

State Status Changed: 10/03/2018                 Deemer Date: 10/02/2018

Created By: Katherine O'Gorman            Submitted By: Katherine O'Gorman

Corresponding Filing Tracking Number:

Filing Description:

On behalf of the listed company, we are filing to mirror our various companies' filed rates that are named in the rate guidelines for Bail Bonds in Seneca Insurance Company, Inc.

Please see the Explanatory Memorandum which provides further detail.

Please note that this is a re submission of filing number CRUM-131583144.

If you have any questions, please feel free to contact me.

Katherine O'Gorman | State Filings Specialist, Product Management
Crum & Forster
305 Madison Avenue | Morristown, NJ 07960 | United States
t +1.973.490.6553
Katherine.O'Gorman@cfins.com | www.cfins.com

# Company and Contact

### Filing Contact Information
Katherine O'Gorman, State Filings Specialist         KO'Gorman@cfins.com

305 Madison Ave                        973-490-6553 [Phone]

Morristown, NJ 07960              973-490-6062 [FAX]

### Filing Company Information
Seneca Insurance Company, Inc.      CoCode: 10936            State of Domicile: New York

160 Water Street                     Group Code: 158          Company Type:

New York, NY 10038-1998         Group Name:             State ID Number:

(212) 344-3000 ext. [Phone]       FEIN Number: 13-2941133

# Filing Fees

Fee Required?              No

Retaliatory?                No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): N/A

# BAIL BOND RATES
# CALIFORNIA

| **STATE BONDS** | **CHARGE** |
|---|---|

A. BONDS UP TO AND INCLUDING $500.00
   IN LIABILITY...................…....…………….....……….......... $50.00

B. BONDS IN EXCESS OF $500.00 IN LIABILITY.....…........…. 10% OF THE PENAL AMOUNT

| **FEDERAL BONDS** | **CHARGE** |
|---|---|

C. BONDS UP TO AND INCLUDING $350.00
   IN LIABILITY...................…....…………….....……….......... $50.00

D. BONDS IN EXCESS OF $350.00 IN LIABILITY....................…. 12% OF THE PENAL AMOUNT

## QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY

Bonds up to and including $600.00 in liability may be charged at $50.00

Bonds in excess of $600.00 in liability may be charged based on 8% of the penal liability

> **Qualified Union** is any union in which the defendant or indemnitor are members.

> **Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

> **Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

> **Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

## ATTORNEY REFERALS WITH FULL PREMIUM

Bonds up to and including $700.00 in liability may be charged at $50.00

Bonds in excess of $700.00 in liability may be charged based on 7% of the penal liability

**NOTE**

> THESE RATES MUST BE CHARGED BY ALL AGENTS OF UNITED STATES FIRE INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY AND SENECA INSURANCE COMPANY, INC.

*FEDERAL BOND RATES ONLY APPLY TO UNITED STATES FIRE INSURANCE COMPANY AND SENECA INSURANCE COMPANY, INC.

United States Fire Insurance Company
The North River Insurance Company
Crum & Forster Indemnity Company
Seneca Insurance Company, Inc.

# Exhibit 41

*Seneca Insurance Company*
***Rule filing 07-6650***
*Filed: October 18, 2007*
*Effective: December 25, 2007*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

**Completed by:** Lois D. Noia     **Date:** 10/16/2007

Your File #:     2007-01-CA
( 15 Characters Maximum)
☐ SERFF    ☐ CD (plus 1 paper copy)    ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?   No ▼

Is this a variance request submitted after the prior approval application to which it applies?   No ▼

If yes, provide the applicable CDI File Number: _____

Does this file contain group data?   No ▼

[Note: Complete page 2 if this is a group filing]

Is this a specialty filing?   No ▼

Latest applicable CDI file number in this line, subline and/or program:
05-1194

Company Name    Seneca Insurance Company, Inc.

NAIC Company Code    10936

Group Name _____

NAIC Group Code _____

Organized under the Laws of the State of    New York

Line Code for this Line of Insurance:   24.0 ▼

Line of Insurance:    Commercial Surety     Subline ~~Bail Bonds~~ OtheR

Program Bail Bonds

Home Office   160 Water Street New York, New York 10038

Name and Title of Contact Person    Lois D. Noia, Manager

Toll Free Phone No.: _____     Fax No.: 212-344-4567

Email Address    lnoia@senecainsurance.com

Mailing Address    160 Water Street New York, New York 10038

| DEPARTMENT USE ONLY | |
|---|---|
| Filing No.: | 07-6650 |
| SERFF No.: | N/A |
| Date Filed: | OCT 18 2007 |
| Compliance Date: | OCT 18 2007 |
| Date Public Notified: | OCT 26 2007 |
| Deemer Date: | DEC 25 2007 |
| Intake Analyst: | Rojopp |
| Bureau & Senior: | LAS Allen |
| Group Filing: | No ▼ |
| X-Reference No.: | |

☐ Rate    ☐ New Program    ☑ Rule

☐ Form    ☐ Variance    ✕ % Change

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correc

_____     October 16, 2007     212-277-3520
Authorized Signature       Date of Filing       Telephone Number

**Important note:** Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.



**SENECA**
INSURANCE COMPANY, INC.

**160 WATER ST., NEW YORK, NY 10038**
**(212) 344-3000**

By Federal Express Mail

October 16, 2007

State of California Department of Insurance
Rate Regulation Branch
300 South Springs Street
Los Angeles, California 90013

Attention:     Mr. Raul Rojo

RE:    Seneca Insurance Company, Inc./N.A.I.C. #10936
       Company File No.: 2007-01-CA
       Line of Insurance: Commercial Surety
       Program: Bail Bonds
       Manual Rule Revision

Dear Mr. Rojo:

This is in response to your October 2, 2007 e-mail regarding our captioned filing
dated September 20, 2007. Enclosed please find our original Prior Approval Rate
Application plus one copy as required.

Our existing Bail Bond program provides for an 8% rate for qualified union
members and private defense counsel. We wish to also provide the 8% rate to
government employees. This is a manual rule revision with no rate impact.

We are proposing an effective date coincide with your approval of this filing.

For your convenience, enclosed is a postage pre-paid return envelope for the
return of a copy of this letter with your approval noted thereon.

Yours very truly,

*Lois D. Noia*

Lois D. Noia
Manager
State Filings Department

─── **FAX LINES** ───

| | | | | | |
|---|---|---|---|---|---|
| **H.O. EXECUTIVE** | (212) 344-4567 | **H.O. CLAIMS** | (212) 422-7541 | **STAFF COUNSEL** | (212) 422-7532 |
| **TECHNICAL LINES** | (212) 344-4488 | **INLAND MARINE** | (212) 344-4488 | **NEW YORK BRANCH** | (212) 344-4545 |
| **EXCESS & SURPLUS** | (212) 344-4545 | | | **DIRECTORS & OFFICERS** | (212) 344-4567 |

2 of 8

SENECA INSURANCE COMPANY, INC.

BAIL BOND RATES

STATE OF CALIFORNIA

THE FOLLOWING RATES WILL BE CHARGED ON ALL BAIL BONDS

PREMIUMS WILL BE CHARGED AT A RATE OF 8% FOR QUALIFIED
UNIONS, PRIVATE DEFENSE COUNSEL AND GOVERNMENT EMPLOYEES

PREMIUMS WILL BE CHARGED AT A RATE OF 10% OF THE PENAL
AMOUNT OF THE BOND – GENERAL

FEDERAL BONDS WILL BE CHARGED AT THE RATE OF 12% OF THE
PENAL AMOUNT OF THE BOND

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS

<u>NOTE</u>

THESE RATES MUST BE CHARGED BY ALL AGENTS OF SENECA INSURANCE
COMPANY, INC. THESE RATES ARE FOR PREMIUM ONLY AND DO NOT
INCLUDE OTHER EXPENSES INCURRED SUCH AS TELEPHONE,
PHOTOGRAPHS, POSTING FEES, WRITS, TRAVEL AND OTHER
MISCELLANEOUS EXPENSES.

SEN-CA-BB-01 (REVISED 9/2007)

# Exhibit 42

*Seneca Insurance Company*
***Rule filing 05-1194***
*Filed: February 1, 2005*
*Effective: April 12, 2005*
*Excerpted to include cover pages and rate schedule only.*

STATE OF CALIFORNIA                                    John Garamendi, *Insurance Commissioner*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov





March 30, 2005

**FILE SCANNED**
**DATE:** _06 - 28 - 07_
**INITIALS:** _M_

Seneca Insurance Company
attn.: Lois D. Noia
160 Water Street
New York, New York 10038

RE: **APPROVAL OF APPLICATION**

SENECA INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 05-1194 |
| **Insurer File No(s).:** | 2005-01-CA |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bond |
| **% Rate Change Approved:** | -4% |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. SENECA INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. SENECA INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, SENECA INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If the approved rate change is different than originally submitted, please be reminded that you must submit copies of rate pages at the approved level within 30 days.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

Douglas G. Barker
by

Douglas G. Barker, J.D.
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6786
Facsimile: (213) 897-6181
E-Mail:*BarkerD@insurance.ca.gov*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

### APPLICATION FOR APPROVAL OF
### INSURANCERATES

Your file #:  2005-01-CA
(15 characters maximum)

☒ Original      ☒ Copy 1      ☒ Copy 2

Does this file contain group data?   Yes ☐   No ☒

Is this a specialty filing?   Yes ☐   No ☒

**Note: A separate CA-RA1 page must be submitted
for each company within a group filing.**

Latest applicable CDI File No. in this Line,
Subline, and/or Program:

Surety- Bail Bond

Department Use Only

FILING NO.:  05-1194

DATE FILED:  FEB 01 2005

COMPLIANCE DATE:  FEB 03 2005

DATE PUBLIC NOTIFIED:  FEB 11 2005

DEEMER DATE:  APR 12 2005

INTAKE ANALYST:  ZAMUDIO M

BUREAU CODE & SR.:  LA3- allen K.

For Group Filing   Yes   (No)
X-Reference #:

Rate      New Program   (Rule)   Form
         Both Rate & Form      Class Plan

PERCENT CHANGE   – 4.00  %

Company Name   Seneca Insurance Company          Group Name

NAIC Company Code   10936          NAIC Group Code

Organized Under the Laws of the State of   New York

Line of Insurance   Surety - ~~Bail Bond~~  Co. p.         Subline          Bail Bond
(as it appears in CA-RA3)                                   (as it appears in CA-RA3)
                                         Program   Bail Bond
Home Office      160 Water Street      New York, New York 10038

Main Administrative Office in California      not applicable

Name and Title of Contact Person   Lois D. Noia

Toll Free Phone No.:      (   )   -          Fax No.:   (212) 344 - 4567
**If not available, collect calls will be made.**

Internet Address (if available)   lnoia@senecainsurance.com

Mail Address   160 Water Street      New York, New York 10038

I declare under penalty of perjury, under the laws of the State of California, that the information filed is true,
complete, and correct.

_Lois N. Noia_          January 24, 2005          (212) 277-3520
Authorized Signature          Date of Filing          Telephone Number

RATE FILING BUREAU—SF

FEB 01 2005

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

05-15-96 ed.                    CA-RA1



**SENECA**
INSURANCE COMPANY, INC.

**160 WATER ST., NEW YORK, NY 10038**
**(212) 344-3000**

By Federal Express Mail

January 24, 2005

State of California
Department of Insurance
Rate Regulation Branch
300 South Springs Street
Los Angeles, California 90013

RE: Seneca Insurance Company, Inc.
N.A.I.C. #10936
Company File No.: 2005-01-CA
Line of Insurance: Commercial Surety
Program: Bail Bonds

To Whom It May Concern:

Seneca Insurance Company, Inc. wishes to amend its currently filed bail bond rate schedule, as approved by the Department of Insurance under CDI App. No.: 03-5751.

Seneca's current rate for state bonds is 10% of the penal amount of the bond. We wish to amend our filing to offer an 8% charge for qualified union members and cases with private defense counsel; the 10% charge will remain the same for all others except federal bonds, which will remain at 12%.

We are proposing an effective date of March 1, 2005. Enclosed please find manual page SEN-CA-BB-01 (Revised), as well as the required filing transmittal forms.

For your convenience, enclosed is a postage pre-paid return envelope for the return of a copy of this letter with your approval noted thereon.

Yours very truly,

Lois D. Noia, Manager
State Filings Department

─────── **FAX LINES** ───────

| | | | | | |
|---|---|---|---|---|---|
| **H.O. EXECUTIVE** | **(212) 344-4567** | **H.O. CLAIMS** | **(212) 422-7541** | **STAFF COUNSEL** | **(212) 422-7532** |
| **TECHNICAL LINES** | **(212) 344-4488** | **INLAND MARINE** | **(212) 344-4488** | **NEW YORK BRANCH** | **(212) 344-4545** |
| **EXCESS & SURPLUS** | **(212) 344-4545** | | | **DIRECTORS & OFFICERS** | **(212) 344-4567** |

# SENECA INSURANCE COMPANY, INC.

## BAIL BOND RATES

## STATE OF CALIFORNIA

### THE FOLLOWING RATES WILL BE CHARGED ON ALL BAIL BONDS

### PREMIUMS WILL BE CHARGED AT A RATE OF 8% FOR QUALIFIED UNIONS AND PRIVATE DEFENSE COUNSEL

### PREMIUMS WILL BE CHARGED AT A RATE OF 10% OF THE PENAL AMOUNT OF THE BOND – GENERAL

### FEDERAL BONDS WILL BE CHARGED AT THE RATE OF 12% OF THE PENAL AMOUNT OF THE BOND

### A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS

### NOTE

THESE RATES MUST BE CHARGED BY ALL AGENTS OF SENECA INSURANCE COMPANY, INC. THESE RATES ARE FOR PREMIUM ONLY AND DO NOT INCLUDE OTHER EXPENSES INCURRED SUCH AS TELEPHONE, PHOTOGRAPHS, POSTING FEES, WRITS, TRAVEL AND OTHER MISCELLANEOUS EXPENSES.

SEN-CA-BB-01 (REVISED)

# Exhibit 43

*Seneca Insurance Company*
***Rule filing 03-5751***
*Filed: August 4, 2003*
*Effective: October 21, 2003*
*Excerpted to include cover pages and rate schedule only.*

**DEPARTMENT OF INSURANCE**
RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov



**FILE SCANNED**
**DATE:** _03-20-08_
**INITIALS:** _M_

October 17, 2003

Seneca Insurance Company
Attn.: Lois McGovern
160 Water Street
New York, New York 10038

**RE: APPROVAL OF APPLICATION**

SENECA INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 03-5751 |
| **Insurer File No(s).:** | 2003-01-CA |
| **Line(s) of Insurance:** | Surety |
| **Program:** | Bail Bonds |
| **% Rate Change Approved:** | -1% |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above. SENECA INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given. SENECA INSURANCE COMPANY may implement this approval earlier if it is able to do so. Regardless of the implementation date, SENECA INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date. This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If the approved rate change is different than originally submitted, please be reminded that you must submit copies of rate pages at the approved level within 30 days.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved. This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves. Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance. Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in a rating impact. The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

Douglas G. Barker, J.D.
Bureau Chief, LA-3 Rate Filing Bureau
Telephone: (213) 346-6786
Facsimile: (213) 897-6181
E-Mail: *BarkerD@insurance.ca.gov*

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE (CDI)

FILE & USE APPLICATION FORM

Your file #: __2003-01-CA_____

_X Original  _X Copy 1  X_ Copy 2

Is this a group filing? Yes ___  No __X

**Note: A separate CA-RA1 page must be
Submitted for each company within a
Group filing.**

Latest applicable CDI File No. in this
Line, Subline and/or Program:

_____97-10732_____

_Department Use Only_

FILING NO.: 03-5751     (LAV)

~~LINE CODE:~~ Compliance Date   AUG 14 2003

DATE FILED: AUG -4 2003

~~DATE PROCESSED:~~ DEEMER DATE   OCT 21 2003

PUBLIC NOTICE DATE: Aug 22 2003

INTAKE ANALYST: RO JORA

BUREAU CODE & SR.: LA3 Allen

For Group Filing Only
X-Reference #: _____

Remarks: _____
Rate   10 %

Company Name _SENECA INSURANCE COMPANY, INC.___ Group Name _____

NAIC Company Code _____10936_____ NAIC Group Code _____

Organized Under the Laws of the State of ____NEW YORK_____

Line of Insurance __COMMERCIAL SURETY_____ Subline _____~~BAIL BONDS~~ Other_____
                  (as it appears in CA-RA3)       (as it appears in the Annual Statement)

                                    Program _____BAIL BONDS_____

Home Office _____160 WATER STREET  NEW YORK, NEW YORK 10038_____

Main Administrative Office in California _____NONE_____

Name and Title of Contact Person _____LOIS D. MCGOVERN   MANAGER_____

Toll Free Phone No.: (_212_)_277-3520_____ Fax No.: (212)_ 344-4567_____
                    **If not available, collect calls will be made.**

Mailing Address _____160 WATER STREET   NEW YORK, NEW YORK 10038_____

I declare under penalty of perjury, under the laws of the State of California, that the
information filed is true, complete, and correct.

_____JULY 31, 2003     ___(212) 277-3520_____
Authorized Signature        Date of Filing         Telephone Number

RATE FILING BUREAU - SF

AUG 0 4 2003

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

03-09-95 ed                    CA-R1 - F&U

# **SENECA**
### INSURANCE COMPANY, INC.

**160 WATER ST., NEW YORK, NY 10038**
**(212) 344-3000**

By Facsimile
(213) 346-6781

September 16, 2003

State of California
Department of Insurance
Rate Regulation Branch
300 South Spring Street
Los Angeles, California 90013

Attention:   Lisa L. Bass, CPCU, CPIW
             Associate Insurance Rate Analyst

RE:   Company File No. 03-5751
      CDI Filing No.: 03-5751
      Public Notice Date: August 22, 2003
      Line of Insurance: Commercial Surety
      Program: Bail Bonds

Dear Ms. Bass:

This is in response to our telephone conversation last week regarding our captioned filing. To reiterate, the proposed rates in our original bail bond rate filing [CDI App. No.: 97-10732] were 10% of the penal amount of the bond plus $10. on all State Bonds. We wish to amend our filing to eliminate the additional $10 premium.

The California Department of Insurance recently completed its market conduct examination of Seneca's bail bond business as of December 31, 2002. We were cited for rating errors consisting of instances where agents failed to charge bond premium in conformity with the company's filed and approved rages. [agents were not charging the additional $10.] We advised the Examiner that to promote compliance we intended to file a new premium rate to eliminate the current additional $10. charge.

Inasmuch as this is not a major rate revision, we agreed that we would complete the required transmittal forms as best we could. Enclosed please find the required forms and manual rate page. We will also file paper copies of this filing as required.

**FAX LINES**

| | | | | | |
|---|---|---|---|---|---|
| **H.O. EXECUTIVE** | (212) 344-4567 | **H.O. CLAIMS** | (212) 422-7541 | **STAFF COUNSEL** | (212) 422-7532 |
| **TECHNICAL LINES** | (212) 344-4488 | **INLAND MARINE** | (212) 344-4488 | **NEW YORK BRANCH** | (212) 344-4545 |

Please call the undersigned at (212) 277-3520 if you require anything further at this time.

Yours very truly,

Lois D. McGovern
Manager
State Filings Department

Filing Number: 2003-01-CA

# SENECA INSURANCE COMPANY, INC.

## BAIL BOND RATES

## STATE OF CALIFORNIA

## THE FOLLOWING RATES WILL BE CHARGED ON ALL BAIL BONDS

PREMIUMS WILL BE CHARGED AT A RATE OF 10% OF THE PENAL AMOUNT
OF THE BOND

FEDERAL BONDS WILL BE CHARGED AT THE RATE OF 12% OF THE PENAL
AMOUNT OF THE BOND

A MINIMUM PREMIUM CHARGE OF $50.00 APPLIES TO ALL BONDS.

## NOTE

THESE RATES MUST BE CHARGED BY ALL AGENTS OF SENECA INSURANCE
COMPANY, INC.  THESE RATES ARE FOR PREMIUM ONLY AND **DO NOT**
INCLUDE OTHER EXPENSES INCURRED SUCH AS TELEPHONE,
PHOTOGRAPHS, POSTING FEES, WRITS, TRAVEL AND OTHER
MISCELLANEOUS EXPENSES.

SEN-CA-BB-01
OCTOBER 1, 2003

# Exhibit 44

*Sun Surety Insurance Company*
***Rule filing 17-20***
*Filed: December 22, 2016*
*Effective: February 22, 2017*
*Excerpted to include cover pages and rate schedule only.*

| | | | |
|---|---|---|---|
| **State:** | California | **Filing Company:** | Sun Surety Insurance Company |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | Bail Bonds | | |
| **Project Name/Number:** | / | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Sun Surety Insurance Company |
| Product Name: | Bail Bonds |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 12/22/2016 |
| SERFF Tr Num: | SSIC-130854756 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 17-20 |
| State Status: | Approved |
| Co Tr Num: | SSIC-CA-RF-02 |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | |
| Author(s): | Kelly Adams |
| Reviewer(s): | Ed Lin (primary) |
| Disposition Date: | 02/22/2017 |
| Disposition Status: | Approved |
| Effective Date (New): | 02/22/2017 |
| Effective Date (Renewal): | 02/22/2017 |

| | | | |
|---|---|---|---|
| *State:* | California | *Filing Company:* | Sun Surety Insurance Company |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | | |
| *Product Name:* | Bail Bonds | | |
| *Project Name/Number:* | / | | |

# General Information

Project Name:                                          Status of Filing in Domicile: Authorized

Project Number:                                       Domicile Status Comments:

Reference Organization:                           Reference Number:

Reference Title:                                         Advisory Org. Circular:

Filing Status Changed: 02/22/2017

State Status Changed: 02/22/2017          Deemer Date: 03/07/2017

Created By: Kelly Adams                          Submitted By: Kelly Adams

Corresponding Filing Tracking Number:

Filing Description:

Sun Surety Insurance Company is submitting rule changes for its Bail Bond program. 1. The rule for the 8% preferred rate is being changed so that more consumers will qualify for that rate. 2. The high risk rate of 15% is being eliminated as it has not been used by the company's producers. 3. The $15 fee charged on all bail bonds is being eliminated. The proposed changes will put Sun Surety's rates in line with our competitors and will benefit California consumers in the way of reduced costs.

# Company and Contact

## Filing Contact Information

Kelly  Adams, Secretary-Treasurer          K.Adams@sunsuretybail.com

21 Main Street                                          605-348-1000 [Phone]

Rapid City, SD 57701                               605-348-0778 [FAX]

## Filing Company Information

| | | |
|---|---|---|
| Sun Surety Insurance Company | CoCode: 10909 | State of Domicile: South |
| 21 Main Street | Group Code: | Dakota |
| Rapid City, SD  57701 | Group Name: | Company Type: |
| (605) 348-1000 ext. [Phone] | FEIN Number: 41-1906268 | State ID Number: |

# Filing Fees

Fee Required?                    No

Retaliatory?                       No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No

**SUN SURETY INSURANCE COMPANY**
**NAIC #10909**


**SCHEDULE OF PREMIUMS FOR**
**BAIL BONDS WRITTEN IN THE STATE OF CALIFORNIA**


This filing is being made by Sun Surety and not by a rate service organization.


**STATE BAIL BONDS – 8% PREFERRED RATE**

The premium charged will be 8% of the penal amount of the bond if any of the following qualifications are met:

1. Defendant has retained private counsel
2. Defendant is an active union member
3. Defendant is an active duty member or veteran of the US Armed Services, or has an immediate family member who is an active duty member or veteran of the US Armed Services. Immediate family member is defined as a parent, child or spouse.


**STATE BAIL BONDS – STANDARD RATE**

For all bonds not qualifying for the preferred rate, the premium charged will be 10% of the penal amount of the bond.


**MINIMUM PREMIUM**

A minimum premium charge of $50 applies to all bonds.


THESE RATES MUST BE CHARGED BY ALL AGENTS OF
SUN SURETY INSURANCE COMPANY.

# Exhibit 45

*Sun Surety Insurance Company*
***Rule filing 08-11696***
*Filed: August 17, 2008*
*Effective: November 4, 2008*
*Excerpted to include cover pages and rate schedule only.*

# PRIOR APPROVAL RATE APPLICATION

**Completed by: Kelly Adams**     Date:  3/21/2008

Your File #:    SUNRFCA-01

( 15 Characters Maximum )

☐ SERFF   ☐ CD (plus 1 paper copy)   ☑ Paper (1 original plus 1 copy)

Does this filing include a variance request?  No ▼

Is this a variance request submitted after the prior approval application to which it applies?  No ▼

If yes, provide the applicable CDI File Number:     N/A

Does this file contain group data?  No ▼

[Note: Complete page 2 if this is a group filing]

Is this a specialty filing?  No ▼

Latest applicable CDI file number in this line, subline and/or program:
N/A

Company Name    Sun Surety Insurance Company

NAIC Company Code    10909

Group Name  N/A

NAIC Group Code  N/A

Organized under the Laws of the State of    South Dakota

Line Code for this Line of Insurance:  24.0 ▼

Line of Insurance:  SURETY     Subline ~~N/A~~ Other

Program Bail Bonds

Home Office  21 Main Street, Rapid City, South Dakota  57701

Name and Title of Contact Person   Kelly Adams, Secretary-Treasurer

Toll Free Phone No.: 800-551-1973     Fax No.: 605-348-0778

Email Address  sunsurety@hotmail.com

Mailing Address  P. O. Box 2373, Rapid City, South Dakota  57709-2373

I declare under penalty of perjury under the laws of the State of California, that the information filed is true, complete, and correct.

*Kelly J. Adams*     March 21, 2008     605-348-1000
Authorized Signature     Date of Filing     Telephone Number

**Important note: Refer to CDI website at http://www.insurance.ca.gov/0250-insurers/0800-rate-filings/for the most current rate template and prior approval factors.**

---

### DEPARTMENT USE ONLY

*NG*

Filing No.:  08-11696

SERFF No.:  N/A

Date Filed:  8/17/08

Compliance Date:  8/29/08

Date Public Notified:  9/05/08

Deemer Date:  11/04/08

Intake Analyst:  *[illegible]*

Bureau & Senior:  LA3 - Allen

Group Filing:  Yes ☐  No ☑

X-Reference No.:

☐ Rate  ☑ New Program  ☐ Rule

☐ Form  ☐ Variance  Ø % Change

---

*RATE FILING BUREAU—SF*
*Aug 17 2008*
*STATE OF CALIFORNIA*
*DEPARTMENT OF INSURANCE*

# BARGER & WOLEN LLP

633 West Fifth Street
Forty-Seventh Floor
Los Angeles, California 90071-2043
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

ROBERT W. HOGEBOOM
(213) 614-7304
rhogeboom@barwol.com

PLEASE REFER
OUR FILE NUM
10443.001

July 16, 2008

RATE FILING BUREAU—SF

JUL 1 7 2008

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

**VIA FEDERAL EXPRESS**

California Department of Insurance
Rate Regulation Division
Rate Filing Bureau
45 Fremont Street, 23rd Floor
San Francisco, CA 94105

> **Re:    Sun Surety Insurance Company – Rating Filing in Connection with Application for California Certificate of Authority**

Dear Sir or Madam:

We represent Sun Surety Insurance Company (the "Company"). The Company is filing an application for California Certificate of Authority seeking authority to transact surety business in the state. In connection therewith, enclosed is a Prior Approval Rate Application. A copy of the filing has also been submitted with the Certificate of Authority Application.

Please let us know if you need any additional information.

Very truly yours,

ROBERT W. HOGEBOOM
For the Firm

RWH:s
Enclosures

cc: Kelly Adams (w/ encls.)
    Suh Choi, Esq. (w/o encls.)

i:\office\10443\001\08letters\doi (rate filing).doc

# Sun Surety
## Insurance Company

21 Main Street
Rapid City, SD 57701
Fax 605-348-0778
605-348-1000

## COURT BONDS-JUDICIAL PROCEEDINGS

### BAIL BOND RATES

#### PREFERRED

**8% OF PENAL AMOUNT PLUS $15.00**

ONLY BONDS OF THIRTY THOUSAND DOLLARS PENAL AND LARGER QUALIFY FOR THIS RATE AND REQUIRES FULL CASH COLLATERAL OR IT'S EQUIVALENT OR REAL PROPERTY WITH AN EQUITY OF NO LESS THAN 150% OF THE PENAL AMOUNT (WITH ALL OWNERS OF RECORD SIGNED AND NOTARIZED ON SHORT FORM DEED OF TRUST AND DEED MUST BE RECORDED WITH APPLICABLE COUNTY RECORDER.) FULL PREMIUM MUST BE PAID AT THE TIME OF EXECUTION OF BOND.

#### HIGH RISK

**15% OF PENAL AMOUNT PLUS $15.00**

WILL BE CHARGED WITH SINGLE INDEMNITOR, SIGNATURE ONLY. ONLY BONDS WITH PENAL AMOUNT OF $10,000.00 AND LESS QUALIFY FOR THIS RATE. EXECUTION OF BOND DISCRETIONARY WITH UNDERWRITER.

#### STANDARD

**10% OF PENAL PLUS $15.00**

ANY BOND THAT DOES NOT QUALIFY FOR PREFERRED OR HIGH RISK RATES SHALL BE UNDERWRITTEN AT THE STANDARD RATE.

#### MINIMUM PREMIUM

A MINIMUM PREMIUM OF $50.00 + $15.00 SHALL BE CHARGED ON ANY BOND WITH A PENAL AMOUNT BELOW $499.99.

## Surety Bonds

# DEPARTMENT OF INSURANCE

RATE REGULATION BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov



November 3, 2008


SUN SURETY INSURANCE COMPANY
attn.: Kelly Adams, Secretary-Treasurer
P.O. Box 2373
Rapid City, SD 57709-2373


RE:  **APPROVAL OF APPLICATION**


SUN SURETY INSURANCE COMPANY has submitted the following application for approval regarding the following line of business or program:

| | |
|---|---|
| **CDI App. No(s).:** | 08-11696 |
| **Insurer File No(s).:** | SUNRFCA-01 |
| **Line(s) of Insurance:** | Commercial Surety |
| **Program:** | Bail Bonds |

Only the change(s) specifically indicated in the application set forth above, as it may have been amended, is (are) approved. Nothing in this letter shall constitute approval of any other application, whether incorporated by reference, or filed prior or subsequent to the application set forth above.  SUN SURETY INSURANCE COMPANY shall begin issuing policies pursuant to this approval within 90 days of the date of this approval, provided that the insurer is licensed in California to transact the line of insurance for which the approval is given.  SUN SURETY INSURANCE COMPANY may implement this approval earlier if it is able to do so.  Regardless of the implementation date, SUN SURETY INSURANCE COMPANY shall implement this approval with the same effective date for both new and renewal business and shall offer this product to all eligible applicants as of the implementation date.  This approval shall continue to have full force and effect until such time as a subsequent change for the referenced lines or programs may be approved or ordered by the Insurance Commissioner.

If any portion of the application or related documentation conflicts with California law, that portion is specifically not approved.  This approval does not constitute an approval of underwriting guidelines nor the specific language, coverages, terms, covenants and conditions contained in any forms, or of the forms themselves.  Policy forms and underwriting guidelines included in this filing were reviewed only insofar as they relate to rates contained in this filing or currently on file with the California Department of Insurance.  Any subsequent changes to underwriting guidelines or coverages, terms, covenants and conditions contained in any forms must be submitted with supporting documentation when those changes result in any rating impact.  The Commissioner may at any time take any action allowed by law if he determines that any underwriting guidelines, forms or procedures for application of rates, or any other portions of the application conflict with any applicable laws or regulations.

Sincerely,

*Kenneth Allen*

Kenneth Allen, CPCU
Bureau Chief, LA-3 Rate Filing Bureau
Telephone:  (213) 346-6783
Facsimile:  (213) 897-6181
E-Mail:  *Allenk@insurance.ca.gov*
Website:  *www.insurance.ca.gov*

# Exhibit 46

*Crum & Forster Indemnity Company*
*The North River Insurance Company*
*United States Fire Insurance Company*
***Form and rule filings 13-3655;13-3656;13-3657***
*Filed: May 7, 2013*
*Effective: July 11, 2013*
*Excerpted to include cover pages and rate schedule only.*

**SERFF Tracking #:** CRUM-129018663    **State Tracking #:** 13-3655;13-3656;13-3657    **Company Tracking #:** BAIL2013-R-CA

---

| | | | |
|---|---|---|---|
| **State:** | California | **First Filing Company:** | Crum & Forster Indemnity Company, ... |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | BAIL BOND | | |
| **Project Name/Number:** | BAIL BOND RULE/ | | |

# Filing at a Glance

| | |
|---|---|
| Companies: | Crum & Forster Indemnity Company |
| | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | BAIL BOND |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 05/07/2013 |
| SERFF Tr Num: | CRUM-129018663 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 13-3655;13-3656;13-3657 |
| State Status: | Approved |
| Co Tr Num: | BAIL2013-R-CA |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | Leonard Traiman |
| Reviewer(s): | Ashok Viswanathan (primary), Jerome Tu |
| Disposition Date: | 07/11/2013 |
| Disposition Status: | Approved |
| Effective Date (New): | 07/11/2013 |
| Effective Date (Renewal): | 07/11/2013 |

| **State:** | California | **First Filing Company:** | Crum & Forster Indemnity Company, ... |
|---|---|---|---|
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | BAIL BOND | | |
| **Project Name/Number:** | BAIL BOND RULE/ | | |

# General Information

Project Name: BAIL BOND RULE

Project Number:

Reference Organization:

Reference Number:

Reference Title:

Filing Status Changed: 07/11/2013

State Status Changed: 07/11/2013

Created By: Leonard Traiman

Corresponding Filing Tracking Number: 13-2397;13-2398;13-2399

Status of Filing in Domicile: Not Filed

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 07/23/2013

Submitted By: Leonard Traiman

Filing Description:

We are filing a change to our Bail Bond Rule to remove language regarding miscellaneous fees/expenses.

# Company and Contact

### Filing Contact Information

Leonard Traiman,

305 Madison Avenue

Morristown, NJ 07960

ltraiman@cfins.com

973-326-7319 [Phone]

973-490-6062 [FAX]

### Filing Company Information

| Crum & Forster Indemnity Company | CoCode: 31348 | State of Domicile: Delaware |
|---|---|---|
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-2868548 | |

| The North River Insurance Company | CoCode: 21105 | State of Domicile: New Jersey |
|---|---|---|
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-1964135 | |

| United States Fire Insurance Company | CoCode: 21113 | State of Domicile: Delaware |
|---|---|---|
| 305 MADISON AVENUE | Group Code: 158 | Company Type: |
| MORRISTOWN, NJ 07962 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 13-5459190 | |

# Filing Fees

Fee Required?     No

Retaliatory?     No

Fee Explanation:

| | | | |
|---|---|---|---|
| **SERFF Tracking #:** | CRUM-129018663 | **State Tracking #:** 13-3655;13-3656;13-3657 | **Company Tracking #:** BAIL2013-R-CA |

| | |
|---|---|
| **State:** | California |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety |
| **Product Name:** | BAIL BOND |
| **Project Name/Number:** | BAIL BOND RULE/ |

**First Filing Company:** Crum & Forster Indemnity Company, ...

# State Specific

Variance Requested? (Yes/No): No




# BAIL BOND RATES
# CALIFORNIA

| **STATE BONDS** | **CHARGE** |
|---|---|

A. BONDS UP TO AND INCLUDING $500.00
IN LIABILITY....................…….…………….………..........         $50.00

B. BONDS IN EXCESS OF $500.00 IN LIABILITY......….......…. 10% OF THE PENAL AMOUNT

| **FEDERAL BONDS** | **CHARGE** |
|---|---|

C. BONDS UP TO AND INCLUDING $350.00
IN LIABILITY....................…….…………….………..........         $50.00

D. BONDS IN EXCESS OF $350.00 IN LIABILITY....................…. 12% OF THE PENAL AMOUNT

## QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY

Bonds up to and including $600.00 in liability may be charged at $50.00

Bonds in excess of $600.00 in liability may be charged based on 8% of the penal liability

**Qualified Union** is any union in which the defendant or indemnitor are members.

**Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

**Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

**Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

## ATTORNEY REFERALS WITH FULL PREMIUM

Bonds up to and including $700.00 in liability may be charged at $50.00

Bonds in excess of $700.00 in liability may be charged based on 7% of the penal liability

**NOTE**

THESE RATES MUST BE CHARGED BY ALL AGENTS OF UNITED STATES FIRE INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY AND CRUM & FORSTER INDEMNITY COMPANY.

**\* FEDERAL BOND RATES ONLY APPLY TO UNITED STATES FIRE INSURANCE COMPANY**

United States Fire Insurance Company
The North River Insurance Company
Crum & Forster Indemnity Company

# Exhibit 47

*Crum & Forster Indemnity Company*
*The North River Insurance Company*
*United States Fire Insurance Company*
**Rule filings 12-724;12-725;12-726**
*Filed: January 19, 2012*
*Effective: April 25, 2012*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Companies: | Crum & Forster Indemnity Company |
| | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | BAIL BOND 2012 |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rule |
| Date Submitted: | 01/19/2012 |
| SERFF Tr Num: | CRUM-127966660 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 12-724;12-725;12-726 |
| State Status: | Approved |
| Co Tr Num: | BB2012 |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | |
| Reviewer(s): | Mary Hiltgen (primary), Jerome Tu |
| Disposition Date: | 04/25/2012 |
| Disposition Status: | Approved |
| Effective Date (New): | 04/25/2012 |
| Effective Date (Renewal): | 04/25/2012 |

| | |
|---|---|
| *State:* | California |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety |
| *Product Name:* | BAIL BOND 2012 |
| *Project Name/Number:* | BB2012/ |

*First Filing Company:* Crum & Forster Indemnity Company, ...

# General Information

| | |
|---|---|
| Project Name: BB2012 | Status of Filing in Domicile: |
| Project Number: | Domicile Status Comments: |
| Reference Organization: | Reference Number: |
| Reference Title: | Advisory Org. Circular: |
| Filing Status Changed: 04/25/2012 | |
| State Status Changed: 04/25/2012 | Deemer Date: 04/03/2012 |
| Created By: Sharon Smith | Submitted By: Sharon Smith |
| Corresponding Filing Tracking Number: | |

Filing Description:

We are filing to included a discounted rate of 7% of the penal amount of the bond for bonds that have FULL premium paid at the time of sale.

# Company and Contact

### Filing Contact Information

Sharon D. Smith, Regulatory Compliance Analyst

305 MADISON AVENUE

MORRISTOWN, NJ 07962

sharon_smith@cfins.com

973-490-6788 [Phone]

973-490-6062 [FAX]

### Filing Company Information

| | | |
|---|---|---|
| Crum & Forster Indemnity Company | CoCode: 31348 | State of Domicile: Delaware |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-2868548 | |
| The North River Insurance Company | CoCode: 21105 | State of Domicile: New Jersey |
| 305 Madison Avenue | Group Code: 158 | Company Type: |
| Morristown, NJ 07960 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 22-1964135 | |
| United States Fire Insurance Company | CoCode: 21113 | State of Domicile: Delaware |
| 305 MADISON AVENUE | Group Code: 158 | Company Type: |
| MORRISTOWN, NJ 07962 | Group Name: | State ID Number: |
| (973) 490-6600 ext. [Phone] | FEIN Number: 13-5459190 | |

# Filing Fees

| | |
|---|---|
| Fee Required? | No |
| Retaliatory? | No |
| Fee Explanation: | |

# State Specific

Variance Requested? (Yes/No): no

# BAIL BOND RATES
# CALIFORNIA

**STATE BONDS**                                                    **CHARGE**

A.  BONDS UP TO AND INCLUDING $500.00
    IN LIABILITY...................…….…………….…………........        $50.00

B.  BONDS IN EXCESS OF $500.00 IN LIABILITY.....…........….  10% OF THE PENAL AMOUNT


**FEDERAL BONDS**                                                  **CHARGE**

C.  BONDS UP TO AND INCLUDING $350.00
    IN LIABILITY...................…….…………….…………........        $50.00

D.  BONDS IN EXCESS OF $350.00 IN LIABILITY....................….  12% OF THE PENAL AMOUNT


**QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY**

Bonds up to and including $600.00 in liability may be charged at $50.00

Bonds in excess of $600.00 in liability may be charged based on 8% of the penal liability

> **Qualified Union** is any union in which the defendant or indemnitor are members.

> **Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

> **Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

> **Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

**ATTORNEY REFERALS WITH FULL PREMIUM**

Bonds up to and including $700.00 in liability may be charged at $50.00

Bonds in excess of $700.00 in liability may be charged based on 7% of the penal liability

**NOTE**

THESE RATES MUST BE CHARGED BY ALL AGENTS OF UNITED STATES FIRE INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY AND CRUM & FORSTER INDEMNITY COMPANY. THESE RATES ARE FOR PREMIUM ONLY, AND DO NOT INCLUDE OTHER EXPENSES INCURRED, SUCH AS TELEPHONE, POSTING FEES, APPRAISALS OR LOT BOOK REPORTS, TRAVEL AND OTHER MISCELLANEOUS EXPENSES

**\* FEDERAL BOND RATES ONLY APPLY TO UNITED STATES FIRE INSURANCE COMPANY**

United States Fire Insurance Company
The North River Insurance Company
Crum & Forster Indemnity Company

# Exhibit 48

*The North River Insurance Company*
*United States Fire Insurance Company*
***Form and rule filings 07-4496;07-4497***
*Filed: May 4, 2007*
*Effective: August 15, 2007*
*Excerpted to include cover pages and rate schedule only.*

SERFF Tracking #: CRUM-125171711    State Tracking #: 07-4496;07-4497    Company Tracking #:

State:                California                          First Filing Company:    The North River Insurance Company, ...
TOI/Sub-TOI:          24.0 Surety/24.0000 Surety
Product Name:         CABAIL07
Project Name/Number:  /

# Filing at a Glance

| | |
|---|---|
| Companies: | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | CABAIL07 |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Form/Rate/Rule |
| Date Submitted: | 05/04/2007 |
| SERFF Tr Num: | CRUM-125171711 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 07-4496;07-4497 |
| State Status: | Approved |
| Co Tr Num: | |
| Effective Date Requested (New): | 06/01/2007 |
| Effective Date Requested (Renewal): | 06/01/2007 |
| Author(s): | Leonard Traiman |
| Reviewer(s): | Michael Jones (primary), Ken Allen |
| Disposition Date: | 08/15/2007 |
| Disposition Status: | Approved |
| Effective Date (New): | 08/15/2007 |
| Effective Date (Renewal): | 08/15/2007 |

# General Information

Project Name:
Project Number:
Reference Organization:
Reference Title:
Filing Status Changed: 08/15/2007
State Status Changed: 08/15/2007
Created By: Ruth Overholser
Corresponding Filing Tracking Number:

Status of Filing in Domicile: Not Filed
Domicile Status Comments:
Reference Number:
Advisory Org. Circular:

Deemer Date: 08/28/2007
Submitted By: Ruth Overholser

Filing Description:

Our current rate for state bonds is 10% of the penal amount of the bond. We wish to amend our filing to offer an 8% charge for qualified union members, cases with private defense counsel, government employees and full collateral with Real Property. The 10% charge will remain the same for all others except federal bonds, which will remain at 12%. Please refer to the attached manual rule that reflects these revised rates.

In addition we are filing four endorsements for use with this program. Enclosed are copies of forms S-0099aNR, S-0099aUS, S-0099U and S-00999T.

# Company and Contact

### Filing Contact Information
Ruth A. Overholser, Regulatory Compliance ruth_overholser@cfins.com
Analyst
305 MADISON AVENUE                      973-490-6698 [Phone]
MORRISTOWN, NJ 07962                    973-490-6062 [FAX]

### Filing Company Information
The North River Insurance          CoCode: 21105              State of Domicile: New Jersey
Company                            Group Code: 158            Company Type:
305 Madison Avenue                 Group Name:                State ID Number:
Morristown, NJ  07960              FEIN Number: 22-1964135
(973) 490-6476 ext. [Phone]

United States Fire Insurance       CoCode: 21113              State of Domicile: Delaware
Company                            Group Code: 158            Company Type:
305 MADISON AVENUE                 Group Name:                State ID Number:
MORRISTOWN, NJ  07962              FEIN Number: 13-5459190
(973) 490-6476 ext. [Phone]

# Filing Fees

Fee Required?          No
Retaliatory?           No
Fee Explanation:

# BAIL BOND RATES
### (revised)

# STATE OF CALIFORNIA

**STATE BONDS:**

Bonds up to and including $500 in liability:                     $50

Bonds in excess of $500 in liability:              10% of the penal liability

**FEDERAL BONDS:**

Bonds up to and including $350 in liability:                     $50

Bonds in excess of $350 in liability:              12% of the penal liability

**QUALIFIED UNIONS, PRIVATE DEFENSE COUNSEL, GOVERNMENT EMPLOYEES AND FULL COLLATERAL WITH REAL PROPERTY**

Bonds up to and including $600 in liability may be charged at $50

Bonds in excess of $600 in liability may be charged based on 8% of the penal liability

**Qualified Union** is any union in which the defendant or indemnitor are members.

**Private Defense Counsel** is any practicing defense attorney retained for or on behalf of a defendant in relation to the case this bail bond shall apply.

**Government Employee** is any defendant or indemnitor currently employed by a United States city, county, state or federal government agency.

**Full Collateral with Real Property** is any bond where the bail bond exposure is secured with real property with a unencumbered value in excess of 100% of the bail bond being executed.

# Exhibit 49

*The North River Insurance Company*
*United States Fire Insurance Company*
***Form and rule filings 06-1938; 06-1939***
*Filed: March 11, 2006*
*Effective: May 10, 2006*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Companies: | The North River Insurance Company |
| | United States Fire Insurance Company |
| Product Name: | USF-TNR-FRRU-BB-2006CA |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Form and/or Rule (No Rate Impact) |
| Date Submitted: | 03/11/2006 |
| SERFF Tr Num: | USPH-6MSK3C478/00-00/00-00/00 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 06-1938; 06-1939 |
| State Status: | Approved |
| Co Tr Num: | USF/TNR-FRRU-2006CA |
| | |
| Effective Date Requested (New): | 06/15/2006 |
| Effective Date Requested (Renewal): | |
| Author(s): | |
| Reviewer(s): | Michael Jones (primary), Ken Allen |
| Disposition Date: | 05/10/2006 |
| Disposition Status: | Approved |
| Effective Date (New): | 06/15/2006 |
| Effective Date (Renewal): | 06/15/2006 |

# General Information

Project Name: USF/TNR-FRRU-BB-2006CA

Project Number: USF/TNR-FRRU-BB-2006CA

Reference Organization:

Reference Number:

Reference Title:

Filing Status Changed: 05/10/2006

State Status Changed: 05/10/2006

Created By: Mallika Mabbu

Corresponding Filing Tracking Number:

Status of Filing in Domicile:

Domicile Status Comments:

Reference Number:

Advisory Org. Circular:

Deemer Date: 05/23/2006

Submitted By: Mallika Mabbu

Filing Description:

# Company and Contact

### Filing Contact Information

Mallika Mabbu,

10350 Richmond Avenue

Suites 300 & 250

Houston, TX 77042

mmabbu@FairmontSpecialty.com

713-954-8357 [Phone]

### Filing Company Information

The North River Insurance Company

305 Madison Avenue

Morristown, NJ 07960

(973) 490-6476 ext. [Phone]

CoCode: 21105

Group Code: 158

Group Name:

FEIN Number: 22-1964135

State of Domicile: New Jersey

Company Type:

State ID Number:

United States Fire Insurance Company

305 MADISON AVENUE

MORRISTOWN, NJ 07962

(973) 490-6476 ext. [Phone]

CoCode: 21113

Group Code: 158

Group Name:

FEIN Number: 13-5459190

State of Domicile: Delaware

Company Type:

State ID Number:

# Filing Fees

Fee Required?          No

Retaliatory?           No

Fee Explanation:       N



**BAIL SURETY**
The North River Insurance Company
10777 Westheimer Road, Suite 500 (77042)
P.O. Box 2807 - Houston, Texas   77252-2807
(713) 954-8100    (713) 954-8389 FAX

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# BAIL BOND RATES

THE FOLLOWING RATES WILL BE CHARGED ON BAIL BONDS:

CALIFORNIA BAIL BOND PREMIUMS WILL BE CHARGED
AT A RATE OF 10% OF THE PENAL AMOUNT OF THE BOND.

FEDERAL BAIL BOND PREMIUMS WILL BE CHARGED AT A RATE
OF 12% OF THE PENAL AMOUNT OF THE BOND.

MINIMUM PREMIUMS ARE AS FOLLOWS:
CALIFORNIA BAIL BONDS  $50.00
FEDERAL BAIL BONDS  $60.00

EFFECTIVE DATE OF THIS NOTICE_____ JULY 1, 1994 _____

## NOTE

These rates must be charged by ALL agents of THE NORTH RIVER INSURANCE COMPANY. These rates are for premium only, and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses.

**ALL AGENTS:** Please post this rate chart in public view in your office.

S-0008NR  (01/06)



**BAIL SURETY**
United States Fire Insurance Company
10777 Westheimer Road, Suite 500 (77042)
P.O. Box 2807 - Houston, Texas   77252-2807
(713) 954-8100    (713) 954-8389 FAX

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# BAIL BOND RATES

THE FOLLOWING RATES WILL BE CHARGED ON BAIL BONDS:

CALIFORNIA BAIL BOND PREMIUMS WILL BE CHARGED
AT A RATE OF 10% OF THE PENAL AMOUNT OF THE BOND.

FEDERAL BAIL BOND PREMIUMS WILL BE CHARGED AT A RATE
OF 12% OF THE PENAL AMOUNT OF THE BOND.

MINIMUM PREMIUMS ARE AS FOLLOWS:
CALIFORNIA BAIL BONDS  $50.00
FEDERAL BAIL BONDS  $60.00

EFFECTIVE DATE OF THIS NOTICE _____ JULY 1, 1994 _____

## NOTE

These rates must be charged by ALL agents of UNITED STATES FIRE INSURANCE COMPANY. These rates are for premium only, and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses.

**ALL AGENTS:** Please post this rate chart in public view in your office.

# Exhibit 50

*Universal Fire & Casualty Insurance Company*
***Rule filing 17-7130***
*Filed: October 10, 2017*
*Effective: December 20, 2017*
*Excerpted to include cover pages and rate schedule only.*

| | | | |
|---|---|---|---|
| *State:* | California | *Filing Company:* | Universal Fire & Casualty Insurance Company |
| *TOI/Sub-TOI:* | 24.0 Surety/24.0000 Surety | | |
| *Product Name:* | New Program | | |
| *Project Name/Number:* | CA 2017/2017-CA-5 | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Universal Fire & Casualty Insurance Company |
| Product Name: | New Program |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | New Program |
| Date Submitted: | 10/10/2017 |
| SERFF Tr Num: | UFCI-131215759 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 17-7130 |
| State Status: | Approved |
| Co Tr Num: | 2017-CA-5 |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | |
| Reviewer(s): | Marisohl Sapin (primary), Ed Lin |
| Disposition Date: | 12/20/2017 |
| Disposition Status: | Approved |
| Effective Date (New): | 12/20/2017 |
| Effective Date (Renewal): | 12/20/2017 |

# General Information

Project Name: CA 2017

Project Number: 2017-CA-5

Reference Organization:

Reference Title: 2017-CA-5

Filing Status Changed: 12/20/2017

State Status Changed: 12/20/2017

Created By: Susan Ulberg

Corresponding Filing Tracking Number: UFCI-131091935

Status of Filing in Domicile: Authorized

Domicile Status Comments:

Reference Number: UFCI-131091935

Advisory Org. Circular:

Deemer Date: 01/02/2017

Submitted By: Susan Ulberg

Filing Description:

We are filing for approval of the attached Universal Fire & Casualty Insurance Company Bail Bond Program, this program will use the rates indicated in the attached form; UFC-0008 CA rate chart page, along with the attached Bail Bond forms of which both are new.

# Company and Contact

### Filing Contact Information

Susan Ulberg, Compliance Manager

3214 Chicago Drive

Hudsonville, MI 49426

susan@universalbail.com

616-662-3900 [Phone]

616-662-4460 [FAX]

### Filing Company Information

Universal Fire & Casualty

Insurance Company

3214 Chicago Drive

Hudsonville, MI  49426

(616) 662-3900 ext. [Phone]

CoCode: 32867

Group Code:

Group Name:

FEIN Number: 35-1372324

State of Domicile: Indiana

Company Type: Property & Casualty

State ID Number:

# Filing Fees

Fee Required?              No

Retaliatory?                 No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): NO



**UNIVERSAL FIRE & CASUALTY INSURANCE COMPANY**

3214 Chicago Drive
Hudsonville, Michigan 49426
(800) 874-8742 • (616) 662-4460 FAX

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# CALIFORNIA BAIL BOND RATES
## THE FOLLOWING RATES WILL BE CHARGED ON BAIL BONDS:

**State Bail Bonds:**
All bail bonds, except as qualified below, are to be rated at 10% of the bond penal amount subject to the minimum premium for bail bonds.

Underwriting file documentation required as support for classification as a Qualified Bail Bond.

**Qualified Bail Bonds:**
Bail bonds may be qualified for preferred rating of 8% where the bond applies to any of the following:

1. Individuals who have retained private counsel,
2. Individuals who are members of a qualified labor union,
3. Individuals currently employed by a city, state or federal government agency,
4. Any bond where the bail bond exposure is secured by 100% cash and financial instruments (excluding marketable equities) or real property with an unencumbered value in excess of 100% of the bail bond executed.

**Bail Bond Minimum Premium:**
Minimum premium for all bail bonds is $85.

## NOTICE

These rates must be charged by **ALL** producers of **UNIVERSAL FIRE & CASUALTY INSURANCE COMPANY.** These rates are for premium only, and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses.

**ALL PRODUCERS:** Please post this rate chart in public view in your office.

UFC-0008 CA (0417)

# Exhibit 51

*Williamsburg National Insurance Company*
***New program filing 11-1622***
*Filed: February 4, 2011*
*Effective: April 28, 2011*
*Excerpted to include cover pages and rate schedule only.*

# Filing at a Glance

| | |
|---|---|
| Company: | Williamsburg National Insurance Company |
| Product Name: | New Bond Filing |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | New Program |
| Date Submitted: | 02/04/2011 |
| SERFF Tr Num: | MEAD-127020176 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 11-1622 |
| State Status: | Approved |
| Co Tr Num: | WB-CA-BOND-0111 |
| | |
| Effective Date Requested (New): | On Approval |
| Effective Date Requested (Renewal): | On Approval |
| Author(s): | |
| Reviewer(s): | Mary Hiltgen (primary), Jerome Tu |
| Disposition Date: | 04/28/2011 |
| Disposition Status: | Approved |
| Effective Date (New): | 04/28/2011 |
| Effective Date (Renewal): | 04/28/2011 |

| | | | |
|---|---|---|---|
| **State:** | California | **Filing Company:** | Williamsburg National Insurance Company |
| **TOI/Sub-TOI:** | 24.0 Surety/24.0000 Surety | | |
| **Product Name:** | New Bond Filing | | |
| **Project Name/Number:** | /WB-CA-Bond-0111 | | |

# General Information

Project Name:                          Status of Filing in Domicile: Not Filed

Project Number: WB-CA-Bond-0111        Domicile Status Comments:

Reference Organization:                 Reference Number:

Reference Title:                         Advisory Org. Circular:

Filing Status Changed: 04/28/2011

State Status Changed: 04/28/2011             Deemer Date: 04/19/2011

Created By: Amanda Kappler                 Submitted By: Amanda Kappler

Corresponding Filing Tracking Number:

Filing Description:

Williamsburg National Insurance Company is authorized to write commercial lines insurance in your state.

At this time we are filing for approval of the attached WB-CA-Bond-0111, these are the rates we wish to use for Surety Bail Bonds in your state. We have no previously filed rates for this line of business. We are comfortable that these proposed rates are not discriminatory, nor unfair to potential customers.

# Company and Contact

### Filing Contact Information

Amanda Kappler, Filing Supervisor      amanda.kappler@meadowbrook.com

26255 American Drive                248-204-8113 [Phone]

Southfield, MI 48034                 248-358-1614 [FAX]

### Filing Company Information

Williamsburg National Insurance      CoCode: 25780            State of Domicile: California
Company                           Group Code: 748           Company Type: property and
26255 American Drive                Group Name: Meadowbrook    casualty
Southfield, MI  48034              FEIN Number: 33-0208084      State ID Number:
(248) 358-1100 ext. [Phone]

# Filing Fees

Fee Required?             No

Retaliatory?               No

Fee Explanation:

# State Specific

Variance Requested? (Yes/No): No



(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# BAIL BOND RATES

## THE FOLLOWING RATES WILL BE CHARGED ON BAIL BONDS:

**State Bail Bonds:**
All bail bonds, except as qualified below, are to be rated at 10% of the bond penal amount subject to the minimum premium for bail bonds.

Underwriting file documentation required as support for classification as a Qualified Bail Bond.

**Qualified Bail Bonds:**
Bail bonds may be qualified for preferred rating of 8% where the bond applies to any of the following:

1.  Individuals who have retained private counsel,
2.  Individuals who are members of a qualified labor union,
3.  Individuals currently employed by a city, state or federal government agency,
4.  Any bond where the bail bond exposure is secured by 100% cash and financial instruments (excluding marketable equities) or real property with an unencum bered value in excess of 100% of the bail bond executed.

**Federal Bail Bonds:**
All bail bonds are to be rated at 12% of the bond amount subject to the minimum premium for bail bonds.

**Bail Bond Minimum Premium:**
Minimum premium for all bail bonds is $85.

## NOTICE

These rates must be charged by ALL producers of THE WILLIAMSBURG NATIONAL INSURANCE COMPANY. These rates are for premium only, and do not include other expenses incurred, such as telephone, posting fees, appraisals or lot book reports, travel and other miscellaneous expenses.

**ALL PRODUCERS:**    Please post this rate chart in public view in your office.

# Exhibit 52

*Continental Heritage Insurance Company*
***2018 Annual Statement***



# ANNUAL STATEMENT

**For the Year Ended December 31, 2018**
of the Condition and Affairs of the

# CONTINENTAL HERITAGE INSURANCE COMPANY

NAIC Group Code.....    0,   0       NAIC Company Code..... 39551       Employer's ID Number..... 87-0363183
      (Current Period) (Prior Period)

| | | |
|---|---|---|
| Organized under the Laws of FL | State of Domicile or Port of Entry   FL | Country of Domicile    US |

Incorporated/Organized..... March 11, 1980       Commenced Business..... May 12, 1980

Statutory Home Office       21218 ST ANDREWS BLVD #400 .. BOCA RATON .. FL .. US .. 33433
                            *(Street and Number)*     *(City or Town, State, Country and Zip Code)*

Main Administrative Office       200 PARK AVENUE, STE 400 .. ORANGE VILLAGE .. OH .. US .. 44122      **877-645-4871**
                            *(Street and Number)*     *(City or Town, State, Country and Zip Code)*      *(Area Code) (Telephone Number)*

Mail Address       200 PARK AVENUE, STE 400 .. ORANGE VILLAGE .. OH .. US .. 44122
                            *(Street and Number or P. O. Box)*     *(City or Town, State, Country and Zip Code)*

Primary Location of Books and Records       200 PARK AVENUE, STE 400 .. ORANGE VILLAGE .. OH .. US .. 44122      **877-645-4871**
                            *(Street and Number)*     *(City or Town, State, Country and Zip Code)*      *(Area Code) (Telephone Number)*

Internet Web Site Address       www.continentalheritage.com

Statutory Statement Contact       WESLEY BLAKE GILBREATH      **877-645-4871-1004**
                            *(Name)*      *(Area Code) (Telephone Number) (Extension)*
                            wgilbreath@chicins.com      **216-938-6952**
                            *(E-Mail Address)*      *(Fax Number)*

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. CHARLES DELL HAMM JR. | PRESIDENT | 2. WESLEY BLAKE GILBREATH | TREASURER |
| 3. SEAN THOMAS O'BRIEN | SECRETARY | 4. SEAN THOMAS O'BRIEN | COO |

## OTHER

| | | | |
|---|---|---|---|
| CYRIL ELMO PARISH | VICE PRESIDENT | GARY MICHAEL WILLIAMS | VICE PRESIDENT |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| CHARLES DELL HAMM JR. | EDWARD FARRELL FEIGHAN | ANTHONY TRICARICHI JR | ANNE MARIE LOCONTI |
| RICHARD SAMUEL CLARK | | | |

State of........    Ohio
County of......    Cuyahoga

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| *(Signature)* | *(Signature)* | *(Signature)* |
|---|---|---|
| CHARLES DELL HAMM JR. | WESLEY BLAKE GILBREATH | SEAN THOMAS O'BRIEN |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| PRESIDENT | TREASURER | SECRETARY |
| *(Title)* | *(Title)* | *(Title)* |

Subscribed and sworn to before me       a. Is this an original filing?                     Yes [ X ]    No [   ]
This _____ day of _____ 2019       b. If no    1. State the amendment number
                                            2. Date filed
                                            3. Number of pages attached

## ASSETS

| | | Current Year | | Prior Year |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| | Assets | Nonadmitted Assets | Net Admitted Assets (Cols. 1 - 2) | Net Admitted Assets |
| 1. Bonds (Schedule D)................................................................ | 27,330,179 | | 27,330,179 | 26,654,776 |
| 2. Stocks (Schedule D): | | | | |
| 2.1 Preferred stocks........................................................ | | | 0 | |
| 2.2 Common stocks......................................................... | | | 0 | |
| 3. Mortgage loans on real estate (Schedule B): | | | | |
| 3.1 First liens................................................................ | | | 0 | |
| 3.2 Other than first liens................................................ | | | 0 | |
| 4. Real estate (Schedule A): | | | | |
| 4.1 Properties occupied by the company (less $..........0 encumbrances)............................................................ | | | 0 | |
| 4.2 Properties held for the production of income (less $..........0 encumbrances)............................................................ | | | 0 | |
| 4.3 Properties held for sale (less $..........0 encumbrances)...... | | | 0 | |
| 5. Cash ($.....4,279,927, Schedule E-Part 1), cash equivalents ($....231,450, Schedule E-Part 2) and short-term investments ($........0, Schedule DA)........ | 4,511,376 | | 4,511,376 | 1,625,962 |
| 6. Contract loans (including $..........0 premium notes)............ | | | | |
| 7. Derivatives (Schedule DB)....................................... | | | | |
| 8. Other invested assets (Schedule BA)........................... | | | | |
| 9. Receivables for securities.......................................... | | | | |
| 10. Securities lending reinvested collateral assets (Schedule DL)......... | | | 0 | |
| 11. Aggregate write-ins for invested assets........................... | 0 | 0 | 0 | 0 |
| 12. Subtotals, cash and invested assets (Lines 1 to 11).......... | 31,841,555 | 0 | 31,841,555 | 28,280,738 |
| 13. Title plants less $..........0 charged off (for Title insurers only)...... | | | 0 | |
| 14. Investment income due and accrued............................. | 149,973 | | 149,973 | 132,512 |
| 15. Premiums and considerations: | | | | |
| 15.1 Uncollected premiums and agents' balances in the course of collection............ | 672,947 | | 672,947 | 754,070 |
| 15.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $........0 earned but unbilled premiums)............ | | | 0 | |
| 15.3 Accrued retrospective premiums ($..........0) and contracts subject to redetermination ($..........0)............................ | | | 0 | |
| 16. Reinsurance: | | | | |
| 16.1 Amounts recoverable from reinsurers........................ | | | 0 | |
| 16.2 Funds held by or deposited with reinsured companies..... | | | 0 | |
| 16.3 Other amounts receivable under reinsurance contracts.... | | | 0 | |
| 17. Amounts receivable relating to uninsured plans.............. | | | 0 | |
| 18.1 Current federal and foreign income tax recoverable and interest thereon........ | 128,785 | | 128,785 | 250,156 |
| 18.2 Net deferred tax asset............................................ | 168,091 | 18,385 | 149,706 | 135,329 |
| 19. Guaranty funds receivable or on deposit....................... | | | 0 | |
| 20. Electronic data processing equipment and software.......... | | | 0 | |
| 21. Furniture and equipment, including health care delivery assets ($..........0)...... | | | 0 | |
| 22. Net adjustment in assets and liabilities due to foreign exchange rates...... | | | 0 | |
| 23. Receivables from parent, subsidiaries and affiliates.......... | | | 0 | |
| 24. Health care ($..........0) and other amounts receivable......... | | | 0 | |
| 25. Aggregate write-ins for other-than-invested assets.......... | 70,885 | 22,763 | 48,122 | 0 |
| 26. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 to 25)............ | 33,032,236 | 41,148 | 32,991,088 | 29,552,805 |
| 27. From Separate Accounts, Segregated Accounts and Protected Cell Accounts...... | | | 0 | |
| 28. TOTAL (Lines 26 and 27).......................................... | 33,032,236 | 41,148 | 32,991,088 | 29,552,805 |

### DETAILS OF WRITE-INS

| | | | | |
|---|---|---|---|---|
| 1101. ............................................................................... | | | 0 | |
| 1102. ............................................................................... | | | 0 | |
| 1103. ............................................................................... | | | 0 | |
| 1198. Summary of remaining write-ins for Line 11 from overflow page...... | 0 | 0 | 0 | 0 |
| 1199. Totals (Lines 1101 through 1103 plus 1198) (Line 11 above)...... | 0 | 0 | 0 | 0 |
| 2501. Prepaid Insurance................................................. | 22,763 | 22,763 | | |
| 2502. Misc Receivable.................................................. | 48,122 | | 48,122 | |
| 2503. ............................................................................... | | | 0 | |
| 2598. Summary of remaining write-ins for Line 25 from overflow page...... | 0 | 0 | 0 | 0 |
| 2599. Totals (Lines 2501 through 2503 plus 2598) (Line 25 above)...... | 70,885 | 22,763 | 48,122 | 0 |

# LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|---|
| 1. | Losses (Part 2A, Line 35, Column 8)............................ | 1,911,944 | 795,301 |
| 2. | Reinsurance payable on paid losses and loss adjustment expenses (Schedule F, Part 1, Column 6).............. | | |
| 3. | Loss adjustment expenses (Part 2A, Line 35, Column 9)............................ | 33,538 | 20,370 |
| 4. | Commissions payable, contingent commissions and other similar charges............................ | 1,043,290 | 19,379 |
| 5. | Other expenses (excluding taxes, licenses and fees)............................ | 517,518 | 112,004 |
| 6. | Taxes, licenses and fees (excluding federal and foreign income taxes)............................ | 75,953 | 143,578 |
| 7.1 | Current federal and foreign income taxes (including $..........0 on realized capital gains (losses)).............. | | |
| 7.2 | Net deferred tax liability............................ | | |
| 8. | Borrowed money $..........0 and interest thereon $..........0............................ | | |
| 9. | Unearned premiums (Part 1A, Line 38, Column 5) (after deducting unearned premiums for ceded reinsurance of $.....177,699 and including warranty reserves of $..........0 and accrued accident and health experience rating refunds including $..........0 for medical loss ratio rebate per the Public Health Service Act)............................ | 3,717,536 | 3,305,384 |
| 10. | Advance premium............................ | | |
| 11. | Dividends declared and unpaid: | | |
| | 11.1 Stockholders............................ | | |
| | 11.2 Policyholders............................ | | |
| 12. | Ceded reinsurance premiums payable (net of ceding commissions)............................ | | 13,147 |
| 13. | Funds held by company under reinsurance treaties (Schedule F, Part 3, Column 20)............................ | | |
| 14. | Amounts withheld or retained by company for account of others............................ | | |
| 15. | Remittances and items not allocated............................ | | |
| 16. | Provision for reinsurance (including $..........0 certified) (Schedule F, Part 3, Column 78)............................ | | |
| 17. | Net adjustments in assets and liabilities due to foreign exchange rates............................ | | |
| 18. | Drafts outstanding............................ | | |
| 19. | Payable to parent, subsidiaries and affiliates............................ | | |
| 20. | Derivatives............................ | | |
| 21. | Payable for securities............................ | | |
| 22. | Payable for securities lending............................ | | |
| 23. | Liability for amounts held under uninsured plans............................ | | |
| 24. | Capital notes $..........0 and interest thereon $..........0............................ | | |
| 25. | Aggregate write-ins for liabilities............................ | 0 | 11 |
| 26. | Total liabilities excluding protected cell liabilities (Lines 1 through 25)............................ | 7,299,778 | 4,409,174 |
| 27. | Protected cell liabilities............................ | | |
| 28. | Total liabilities (Lines 26 and 27)............................ | 7,299,778 | 4,409,174 |
| 29. | Aggregate write-ins for special surplus funds............................ | 0 | 0 |
| 30. | Common capital stock............................ | 2,500,000 | 2,500,000 |
| 31. | Preferred capital stock............................ | 500,040 | 500,040 |
| 32. | Aggregate write-ins for other-than-special surplus funds............................ | 0 | 0 |
| 33. | Surplus notes............................ | | |
| 34. | Gross paid in and contributed surplus............................ | 20,870,438 | 20,870,438 |
| 35. | Unassigned funds (surplus)............................ | 1,820,832 | 1,273,153 |
| 36. | Less treasury stock, at cost: | | |
| | 36.1 ..........0.000 shares common (value included in Line 30  $..........0)............................ | | |
| | 36.2 ..........0.000 shares preferred (value included in Line 31  $..........0)............................ | | |
| 37. | Surplus as regards policyholders (Lines 29 to 35, less 36) (Page 4, Line 39)............................ | 25,691,310 | 25,143,631 |
| 38. | TOTAL (Page 2, Line 28, Col. 3)............................ | 32,991,088 | 29,552,805 |

## DETAILS OF WRITE-INS

| | | | |
|---|---|---|---|
| 2501. | Restricted Collateral............................ | | 11 |
| 2502. | ............................ | | |
| 2503. | ............................ | | |
| 2598. | Summary of remaining write-ins for Line 25 from overflow page............................ | 0 | 0 |
| 2599. | Totals (Lines 2501 through 2503 plus 2598) (Line 25 above)............................ | 0 | 11 |
| 2901. | ............................ | | |
| 2902. | ............................ | | |
| 2903. | ............................ | | |
| 2998. | Summary of remaining write-ins for Line 29 from overflow page............................ | 0 | 0 |
| 2999. | Totals (Lines 2901 through 2903 plus 2998) (Line 29 above)............................ | 0 | 0 |
| 3201. | ............................ | | |
| 3202. | ............................ | | |
| 3203. | ............................ | | |
| 3298. | Summary of remaining write-ins for Line 32 from overflow page............................ | 0 | 0 |
| 3299. | Totals (Lines 3201 through 3203 plus 3298) (Line 32 above)............................ | 0 | 0 |

# STATEMENT OF INCOME

| | 1 Current Year | 2 Prior Year |
|---|---|---|
| **UNDERWRITING INCOME** | | |
| 1. Premiums earned (Part 1, Line 35, Column 4) | 7,448,375 | 4,251,852 |
| DEDUCTIONS: | | |
| 2. Losses incurred (Part 2, Line 35, Column 7) | 1,116,643 | 299,864 |
| 3. Loss adjustment expenses incurred (Part 3, Line 25, Column 1) | 13,169 | 5,492 |
| 4. Other underwriting expenses incurred (Part 3, Line 25, Column 2) | 6,127,538 | 5,182,520 |
| 5. Aggregate write-ins for underwriting deductions | 0 | 0 |
| 6. Total underwriting deductions (Lines 2 through 5) | 7,257,350 | 5,487,876 |
| 7. Net income of protected cells | | |
| 8. Net underwriting gain or (loss) (Line 1 minus Line 6 plus Line 7) | 191,025 | (1,236,024) |
| **INVESTMENT INCOME** | | |
| 9. Net investment income earned (Exhibit of Net Investment Income, Line 17) | 545,530 | 239,198 |
| 10. Net realized capital gains (losses) less capital gains tax of $.........0 (Exhibit of Capital Gains (Losses)) | (1,905) | 134 |
| 11. Net investment gain (loss) (Lines 9 + 10) | 543,625 | 239,332 |
| **OTHER INCOME** | | |
| 12. Net gain (loss) from agents' or premium balances charged off (amount recovered $.........0 amount charged off  $.........0) | 0 | |
| 13. Finance and service charges not included in premiums | | |
| 14. Aggregate write-ins for miscellaneous income | 250 | 90,500 |
| 15. Total other income (Lines 12 through 14) | 250 | 90,500 |
| 16. Net income before dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Lines 8 + 11 + 15) | 734,900 | (906,192) |
| 17. Dividends to policyholders | | |
| 18. Net income, after dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Line 16 minus Line 17) | 734,900 | (906,192) |
| 19. Federal and foreign income taxes incurred | 196,371 | (85,116) |
| 20. Net income (Line 18 minus Line 19) (to Line 22) | 538,529 | (821,076) |
| **CAPITAL AND SURPLUS ACCOUNT** | | |
| 21. Surplus as regards policyholders, December 31 prior year (Page 4, Line 39, Column 2) | 25,143,631 | 16,331,522 |
| 22. Net income (from Line 20) | 538,529 | (821,076) |
| 23. Net transfers (to) from Protected Cell accounts | | |
| 24. Change in net unrealized capital gains or (losses) less capital gains tax of $.........0 | | |
| 25. Change in net unrealized foreign exchange capital gain (loss) | | |
| 26. Change in net deferred income tax | 29,456 | 128,463 |
| 27. Change in nonadmitted assets (Exhibit of Nonadmitted Assets, Line 28, Column 3) | (20,308) | 4,722 |
| 28. Change in provision for reinsurance (Page 3, Line 16, Column 2 minus Column 1) | | |
| 29. Change in surplus notes | | |
| 30. Surplus (contributed to) withdrawn from Protected Cells | | |
| 31. Cumulative effect of changes in accounting principles | | |
| 32. Capital changes: | | |
| 32.1 Paid in | | |
| 32.2 Transferred from surplus (Stock Dividend) | | 500,000 |
| 32.3 Transferred to surplus | | |
| 33. Surplus adjustments: | | |
| 33.1 Paid in | | 9,500,000 |
| 33.2 Transferred to capital (Stock Dividend) | | (500,000) |
| 33.3. Transferred from capital | | |
| 34. Net remittances from or (to) Home Office | | |
| 35. Dividends to stockholders | | |
| 36. Change in treasury stock (Page 3, Lines 36.1 and 36.2, Column 2 minus Column 1) | | |
| 37. Aggregate write-ins for gains and losses in surplus | 0 | 0 |
| 38. Change in surplus as regards policyholders for the year (Lines 22 through 37) | 547,677 | 8,812,109 |
| 39. Surplus as regards policyholders, December 31 current year (Line 21 plus Line 38) (Page 3, Line 37) | 25,691,309 | 25,143,631 |
| **DETAILS OF WRITE-INS** | | |
| 0501. | | |
| 0502. | | |
| 0503. | | |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 |
| 0599. Totals (Lines 0501 through 0503 plus 0598) (Line 5 above) | 0 | 0 |
| 1401. Miscellaneous Income | 250 | 90,500 |
| 1402. | | |
| 1403. | | |
| 1498. Summary of remaining write-ins for Line 14 from overflow page | 0 | 0 |
| 1499. Totals (Lines 1401 through 1403 plus 1498) (Line 14 above) | 250 | 90,500 |
| 3701. | | |
| 3702. | | |
| 3703. | | |
| 3798. Summary of remaining write-ins for Line 37 from overflow page | 0 | 0 |
| 3799. Totals (Lines 3701 through 3703 plus 3798) (Line 37 above) | 0 | 0 |

# CASH FLOW

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|---|
| | **CASH FROM OPERATIONS** | | |
| 1. | Premiums collected net of reinsurance............................................................................................................ | 7,928,690 | 6,780,816 |
| 2. | Net investment income.................................................................................................................................... | 597,603 | 225,319 |
| 3. | Miscellaneous income..................................................................................................................................... | 250 | 90,500 |
| 4. | Total (Lines 1 through 3)................................................................................................................................. | 8,526,543 | 7,096,635 |
| 5. | Benefit and loss related payments.................................................................................................................. | | (1) |
| 6. | Net transfers to Separate Accounts, Segregated Accounts and Protected Cell Accounts............................ | | |
| 7. | Commissions, expenses paid and aggregate write-ins for deductions............................................................ | 4,771,488 | 5,079,694 |
| 8. | Dividends paid to policyholders....................................................................................................................... | | |
| 9. | Federal and foreign income taxes paid (recovered) net of $..........0 tax on capital gains (losses)................ | 75,000 | 215,000 |
| 10. | Total (Lines 5 through 9)................................................................................................................................. | 4,846,488 | 5,294,693 |
| 11. | Net cash from operations (Line 4 minus Line 10)............................................................................................ | 3,680,055 | 1,801,942 |
| | **CASH FROM INVESTMENTS** | | |
| 12. | Proceeds from investments sold, matured or repaid: | | |
| | 12.1 Bonds................................................................................................................................................... | 991,483 | 793,338 |
| | 12.2 Stocks.................................................................................................................................................. | | |
| | 12.3 Mortgage loans.................................................................................................................................... | | |
| | 12.4 Real estate.......................................................................................................................................... | | |
| | 12.5 Other invested assets......................................................................................................................... | | |
| | 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments.................................. | | 134 |
| | 12.7 Miscellaneous proceeds...................................................................................................................... | | |
| | 12.8 Total investment proceeds (Lines 12.1 to 12.7)................................................................................. | 991,483 | 793,472 |
| 13. | Cost of investments acquired (long-term only): | | |
| | 13.1 Bonds................................................................................................................................................... | 1,732,571 | 21,652,676 |
| | 13.2 Stocks.................................................................................................................................................. | | |
| | 13.3 Mortgage loans.................................................................................................................................... | | |
| | 13.4 Real estate.......................................................................................................................................... | | |
| | 13.5 Other invested assets......................................................................................................................... | | |
| | 13.6 Miscellaneous applications................................................................................................................. | | |
| | 13.7 Total investments acquired (Lines 13.1 to 13.6)................................................................................ | 1,732,571 | 21,652,676 |
| 14. | Net increase (decrease) in contract loans and premium notes....................................................................... | | |
| 15. | Net cash from investments (Line 12.8 minus Lines 13.7 minus Line 14)........................................................ | (741,088) | (20,859,204) |
| | **CASH FROM FINANCING AND MISCELLANEOUS SOURCES** | | |
| 16. | Cash provided (applied): | | |
| | 16.1 Surplus notes, capital notes.............................................................................................................. | | |
| | 16.2 Capital and paid in surplus, less treasury stock............................................................................... | | 9,500,000 |
| | 16.3 Borrowed funds.................................................................................................................................. | | |
| | 16.4 Net deposits on deposit-type contracts and other insurance liabilities............................................ | | |
| | 16.5 Dividends to stockholders................................................................................................................... | | |
| | 16.6 Other cash provided (applied)............................................................................................................ | (53,553) | 4,415 |
| 17. | Net cash from financing and miscellaneous sources (Lines 16.1 to 16.4 minus Line 16.5 plus Line 16.6)... | (53,553) | 9,504,415 |
| | **RECONCILIATION OF CASH, CASH EQUIVALENTS AND SHORT-TERM INVESTMENTS** | | |
| 18. | Net change in cash, cash equivalents and short-term investments (Line 11, plus Lines 15 and 17)............. | 2,885,414 | (9,552,847) |
| 19. | Cash, cash equivalents and short-term investments: | | |
| | 19.1 Beginning of year............................................................................................................................... | 1,625,962 | 11,178,810 |
| | 19.2 End of year (Line 18 plus Line 19.1)................................................................................................. | 4,511,376 | 1,625,962 |

Note: Supplemental disclosures of cash flow information for non-cash transactions:

| | | |
|---|---|---|
| 20.0001 | | |

## UNDERWRITING AND INVESTMENT EXHIBIT
### PART 1 - PREMIUMS EARNED

| | Line of Business | 1 Net Premiums Written per Column 6, Part 1B | 2 Unearned Premiums December 31 Prior Year- per Col. 3, Last Year's Part 1 | 3 Unearned Premiums December 31 Current Year- per Col. 5, Part 1A | 4 Premiums Earned During Year (Cols. 1 + 2 - 3) |
|---|---|---|---|---|---|
| 1. | Fire | 0 | | 0 | 0 |
| 2. | Allied lines | 0 | | 0 | 0 |
| 3. | Farmowners multiple peril | 0 | | 0 | 0 |
| 4. | Homeowners multiple peril | 0 | | 0 | 0 |
| 5. | Commercial multiple peril | 0 | | 0 | 0 |
| 6. | Mortgage guaranty | 0 | | 0 | 0 |
| 8. | Ocean marine | 0 | | 0 | 0 |
| 9. | Inland marine | 0 | | 0 | 0 |
| 10. | Financial guaranty | 0 | | 0 | 0 |
| 11.1 | Medical professional liability - occurrence | | | 0 | 0 |
| 11.2 | Medical professional liability - claims-made | | | 0 | 0 |
| 12. | Earthquake | | | 0 | 0 |
| 13. | Group accident and health | 0 | | 0 | 0 |
| 14. | Credit accident and health (group and individual) | 0 | | 0 | 0 |
| 15. | Other accident and health | 0 | | 0 | 0 |
| 16. | Workers' compensation | 0 | | 0 | 0 |
| 17.1 | Other liability - occurrence | 0 | | 0 | 0 |
| 17.2 | Other liability - claims-made | 0 | | 0 | 0 |
| 17.3 | Excess workers' compensation | 0 | | 0 | 0 |
| 18.1 | Products liability - occurrence | 0 | | 0 | 0 |
| 18.2 | Products liability - claims-made | 62,016 | | 46,029 | 15,987 |
| 19.1, 19.2 | Private passenger auto liability | 0 | | 0 | 0 |
| 19.3, 19.4 | Commercial auto liability | | | 0 | 0 |
| 21. | Auto physical damage | 0 | | 0 | 0 |
| 22. | Aircraft (all perils) | 0 | | 0 | 0 |
| 23. | Fidelity | | | 0 | 0 |
| 24. | Surety | 7,798,511 | 3,305,384 | 3,671,507 | 7,432,388 |
| 26. | Burglary and theft | 0 | | 0 | 0 |
| 27. | Boiler and machinery | 0 | | 0 | 0 |
| 28. | Credit | 0 | | 0 | 0 |
| 29. | International | 0 | | 0 | 0 |
| 30. | Warranty | 0 | | 0 | 0 |
| 31. | Reinsurance - nonproportional assumed property | 0 | | 0 | 0 |
| 32. | Reinsurance - nonproportional assumed liability | 0 | | 0 | 0 |
| 33. | Reinsurance - nonproportional assumed financial lines | 0 | | 0 | 0 |
| 34. | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 |
| 35. | TOTALS | 7,860,527 | 3,305,384 | 3,717,536 | 7,448,375 |

### DETAILS OF WRITE-INS

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 3401. | | 0 | | 0 | 0 |
| 3402. | | 0 | | 0 | 0 |
| 3403. | | 0 | | 0 | 0 |
| 3498. | Summary of remaining write-ins for Line 34 from overflow page | 0 | 0 | 0 | 0 |
| 3499. | Totals (Lines 3401 through 3403 plus 3498) (Line 34 above) | 0 | 0 | 0 | 0 |

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 1A - RECAPITULATION OF ALL PREMIUMS

| | Line of Business | 1<br>Amount Unearned<br>(Running One Year<br>or Less from Date<br>of Policy) (a) | 2<br>Amount Unearned<br>(Running More Than<br>One Year from<br>Date of Policy) (a) | 3<br>Earned But<br>Unbilled Premium | 4<br>Reserve for<br>Rate Credits<br>and Retrospective<br>Adjustments Based<br>on Experience | 5<br>Total Reserve<br>for Unearned<br>Premiums<br>Cols. 1 + 2 + 3 + 4 |
|---|---|---|---|---|---|---|
| 1. | Fire | | | | | 0 |
| 2. | Allied lines | | | | | 0 |
| 3. | Farmowners multiple peril | | | | | 0 |
| 4. | Homeowners multiple peril | | | | | 0 |
| 5. | Commercial multiple peril | | | | | 0 |
| 6. | Mortgage guaranty | | | | | 0 |
| 8. | Ocean marine | | | | | 0 |
| 9. | Inland marine | | | | | 0 |
| 10. | Financial guaranty | | | | | 0 |
| 11.1 | Medical professional liability - occurrence | | | | | 0 |
| 11.2 | Medical professional liability - claims-made | | | | | 0 |
| 12. | Earthquake | | | | | 0 |
| 13. | Group accident and health | | | | | 0 |
| 14. | Credit accident and health (group and individual) | | | | | 0 |
| 15. | Other accident and health | | | | | 0 |
| 16. | Workers' compensation | | | | | 0 |
| 17.1 | Other liability - occurrence | | | | | 0 |
| 17.2 | Other liability - claims-made | | | | | 0 |
| 17.3 | Excess workers' compensation | | | | | 0 |
| 18.1 | Products liability - occurrence | | | | | 0 |
| 18.2 | Products liability - claims-made | 46,029 | | | | 46,029 |
| 19.1, 19.2 | Private passenger auto liability | | | | | |
| 19.3, 19.4 | Commercial auto liability | | | | | |
| 21. | Auto physical damage | | | | | 0 |
| 22. | Aircraft (all perils) | | | | | 0 |
| 23. | Fidelity | | | | | 0 |
| 24. | Surety | 3,671,507 | | | | 3,671,507 |
| 26. | Burglary and theft | | | | | 0 |
| 27. | Boiler and machinery | | | | | 0 |
| 28. | Credit | | | | | 0 |
| 29. | International | | | | | 0 |
| 30. | Warranty | | | | | 0 |
| 31. | Reinsurance - nonproportional assumed property | | | | | 0 |
| 32. | Reinsurance - nonproportional assumed liability | | | | | 0 |
| 33. | Reinsurance - nonproportional assumed financial lines | | | | | 0 |
| 34. | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 |
| 35. | TOTALS | 3,717,536 | 0 | 0 | 0 | 3,717,536 |
| 36. | Accrued retrospective premiums based on experience | | | | | |
| 37. | Earned but unbilled premiums | | | | | |
| 38. | Balance (sum of Lines 35 through 37) | | | | | 3,717,536 |

### DETAILS OF WRITE-INS

| | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| 3401. | | | | | | 0 |
| 3402. | | | | | | 0 |
| 3403. | | | | | | |
| 3498. | Summary of remaining write-ins for Line 34 from overflow page | 0 | 0 | 0 | 0 | 0 |
| 3499. | Totals (Lines 3401 through 3403 plus 3498) (Line 34 above) | 0 | 0 | 0 | 0 | 0 |

(a) State here basis of computation used in each case: Monthly Pro-Rata

# UNDERWRITING AND INVESTMENT EXHIBIT
## PART 1B - PREMIUMS WRITTEN

| | 1 | Reinsurance Assumed | | Reinsurance Ceded | | 6 |
| | | 2 | 3 | 4 | 5 | Net Premiums Written |
| Line of Business | Direct Business (a) | From Affiliates | From Non-Affiliates | To Affiliates | To Non-Affiliates | (Cols. 1 + 2 + 3 - 4 - 5) |
|---|---|---|---|---|---|---|
| 1. Fire | | | | | | 0 |
| 2. Allied lines | | | | | | 0 |
| 3. Farmowners multiple peril | | | | | | 0 |
| 4. Homeowners multiple peril | | | | | | 0 |
| 5. Commercial multiple peril | | | | | | 0 |
| 6. Mortgage guaranty | | | | | | 0 |
| 8. Ocean marine | | | | | | 0 |
| 9. Inland marine | | | | | | 0 |
| 10. Financial guaranty | | | | | | 0 |
| 11.1 Medical professional liability - occurrence | | | | | | 0 |
| 11.2 Medical professional liability - claims-made | | | | | | 0 |
| 12. Earthquake | | | | | | 0 |
| 13. Group accident and health | | | | | | 0 |
| 14. Credit accident and health (group and individual) | | | | | | 0 |
| 15. Other accident and health | | | | | | 0 |
| 16. Workers' compensation | | | | | | 0 |
| 17.1 Other liability - occurrence | | | | | | 0 |
| 17.2 Other liability - claims-made | | | | | | 0 |
| 17.3 Excess workers' compensation | | | | | | 0 |
| 18.1 Products liability - occurrence | | | | | | 0 |
| 18.2 Products liability - claims-made | 62,016 | | | | | 62,016 |
| 19.1, 19.2 Private passenger auto liability | | | | | | 0 |
| 19.3, 19.4 Commercial auto liability | | | | | | 0 |
| 21. Auto physical damage | | | | | | 0 |
| 22. Aircraft (all perils) | | | | | | 0 |
| 23. Fidelity | | | | | | 0 |
| 24. Surety | 8,060,440 | | 3,376 | | 265,305 | 7,798,511 |
| 26. Burglary and theft | | | | | | 0 |
| 27. Boiler and machinery | | | | | | 0 |
| 28. Credit | | | | | | 0 |
| 29. International | | | | | | 0 |
| 30. Warranty | | | | | | 0 |
| 31. Reinsurance - nonproportional assumed property | XXX | | | | | 0 |
| 32. Reinsurance - nonproportional assumed liability | XXX | | | | | 0 |
| 33. Reinsurance - nonproportional assumed financial lines | XXX | | | | | 0 |
| 34. Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 |
| 35. TOTALS | 8,122,456 | 0 | 3,376 | 0 | 265,305 | 7,860,527 |

### DETAILS OF WRITE-INS

| | | | | | | |
|---|---|---|---|---|---|---|
| 3401. | | | | | | 0 |
| 3402. | | | | | | 0 |
| 3403. | | | | | | 0 |
| 3498. Summary of remaining write-ins for Line 34 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 |
| 3499. Totals (Lines 3401 through 3403 plus 3498) (Line 34 above) | 0 | 0 | 0 | 0 | 0 | 0 |

(a) Does the company's direct premiums written include premiums recorded on an installment basis? Yes [ ] No [ ]

If yes: 1. The amount of such installment premiums $..........0.

2. Amount at which such installment premiums would have been reported had they been recorded on an annualized basis $..........0.

# UNDERWRITING AND INVESTMENT EXHIBIT
## PART 2 - LOSSES PAID AND INCURRED

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | Losses Paid Less Salvage | | | | | | |
| Line of Business | Direct Business | Reinsurance Assumed | Reinsurance Recovered | Net Payments (Cols. 1 + 2 - 3) | Net Losses Unpaid Current Year (Part 2A, Col. 8) | Net Losses Unpaid Prior Year | Losses Incurred Current Year (Cols. 4 + 5 - 6) | Percentage of Losses Incurred (Col. 7, Part 2) to Premiums Earned (Col. 4, Part 1) |
| 1. Fire | | | | 0 | 0 | | 0 | 0.0 |
| 2. Allied lines | | | | 0 | 0 | | 0 | 0.0 |
| 3. Farmowners multiple peril | | | | 0 | 0 | | 0 | 0.0 |
| 4. Homeowners multiple peril | | | | 0 | 0 | | 0 | 0.0 |
| 5. Commercial multiple peril | | | | 0 | 0 | | 0 | 0.0 |
| 6. Mortgage guaranty | | | | 0 | 0 | | 0 | 0.0 |
| 8. Ocean marine | | | | 0 | 0 | | 0 | 0.0 |
| 9. Inland marine | | | | 0 | 0 | | 0 | 0.0 |
| 10. Financial guaranty | | | | 0 | 0 | | 0 | 0.0 |
| 11.1 Medical professional liability - occurrence | | | | 0 | 0 | | 0 | 0.0 |
| 11.2 Medical professional liability - claims-made | | | | 0 | 0 | | 0 | 0.0 |
| 12. Earthquake | | | | 0 | 0 | | 0 | 0.0 |
| 13. Group accident and health | | | | 0 | 0 | | 0 | 0.0 |
| 14. Credit accident and health (group and individual) | | | | 0 | 0 | | 0 | 0.0 |
| 15. Other accident and health | | | | 0 | 0 | | 0 | 0.0 |
| 16. Workers' compensation | | | | 0 | 0 | | 0 | 0.0 |
| 17.1 Other liability - occurrence | | | | 0 | 0 | | 0 | 0.0 |
| 17.2 Other liability - claims-made | | | | 0 | 0 | | 0 | 0.0 |
| 17.3 Excess workers' compensation | | | | 0 | 0 | | 0 | 0.0 |
| 18.1 Products liability - occurrence | | | | 0 | 7,994 | | 7,994 | 50.0 |
| 18.2 Products liability - claims-made | | | | 0 | 0 | | 0 | 0.0 |
| 19.1, 19.2 Private passenger auto liability | | | | 0 | 0 | | 0 | 0.0 |
| 19.3, 19.4 Commercial auto liability | | | | 0 | 0 | | 0 | 0.0 |
| 21. Auto physical damage | | | | 0 | 0 | | 0 | 0.0 |
| 22. Aircraft (all perils) | | | | 0 | 0 | | 0 | 0.0 |
| 23. Fidelity | | | | 0 | 0 | | 0 | 0.0 |
| 24. Surety | | | | 0 | 1,903,950 | 796,301 | 1,108,649 | 14.9 |
| 26. Burglary and theft | | | | 0 | 0 | | 0 | 0.0 |
| 27. Boiler and machinery | | | | 0 | 0 | | 0 | 0.0 |
| 28. Credit | | | | 0 | 0 | | 0 | 0.0 |
| 29. International | | | | 0 | 0 | | 0 | 0.0 |
| 30. Warranty | | | | 0 | 0 | | 0 | 0.0 |
| 31. Reinsurance - nonproportional assumed property | XXX | | | 0 | 0 | | 0 | 0.0 |
| 32. Reinsurance - nonproportional assumed liability | XXX | | | 0 | 0 | | 0 | 0.0 |
| 33. Reinsurance - nonproportional assumed financial lines | XXX | | | 0 | 0 | | 0 | 0.0 |
| 34. Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | | 0 | 0.0 |
| 35. TOTALS | 0 | 0 | 0 | 0 | 1,911,944 | 796,301 | 1,116,643 | 15.0 |

### DETAILS OF WRITE-INS

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 3401. | | | | 0 | 0 | | 0 | 0.0 |
| 3402. | | | | 0 | 0 | | 0 | 0.0 |
| 3403. | | | | 0 | 0 | | 0 | 0.0 |
| 3498. Summary of remaining write-ins for Line 34 from overflow page | 0 | | 0 | 0 | 0 | | 0 | XXX |
| 3499. Totals (Lines 3401 through 3403 plus 3498) (Line 34 above) | 0 | | 0 | 0 | 0 | | 0 | 0.0 |

9

## UNDERWRITING AND INVESTMENT EXHIBIT
### PART 2A - UNPAID LOSSES AND LOSS ADJUSTMENT EXPENSES

| | Reported Losses | | | | Incurred But Not Reported | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Line of Business | 1 Direct | 2 Reinsurance Assumed | 3 Deduct Reinsurance Recoverable | 4 Net Losses Excluding Incurred but not Reported (Cols. 1 + 2 - 3) | 5 Direct | 6 Reinsurance Assumed | 7 Reinsurance Ceded | 8 Net Losses Unpaid (Cols. 4 + 5 + 6 - 7) | 9 Net Unpaid Loss Adjustment Expenses |
| 1. Fire | | | | 0 | | | | 0 | |
| 2. Allied lines | | | | 0 | | | | 0 | |
| 3. Farmowners multiple peril | | | | 0 | | | | 0 | |
| 4. Homeowners multiple peril | | | | 0 | | | | 0 | |
| 5. Commercial multiple peril | | | | 0 | | | | 0 | |
| 6. Mortgage guaranty | | | | 0 | | | | 0 | |
| 8. Ocean marine | | | | 0 | | | | 0 | |
| 9. Inland marine | | | | 0 | | | | 0 | |
| 10. Financial guaranty | | | | 0 | | | | 0 | |
| 11.1 Medical professional liability - occurrence | | | | 0 | | | | 0 | |
| 11.2 Medical professional liability - claims-made | | | | 0 | | | | 0 | |
| 12. Earthquake | | | | 0 | | | | 0 | |
| 13. Group accident and health | | | | 0 | | | | (a) 0 | |
| 14. Credit accident and health (group and individual) | | | | 0 | | | | 0 | |
| 15. Other accident and health | | | | 0 | | | | (a) 0 | |
| 16. Workers' compensation | | | | 0 | 7,994 | | | 7,994 | |
| 17.1 Other liability - occurrence | | | | 0 | | | | 0 | |
| 17.2 Other liability - claims-made | | | | 0 | | | | 0 | |
| 17.3 Excess workers' compensation | | | | 0 | | | | 0 | |
| 18.1 Products liability - occurrence | | | | 0 | | | | 0 | |
| 18.2 Products liability - claims-made | | | | 0 | | | | 0 | |
| 19.1, 19.2 Private passenger auto liability | | | | 0 | | | | 0 | |
| 19.3, 19.4 Commercial auto liability | | | | 0 | | | | 0 | |
| 21. Auto physical damage | | | | 0 | | | | 0 | |
| 22. Aircraft (all perils) | | | | 0 | | | | 0 | |
| 23. Fidelity | | | | 0 | | | | 0 | |
| 24. Surety | | | | 0 | 2,060,880 | 864 | 157,794 | 1,903,950 | 33,538 |
| 26. Burglary and theft | | | | 0 | | | | 0 | |
| 27. Boiler and machinery | | | | 0 | | | | 0 | |
| 28. Credit | | | | 0 | | | | 0 | |
| 29. International | | | | 0 | | | | 0 | |
| 30. Warranty | | | | 0 | | | | 0 | |
| 31. Reinsurance - nonproportional assumed property | XXX | | | 0 | XXX | | | 0 | |
| 32. Reinsurance - nonproportional assumed liability | XXX | | | 0 | XXX | | | 0 | |
| 33. Reinsurance - nonproportional assumed financial lines | XXX | | | 0 | XXX | | | 0 | |
| 34. Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35. TOTALS | 0 | 0 | 0 | 0 | 2,068,874 | 864 | 157,794 | 1,911,944 | 33,538 |

### DETAILS OF WRITE-INS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3401. | | | | 0 | | | | 0 | |
| 3402. | | | | 0 | | | | 0 | |
| 3403. | | | | 0 | | | | 0 | |
| 3498. Summary of remaining write-ins for Line 34 from overflow page | | | | 0 | | | | 0 | |
| 3499. Totals (Lines 3401 through 3403 plus 3498) (Line 34 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(a) Including $........0 for present value of life indemnity claims.

# UNDERWRITING AND INVESTMENT EXHIBIT
## PART 3 - EXPENSES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | Other | | |
| | Loss Adjustment | Underwriting | Investment | |
| | Expenses | Expenses | Expenses | Total |
| 1. Claim adjustment services: | | | | |
| 1.1 Direct | 47,828 | | | 47,828 |
| 1.2 Reinsurance assumed | | | | 0 |
| 1.3 Reinsurance ceded | 34,659 | | | 34,659 |
| 1.4 Net claim adjustment services (1.1 + 1.2 - 1.3) | 13,169 | 0 | 0 | 13,169 |
| 2. Commission and brokerage: | | | | |
| 2.1 Direct, excluding contingent | | 2,870,151 | | 2,870,151 |
| 2.2 Reinsurance assumed, excluding contingent | | | | 0 |
| 2.3 Reinsurance ceded, excluding contingent | | 9,396 | | 9,396 |
| 2.4 Contingent - direct | | | | 0 |
| 2.5 Contingent - reinsurance assumed | | | | 0 |
| 2.6 Contingent - reinsurance ceded | | | | 0 |
| 2.7 Policy and membership fees | | | | 0 |
| 2.8 Net commission and brokerage (2.1 + 2.2 - 2.3 + 2.4 + 2.5 - 2.6 + 2.7) | 0 | 2,860,755 | 0 | 2,860,755 |
| 3. Allowances to manager and agents | | | | 0 |
| 4. Advertising | | 6,673 | | 6,673 |
| 5. Boards, bureaus and associations | | 69,126 | | 69,126 |
| 6. Surveys and underwriting reports | | | | 0 |
| 7. Audit of assureds' records | | | | 0 |
| 8. Salary and related items: | | | | |
| 8.1 Salaries | | 1,347,164 | 20,515 | 1,367,679 |
| 8.2 Payroll taxes | | 63,585 | 968 | 64,553 |
| 9. Employee relations and welfare | | 167,251 | 2,547 | 169,798 |
| 10. Insurance | | 46,820 | | 46,820 |
| 11. Directors' fees | | 13,297 | 203 | 13,500 |
| 12. Travel and travel items | | 60,298 | 918 | 61,216 |
| 13. Rent and rent items | | 188,749 | 2,874 | 191,623 |
| 14. Equipment | | 21,592 | 329 | 21,921 |
| 15. Cost or depreciation of EDP equipment and software | | | | 0 |
| 16. Printing and stationery | | 47,388 | 722 | 48,110 |
| 17. Postage, telephone and telegraph, exchange and express | | 44,007 | 670 | 44,677 |
| 18. Legal and auditing | | 377,028 | 5,742 | 382,770 |
| 19. Totals (Lines 3 to 18) | 0 | 2,452,978 | 35,488 | 2,488,466 |
| 20. Taxes, licenses and fees: | | | | |
| 20.1 State and local insurance taxes deducting guaranty association credits of $........0 | | 700,311 | | 700,311 |
| 20.2 Insurance department licenses and fees | | 12,078 | | 12,078 |
| 20.3 Gross guaranty association assessments | | | | 0 |
| 20.4 All other (excluding federal and foreign income and real estate) | | 2,500 | | 2,500 |
| 20.5 Total taxes, licenses and fees (20.1 + 20.2 + 20.3 + 20.4) | 0 | 714,889 | 0 | 714,889 |
| 21. Real estate expenses | | | | 0 |
| 22. Real estate taxes | | | | 0 |
| 23. Reimbursements by uninsured plans | | | | 0 |
| 24. Aggregate write-ins for miscellaneous expenses | 0 | 98,916 | 82,993 | 181,909 |
| 25. Total expenses incurred | 13,169 | 6,127,538 | 118,481 | (a)......6,259,188 |
| 26. Less unpaid expenses - current year | 33,538 | 1,543,943 | 16,861 | 1,594,342 |
| 27. Add unpaid expenses - prior year | 20,370 | 115,511 | 11,113 | 146,994 |
| 28. Amounts receivable relating to uninsured plans, prior year | | | | 0 |
| 29. Amounts receivable relating to uninsured plans, current year | | | | 0 |
| 30. TOTAL EXPENSES PAID (Lines 25 - 26 + 27 - 28 + 29) | 1 | 4,699,106 | 112,733 | 4,811,840 |

### DETAILS OF WRITE-INS

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 2401. Other Outside Service | | | 82,993 | 82,993 |
| 2402. Data Processing | | 77,698 | | 77,698 |
| 2403. Other Expenses | | 21,218 | | 21,218 |
| 2498. Summary of remaining write-ins for Line 24 from overflow page | 0 | 0 | 0 | 0 |
| 2499. Totals (Lines 2401 through 2403 plus 2498) (Line 24 above) | 0 | 98,916 | 82,993 | 181,909 |

(a) Includes management fees of $..........0 to affiliates and $..........0 to non-affiliates.

# EXHIBIT OF NET INVESTMENT INCOME

| | | 1 Collected During Year | 2 Earned During Year |
|---|---|---|---|
| 1. | U.S. government bonds | (a)...........137,627 | ...........140,926 |
| 1.1 | Bonds exempt from U.S. tax | (a)................... | ................... |
| 1.2 | Other bonds (unaffiliated) | (a)...........500,429 | ...........514,561 |
| 1.3 | Bonds of affiliates | (a)................... | ................... |
| 2.1 | Preferred stocks (unaffiliated) | (b)................... | ................... |
| 2.11 | Preferred stocks of affiliates | (b)................... | ................... |
| 2.2 | Common stocks (unaffiliated) | ................... | ................... |
| 2.21 | Common stocks of affiliates | ................... | ................... |
| 3. | Mortgage loans | (c)................... | ................... |
| 4. | Real estate | (d)................... | ................... |
| 5. | Contract loans | ................... | ................... |
| 6. | Cash, cash equivalents and short-term investments | (e)...........7,495 | ...........8,524 |
| 7. | Derivative instruments | (f)................... | ................... |
| 8. | Other invested assets | ................... | ................... |
| 9. | Aggregate write-ins for investment income | ...........0 | ...........0 |
| 10. | Total gross investment income | ...........645,551 | ...........664,011 |
| 11. | Investment expenses | (g)................... | ...........118,481 |
| 12. | Investment taxes, licenses and fees, excluding federal income taxes | (g)................... | ................... |
| 13. | Interest expense | (h)................... | ................... |
| 14. | Depreciation on real estate and other invested assets | (i)................... | ...........0 |
| 15. | Aggregate write-ins for deductions from investment income | ...........0 | ...........0 |
| 16. | Total deductions (Lines 11 through 15) | | ...........118,481 |
| 17. | Net investment income (Line 10 minus Line 16) | | ...........545,530 |

## DETAILS OF WRITE-INS

| | | | |
|---|---|---|---|
| 0901. | | | |
| 0902. | | | |
| 0903. | | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | ...........0 | ...........0 |
| 0999. | Totals (Lines 0901 through 0903 plus 0998) (Line 9 above) | ...........0 | ...........0 |
| 1501. | | | |
| 1502. | | | |
| 1503. | | | |
| 1598. | Summary of remaining write-ins for Line 15 from overflow page | | ...........0 |
| 1599. | Totals (Lines 1501 through 1503 plus 1598) (Line 15 above) | | ...........0 |

(a) Includes $.....9,000 accrual of discount less $.....72,786 amortization of premium and less $.....3,401 paid for accrued interest on purchases.

(b) Includes $..........0 accrual of discount less $..........0 amortization of premium and less $..........0 paid for accrued dividends on purchases.

(c) Includes $..........0 accrual of discount less $..........0 amortization of premium and less $..........0 paid for accrued interest on purchases.

(d) Includes $..........0 for company's occupancy of its own buildings; and excludes $..........0 interest on encumbrances.

(e) Includes $..........0 accrual of discount less $..........0 amortization of premium and less $..........0 paid for accrued interest on purchases.

(f) Includes $..........0 accrual of discount less $..........0 amortization of premium.

(g) Includes $..........0 investment expenses and $..........0 investment taxes, licenses and fees, excluding federal income taxes, attributable to segregated and Separate Accounts.

(h) Includes $..........0 interest on surplus notes and $..........0 interest on capital notes.

(i) Includes $..........0 depreciation on real estate and $..........0 depreciation on other invested assets.

# EXHIBIT OF CAPITAL GAINS (LOSSES)

| | | 1 Realized Gain (Loss) on Sales or Maturity | 2 Other Realized Adjustments | 3 Total Realized Capital Gain (Loss) (Columns 1 + 2) | 4 Change in Unrealized Capital Gain (Loss) | 5 Change in Unrealized Foreign Exchange Capital Gain (Loss) |
|---|---|---|---|---|---|---|
| 1. | U.S. government bonds | ...........(1,905) | | ...........(1,905) | | |
| 1.1 | Bonds exempt from U.S. tax | | | ...........0 | | |
| 1.2 | Other bonds (unaffiliated) | | | ...........0 | | |
| 1.3 | Bonds of affiliates | | | ...........0 | | |
| 2.1 | Preferred stocks (unaffiliated) | | | ...........0 | | |
| 2.11 | Preferred stocks of affiliates | | | ...........0 | | |
| 2.2 | Common stocks (unaffiliated) | | | ...........0 | | |
| 2.21 | Common stocks of affiliates | | | ...........0 | | |
| 3. | Mortgage loans | | | ...........0 | | |
| 4. | Real estate | | | ...........0 | | |
| 5. | Contract loans | | | ...........0 | | |
| 6. | Cash, cash equivalents and short-term investments | | | ...........0 | | |
| 7. | Derivative instruments | | | ...........0 | | |
| 8. | Other invested assets | | | ...........0 | | |
| 9. | Aggregate write-ins for capital gains (losses) | ...........0 | ...........0 | ...........0 | ...........0 | ...........0 |
| 10. | Total capital gains (losses) | ...........(1,905) | ...........0 | ...........(1,905) | ...........0 | ...........0 |

## DETAILS OF WRITE-INS

| | | | | | | |
|---|---|---|---|---|---|---|
| 0901. | | | | ...........0 | | |
| 0902. | | | | ...........0 | | |
| 0903. | | | | ...........0 | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | ...........0 | ...........0 | ...........0 | ...........0 | ...........0 |
| 0999. | Totals (Lines 0901 through 0903 plus 0998) (Line 9 above) | ...........0 | ...........0 | ...........0 | ...........0 | ...........0 |

# EXHIBIT OF NONADMITTED ASSETS

| | 1<br>Current Year<br>Total<br>Nonadmitted Assets | 2<br>Prior Year<br>Total<br>Nonadmitted Assets | 3<br>Change in Total<br>Nonadmitted Assets<br>(Col. 2 - Col. 1) |
|---|---|---|---|
| 1. Bonds (Schedule D) | | | 0 |
| 2. Stocks (Schedule D): | | | |
|   2.1 Preferred stocks | | | 0 |
|   2.2 Common stocks | | | 0 |
| 3. Mortgage loans on real estate (Schedule B): | | | |
|   3.1 First liens | | | 0 |
|   3.2 Other than first liens | | | 0 |
| 4. Real estate (Schedule A): | | | |
|   4.1 Properties occupied by the company | | | 0 |
|   4.2 Properties held for the production of income | | | 0 |
|   4.3 Properties held for sale | | | 0 |
| 5. Cash (Schedule E-Part 1), cash equivalents (Schedule E-Part 2)<br>and short-term investments (Schedule DA) | | | 0 |
| 6. Contract loans | | | 0 |
| 7. Derivatives (Schedule DB) | | | 0 |
| 8. Other invested assets (Schedule BA) | | | 0 |
| 9. Receivables for securities | | | 0 |
| 10. Securities lending reinvested collateral assets (Schedule DL) | | | 0 |
| 11. Aggregate write-ins for invested assets | 0 | 0 | 0 |
| 12. Subtotals, cash and invested assets (Lines 1 to 11) | 0 | 0 | 0 |
| 13. Title plants (for Title insurers only) | | | 0 |
| 14. Investment income due and accrued | | | 0 |
| 15. Premiums and considerations: | | | |
|   15.1 Uncollected premiums and agents' balances in the course of collection | | 187 | 187 |
|   15.2 Deferred premiums, agents' balances and installments booked but<br>deferred and not yet due | | | 0 |
|   15.3 Accrued retrospective premiums and contracts subject to redetermination | | | 0 |
| 16. Reinsurance: | | | |
|   16.1 Amounts recoverable from reinsurers | | | 0 |
|   16.2 Funds held by or deposited with reinsured companies | | | 0 |
|   16.3 Other amounts receivable under reinsurance contracts | | | 0 |
| 17. Amounts receivable relating to uninsured plans | | | 0 |
| 18.1 Current federal and foreign income tax recoverable and interest thereon | | | 0 |
| 18.2 Net deferred tax asset | 18,385 | 3,306 | (15,079) |
| 19. Guaranty funds receivable or on deposit | | | 0 |
| 20. Electronic data processing equipment and software | | | 0 |
| 21. Furniture and equipment, including health care delivery assets | | | 0 |
| 22. Net adjustment in assets and liabilities due to foreign exchange rates | | | 0 |
| 23. Receivables from parent, subsidiaries and affiliates | | | 0 |
| 24. Health care and other amounts receivable | | | 0 |
| 25. Aggregate write-ins for other-than-invested assets | 22,763 | 17,348 | (5,416) |
| 26. Total assets excluding Separate Accounts, Segregated Accounts and Protected<br>Cell Accounts (Lines 12 through 25) | 41,148 | 20,841 | (20,308) |
| 27. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | 0 |
| 28. TOTALS (Lines 26 and 27) | 41,148 | 20,841 | (20,308) |

## DETAILS OF WRITE-INS

| | 1 | 2 | 3 |
|---|---|---|---|
| 1101. | | | 0 |
| 1102. | | | 0 |
| 1103. | | | 0 |
| 1198. Summary of remaining write-ins for Line 11 from overflow page | 0 | 0 | 0 |
| 1199. Totals (Lines 1101 through 1103 plus 1198) (Line 11 above) | 0 | 0 | 0 |
| 2501. Prepaid Insurance | 22,763 | 17,348 | (5,416) |
| 2502. | | | 0 |
| 2503. | | | 0 |
| 2598. Summary of remaining write-ins for Line 25 from overflow page | 0 | 0 | 0 |
| 2599. Totals (Lines 2501 through 2503 plus 2598) (Line 25 above) | 22,763 | 17,348 | (5,416) |

# NOTES TO FINANCIAL STATEMENTS

**Note 1 – Summary of Significant Accounting Policies and Going Concern**

A.  Accounting Practices

The financial statements of Continental Heritage Insurance Company (Company) are presented on the basis of accounting practices prescribed or permitted by the Florida Office of Insurance Regulation (OIR).

The OIR recognizes only statutory accounting practices prescribed or permitted by the State of Florida for determining and reporting the financial condition and results of operations of an insurance company, for determining its solvency under Florida insurance law. The Accounting Practices and Procedures Manual (NAIC SAP) has been adopted as a component of prescribed or permitted practices by the state of Florida. The state has adopted certain prescribed accounting practices that differ from those found in NAIC SAP. In addition, the Commissioner of Insurance has the right to permit other specific practices that deviate from prescribed practices.

Pursuant to Chapter 624.4094 of the Florida insurance code, direct written premiums for bail bonds shall be reported net of any amounts retained by licensed bail bond agents or licensed managing general agents. Neither net income nor statutory surplus are affected by this treatment. Insurance premium tax and related excise taxes continue to be calculated using gross bail bond premiums. Gross bail bond premium, premium taxes incurred, and consideration withheld by agents and not reported as an expense in the accompanying financial statements are as follows:

FY 2018 (YTD)

| | Gross bail premium | Premium taxes incurred | Agents consideration not reported |
|---|---|---|---|
| California | $  8,006,159 | $   188,144 | $   7,565,821 |
| Florida | 8,557,811 | 9,270 | 8,028,083 |
| Georgia | 625,111 | 29,693 | 590,730 |
| Iowa | 425,138 | 7,440 | 401,925 |
| Idaho | 947,981 | 16,590 | 894,041 |
| Louisiana | 603,386 | 574 | 570,562 |
| Minnesota | 431,513 | 8,630 | 407,823 |
| Mississippi | 13,487 | 405 | 12,745 |
| Nevada | 889,175 | 31,121 | 850,674 |
| Ohio | 475,825 | 8,327 | 449,654 |
| Tennessee | 3,898,702 | 97,468 | 3,684,273 |
| Texas | 600,183 | 10,503 | 567,173 |
| Total | $ 25,474,471 | $408,165 | $   24,023,504 |

The amount of net earned bail bond premium (after reinsurance) included on the surety line is $1,457,592.

A reconciliation of the Company's net income and capital and surplus between NAIC SAP and practices prescribed and permitted by the State of Florida is shown below:

| | | SSAP # | F/S Page | F/S Line # | 2018 | 2017 |
|---|---|---|---|---|---|---|
| | **NET INCOME** | | | | | |
| (1) | Company state basis (Page 4, Line 20, Columns 1 & 2) | XXX | XXX | XXX | $          538,529 | $         (821,076) |
| (2) | State Prescribed Practices that are an increase/(decrease) from NAIC SAP | | | | | |
| | Gross Bal Premium not reported | 53 | 4 | 1 | $       24,023,504 | $      26,531,101 |
| | Agents Consideration not reported | 53 | 4 | 1 | $      (24,023,504) | $     (26,531,101) |
| (3) | State Permitted Practices that are an increase/(decrease) from NAIC SAP | | | | | |
| | | | | | $ | $ |
| (4) | NAIC SAP  (1 – 2 – 3 = 4) | XXX | XXX | XXX | $          538,529 | $         (821,076) |
| | **SURPLUS** | | | | | |
| (5) | Company state basis (Page 3, Line 37, Columns 1 & 2) | XXX | XXX | XXX | $       25,691,310 | $      25,143,631 |
| (6) | State Prescribed Practices that are an increase/(decrease) from NAIC SAP | | | | | |
| | | | | | $ | $ |
| (7) | State Permitted Practices that are an increase/(decrease) from NAIC SAP | | | | | |
| | | | | | $ | $ |
| (8) | NAIC SAP  (5 – 6 – 7 = 8) | XXX | XXX | XXX | $       25,691,310 | $      25,143,631 |

B.  Use of Estimates in the Preparation of the Financial Statement

The preparation of financial statements in conformity with Statutory Accounting Principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities. It also requires disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the period. Actual results could differ from those estimates.

C.  Accounting Policy

Premiums are earned over the terms of the related policies and reinsurance contracts. Unearned premiums are established to cover the unexpired portion of premiums written. Such reserves are computed by pro rata methods for direct business and are based on reports received from ceding companies for reinsurance.

Expenses incurred with acquiring new insurance business, including acquisition costs such as sales commissions, are charged to operations as incurred. Expenses incurred are reduced for ceding allowances received or receivable. Agent commission on bail premiums are reported as a reduction to gross written bail premium. See Footnote (A) above.

# NOTES TO FINANCIAL STATEMENTS

In addition, the Company uses the following accounting policies:

    (1)  Basis for Short-Term Investments
        The Company does not have short-term investments.

    (2)  Basis for Bonds and Amortization Schedule
        Bonds not backed by other loans are stated at amortized cost using the interest method.

    (3)  Basis for Common Stocks
        The Company does not have investments in common stocks.

    (4)  Basis for Preferred Stocks
        The Company does not have investments in preferred stocks.

    (5)  Basis for Mortgage Loans
        The Company does not have investments in mortgage loans.

    (6)  Basis for Loan-Backed Securities and Adjustment Methodology
        Loan-backed securities are stated at either amortized cost or the lower of amortized cost or fair market value.  The retrospective adjustment method is
        used to value such securities.

    (7)  Accounting Policies for Investments in Subsidiaries, Controlled and Affiliated Entities
        The Company does not have investments in common stocks of uncombined subsidiaries and affiliates.

    (8)  Accounting Policies for Investments in Joint Ventures, Partnerships and Limited Liability Entities
        The Company does not invest in joint ventures, partnerships and limited liability companies.

    (9)  Accounting Policies for Derivatives
        The Company does not invest in derivatives.

    (10)  Anticipated Investment Income Used in Premium Deficiency Calculation
        The Company does not have premium deficiency.

    (11)  Management's Policies and Methodologies for Estimating Liabilities for Losses and Loss/Claim Adjustment Expenses for A&H Contracts
        Unpaid losses and loss adjustment expenses include an amount determined from individual case estimates and loss reports and an amount, based on
        past experience, for losses incurred but not reported.  Such liabilities are based on assumptions and estimates and while management believes the
        amount is adequate, the ultimate liability may be in excess of or less than the amount provided.  The methods for making such estimates and for
        establishing the resulting liability is continually reviewed and any adjustments are reflected in the period determined.

    (12)  Changes in the Capitalization Policy and Predefined Thresholds from Prior Period
        The Company has not modified its capitalization policy from prior period.

    (13)  Method Used to Estimate Pharmaceutical Rebate Receivables
        The Company does not have any pharmaceutical rebate receivables.

D.    Going Concern
      No going concern issues.


**Note 2 – Accounting Changes and Correction of Errors**

 Not applicable

**Note 3 – Business Combinations and Goodwill**

A.    Statutory Purchase Method
      Not Applicable

B.    Statutory Merger
      Not Applicable

C.    Impairment Loss
      Not Applicable


**Note 4 – Discontinued Operations**

Not Applicable

**Note 5 – Investments**

A.    Mortgage Loans, including Mezzanine Real Estate Loans
      Not Applicable

B.    Debt Restructuring
      Not Applicable

C.    Reverse Mortgages
      Not Applicable

D.    Loan-Backed Securities
      Not Applicable

# NOTES TO FINANCIAL STATEMENTS

E. Dollar Repurchase Agreements and/or Securities Lending Transactions
Not Applicable

F. Repurchase Agreements Transactions Accounted for as Secured Borrowing
Not Applicable

G. Reverse Repurchase Agreements Transactions Accounted for as Secured Borrowing
Not Applicable

H. Repurchase Agreements Transactions Accounted for as a Sale
Not Applicable

I. Reverse Repurchase Agreements Transactions Accounted for as a Sale
Not Applicable

J. Real Estate
Not Applicable

K. Low-Income Housing Tax Credits (LIHTC)
Not Applicable

L. Restricted Assets

(1) Restricted Assets (Including Pledged)

| Restricted Asset Category | Gross (Admitted & Nonadmitted) Restricted Current Year | | | | | | | Current Year | | Percentage | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 Total General Account (G/A) | 2 G/A Supporting Protected Cell Account Activity (a) | 3 Total Protected Cell Account Restricted Assets | 4 Protected Cell Account Assets Supporting G/A Activity (b) | 5 Total (1 plus 3) | 6 Total From Prior Year | 7 Increase/(Decrease) (5 minus 6) | 8 Total Nonadmitted Restricted | 9 Total Admitted Restricted (5 minus 8) | 10 Gross (Admitted & Nonadmitted) Restricted to Total Assets (c) | 11 Admitted Restricted to Total Admitted Assets (d) |
| a. Subject to contractual obligation for which liability is not shown | $ | $ | $ | $ | $ | $ | $ | $ | $ | % | % |
| b. Collateral held under security lending arrangements | | | | | | | | | | % | % |
| c. Subject to repurchase agreements | | | | | | | | | | % | % |
| d. Subject to reverse repurchase agreements | | | | | | | | | | % | % |
| e. Subject to dollar repurchase agreements | | | | | | | | | | % | % |
| f. Subject to dollar reverse repurchase agreements | | | | | | | | | | % | % |
| g. Placed under option contracts | | | | | | | | | | % | % |
| h. Letter stock or securities restricted as to sale – excluding FHLB capital stock | | | | | | | | | | % | % |
| i. FHLB capital stock | | | | | | | | | | % | % |
| j. On deposit with states | 2,907,198 | | | | 2,907,198 | 2,901,391 | 5,807 | | 2,907,198 | 8.8% | 8.8% |
| k. On deposit with other regulatory bodies | 325,881 | | | | 325,881 | 200,905 | 124,976 | | 325,881 | 1.0% | 1.0% |
| l. Pledged as collateral to FHLB (including assets backing funding agreements) | | | | | | | | | | % | % |
| m. Pledged as collateral not captured in other categories | | | | | | | | | | % | % |
| n. Other restricted assets | | | | | | | | | | % | % |
| o. Total Restricted Assets | $ 3,233,079 | $ | $ | $ | $ 3,233,079 | $ 3,102,296 | $ 130,783 | $ | $ 3,233,079 | 9.8% | 9.8% |

(a) Subset of column 1
(b) Subset of column 3
(c) Column 5 divided by Asset Page, Column 1, Line 28
(d) Column 9 divided by Asset Page, Column 3, Line 28

(2) Detail of Assets Pledged as Collateral Not Captured in Other Categories (Contacts that Share Similar Characteristics, Such as Reinsurance and Derivatives, are Reported in the Aggregate)

Not Applicable

(3) Detail of Other Restricted Assets (Contracts that Share Similar Characteristics, such as Reinsurance and Derivatives, are Reported in the Aggregate)

Not Applicable

(4) Collateral Received and Reflected as Assets Within the Reporting Entity's Financial Statements

Not Applicable

M. Working Capital Finance Investments
Not Applicable

N. Offsetting and Netting of Assets and Liabilities
Not Applicable

## NOTES TO FINANCIAL STATEMENTS

O.   Structured Notes
     Not Applicable

P.   5GI Securities
     Not Applicable

Q.   Short Sales
     Not Applicable

R.   Prepayment Penalty and Acceleration Fees
     Not Applicable

**Note 6 – Joint Ventures, Partnerships and Limited Liability Companies**

A.   Investments in Joint Ventures, Partnerships and Limited Liability Companies that Exceed 10% of Ownership
     Not Applicable

B.   Investments in Impaired Joint Ventures, Partnerships and Limited Liability Companies
     Not Applicable

**Note 7 – Investment Income**

A.   The bases, by category of investment income, for excluding (nonadmitting) any investment income due and accrued:
     The company non-admits investment income due and accrued if not received within 15 days of settlement date.

B.   The total amount excluded:
     Not Applicable

**Note 8 – Derivative Instruments**

Not Applicable

**Note 9 – Income Taxes**

A.   Deferred Tax Assets/(Liabilities)

1.   Components of Net Deferred Tax Asset/(Liability)

| | 2018 | | | 2017 | | | Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Ordinary | 2 Capital | 3 (Col 1+2) Total | 4 Ordinary | 5 Capital | 6 (Col 4+5) Total | 7 (Col 1-4) Ordinary | 8 (Col 2-5) Capital | 9 (Col 7+8) Total |
| a. Gross deferred tax assets | $ 174,522 | $ | $ 174,522 | $ 143,548 | $ | $ 143,548 | $ 30,974 | $ | $ 30,974 |
| b. Statutory valuation allowance adjustment | | | | | | | | | |
| c. Adjusted gross deferred tax assets (1a-1b) | $ 174,522 | $ | $ 174,522 | $ 143,548 | $ | $ 143,548 | $ 30,974 | $ | $ 30,974 |
| d. Deferred tax assets nonadmitted | 18,385 | | 18,385 | 3,306 | | 3,306 | 15,079 | | 15,079 |
| e. Subtotal net admitted deferred tax asset (1c-1d) | $ 156,137 | $ | $ 156,137 | $ 140,242 | $ | $ 140,242 | $ 15,895 | $ | 15,895 |
| f. Deferred tax liabilities | 4,781 | 1,650 | 6,431 | 3,642 | 1,271 | 4,913 | 1,139 | 379 | 1,518 |
| g. Net admitted deferred tax assets/net deferred tax liability) (1e-1f) | $ 151,356 | $ (1,650) | $ 149,706 | $ 136,600 | $ (1,271) | $ 135,329 | $ 14,756 | $ (379) | $ 14,377 |

2.   Admission Calculation Components SSAP No. 101

| | 2018 | | | 2017 | | | Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Ordinary | 2 Capital | 3 (Col 1+2) Total | 4 Ordinary | 5 Capital | 6 (Col 4+5) Total | 7 (Col 1-4) Ordinary | 8 (Col 2-5) Capital | 9 (Col 7+8) Total |
| a. Federal income taxes paid in prior years recoverable through loss carrybacks | $ 156,137 | $ | $ 156,137 | $ 140,243 | $ | $ 140,243 | $ 15,894 | $ | $ 15,894 |
| b. Adjusted gross deferred tax assets expected to be realized (excluding the amount of deferred tax assets from 2(a) above) after application of the threshold limitation. (The lesser of 2(b)1 and 2(b)2 below) | | | | | | | | | |
| 1.  Adjusted gross | | | | | | | | | |

14.3

# NOTES TO FINANCIAL STATEMENTS

| | 2018 | | | 2017 | | | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| | 1<br>Ordinary | 2<br>Capital | 3<br>(Col 1+2)<br>Total | 4<br>Ordinary | 5<br>Capital | 6<br>(Col 4+5)<br>Total | 7<br>(Col 1-4)<br>Ordinary | 8<br>(Col 2-5)<br>Capital | 9<br>(Col 7+8)<br>Total |
| deferred tax assets expected to be realized following the balance sheet date | | | | | | | | | |
| 2. Adjusted gross deferred tax assets allowed per limitation threshold | | | | | | | | | |
| c. Adjusted gross deferred tax assets (excluding the amount of deferred tax assets from 2(a) and 2(b) above) offset by gross deferred tax liabilities | | | | | | | | | |
| d. Deferred tax assets admitted as the result of application of SSAP 101. Total (2(a)+2(b)+2(c)) | $ 156,137 | $ | $ 156,137 | $ 140,243 | $ | $ 140,243 | $ 15,894 | $ | $ 15,894 |

3. Other Admissibility Criteria

| | | 2018 | 2017 |
|---|---|---|---|
| a. | Ratio percentage used to determine recovery period and threshold limitation amount | 1,021.0% | 1,299.8% |
| b. | Amount of adjusted capital and surplus used to determine recovery period and threshold limitation in 2(b)2 above | $ 25,541,604 | $ 25,008,302 |

4. Impact of Tax Planning Strategies

(a) Determination of adjusted gross deferred tax assets and net admitted deferred tax assets, by tax character as a percentage.

| | 2018 | | 2017 | | Change | |
|---|---|---|---|---|---|---|
| | 1<br>Ordinary | 2<br>Capital | 3<br>Ordinary | 4<br>Capital | 5<br>(Col. 1-3)<br>Ordinary | 6<br>(Col. 2-4)<br>Capital |
| 1. Adjusted gross DTAs amount from Note 9A1(c) | $ 174,522 | $ | $ 143,548 | $ | $ 30,974 | $ |
| 2. Percentage of adjusted gross DTAs by tax character attributable to the impact of tax planning strategies | % | % | % | % | % | % |
| 3. Net Admitted Adjusted Gross DTAs amount from Note 9A1(e) | $ 156,137 | $ | $ 140,242 | $ | $ 15,895 | $ |
| 4 Percentage of net admitted adjusted gross DTAs by tax character admitted because of the impact of tax planning strategies | % | % | % | % | % | % |

(b) Does the company's tax planning strategies include the use of reinsurance? NO

B. Deferred Tax Liabilities Not Recognized

Not Applicable

C. Current and Deferred Income Taxes

1. Current Income Tax

| | | 1 | 2 | 3<br>(Col 1-2) |
|---|---|---|---|---|
| | | 2018 | 2017 | Change |
| a. | Federal | $ 196,371 | $ (85,116) | $ 281,487 |
| b. | Foreign | $ | $ | $ |
| c. | Subtotal | $ 196,371 | $ (85,116) | $ 281,487 |
| d. | Federal income tax on net capital gains | $ | $ | $ |
| e. | Utilization of capital loss carry-forwards | $ | $ | $ |
| f. | Other | $ | $ | $ |
| g. | Federal and Foreign income taxes incurred | $ 196,371 | $ (85,116) | $ 281,487 |

# NOTES TO FINANCIAL STATEMENTS

2. Deferred Tax Assets

| | 1<br>2018 | 2<br>2017 | 3<br>(Col 1-2)<br>Change |
|---|---|---|---|
| a. Ordinary: | | | |
| 1. Discounting of unpaid losses | $ 18,385 | $ 4,722 | $ 13,663 |
| 2. Unearned premium reserve | 156,137 | 138,826 | 17,311 |
| 3. Policyholder reserves | | | |
| 4. Investments | | | |
| 5. Deferred acquisition costs | | | |
| 6. Policyholder dividends accrual | | | |
| 7. Fixed assets | | | |
| 8. Compensation and benefits accrual | | | |
| 9. Pension accrual | | | |
| 10. Receivables - nonadmitted | | | |
| 11. Net operating loss carry-forward | | | |
| 12. Tax credit carry-forward | | | |
| 13. Other (items <=5% and >5% of total ordinary tax assets) | | | |
| Other (items listed individually >5%of total ordinary tax assets) | | | |
| | | | |
| 99. Subtotal | 174,522 | 143,548 | 30,974 |
| b. Statutory valuation allowance adjustment | | | |
| c. Nonadmitted | 18,385 | 3,306 | 15,079 |
| d. Admitted ordinary deferred tax assets (2a99-2b-2c) | 156,137 | 140,242 | 15,895 |
| e. Capital: | | | |
| 1. Investments | $ | $ | $ |
| 2. Net capital loss carry-forward | | | |
| 3. Real estate | | | |
| 4. Other (items <=5% and >5% of total capital tax assets) | | | |
| Other (items listed individually >5% of total capital tax assets) | | | |
| | | | |
| 99. Subtotal | $ | $ | $ |
| f. Statutory valuation allowance adjustment | | | |
| g. Nonadmitted | | | |
| h. Admitted capital deferred tax assets (2e99-2f-2g) | | | |
| i. Admitted deferred tax assets (2d+2h) | $ 156,137 | $ 140,242 | $ 15,895 |

3. Deferred Tax Liabilities

| | 1<br>2018 | 2<br>2017 | 3<br>(Col 1-2)<br>Change |
|---|---|---|---|
| a. Ordinary: | | | |
| 1. Investments | $ | $ | $ |
| 2. Fixed assets | | | |
| 3. Deferred and uncollected premium | | | |
| 4. Policyholder reserves | | | |
| 5. Other (Items <=5% and >5% of total ordinary tax liabilities) | 4,781 | 3,642 | 1,139 |
| Other (items listed individually >5% of total ordinary tax liabilities) | | | |
| | | | |
| 99. Subtotal | 4,781 | 3,642 | 1,139 |
| b. Capital: | | | |
| 1. Investments | 1,650 | 1,271 | 379 |
| 2. Real estate | | | |
| 3. Other (Items <=5% and >5% of total capital tax liabilities) | | | |
| Other (items listed individually >5% of total capital tax liabilities) | | | |
| | | | |
| 99. Subtotal | 1,650 | 1,271 | 379 |
| c. Deferred tax liabilities (3a99+3b99) | $ 6,431 | $ 4,913 | $ 1,518 |
| 4. Net Deferred Tax Assets (2i – 3c) | $ 149,706 | $ 135,329 | $ 14,377 |

D. Reconciliation of Federal Income Tax Rate to Actual Effective Rate Among the more significant book to tax adjustments were the following:

| | Amount | Effective Tax Rate (%) |
|---|---|---|
| **Permanent Differences:** | | |
| Provision computed at statutory rate | $ 154,329 | 21.0% |
| Proration of tax exempt investment income | | % |
| Tax exempt income deduction | | % |
| Dividends received deduction | | % |
| Disallowed travel and entertainment | 1,112 | 0.1% |
| Other permanent differences | 4,997 | 0.7% |
| **Temporary Differences:** | | |
| Total ordinary DTAs | | % |
| Total ordinary DTLs | | % |
| Total capital DTAs | | % |
| Total capital DTLs | | % |
| **Other:** | | |

# NOTES TO FINANCIAL STATEMENTS

| | Amount | Effective Tax Rate (%) |
|---|---|---|
| Statutory valuation allowance adjustment | | % |
| Accrual adjustment – prior year | 4,806 | 0.7% |
| Other | 1,671 | 0.2% |
| Totals | 166,915 | 22.7% |
| Federal and foreign income taxes incurred | 196,371 | 26.7% |
| Realized capital gains (losses) tax | | % |
| Change in net deferred income taxes | (29,456) | (4.0)% |
| Total statutory income taxes | $    166,915 | 22.7% |

E.   Operating Loss Carryfowards and Income Taxes Available for Recoupment

   1.   The amounts, origination dates and expiration dates of operating loss and tax credit carry forwards available for tax purposes:
       As of December 31, 2018, the Company did not have any unused operating loss carryforwards available to offset against future taxabe income.

   2.   The following is income tax expense for current year and proceeding years that is available for recoupment in the event of future net losses:

| Year | Amounts |
|---|---|
| 2018 | $191,565 |

   3.   The Company's aggregate amount of deposits admitted under Section 6603 of the Internal Revenue Service Code is .
       Not Applicable

F.   Consolidated Federal Income Tax Return
    Not Applicable

G.   Federal or Foreign Federal Income Tax Loss Contingencies:
     Not Applicable

H.   Repatriation Transition Tax (RTT) - RTT owed under the TCJA
    Not Applicable

I.   Alternative Minimum Tax (AMT Credit)
    Not Applicable

**Note 10 – Information Concerning Parent, Subsidiaries, Affiliates and Other Related Parties**

A.   Nature of the Relationship Involved

          The Company stock ownership structure is as follows:

          –   Continental Heritage Holding Company LLC – 80% Common Stock ownership, 100% Preferred Stock ownership
          –   Parish Investments, LLC – 10% Common Stock ownership
          –   Gary M. Williams Trust – 5% Common Stock ownership
          –   Bradley M. Williams Trust – 5% Common Stock ownership

          Parish Investments, LLC is controlled by Cyril E. Parish Jr. (C.E. Parish), its President and 100% owner of Class A voting units. C.E. Parish also controls C.E. Parish General Agency (Parish). C.E. Parish is an officer of the Company.

          Gary M. Williams Trust sole trustee is Gary M. Williams (G. Williams). G. Williams also has ownership interest in Williams National Surety Corporation (Williams). G. Williams is an officer of the Company.

          Bradley M. Williams Trust trustee is Southeast National Bank.

B.   Transactions
    Detail of Transactions Greater than 1/2% of Admitted Assets:

          In 2018 and 2017, the Company paid Williams $250,380 and $260,791 respectively, of commissions for bail bonds through an operating agreement.

          In 2018 and 2017, the Company paid Parish $756,969 and $784,073 respectively, of commissions for bail bonds through an operating agreement.

          No cash dividends were paid by the Company in 2018.

          On September 27, 2017, Continental Heritage Holding Company, LLC made a capital contribution in the amount of $5,500,000.

          On March 30, 2017, Continental Heritage Holding Company, LLC made a capital contribution in the amount of $4,000,000.

C.   Dollar Amounts of Transactions
    Included in Section B above

D.   Amounts Due From or To Related Parties

                At December 31, 2018, the Company reports amount due to related parties and affiliates as follows:
                - Parish $10,301 - settled on a periodic basis

                At December 31, 2017, the Company reports amount due to related parties and affiliates as follows:
                –Parish $19,379 - settled on a periodic basis

# NOTES TO FINANCIAL STATEMENTS

E.    Guarantees or Undertakings
    Not applicable

F.    Material Management or Service Contracts and Cost-Sharing Arrangements
    Not applicable

G.    Nature of the Control Relationship
    80% of the outstanding voting shares of the Company are owned by Continental Heritage Holding Company, LLC

H.    Amount Deducted from the Value of Upstream Intermediate Entity or Ultimate Parent Owned
    Not applicable

I.    Investments in SCA that Exceed 10% of Admitted Assets
    Not applicable

J.    Investments in Impaired SCAs
    Not applicable

K.    Investment in Foreign Insurance Subsidiary
    Not applicable

L.    Investment in Downstream Noninsurance Holding Company
    Not applicable

M.    All SCA Investments
    Not applicable

N.    Investment in Insurance SCAs
    Not applicable

O.    SCA Loss Tracking
    Not applicable

**Note 11 – Debt**

Not Applicable

**Note 12 – Retirement Plans, Deferred Compensation, Postemployment Benefits and Compensated Absences and Other Postretirement Benefit Plans**

Not Applicable

**Note 13 – Capital and Surplus, Shareholder's Dividend Restrictions and Quasi-Reorganizations**

(1)    Number of Share and Par or State Value of Each Class
    The Company has 100,000 shares of $100.00 par value common stock authorized and 25,000 shares issued and outstanding.

    The Company has 10,000 shares of $83.34 par value preferred stock authorized and 6,000 shares issued and outstanding.

(2)    Dividend Rate, Liquidation Value and Redemption Schedule of Preferred Stock Issues
    Not Applicable

(3)    Dividend Restrictions
    The maximum dividend which can be paid by a Florida domestic stock insurer is subject to restrictions relating to the maintenance of minimum surplus. A summary of Chapter 628.371(2) of the Florida insurance code:

        (1)    A domestic stock insurer shall not pay any dividend or distribute cash or other property to stockholders except out of that part of its available and accumulated surplus funds which is derived from realized net operating profits on its business and net realized capital gains.
        (2)    Dividend payments or distributions to stockholders, without prior written approval of the Florida Office of Insurance Regulation (OIR), shall not exceed the larger of:
            a.    The lesser of ten percent of surplus or net income;
            b.    Ten percent of surplus, with dividends payable constrained to unassigned funds minus 25 percent of unrealized capital gains;
            c.    The lesser of ten percent of surplus or net investment income.

    Accordingly, the maximum dividend payout to stockholders that may be made without prior approval of the OIR in 2019 is $1,820,832.

    Based on the Company's Articles of Incorporation, the preferred shareholders will be entitled to, on an accumulative basis, the first $660,000 of any dividends declared for each calendar year. This shall be effective for all dividends declared subsequent to July 1, 2011.

    In addition to the restrictions identified above, in conjunction with the approval of amendments to its Certificate of Authority, the Company has committed to the California Department of Insurance that it would not, without prior approval, declare dividends to the shareholders of the Company, subject to any restrictions by taxing authorities, for a period of three years beginning June 28, 2018.

(4)    Dates and Amounts of Dividends Paid
    On December 13, 2017, with the approval of its Board of Directors, the Company issued 10,000 shares of Common Stock to its shareholders on pro rata basis; the number of total Common Shares outstanding was increased from 15,000 to 25,000. There was no transfer of ownership as a result of the stock dividend and the net impact to total capital and surplus was zero.

# NOTES TO FINANCIAL STATEMENTS

(5)    Profits that may be Paid as Ordinary Dividends to Stockholders
Within the limitations of (3) above, there are no restrictions placed on the portion of Company profits that may be paid as ordinary dividends to stockholders.

(6)    Restrictions Plans on Unassigned Funds (Surplus)
Within the limitations of (3) above, there are no restrictions placed on the Company's surplus, including for whom the surplus is being held.

(7)    Amount of Advances to Surplus not Repaid
Not Applicable

(8)    Amount of Stock Held for Special Purposes
Not Applicable

(9)    Reasons for Changes in Balance of Special Surplus Funds from Prior Period
Not Applicable

(10)    The Portion of Unassigned Funds (Surplus) Represented or Reduced by Unrealized Gains and Losses is:  $0.

(11)    The Reporting Entity Issued the Following Surplus Debentures or Similar Obligations
Not Applicable

(12)    The impact of any restatement due to prior quasi-reorganizations is as follows
Not Applicable

(13)    Effective Date of Quasi-Reorganization for a Period of Ten Years Following Reorganization
Not Applicable

## Note 14 – Liabilities, Contingencies and Assessments

A.    Contingent Commitments
Not Applicable

B.    Assessments

The Company is subject to guaranty fund and other assessments by the states in which it writes business. Guaranty fund assessments should be accrued at the time of insolvencies. Other assessments should be accrued either at the time of assessments or in the case of premium based assessments, at the time the premiums were written, or, in the case of loss based assessments, at the time the losses are incurred.

The Company is not aware of any such insolvencies and has therefore, not accrued any liability for guaranty fund and other assessments as of December 31, 2018. This represents management's best estimate based on information received from the states in which the Company writes business and may change due to many factors including the Company's share of the ultimate cost of current insolvencies.

C.    Gain Contingencies
Not Applicable

D.    Claims Related Extra Contractual Obligation and Bad Faith Losses Stemming from Lawsuits
Not Applicable

E.    Product Warranties
Not Applicable

F.    Joint and Several Liabilities
Not Applicable

G.    All Other Contingencies
Various lawsuits against the Company have arisen in the course of the Company's normal business operations. Contingent liabilities arising from litigation, income taxes, and other matters are not considered material in relation to the financial position of the Company. The Company has no asset that it considers to be impaired.

## Note 15 – Leases

A.    Lessee Operating Lease

Effective August 14th, 2018 and commencing September 1st, 2018 Continental Heritage Insurance Company entered into a non-cancelable sublease arrangement with a related party for approx. 10,000 square feet of furnished commercial office space at 200 Park Avenue, Orange Village, Ohio. The sublessor and the Company share certain common ownership but are not commonly-controlled entities. Rental expense is recognized evenly over the 63-month term which will expire on December 31st, 2023.

The future minimum lease payments required under the new operating lease for next five years are:

| | |
|---|---|
| 2019 | $239,250 |
| 2020 | $239,250 |
| 2021 | $239,250 |
| 2022 | $239,250 |
| 2023 | $239,250 |
| **Total** | **$1,196,250** |

Through Dec 31st, 2018, the Company also remained obligated under its prior lease for commercial office space at 6150 Parkland Blvd, Mayfield Heights, OH, 44124 at a rate of $7,130 per month.

Rent expense incurred under both leases for 2018 was $191,623.

# NOTES TO FINANCIAL STATEMENTS

B.      Lessor Leases
        Not Applicable

**Note 16 – Information about Financial Instruments with Off-Balance Sheet Risk and Financial Instruments with Concentrations of Credit Risk**

Not Applicable

**Note 17 – Sale, Transfer and Servicing of Financial Assets and Extinguishments of Liabilities**

Not Applicable

**Note 18 – Gain or Loss to the Reporting Entity from Uninsured Plans and the Uninsured Portion of Partially Insured Plans**

A.      ASO Plans
        Not Applicable

B.      ASC Plans
        Not Applicable

C.      Medicare or Similarly Structured Cost Based Reimbursement Contract
        Not Applicable

**Note 19 – Direct Premium Written/Produced by Managing General Agents/Third Party Administrators**

Not Applicable

**Note 20 – Fair Value Measurements**

A.      Fair Value Measurements
        Not Applicable - no assets measured at fair value

B.      Fair Value Reporting under SSAP 100 and Other Accounting Pronouncements
        Not Applicable

C.      Fair Value Level

| Type of Financial Instrument | Aggregate Fair Value | Admitted Assets | (Level 1) | (Level 2) | (Level 3) | Net Asset Value (NAV) | Not Practicable (Carrying Value) |
|---|---|---|---|---|---|---|---|
| Bonds | $ 26,791,472 | $ 27,330,179 | $ 6,633,420 | $ 20,158,052 | $ | $ | $ |
| Cash & Short Term Investments | $ 4,511,375 | $ 4,511,375 | $ 4,511,375 | $ | $ | $ | $ |

D.      Not Practicable to Estimate Fair Value
        Not Applicable

E.      NAV Practical Expedient Investments
        Not Applicable

**Note 21 – Other Items**

A.      Unusual or Infrequent Items
        Not Applicable

B.      Troubled Debt Restructuring Debtors
        Not Applicable

C.      Other Disclosures
        Not Applicable

D.      Business Interruption Insurance Recoveries
        Not Applicable

E.      State Transferable and Non-Transferable Tax Credits
        Not Applicable

F.      Subprime Mortgage Related Risk Exposure
        Not Applicable

G.      Insurance-Linked Securities (ILS) Contracts
        Not Applicable

**Note 22 – Events Subsequent**

A.      Type 1 – Recognized Subsequent Events:
        There were no subsequent events meriting disclosure through February 26, 2019 for the statutory statements issued on February 27, 2019.

B.      Type 2 – Non-recognized Subsequent Events:
        There were no subsequent events meriting disclosure through February 26, 2019 for the statutory statements issued on February 27, 2019.

# NOTES TO FINANCIAL STATEMENTS

**Note 23 – Reinsurance**

A.  Unsecured Reinsurance Recoverables
    Not Applicable

B.  Reinsurance Recoverable in Dispute
    Not Applicable

C.  Reinsurance Assumed and Ceded

    (1)  Maximum Amount of Return Commission

| | | Assumed Reinsurance | | Ceded Reinsurance | | Net | |
|---|---|---|---|---|---|---|---|
| | | Premium Reserve | Commission Equity | Premium Reserve | Commission Equity | Premium Reserve | Commission Equity |
| a. | Affiliates | $ | $ | $ | $ | $ | $ |
| b. | All Other | 11,120 | | 177,699 | 3,635 | (166,579) | (3,635) |
| c. | Total | $ 11,120 | $ | $ 177,699 | $ 3,635 | $ (166,579) | $ (3,635) |

| d. | Direct Unearned Premium Reserves | | $ 3,884,113 |
|---|---|---|---|

    (2)  Additional or Return Commission
         Not Applicable

    (3)  Types of Risks Attributed to Protected Cell
         Not Applicable

D.  Uncollectible Reinsurance
    Not Applicable

E.  Commutation of Ceded Reinsurance
    Not Applicable

F.  Retroactive Reinsurance
    Not Applicable

G.  Reinsurance Accounted for as a Deposit
    Not Applicable

H.  Disclosures for the Transfer of Property and Casualty Run-off Agreements
    Not Applicable

I.  Certified Reinsurer Rating Downgraded or Status Subject to Revocation
    Not Applicable

J.  Reinsurance Agreements Qualifying for Reinsurer Aggregation
    Not Applicable

**Note 24 – Retrospectively Rated Contracts and Contracts Subject to Redetermination**

Not Applicable

**Note 25 – Change in Incurred Losses and Loss Adjustment Expenses**

A.  Change in Incurred Losses and Loss Adjustment Expenses

    Reserves as of December 31, 2017 were $816 thousand. As of December 31, 2018, zero has been paid for incurred losses and loss adjustment expenses attributable to insured events of prior years. Reserves remaining for prior years are now $33 thousand as a result of re-estimation of unpaid claims and claim adjustment expenses principally on the surety lines of insurance. Therefore, there has been a $783 thousand favorable prior year development since December 31, 2017 to December 31, 2018. The change is generally the result of ongoing analysis of recent loss development trends. Original estimates are increased or decreased, as additional information becomes known regarding individual claims.

B.  Information about Significant Changes in Methodologies and Assumptions
    Not Applicable

**Note 26 – Intercompany Pooling Arrangements**

Not Applicable

**Note 27 – Structured Settlements**

Not Applicable

**Note 28 – Health Care Receivables**

Not Applicable

## NOTES TO FINANCIAL STATEMENTS

**Note 29 – Participating Policies**

Not Applicable

**Note 30 – Premium Deficiency Reserves**

Not Applicable

**Note 31 – High Deductibles**

Not Applicable

**Note 32 – Discounting of Liabilities for Unpaid Losses or Unpaid Loss Adjustment Expenses**

Not Applicable

**Note 33 – Asbestos/Environmental Reserves**

Not Applicable

**Note 34 – Subscriber Savings Accounts**

Not Applicable

**Note 35 – Multiple Peril Crop Insurance**

Not Applicable

**Note 36 – Financial Guaranty Insurance**

Not Applicable

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

### GENERAL

1.1 Is the reporting entity a member of an Insurance Holding Company System consisting of two or more affiliated persons, one or more of which is an insurer? Yes [X]  No [ ]
If yes, complete Schedule Y, Parts 1, 1A and 2.

1.2 If yes, did the reporting entity register and file with its domiciliary State Insurance Commissioner, Director or Superintendent or with such regulatory official of the state of domicile of the principal insurer in the Holding Company System, a registration statement providing disclosure substantially similar to the standards adopted by the National Association of Insurance Commissioners (NAIC) in its Model Insurance Holding Company System Regulatory Act and model regulations pertaining thereto, or is the reporting entity subject to standards and disclosure requirements substantially similar to those required by such Act and regulations? Yes [X]  No [ ]  N/A [ ]

1.3 State regulating?   FLORIDA.

1.4 Is the reporting entity publicly traded or a member of publicly traded group? Yes [ ]  No [X]

1.5 If the response to 1.4 is yes, provide the CIK (Central Index Key) code issued by the SEC for the entity/group.

2.1 Has any change been made during the year of this statement in the charter, by-laws, articles of incorporation, or deed of settlement of the reporting entity? Yes [ ]  No [X]

2.2 If yes, date of change:

3.1 State as of what date the latest financial examination of the reporting entity was made or is being made.  12/31/2014

3.2 State the as of date that the latest financial examination report became available from either the state of domicile or the reporting entity. This date should be the date of the examined balance sheet and not the date the report was completed or released.  12/31/2014

3.3 State as of what date the latest financial examination report became available to other states or the public from either the state of domicile or the reporting entity. This is the release date or completion date of the examination report and not the date of the examination (balance sheet date).  04/29/2016

3.4 By what department or departments?
FLORIDA OIR.

3.5 Have all financial statement adjustments within the latest financial examination report been accounted for in a subsequent financial statement filed with departments? Yes [ ]  No [ ]  N/A [X]

3.6 Have all of the recommendations within the latest financial examination report been complied with? Yes [X]  No [ ]  N/A [ ]

4.1 During the period covered by this statement, did any agent, broker, sales representative, non-affiliated sales/service organization or any combination thereof under common control (other than salaried employees of the reporting entity) receive credit or commissions for or control a substantial part (more than 20 percent of any major line of business measured on direct premiums) of:

    4.11 sales of new business? Yes [X]  No [ ]

    4.12 renewals? Yes [X]  No [ ]

4.2 During the period covered by this statement, did any sales/service organization owned in whole or in part by the reporting entity or an affiliate, receive credit or commissions for or control a substantial part (more than 20 percent of any major line of business measured on direct premiums) of:

    4.21 sales of new business? Yes [X]  No [ ]

    4.22 renewals? Yes [X]  No [ ]

5.1 Has the reporting entity been a party to a merger or consolidation during the period covered by this statement? Yes [ ]  No [X]
If the answer is YES, complete and file the merger history data file with the NAIC.

5.2 If yes, provide the name of entity, NAIC company code, and state of domicile (use two letter state abbreviation) for any entity that has ceased to exist as a result of the merger or consolidation.

| 1 | 2 NAIC Company Code | 3 State of Domicile |
|---|---|---|
| Name of Entity | | |
| | | |

6.1 Has the reporting entity had any Certificates of Authority, licenses or registrations (including corporate registration, if applicable) suspended or revoked by any governmental entity during the reporting period? Yes [ ]  No [X]

6.2 If yes, give full information:

7.1 Does any foreign (non-United States) person or entity directly or indirectly control 10% or more of the reporting entity? Yes [ ]  No [X]

7.2 If yes,

    7.21 State the percentage of foreign control _____ %

    7.22 State the nationality(s) of the foreign person(s) or entity(s); or if the entity is a mutual or reciprocal, the nationality of its manager or attorney-in-fact and identify the type of entity(s) (e.g., individual, corporation, government, manager or attorney-in-fact).

| 1 Nationality | 2 Type of Entity |
|---|---|
| | |

8.1 Is the company a subsidiary of a bank holding company regulated with the Federal Reserve Board? Yes [ ]  No [X]

8.2 If response to 8.1 is yes, please identify the name of the bank holding company.

8.3 Is the company affiliated with one or more banks, thrifts or securities firms? Yes [ ]  No [X]

8.4 If the response to 8.3 is yes, please provide below the names and locations (city and state of the main office) of any affiliates regulated by a federal financial regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC)] and identify the affiliate's primary federal regulator.

| 1 Affiliate Name | 2 Location (City, State) | 3 FRB | 4 OCC | 5 FDIC | 6 SEC |
|---|---|---|---|---|---|
| | | | | | |

9. What is the name and address of the independent certified public accountant or accounting firm retained to conduct the annual audit?
SKODA MINOTTI & COMPANY, 6685 BETA DRIVE, MAYFIELD VILLAGE, OH 44143.

10.1 Has the insurer been granted any exemptions to the prohibited non-audit services provided by the certified independent public accountant requirements as allowed in Section 7H of the Annual Financial Reporting Model Regulation (Model Audit Rule), or substantially similar state law or regulation? Yes [ ]  No [X]

10.2 If the response to 10.1 is yes, provide information related to this exemption:

10.3 Has the insurer been granted any exemptions related to other requirements of the Annual Financial Reporting Model Regulation as allowed for in Section 18A of the Model Regulation, or substantially similar state law or regulation? Yes [ ]  No [X]

10.4 If the response to 10.3 is yes, provide information related to this exemption:

10.5 Has the reporting entity established an Audit Committee in compliance with the domiciliary state insurance laws? Yes [X]  No [ ]  N/A [ ]

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

10.6    If the response to 10.5 is no or n/a, please explain:

11.    What is the name, address and affiliation (officer/employee of the reporting entity or actuary/consultant associated with an actuarial consulting firm) of the individual providing the statement of actuarial opinion/certification?
   TAPIO N. BOLES, FCAS, MAAA, WILLIS TOWERS WATSON, 345 CALIFORNIA STREET, SUITE 2000, SAN FRANCISCO, CA 94104-2612 ACTUARY/CONSULTANT

| | | | |
|---|---|---|---|
| 12.1 | Does the reporting entity own any securities of a real estate holding company or otherwise hold real estate indirectly? | | Yes [ ]  No [X] |
| | 12.11  Name of real estate holding company | | |
| | 12.12  Number of parcels involved | | 0 |
| | 12.13  Total book/adjusted carrying value | | $       0 |
| 12.2 | If yes, provide explanation | | |

13.    **FOR UNITED STATES BRANCHES OF ALIEN REPORTING ENTITIES ONLY:**

13.1    What changes have been made during the year in the United States manager or the United States trustees of the reporting entity?

| | | |
|---|---|---|
| 13.2 | Does this statement contain all business transacted for the reporting entity through its United States Branch on risks wherever located? | Yes [ ]  No [ ] |
| 13.3 | Have there been any changes made to any of the trust indentures during the year? | Yes [ ]  No [ ] |
| 13.4 | If answer to (13.3) is yes, has the domiciliary or entry state approved the changes? | Yes [ ]  No [ ]  N/A [ ] |
| 14.1 | Are the senior officers (principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions) of the reporting entity subject to a code of ethics, which includes the following standards? | Yes [X]  No [ ] |

     (a)    Honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships;

     (b)    Full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the reporting entity;

     (c)    Compliance with applicable governmental laws, rules and regulations;

     (d)    The prompt internal reporting of violations to an appropriate person or persons identified in the code; and

     (e)    Accountability for adherence to the code.

14.11    If the response to 14.1 is no, please explain:

| | | |
|---|---|---|
| 14.2 | Has the code of ethics for senior managers been amended? | Yes [ ]  No [X] |
| 14.21 | If the response to 14.2 is yes, provide information related to amendment(s). | |
| 14.3 | Have any provisions of the code of ethics been waived for any of the specified officers? | Yes [ ]  No [X] |
| 14.31 | If the response to 14.3 is yes, provide the nature of any waiver(s). | |
| 15.1 | Is the reporting entity the beneficiary of a Letter of Credit that is unrelated to reinsurance where the issuing or confirming bank is not on the SVO Bank List? | Yes [ ]  No [X] |
| 15.2 | If the response to 15.1 is yes, indicate the American Bankers Association (ABA) Routing Number and the name of the issuing or confirming bank of the Letter of Credit and describe the circumstances in which the Letter of Credit is triggered. | |

| 1<br>American Bankers Association (ABA)<br>Routing Number | 2<br><br>Issuing or Confirming Bank Name | 3<br>Circumstances That Can Trigger<br>the Letter of Credit | 4<br><br>Amount |
|---|---|---|---|
| | | | $ |

## BOARD OF DIRECTORS

| | | |
|---|---|---|
| 16. | Is the purchase or sale of all investments of the reporting entity passed upon either by the Board of Directors or a subordinator committee thereof? | Yes [X]  No [ ] |
| 17. | Does the reporting entity keep a complete permanent record of the proceedings of its Board of Directors and all subordinate committees thereof? | Yes [X]  No [ ] |
| 18. | Has the reporting entity an established procedure for disclosure to its Board of Directors or trustees of any material interest or affiliation on the part of any of its officers, directors, trustees or responsible employees that is in conflict or is likely to conflict with the official duties of such person? | Yes [X]  No [ ] |

## FINANCIAL

| | | | |
|---|---|---|---|
| 19. | Has this statement been prepared using a basis of accounting other than Statutory Accounting Principles (e.g., Generally Accepted Accounting Principles)? | | Yes [ ]  No [X] |
| 20.1 | Total amount loaned during the year (inclusive of Separate Accounts, exclusive of policy loans): | | |
| | 20.11  To directors or other officers | $ | 0 |
| | 20.12  To stockholders not officers | $ | 0 |
| | 20.13  Trustees, supreme or grand (Fraternal only) | $ | 0 |
| 20.2 | Total amount of loans outstanding at the end of year (inclusive of Separate Accounts, exclusive of policy loans): | | |
| | 20.21  To directors or other officers | $ | 0 |
| | 20.22  To stockholders not officers | | 0 |
| | 20.23  Trustees, supreme or grand (Fraternal only) | | 0 |
| 21.1 | Were any assets reported in this statement subject to a contractual obligation to transfer to another party without the liability for such obligation being reporting in the statement? | | Yes [ ]  No [X] |
| 21.2 | If yes, state the amount thereof at December 31 of the current year: | | |
| | 21.21  Rented from others | $ | 0 |
| | 21.22  Borrowed from others | $ | 0 |
| | 21.23  Leased from others | $ | 0 |
| | 21.24  Other | $ | 0 |
| 22.1 | Does this statement include payments for assessments as described in the *Annual Statement Instructions* other than guaranty fund or guaranty association assessments? | | Yes [ ]  No [X] |
| 22.2 | If answer is yes: | | |
| | 22.21  Amount paid as losses or risk adjustment | $ | 0 |
| | 22.22  Amount paid as expenses | $ | 0 |
| | 22.23  Other amounts paid | $ | 0 |
| 23.1 | Does the reporting entity report any amounts due from parent, subsidiaries or affiliates on Page 2 of this statement? | | Yes [ ]  No [X] |

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

23.2    If yes, indicate any amounts receivable from parent included in the Page 2 amount:      $      0

### INVESTMENT

24.01    Were all the stocks, bonds and other securities owned December 31 of current year, over which the reporting entity has exclusive control, in the actual possession of the reporting entity on said date (other than securities lending programs addressed in 24.03)?    Yes [ X ]    No [ ]

24.02    If no, give full and complete information, relating thereto:

24.03    For security lending programs, provide a description of the program including value for collateral and amount of loaned securities, and whether collateral is carried on or off-balance sheet (an alternative is to reference Note 17 where this information is also provided).

24.04    Does the company's security lending program meet the requirements for a conforming program as outlined in the *Risk-Based Capital Instructions*?    Yes [ ]    No [ ]    N/A [ X ]

24.05    If answer to 24.04 is yes, report amount of collateral for conforming programs.      $      0

24.06    If answer to 24.04 is no, report amount of collateral for other programs      $      0

24.07    Does your securities lending program require 102% (domestic securities) and 105% (foreign securities) from the counterparty at the outset of the contract?    Yes [ ]    No [ ]    N/A [ X ]

24.08    Does the reporting entity non-admit when the collateral received from the counterparty falls below 100%?    Yes [ ]    No [ ]    N/A [ X ]

24.09.    Does the reporting entity or the reporting entity's securities lending agent utilize the Master Securities Lending Agreement (MSLA) to conduct securities lending?    Yes [ ]    No [ ]    N/A [ X ]

24.10    For the reporting entity's security lending program, state the amount of the following as of December 31 of the current year:

     24.101   Total fair value of reinvested collateral assets reported on Schedule DL, Parts 1 and 2:      $      0

     24.102   Total book adjusted/carrying value of reinvested collateral assets reported on Schedule DL, Parts 1 and 2:      $      0

     24.103   Total payable for securities lending reported on the liability page:      $      0

25.1    Were any of the stocks, bonds or other assets of the reporting entity owned at December 31 of the current year not exclusively under the control of the reporting entity, or has the reporting entity sold or transferred any assets subject to a put option contract that is current in force? (Exclude securities subject to Interrogatory 21.1 and 24.03.)    Yes [ X ]    No [ ]

25.2    If yes, state the amount thereof at December 31 of the current year:

| | | | Amount |
|---|---|---|---|
| 25.21 | Subject to repurchase agreements | $ | 0 |
| 25.22 | Subject to reverse repurchase agreements | $ | 0 |
| 25.23 | Subject to dollar repurchase agreements | $ | 0 |
| 25.24 | Subject to reverse dollar repurchase agreements | $ | 0 |
| 25.25 | Placed under option agreements | $ | 0 |
| 25.26 | Letter stock or securities restricted as sale – excluding FHLB Capital Stock | $ | 0 |
| 25.27 | FHLB Capital Stock | $ | 0 |
| 25.28 | On deposit with states | $ | 2,907,198 |
| 25.29 | On deposit with other regulatory bodies | $ | 325,881 |
| 25.30 | Pledged as collateral – excluding collateral pledged to an FHLB | $ | 0 |
| 25.31 | Pledged as collateral to FHLB – including assets backing funding agreements | $ | 0 |
| 25.32 | Other | $ | 0 |

25.3    For category (25.26) provide the following:

| 1<br>Nature of Restriction | 2<br>Description | 3<br>Amount |
|---|---|---|
| | | $ |

26.1    Does the reporting entity have any hedging transactions reported on Schedule DB?    Yes [ ]    No [ X ]

26.2    If yes, has a comprehensive description of the hedging program been made available to the domiciliary state?    Yes [ ]    No [ ]    N/A [ ]
If no, attach a description with this statement.

27.1    Were any preferred stocks or bonds owned as of December 31 of the current year mandatorily convertible into equity, or, at the option of the issuer, convertible into equity?    Yes [ ]    No [ X ]

27.2    If yes, state the amount thereof at December 31 of the current year:      $      0

28.    Excluding items in Schedule E-Part 3-Special Deposits, real estate, mortgage loans and investments held physically in the reporting entity's offices, vaults or safety deposit boxes, were all stocks, bonds and other securities, owned throughout the current year held pursuant to a custodial agreement with a qualified bank or trust company in accordance with Section 1, III - General Examination Considerations, F. Outsourcing of Critical Functions, Custodial or Safekeeping Agreements of the NAIC *Financial Condition Examiners Handbook*?    Yes [ X ]    No [ ]

     28.01    For agreements that comply with the requirements of the NAIC *Financial Condition Examiners Handbook*, complete the following:

| 1<br>Name of Custodian(s) | 2<br>Custodian's Address |
|---|---|
| HUNTINGTON NATIONAL BANK | 7 EASTON OVAL, COLU,BUS, OH 43219 |

     28.02    For all agreements that do not comply with the requirements of the NAIC *Financial Condition Examiners Handbook*, provide the name, location and a complete explanation

| 1<br>Name(s) | 2<br>Location(s) | 3<br>Complete Explanation(s) |
|---|---|---|
| | | |

     28.03    Have there been any changes, including name changes, in the custodian(s) identified in 28.01 during the current year?    Yes [ ]    No [ X ]

     28.04    If yes, give full and complete information relating thereto:

| 1<br>Old Custodian | 2<br>New Custodian | 3<br>Date of Change | 4<br>Reason |
|---|---|---|---|
| | | | |

     28.05    Investment management – Identify all investment advisors, investment managers, broker/dealers, including individuals that have the authority to make investment decisions on behalf of the reporting entity. For assets that are managed internally by employees of the reporting entity, note as such. ["...that have access to the investment accounts", "... handle securities"].

| 1<br>Name of Firm or Individual | 2<br>Affiliation |
|---|---|
| NEW ENGLAND ASSET MANAGEMENT | U |

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

28.0597  For those firms/individuals listed in the table for Question 28.05, do any firms/individuals unaffiliated with the reporting entity (i.e. designated with a "U") manage more than 10% of the reporting entity's assets?    Yes [ X ]    No [ ]

28.0598  For firms/individuals unaffiliated with the reporting entity (i.e. designated with a "U") listed in the table for Question 28.05, does the total assets under management aggregate to more than 50% of the reporting entity's assets?    Yes [ X ]    No [ ]

28.06  For those firms or individuals listed in the table for 28.05 with an affiliation code of "A" (affiliated) or "U" (unaffiliated), provide the information for the table below.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| | | | Registered With | Investment Management Agreement (IMA) Filed |
| Central Registration Depository Number | Name of Firm or Individual | Legal Entity Identifier (LEI) | | |
| SEC FILE #801-22445 | NEW ENGLAND ASSET MANAGEMENT | KUR85E5PS4GQFZTFC130 | SEC | NO |

29.1  Does the reporting entity have any diversified mutual funds reported in Schedule D-Part 2 (diversified according to the Securities and Exchange Commission (SEC) in the Investment Company Act of 1940 [Section 5 (b) (1)])?    Yes [ ]    No [ X ]

29.2  If yes, complete the following schedule:

| 1 CUSIP | 2 Name of Mutual Fund | 3 Book/Adjusted Carrying Value |
|---|---|---|
| | | $ |
| 29.2999  TOTAL | | $ |

29.3  For each mutual fund listed in the table above, complete the following schedule:

| 1 Name of Mutual Fund (from above table) | 2 Name of Significant Holding of the Mutual Fund | 3 Amount of Mutual Fund's Book/Adjusted Carrying Value Attributable to the Holding | 4 Date of Valuation |
|---|---|---|---|
| | | $ | |

30.  Provide the following information for all short-term and long-term bonds and all preferred stocks.  Do not substitute amortized value or statement value for fair value.

| | | 1 Statement (Admitted) Value | 2 Fair Value | 3 Excess of Statement over Fair Value (-), or Fair Value over Statement (+) |
|---|---|---|---|---|
| 30.1 | Bonds | $    27,330,179 | $    26,791,472 | $    (538,707) |
| 30.2 | Preferred Stocks | $    0 | $    0 | $    0 |
| 30.3 | Totals | $    27,330,179 | $    26,791,472 | $    (538,707) |

30.4  Describe the sources or methods utilized in determining the fair values:

Fair values are based on values either published by the NAIC's Security Valuation Office (SVO) or from an independent pricing service vendor such as: ICE Data Services, ICE BofAML Indices, Reuters, Bloomberg, Markit, Markit iBoxx, or PricingDirect. Under certain circumstances, if an SVO price or ven

31.1  Was the rate used to calculate fair value determined by a broker or custodian for any of the securities in Schedule D?    Yes [ ]    No [ X ]

31.2  If the answer to 31.1 is yes, does the reporting entity have a copy of the broker's or custodian's pricing policy (hard copy or electronic copy) for all brokers or custodians used as a pricing source?    Yes [ ]    No [ ]

31.3  If the answer to 31.2 is no, describe the reporting entity's process for determining a reliable pricing source for purposes of disclosure of fair value for Schedule D:

32.1  Have all the filing requirements of the *Purposes and Procedures Manual of the NAIC Investment Analysis Office* been followed?    Yes [ X ]    No [ ]

32.2  If no, list exceptions:

33.  By self-designating 5GI securities, the reporting entity is certifying the following elements for each self-designation 5GI security:

a.  Documentation necessary to permit a full credit analysis of the security does not exist or an NAIC CRP credit rating for an FE or PL security is not available.

b.  Issuer or obligor is current on all contracted interest and principal payments.

c.  The insurer has an actual expectation of ultimate payment of all contracted interest and principal.

Has the reporting entity self-designated 5GI securities?    Yes [ ]    No [ X ]

34.  By self-designating PLGI securities, the reporting entity is certifying the following elements of each self-designated PLGI security:

a.  The security was purchased prior to January 1, 2018.

b.  The reporting entity is holding capital commensurate with the NAIC Designation reported for the security.

c.  The NAIC Designation was derived from the credit rating assigned by an NAIC CRP in its legal capacity as an NRSRO which is shown on a current private letter rating held by the insurer and available for examination by state insurance regulators.

d.  The reporting entity is not permitted to share this credit rating of the PL security with the SVO.

Has the reporting entity self-designated PLGI securities?    Yes [ ]    No [ X ]

## OTHER

35.1  Amount of payments to trade associations, service organizations and statistical or rating bureaus, if any?    $    69,126

35.2  List the name of the organization and the amount paid if any such payment represented 25% or more of the total payments to trade associations, service organizations and statistical or rating bureaus during the period covered by this statement.

| 1 Name | 2 Amount Paid |
|---|---|
| AM BEST COMPANY | $    28,776 |
| INSURANCE SERVIES OFFICE, INC | $    20,654 |

36.1  Amount of payments for legal expenses, if any?    $    18,042

36.2  List the name of the firm and the amount paid if any such payment represented 25% or more of the total payments for legal expenses during the period covered by this statement.

| 1 Name | 2 Amount Paid |
|---|---|
| | |

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

| | | |
|---|---|---|
| PENNINGTON PA ATTORNEYS AT LAW | $ | 6,688 |
| SIDLEY AUSTIN LLP | $ | 8,336 |

37.1   Amount of payments for expenditures in connection with matters before legislative bodies, officers or departments of government, if any?    $    6,875

37.2   List the name of the firm and the amount paid if any such payment represented 25% or more of the total payment expenditures in connection with matters before legislative bodies, officers or departments of government during the period covered by this statement.

| 1<br>Name | 2<br>Amount Paid | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOC OF AMERICA | $ | 6,875 |

# GENERAL INTERROGATORIES

## PART 2 – PROPERTY & CASUALTY INTERROGATORIES

| | | | | |
|---|---|---|---|---|
| 1.1 | Does the reporting entity have any direct Medicare Supplement Insurance in force? | | | Yes [ ] No [X] |
| 1.2 | If yes, indicate premium earned on U.S. business only. | | $ | 0 |
| 1.3 | What portion of Item (1.2) is not reported on the Medicare Supplement Insurance Experience Exhibit? | | $ | 0 |
| | 1.31 Reason for excluding: | | | |
| 1.4 | Indicate amount of earned premium attributable to Canadian and/or Other Alien not included in Item (1.2) above. | | $ | 0 |
| 1.5 | Indicate total incurred claims on all Medicare Supplement insurance. | | $ | 0 |
| 1.6 | Individual policies: | | | |
| | Most current three years: | | | |
| | 1.61 Total premium earned | | $ | 0 |
| | 1.62 Total incurred claims | | $ | 0 |
| | 1.63 Number of covered lives | | | 0 |
| | All years prior to most current three years: | | | |
| | 1.64 Total premium earned | | $ | 0 |
| | 1.65 Total incurred claims | | $ | 0 |
| | 1.66 Number of covered lives | | | 0 |
| 1.7 | Group policies: | | | |
| | Most current three years: | | | |
| | 1.71 Total premium earned | | $ | 0 |
| | 1.72 Total incurred claims | | $ | 0 |
| | 1.73 Number of covered lives | | | 0 |
| | All years prior to most current three years: | | | |
| | 1.74 Total premium earned | | $ | 0 |
| | 1.75 Total incurred claims | | $ | 0 |
| | 1.76 Number of covered lives | | | 0 |

2. Health Test:

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|---|
| 2.1 | Premium Numerator | $ 0 | $ 0 |
| 2.2 | Premium Denominator | $ 7,448,375 | $ 4,251,852 |
| 2.3 | Premium Ratio (2.1/2.2) | 0.0% | 0.0% |
| 2.4 | Reserve Numerator | $ 0 | $ 0 |
| 2.5 | Reserve Denominator | $ 5,663,018 | $ 4,121,055 |
| 2.6 | Reserve Ratio (2.4/2.5) | 0.0% | 0.0% |

| | | | | |
|---|---|---|---|---|
| 3.1 | Does the reporting entity issue both participating and non-participating policies? | | | Yes [ ] No [X] |
| 3.2 | If yes, state the amount of calendar year premiums written on: | | | |
| | 3.21 Participating policies | | $ | 0 |
| | 3.22 Non-participating policies | | $ | 0 |
| 4. | FOR MUTUAL REPORTING ENTITIES AND RECIPROCAL EXCHANGES ONLY: | | | |
| | 4.1 Does the reporting entity issue assessable policies? | | | Yes [ ] No [ ] |
| | 4.2 Does the reporting entity issue non-assessable policies? | | | Yes [ ] No [ ] |
| | 4.3 If assessable policies are issued, what is the extent of the contingent liability of the policyholders? | | | % |
| | 4.4 Total amount of assessments paid or ordered to be paid during the year on deposit notes or contingent premiums. | | $ | 0 |
| 5. | FOR RECIPROCAL EXCHANGES ONLY: | | | |
| | 5.1 Does the exchange appoint local agents? | | | Yes [ ] No [ ] |
| | 5.2 If yes, is the commission paid: | | | |
| | 5.21 Out of Attorney's-in-fact compensation | | | Yes [ ] No [ ] N/A [ ] |
| | 5.22 As a direct expense of the exchange | | | Yes [ ] No [ ] N/A [ ] |
| | 5.3 What expenses of the exchange are not paid out of the compensation of the Attorney-in-fact? | | | |
| | 5.4 Has any Attorney-in-fact compensation, contingent on fulfillment of certain conditions, been deferred? | | | Yes [ ] No [ ] |
| | 5.5 If yes, give full information: | | | |

| | | |
|---|---|---|
| 6.1 | What provision has this reporting entity made to protect itself from an excessive loss in the event of a catastrophe under a workers' compensation contract issued without limit of loss? | |
| 6.2 | Describe the method used to estimate this reporting entity's probable maximum insurance loss, and identify the type of insured exposures comprising that probable maximum loss, the locations of concentrations of those exposures and the external resources (such as consulting firms or computer software models), if any, used in the estimation process: | |
| 6.3 | What provision has this reporting entity made (such as catastrophic reinsurance program) to protect itself from an excessive loss arising from the types and concentrations of insured exposures comprising its probable maximum property insurance loss? | |
| 6.4 | Does the reporting entity carry catastrophe reinsurance protection for at least one reinstatement, in an amount sufficient to cover its estimated probable maximum loss attributable to a single loss event or occurrence? | Yes [ ] No [X] |
| 6.5 | If no, describe any arrangements or mechanisms employed by the reporting entity to supplement its catastrophe reinsurance program or to hedge its exposure to unreinsured catastrophic loss: | |
| 7.1 | Has the reporting entity reinsured any risk with any other entity under a quota share reinsurance contract that includes a provision that would limit the reinsurer's losses below the stated quota share percentage (e.g., a deductible, a loss ratio corridor, a loss cap, an aggregate limit or any similar provisions)? | Yes [ ] No [X] |

# GENERAL INTERROGATORIES

## PART 2 – PROPERTY & CASUALTY INTERROGATORIES

| | | |
|---|---|---|
| 7.2 | If yes, indicate the number of reinsurance contracts containing such provisions. | 0 |
| 7.3 | If yes, does the amount of reinsurance credit taken reflect the reduction in quota share coverage caused by any applicable limiting provision(s)? | Yes [ ]   No [ ] |
| 8.1 | Has this reporting entity reinsured any risk with any other entity and agreed to release such entity from liability, in whole or in part, from any loss that may occur on this risk, or portion thereof, reinsured? | Yes [ ]   No [X] |
| 8.2 | If yes, give full information | |

9.1 Has the reporting entity ceded any risk under any reinsurance contract (or under multiple contracts with the same reinsurer or its affiliates) for which during the period covered by the statement: (i) it recorded a positive or negative underwriting result greater than 5% of prior year-end surplus as regards policyholders or it reported calendar year written premium ceded or year-end loss and loss expense reserves ceded greater than 5% of prior year-end surplus as regards policyholders; (ii) it accounted for that contract as reinsurance and not as a deposit; and (iii) the contract(s) contain one or more of the following features or other features that would have similar results:

   (a) A contract term longer than two years and the contract is noncancellable by the reporting entity during the contract term;

   (b) A limited or conditional cancellation provision under which cancellation triggers an obligation by the reporting entity, or an affiliate of the reporting entity, to enter into a new reinsurance contract with the reinsurer, or an affiliate of the reinsurer;

   (c) Aggregate stop loss reinsurance coverage;

   (d) A unilateral right by either party (or both parties) to commute the reinsurance contract, whether conditional or not, except for such provisions which are only triggered by a decline in the credit status of the other party;

   (e) A provision permitting reporting of losses, or payment of losses, less frequently than on a quarterly basis (unless there is no activity during the period); or

   (f) Payment schedule, accumulating retentions from multiple years or any features inherently designed to delay timing of the reimbursement to the ceding entity?   Yes [ ]   No [X]

9.2 Has the reporting entity during the period covered by the statement ceded any risk under any reinsurance contract (or under multiple contracts with the same reinsurer or its affiliates), for which, during the period covered by the statement, it recorded a positive or negative underwriting result greater than 5% of prior year-end surplus as regards policyholders or it reported calendar year written premium ceded or year-end loss and loss expense reserves ceded greater than 5% of prior year-end surplus as regards policyholders; excluding cessions to approved pooling arrangements or to captive insurance companies that are directly or indirectly controlling, controlled by, or under common control with (i) one or more unaffiliated policyholders of the reporting entity, or (ii) an association of which one or more unaffiliated policyholders of the reporting entity is a member where:

   (a) The written premium ceded to the reinsurer by the reporting entity or its affiliates represents fifty percent (50%) or more of the entire direct and assumed premium written by the reinsurer based on its most recently available financial statement; or

   (b) Twenty-five percent (25%) or more of the written premium ceded to the reinsurer has been retroceded back to the reporting entity or its affiliates in a separate reinsurance contract.   Yes [ ]   No [X]

9.3 If yes to 9.1 or 9.2, please provide the following information in the Reinsurance Summary Supplemental Filing for General Interrogatory 9:

   (a) The aggregate financial statement impact gross of all such ceded reinsurance contracts on the balance sheet and statement of income;

   (b) A summary of the reinsurance contract terms and indicate whether it applies to the contracts meeting the criteria in 9.1 or 9.2; and

   (c) A brief discussion of management's principle objectives in entering into the reinsurance contract including the economic purpose to be achieved.

9.4 Except for transactions meeting the requirements of paragraph 31 of *SSAP No. 62R, Property and Casualty Reinsurance*, has the reporting entity ceded any risk under any reinsurance contract (or multiple contracts with the same reinsurer or its affiliates) during the period covered by the financial statement, and either:

   (a) Accounted for that contract as reinsurance (either prospective or retroactive) under statutory accounting principles ("SAP") and as a deposit under generally accepted accounting principles ("GAAP"); or

   (b) Accounted for that contract as reinsurance under GAAP and as a deposit under SAP?   Yes [ ]   No [X]

| | | |
|---|---|---|
| 9.5 | If yes to 9.4, explain in the Reinsurance Summary Supplemental Filing for General Interrogatory 9 (Section D) why the contract(s) is treated differently for GAAP and SAP. | |
| 9.6 | The reporting entity is exempt from the Reinsurance Attestation Supplement under one or more of the following criteria: | |
| | (a) The entity does not utilize reinsurance; or, | Yes [ ]   No [X] |
| | (b) The entity only engages in a 100% quota share contract with an affiliate and the affiliated or lead company has filed an attestation supplement; or | Yes [ ]   No [X] |
| | (c) The entity has no external cessions and only participates in an intercompany pool and the affiliated or lead company has filed an attestation supplement. | Yes [ ]   No [X] |
| 10. | If the reporting entity has assumed risks from another entity, there should be charged on account of such reinsurances a reserve equal to that which the original entity would have been required to charge had it retained the risks. Has this been done? | Yes [X]   No [ ]   N/A [ ] |
| 11.1 | Has the reporting entity guaranteed policies issued by any other entity and now in force? | Yes [ ]   No [X] |
| 11.2 | If yes, give full information | |
| 12.1 | If the reporting entity recorded accrued retrospective premiums on insurance contracts on Line 15.3 of the assets schedule, Page 2, state the amount of corresponding liabilities recorded for: | |
| | 12.11   Unpaid losses | $ 0 |
| | 12.12   Unpaid underwriting expenses (including loss adjustment expenses) | $ 0 |
| 12.2 | Of the amount on Line 15.3, Page 2, state the amount that is secured by letters of credit, collateral and other funds? | $ 0 |
| 12.3 | If the reporting entity underwrites commercial insurance risks, such as workers' compensation, are premium notes or promissory notes accepted from its insureds covering unpaid premiums and/or unpaid losses? | Yes [ ]   No [ ]   N/A [X] |
| 12.4 | If yes, provide the range of interest rates charged under such notes during the period covered by this statement: | |
| | 12.41   From | % |
| | 12.42   To | % |
| 12.5 | Are letters of credit or collateral and other funds received from insureds being utilized by the reporting entity to secure premium notes or promissory notes taken by a reporting entity, or to secure any of the reporting entity's reported direct unpaid loss reserves, including unpaid losses under loss deductible features of commercial policies? | Yes [ ]   No [X] |
| 12.6 | If yes, state the amount thereof at December 31 of current year: | |
| | 12.61   Letters of Credit | $ 0 |
| | 12.62   Collateral and other funds | $ 0 |
| 13.1 | Largest net aggregate amount insured in any one risk (excluding workers' compensation): | $ 2,514,000 |
| 13.2 | Does any reinsurance contract considered in the calculation of this amount include an aggregate limit of recovery without also including a reinstatement provision? | Yes [ ]   No [X] |
| 13.3 | State the number of reinsurance contracts (excluding individual facultative risk certificates, but including facultative programs, automatic | 0 |

**16.1**

# GENERAL INTERROGATORIES

## PART 2 – PROPERTY & CASUALTY INTERROGATORIES

facilities or facultative obligatory contracts) considered in the calculation of the amount.

14.1    Is the reporting entity a cedant in a multiple cedant reinsurance contract?    Yes [ X ]   No [ ]

14.2    If yes, please describe the method of allocating and recording reinsurance among the cedants:
   __DIRECT WRITTEN PREMIUM__

14.3    If the answer to 14.1 is yes, are the methods described in item 14.2 entirely contained in the respective multiple cedant reinsurance contracts?    Yes [ X ]   No [ ]

14.4    If the answer to 14.3 is no, are all the methods described in 14.2 entirely contained in written agreements?    Yes [ ]   No [ ]

14.5    If the answer to 14.4 is no, please explain:

15.1    Has the reporting entity guaranteed any financed premium accounts?    Yes [ ]   No [ X ]

15.2    If yes, give full information

16.1    Does the reporting entity write any warranty business?    Yes [ ]   No [ X ]

If yes, disclose the following information for each of the following types of warranty coverage:

| | | 1 Direct Losses Incurred | 2 Direct Losses Unpaid | 3 Direct Written Premium | 4 Direct Premium Unearned | 5 Direct Premium Earned |
|---|---|---|---|---|---|---|
| 16.11 | Home | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 16.12 | Products | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 16.13 | Automobile | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 16.14 | Other* | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |

\*   Disclose type of coverage:

17.1    Does the reporting entity include amounts recoverable on unauthorized reinsurance in Schedule F-Part 3 that is exempt from the statutory provision
for unauthorized reinsurance?    Yes [ ]   No [ X ]

Incurred but not reported losses on contracts in force prior to July 1, 1984, and not subsequently renewed are exempt from the statutory
provision for unauthorized reinsurance. Provide the following information for this exemption:

| | | | |
|---|---|---|---|
| 17.11 | Gross amount of unauthorized reinsurance in Schedule F-Part 3 exempt from the statutory provision for unauthorized reinsurance | $ | 0 |
| 17.12 | Unfunded portion of Interrogatory 17.11 | $ | 0 |
| 17.13 | Paid losses and loss adjustment expenses portion of Interrogatory 17.11 | $ | 0 |
| 17.14 | Case reserves portion of Interrogatory 17.11 | $ | 0 |
| 17.15 | Incurred but not reported portion of Interrogatory 17.11 | $ | 0 |
| 17.16 | Unearned premium portion of Interrogatory 17.11 | $ | 0 |
| 17.17 | Contingent commission portion of Interrogatory 17.11 | $ | 0 |

18.1    Do you act as a custodian for health savings accounts?    Yes [ ]   No [ X ]

18.2    If yes, please provide the amount of custodial funds held as of the reporting date.    $   0

18.3    Do you act as an administrator for health savings accounts?    Yes [ ]   No [ X ]

18.4    If yes, please provide the balance of the funds administered as of the reporting date.    $   0

19.    Is the reporting entity licensed or charted, registered, qualified, eligible, or writing business in at least 2 states?    Yes [ X ]   No [ ]

19.1    If no, does the reporting entity assume reinsurance business that covers risks residing in at least one state other than the state of domicile of the reporting entity?    Yes [ ]   No [ ]

## FIVE-YEAR HISTORICAL DATA

Show amounts in whole dollars only, no cents; show percentages to one decimal place, i.e. 17.6.

| | 1<br>2018 | 2<br>2017 | 3<br>2016 | 4<br>2015 | 5<br>2014 |
|---|---|---|---|---|---|
| **Gross Premiums Written (Page 8, Part 1B, Cols. 1, 2 & 3)** | | | | | |
| 1. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 17.3, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | 62,016 | | | | |
| 2. Property lines (Lines 1, 2, 9, 12, 21 & 26) | | | | | |
| 3. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | | | | | |
| 4. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29, 30 & 34) | 8,063,816 | 7,906,109 | 3,475,597 | 2,170,319 | 2,631,777 |
| 5. Nonproportional reinsurance lines (Lines 31, 32 & 33) | | | | | |
| 6. Total (Line 35) | 8,125,832 | 7,906,109 | 3,475,597 | 2,170,319 | 2,631,777 |
| **Net Premiums Written (Page 8, Part 1B, Col. 6)** | | | | | |
| 7. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 17.3, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | 62,016 | | | | |
| 8. Property lines (Lines 1, 2, 9, 12, 21 & 26) | | | | | |
| 9. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | | | | | |
| 10. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29, 30 & 34) | 7,798,511 | 7,353,638 | 3,370,805 | 1,871,924 | 1,740,501 |
| 11. Nonproportional reinsurance lines (Lines 31, 32 & 33) | | | | | |
| 12. Total (Line 35) | 7,860,527 | 7,353,638 | 3,370,805 | 1,871,924 | 1,740,501 |
| **Statement of Income (Page 4)** | | | | | |
| 13. Net underwriting gain (loss) (Line 8) | 191,025 | (1,236,024) | 545,387 | 427,462 | 518,726 |
| 14. Net investment gain (loss) (Line 11) | 543,625 | 239,332 | 87,959 | 36,106 | 35,074 |
| 15. Total other income (Line 15) | 250 | 90,500 | 43 | 15,982 | |
| 16. Dividends to policyholders (Line 17) | | | | | |
| 17. Federal and foreign income taxes incurred (Line 19) | 196,371 | (85,116) | 233,512 | 170,102 | 172,677 |
| 18. Net income (Line 20) | 538,529 | (821,076) | 399,877 | 309,448 | 381,123 |
| **Balance Sheet Lines (Pages 2 and 3)** | | | | | |
| 19. Total admitted assets excluding protected cell business (Page 2, Line 26, Col. 3) | 32,991,088 | 29,552,805 | 17,264,744 | 7,504,630 | 7,347,140 |
| 20. Premiums and considerations (Page 2, Col. 3): | | | | | |
| 20.1 In course of collection (Line 15.1) | 672,947 | 754,070 | 173,428 | 128,984 | 63,774 |
| 20.2 Deferred and not yet due (Line 15.2) | | | | | |
| 20.3 Accrued retrospective premiums (Line 15.3) | | | | | |
| 21. Total liabilities excluding protected cell business (Page 3, Line 26) | 7,299,778 | 4,409,174 | 933,222 | 372,645 | 400,347 |
| 22. Losses (Page 3, Line 1) | 1,911,944 | 795,301 | 495,436 | 11,827 | 13,745 |
| 23. Loss adjustment expenses (Page 3, Line 3) | 33,538 | 20,370 | 14,877 | 12,549 | 14,096 |
| 24. Unearned premiums (Page 3, Line 9) | 3,717,536 | 3,305,384 | 203,598 | 192,042 | 127,651 |
| 25. Capital paid up (Page 3, Lines 30 & 31) | 3,000,040 | 3,000,040 | 2,500,040 | 2,500,040 | 2,500,040 |
| 26. Surplus as regards policyholders (Page 3, Line 37) | 25,691,310 | 25,143,631 | 16,331,522 | 7,131,985 | 6,946,793 |
| **Cash Flow (Page 5)** | | | | | |
| 27. Net cash from operations (Line 11) | 3,680,055 | 1,801,942 | 915,767 | 271,680 | 156,694 |
| **Risk-Based Capital Analysis** | | | | | |
| 28. Total adjusted capital | 25,691,310 | 25,143,631 | 16,331,522 | 7,131,985 | 6,946,793 |
| 29. Authorized control level risk-based capital | 2,516,363 | 1,934,480 | 842,113 | 518,322 | 477,162 |
| **Percentage Distribution of Cash, Cash Equivalents and Invested Assets**<br>(Page 2, Col. 3) (Item divided by Page 2, Line 12, Col. 3) x 100.0 | | | | | |
| 30. Bonds (Line 1) | 85.8 | 94.3 | 34.3 | 65.6 | 50.6 |
| 31. Stocks (Lines 2.1 & 2.2) | | | | | |
| 32. Mortgage loans on real estate (Lines 3.1 & 3.2) | | | | | |
| 33. Real estate (Lines 4.1, 4.2 & 4.3) | | | | | |
| 34. Cash, cash equivalents and short-term investments (Line 5) | 14.2 | 5.7 | 65.7 | 34.4 | 49.4 |
| 35. Contract loans (Line 6) | | | | | |
| 36. Derivatives (Line 7) | | | | | |
| 37. Other invested assets (Line 8) | | | | | |
| 38. Receivables for securities (Line 9) | | | | | |
| 39. Securities lending reinvested collateral assets (Line 10) | | | | | |
| 40. Aggregate write-ins for invested assets (Line 11) | | | | | |
| 41. Cash, cash equivalents and invested assets (Line 12) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Investments in Parent, Subsidiaries and Affiliates** | | | | | |
| 42. Affiliated bonds (Sch. D, Summary, Line 12, Col. 1) | | | | | |
| 43. Affiliated preferred stocks (Sch. D, Summary, Line 18, Col. 1) | | | | | |
| 44. Affiliated common stocks (Sch. D, Summary, Line 24, Col. 1) | | | | | |
| 45. Affiliated short-term investments<br>(subtotals included in Schedule DA, Verification, Column 5, Line 10) | | | | | |
| 46. Affiliated mortgage loans on real estate | | | | | |
| 47. All other affiliated | | | | | |
| 48. Total of above lines 42 to 47 | 0 | 0 | 0 | 0 | 0 |
| 49. Total investment in parent included in Lines 42 to 47 above | | | | | |
| 50. Percentage of investments in parent, subsidiaries and affiliates to surplus<br>as regards policyholders (Line 48 above divided by Page 3, Col. 1, Line 37 x 100.0) | 0.0 | | | | |

# FIVE-YEAR HISTORICAL DATA
### (Continued)

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | 2018 | 2017 | 2016 | 2015 | 2014 |
| **Capital and Surplus Accounts (Page 4)** | | | | | |
| 51. Net unrealized capital gains (losses) (Line 24) | | | | | |
| 52. Dividends to stockholders (Line 35) | | | (75,000) | (150,000) | (650,000) |
| 53. Change in surplus as regards policyholders for the year (Line 38) | 547,677 | 8,812,109 | 9,199,537 | 185,192 | (267,220) |
| **Gross Losses Paid (Page 9, Part 2, Cols. 1 & 2)** | | | | | |
| 54. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 17.3, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | | | | | |
| 55. Property lines (Lines 1, 2, 9, 12, 21 & 26) | | | | | |
| 56. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | | | | | |
| 57. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29, 30 & 34) | | | | | |
| 58. Nonproportional reinsurance lines (Lines 31, 32 & 33) | | | | | |
| 59. Total (Line 35) | 0 | 0 | 0 | 0 | 0 |
| **Net Losses Paid (Page 9, Part 2, Col. 4)** | | | | | |
| 60. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 17.3, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | | | | | |
| 61. Property lines (Lines 1, 2, 9, 12, 21 & 26) | | | | | |
| 62. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | | | | | |
| 63. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29, 30 & 34) | | | | | |
| 64. Nonproportional reinsurance lines (Lines 31, 32 & 33) | | | | | |
| 65. Total (Line 35) | 0 | 0 | 0 | 0 | |
| **Operating Percentages (Page 4)** (Item divided by Page 4, Line 1) x 100.0 | | | | | |
| 66. Premiums earned (Line 1) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 67. Losses incurred (Line 2) | 15.0 | 7.1 | 14.4 | (0.1) | (0.2) |
| 68. Loss expenses incurred (Line 3) | 0.2 | 0.1 | 0.1 | (0.1) | (0.3) |
| 69. Other underwriting expenses incurred (Line 4) | 82.3 | 121.9 | 69.3 | 76.5 | 71.0 |
| 70. Net underwriting gain (loss) (Line 8) | 2.6 | (29.1) | 16.2 | 23.6 | 29.5 |
| **Other Percentages** | | | | | |
| 71. Other underwriting expenses to net premiums written (Page 4, Lines 4 + 5 - 15 divided by Page 8, Part 1B, Col. 6, Line 35 x 100.0) | 78.0 | 69.2 | 69.1 | 73.1 | 71.7 |
| 72. Losses and loss expenses incurred to premiums earned (Page 4, Lines 2 + 3 divided by Page 4, Line 1 x 100.0) | 15.2 | 7.2 | 14.5 | (0.2) | (0.5) |
| 73. Net premiums written to policyholders' surplus (Page 8, Part 1B, Col. 6, Line 35, divided by Page 3, Line 37, Col. 1 x 100.0) | 30.6 | 29.2 | 20.6 | 26.2 | 25.1 |
| **One Year Loss Development ($000 omitted)** | | | | | |
| 74. Development in estimated losses and loss expenses incurred prior to current year (Schedule P, Part 2-Summary, Line 12, Col. 11) | (783) | (493) | (11) | (14) | (20) |
| 75. Percent of development of losses and loss expenses incurred to policyholders' surplus of prior year-end (Line 74 above divided by Page 4, Line 21, Col. 1 x 100) | (3.1) | (3.0) | (0.2) | (0.2) | (0.3) |
| **Two Year Loss Development ($000 omitted)** | | | | | |
| 76. Development in estimated losses and loss expenses incurred 2 years before the current year and prior year (Schedule P, Part 2-Summary, Line 12, Col. 12) | (493) | (14) | (20) | (27) | (24) |
| 77. Percent of development of losses and loss expenses incurred to reported policyholders' surplus of second prior-year end (Line 76 above divided by Page 4, Line 21, Col. 2 x 100.0) | (3.0) | (0.2) | (0.3) | (0.4) | (0.4) |

If a party to a merger, have the two most recent years of this exhibit been restated due to a merger in compliance with the disclosure requirements of *SSAP No. 3, Accounting Changes and Correction of Errors?*   Yes [ ]   No [ ]
If no, please explain:

## SCHEDULE P - ANALYSIS OF LOSSES AND LOSS EXPENSES

### SCHEDULE P - PART 1 - SUMMARY
($000 Omitted)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | Salvage and Subrogation Received | Total Net Paid (Cols. 4 - 5 + 6 - 7 + 8 - 9) | Number of Claims Reported- Direct and Assumed |
| | Direct and Assumed | Ceded | Net (Cols. 1 - 2) | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | | | |
| 1. Prior | XXX | XXX | XXX | | | | | | | | 0 | XXX |
| 2. 2009 | 1,598 | 84 | 1,514 | | | | | | | | 0 | XXX |
| 3. 2010 | 1,618 | 85 | 1,533 | | | | | | | | 0 | XXX |
| 4. 2011 | 1,637 | 77 | 1,560 | | | | | | | | 0 | XXX |
| 5. 2012 | 2,328 | 1,165 | 1,163 | | | | | | | | 0 | XXX |
| 6. 2013 | 2,621 | 1,311 | 1,310 | | | | | | | | 0 | XXX |
| 7. 2014 | 2,660 | 902 | 1,758 | | | | | | | | 0 | XXX |
| 8. 2015 | 2,167 | 359 | 1,808 | | | | | | | | 0 | XXX |
| 9. 2016 | 3,457 | 98 | 3,359 | | | | | | | | 0 | XXX |
| 10. 2017 | 4,594 | 342 | 4,252 | | | | | | | | 0 | XXX |
| 11. 2018 | 7,768 | 320 | 7,448 | | | | | | | | 0 | XXX |
| 12. Totals | XXX | XXX | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | 21 | 22 | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding- Direct and Assumed |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | | | | | | | | | | | | 0 | XXX |
| 2. 2009 | | | | | | | | | | | | 0 | XXX |
| 3. 2010 | | | | | | | | | | | | 0 | XXX |
| 4. 2011 | | | | | | | | | | | | 0 | XXX |
| 5. 2012 | | | | | | | | | | | | 0 | XXX |
| 6. 2013 | | | 3 | 2 | | | 5 | 4 | | | | 2 | XXX |
| 7. 2014 | | | 4 | 3 | | | 6 | 4 | | | | 3 | XXX |
| 8. 2015 | | | 6 | 4 | | | 8 | 6 | | | | 4 | XXX |
| 9. 2016 | | | 11 | 9 | | | 16 | 12 | 1 | | | 7 | XXX |
| 10. 2017 | | | 25 | 19 | | | 36 | 27 | 1 | | | 16 | XXX |
| 11. 2018 | | | 2,021 | 121 | | | 46 | 35 | 1 | | | 1,913 | XXX |
| 12. Totals | 0 | 0 | 2,070 | 158 | 0 | 0 | 117 | 88 | 4 | 0 | 0 | 1,945 | XXX |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred/Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves after Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 Direct and Assumed | 27 Ceded | 28 Net | 29 Direct and Assumed | 30 Ceded | 31 Net | 32 Loss | 33 Loss Expense | Inter-Company Pooling Participation Percentage | 35 Losses Unpaid | 36 Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 0 | 0 |
| 2. 2009 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | | | | 0 | 0 |
| 3. 2010 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | | | | 0 | 0 |
| 4. 2011 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | | | | 0 | 0 |
| 5. 2012 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | | | | 0 | 0 |
| 6. 2013 | 8 | 6 | 2 | 0.3 | 0.5 | 0.2 | | | | 1 | 1 |
| 7. 2014 | 10 | 7 | 3 | 0.4 | 0.8 | 0.2 | | | | 1 | 2 |
| 8. 2015 | 14 | 10 | 4 | 0.6 | 2.8 | 0.2 | | | | 2 | 2 |
| 9. 2016 | 28 | 21 | 7 | 0.8 | 21.4 | 0.2 | | | | 2 | 5 |
| 10. 2017 | 62 | 46 | 16 | 1.3 | 13.3 | 0.4 | | | | 6 | 10 |
| 11. 2018 | 2,069 | 156 | 1,913 | 26.6 | 48.7 | 25.7 | | | | 1,900 | 13 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | 0 | 0 | XXX | 1,912 | 33 |

Note: Parts 2 and 4 are gross of all discounting, including tabular discounting. Part 1 is gross of only nontabular discounting, which is reported in Columns 32 and 33 of Part 1. The tabular discount, if any, is reported in the Notes to Financial Statements, which will reconcile Part 1 with Parts 2 and 4.

## SCHEDULE P - PART 2 - SUMMARY

| Years in Which Losses Were Incurred | Incurred Net Losses and Defense and Cost Containment Expenses Reported at Year End ($000 omitted) | | | | | | | | | | DEVELOPMENT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 One Year | 12 Two Year |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| 1. Prior | 21 | 15 | 8 | 3 | 4 | 1 | | | | | 0 | 0 |
| 2. 2009 | 10 | 3 | 4 | 3 | | | | | | | 0 | 0 |
| 3. 2010 | XXX | 16 | 9 | 6 | 5 | 1 | 1 | | | | 0 | 0 |
| 4. 2011 | XXX | XXX | 14 | 7 | 5 | 2 | | 1 | | | 0 | (1) |
| 5. 2012 | XXX | XXX | XXX | 12 | 6 | 3 | 1 | | | | 0 | 0 |
| 6. 2013 | XXX | XXX | XXX | XXX | 14 | 7 | 5 | 3 | 2 | | 0 | (1) |
| 7. 2014 | XXX | XXX | XXX | XXX | XXX | 12 | 5 | 2 | 3 | 3 | 0 | 1 |
| 8. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | 11 | 6 | 4 | 4 | 0 | (2) |
| 9. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 496 | 6 | 6 | 0 | (490) |
| 10. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 798 | 15 | (783) | XXX |
| 11. 2018 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,912 | XXX | XXX |
| 12. Totals | | | | | | | | | | | (783) | (493) |

## SCHEDULE P - PART 3 - SUMMARY

| Years in Which Losses Were Incurred | Cumulative Paid Net Losses and Defense and Cost Containment Expenses Reported at Year End ($000 omitted) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| 1. Prior | 000 | | | | | | | | | | XXX | XXX |
| 2. 2009 | | | | | | | | | | | XXX | XXX |
| 3. 2010 | XXX | | | | | | | | | | XXX | XXX |
| 4. 2011 | XXX | XXX | | | | | | | | | XXX | XXX |
| 5. 2012 | XXX | XXX | XXX | | | | | | | | XXX | XXX |
| 6. 2013 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 7. 2014 | XXX | XXX | XXX | XXX | XXX | | | | | | XXX | XXX |
| 8. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | XXX | XXX |
| 9. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX | XXX |
| 10. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | XXX |
| 11. 2018 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |

**NONE**

## SCHEDULE P - PART 4 - SUMMARY

| Years in Which Losses Were Incurred | Bulk and IBNR Reserves on Net Losses and Defense and Cost Containment Expenses Reported at Year End ($000 omitted) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 1. Prior | 21 | 15 | 8 | 3 | 4 | 1 | | | | |
| 2. 2009 | 10 | 3 | 4 | 3 | | | | | | |
| 3. 2010 | XXX | 16 | 9 | 6 | 5 | 1 | 1 | | | |
| 4. 2011 | XXX | XXX | 14 | 7 | 5 | 2 | | 1 | | |
| 5. 2012 | XXX | XXX | XXX | 12 | 6 | 3 | 1 | | | |
| 6. 2013 | XXX | XXX | XXX | XXX | 14 | 7 | 5 | 3 | 2 | 2 |
| 7. 2014 | XXX | XXX | XXX | XXX | XXX | 12 | 5 | 2 | 3 | 3 |
| 8. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | 11 | 6 | 4 | 4 |
| 9. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 496 | 6 | 6 |
| 10. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 798 | 15 |
| 11. 2018 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,912 |

# CONTINENTAL HERITAGE INSURANCE COMPANY
## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
### Allocated by States and Territories

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | States, Etc. | Active Status (a) | Gross Premiums, Including Policy and Membership Fees Less Return Premiums and Premiums on Policies Not Taken — Direct Premiums Written | Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Finance and Service Charges not Included in Premiums | Direct Premiums Written for Federal Purchasing Groups (Incl. in Col. 2) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Alabama...AL | ...N | | | | | | | | |
| 2. | Alaska...AK | ...N | | | | | | | | |
| 3. | Arizona...AZ | ...L | | | | | | | | |
| 4. | Arkansas...AR | ...N | | | | | | | | |
| 5. | California...CA | ...L | 611,487 | 528,551 | | | 15,518 | 27,942 | | |
| 6. | Colorado...CO | ...L | | | | | | | | |
| 7. | Connecticut...CT | ...N | | | | | | | | |
| 8. | Delaware...DE | ...N | | | | | | | | |
| 9. | District of Columbia...DC | ...N | | | | | | | | |
| 10. | Florida...FL | ...L | 1,129,729 | 960,869 | | | 80,071 | 144,173 | | |
| 11. | Georgia...GA | ...L | 34,381 | 34,757 | | | | | | |
| 12. | Hawaii...HI | ...N | | | | | | | | |
| 13. | Idaho...ID | ...L | 55,040 | 53,791 | | | 216 | 390 | | |
| 14. | Illinois...IL | ...L | 51,000 | 56,616 | | | 10,338 | 18,614 | | |
| 15. | Indiana...IN | ...N | | | | | | | | |
| 16. | Iowa...IA | ...L | 23,213 | 24,795 | | | | | | |
| 17. | Kansas...KS | ...N | | | | | | | | |
| 18. | Kentucky...KY | ...L | 2,951,060 | 3,088,905 | | | 564,015 | 1,015,549 | | |
| 19. | Louisiana...LA | ...L | 52,144 | 53,087 | | | 3,315 | 5,969 | | |
| 20. | Maine...ME | ...N | | | | | | | | |
| 21. | Maryland...MD | ...N | | | | | | | | |
| 22. | Massachusetts...MA | ...N | | | | | | | | |
| 23. | Michigan...MI | ...N | | | | | | | | |
| 24. | Minnesota...MN | ...L | 23,690 | 26,216 | | | 482 | 867 | | |
| 25. | Mississippi...MS | ...L | 742 | 752 | | | | | | |
| 26. | Missouri...MO | ...N | | | | | | | | |
| 27. | Montana...MT | ...N | | | | | | | | |
| 28. | Nebraska...NE | ...L | | 66 | | | 12 | 22 | | |
| 29. | Nevada...NV | ...L | 38,501 | 41,771 | | | | | | |
| 30. | New Hampshire...NH | ...N | | | | | | | | |
| 31. | New Jersey...NJ | ...N | | | | | | | | |
| 32. | New Mexico...NM | ...N | | | | | | | | |
| 33. | New York...NY | ...N | | | | | | | | |
| 34. | North Carolina...NC | ...N | | | | | | | | |
| 35. | North Dakota...ND | ...N | | | | | | | | |
| 36. | Ohio...OH | ...L | 142,971 | 72,101 | | | 8,199 | 14,762 | | |
| 37. | Oklahoma...OK | ...N | | | | | | | | |
| 38. | Oregon...OR | ...N | | | | | | | | |
| 39. | Pennsylvania...PA | ...L | 53,043 | 53,118 | | | 9,699 | 17,464 | | |
| 40. | Rhode Island...RI | ...N | | | | | | | | |
| 41. | South Carolina...SC | ...N | | | | | | | | |
| 42. | South Dakota...SD | ...N | | | | | | | | |
| 43. | Tennessee...TN | ...L | 214,429 | 217,956 | | | | | | |
| 44. | Texas...TX | ...L | 50,898 | 52,513 | | | 3,502 | 6,306 | | |
| 45. | Utah...UT | ...L | | | | | | | | |
| 46. | Vermont...VT | ...N | | | | | | | | |
| 47. | Virginia...VA | ...L | 210,863 | 176,946 | | | 32,309 | 58,175 | | |
| 48. | Washington...WA | ...L | | 2,724 | | | 497 | 896 | | |
| 49. | West Virginia...WV | ...L | 2,480,837 | 2,305,416 | | | 420,955 | 757,746 | | |
| 50. | Wisconsin...WI | ...N | | | | | | | | |
| 51. | Wyoming...WY | ...L | (1,573) | (647) | | | (118) | | | |
| 52. | American Samoa...AS | ...N | | | | | | | | |
| 53. | Guam...GU | ...N | | | | | | | | |
| 54. | Puerto Rico...PR | ...N | | | | | | | | |
| 55. | US Virgin Islands...VI | ...N | | | | | | | | |
| 56. | Northern Mariana Islands...MP | ...N | | | | | | | | |
| 57. | Canada...CAN | ...N | | | | | | | | |
| 58. | Aggregate Other Alien...OT | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 59. | Totals | XXX | 8,122,455 | 7,750,302 | 0 | 0 | 1,149,010 | 2,068,875 | 0 | 0 |

### DETAILS OF WRITE-INS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 58001. | | XXX | | | | | | | | |
| 58002. | | XXX | | | | | | | | |
| 58003. | | XXX | | | | | | | | |
| 58998. | Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 58999. | Totals (Lines 58001 thru 58003+ Line 58998) (Line 58 above) | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Explanation of Basis of Allocation of Premiums by States, etc.**
Premiums by state are actual numbers, not an allocation.

(a) Active Status Counts:

L - Licensed or Chartered - Licensed insurance carrier or domiciled RRG... 31
E - Eligible - Reporting entities eligible or approved to write surplus lines in the state (other than their state of domicile - See DSLI)... 0
D - Domestic Surplus Lines Insurer (DSLI) - Reporting entities authorized to write surplus lines in the state of domicile... 0

R - Registered - Non-domiciled RRGs... 0
Q - Qualified - Qualified or accredited reinsurer... 0
N - None of the above - Not allowed to write business in the state... 26

## SCHEDULE Y – INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP

PART 1 – ORGANIZATIONAL CHART



## 2018 ALPHABETICAL INDEX -- PROPERTY & CASUALTY ANNUAL STATEMENT BLANK

| Entry | Page | Entry | Page |
|---|---|---|---|
| Assets | 2 | Schedule P-Part 2H-Section 2–Other Liability–Claims-Made | 58 |
| Cash Flow | 5 | Schedule P-Part 2I–Spec. Prop. (Fire, Allied Lines, Inland Marine, Earthquake, Burglary, Theft) | 59 |
| Exhibit of Capital Gains (Losses) | 12 | Schedule P-Part 2J-Auto Physical Damage | 59 |
| Exhibit of Net Investment Income | 12 | Schedule P-Part 2K-Fidelity, Surety | 59 |
| Exhibit of Nonadmitted Assets | 13 | Schedule P-Part 2L–Other (Including Credit, Accident and Health) | 59 |
| Exhibit of Premiums and Losses (State Page) | 19 | Schedule P-Part 2M-International | 59 |
| Five-Year Historical Data | 17 | Schedule P-Part 2N–Reinsurance – Nonproportional Assumed Property | 60 |
| General Interrogatories | 15 | Schedule P-Part 2O–Reinsurance – Nonproportional Assumed Liability | 60 |
| Jurat Page | 1 | Schedule P-Part 2P–Reinsurance – Nonproportional Assumed Financial Lines | 60 |
| Liabilities, Surplus and Other Funds | 3 | Schedule P-Part 2R-Section 1–Products Liability–Occurrence | 61 |
| Notes To Financial Statements | 14 | Schedule P-Part 2R-Section 2–Products Liability–Claims-Made | 61 |
| Overflow Page For Write-ins | 100 | Schedule P-Part 2S–Financial Guaranty/Mortgage Guaranty | 61 |
| Schedule A-Part 1 | E01 | Schedule P-Part 2T–Warranty | 61 |
| Schedule A-Part 2 | E02 | Schedule P-Part 3A–Homeowners/Farmowners | 62 |
| Schedule A-Part 3 | E03 | Schedule P-Part 3B–Private Passenger Auto Liability/Medical | 62 |
| Schedule A-Verification Between Years | SI02 | Schedule P-Part 3C–Commercial Auto/Truck Liability/Medical | 62 |
| Schedule B-Part 1 | E04 | Schedule P-Part 3D–Workers' Compensation (Excluding Excess Workers Compensation) | 62 |
| Schedule B-Part 2 | E05 | Schedule P-Part 3E–Commercial Multiple Peril | 62 |
| Schedule B-Part 3 | E06 | Schedule P-Part 3F–Section 1 –Medical Professional Liability–Occurrence | 63 |
| Schedule B-Verification Between Years | SI02 | Schedule P-Part 3F–Section 2-Medical Professional Liability–Claims-Made | 63 |
| Schedule BA-Part 1 | E07 | Schedule P-Part 3G–Special Liability (Ocean Marine, Aircraft (All Perils), Boiler & Machinery) | 63 |
| Schedule BA-Part 2 | E08 | Schedule P-Part 3H–Section 1–Other Liability–Occurrence | 63 |
| Schedule BA-Part 3 | E09 | Schedule P-Part 3H–Section 2–Other Liability–Claims-Made | 63 |
| Schedule BA-Verification Between Years | SI03 | Schedule P-Part 3I–Spec. Prop. (Fire, Allied Lines, Inland Marine, Earthquake, Burglary, Theft) | 64 |
| Schedule D-Part 1 | E10 | Schedule P-Part 3J–Auto Physical Damage | 64 |
| Schedule D-Part 1A-Section 1 | SI05 | Schedule P-Part 3K-Fidelity/Surety | 64 |
| Schedule D-Part 1A-Section 2 | SI08 | Schedule P-Part 3L–Other (Including Credit, Accident and Health) | 64 |
| Schedule D-Part 2-Section 1 | E11 | Schedule P-Part 3M–International | 64 |
| Schedule D-Part 2-Section 2 | E12 | Schedule P-Part 3N–Reinsurance – Nonproportional Assumed Property | 65 |
| Schedule D-Part 3 | E13 | Schedule P-Part 3O–Reinsurance – Nonproportional Assumed Liability | 65 |
| Schedule D-Part 4 | E14 | Schedule P-Part 3P–Reinsurance – Nonproportional Assumed Financial Lines | 65 |
| Schedule D-Part 5 | E15 | Schedule P-Part 3R-Section 1–Products Liability–Occurrence | 66 |
| Schedule D-Part 6-Section 1 | E16 | Schedule P-Part 3R-Section 2–Products Liability–Claims-Made | 66 |
| Schedule D-Part 6-Section 2 | E16 | Schedule P-Part 3S–Financial Guaranty/Mortgage Guaranty | 66 |
| Schedule D-Summary By Country | SI04 | Schedule P-Part 3T–Warranty | 66 |
| Schedule D-Verification Between Years | SI03 | Schedule P-Part 4A–Homeowners/Farmowners | 67 |
| Schedule DA-Part 1 | E17 | Schedule P-Part 4B–Private Passenger Auto Liability/Medical | 67 |
| Schedule DA-Verification Between Years | SI10 | Schedule P-Part 4C–Commercial Auto/Truck Liability/Medical | 67 |
| Schedule DB-Part A-Section 1 | E18 | Schedule P-Part 4D–Workers' Compensation (Excluding Excess Workers Compensation) | 67 |
| Schedule DB-Part A-Section 2 | E19 | Schedule P-Part 4E–Commercial Multiple Peril | 67 |
| Schedule DB-Part A-Verification Between Years | SI11 | Schedule P-Part 4F–Section 1-Medical Professional Liability–Occurrence | 68 |
| Schedule DB-Part B-Section 1 | E20 | Schedule P-Part 4F–Section 2-Medical Professional Liability–Claims-Made | 68 |
| Schedule DB-Part B-Section 2 | E21 | Schedule P-Part 4G–Special Liability (Ocean Marine, Aircraft (All Perils), Boiler & Machinery) | 68 |
| Schedule DB-Part B-Verification Between Years | SI11 | Schedule P-Part 4H–Section 1–Other Liability–Occurrence | 68 |
| Schedule DB-Part C-Section 1 | SI12 | Schedule P-Part 4H–Section 2–Other Liability–Claims-Made | 68 |
| Schedule DB-Part C-Section 2 | SI13 | Schedule P-Part 4I–Spec. Prop. (Fire, Allied Lines, Inland Marine, Earthquake, Burglary & Theft) | 69 |
| Schedule DB-Part D-Section 1 | E22 | Schedule P-Part 4J–Auto Physical Damage | 69 |
| Schedule DB-Part D-Section 2 | E23 | Schedule P-Part 4K–Fidelity/Surety | 69 |
| Schedule DB-Verification | SI14 | Schedule P-Part 4L–Other (Including Credit, Accident and Health) | 69 |
| Schedule DL-Part 1 | E24 | Schedule P-Part 4M-International | 69 |
| Schedule DL-Part 2 | E25 | Schedule P-Part 4N–Reinsurance – Nonproportional Assumed Property | 70 |
| Schedule E-Part 1-Cash | E26 | Schedule P-Part 4O–Reinsurance – Nonproportional Assumed Liability | 70 |
| Schedule E-Part 2-Cash Equivalents | E27 | Schedule P-Part 4P–Reinsurance – Nonproportional Assumed Financial Lines | 70 |
| Schedule E-Verification Between Years | SI15 | Schedule P-Part 4R-Section 1–Products Liability–Occurrence | 71 |
| Schedule E-Part 3-Special Deposits | E28 | Schedule P-Part 4R-Section 2–Products Liability–Claims-Made | 71 |
| Schedule F-Part 1 | 20 | Schedule P-Part 4S–Financial Guaranty/Mortgage Guaranty | 71 |
| Schedule F-Part 2 | 21 | Schedule P-Part 4T–Warranty | 71 |
| Schedule F-Part 3 | 22 | Schedule P-Part 5A–Homeowners/Farmowners | 72 |
| Schedule F-Part 4 | 27 | Schedule P-Part 5B–Private Passenger Auto Liability/Medical | 73 |
| Schedule F-Part 5 | 28 | Schedule P-Part 5C–Commercial Auto/Truck Liability/Medical | 74 |
| Schedule F-Part 6 | 29 | Schedule P-Part 5D–Workers' Compensation (Excluding Excess Workers Compensation) | 75 |
| Schedule H-Accident and Health Exhibit-Part 1 | 30 | Schedule P-Part 5E–Commercial Multiple Peril | 76 |
| Schedule H-Part 2, Part 3 and Part 4 | 31 | Schedule P-Part 5F–Medical Professional Liability–Claims-Made | 78 |
| Schedule H-Part 5-Health Claims | 32 | Schedule P-Part 5F–Medical Professional Liability–Occurrence | 77 |
| Schedule H-Part 1-Summary | 33 | Schedule P-Part 5H–Other Liability–Claims-Made | 80 |
| Schedule P-Part 1A-Homeowners/Farmowners | 35 | Schedule P-Part 5H–Other Liability–Occurrence | 79 |
| Schedule P-Part 1B-Private Passenger Auto Liability/Medical | 36 | Schedule P-Part 5R–Products Liability–Claims-Made | 82 |
| Schedule P-Part 1C-Commercial Auto/Truck Liability/Medical | 37 | Schedule P-Part 5R–Products Liability–Occurrence | 81 |
| Schedule P-Part 1D-Workers' Compensation (Excluding Excess Workers Compensation) | 38 | Schedule P-Part 5T–Warranty | 83 |
| Schedule P-Part 1E-Commercial Multiple Peril | 39 | Schedule P-Part 6C–Commercial Auto/Truck Liability/Medical | 84 |
| Schedule P-Part 1F-Section 1–Medical Professional Liability–Occurrence | 40 | Schedule P-Part 6D–Workers' Compensation (Excluding Excess Workers Compensation) | 84 |
| Schedule P-Part 1F-Section 2-Medical Professional Liability–Claims-Made | 41 | Schedule P-Part 6E–Commercial Multiple Peril | 85 |
| Schedule P-Part 1G-Special Liability (Ocean, Marine, Aircraft (All Perils), Boiler & Machinery) | 42 | Schedule P-Part 6H–Other Liability–Claims-Made | 86 |
| Schedule P-Part 1H-Section 1–Other Liability–Occurrence | 43 | Schedule P-Part 6H–Other Liability–Occurrence | 85 |
| Schedule P-Part 1H-Section 2–Other Liability–Claims-Made | 44 | Schedule P-Part 6M–International | 86 |
| Schedule P-Part 1I–Spec. Prop. (Fire, Allied Lines, Inland Marine, Earthquake, Burglary & Theft) | 45 | Schedule P-Part 6N–Reinsurance – Nonproportional Assumed Property | 87 |
| Schedule P-Part 1J-Auto Physical Damage | 46 | Schedule P-Part 6O–Reinsurance – Nonproportional Assumed Liability | 87 |
| Schedule P-Part 1K-Fidelity/Surety | 47 | Schedule P-Part 6R–Products Liability–Claims-Made | 88 |
| Schedule P-Part 1L–Other (Including Credit, Accident and Health) | 48 | Schedule P-Part 6R–Products Liability–Occurrence | 88 |
| Schedule P-Part 1M-International | 49 | Schedule P-Part 7A–Primary Loss Sensitive Contracts | 89 |
| Schedule P-Part 1N-Reinsurance – Nonproportional Assumed Property | 50 | Schedule P-Part 7B–Reinsurance Loss Sensitive Contracts | 91 |
| Schedule P-Part 1O–Reinsurance – Nonproportional Assumed Liability | 51 | Schedule P Interrogatories | 93 |
| Schedule P-Part 1P–Reinsurance – Nonproportional Assumed Financial Lines | 52 | Schedule T–Exhibit of Premiums Written | 94 |
| Schedule P-Part 1R-Section 1–Products Liability–Occurrence | 53 | Schedule T–Part 2–Interstate Compact | 95 |
| Schedule P-Part 1R-Section 2-Products Liability–Claims-Made | 54 | Schedule Y–Information Concerning Activities of Insurer Members of a Holding Company Group | 96 |
| Schedule P-Part 1S-Financial Guaranty/Mortgage Guaranty | 55 | Schedule Y–Detail of Insurance Holding Company System | 97 |
| Schedule P-Part 1T-Warranty | 56 | Schedule Y–Part 2–Summary of Insurer's Transactions With Any Affiliates | 98 |
| Schedule P-Part 2, Part 3 and Part 4 - Summary | 34 | Statement of Income | 4 |
| Schedule P-Part 2A-Homeowners/Farmowners | 57 | Summary Investment Schedule | SI01 |
| Schedule P-Part 2B-Private Passenger Auto Liability/Medical | 57 | Supplemental Exhibits and Schedules Interrogatories | 99 |
| Schedule P-Part 2C-Commercial Auto/Truck Liability/Medical | 57 | Underwriting and Investment Exhibit Part 1 | 6 |
| Schedule P-Part 2D-Workers' Compensation (Excluding Excess Workers Compensation) | 57 | Underwriting and Investment Exhibit Part 1A | 7 |
| Schedule P-Part 2E-Commercial Multiple Peril | 57 | Underwriting and Investment Exhibit Part 1B | 8 |
| Schedule P-Part 2F-Section 1–Medical Professional Liability–Occurrence | 58 | Underwriting and Investment Exhibit Part 2 | 9 |
| Schedule P-Part 2F-Section 2-Medical Professional Liability–Claims-Made | 58 | Underwriting and Investment Exhibit Part 2A | 10 |
| Schedule P-Part 2G-Special Liability (Ocean, Marine, Aircraft (All Perils), Boiler & Machinery) | 58 | Underwriting and Investment Exhibit Part 3 | 11 |
| Schedule P-Part 2H-Section 1–Other Liability–Occurrence | 58 | | |