1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

Having considered Defendants' Motion to Dismiss (ECF No. 112), the papers filed in support of and in opposition to the Motion to Dismiss, and arguments by counsel, the Court hereby GRANTS the Motions to Dismiss Plaintiffs' Second Consolidated Amended Class Action Complaint ("SCAC") (ECF No. 94).

The SCAC fails to state a claim under Federal Rule of Civil Procedure 12(b)(6) under the pleading standards of *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007).

THEREFORE, IT IS SO ORDERED that Defendants' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE because amendment would be futile.

IT IS SO ORDERED.

Dated: _____ , 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE