# EXHIBIT 1



Call Toll FREE
*888-449-2663*

# HOW BAIL WORKS

## HOW BAIL WORKS AND OTHER FREQUENTLY ASKED QUESTIONS

Everyone know bail bonds exist. However, most people don't understand what a bail bond is or how bail works. We're here to answer all of these questions (and many others) to help make the bail bonds process as simple as possible.



Call Toll FREE
*888-449-2663*

A bail bond is an "insurance policy" that serves the sole purpose of making sure that defendants appears in court. As bail bondsmen, we underwrite the bail bond securing a co-signer (or co-signers) that will guarantee these appearances in court. Collateral such as your car or property is not required with a qualified co-signor.

The cost of a bail bond is 10% of the bail amount and is regulated by the California Department of Insurance and cannot legally be discounted.

Below you will find a video giving answers to the most common questions asked by bail bonds customers. If you have any further questions, please feel free to call us at (916) 446-2663 or toll free (888) 449-2663, 24 hours a day.

Greg Padilla Bail Bonds Sacramento - FAQ

How does a Bail Bond Work?

How much does a bail bond cost?

That depends on the bail set by a judge, which is determined by a number of factors. These include the offence the defendant is charged with, the defendant's previous record and their estimated flight risk. The cost of the bail bond itself is regulated by the State of California and is 10% of the bail amount, with a minimum of $500.

Does the full amount of the bond have to be paid?

Is the premium returned upon the case being dismissed or completed ?

What should be done if someone misses court while out on bail?

How do I know when my bail bond is completed and the co-signers and the defendant are no longer liable for the bail bond?

What happens if I miss a payment?

Call Us: 916-446-2663

Missed Your Court Date?

Download Bail Forms

Stay Connected!

    

Call Toll FREE

888-449-2663

Greg Padilla Bail Bonds
530 I Street
Sacramento, CA 95814

Immediate services in any jail in California.
Nationwide service available.

Topo Padilla Insurance Lic#: 1639213
Greg Padilla Insurance Lic#: 1570027

Stay Connected with GPBB!

   

Get Started Here…

Bail bonds are something everybody knows, about, but not many people understand what a bail bond is or how bail works. The process, and the cost, of posting a bond are a mystery to many.

Padilla Bail Bonds is here to answer all of these questions (and many others) to help make the bail bonds process as simple as possible.

**Start Here**

Review Us on Google



**Make Payment Online**



Copyright © 2020 Greg Padilla Bail Bonds. All Rights Reserved
Privacy Policy | Terms of Use