# EXHIBIT 2

[(https://www.aiasurety.com/)](https://www.aiasurety.com/)

# About AIA

You are here:   Home (https://www.aiasurety.com)  /  About AIA

## About AIA

Our History

The three companies that comprise AIA, Allegheny Casualty, International Fidelity and Associated Bond, have been partnering with agents across the country for over a century. AIA was officially formed in 2003 as an alliance of these three industry leaders. AIA is committed to utilizing its unique "service-focused" approach to management, that provides its family of agents with the knowledge, tools and resources they need to grow their business and succeed.

With over 150 years of combined experience between the companies, AIA has become the overwhelming industry leader in agent service, national coverage, bail bonds written and number of agents. AIA prides itself on building long-term relationships with its partner agents that foster trust and confidence. Many of our agents are second or even third generation agents, which says a lot about the relationships we forge at AIA. We always place our agents' needs first and treat them like family, and it shows. As AIA continues to expand its family of partner agents across the country, we will continue to innovate with the most flexible, personalized services available. Our goal is to empower you with the confidence, expertise and stability to grow your business. Our commitment is to provide you with the resources you need from a trusted, proven partner that is there every step of the way.



# Nationwide Network

At AIA, we have a clearly defined vision for our family of agents:
Excellent service, extremely prudent agent selection and conservative underwriting.

The result has been AIA's monumental growth as the only true national provider of bail bond surety products with direct agents in every market where bail can be written. This national footprint gives our agents the resources they need to better serve their customers – any time, any place.  Additionally, by providing a true nationwide network, we have empowered our agents with the ability to respond efficiently and expand their business in ways that no other surety can offer. We are committed to providing the most reliable service available, 24 hours a day, 7 days a week.  To contact a company representative, please call (800) 935-2245 at anytime.



## Dedicated Account Management



## Stability and Longevity



## Advanced Technology Solutions



## 24/7 Agent Support



## Nationwide Network



# Experience and Knowledge

Become an AIA Agent (/become-a-bail-agent/)

Give us a call at (800) 935-2245 (http://"tel:(800) 935-2245") or click to learn more about becoming an AIA Agent (/become-a-bail-agent/).

## LATEST TWEETS



AIA Surety (https://twitter.com/bailinsights)

Follow @bailinsights

150 days ago

194 days ago

## RECENT BLOG POSTS

A TREE JUST FELL IN NEW YORK AND IT'S SOUND IS RESOUNDING (HTTPS://WWW.AIASURETY.COM/A-TREE-JUST-FELL-IN-NEW-YORK-AND-ITS-SOUND-IS-RESOUNDING-2/)

January 30,2020 - 2:54 pm

© Copyright 2005-2020 AIA Surety All Rights Reserved | 800.935.2245

About AIA | Bail Resources | Bail FAQs | Contact | Terms and Conditions | Blog | Become an Agent