# EXHIBIT 4



(https://gsbaa.org)

# RESOURCES

## SURETY LINKS:

- Lexington National Insurance Corp. (http://www.lexingtonnational.com)
  Ronnie Frank
  PO Box 6098, Lutherville, MD 21994
  Phone: (888) 888.2245
  Fax: 410.625.0865

- Financial Casualty & Surety, Inc. (FCS) (http://www.fcsurety.com)
  Robert Sabo
  3131 Eastside Street, Suite 600, Houston, TX 77098
  Phone: (877) 737.2245
  Fax: (713) 351.8401

- Williamsburg National Bail Bonds (http://www.wnbail.com/)
  Rick Klimaszewski
  3214 Chicago Drive, Hudsonville, MI 49426
  Phone: 888.885.6255
  Fax: 616.662.4460
  info@wnbail.com (mailto:info@wnbail.com)

## BOARD MEMBERS:

- Topo Padilla (President)
- Terry Fowler
- Mike Bench
- Jeff Stanley
- Albert Ramirez
- John Bench
- Debi Fimbrez
- Dale Miller
- Bob Jacobs

## LOBBYIST:

- Kathy Lynch
  Lynch & Associates Advocacy Firm (http://www.lynchlobby.com/)
  1127 11th Street, Suite 610
  Sacramento, CA 95814
  Phone: 916/443-0202
  Fax: 916/443-7353

## INFORMATIONAL:

- Official California Legislative Information (http://www.leginfo.ca.gov/index.html)
- The State Bar Of California (http://www.calbar.ca.gov/)
- California District Attorneys Association (http://www.cdaa.org/)
- California State Legislature (http://www.legislature.ca.gov/)
- State Of California Inmate Locator (http://www.ca.gov/OnlineServices/OS_Government_locator.html)
- California Courts (http://www.courts.ca.gov/)
- VineLink (Victim Information and Notification Everyday) (https://www.vinelink.com/vinelink/initMap.do)
- Crime Victims United Of California (http://www.crimevictimsunited.com/)

## BAIL EDUCATION:

- Bail Resource Center (http://bailschool.com/)
  Loma M. Siegel, President / Director
  Phone: (877) 222-8486
 


(https://gsbaa.org)