# EXHIBIT 6

# American Contractors Indemnity Company

April 15,1999

California Department of Insurance
Rate Regulation Division
45 Freemont Street, 23rd Floor
San Francisco, California 94105

### Re: American Contractors Indemnity Company   NAIC #10216
### Filing = Manual Page COURT-BAIL BONDS

Dear Commissioner:

American Contractors Indemnity Company respectfully submits for approval: Manuel Page revision of Bail Bonds 04/16/99 REV. from the last approval manual page 95-4409.

This filing comes as the direct result of a Rate and Underwriting Examination conducted during this last quarter of the year. In order to implement our agreement with the California Insurance Department's Senior Investigator/Examiner Mr. Michael McCallister, we clarified our manual page.

American Contractors Indemnity Company's rate and underwriting criteria for Bail Bonds, relies on applicants character, credit, individual history and factors of credit worthiness. We believe since our 1995 approval of our tiered structure, the public has been offered rates in the market place that are not inadequate, excessive or unfairly discriminatory. Except for the enclosed Manuel Page it does not replace a previously filed page.

The required filing forms, duplicate copies and a postage paid envelope are enclosed. Your consideration and approval is appreciated. If you have any questions, please call me at 1-800-486-6695.

Respectfully,

*Carol Takahashi*

Carol Takahashi
State Regulations/Compliance

CC: Andy Faust, President
    Scott Anschultz, V.P, Bail Division
    Mike Holbrook, Counsel

RATE FILING BUREAU—SF

**APR 2 1 1999**

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE

# RATE MANUAL

## COURT BONDS-JUDICIAL PROCEEDINGS

### BAIL BONDS RATES

PREFERRED

8% OF PENAL AMOUNT PLUS $15.00

ONLY BONDS OF THIRTY THOUSAND DOLLARS PENAL AND LARGER
QUALIFY FOR THIS RATE AND REQUIRES FULL CASH COLLATERAL OR IT'S
EQUIVALENT OR REAL PROPERTY WITH AN EQUITY OF NO LESS THAN
150% OF THE PENAL AMOUNT (WITH ALL OWNERS OF RECORD SIGNED
AND NOTARIZED ON SHORT FORM DEED OF TRUST AND DEED MUST BE
RECORDED WITH APPLICABLE COUNTY RECORDER.). FULL PREMIUM
MUST BE PAID AT THE TIME OF EXECUTION OF BOND.

HIGH RISK

15% OF PENAL AMOUNT PLUS $15.00

WILL BE CHARGED WITH SINGLE INDEMNITOR, SIGNATURE ONLY. ONLY
BONDS WITH PENAL AMOUNT OF $10,000.00 AND LESS QUALIFY FOR THIS
RATE. EXECUTION OF BOND DISCRETIONARY WITH UNDERWRITER.

STANDARD

10% OF PENAL PLUS $15.00

ANY BOND THAT DOES NOT QUALIFY FOR HIGH RISK OR PREFERRED
RATES SHALL BE UNDERWRITTEN AT THE STANDARD RATE.

MINIMUM PREMIUM

A MINIMUM PREMIUM OF $50.00 + $15.00 SHALL BE CHARGED ON ANY BOND WITH
A PENAL AMOUNT BELOW $499.99.