# EXHIBIT 7

*State:* California  *Filing Company:* International Fidelity Insurance Company
*TOI/Sub-TOI:* 24.0 Surety/24.0000 Surety
*Product Name:* Bail Bond Program
*Project Name/Number:* Rate and Rule Revision/IFIC-SU-BB-CA-1701R

# Filing at a Glance

| | |
|---|---|
| Company: | International Fidelity Insurance Company |
| Product Name: | Bail Bond Program |
| State: | California |
| TOI: | 24.0 Surety |
| Sub-TOI: | 24.0000 Surety |
| Filing Type: | Rate/Rule |
| Date Submitted: | 07/10/2017 |
| SERFF Tr Num: | PERR-131106946 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | 17-4681; 17-6595 |
| State Status: | Approved |
| Co Tr Num: | IFIC-SU-BB-CA-1701R |
| Effective Date Requested (New): | 09/01/2017 |
| Effective Date Requested (Renewal): | 09/01/2017 |
| Author(s): | Paula Rossman |
| Reviewer(s): | Janet Cheng (primary), Ed Lin |
| Disposition Date: | 01/23/2018 |
| Disposition Status: | Approved |
| Effective Date (New): | 04/01/2018 |
| Effective Date (Renewal): | 04/01/2018 |

*State:* California  *Filing Company:* International Fidelity Insurance Company
*TOI/Sub-TOI:* 24.0 Surety/24.0000 Surety
*Product Name:* Bail Bond Program
*Project Name/Number:* Rate and Rule Revision/IFIC-SU-BB-CA-1701R

# General Information

Project Name: Rate and Rule Revision
Project Number: IFIC-SU-BB-CA-1701R
Reference Organization:
Reference Title:
Filing Status Changed: 01/23/2018
State Status Changed: 01/12/2018
Created By: Kevin Jones
Corresponding Filing Tracking Number:

Status of Filing in Domicile: Not Filed
Domicile Status Comments:
Reference Number:
Advisory Org. Circular:

Deemer Date: 09/19/2017
Submitted By: Kevin Jones

Filing Description:

International Fidelity Insurance Company ("the Company") is filing a revision of its Bail Bond program filed under the Surety line of business. The Company is reducing its Standard bail bond rates from 10% to 9%, and introducing two Preferred tiers with 8% and 7% rates. The 8% tier is for customers who are either Qualified Union Members, Active or Former Military, Law Enforcement, have retained Private Council, have posted Full Payment, or have posted Cash Collateral of at least 50% or deed of trust on real property with equity of at least 100% of bond amount. The 7% tier is for customers who have at least two of the following satisfied: Private Counsel, Full Payment, or Collateral. The Standard estimated rate decrease of 10% is supported by the accompanying California Prior Approval Rate Application and Template. The Preferred tiers are identical to those approved in California for the Company's competitor, Bankers Insurance Company (SERFF # BKIC-129219149 and CDI tracking number 13-7036).

Please refer to the Memorandum for complete details.

Enclosed is authorization for Perr&Knight to submit this filing on behalf of the Company. All correspondence related to this filing should be directed to Perr&Knight. If there are any requests for additional information related to items prepared by the Company, we will forward the request immediately to the Company contact. The Company's response will be submitted to your attention as soon as we receive it.

# Company and Contact

### Filing Contact Information
Kevin Jones, State Filing Analyst  kjones@perrknight.com
401 Wilshire Blvd Suite 300  310-889-0968 [Phone]
Santa Monica, CA 90401  310-230-1061 [FAX]

### Filing Company Information
(This filing was made by a third party - perrandknightactuaryconsultants)

International Fidelity Insurance Company
One Newark Center, 20th Floor
Newark, NJ 07102
(973) 624-7200 ext. [Phone]

CoCode: 11592
Group Code:
Group Name:
FEIN Number: 22-1010450

State of Domicile: New Jersey
Company Type: Property & Casualty
State ID Number:

# Filing Fees

Fee Required?  No
Retaliatory?  No