# EXHIBIT 8



# MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**NAIC Group Code 0000**
**NAIC Company Code 39551 – Continental Heritage Insurance Company**

*The following discussion of our financial condition and results of operations should be read in conjunction with our statutory annual statement and the related documents filed with the Florida Office of Insurance Regulation for the year ended December 31, 2014.*

## Overview

Continental Heritage Insurance Company (the Company) is a Florida domiciled company with 60% of its common shares owned by Continental Heritage Holding Company, LLC (CHHC). Prior to July 1, 2011, the Company was 100% wholly owned by Evergreen National Indemnity Company (ENIC), an Ohio domiciled company. On July 1, 2011, ENIC sold the Company to various parties including CHHC.

Operations of the Company are focused on specialty surety programs which include bail, landfill closure and post closure bonds, standard and non-standard contract surety and waste collection bonds. The Company distributes its surety products via general agents. Management employs a variety of risk management and underwriting techniques including extensive financial reviews, audits, collateral requirements, corporate and personal indemnification, public regulatory reports, and reinsurance. Specific to the bail segment, the Company reduces its net loss exposure via build-up funds and/or collateral secured by the agent.

Of the surety programs, bail net earned premium (net of commission) represented 97.2% of total net earned premium in 2014.

STATE OF OHIO )
) SS
COUNTY OF CUYAHOGA )

## AFFIDAVIT

David A. Canzone, Treasurer of Continental Heritage Insurance Company (herein called the Insurer), being duly sworn, declares:

1. That he is generally familiar with the matters to which the within exhibits and the information refer.
2. That he is duly authorized to make, and does make, the following declaration on behalf of the Insurer.
3. That the within exhibits and the information are full and true statements of the matters respectively described herein, according to his best knowledge, information and belief.

_____
David A. Canzone, Treasurer

Subscribed and sworn to before me on this 17th day of March, 2015

_____
Notary Public, State of Ohio

PENNY M HAMM
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
April 04, 2017

9