UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Case No. 19-cv-00717-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 113 |

      Before the Court is Defendant All-Pro Bail Bonds, Inc.'s motion for sanctions. ECF No. 113. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 12, 2020, is hereby VACATED.

      **IT IS SO ORDERED.**

Dated: July 21, 2020

_____
JON S. TIGAR
United States District Judge