# EXHIBIT 2

| From: | Shaun Paisley <shaun@kzllp.com> |
|---|---|
| Sent: | Thursday, July 09, 2020 9:01 AM |
| To: | Harvey, Dean |
| Cc: | gan@rpnalaw.com; vloh@mrllp.com; tstitt@mrllp.com; dhauge@mrllp.com; mattanasio@cooley.com; bmejia@cooley.com; 'Moore, Christie A.'; Croft, W. Scott; Washburn, Rachel A.; michael.murphy@dlapiper.com; ltk@dlapiper.com; sebastinellij@gtlaw.com; holdernessh@gtlaw.com; paul.riehle@dbr.com; Brendan Pegg; ndigiovanni@lockelord.com; RMcClendon@lockelord.com; skook@hinshawlaw.com; twall@hinshawlaw.com; Drew Koning; Blake Zollar; Anne K. Edwards; kwenger@sgrlaw.com; jmarino@sgrlaw.com; baillaw@usa.net; eswanholt@foley.com; Greg Day; Healy, Nicole S.; Gerard Pecht; sumera.khan@nortonrosefulbright.com |
| Subject: | RE: In Re California Bail Bond Antitrust Litigation, No. 3:19-cv-00717-JST: Protective Order |

Dean,

As you know, there is still a stay on discovery in place, and it is therefore premature to discuss negotiation of a stipulated protective order.

If you wish to engage further on All-Pro's Rule 11 motion, you can email me directly.

**Shaun Paisley**
Koning Zollar LLP
470 James Street, #007
New Haven, CT 06513
T: 203-951-1213 / F: 858-252-3238
www.kzllp.com



This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**From:** Harvey, Dean <dharvey@lchb.com>
**Sent:** Thursday, July 2, 2020 12:24 PM
**To:** Shaun Paisley <shaun@kzllp.com>
**Subject:** FW: In Re California Bail Bond Antitrust Litigation, No. 3:19-cv-00717-JST: Protective Order

Hi Shaun – for some reason I received an error message indicating you may not have received this. Re-sending.

Dean M. Harvey
Lieff, Cabraser, Heimann & Bernstein, LLP

**From:** Harvey, Dean
**Sent:** Thursday, July 02, 2020 12:16 PM

**To:** Anne K. Edwards; Beatriz Mejia; Blake Zollar; Brendan Pegg; Christie A. Moore; David F. Hauge; Drew Koning; Erik K. Swanholt; Gary A. Nye; Gerard Pecht; Gregory S. Day; Howard Holderness; John A. Sebastinelli; John M. Rorabaugh; John Marino; Jon Cieslak; Kristen Wenger; Lindsay Cooper; Lisa Tenorio-Kutzkey; Michael Attanasio; Michael P. Murphy; Nicole S. Healy; Paul J. Riehle; Rachel Washburn; Shaun Paisely; Spencer Kook; Sumera Khan; Todd H. Stitt; Travis Wall; Vincent S. Loh; W. Scott Croft
**Cc:** Benson, Katherine Lubin; Salahi, Yaman; Dafa, Jallé; Rivera, Omar
**Subject:** In Re California Bail Bond Antitrust Litigation, No. 3:19-cv-00717-JST: Protective Order

Good afternoon counsel,

Counsel for All-Pro has told us that the lack of a protective order is an impediment to it sharing information with us. Accordingly, we have drafted the attached protective order, that is nearly verbatim from the Northern District's model order. The redlines in the attached show the minor changes we made. Please let us know if you have any comments or edits, and provide us with the relevant signature block information for your client(s). We would like to file this as soon as possible.

Have a nice holiday weekend.

Best,

Dean

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.