| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL A. ATTANASIO (151529) |
| 2 | (mattanasio@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | BEATRIZ MEJIA (190948) |
| | (mejiab@cooley.com) |
| 6 | DAVID HOUSKA (295918) |
| | (dhouska@cooley.com) |
| 7 | MAX SLADEK DE LA CAL (324961) |
| | (msladekdelacal@cooley.com) |
| 8 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

[*Additional Defendants and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: August 26, 2020<br>Courtroom: 6, 2nd Floor<br>Time: 2:00 p.m.<br>Trial Date: Not Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

Plaintiffs ask the Court to take judicial notice of, or incorporate by reference, nine documents in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss (ECF No. 117 (Plaintiffs' "Opposition").) (*See* ECF No. 115 (Plaintiffs' Request for Judicial Notice); ECF No. 116 (Plaintiffs' declaration attaching documents labeled Exhibits 1-9).) Defendants respond to Plaintiffs' request pertaining to each document as follows:

### Exhibit 1 – Greg Padilla Bail Bonds' Webpage "How Bail Works" with Embedded Video

To the extent Plaintiffs request only that the Court take notice of the existence of the webpage and linked video, Defendants do not object. To the extent Plaintiffs are requesting the Court take notice of the truth or accuracy of the statements therein, Defendants object because statements posted by a third-party on a privately maintained website are not properly subject to judicial notice. *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (judicial notice may be taken of "the fact that" media outlets have published information, but "not whether the contents of those articles were in fact true") (internal quotations and citation omitted); *Savin v. City and Cty. of San Francisco*, No. 16-cv-05627-JST, 2017 WL 2686546, at *5 n.3 (N.D. Cal. June 22, 2017) ("As a general matter, courts are hesitant to take notice of information found on third party websites and routinely deny requests for judicial notice . . . .") (quoting *Gerriten v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1028-29 (C.D. Cal. 2015)); ECF No. 91 (Court's order on parties' previously filed requests for judicial notice) ("Order") at 5-7. Additionally, it should be noted that Plaintiffs' attempt to use a single bail agent's statement that "premiums may not be discounted" as evidence of a mass conspiracy by surety companies to suppress rebating (*see* Opp. at 56) demonstrates Plaintiffs' fundamental misunderstanding of unlawful discounting of premiums and lawful discretionary rebating of an agent's commission. (*See* ECF No. 112 (Defendants' Motion to Dismiss) at 33-36.)

### Exhibit 2 – AIA Holdings, Inc. Webpage

To the extent Plaintiffs request only that the Court take notice of the existence of the webpage, Defendants do not object. To the extent Plaintiffs are requesting the Court take notice of the accuracy of the statements on the AIA webpage, Defendants object because statements maintained on private websites are not properly subject to judicial notice. *See Von Saher*, 592 F.3d at 960 (9th Cir. 2010); *Savin*, 2017 WL 2686546, at *5 n.3; Order at 5-7; *see, e.g., Hsieh v. FCA US LLC*, 440 F. Supp. 3d

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

1157, 1161 (S.D. Cal. 2020) (declining to take judicial notice of "the type of business in which [defendant] was involved" in part because it was not "a matter of 'common knowledge' within this district"). Furthermore, Plaintiffs should not be allowed to supplement the SCAC's deficient allegations against AIA by belatedly resorting to judicial notice of statements contained on AIA's website. In any event, reference to AIA as an "umbrella" or in "alliance" with International Fidelity Insurance Co. and Allegheny Casualty Co. does nothing to establish or define the legal relationship between AIA and these Surety Defendants.

### Exhibit 3 – American Bail Coalition's 2005 Form 990

Defendants object to Plaintiffs' request for judicial notice of ABC's 2005 Form 990 except for the limited purpose of establishing that the form was filed with the IRS. Moreover, that filing is relevant only to the 2005 tax year. *See* Fed. R. Evid. 201(b); *Gerritsen*, 112 F. Supp. 3d at 1032 ("It is only 'appropriate[, however,] for the court to take judicial notice of the content of the SEC Forms [ ] and the fact that they were filed with the agency. *The truth of the content, and the inferences properly drawn from them, however, is not a proper subject of judicial notice under Rule 201.*'") (quoting *Patel v. Parnes*, 253 F.R.D. 531, 546 (C.D. Cal. 2008)); *see also In re Facebook, Inc. Sec. Litig.*, 405 F. Supp. 3d 809, 829 (N.D. Cal. 2019) (court would take judicial notice only of existence of 10b5-1 trading plan); *Petrash v. Biomet Orthopedics*, *LLC*, No. C 18-5508 SBA, 2019 WL 8013939, at *4 (N.D. Cal. June 6, 2019) (could would not take judicial notice of proffered evidence that company was a successor to another entity).

### Exhibit 4 – Golden State Bail Agents Association ("GSBAA") Resources Web Page

While the Court may take judicial notice of the existence of a GSBAA webpage, to the extent that Plaintiffs are attempting to introduce a third-party's webpage or statements by referring to the "links" or information on GSBAA's webpage, that information is not subject to judicial notice. *See* Fed. R. Evid. 201(b). The content of a private website is also not properly subject to judicial notice to the extent Plaintiffs are requesting the Court take notice of the accuracy of the statements therein. *See Von Saher*, 592 F.3d at 960; *Savin*, 2017 WL 2686546, at *5 n.3; Order at 5-7.

Cooley LLP
Attorneys At Law
San Diego

2.

Defs.' Response to Pls.'
Request for Judicial Notice
Master Docket No. 19-cv-00717-JST

**Exhibits 5-7 – Continental Heritage Insurance Company's 1999 CDI Rate Filing (Exhibit 5); American Contractors Indemnity Company's 1999 CDI Rate Filing (Exhibit 6); International Fidelity Insurance Company's 2017 CDI Rate Filing (Exhibit 7)**

Defendants do not object to Plaintiffs' request for judicial notice of these excerpted CDI rate filings for the limited purpose of establishing that these excerpted documents were filed with the CDI. *See Moore v. Saniefar*, No. 1:14-CV-01067-SKO, 2015 WL 3487066, at *2 (E.D. Cal. Jun. 2, 2015) ("Even where judicial notice of a document is granted, it is the existence of such a document and not the truth of the matters asserted within the document that is judicially noticed.").

Defendants object to Plaintiffs' request to the extent it asks the Court to draw inferences based on the statements included within the CDI filings.  In particular, Defendants object to Plaintiffs' use of Exhibits 5 and 6 for the inference Plaintiffs draw in their Opposition that Continental's and American Contractors' 15% high-risk rate category had "minimal impact" on the overall market. *See* Opp. at 15 n.2.; *see, e.g.*, *Hsieh*, 440 F. Supp. 3d at 1161 (declining to take judicial notice of unwarranted inferences that were not "a matter of 'common knowledge' within this district").

**Exhibit 8 – Continental Heritage Insurance Company's 2014 CDI Financial Condition Report**

Defendants object to Plaintiffs' request for judicial notice of Continental's 2014 CDI Financial Condition Report except for the limited purpose of establishing that the forms were filed with CDI and not for the truth of the matters asserted. *See Moore*, 2015 WL 3487066, at *2.  In particular, Defendants object to Plaintiffs' use of Exhibit 8 to establish that Continental has "other lines" of surety and product liability insurance. *See Hsieh*, 440 F. Supp. 3d at 1161. Defendants also object to Plaintiffs' request to the extent it asks the Court to credit the inference purportedly drawn from Exhibit 8, that the relevant page of Continental's financial statement (ECF No. 111-1, Defs.' Ex. 52, at 14), which on its face relates to Continental's bail-bond business, somehow includes costs associated with the company's other lines of business. *See* Opp. at 31; *Patel*, 253 F.R.D. at 546 (inferences that may be drawn from documents are not a proper subject of judicial notice).

**Exhibit 9 – 2015 Allegheny Casualty Company Financial Examination Report**

Defendants do not oppose judicial notice of the existence of the report, but oppose Plaintiffs' request to the extent they are requesting that the Court take notice of the truth of the report's contents.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

1  *See Moore*, 2015 WL 3487066, at *2; *Hsieh*, 440 F. Supp. 3d at 1161; *Patel*, 253 F.R.D. at 546; Order
2  at 6 (granting judicial notice of the existence of CDI financial examination report regarding Defendant
3  Danielson National Insurance Co. but declining to take notice of the accuracy of the report's
4  contents).)  Plaintiffs cannot supplement deficient allegations in the SCAC by relying on judicial
5  notice of statements in the report.

Dated:  August 3, 2020

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
DAVID HOUSKA (295918)
MAX SLADEK DE LA CAL (324961)

*/s/ Beatriz Mejia*
Beatriz Mejia (190948)

*Attorneys for Defendants Seaview*
*Insurance Company and Two Jinn, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

| | |
|---|---|
| Dated:  August 3, 2020 | By: */s/ Julie A. Gryce* |

Julie A. Gryce (319530)
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
michael.murphy@dlapiper.com

John Hamill
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312.368.7036
Facsimile: 312.251.5809
John.hamill@us.dlapiper.com

*Attorneys for Defendants Danielson National Insurance Company*

| | |
|---|---|
| Dated:  August 3, 2020 | By: */s/ Blake Zollar* |

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone:  (858) 252-3234
Facsimile:  (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

**DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST**

| | | |
|---|---|---|
| Dated: August 3, 2020 | | By: /s/ Gerard G. Pecht |

Gerard G. Pecht (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American Contractors Indemnity Company*

Dated: August 3, 2020                                    By: /s/ Anne K. Edwards

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 358-7210
Facsimile:  (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg National Insurance Company*

Dated: August 3, 2020                                    By: /s/ Nicole S. Healy

Todd A. Roberts
Nicole S. Healy
Edwin B. Barnes
ROPERS, MAJESKI, KOHN & BENTLEY

*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated: August 3, 2020 | By: */s/ David F. Hauge* |
| 2 | | David F. Hauge (128294) |
| 3 | | Todd H. Stitt (179694) |
| | | Vincent S. Loh (238410) |
| 4 | | MICHELMAN & ROBINSON, LLP |
| 5 | | *Attorneys for Defendants United States* |
| 6 | | *Fire Insurance Company, The North River* |
| | | *Insurance Company, and Seneca* |
| 7 | | *Insurance Company* |
| 8 | Dated: August 3, 2020 | By: */s/ Renee Choy Ohlendorf* |
| 9 | | Renee Choy Ohlendorf |
| 10 | | Hinshaw & Culbertson LLP |
| | | One California Street, 18th Floor |
| 11 | | San Francisco, CA 94111 |
| | | Main: (415) 362-6000 |
| 12 | | Direct: (415) 393-0122 |
| 13 | | RChoy@hinshawlaw.com |
| 14 | | Christie A. Moore (*pro hac vice*) |
| | | W. Scott Croft (*pro hac vice*) |
| 15 | | BINGHAM GREENEBAUM DOLL LLP |
| | | 101 S. Fifth Street |
| 16 | | 3500 PNC Tower |
| | | Louisville, KY 40202 |
| 17 | | Telephone: 502.587.3758 |
| 18 | | Facsimile: 502.540.2276 |
| | | cmoore@bgdlegal.com |
| 19 | | wcroft@bgdlegal.com |
| 20 | | *Attorneys for Lexon Insurance Company* |
| 21 | Dated: August 3, 2020 | By: */s/ Travis Wall* |
| 22 | | Travis Wall (191662) |
| 23 | | Spencer Kook (205304) |
| | | HINSHAW & CULBERTSON LLP |
| 24 | | One California Street, 18th Floor |
| | | San Francisco, CA 94111 |
| 25 | | Tel: (415) 362-6000 |
| 26 | | twall@hinshawlaw.com |
| 27 | | *Attorneys for Defendant Philadelphia* |
| | | *Reinsurance Corporation* |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated:  August 3, 2020 | By: */s/ Gregory S. Day* |
| 2 | | Gregory S. Day |
| 3 | | LAW OFFICES OF GREGORY S. DAY<br>120 Birmingham Drive, Suite 200 |
| 4 | | Cardiff, CA  92007<br>Telephone:  (760) 436-2827 |
| 5 | | attygsd@gmail.com |
| 6 | | *Attorneys for Defendants California Bail* |
| 7 | | *Agents Association, Universal Fire &*<br>*Insurance Company, Sun Surety Insurance* |
| 8 | | *Company* |
| 9 | Dated:  August 3, 2020 | By: */s/ Howard Holderness* |
| 10 | | John A. Sebastinelli (127859) |
| 11 | | Howard Holderness (169814)<br>GREENBERG TRAURIG, LLP |
| 12 | | 4 Embarcadero Ctr, Ste. 3000<br>San Francisco, CA 94111-5983 |
| 13 | | Telephone: (415) 655-1289<br>Facsimile: (415) 358-4796 |
| 14 | | sebastinellij@gtlaw.com |
| 15 | | holdernessh@gtlaw.com |
| 16 | | *Attorneys for Defendants American Surety* |
| 17 | | *Company and Indiana Lumbermens*<br>*Mutual Insurance Company* |
| 18 | Dated:  August 3, 2020 | By: */s/ Gary A. Nye* |
| 19 | | Gary A. Nye (126104) |
| 20 | | ROXBOROUGH, POMERANCE, NYE &<br>ADREANI, LLP |
| 21 | | |
| 22 | | *Attorneys for Defendants Allegheny*<br>*Casualty Company, Associated Bond and* |
| 23 | | *Insurance Agency, Inc., Bankers Insurance*<br>*Company, Harco National Insurance* |
| 24 | | *Company, International Fidelity Insurance* |
| 25 | | *Company, Lexington National Insurance*<br>*Corporation, and Jerry Watson* |
| 26 | | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: August 3, 2020 | | By: */s/ Brendan Pegg* |

Brendan Pegg (174159)
Lindsay Cooper-Greene, of Counsel (295180)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA 93024
Telephone: (805) 3024151
Facsimile: (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

Dated: August 3, 2020                                    By: */s/ Erik K. Swanholt*

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

Dated: August 3, 2020                                    By: */s/ John M. Rorabaugh*

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

Dated: August 3, 2020                                    By: */s/ Paul J. Riehle*

Paul J. Riehle (115199)
FAEGRE DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 551-7521
Facsimile: (415) 551- 7510
paul.riehle@faegedrinker.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

9.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Beatriz Mejia, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on August 3, 2020, in San Francisco, California.

*/s/ Beatriz Mejia*

Beatriz Mejia

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

10.

DEFS.' RESPONSE TO PLS.'
REQUEST FOR JUDICIAL NOTICE
MASTER DOCKET NO. 19-CV-00717-JST