# EXHIBIT 1





**LUCKY BAIL BONDS**

Lucky Bail Bonds

*Local Office Numbers*

Fresno - (559) 268-4646
Visalia - (559) 625-5526
Hanford - (559) 584-3615
Porterville - (559) 788-0500
Tulare - (559) 685-0500
Indio - (760) 863-4400
Madera - (559) 673-2637

**Local Jail Information**

**Co-Signer / Indemnitor Information**

**Online Bail Info Request**

**Local Bail Offices**

When you or someone you care about is in jail, you only care about one thing: getting them out. For more than 50 years, Lucky Bail Bonds has been providing bonds and helping to reunite people with their loved ones as quickly as possible. Our bail bond agents have experience with all types of bail bonds, and we have payment plans, rebates/discounts and other options that make it easy to get out of jail fast.

If you need a bail bondsman, there is no need to call anyone else. This family-owned bail bond company knows how to handle all types of bail bonds and we are the large bail bond specialist. We treat every single client with the respect and dignity that they deserve.

We have at least one bail bondsman working in many cities throughout California. If you can't visit the bondsman in person, we may be able to set up payment and paperwork over the phone using a credit card and/or your computer. This is just one more way that the professional staff at Lucky Bail Bonds can serve your needs. It is our goal to help everyone who calls on us. Ask about special programs such as 20% rebate offers, bail now and pay later, and interest-free payment plans.

We are available 24-hours a day 7 days a week, so we are always here when you need us. The sooner you call Lucky Bail Bonds, the sooner we can help to reunite you with your loved ones.

## Welcome to LuckyBail.com

• **0%** Interest **Free** Payments
• Get Out NOW - Pay Later
• Low Down Payment Plans **2.5%** to **5%**
• Ask About Our **20%** Rebate Program
• Professional Services In A Professional Manner!
• Credit Card Release By Phone
• **24** Hour Courteous Service
• Any Jail **Nationwide**
• Always on Duty
• **No** Additional Fees
• **FREE**, Confidential Bail Information

## Expertise in all bail related areas including:

• **Domestic Violence**
• **Drug Cases**
• **Family Law**
• **Criminal Cases**
• **Drug Offenses**
• **Suspended License**
• **Spousal Abuse**
• **Traffic Cases**
• **DUI**
• **Federal Bonds**
• **Appeal Bonds**

• **Large Bond Specialist**
• **Probation Violation**
• **Stolen Property**
• **Assault w/Deadly Weapon**
• **Vandalism**
• **Embezzlement**
• **Petty Theft**
• **Burglary**
• **Rape**

**We Accept:**     

**LOCAL AGENTS AVAILABLE IN: FRESNO COUNTY, TULARE COUNTY, KINGS COUNTY, MADERA COUNTY, AND RIVERSIDE COUNTY**



## LUCKY BAIL BONDS



**CALL NOW! 1-800-699-BAIL (2245)**

MAIN OFFICE . 1243 VAN NESS AVENUE, FRESNO CA 93721 | SITEMAP



🍀 **Barry Pearlstein Lic.# 1591579** 🍀