# EXHIBIT 2

http://chickiesbailbonds.com/2013/05/01/scoop-from-the-coop-issue-3/  Go   JUN **JUL** AUG
1 capture                                                                ◀ **12** ▶
12 Jul 2019                                                              2018 **2019** 2020
▼ About this capture

☰ Navigation



# Chickies Bail Bonds
### Serving the Legal Community Since 1984

CA Insurance License #1844098

**310.545.4513**

Available 24/7

**NATIONWIDE**

 **Why Use Us?**
Reliable, Compassionate, Professional Service
Learn About Chickie's Bail Bonds

 **Attorney Testimonials**
See What Sets Us Apart From the Rest
Read Attorney Testimonials

 **Bail Bond Experts**
Meet Chickie and Her Professional Team
Read All About Us

## Bail Bonds Blog

### Recent Posts

- Scoop From the Coop – Issue 10
- Scoop From the Coop – Issue 9
- Scoop From the Coop – Issue 8
- Scoop From the Coop – Issue 7
- Los Angeles Business Journal

## Bail Services

Bail Definitions
FAQ's
Bail Schedule

## Contact Us

Complete the form below to receive an expert consultation! Or call (310) 545-4513

Name

Email

Phone

Message

[recaptcha]

Submit Information

# Scoop From the Coop – Issue 3

by **Chickies Bail Bonds** on May 1, 2013 in **Bail Bonds**

**Greetings!**



Chickie's Bail Bonds has always tried to be fair in dealing with your clients, cognizant of each and every one's particular needs especially in terms of premium charged. In cases of hardship we have made premium rebates, always in accordance with Proposition 103, which governs rebates within the California insurance industry.

In recognition of the increasingly competitive nature of the bail bond industry, we have concluded that certain adjustments need to be made in order for us to more effectively serve you and your clients. With these changes, we will now not only offer your clients the most professional and caring bail bond service available but also premiums and rebates commensurate with the changing industry.

We will not be changing our policies in any other way; still offering you and your clients twenty-four hour service, including appearing in court as you request an OR release, our famous "hand-holding" of nervous clients and/or family members and, of course, our unparalleled expertise and well-earned 1275 PC reputation. We still offer all of that and more, whether a bond is $10,000 or several million – we will continue to go the extra mile to assure you and your client's complete satisfaction.

Our new program is effective immediately. Rebate of premium will be available under certain circumstances, and always in accordance with California law and regulations, and being cognizant of good business practice.

Chickie's Bail Bonds is effectively recognizing the changing economic climate and acting accordingly. Please feel free to contact our office at any time to review any of the above or to let us know how we may better serve you and your clients.

Wishing you and your family a very happy summer.
Most warmly,

http://chickiesbailbonds.com/2013/05/01/scoop-from-the-coop-issue-3/  Go  JUN **JUL** AUG
1 capture  ◀ **12** ▶
12 Jul 2019  2018 **2019** 2020  ▼ About this capture

### Sign up for our Email Newsletter

GO

## Blog

Our Recent Posts.

May 3, 2016
Scoop From the Coop – Issue 10

Apr 14, 2016
Scoop From the Coop – Issue 9

Dec 31, 2014
Scoop From the Coop – Issue 8

Dec 31, 2013
Scoop From the Coop – Issue 7

Aug 13, 2013
Los Angeles Business Journal

Read More

**Featured Attorney**

**JOHN YZURDIAGA**

**The Great Defender**

The following is not intended by Chickie's Bail Bonds to suggest in any manner the name of or recommend any attorney to any arrestee or person acting for an arrestee. The arrestee or person acting for an arrestee should and is encouraged to seek the services of a qualified attorney, as deemed necessary, and access the California State Bar website for a referral at **www.calbar.ca.gov**.



Chickie's Bail Bonds is honored to have John Yzurdiaga as our featured criminal defense lawyer in this edition of "Scoop From the Coop". John is no stranger to almost anyone involved in the Southern California Justice System. He is a long-time member of the Criminal Courts Bar Association and served as President for the 1988 term.

John's interesting history began simply enough in Chino, California where he was born and raised. Correction – in that Chino did not boast a hospital, John was officially born in Upland, California. He graduated from UCSB and following the advice of a friend's mother who always said "you should be a lawyer", went to Loyola Law School.

John's primary reason for attending law school was to be better prepared for a business career it also didn't hurt that it took him away from his job as a salesman for Xerox. John credits his professor Quentin Ogren with pointing him down the rocky road into criminal law and into the role of public defender. John also fondly remembers his first friend in law school, Paul Horgan, whom he is still very close with today, as "Jewish Mothering" him through law school and the bar exam.

John gained his first experience in the field of criminal law working for the Los Angeles Public Defender's office. Although his first private practice office was in Marina del Rey, he has been practicing in the hub of the Los Angeles Judicial System, downtown Los Angeles, for over twenty years.

**READ MORE…..**





**Bail 101:**

**1275 PC NOW WHAT?!?!**

Definition: (a) "Bail, pursuant to this chapter of the penal code, shall not be accepted unless a judge or magistrate finds that no portion of the consideration, pledge, security, deposit, or indemnification paid, given, made or promised for its execution was feloniously obtained."

Objective: (c) "Once a magistrate or judge had determined that probable cause for a 1275 issue exists, a defendant bears the burden by a preponderance of the evidence to show that no part of any consideration, pledge, security, deposit, or indemnification paid, given, made, or promised for its execution was obtained by felonious means. Once a defendant has met such burden, the magistrate or judge shall release the hold previously ordered and the defendant shall be released under the authorized amount of bail."

The above quotes are directly from the California Penal Code and can easily cause clients and counsel to run screaming from the courtroom! But, dear attorneys, rest assured you are in the capable hands of Chickie's Bail Bonds and believe it or not we enjoy the challenge.



**Please read on ……**

‹ Scoop From the Coop – Issue 2                          Scoop From the Coop – Issue 4 ›

Contact Us | Site Map | Privacy Policy



© 2016 All Rights Reserved.