# EXHIBIT 4



# This site can't be reached

**www.chickiesbailbonds.com** took too long to respond.

Try:

- Checking the connection
- Checking the proxy and the firewall
- Running Windows Network Diagnostics

ERR_CONNECTION_TIMED_OUT

Reload

Details