Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com
jdafa@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  19-cv-00717-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE RULE 26 DISCLOSURES** |

1    WHEREAS, on August 11, 2020, the Court lifted the stay of discovery in the above-entitled action (ECF No. 126) ("Order");

3    WHEREAS, the Order directed the parties to meet and confer regarding an appropriate Rule 26 disclosure deadline (Order at 3);

5    WHEREAS, the parties met and conferred regarding the Rule 26 disclosure deadline.

6    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and Defendants in the above-entitled action, that:

1. The parties shall meet to discuss the remaining items in Rule 26(f)(2)-(3) and the Northern District of California's ESI Guidelines and Checklist by September 4, 2020.

2. The parties shall exchange initial Rule 26(a)(1) disclosures by September 18, 2020.

| | | |
|---|---|---|
| 1 | Dated:  August 18, 2020 | By: */s/ Dean M. Harvey* |

Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com
jdafa@lchb.com

*Interim Class Counsel*

| | | |
|---|---|---|
| | Dated:  August 18, 2020 | By: */s/ Beatriz Mejia* |

Beatriz Mejia (190948)
COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
DAVID HOUSKA (295918)
MAX SLADEK DE LA CAL (324961)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  August 18, 2020 | By: */s/ Julie A. Gryce* |
| 2 | | Julie A. Gryce (319530) |
| | | DLA Piper LLP (US) |
| 3 | | 401 B Street, Suite 1700 |
| | | San Diego, CA 92101-4297 |
| 4 | | Telephone: (619) 699-2700 |
| | | Facsimile: (619) 699-2701 |
| 5 | | julie.gryce@dlapiper.com |

Michael P. Murphy (pro hac vice)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
michael.murphy@dlapiper.com

John Hamill
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312.368.7036
Facsimile: 312.251.5809
John.hamill@us.dlapiper.com

*Attorneys for Defendant Danielson National Insurance Company*

Dated:  August 18, 2020         By: */s/ Blake Zollar*

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
169 Saxony Road, Suite 115
Encinitas, CA 92024
Telephone: (858) 252-3234
Facsimile: (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

2031633.2

- 4 -

| | | |
|---|---|---|
| 1 | Dated:  August 18, 2020 | By: */s/ Gerard G. Pecht* |
| 2 | | Gerard G. Pecht (pro hac vice) |
| | | NORTON ROSE FULBRIGHT US LLP |
| 3 | | 1301 McKinney, Suite 5100 |
| | | Houston, Texas 77010 |
| 4 | | Telephone: (713) 651-5151 |
| | | Facsimile: (713) 651-5246 |
| 5 | | gerard.pecht@nortonrosefulbright.com |
| 6 | | Joshua D. Lichtman (SBN 176143) |
| | | NORTON ROSE FULBRIGHT US LLP |
| 7 | | 555 South Flower Street, Forty-First Floor |
| | | Los Angeles, California 90071 |
| 8 | | Telephone: (213) 892-9200 |
| | | Facsimile: (213) 892-9494 |
| 9 | | joshua.lichtman@nortonrosefulbright.com |
| 10 | | *Attorneys for Defendant American Contractors Indemnity Company* |
| 11 | | |
| 12 | Dated:  August 18, 2020 | By: */s/ Anne K. Edwards* |
| 13 | | Anne K. Edwards (110424) |
| | | SMITH, GAMBRELL & RUSSELL, LLP |
| 14 | | 444 South Flower Street, Suite 1700 |
| | | Los Angeles, CA 90071 |
| 15 | | Telephone: (213) 358-7210 |
| | | Facsimile: (213) 358-7310 |
| 16 | | aedwards@sgrlaw.com |
| 17 | | *Attorneys for Defendant Williamsburg National Insurance Company* |
| 18 | Dated:  August 18, 2020 | By: */s/ Nicole S. Healy* |
| 19 | | Todd A. Roberts |
| 20 | | Nicole S. Healy |
| | | Edwin B. Barnes |
| 21 | | ROPERS MAJESKI PC |
| 22 | | *Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2031633.2

Dated:  August 18, 2020      By: */s/ David F. Hauge*

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company*

Dated:  August 18, 2020      By: */s/ Christie A. Moore*

Christie A. Moore (pro hac vice)
W. Scott Croft (pro hac vice)
DENTONS BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile: 502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Lexon Insurance Company*

Dated:  August 18, 2020      By: */s/ Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
twall@hinshawlaw.com

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

Dated:  August 18, 2020      By: */s/ Gregory S. Day*

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA 92007
Telephone: (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

2031633.2

- 6 -

| 1 | Dated:  August 18, 2020 | By: */s/ Howard Holderness* |
|---|---|---|

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1289
Facsimile: (415) 358-4796
sebastinellij@gtlaw.com
holdernessh@gtlaw.com

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

Dated:  August 18, 2020          By: */s/ Gary A. Nye*

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, AIA Holdings, Inc., Bankers Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

Dated:  August 18, 2020          By: */s/ Brendan Pegg*

Brendan Pegg (174159)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA 93024
Telephone: (805) 3024151
Facsimile: (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

Dated:  August 18, 2020          By: */s/ Erik K. Swanholt*

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | By: */s/ John M. Rorabaugh* |
| 2 | | John M. Rorabaugh (178366) |
| 3 | | *Attorney for Defendant Golden State Bail Association* |
| 4 | | |
| 5 | Dated: August 18, 2020 | By: */s/ Paul J. Riehle* |
| 6 | | Paul J. Riehle (115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>4 Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Telephone: (415) 551-7521<br>Facsimile: (415) 551- 7510<br>paul.riehle@faegredrinker.com |
| 10 | | *Attorneys for Defendant Accredited Surety and Casualty Company, Inc.* |

2031633.2

- 8 -

# **ATTESTATION**

I, Dean M. Harvey, in compliance with Local Rule 5-1(i)(3), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: August 18, 2020                           */s/ Dean M. Harvey*
                                                                   Dean M. Harvey

1 **ORDER**

2 **THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

3

4   Dated: _____

      _____
5                                         THE HONORABLE JON S. TIGAR
                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28