# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Case No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |
|---|---|

I <u>IAN T. HAMPTON</u>, an active member in good standing of the bar of <u>WISCONSIN</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>DEFENDANT CONTINENTAL HERITAGE INSURANCE COMPANY</u> in the above-entitled action. My local co-counsel in this case is <u>ERIK K. SWANHOLT</u>, an attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>FOLEY & LARDNER LLP<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>FOLEY & LARDNER LLP<br>555 SOUTH FLOWER STREET, SUITE 3300<br>LOS ANGELES, CA 90071-2418 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(414) 297-4912 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 972-4614 |
| MY EMAIL ADDRESS OF RECORD:<br>IHAMPTON@FOLEY.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ESWANHOLT@FOLEY.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>1121457</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: __August 19, 2020         <u>s/ IAN T. HAMPTON</u>
                                        APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION FOR ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>IAN T. HAMPTON</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____          _____
                                        UNITED STATED DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER



**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

# CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

IAN THOMAS HAMPTON

was admitted to practice as an attorney within this state on June 11, 2020 and is presently in good standing in this court.

Dated: August 18, 2020

SHEILA T. REIFF
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing