Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com
jdafa@lchb.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 19-cv-00717-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE RULE 26 DISCLOSURES** |
|---|---|

1  WHEREAS, on August 11, 2020, the Court lifted the stay of discovery in the above-
2  entitled action (ECF No. 126) ("Order");
3  WHEREAS, the Order directed the parties to meet and confer regarding an appropriate
4  Rule 26 disclosure deadline (Order at 3);
5  WHEREAS, the parties met and conferred regarding the Rule 26 disclosure deadline.
6  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs
7  and Defendants in the above-entitled action, that:

1. The parties shall meet to discuss the remaining items in Rule 26(f)(2)-(3) and the Northern District of California's ESI Guidelines and Checklist by September 4, 2020.
2. The parties shall exchange initial Rule 26(a)(1) disclosures by September 18, 2020.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | By: */s/ Dean M. Harvey* |

Dean M. Harvey (SBN 250298)
Katherine Lubin (SBN 259826)
Yaman Salahi (SBN 288752)
Adam Gitlin (SBN 317047)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
ysalahi@lchb.com
agitlin@lchb.com
jdafa@lchb.com

*Interim Class Counsel*

Dated: August 18, 2020      By: */s/ Beatriz Mejia*

Beatriz Mejia (190948)
COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
DAVID HOUSKA (295918)
MAX SLADEK DE LA CAL (324961)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | By: */s/ Julie A. Gryce* |
| 2 | | Julie A. Gryce (319530) |
| | | DLA Piper LLP (US) |
| 3 | | 401 B Street, Suite 1700 |
| | | San Diego, CA 92101-4297 |
| 4 | | Telephone: (619) 699-2700 |
| | | Facsimile: (619) 699-2701 |
| 5 | | julie.gryce@dlapiper.com |
| 6 | | Michael P. Murphy (pro hac vice) |
| | | DLA PIPER LLP (US) |
| 7 | | 1251 Avenue of the Americas |
| | | New York, NY 10020-1104 |
| 8 | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| 9 | | michael.murphy@dlapiper.com |
| 10 | | John Hamill |
| | | DLA Piper LLP (US) |
| 11 | | 444 West Lake Street, Suite 900 |
| | | Chicago, IL 60606-0089 |
| 12 | | Telephone: 312.368.7036 |
| | | Facsimile: 312.251.5809 |
| 13 | | John.hamill@us.dlapiper.com |
| 14 | | *Attorneys for Defendant Danielson National Insurance Company* |
| 15 | | |
| 16 | Dated: August 18, 2020 | By: */s/ Blake Zollar* |
| 17 | | Drew Koning (263082) |
| | | Blake Zollar (268913) |
| 18 | | Shaun Paisley (244377) |
| | | KONING ZOLLAR LLP |
| 19 | | 169 Saxony Road, Suite 115 |
| | | Encinitas, CA 92024 |
| 20 | | Telephone: (858) 252-3234 |
| | | Facsimile: (858) 252-3238 |
| 21 | | drew@kzllp.com |
| | | blake@kzllp.com |
| 22 | | shaun@kzllp.com |
| 23 | | *Attorneys for Defendant All-Pro Bail Bonds, Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | By: */s/ Gerard G. Pecht* |
| 2 | | Gerard G. Pecht (pro hac vice) |
| 3 | | NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100 |
| 4 | | Houston, Texas 77010<br>Telephone: (713) 651-5151 |
| 5 | | Facsimile: (713) 651-5246<br>gerard.pecht@nortonrosefulbright.com |
| 6 | | Joshua D. Lichtman (SBN 176143) |
| 7 | | NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor |
| 8 | | Los Angeles, California 90071<br>Telephone: (213) 892-9200 |
| 9 | | Facsimile: (213) 892-9494<br>joshua.lichtman@nortonrosefulbright.com |
| 10 | | *Attorneys for Defendant American* |
| 11 | | *Contractors Indemnity Company* |
| 12 | Dated: August 18, 2020 | By: */s/ Anne K. Edwards* |
| 13 | | Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP |
| 14 | | 444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071 |
| 15 | | Telephone: (213) 358-7210<br>Facsimile: (213) 358-7310 |
| 16 | | aedwards@sgrlaw.com |
| 17 | | *Attorneys for Defendant Williamsburg*<br>*National Insurance Company* |
| 18 | Dated: August 18, 2020 | By: */s/ Nicole S. Healy* |
| 19 | | Todd A. Roberts |
| 20 | | Nicole S. Healy<br>Edwin B. Barnes |
| 21 | | ROPERS MAJESKI PC |
| 22 | | *Attorneys for Defendants American Bail*<br>*Coalition, Inc. and William B. Carmichael* |

2031633.2

- 5 -

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | By: */s/ David F. Hauge* |
| 2 | | David F. Hauge (128294) |
| 3 | | Todd H. Stitt (179694) |
| | | Vincent S. Loh (238410) |
| 4 | | MICHELMAN & ROBINSON, LLP |
| 5 | | *Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company* |
| 6 | | |
| 7 | Dated: August 18, 2020 | By: */s/ Christie A. Moore* |
| 8 | | Christie A. Moore (pro hac vice) |
| 9 | | W. Scott Croft (pro hac vice) |
| | | DENTONS BINGHAM GREENEBAUM DOLL LLP |
| 10 | | 101 S. Fifth Street |
| | | 3500 PNC Tower |
| 11 | | Louisville, KY 40202 |
| | | Telephone: 502.587.3758 |
| 12 | | Facsimile: 502.540.2276 |
| | | cmoore@bgdlegal.com |
| 13 | | wcroft@bgdlegal.com |
| 14 | | *Attorneys for Lexon Insurance Company* |
| 15 | Dated: August 18, 2020 | By: */s/ Travis Wall* |
| 16 | | Travis Wall (191662) |
| | | Spencer Kook (205304) |
| 17 | | HINSHAW & CULBERTSON LLP |
| | | One California Street, 18th Floor |
| 18 | | San Francisco, CA 94111 |
| 19 | | Tel: (415) 362-6000 |
| | | twall@hinshawlaw.com |
| 20 | | |
| 21 | | *Attorneys for Defendant Philadelphia Reinsurance Corporation* |
| 22 | Dated: August 18, 2020 | By: */s/ Gregory S. Day* |
| 23 | | Gregory S. Day |
| | | LAW OFFICES OF GREGORY S. DAY |
| 24 | | 120 Birmingham Drive, Suite 200 |
| | | Cardiff, CA 92007 |
| 25 | | Telephone: (760) 436-2827 |
| | | attygsd@gmail.com |
| 26 | | |
| 27 | | *Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company* |
| 28 | | |

| | | |
|---|---|---|
| Dated: August 18, 2020 | | By: */s/ Howard Holderness* |

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1289
Facsimile: (415) 358-4796
sebastinellij@gtlaw.com
holdernessh@gtlaw.com

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

| | | |
|---|---|---|
| Dated: August 18, 2020 | | By: */s/ Gary A. Nye* |

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, AIA Holdings, Inc., Bankers Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

| | | |
|---|---|---|
| Dated: August 18, 2020 | | By: */s/ Brendan Pegg* |

Brendan Pegg (174159)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA 93024
Telephone: (805) 3024151
Facsimile: (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

| | | |
|---|---|---|
| Dated: August 18, 2020 | | By: */s/ Erik K. Swanholt* |

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

2031633.2

| | | |
|---|---|---|
| Dated: August 18, 2020 | By: */s/ John M. Rorabaugh* | |

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

| | | |
|---|---|---|
| Dated: August 18, 2020 | By: */s/ Paul J. Riehle* | |

Paul J. Riehle (115199)
FAEGRE DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 551-7521
Facsimile: (415) 551- 7510
paul.riehle@faegredrinker.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

2031633.2

- 8 -

# **ATTESTATION**

I, Dean M. Harvey, in compliance with Local Rule 5-1(i)(3), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: August 18, 2020 　　　　　　　　　　　*/s/ Dean M. Harvey*
　　　　　　　　　　　　　　　　　　　　　　　Dean M. Harvey

# **ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: August 20, 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2031633.2

- 10 -