UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 26, 2020                                           Judge:  Jon S. Tigar

Time:  1 hour 35 minutes

Case No.        **4:19-cv-00717-JST**
Case Name       **In re California Bail Bond Antitrust Litigation**

Attorneys for Plaintiffs:        Dean M. Harvey
                                 Katherine Lubin
                                 Yaman Salahi
                                 Jallé Dafa

Attorneys for Defendants:        Counsel for Seaview Insurance Co. and Two Jinn, Inc.:
                                 Beatriz Mejia
                                 David Houska
                                 Max Sladek de la Cal

                                 Counsel for Danielson National Insurance Co.:
                                 John Hamill

                                 Counsel for Continental Heritage Insurance Co.:
                                 Erik K. Swanholt

                                 Counsel for Allegheny Casualty Co., AIA Holdings, Inc., Bankers
                                 Insurance Co., Counsel for International Fidelity Insurance Co.,
                                 Lexington National Insurance Co., and Jerry Watson:
                                 Gary A. Nye

                                 Counsel for American Bail Coalition and Counsel for William B.
                                 Carmichael:
                                 Nicole S. Healy

                                 Counsel for Accredited Surety and Casualty Co., Inc.:
                                 Paul J. Riehle

                                 Counsel for California Bail Agents Association, Universal Fire &
                                 Insurance Co., and Sun Surety Insurance Co.:
                                 Gregory S. Day

                                 Counsel for American Contractors Indemnity Co.:
                                 Gerard G. Pecht

American Surety Co., Indiana Lumbermens, and Mutual Insurance Co.:
Howard Holderness

Counsel for Golden State Bail Association:
John M. Rorabaugh

Counsel for Lexon Insurance Co.:
Christie A. Moore

Counsel for Financial Casualty & Surety, Inc.:
Brendan Pegg
Lindsay Cooper-Greene

Counsel for Philadelphia Reinsurance Corp.:
Travis Wall

Counsel for United States Fire Insurance Co., The North River Insurance Co., Seneca Insurance Co.:
Vincent S. Loh

Counsel for All-Pro Bail Bonds, Inc.:
Blake Zollar
Shaun Paisley

Counsel for Williamsburg National Insurance Co.:
Anne K. Edwards
Kristen L. Wenger

Deputy Clerk: Mauriona Lee                                  Court Reporter: Pamela Hebel

## PROCEEDINGS

Motion to Dismiss hearing – held.

## RESULT OF HEARING

1. Hearing held viz Zoom videoconference.
2. Counsel for plaintiff will file a list of the cases mentioned on the record today that were not included in previous filings. The defendant may submit a reply brief of no longer than three pages by August 28, 2020.
3. The parties are ordered to meet and confer about, and submit a joint or competing, proposals regarding discovery. Joint or competing proposals due August 28, 2020.
4. Motion taken under submission.