COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
DAVID HOUSKA (295918)
(dhouska@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

[*Additional Moving Defendants and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**DEFENDANTS' RESPONSE TO AUTHORITIES SUBMITTED BY PLAINTIFFS AT ORAL ARGUMENT**<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: August 26, 2020<br>Courtroom: 2, 4th Floor<br>Time: 2:00 p.m.<br>Trial Date: Not Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

Pursuant to the Court's instructions at the August 26, 2020 hearing on Defendants' Motion to Dismiss (*see* ECF No. 132), Defendants submit the following response to the two cases presented by Plaintiffs for the first time at oral argument (*see* ECF No. 133):[1]

*In re Delta/Air Tran Antitrust Litigation* and *In re Domestic Airline Travel Antitrust Litigation* are out of circuit district court decisions and neither answers the question posed by the Court: what, as a matter of law, is the minimum that Plaintiffs must plead to show that any particular Defendant participated in the alleged antitrust conspiracy? The Ninth Circuit set a clear floor for such allegations in *Kendall v. Visa U.S.A., Inc.*, when it held that a complaint must "answer the basic questions: who, did what, to whom (or with whom), where, and when" regarding how ***each*** individual defendant first joined, and then participated in the alleged cartel. 518 F.3d 1042, 1048 (9th Cir. 2008). Critically, the Ninth Circuit explained that "parallel conduct, even conduct consciously undertaken" was not enough to meet this threshold—the plaintiff must also allege "further circumstance[s] pointing toward ***a meeting of the minds***." *Id.* (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 557 (2007)) (emphasis added). The SCAC's rote, copy-pasted allegations fail this clear test. Plaintiffs have only alleged supposed parallel conduct by the Defendants without additional facts suggesting when, where, or how Defendants reached any kind of agreement (let alone one that allegedly spanned 16 years and 28 Defendants, with the number of Surety Defendants doubling over the class period). As in *Kendall*, Plaintiffs "pleaded only ultimate facts, such as conspiracy, and legal conclusions. They failed to plead the necessary ***evidentiary facts*** to support those conclusions." 518 F.3d at 1047-48 (emphasis added).

Plaintiffs' new authorities only underscore the weakness of their complaint in this regard. In both cases, the plaintiffs made far more detailed allegations about the formation of the alleged conspiracy, including who attended specific meetings, what was discussed at those meetings that would suggest unlawful collusion, how defendants aligned their business practices after meetings, and additional statements that were made by specific defendants during the same time period that evidenced a meeting of the minds occurred. The plaintiffs in *Domestic Airline Travel* for instance were able to plead a series of specific statements (1) from corporate officers at each and every

---

[1] Abbreviations herein have the same definitions as in Defendants' Motion to Dismiss (ECF No. 112).

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

defendant; (2) that were close together in time; and (3) which were immediately followed—in a notable change from prior trends—by passenger capacity cuts at each defendant airline. *See* 221 F. Supp. 3d 46, 62-65 (D.D.C. 2016). The plaintiffs in that case also quoted specific statements made by defendants' executives at multiple conferences and trade meetings regarding capacity cuts that suggested defendants were working to enforce the conspiracy. *See id.* at 65. Similarly, in *Delta/Air Tran*, the plaintiffs alleged not a handful of isolated statements but a "roughly six month dialogue" between both defendants about imposing new bag fees from both named defendants over a discrete period, which were followed immediately by each defendant reducing capacity and introducing new fees. 733 F. Supp. 2d 1348, 1354-57 (N.D. Ga. 2010). Crucially, the court noted that it was these changed business practices "combined with the preceding communications" that together gave rise to a plausible inference of conspiracy. *Id.* at 1361 (emphasis added).

Here by contrast, as in *Kendall*, Plaintiffs do not allege any statements of any kind as to the vast majority of Defendants. (*See* Defs.' Mot. Appx. A.) And the handful of alleged statements that Plaintiffs rely on were not subsequently followed by uniform conduct, but by increased diversification both in the premium rates offered by different Defendants and in the criteria used for standard vs. preferred rates. (*See id.* at Appx. B.) Indeed, many of the Defendants in this case were not even in the California bail bond market when the statements were made. (*See id.*) Furthermore, the SCAC's allegations regarding trade association meetings pale in comparison to the complaints in *Domestic Airline Travel* and *Delta Air Train*. Here, Plaintiffs allege that two relevant trade association meetings occurred over the 16-year class period, do not even allege that a single Surety Defendant attended one of the meetings, fail to identify any Defendant attendees at the second meeting, and point to no specific statements made by any attendee of either meeting. (*See* Defs.' Mot. at 30-32.)

At the hearing, Plaintiffs' repeated refrain was that the law does not require them to do the impossible. This is correct. As *Domestic Airline Travel* and *Delta/Air Tran* illustrate, it is entirely possible for an antitrust plaintiff to plead factual allegations that answer "basic questions" about how the alleged conspiracy was formed and how each individual defendant played a role in it, as the law requires in the Ninth Circuit. *Kendall*, 518 F. 3d at 1048. Plaintiffs have simply failed to do so here. The SCAC fails not because of some impossibly high legal standard, but because it has no specific

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

allegations about how each individual defendant founded, joined, or operated in a purportedly vast and long running conspiracy. Accordingly, the Court should dismiss the SCAC in its entirety.

Dated: August 28, 2020

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
DAVID HOUSKA (295918)
MAX SLADEK DE LA CAL (324961)

*s/ Beatriz Mejia*
Beatriz Mejia (190948)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

Dated: August 28, 2020

By: */s/ Julie A. Gryce*

Julie A. Gryce (319530)
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
michael.murphy@dlapiper.com

John Hamill
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312.368.7036
Facsimile: 312.251.5809
John.hamill@us.dlapiper.com

*Attorneys for Defendants Danielson National Insurance Company*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Blake Zollar* |

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone: (858) 252-3234
Facsimile: (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Gerard G. Pecht* |

Gerard G. Pecht (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American Contractors Indemnity Company*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Anne K. Edwards* |

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 358-7210
Facsimile: (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg National Insurance Company*

Dated: August 28, 2020          By: */s/ Nicole S. Healy*

Todd A. Roberts
Nicole S. Healy
Edwin B. Barnes
ROPERS, MAJESKI, KOHN & BENTLEY

*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael*

Dated: August 28, 2020          By: */s/ David F. Hauge*

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated: August 28, 2020 | By: /s/ Renee Choy Ohlendorf |
| 2 | | Renee Choy Ohlendorf |
| 3 | | Hinshaw & Culbertson LLP |
| | | One California Street, 18th Floor |
| 4 | | San Francisco, CA 94111 |
| | | Main: (415) 362-6000 |
| 5 | | Direct: (415) 393-0122 |
| | | RChoy@hinshawlaw.com |
| 6 | | |
| 7 | | Christie A. Moore (*pro hac vice*) |
| | | W. Scott Croft (*pro hac vice*) |
| 8 | | BINGHAM GREENEBAUM DOLL LLP |
| | | 101 S. Fifth Street |
| 9 | | 3500 PNC Tower |
| | | Louisville, KY 40202 |
| 10 | | Telephone: 502.587.3758 |
| | | Facsimile: 502.540.2276 |
| 11 | | cmoore@bgdlegal.com |
| 12 | | wcroft@bgdlegal.com |
| 13 | | *Attorneys for Lexon Insurance Company* |
| 14 | Dated: August 28, 2020 | By: /s/ Travis Wall |
| 15 | | Travis Wall (191662) |
| 16 | | Spencer Kook (205304) |
| | | HINSHAW & CULBERTSON LLP |
| 17 | | One California Street, 18th Floor |
| | | San Francisco, CA 94111 |
| 18 | | Tel: (415) 362-6000 |
| | | twall@hinshawlaw.com |
| 19 | | |
| 20 | | *Attorneys for Defendant Philadelphia Reinsurance Corporation* |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | */s/ Gregory S. Day* |

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA 92007
Telephone: (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | */s/ Howard Holderness* |

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1289
Facsimile: (415) 358-4796
sebastinellij@gtlaw.com
holdernessh@gtlaw.com

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | */s/ Gary A. Nye* |

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | /s/ Brendan Pegg |

Brendan Pegg (174159)
Lindsay Cooper-Greene, of Counsel (295180)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA 93024
Telephone: (805) 3024151
Facsimile: (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | /s/ Erik K. Swanholt |

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | /s/ John M. Rorabaugh |

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

| | | |
|---|---|---|
| Dated: August 28, 2020 | By: | /s/ Paul J. Riehle |

Paul J. Riehle (115199)
FAEGRE DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 551-7521
Facsimile: (415) 551-7510
paul.riehle@dbr.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADDITIONAL AUTHORITIES
MASTER DOCKET NO. 19-CV-00717-JST

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Beatriz Mejia, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on August 28, 2020, in San Francisco, California.

*/s/ Beatriz Mejia*

Beatriz Mejia

Cooley LLP
Attorneys At Law
San Diego

9.

Defendants' Response to
Plaintiffs' Additional Authorities
Master Docket No. 19-cv-00717-JST