COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
DAVID HOUSKA (295918)
(dhouska@cooley.com)
MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
SEAVIEW INSURANCE COMPANY
and TWO JINN, INC.

[*Additional Defendants and Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**DEFENDANTS' POSITION ON DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>Judge: Hon. Jon S. Tigar |

In response to the Court's directive at the August 26, 2020 motion hearing and subsequent Order (Dkt. 132), the Parties met and conferred regarding their respective suggestions on discovery in this matter. Because of the timing and some differences in their proposed approaches, the Parties agreed it would be best if they submitted their respective proposals separately and concurrently. This is Defendants' proposal:

1. Discovery should be ***partially*** stayed while the current motion to dismiss is pending. It will be extremely burdensome to proceed with unrestricted discovery, which is not justified when many Defendants might be dismissed from the case for the second time. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 554, 560 n.6 (2007) (discovery where conspiracy claimed over seven years would be "a sprawling, costly, and hugely time consuming undertaking"). However, the Parties have already begun meeting and conferring on a number of discovery issues, and while discovery should otherwise be stayed, Defendants agree that these efforts can continue to move forward. Specifically:

   a. The Parties will conduct the Rule 26(f) conferences they have already scheduled, both on "global" issues applicable to all Defendants (set for September 2, 2020) and thereafter for individual defendants (by September 4, 2020), subject to the provisions stated in this document. The Parties will attempt to reach agreement on a stipulated protective order and an agreement on ESI.

   b. The Parties will serve their Rule 26 initial disclosures on September 18, 2020, according to the agreed Stipulation and Order Re Rule 26 Disclosures entered on August 20, 2020 (Dkt. 130.)

   c. Plaintiffs have served Requests for Production of Documents on all Defendants. Defendants will provide their written responses and objections on the current due date (October 2); however, Defendants should not be required to incur the expense of reviewing and producing documents until the pleadings against them have been resolved, as set forth below.

By completing these preliminary steps, discovery will be able to rapidly proceed with respect to any claims and Defendants that remain after the Court rules on the pending motion, while not

imposing the extreme costs and expenses of wide ranging discovery on parties that may be dismissed from the case.

2. The scope of discovery after the Court resolves the pending motion should depend on how the Court rules:

    a. If all Defendants are dismissed with leave to amend, then discovery should be stayed through the resolution of any motion to dismiss a Third Amended Complaint. Plaintiffs will at that point have failed twice to satisfy the *Twombly* standard, and there is no reason why they should be allowed to proceed with discovery when there is little reason to believe their claims would ever make it past the pleading stage.

    b. If some Defendants are dismissed without prejudice, while the case proceeds against other Defendants, then:

        i. For Defendants still in the case, party discovery will re-open on the Court's ruling on the motion to dismiss.

        ii. For Defendants dismissed without prejudice, party discovery will not re-open as to them unless Plaintiffs file a Third Amended Complaint, and the Defendant either files an answer or the Court holds that the Plaintiffs have stated a claim against that Defendant. Based on their meet and confer with Plaintiffs, the Parties agree that if the Court dismisses some but not all of the Defendants, the dismissed Defendants would not be parties to the case and so Plaintiffs would have to use third-party subpoenas consistent with and pursuant to Fed. R. Civ. P. 45. Defendants agree that this Court would have jurisdiction to resolve any disputes related to the subpoenas.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFS.' SUBMISSION RE DISCOVERY
MASTER DOCKET NO. 19-CV-00717-JST

| | | |
|---|---|---|
| Dated: August 28, 2020 | | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>BEATRIZ MEJIA (190948)<br>DAVID HOUSKA (295918)<br>MAX SLADEK DE LA CAL (324961)<br><br>*s/ Beatriz Mejia*<br>Beatriz Mejia (190948)<br><br>*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.* |
| Dated: August 28, 2020 | | By: */s/ Julie A. Gryce*<br><br>Julie A. Gryce (319530)<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701<br>julie.gryce@dlapiper.com<br><br>Michael P. Murphy (*pro hac vice*)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>michael.murphy@dlapiper.com<br><br>John Hamill<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Telephone: 312.368.7036<br>Facsimile: 312.251.5809<br>John.hamill@us.dlapiper.com<br><br>*Attorneys for Defendants Danielson National Insurance Company* |

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Blake Zollar* |

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone: (858) 252-3234
Facsimile: (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail Bonds, Inc.*

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Gerard G. Pecht* |

Gerard G. Pecht (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American Contractors Indemnity Company*

| | | |
|---|---|---|
| 1 | Dated: August 28, 2020 | By: */s/ Anne K. Edwards* |
| 2 | | |
| 3 | | Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>444 South Flower Street, Suite 1700 |
| 4 | | Los Angeles, CA 90071<br>Telephone: (213) 358-7210 |
| 5 | | Facsimile: (213) 358-7310<br>aedwards@sgrlaw.com |
| 6 | | |
| 7 | | *Attorneys for Defendant Williamsburg National Insurance Company* |
| 8 | Dated: August 28, 2020 | By: */s/ Nicole S. Healy* |
| 9 | | |
| 10 | | Todd A. Roberts<br>Nicole S. Healy |
| 11 | | Edwin B. Barnes<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 12 | | |
| 13 | | *Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael* |
| 14 | Dated: August 28, 2020 | By: */s/ David F. Hauge* |
| 15 | | |
| 16 | | David F. Hauge (128294)<br>Todd H. Stitt (179694) |
| 17 | | Vincent S. Loh (238410)<br>MICHELMAN & ROBINSON, LLP |
| 18 | | |
| 19 | | *Attorneys for Defendants United States Fire Insurance Company, The North River* |
| 20 | | *Insurance Company, and Seneca Insurance Company* |

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Renee Choy Ohlendorf* |

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Main: (415) 362-6000
Direct: (415) 393-0122
RChoy@hinshawlaw.com

Christie A. Moore (*pro hac vice*)
W. Scott Croft (*pro hac vice*)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile: 502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Lexon Insurance Company*

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Travis Wall* |

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
twall@hinshawlaw.com

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Gregory S. Day* |

Gregory S. Day
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff, CA 92007
Telephone: (760) 436-2827
attygsd@gmail.com

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

Dated: August 28, 2020                         By: */s/ Howard Holderness*

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1289
Facsimile: (415) 358-4796
sebastinellij@gtlaw.com
holdernessh@gtlaw.com

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

Dated: August 28, 2020                         By: */s/ Gary A. Nye*

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

| | | |
|---|---|---|
| Dated: August 28, 2020 | | By: */s/ Brendan Pegg* |

Brendan Pegg (174159)
Lindsay Cooper-Greene, of Counsel (295180)
LAW OFFICES OF BRENDAN PEGG
201 E. Ojai Avenue #1505
Ojai, CA93024
Telephone: (805) 3024151
Facsimile: (877) 719-7298
brendan@bpegglaw.com

*Attorneys for Defendant Financial Casualty & Surety, Inc.*

Dated: August 28, 2020          By: */s/ Erik K. Swanholt*

Erik K. Swanholt
FOLEY & LARDNER
555 South Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendants Continental Heritage Insurance Company*

Dated: August 28, 2020          By: */s/ John M. Rorabaugh*

John M. Rorabaugh (178366)

*Attorney for Defendant Golden State Bail Association*

Dated: August 28, 2020          By: */s/ Paul J. Riehle*

Paul J. Riehle (115199)
FAEGRE DRINKER BIDDLE & REATH LLP
4 Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 551-7521
Facsimile: (415) 551- 7510
paul.riehle@dbr.com

*Attorneys for Defendant Accredited Surety and Casualty Company, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Beatriz Mejia, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on August 28, 2020, in San Francisco, California.

*/s/ Beatriz Mejia*

Beatriz Mejia

Cooley LLP
Attorneys At Law
San Diego

9.

Defs.' Submission re Discovery
Master Docket No. 19-cv-00717-JST