# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re California Bail Bond Antitrust Litigation )
                       Plaintiff(s), )
     v. )
                       Defendant(s). )

Case No: 4:19-cv-00717-JST

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)**

I, **Nigar A. Shaikh**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs** in the above-entitled action. My local co-counsel in this case is **Katherine Lubin**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street<br>San Francisco, CA 94111 | Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>415-956-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-956-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>nshaikh@lchb.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kbenson@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **5229547**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 5, 2020            /s/ Nigar A. Shaikh
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE