

# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

---

I, Aprilanne Agostino,  Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that  Nigar Aftab Shaikh  was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the  11th  day of  June 2014, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  August 05, 2020.

*Aprilanne Agostino*

**Clerk of the Court**