Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlaw.com
HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
Tel: (310) 601-6766
Fax: (310) 295-2385

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiff and Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.: 4:19-cv-00717-JST<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Before: Hon. Jon S. Tigar |

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT effective immediately, the office of Goldstein, Borgen, Dardarian & Ho has changed its address from 300 Lakeside Drive, Suite 1000, Oakland, CA 94612 to:

**GOLDSTEIN, BORGEN, DARDARIAN & HO**

**155 Grand Avenue, Suite 900**

**Oakland, CA 94612**

Please take further notice our firm's telephone number, facsimile number, and e-mail addresses remain the same.

Dated: November 17, 2020

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

/s/ *Laura L. Ho*
Laura L. Ho

Attorneys for Plaintiff and Class