1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

IN RE CALIFORNIA BAIL BOND
ANTITRUST LITIGATION


THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master Docket No. 19-cv-00717-JST-DMR

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER RE: EXTENSION TO FILE
THIRD CONSOLIDATED AMENDED
COMPLAINT**

Pursuant to Civil Local Rule 6-2, all Plaintiffs and Defendants (the "Parties") in the above-entitled action stipulate as follows:

**WHEREAS**, the Court ordered the Parties to proceed with discovery on December 10, 2020, with Dismissed Defendants[1] to submit pre-amendment discovery focused on deficiencies the Court identified in Plaintiffs' Second Amended Complaint (ECF No. 151);

**WHEREAS**, the Court referred the management of discovery in this case, "including the issues set forth in the [P]arties' joint case management statement, ECF No. 173," to Magistrate Judge Ryu on January 25, 2021 (ECF No. 175);

**WHEREAS**, on March 1, 2021, the Court extended the deadline for Plaintiffs to file their Third Consolidated Amended Complaint ("TCAC") from March 8, 2021 (ECF No. 165) to April 7, 2021 (ECF No. 178), without prejudice to any Party seeking further extension;

**WHEREAS**, Plaintiffs and Dismissed Defendants await an order from Magistrate Judge Ryu regarding the joint letter brief Plaintiffs and Dismissed Defendants filed on March 10, 2021 concerning discovery to be completed before Plaintiffs file their TCAC (ECF No. 179);

**WHEREAS**, the Parties have agreed to extend the deadline for Plaintiffs to file their TCAC by an additional 60 days, without prejudice to any Party seeking a further extension;

**WHEREAS**, the Court has set no further deadlines in this matter, and therefore none would be affected;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that Plaintiffs shall have until June 7, 2021 to file their TCAC without prejudice to any Party seeking to further extend that deadline.

---

[1] For the avoidance of doubt, the Dismissed Defendants are Allegheny Casualty Company, International Fidelity Insurance Company, AIA Holdings, Inc., American Contractors Indemnity Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc., Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage Insurance Company, Seaview Insurance Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Casualty Company, Williamsburg National Insurance Company, California Bail Agents Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc., All-Pro Bail Bonds Inc., and Jerry Watson.

1

2

Dated: March 26, 2021                    By: */s/ Dean M. Harvey*

3                                              Dean M. Harvey (SBN 250298)
                                               Katherine Lubin (SBN 259826)
4                                              Yaman Salahi (SBN 288752)
                                               Adam Gitlin (SBN 317047)
5                                              Nigar A. Shaikh (*pro hac vice*)
                                               Miriam E. Marks (SBN 332351)
6                                              LIEFF CABRASER HEIMANN & BERNSTEIN,
                                               LLP
7                                              275 Battery Street, 29th Floor
                                               San Francisco, CA 94111
8                                              Telephone: (415) 956-1000
                                               dharvey@lchb.com
9                                              kbenson@lchb.com
                                               ysalahi@lchb.com
10                                             agitlin@lchb.com
                                               nshaikh@lchb.com
11                                             mmarks@lchb.com

12                                             *Interim Class Counsel*

13   Dated: March 26, 2021                    COOLEY LLP
                                               MICHAEL A. ATTANASIO (151529)
14                                             BEATRIZ MEJIA (190948)
                                               DAVID HOUSKA (295918)
15                                             MAX SLADEK DE LA CAL (324961)

16                                             By: */s/ Beatriz Mejia*

17                                             Beatriz Mejia (190948)

18                                             *Attorneys for Defendants Seaview Insurance*
                                               *Company and Two Jinn, Inc.*
19

20

21

22

23

24

25

26

27

28

1

Dated: March 26, 2021                    By: */s/ Julie A. Gryce*

2

3                                          Julie A. Gryce (319530)
                                           DLA Piper LLP (US)
                                           401 B Street, Suite 1700
4                                          San Diego, CA 92101-4297
                                           Telephone:  (619) 699-2700
5                                          Facsimile:  (619) 699-2701
                                           julie.gryce@dlapiper.com
6

7                                          Michael P. Murphy (*pro hac vice*)
                                           DLA PIPER LLP (US)
8                                          1251 Avenue of the Americas
                                           New York, NY 10020-1104
9                                          Telephone:  (212) 335-4500
                                           Facsimile:  (212) 335-4501
10                                         michael.murphy@dlapiper.com

11                                         John Hamill
                                           DLA Piper LLP (US)
12                                         444 West Lake Street, Suite 900
                                           Chicago, IL 60606-0089
13                                         Telephone: 312.368.7036
                                           Facsimile: 312.251.5809
14                                         John.hamill@us.dlapiper.com

15                                         *Attorneys for Defendants Danielson*
                                           *National Insurance Company*
16

17    Dated: March 26, 2021                By: */s/ Drew Koning*

18                                         Drew Koning (263082)
                                           Blake Zollar (268913)
19                                         Shaun Paisley (244377)
                                           KONING ZOLLAR LLP
20                                         2210 Encinitas Blvd., Suite S
                                           Encinitas, CA 92024
21                                         Telephone:  (858) 252-3234
                                           Facsimile:  (858) 252-3238
22                                         drew@kzllp.com
                                           blake@kzllp.com
23                                         shaun@kzllp.com

24

25                                         *Attorneys for Defendant All-Pro Bail*
                                           *Bonds, Inc.*

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1    Dated: March 26, 2021                    By: */s/ Gerard G. Pecht*

2
                                             Gerard G. Pecht (*pro hac vice*)
3                                            NORTON ROSE FULBRIGHT US LLP
                                             1301 McKinney, Suite 5100
4                                            Houston, Texas  77010
                                             Telephone:  (713) 651-5151
5                                            Facsimile:  (713) 651-5246
                                             gerard.pecht@nortonrosefulbright.com
6
7                                            Joshua D. Lichtman (SBN 176143)
                                             NORTON ROSE FULBRIGHT US LLP
8                                            555 South Flower Street, Forty-First Floor
                                             Los Angeles, California  90071
9                                            Telephone:  (213) 892-9200
                                             Facsimile:  (213) 892-9494
10                                           joshua.lichtman@nortonrosefulbright.com

11
                                             *Attorneys for Defendant American*
12                                           *Contractors Indemnity Company*

13   Dated: March 26, 2021                    By: */s/ Anne K. Edwards*

14
                                             Anne K. Edwards (110424)
15                                           SMITH, GAMBRELL & RUSSELL, LLP
                                             444 South Flower Street, Suite 1700
16                                           Los Angeles, CA 90071
                                             Telephone:  (213) 358-7210
17                                           Facsimile:  (213) 358-7310
                                             aedwards@sgrlaw.com
18
19                                           *Attorneys for Defendant Williamsburg*
                                             *National Insurance Company*
20
     Dated: March 26, 2021                    By: */s/ Nicole S. Healy*
21
22                                           Todd A. Roberts
                                             Nicole S. Healy
23                                           ROPERS MAJESKI, PC

24                                           *Attorneys for Defendants American Bail*
                                             *Coalition, Inc. and William B. Carmichael*
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1    Dated: March 26, 2021                    By: */s/ David F. Hauge*

2
                                             David F. Hauge (128294)
3                                            Todd H. Stitt (179694)
                                             Vincent S. Loh (238410)
4                                            MICHELMAN & ROBINSON, LLP

5                                            *Attorneys for Defendants United States*
                                             *Fire Insurance Company, The North River*
6                                            *Insurance Company, and Seneca*
                                             *Insurance Company*
7

8    Dated: March 26, 2021                    By: */s/ Christie A. Moore*

9                                            Renee Choy Ohlendorf
                                             Hinshaw & Culbertson LLP
10                                           One California Street, 18th Floor
                                             San Francisco, CA 94111
11                                           Main: (415) 362-6000
                                             Direct: (415) 393-0122
12                                           RChoy@hinshawlaw.com

13
                                             Christie A. Moore (*pro hac vice*)
14                                           W. Scott Croft (*pro hac vice*)
                                             BINGHAM GREENEBAUM DOLL LLP
15                                           101 S. Fifth Street
                                             3500 PNC Tower
16                                           Louisville, KY 40202
                                             Telephone:  502.587.3758
17                                           Facsimile:  502.540.2276
                                             cmoore@bgdlegal.com
18                                           wcroft@bgdlegal.com
19

20                                           *Attorneys for Lexon Insurance Company*

21   Dated: March 26, 2021                    By: */s/ Travis Wall*

22
                                             Travis Wall (191662)
23                                           Spencer Kook (205304)
                                             HINSHAW & CULBERTSON LLP
24                                           One California Street, 18th Floor
                                             San Francisco, CA 94111
25                                           Tel: (415) 362-6000
                                             twall@hinshawlaw.com
26

27                                           *Attorneys for Defendant Philadelphia*
                                             *Reinsurance Corporation*
28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                             TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                             MASTER DOCKET NO. 19-CV-00717-JST-DMR

1    Dated: March 26, 2021                    By: */s/ Gregory S. Day*

2

3                                             Gregory S. Day
                                              LAW OFFICES OF GREGORY S. DAY
                                              120 Birmingham Drive, Suite 200
4                                             Cardiff, CA  92007
                                              Telephone: (760) 436-2827
5                                             attygsd@gmail.com

6                                             *Attorneys for Defendants California Bail*
                                              *Agents Association, Universal Fire &*
7                                             *Insurance Company, Sun Surety Insurance*
                                              *Company*
8

9    Dated: March 26, 2021                    By: */s/ John A. Sebastinelli*

10
                                              John A. Sebastinelli (127859)
11                                            Howard Holderness (169814)
                                              GREENBERG TRAURIG, LLP
12                                            4 Embarcadero Ctr, Ste. 3000
                                              San Francisco, CA 94111-5983
13                                            Telephone: (415) 655-1289
                                              Facsimile: (415) 358-4796
14                                            sebastinellij@gtlaw.com
                                              holdernessh@gtlaw.com
15

16                                            *Attorneys for Defendants American Surety*
                                              *Company and Indiana Lumbermens*
17                                            *Mutual Insurance Company*

18   Dated: March 26, 2021                    By: */s/ Gary A. Nye*

19
                                              Gary A. Nye (126104)
20                                            ROXBOROUGH, POMERANCE, NYE &
                                              ADREANI, LLP
21

22                                            *Attorneys for Defendants Allegheny*
                                              *Casualty Company, Associated Bond and*
23                                            *Insurance Agency, Inc., Bankers Insurance*
                                              *Company, Harco National Insurance*
24                                            *Company, International Fidelity Insurance*
                                              *Company, Lexington National Insurance*
25                                            *Corporation, and Jerry Watson*

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                    TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                    MASTER DOCKET NO. 19-CV-00717-JST-DMR

1   Dated: March 26, 2021

By: */s/ Brendan Pegg*　　　

2

3                                              Brendan Pegg (174159)
                                               Lindsay Cooper-Greene, of Counsel
                                               (295180)
4                                              LAW OFFICES OF BRENDAN PEGG
                                               201 E. Ojai Avenue #1505
5                                              Ojai, CA93024
                                               Telephone:  (805) 3024151
6                                              Facsimile:  (877) 719-7298
                                               brendan@bpegglaw.com
7

8                                              *Attorneys for Defendant Financial*
                                               *Casualty & Surety, Inc.*
9

10  Dated: March 26, 2021

By: */s/ Erik K. Swanholt*　　　

11                                             Erik K. Swanholt
                                               FOLEY & LARDNER
12                                             555 South Flower St., 33rd Floor
                                               Los Angeles, CA 90071
13                                             Telephone:  (213) 972-4500
                                               Facsimile:  (213) 486-0065
14

15                                             *Attorneys for Defendants Continental*
                                               *Heritage Insurance Company*
16

17  Dated: March 26, 2021

By: */s/ John M. Rorabaugh*　　　

18                                             John M. Rorabaugh (178366)

19                                             *Attorney for Defendant Golden State Bail*
                                               *Association*
20

21  Dated: March 26, 2021

By: */s/ Paul J. Riehle*　　　

22                                             Paul J. Riehle (115199)
                                               FAEGRE DRINKER BIDDLE & REATH LLP
23                                             4 Embarcadero Center, 27th Floor
                                               San  Francisco, California 94111
24                                             Telephone: (415) 551-7521
                                               Facsimile: (415) 551-7510
25                                             paul.riehle@faegredrinker.com

26                                             *Attorneys for Defendant Accredited Surety*
                                               *and Casualty Company, Inc.*
27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

**[PROPOSED] ORDER**

2

3   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall have until June 7,

4   2021 to file their TCAC without prejudice to any Party seeking to further extend that deadline.

5

6   Dated: March __, 2021

7                                                    _____

8                                                    THE HONORABLE JON S. TIGAR
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 8 -

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2

3          I, Dean M. Harvey, attest that the concurrence in the filing of this document has been

4    obtained from the other signatories.  Executed on March 26, 2021, in Kentfield, California.

5                                        */s/ Dean M. Harvey* _____

6

7    2142153.2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28