| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL A. ATTANASIO (151529) |
| 2 | (mattanasio@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA  92121 |
| | Telephone:   (858) 550-6000 |
| 4 | Facsimile:    (858) 550-6420 |
| 5 | BEATRIZ MEJIA (190948) |
| | (mejiab@cooley.com) |
| 6 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111 |
| 7 | Telephone:   (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| 8 | |
| 9 | TIMOTHY W. COOK (*Pro Hac Vice*) |
| | (tcook@cooley.com) |
| 10 | 500 Boylston Street |
| | Boston, MA 02116-3736 |
| 11 | Telephone:   (617) 937-2300 |
| | Facsimile:    (617) 937-2400 |
| 12 | MAX SLADEK DE LA CAL (324961) |
| | (msladekdelacal@cooley.com) |
| 13 | 1333 2nd Street, Suite 400 |
| | Santa Monica, CA  90401-4100 |
| 14 | Telephone:   (310) 883-6554 |
| | Facsimile:    (310) 883-6500 |
| 15 | |
| 16 | Attorneys for Defendants |
| | SEAVIEW INSURANCE COMPANY |
| 17 | and TWO JINN, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Master Docket No. 19-cv-00717-JST |
| | <u>CLASS ACTION</u> |
| | **NOTICE OF CHANGE OF ADDRESS** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its San Francisco office as shown below:

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and e-mail addresses remain the same.

All notices and other documents regarding this action should be sent to the above address as of June 7, 2021.

Dated: June 4, 2021

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
DAVID HOUSKA (295918)
MAX SLADEK DE LA CAL (324961)

*/s/ Beatriz Mejia*
Beatriz Mejia (190948)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*