# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST-DMR<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2, all Plaintiffs and Defendants (the "Parties") in the above-entitled action stipulate as follows:

**WHEREAS**, the Court ordered the Parties to proceed with discovery on December 10, 2020, with Dismissed Defendants[1] to submit pre-amendment discovery focused on deficiencies the Court identified in Plaintiffs' Second Amended Complaint (ECF No. 151);

**WHEREAS**, the Court referred the management of discovery in this case, "including the issues set forth in the [P]arties' joint case management statement, ECF No. 173," to Magistrate Judge Ryu on January 25, 2021 (ECF No. 175);

**WHEREAS**, on March 1, 2021, the Court extended the deadline for Plaintiffs to file their Third Consolidated Amended Complaint ("TCAC") from March 8, 2021 (ECF No. 165) to April 7, 2021 (ECF No. 178), without prejudice to any Party seeking further extension;

**WHEREAS**, on March 29, 2021, the Court further extended the deadline for Plaintiffs to file their TCAC from April 7, 2021 to June 7, 2021 (ECF No. 181) while Plaintiffs and Dismissed Defendants awaited an order from Magistrate Judge Ryu regarding Parties' March 10, 2021 joint discovery letter brief concerning discovery to be completed before Plaintiffs file their TCAC (ECF No. 179), without prejudice to any Party seeking further extension;

**WHEREAS**, on May 13, 2021 Judge Ryu set a deadline of July 12, 2021 for Plaintiffs and Dismissed Defendants to file any further joint discovery letter on the current dispute before Dismissed Defendants' pre-amendment production of documents (ECF No. 191);

---

[1] For the avoidance of doubt, the Dismissed Defendants are Allegheny Casualty Company, International Fidelity Insurance Company, AIA Holdings, Inc., American Contractors Indemnity Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc., Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage Insurance Company, Seaview Insurance Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Casualty Company, Williamsburg National Insurance Company, California Bail Agents Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc., All-Pro Bail Bonds Inc., and Jerry Watson.

1    **WHEREAS**, the Parties have agreed to extend the deadline for Plaintiffs to file their

2    TCAC by an additional 90 days beyond Judge Ryu's July 12, 2021 deadline without prejudice to

3    any Party seeking a further extension;

4    **WHEREAS**, the Court has set no further deadlines in this matter, and therefore none

5    would be affected;

6    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

7    between the Parties that Plaintiffs shall have until October 11, 2021 to file their TCAC without

8    prejudice to any Party seeking to further extend that deadline.

9    Dated: June 4, 2021                          By: */s/ Adam Gitlin*

10                                                 Dean M. Harvey (SBN 250298)
                                                   Katherine Lubin (SBN 259826)
11                                                 Yaman Salahi (SBN 288752)
                                                   Adam Gitlin (SBN 317047)
12                                                 Nigar A. Shaikh (*pro hac vice*)
                                                   Miriam E. Marks (SBN 332351)
13                                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                   275 Battery Street, 29th Floor
14                                                 San Francisco, CA 94111
                                                   Telephone: (415) 956-1000
15                                                 dharvey@lchb.com
                                                   kbenson@lchb.com
16                                                 ysalahi@lchb.com
                                                   agitlin@lchb.com
17                                                 nshaikh@lchb.com
                                                   mmarks@lchb.com

18
                                                   *Interim Class Counsel*
19

20   Dated: June 4, 2021                          COOLEY LLP
                                                   MICHAEL A. ATTANASIO (151529)
21                                                 BEATRIZ MEJIA (190948)
                                                   DAVID HOUSKA (295918)
22                                                 MAX SLADEK DE LA CAL (324961)

23                                                 By: */s/ Beatriz Mejia*

24                                                 Beatriz Mejia (190948)

25                                                 *Attorneys for Defendants Seaview Insurance
                                                   Company and Two Jinn, Inc.*
26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1   Dated: June 4, 2021                    By: *Julie A. Gryce*

2
                                           Julie A. Gryce (319530)
3                                          DLA Piper LLP (US)
                                           401 B Street, Suite 1700
4                                          San Diego, CA 92101-4297
                                           Telephone:  (619) 699-2700
5                                          Facsimile:  (619) 699-2701
                                           julie.gryce@dlapiper.com
6
                                           Michael P. Murphy (*pro hac vice*)
7                                          DLA PIPER LLP (US)
                                           1251 Avenue of the Americas
8                                          New York, NY 10020-1104
                                           Telephone:  (212) 335-4500
9                                          Facsimile:  (212) 335-4501
                                           michael.murphy@dlapiper.com
10
                                           John Hamill
11                                         DLA Piper LLP (US)
                                           444 West Lake Street, Suite 900
12                                         Chicago, IL 60606-0089
                                           Telephone: 312.368.7036
13                                         Facsimile: 312.251.5809
                                           John.hamill@us.dlapiper.com
14
                                           *Attorneys for Defendants Danielson*
15                                         *National Insurance Company*

16  Dated: June 4, 2021                    By: */s/ Drew Koning*
17
                                           Drew Koning (263082)
18                                         Blake Zollar (268913)
                                           Shaun Paisley (244377)
19                                         KONING ZOLLAR LLP
                                           2210 Encinitas Blvd., Suite S
20                                         Encinitas, CA 92024
                                           Telephone:  (858) 252-3234
21                                         Facsimile:  (858) 252-3238
                                           drew@kzllp.com
22                                         blake@kzllp.com
                                           shaun@kzllp.com
23

24                                         *Attorneys for Defendant All-Pro Bail*
25                                         *Bonds, Inc.*

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1    Dated: June 4, 2021                    By: /s/ Gerard G. Pecht

2                                           Gerard G. Pecht (*pro hac vice*)
3                                           NORTON ROSE FULBRIGHT US LLP
                                            1301 McKinney, Suite 5100
4                                           Houston, Texas  77010
                                            Telephone:  (713) 651-5151
5                                           Facsimile:  (713) 651-5246
                                            gerard.pecht@nortonrosefulbright.com
6
7                                           Joshua D. Lichtman (SBN 176143)
                                            NORTON ROSE FULBRIGHT US LLP
8                                           555 South Flower Street, Forty-First Floor
                                            Los Angeles, California  90071
9                                           Telephone:  (213) 892-9200
                                            Facsimile:  (213) 892-9494
10                                          joshua.lichtman@nortonrosefulbright.com

11                                          *Attorneys for Defendant American*
12                                          *Contractors Indemnity Company*

13   Dated: June 4, 2021                    By: /s/ Anne K. Edwards

14                                          Anne K. Edwards (110424)
15                                          SMITH, GAMBRELL & RUSSELL, LLP
                                            444 South Flower Street, Suite 1700
16                                          Los Angeles, CA 90071
                                            Telephone:  (213) 358-7210
17                                          Facsimile:  (213) 358-7310
                                            aedwards@sgrlaw.com
18
19                                          *Attorneys for Defendant Williamsburg*
                                            *National Insurance Company*
20
     Dated: June 4, 2021                    By: /s/ Nicole S. Healy
21
22                                          Todd A. Roberts
                                            Nicole S. Healy
23                                          ROPERS MAJESKI, PC

24                                          *Attorneys for Defendants American Bail*
                                            *Coalition, Inc. and William B. Carmichael*
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                            TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                            MASTER DOCKET NO. 19-CV-00717-JST-DMR

1   Dated: June 4, 2021                    By: */s/ David F. Hauge*

2
                                           David F. Hauge (128294)
3                                          Todd H. Stitt (179694)
                                           Vincent S. Loh (238410)
4                                          MICHELMAN & ROBINSON, LLP

5                                          *Attorneys for Defendants United States*
                                           *Fire Insurance Company, The North River*
6                                          *Insurance Company, and Seneca*
                                           *Insurance Company*
7

8   Dated: June 4, 2021                    By: */s/ Christie A. Moore*

9                                          Renee Choy Ohlendorf
                                           Hinshaw & Culbertson LLP
10                                         One California Street, 18th Floor
                                           San Francisco, CA 94111
11                                         Main: (415) 362-6000
                                           Direct: (415) 393-0122
12                                         RChoy@hinshawlaw.com

13
                                           Christie A. Moore (*pro hac vice*)
14                                         W. Scott Croft (*pro hac vice*)
                                           BINGHAM GREENEBAUM DOLL LLP
15                                         101 S. Fifth Street
                                           3500 PNC Tower
16                                         Louisville, KY 40202
                                           Telephone:  502.587.3758
17                                         Facsimile:  502.540.2276
                                           cmoore@bgdlegal.com
18                                         wcroft@bgdlegal.com

19
                                           *Attorneys for Lexon Insurance Company*
20

21   Dated: June 4, 2021                   By: */s/ Travis Wall*

22
                                           Travis Wall (191662)
23                                         Spencer Kook (205304)
                                           HINSHAW & CULBERTSON LLP
24                                         One California Street, 18th Floor
                                           San Francisco, CA 94111
25                                         Tel: (415) 362-6000
                                           twall@hinshawlaw.com
26

27                                         *Attorneys for Defendant Philadelphia*
                                           *Reinsurance Corporation*
28

1   Dated: June 4, 2021                    By: /s/ Gregory S. Day

2
                                           Gregory S. Day
3                                          LAW OFFICES OF GREGORY S. DAY
                                           120 Birmingham Drive, Suite 200
4                                          Cardiff, CA  92007
                                           Telephone: (760) 436-2827
5                                          attygsd@gmail.com

6                                          Attorneys for Defendants California Bail
                                           Agents Association, Universal Fire &
7                                          Insurance Company, Sun Surety Insurance
                                           Company
8

9   Dated: June 4, 2021                    By: /s/ John A. Sebastinelli

10
                                           John A. Sebastinelli (127859)
11                                         Howard Holderness (169814)
                                           GREENBERG TRAURIG, LLP
12                                         4 Embarcadero Ctr, Ste. 3000
                                           San Francisco, CA 94111-5983
13                                         Telephone: (415) 655-1289
                                           Facsimile: (415) 358-4796
14                                         sebastinellij@gtlaw.com
                                           holdernessh@gtlaw.com
15

16                                         Attorneys for Defendants American Surety
                                           Company and Indiana Lumbermens
17                                         Mutual Insurance Company

18  Dated: June [X], 2021                  By: /s/ Gary A. Nye

19
                                           Gary A. Nye (126104)
20                                         ROXBOROUGH, POMERANCE, NYE &
                                           ADREANI, LLP
21

22                                         Attorneys for Defendants Allegheny
                                           Casualty Company, Associated Bond and
23                                         Insurance Agency, Inc., Bankers
                                           Insurance Company, Harco National
24                                         Insurance Company, International
                                           Fidelity Insurance Company, Lexington
25                                         National Insurance Corporation, and
                                           Jerry Watson
26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                           TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                           MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

Dated: June 4, 2021                    By: */s/ Brendan Pegg*

2

3                                      Brendan Pegg (174159)
                                       Lindsay Cooper-Greene, of Counsel
                                       (295180)
4                                      LAW OFFICES OF BRENDAN PEGG
                                       201 E. Ojai Avenue #1505
5                                      Ojai, CA 93024
                                       Telephone:  (805) 3024151
6                                      Facsimile:  (877) 719-7298
                                       brendan@bpegglaw.com
7

8                                      *Attorneys for Defendant Financial*
                                       *Casualty & Surety, Inc.*

9

10   Dated: June 4, 2021                    By: */s/ Erik K. Swanholt*

11                                     Erik K. Swanholt
                                       FOLEY & LARDNER
12                                     555 South Flower St., 33rd Floor
                                       Los Angeles, CA 90071
13                                     Telephone:  (213) 972-4500
                                       Facsimile:  (213) 486-0065
14

15                                     *Attorneys for Defendants Continental*
                                       *Heritage Insurance Company*

16

17   Dated: June 4, 2021                    By: */s/ John M. Rorabaugh*

18                                     John M. Rorabaugh (178366)

19                                     *Attorney for Defendant Golden State Bail*
                                       *Association*

20

21   Dated: June 4, 2021                    By: */s/  Paul J. Riehle*

22                                     Paul J. Riehle (115199)
                                       FAEGRE DRINKER BIDDLE & REATH LLP
23                                     4 Embarcadero Center, 27th Floor
                                       San  Francisco, California 94111
24                                     Telephone: (415) 551-7521
                                       Facsimile: (415) 551-7510
25                                     paul.riehle@faegredrinker.com

26                                     *Attorneys for Defendant Accredited Surety*
                                       *and Casualty Company, Inc.*

27

28

1

**[PROPOSED] ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall have until

4    October 11, 2021 to file their TCAC without prejudice to any Party seeking to further extend that

5    deadline.

6

7    Dated: June ___, 2021

8                                                          _____

9                                                          THE HONORABLE JON S. TIGAR
                                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                                TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                                MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2    I, Adam Gitlin, attest that the concurrence in the filing of this document has been obtained

3 from the other signatories.  Executed on June 4, 2021, in Oakland, California.

4    */s/ Adam Gitlin*

5

6

7 2242037.2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR