1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
9 NORTHERN DISTRICT OF CALIFORNIA
10 OAKLAND DIVISION
11

12 | IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Case No. 4:19-CV-00717-JST (DMR)
13 | THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DOCUMENT PRODUCTION DEADLINE**
14
15

16  By Order of the Court (ECF No. 215), Defendant Golden State Bail Agents Association
17 (hereinafter "Stipulating Defendant") was to complete their pre-amendment document production
18 by September 24, 2021.  Based on various unforeseen circumstances with a single email account
19 for a single custodian of records including urgent business for both Golden State Bail Agents
20 Association, and his own businesses, Stipulating Defendant believes it will be unable to meet that
21 deadline.

22  Plaintiffs and the Stipulating Defendant have met and conferred regarding the deadline to
23 complete the Stipulating Defendant's document production and have agreed that the document
24 production deadline of September 24, 2021 be extended for two weeks to October 8, 2021.

25  IT IS HEREBY STIPULATED by and between the Plaintiffs and the Stipulating
26 Defendant, and their counsel that the production deadline of September 24, 2021, as referenced in
27 ECF No. 215, be continued to October 8, 2021.

28

| | | |
|---|---|---|
| Dated: | September 24, 2021 | LAW OFFICE OF JOHN M. RORABAUGH |

By: */s/ John M. Rorabaugh*
JOHN M. RORABAUGH
Attorneys for Defendant

| | | |
|---|---|---|
| Dated: | September 24, 2021 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Dean M. Harvey*
Dean M. Harvey
Katherine C. Lubin
Adam Gitlin
Yaman Salahi
Nigar A. Shaikh
Miriam E. Marks

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Stipulating Defendant's production deadline of September 24, 2021, as referenced in ECF No. 215, be continued to October 8, 2021.

DATE: 9/27/2021

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE