# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST-DMR<br><br>CLASS ACTION<br><br>**DECLARATION OF ADAM GITLIN IN SUPPORT OF ADMINISTRATIVE MOTION TO SUPPLEMENT THE AUGUST 12, 2021 LETTER BRIEF AND TO SEAL MATERIAL DESIGNATED AS CONFIDENTIAL BY AN OPPOSING PARTY** |

I, Adam Gitlin, declare as follows:

1.      I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP, which has been appointed Interim Class Counsel.  I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2.      I submit this declaration, as required by Civil Local Rule 79-5, regarding Plaintiffs' Administrative Motion to Supplement the August 12, 2021 Letter Brief and to Seal Material Designated as Confidential by an Opposing Party.  Plaintiffs bring this motion because Civil Local Rule 79-5(e) requires that information subject to an opposing party's confidentiality designation be filed provisionally under seal.

3.      Filed with the motion is a true and correct copy of the redacted version of the following document, in which portions on the following pages reflect, restate, or discuss material that the American Contractors Indemnity Company ("ACIC") has designated "Confidential" under the Protective Order in this action (ECF No. 147) and that ACIC directed Plaintiffs to file under seal:

**ACIC_000011890**

4.      No stipulation as to the filing of this document could be obtained because Defendants, via email on September 29, opposed "any attempt to submit the document in question."

5.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 29, 2021 in Oakland, California.

*/s/ Adam Gitlin*
Adam Gitlin

DECLARATION OF ADAM GITLIN IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION
MASTER DOCKET NO. 19-CV-00717-JST-DMR