1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST-DMR<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO SUPPLEMENT THE AUGUST 12, 2021 LETTER BRIEF AND TO SEAL MATERIAL DESIGNATED AS CONFIDENTIAL BY AN OPPOSING PARTY** |

## **ORDER**

Having considered Plaintiffs' motion and associated declaration, the Court rules as follows:

Plaintiffs' motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE