GERARD G. PECHT (*PRO HAC VICE*)
gerard.pecht@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

JOSHUA D. LICHTMAN (SBN 176143)
joshua.lichtman@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Dismissed Defendant
AMERICAN CONTRACTORS
INDEMNITY COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**Response to Plaintiffs' Administrative Motion to Supplement the August 12, 2021 Letter Brief and to Seal Material Designated as Confidential by an Opposing Party** |

The Select Dismissed Defendants ("SDDs"), who are signatories below, oppose Plaintiffs' Administrative Motion (ECF No. 226) seeking the filing of document labeled ACIC_000011890 under seal for the Court's consideration at the forthcoming hearing on the parties' pending discovery dispute. Plaintiffs' eleventh-hour attempt to misleadingly portray one email thread, produced by one SDD, out of thousands of documents that have been produced by the SDDs as purportedly reflecting a global issue is inaccurate, improper, and prejudicial. For the following reasons, Plaintiffs' request should be denied.

*First*, Plaintiffs' purported concern for "risks attendant to Defendants' highly subjective criteria" based on one particular document is not indicative of the SDDs' more global approach to discovery. The issue before the Court at the September 30, 2021 discovery conference is whether the SDDs should be compelled to produce documents even if they relate *solely to activity in states other than California*. ECF 208. The SDDs have never taken a position that a document is relevant only if it expressly mentions California. The SDDs have not withheld any documents on geographic scope that disclose relevant information responsive to the California bail bond market. To be clear, except for certain redactions made by ACIC on the basis of objecting to producing non-California bail information, no other SDD applied redactions on those grounds. And more important, no SDD, including ACIC, withheld documents in which there may be mixed discussions of the California bail market and non-California bail markets.

At bottom, disputes regarding one-off document production issues or questions are expected in discovery. The producing party and Plaintiffs have engaged in good faith meet and confers since Plaintiffs raised a question about the redactions on September 24, 2021. Plaintiffs are improperly attempting, however, to use this one discovery dispute related to one SDD, and one document, to imply that the SDDs' entire discovery process has been improper. Plaintiffs' misleading efforts to conflate the decisions of one SDD with the entire defense group should not

DOCUMENT PREPARED ON RECYCLED PAPER

be credited. Therefore, this document in and of itself should not be used at this late stage to raise concerns about "subjectivity" of the SDDs' discovery process and certainly should not be used to suggest that information related solely to the non-California bail market is relevant and should be produced by all the SDDs.

*Second*, the SDDs dispute that the document Plaintiffs seek to submit under seal has any relevance to the issues before the Court on September 30, 2021. The pending dispute is whether documents that relate solely to non-California markets must be produced during the "tailored" post-dismissal discovery period in a case alleging price-fixing exclusively within the California market. The document ACIC_000011890 discloses discussion related to the California bail market, which the SDDs agree is relevant to Judge Tigar's Order and is information the SDDs have agreed to produce. To the extent Plaintiffs raise concern about the redactions in one email thread produced among thousands by one SDD, again, this is an issue specific to one producing party that is expected to be resolved. Plaintiffs' brash attempt to tie this document to the pending discovery dispute is unsubstantiated and irrelevant to the issues the Court will decide. The document does not otherwise evidence the behavior Plaintiffs suggest it does, but putting aside the merits of whatever argument Plaintiffs may intend to make, which is not before the Court, the document critically cannot be construed as representing "the kind of information that the SDDs are withholding from their document productions."

*Third,* Plaintiffs' attempt to submit this document to the Court on the eve of the hearing unfairly prejudices the SDDs and does not provide a reasonable opportunity for the SDDs to appropriately respond to Plaintiffs' positions. Plaintiffs have had this document for weeks, but did not raise their intent to file it with the Court until last night. Although the producing party became aware of Plaintiffs' concerns with the document less than a week ago on September 24, 2021. Plaintiffs did not raise this issue with the other SDDs until last night when they invited

1  SDDs to join their unilateral phone call to the Court.  And despite repeated attempts to understand
2  why the document needed to be submitted to the Court, the SDDs, including the producing party,
3  did not get a cogent explanation of Plaintiffs' position prior to the filing of Plaintiffs' motion.
4  Therefore, there have been no good faith efforts to meet and confer at a global level on the
5  propriety of Plaintiffs' submission of the document to the Court.

   For the foregoing reasons, the SDDs respectfully request that Plaintiffs' request to file document ACIC_000011890 under seal and supplement its letter brief should be denied.

| | |
|---|---|
| Dated:  September 29, 2021 | Respectfully submitted, |
| | By: */s/ Gerard G. Pecht* |
| | Gerard G. Pecht (*pro hac vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas  77010<br>Telephone:  (713) 651-5151<br>Facsimile:  (713) 651-5246<br>gerard.pecht@nortonrosefulbright.com |
| | Joshua D. Lichtman (SBN 176143)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California  90071<br>Telephone:  (213) 892-9200<br>Facsimile:  (213) 892-9494<br>joshua.lichtman@nortonrosefulbright.com |
| | *Attorneys for American Contractors Indemnity Company* |
| Dated:  September 29, 2021 | |
| | By: */s/ Beatriz Mejia*<br>Beatriz Mejia (190948) |
| | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>BEATRIZ MEJIA (190948)<br>TIMOTHY W. COOK (*PRO HAC VICE)*<br>MAX SLADEK DE LA CAL (324961) |
| | *Attorneys for Seaview Insurance Company and Two Jinn, Inc.* |

| | |
|---|---|
| Dated:  September 29, 2021 | By: */s/ Julie A. Gryce*<br><br>Julie A. Gryce (319530)<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone:  (619) 699-2700<br>Facsimile:  (619) 699-2701<br>julie.gryce@dlapiper.com<br><br>Michael P. Murphy (*pro hac vice*)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Telephone:  (212) 335-4500<br>Facsimile:  (212) 335-4501<br>michael.murphy@dlapiper.com<br><br>John Hamill<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Telephone: 312.368.7036<br>Facsimile: 312.251.5809<br>John.hamill@us.dlapiper.com<br><br>*Attorneys for Danielson National Insurance Company* |
| Dated:  September 29, 2021 | By: */s/ Anne K. Edwards*<br><br>Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071<br>Telephone:  (213) 358-7210<br>Facsimile:  (213) 358-7310<br>aedwards@sgrlaw.com<br><br>*Attorneys for Williamsburg National Insurance Company* |

Dated:  September 29, 2021        By: */s/ Enrique Martinez*

                                              Enrique Martinez
                                              Todd A. Roberts
                                              ROPERS, MAJESKI, KOHN & BENTLEY

                                              *Attorneys for American Bail Coalition, Inc. and William B. Carmichael*

Dated:  September 29, 2021        By: */s/ David F. Hauge*

                                              David F. Hauge (128294)
                                              Todd H. Stitt (179694)
                                              Vincent S. Loh (238410)
                                              MICHELMAN & ROBINSON, LLP

                                              *Attorneys for United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company*

Dated:  September 29, 2021        By: */s/ Christie A. Moore*

                                              Christie A. Moore (*pro hac vice*)
                                              W. Scott Croft (*pro hac vice*)
                                              DENTONS BINGHAM GREENEBAUM LLP
                                              101 S. Fifth Street
                                              3500 PNC Tower
                                              Louisville, KY 40202
                                              Telephone:  502.587.3758
                                              Facsimile:  502.540.2276
                                              cmoore@bgdlegal.com
                                              wcroft@bgdlegal.com

                                              *Attorneys for Lexon Insurance Company*

Dated:  September 29, 2021        By: */s/ Travis Wall*

                                              Travis Wall (191662)
                                              Spencer Kook (205304)
                                              HINSHAW & CULBERTSON LLP
                                              One California Street, 18th Floor
                                              San Francisco, CA 94111
                                              Tel: (415) 362-6000
                                              twall@hinshawlaw.com

                                              *Attorneys for Philadelphia Reinsurance Corporation*

| | |
|---|---|
| Dated:  September 29, 2021 | By: */s/ Gregory S. Day*<br><br>Gregory S. Day<br>LAW OFFICES OF GREGORY S. DAY<br>120 Birmingham Drive, Suite 200<br>Cardiff, CA  92007<br>Telephone:  (760) 436-2827<br>attygsd@gmail.com<br><br>*Attorneys for California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company* |
| Dated:  September 29, 2021 | By: */s/ Howard Holderness*<br><br>John A. Sebastinelli (127859)<br>Howard Holderness (169814)<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Ctr, Ste. 3000<br>San Francisco, CA 94111-5983<br>Telephone: (415) 655-1289<br>Facsimile: (415) 358-4796<br>sebastinellij@gtlaw.com<br>holdernessh@gtlaw.com<br><br>*Attorneys for American Surety Company and Indiana Lumbermens Mutual Insurance Company* |
| Dated:  September 29, 2021 | By: */s/ Gary A. Nye*<br><br>Gary A. Nye (126104)<br>ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP<br><br>*Attorneys for Allegheny Casualty Company, AIA Holdings, Inc., Bankers Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson* |

| | |
|---|---|
| Dated:  September 29, 2021 | By: */s/ Brendan Pegg* |
| | |
| | Brendan Pegg (174159) |
| | LAW OFFICES OF BRENDAN PEGG |
| | 201 E. Ojai Avenue #1505 |
| | Ojai, CA93024 |
| | Telephone:  (805) 3024151 |
| | Facsimile:  (877) 719-7298 |
| | brendan@bpegglaw.com |
| | |
| | *Attorneys for Financial Casualty & Surety, Inc.* |
| Dated:  September 29, 2021 | By: */s/ Paul J. Riehle* |
| | |
| | Paul J. Riehle (115199) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 4 Embarcadero Center, 27th Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 551-7521 |
| | Facsimile: (415) 551-7510 |
| | paul.riehle@faegredrinker.com |
| | |
| | *Attorneys for Accredited Surety and Casualty Company, Inc.* |
| Dated:  September 29, 2021 | By: */s/ Erik K. Swanholt* |
| | |
| | Erik K. Swanholt |
| | FOLEY & LARDNER |
| | 555 South Flower St., 33rd Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 972-4500 |
| | Facsimile: (213) 486-0065 |
| | |
| | *Attorneys for Continental Heritage Insurance Company* |