UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THE AUGUST 12, 2021 LETTER BRIEF AND TO SEAL MATERIAL DESIGNATED AS CONFIDENTIAL BY AN OPPOSING PARTY** |

**ORDER**

Upon consideration of Plaintiffs' motion and the Select Dismissed Defendants' response, the Court **DENIES** Plaintiffs' Administrative Motion to Supplement the August 12, 2021 Letter Brief and to Seal Material Designated as Confidential by an Opposing Party.

**IT IS SO ORDERED.**

Dated: _____ , 2021

_____

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE