Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CALIFORNIA BAIL BOND )
ANTITRUST LITIGATION )
                                     Plaintiff(s), )
    v. )
                                     Defendant(s). )

Case No: 4:19-CV-00717-

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sumera Khan, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: American Contractors Indemnity Company in the above-entitled action. My local co-counsel in this case is Joshua D. Lichtman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>555 S. Flower Street, 41st Floor<br>Los Angeles, CA 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(713) 651-5151 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 892-9200 |
| MY EMAIL ADDRESS OF RECORD:<br>sumera.khan@nortonrosefulbright.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>joshua.lichtman@nortonrosefulbright.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24064319.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/29/21                        Sumera Khan
                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sumera Khan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 29, 2021

Re: Ms. Sumera I. Khan, State Bar Number 24064319

To Whom It May Concern:

This is to certify that Ms. Sumera I. Khan was licensed to practice law in Texas on November 06, 2009, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167