UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 9/30/21 | **Time:** 1:49-2:35 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:19-cv-00717-JST | **Case Name:** In re California Bail Bond Antitrust Litigation | |

**For Plaintiffs Shonetta Crain & Kira Serna:** Dean Harvey; Adam Gitlin and Mirriam Marks

**For the following Defendants:**
Accredited Surety and Casualty Company: Lori Rapuano
Bond Safeguard Insurance Company: Christie Moore
American Contractors Indemnity Company: Sumera Khan
American Bail Coalition, Inc. and William B. Carmichael: Enrique Marinez
Indiana Lumbermens Mutual Insurance Company: Howard Holderness
Philadelphia Reinsurance Corporation: Travis Wall
Danielson National Insurance Company & National American Insurance Company: Julie Gryce
North River Insurance Company & Seneca Insurance Company: Vincent Loh
Williamsburg National Insurance Company: Kristen Wenger and Anne Edwards
Seaview Insurance Company & Two Jinn, Inc.: Maximilian Sladek De La Cal and Beatriz Mejia
All-Pro Bail Bonds, Inc.: Shaun Paisley
Financial Casualty & Surety, Inc.: Lindsay Cooper-Greene
Allegheny Casualty Company; AIA Holdings, Inc.; Bankers Insurance Company; International Fidelity Insurance Company; Lexington National Insurance Corporation; & Jerry Watson: Gary Nye
California Bail Agents Association; Universal Fire & Insurance Company; & Sun Surety Insurance Company: Gregory Day

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:49-2:35

### PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Joint Discovery Letter Brief [Docket No. 208] – hearing held
   The court grants Plaintiffs' Administrative Motion to File Under Seal [Docket No. 226]. The court also orders Defendants to produce all responsive documents no later than 60 days of this order, 11/29/2021, subject to the limitations provided herein.

   For the reasons stated on the record, the court orders that Defendants must produce all responsive documents, but they may withhold documents that pertain solely to individual bail bond transactions outside California. Defendants must produce all responsive documents subject to this order on a rolling basis and no later than 60 days, November 19, 2021. Because Defendants are differently situated in terms of their possession of responsive documents, the court expects the parties to meet and confer on mutually agreeable production schedules, with responsive production expected sooner rather than later.

The court grants Plaintiffs' Administrative Motion to File Under Seal [Docket No. 226].

**Order to be prepared by:**
( )     Plaintiff          ( )     Defendant          ( )     Court


cc:  Chambers