1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

7

8

9

10

11

12

IN RE CALIFORNIA BAIL BOND

ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master Docket No. 19-cv-00717-JST-DMR

<u>CLASS ACTION</u>

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2, all Plaintiffs and Defendants (the "Parties") in the

2    above-entitled action stipulate as follows:

3        **WHEREAS**, the Court ordered the Parties to proceed with discovery on December 10,

4    2020, with Dismissed Defendants[1] to submit pre-amendment discovery focused on deficiencies

5    the Court identified in Plaintiffs' Second Amended Complaint (ECF No. 151);

6        **WHEREAS**, the Court referred the management of discovery in this case, "including the

7    issues set forth in the [P]arties' joint case management statement, ECF No. 173," to Magistrate

8    Judge Ryu on January 25, 2021 (ECF No. 175);

9        **WHEREAS**, the deadline for Plaintiffs to file their Third Consolidated Amended

10   Complaint ("TCAC") is October 11, 2021 (ECF No. 199);

11       **WHEREAS**, on August 12, 2021, Plaintiffs and Dismissed Defendants submitted to

12   Judge Ryu a dispute regarding the proper geographic scope of pre-amendment discovery based on

13   certain search terms and custodians (ECF No. 208);

14       **WHEREAS**, on September 30, 2021, Judge Ryu set a deadline of November 29, 2021 for

15   Dismissed Defendants to produce all responsive documents regardless of geography, except

16   documents that pertain solely to individual bail bond transactions outside California (ECF No.

17   230);

18       **WHEREAS**, the Parties have agreed to extend the deadline for Plaintiffs to file their

19   TCAC by an additional 40 days beyond the November 29, 2021 deadline without prejudice to any

20   Party seeking a further extension;

21

22

23   [1] For the avoidance of doubt, the Dismissed Defendants are Allegheny Casualty Company,
     International Fidelity Insurance Company, AIA Holdings, Inc., American Contractors Indemnity
24   Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc.,
     Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage
25   Insurance Company, Seaview Insurance Company, Danielson National Insurance Company,
     Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon
26   Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation,
     Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire &
27   Casualty Company, Williamsburg National Insurance Company, California Bail Agents
     Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc.,
28   All-Pro Bail Bonds Inc., and Jerry Watson.

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

**WHEREAS**, the Court has set no further deadlines in this matter, and therefore none

2 would be affected;

3       **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

4 between the Parties that Plaintiffs shall have until January 10, 2022 to file their TCAC without

5 prejudice to any Party seeking to further extend that deadline.

6   Dated: October 7, 2021                         By: */s/ Adam Gitlin*

7
                                  Dean M. Harvey (SBN 250298)
                                  Katherine Lubin (SBN 259826)

8                                   Yaman Salahi (SBN 288752)
                                  Adam Gitlin (SBN 317047)

9                                   Nigar A. Shaikh (*pro hac vice*)
                                  Miriam E. Marks (SBN 332351)

10                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                  275 Battery Street, 29th Floor

11                                   San Francisco, CA 94111
                                  Telephone: (415) 956-1000

12                                   dharvey@lchb.com
                                  kbenson@lchb.com

13                                   ysalahi@lchb.com
                                  agitlin@lchb.com

14                                   nshaikh@lchb.com
                                  mmarks@lchb.com

15

16                                   *Interim Class Counsel*

17   Dated: October 7, 2021                       COOLEY LLP
                                  MICHAEL A. ATTANASIO (151529)

18                                   BEATRIZ MEJIA (190948)
                                  TIMOTHY W. COOK (*PRO HAC VICE*)

19                                   MAX SLADEK DE LA CAL (324961)

20                       By: */s/ Beatriz Mejia*

21                       Beatriz Mejia (190948)

22                       *Attorneys for Defendants Seaview Insurance*
                      *Company and Two Jinn, Inc.*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

Dated: October 7, 2021

By: */s/ Julie A. Gryce*

Julie A. Gryce (319530)
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
julie.gryce@dlapiper.com

Michael P. Murphy (*pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
michael.murphy@dlapiper.com

John Hamill
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312.368.7036
Facsimile: 312.251.5809
John.hamill@us.dlapiper.com

*Attorneys for Defendants Danielson*
*National Insurance Company*

Dated: October 7, 2021

By: */s/ Drew Koning*

Drew Koning (263082)
Blake Zollar (268913)
Shaun Paisley (244377)
KONING ZOLLAR LLP
2210 Encinitas Blvd., Suite S
Encinitas, CA 92024
Telephone:  (858) 252-3234
Facsimile:  (858) 252-3238
drew@kzllp.com
blake@kzllp.com
shaun@kzllp.com

*Attorneys for Defendant All-Pro Bail*
*Bonds, Inc.*

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

| | |
|---|---|
| 1 | Dated: October 7, 2021 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated: October 7, 2021

By: */s/ Gerard G. Pecht*

Gerard G. Pecht (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American
Contractors Indemnity Company*

Dated: October 7, 2021

By: */s/ Anne K. Edwards*

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 358-7210
Facsimile:  (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg
National Insurance Company*

Dated: October 7, 2021

By: */s/ Enrique Marinez*

Todd A. Roberts
Enrique Marinez
ROPERS MAJESKI, PC

*Attorneys for Defendants American Bail
Coalition, Inc. and William B. Carmichael*

- 4 -

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1    Dated: October 7, 2021                By: /s/ David F. Hauge

2
                                           David F. Hauge (128294)
3                                          Todd H. Stitt (179694)
                                           Vincent S. Loh (238410)
4                                          MICHELMAN & ROBINSON, LLP

5                                          *Attorneys for Defendants United States*
                                           *Fire Insurance Company, The North River*
6                                          *Insurance Company, and Seneca*
                                           *Insurance Company*
7

8    Dated: October 7, 2021                By: /s/ Christie A. Moore

9                                          Renee Choy Ohlendorf
                                           Hinshaw & Culbertson LLP
10                                         One California Street, 18th Floor
                                           San Francisco, CA 94111
11                                         Main: (415) 362-6000
                                           Direct: (415) 393-0122
12                                         RChoy@hinshawlaw.com

13
                                           Christie A. Moore (*pro hac vice*)
14                                         W. Scott Croft (*pro hac vice*)
                                           BINGHAM GREENEBAUM DOLL LLP
15                                         101 S. Fifth Street
                                           3500 PNC Tower
16                                         Louisville, KY 40202
                                           Telephone:  502.587.3758
17                                         Facsimile:  502.540.2276
                                           cmoore@bgdlegal.com
18                                         wcroft@bgdlegal.com

19
                                           *Attorneys for Lexon Insurance Company*
20

21   Dated: October 7, 2021                By: /s/ Travis Wall

22
                                           Travis Wall (191662)
23                                         Spencer Kook (205304)
                                           HINSHAW & CULBERTSON LLP
24                                         One California Street, 18th Floor
                                           San Francisco, CA 94111
25                                         Tel: (415) 362-6000
                                           twall@hinshawlaw.com
26

27                                         *Attorneys for Defendant Philadelphia*
                                           *Reinsurance Corporation*
28

                                    - 5 -     STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                              TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                              MASTER DOCKET NO. 19-CV-00717-JST-DMR

1  Dated: October 7, 2021            By: */s/ Gregory S. Day*

2
3  Gregory S. Day
   LAW OFFICES OF GREGORY S. DAY
   120 Birmingham Drive, Suite 200
4  Cardiff, CA  92007
   Telephone: (760) 436-2827
5  attygsd@gmail.com

6  *Attorneys for Defendants California Bail*
7  *Agents Association, Universal Fire &*
   *Insurance Company, Sun Surety Insurance*
8  *Company*

9  Dated: October 7, 2021            By: */s/ John A. Sebastinelli*

10 John A. Sebastinelli (127859)
   Howard Holderness (169814)
11 GREENBERG TRAURIG, LLP
   4 Embarcadero Ctr, Ste. 3000
12 San Francisco, CA 94111-5983
   Telephone: (415) 655-1289
13 Facsimile: (415) 358-4796
   sebastinellij@gtlaw.com
14 holdernessh@gtlaw.com
15

16 *Attorneys for Defendants American Surety*
   *Company and Indiana Lumbermens*
17 *Mutual Insurance Company*

18 Dated: October 7, 2021            By: */s/ Gary A. Nye*

19 Gary A. Nye (126104)
20 ROXBOROUGH, POMERANCE, NYE &
   ADREANI, LLP
21

22 *Attorneys for Defendants Allegheny*
   *Casualty Company, Associated Bond and*
23 *Insurance Agency, Inc., Bankers*
   *Insurance Company, Harco National*
24 *Insurance Company, International*
   *Fidelity Insurance Company, Lexington*
25 *National Insurance Corporation, and*
   *Jerry Watson*
26
27
28

- 6 -

1    Dated: October 7, 2021                    By: */s/ Brendan Pegg*

2
                                              Brendan Pegg (174159)
3                                             Lindsay Cooper-Greene, of Counsel
                                              (295180)
4                                             LAW OFFICES OF BRENDAN PEGG
                                              201 E. Ojai Avenue #1505
5                                             Ojai, CA93024
                                              Telephone:  (805) 3024151
6                                             Facsimile:  (877) 719-7298
                                              brendan@bpegglaw.com
7

8                                             *Attorneys for Defendant Financial*
                                              *Casualty & Surety, Inc.*
9

10   Dated: October 7, 2021                    By: */s/ Erik K. Swanholt*

11
                                              Erik K. Swanholt
12                                            FOLEY & LARDNER
                                              555 South Flower St., 33rd Floor
13                                            Los Angeles, CA 90071
                                              Telephone:  (213) 972-4500
14                                            Facsimile:  (213) 486-0065

15                                            *Attorneys for Defendants Continental*
                                              *Heritage Insurance Company*
16

17   Dated: October 7, 2021                    By: */s/ John M. Rorabaugh*

18                                            John M. Rorabaugh (178366)

19                                            *Attorney for Defendant Golden State Bail*
                                              *Association*
20

21   Dated: October 7, 2021                    By: */s/ Paul J. Riehle*

22                                            Paul J. Riehle (115199)
                                              FAEGRE DRINKER BIDDLE & REATH LLP
23                                            4 Embarcadero Center, 27th Floor
                                              San  Francisco, California 94111
24                                            Telephone: (415) 551-7521
                                              Facsimile: (415) 551-7510
25                                            paul.riehle@faegredrinker.com

26                                            *Attorneys for Defendant Accredited Surety*
                                              *and Casualty Company, Inc.*
27

28

                                      - 7 -   STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                              TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                              MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

**[PROPOSED] ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall have until January

4    10, 2022 to file their TCAC without prejudice to any Party seeking to further extend that

5    deadline.

6

7    Dated: October __, 2021

8                                                          _____
                                                          THE HONORABLE JON S. TIGAR
9                                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Adam Gitlin, attest that the concurrence in the filing of this document has been obtained from the other signatories.  Executed on October 7, 2021, in Oakland, California.

*/s/ Adam Gitlin*

2309293.2

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR