**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST-DMR<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2, all Plaintiffs and Defendants (the "Parties") in the above-entitled action stipulate as follows:

**WHEREAS**, the Court ordered the Parties to proceed with discovery on December 10, 2020, with Dismissed Defendants[1] to submit pre-amendment discovery focused on deficiencies the Court identified in Plaintiffs' Second Amended Complaint (ECF No. 151);

**WHEREAS**, the Court referred the management of discovery in this case, "including the issues set forth in the [P]arties' joint case management statement, ECF No. 173," to Magistrate Judge Ryu on January 25, 2021 (ECF No. 175);

**WHEREAS**, the deadline for Plaintiffs to file their Third Consolidated Amended Complaint ("TCAC") is October 11, 2021 (ECF No. 199);

**WHEREAS**, on August 12, 2021, Plaintiffs and Dismissed Defendants submitted to Judge Ryu a dispute regarding the proper geographic scope of pre-amendment discovery based on certain search terms and custodians (ECF No. 208);

**WHEREAS**, on September 30, 2021, Judge Ryu set a deadline of November 29, 2021 for Dismissed Defendants to produce all responsive documents regardless of geography, except documents that pertain solely to individual bail bond transactions outside California (ECF No. 230);

**WHEREAS**, the Parties have agreed to extend the deadline for Plaintiffs to file their TCAC by an additional 40 days beyond the November 29, 2021 deadline without prejudice to any Party seeking a further extension;

---

[1] For the avoidance of doubt, the Dismissed Defendants are Allegheny Casualty Company, International Fidelity Insurance Company, AIA Holdings, Inc., American Contractors Indemnity Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc., Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage Insurance Company, Seaview Insurance Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Casualty Company, Williamsburg National Insurance Company, California Bail Agents Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc., All-Pro Bail Bonds Inc., and Jerry Watson.

**WHEREAS**, the Court has set no further deadlines in this matter, and therefore none would be affected;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that Plaintiffs shall have until January 10, 2022 to file their TCAC without prejudice to any Party seeking to further extend that deadline.

| | |
|---|---|
| Dated: October 7, 2021 | By: */s/ Adam Gitlin* |
| | Dean M. Harvey (SBN 250298)<br>Katherine Lubin (SBN 259826)<br>Yaman Salahi (SBN 288752)<br>Adam Gitlin (SBN 317047)<br>Nigar A. Shaikh (*pro hac vice*)<br>Miriam E. Marks (SBN 332351)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>dharvey@lchb.com<br>kbenson@lchb.com<br>ysalahi@lchb.com<br>agitlin@lchb.com<br>nshaikh@lchb.com<br>mmarks@lchb.com<br><br>*Interim Class Counsel* |
| Dated: October 7, 2021 | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>BEATRIZ MEJIA (190948)<br>TIMOTHY W. COOK (*PRO HAC VICE*)<br>MAX SLADEK DE LA CAL (324961)<br><br>By: */s/ Beatriz Mejia*<br><br>Beatriz Mejia (190948)<br><br>*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.* |

- 2 -

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

| | |
|---|---|
| Dated: October 7, 2021 | By: */s/ Julie A. Gryce* |
| | |
| | Julie A. Gryce (319530) |
| | DLA Piper LLP (US) |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| | Telephone: (619) 699-2700 |
| | Facsimile: (619) 699-2701 |
| | julie.gryce@dlapiper.com |
| | |
| | Michael P. Murphy (*pro hac vice*) |
| | DLA PIPER LLP (US) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020-1104 |
| | Telephone: (212) 335-4500 |
| | Facsimile: (212) 335-4501 |
| | michael.murphy@dlapiper.com |
| | |
| | John Hamill |
| | DLA Piper LLP (US) |
| | 444 West Lake Street, Suite 900 |
| | Chicago, IL 60606-0089 |
| | Telephone: 312.368.7036 |
| | Facsimile: 312.251.5809 |
| | John.hamill@us.dlapiper.com |
| | |
| | *Attorneys for Defendants Danielson National Insurance Company* |
| Dated: October 7, 2021 | By: */s/ Drew Koning* |
| | |
| | Drew Koning (263082) |
| | Blake Zollar (268913) |
| | Shaun Paisley (244377) |
| | KONING ZOLLAR LLP |
| | 2210 Encinitas Blvd., Suite S |
| | Encinitas, CA 92024 |
| | Telephone: (858) 252-3234 |
| | Facsimile: (858) 252-3238 |
| | drew@kzllp.com |
| | blake@kzllp.com |
| | shaun@kzllp.com |
| | |
| | *Attorneys for Defendant All-Pro Bail Bonds, Inc.* |

| | |
|---|---|
| Dated: October 7, 2021 | By: */s/ Gerard G. Pecht* |

Gerard G. Pecht (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Joshua D. Lichtman (SBN 176143)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

*Attorneys for Defendant American Contractors Indemnity Company*

| | |
|---|---|
| Dated: October 7, 2021 | By: */s/ Anne K. Edwards* |

Anne K. Edwards (110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 358-7210
Facsimile:  (213) 358-7310
aedwards@sgrlaw.com

*Attorneys for Defendant Williamsburg National Insurance Company*

| | |
|---|---|
| Dated: October 7, 2021 | By: */s/ Enrique Marinez* |

Todd A. Roberts
Enrique Marinez
ROPERS MAJESKI, PC

*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael*

| | | |
|---|---|---|
| 1 | Dated: October 7, 2021 | By: /s/ David F. Hauge |
| 2 | | David F. Hauge (128294) |
| 3 | | Todd H. Stitt (179694) |
| | | Vincent S. Loh (238410) |
| 4 | | MICHELMAN & ROBINSON, LLP |
| 5 | | *Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company* |

Dated: October 7, 2021                 By: /s/ Christie A. Moore

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Main: (415) 362-6000
Direct: (415) 393-0122
RChoy@hinshawlaw.com

Christie A. Moore (*pro hac vice*)
W. Scott Croft (*pro hac vice*)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone:  502.587.3758
Facsimile:  502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Lexon Insurance Company*

Dated: October 7, 2021                 By: /s/ Travis Wall

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
twall@hinshawlaw.com

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

- 5 -   STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

| | | |
|---|---|---|
| 1 | Dated: October 7, 2021 | By: */s/ Gregory S. Day* |
| 2 | | |
| 3 | | Gregory S. Day<br>LAW OFFICES OF GREGORY S. DAY<br>120 Birmingham Drive, Suite 200 |
| 4 | | Cardiff, CA  92007<br>Telephone: (760) 436-2827 |
| 5 | | attygsd@gmail.com |
| 6 | | *Attorneys for Defendants California Bail* |
| 7 | | *Agents Association, Universal Fire &*<br>*Insurance Company, Sun Surety Insurance* |
| 8 | | *Company* |
| 9 | Dated: October 7, 2021 | By: */s/ John A. Sebastinelli* |
| 10 | | John A. Sebastinelli (127859) |
| 11 | | Howard Holderness (169814)<br>GREENBERG TRAURIG, LLP |
| 12 | | 4 Embarcadero Ctr, Ste. 3000<br>San Francisco, CA 94111-5983 |
| 13 | | Telephone: (415) 655-1289<br>Facsimile: (415) 358-4796 |
| 14 | | sebastinellij@gtlaw.com |
| 15 | | holdernessh@gtlaw.com |
| 16 | | *Attorneys for Defendants American Surety* |
| 17 | | *Company and Indiana Lumbermens*<br>*Mutual Insurance Company* |
| 18 | Dated: October 7, 2021 | By: */s/ Gary A. Nye* |
| 19 | | |
| 20 | | Gary A. Nye (126104)<br>ROXBOROUGH, POMERANCE, NYE & |
| 21 | | ADREANI, LLP |
| 22 | | *Attorneys for Defendants Allegheny*<br>*Casualty Company, Associated Bond and* |
| 23 | | *Insurance Agency, Inc., Bankers*<br>*Insurance Company, Harco National* |
| 24 | | *Insurance Company, International* |
| 25 | | *Fidelity Insurance Company, Lexington*<br>*National Insurance Corporation, and* |
| 26 | | *Jerry Watson* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: October 7, 2021 | By: */s/ Brendan Pegg* |
| 2 | | |
| | | Brendan Pegg (174159) |
| 3 | | Lindsay Cooper-Greene, of Counsel (295180) |
| 4 | | LAW OFFICES OF BRENDAN PEGG |
| | | 201 E. Ojai Avenue #1505 |
| 5 | | Ojai, CA 93024 |
| | | Telephone: (805) 3024151 |
| 6 | | Facsimile: (877) 719-7298 |
| 7 | | brendan@bpegglaw.com |
| 8 | | *Attorneys for Defendant Financial Casualty & Surety, Inc.* |
| 9 | | |
| 10 | Dated: October 7, 2021 | By: */s/ Erik K. Swanholt* |
| 11 | | Erik K. Swanholt |
| 12 | | FOLEY & LARDNER |
| | | 555 South Flower St., 33rd Floor |
| 13 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 972-4500 |
| 14 | | Facsimile: (213) 486-0065 |
| 15 | | *Attorneys for Defendants Continental Heritage Insurance Company* |
| 16 | | |
| 17 | Dated: October 7, 2021 | By: */s/ John M. Rorabaugh* |
| 18 | | John M. Rorabaugh (178366) |
| 19 | | *Attorney for Defendant Golden State Bail Association* |
| 20 | | |
| 21 | Dated: October 7, 2021 | By: */s/ Paul J. Riehle* |
| 22 | | Paul J. Riehle (115199) |
| | | FAEGRE DRINKER BIDDLE & REATH LLP |
| 23 | | 4 Embarcadero Center, 27th Floor |
| | | San Francisco, California 94111 |
| 24 | | Telephone: (415) 551-7521 |
| | | Facsimile: (415) 551-7510 |
| 25 | | paul.riehle@faegredrinker.com |
| 26 | | *Attorneys for Defendant Accredited Surety and Casualty Company, Inc.* |
| 27 | | |
| 28 | | |

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall have until January 10, 2022 to file their TCAC without prejudice to any Party seeking to further extend that deadline.

Dated: October 12, 2021

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Adam Gitlin, attest that the concurrence in the filing of this document has been obtained from the other signatories. Executed on October 7, 2021, in Oakland, California.

*/s/ Adam Gitlin*

2309293.2