1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                      OAKLAND DIVISION
11

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 19-CV-00717-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:     October 19, 2021<br>Time:     2:00 p.m.<br>Location: Courtroom 9<br>Judge:    The Honorable Jon S. Tigar |
|---|---|

Pursuant to Civil Local Rule 16-9(d), the parties in the above-captioned case submit this Joint Case Management Statement in advance of the October 19, 2021 case management conference. The parties agree that postponement of the October 19 conference would be appropriate while pre-amendment document discovery proceeds.

## I.   PROGRESS SINCE LAST CASE MANAGEMENT CONFERENCE

### A.   Background

The last case management conference occurred on January 5, 2021 following this Court granting in part and denying in part Defendants' motion to dismiss. ECF Nos. 159, 160. The Court held that the Second Consolidated Amended Complaint ("SCAC") "plausibly alleges an antitrust conspiracy among the surety Defendants" and that the SCAC plausibly alleges Defendants American Surety Company ("ASC") and William Carmichael's participation in that conspiracy. ECF No. 159 at 17, 21–23. However, the Court also found that the SCAC failed to allege a conspiracy among the bail agent Defendants (*id.* at 11), and insufficiently alleged the participation of the remaining Defendants ("Dismissed Defendants"[1]). *Id.* at 19–23. The Court granted the motion to dismiss without prejudice with respect to the Dismissed Defendants, but provided that Plaintiffs would have the opportunity for discovery regarding the participation of the Dismissed Defendants in the alleged conspiracy before filing their Third Consolidated Amended Complaint ("TCAC"), and on January 25, 2021 referred the management of discovery to Magistrate Judge Donna Ryu. ECF No. 175. The Court then continued the case management conference scheduled for January 26, 2021 three times: first to May 3, 2021 (*id.*), again on May 1, 2021 to June 21, 2021 (ECF No. 189), and once more on June 11, 2021 to October 19, 2021 (ECF No. 203), while the parties attempted to complete pre-amendment discovery.

---

[1] For the avoidance of doubt, the Dismissed Defendants include Allegheny Casualty Company, International Fidelity Insurance Company, AIA Holdings, Inc., American Contractor's Indemnity Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc., Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage Insurance Company, Seaview Insurance Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon Insurance Company, North River Insurance Company, Philadelphia Reinsurance Corporation, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Casualty Company, Williamsburg National Insurance Company, California Bail Agents Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc., All-Pro Bail Bonds Inc., and Jerry Watson.

**B.      Progress Regarding Discovery**

Defendant ASC, on behalf of itself and Defendant Carmichael, completed document production, subject to further production of documents it previously withheld on the basis of a geographic scope objection (as discussed below), on August 11, 2021. The parties continue to meet and confer regarding responses to Plaintiffs' interrogatories.

Dismissed Defendants have completed, or are close to completing, productions of responsive documents that hit on Plaintiffs' proposed search terms, with the exception of documents the Dismissed Defendants objected to producing that relate to states outside of California; the parties submitted letter briefing on the dispute on August 12, 2021. ECF No. 208.

On September 30, 2021, Judge Ryu granted Plaintiffs' motion to compel production of documents that Defendants ASC and Carmichael, and Dismissed Defendants, had withheld or redacted on the basis of a geographic scope objection. Judge Ryu set November 29, 2021 as the deadline for Defendants to comply with her order. ECF No. 230 at 1.

Plaintiffs have received subpoena productions from third parties Surety and Fidelity Association of America ("SFAA") and the California Department of Insurance ("CDI"). SFAA completed document production on March 30, 2021. CDI completed document production on July 23, 2021. On October 6, 2021, Plaintiffs issued a subpoena to Barry Pearlstein, a former president of the California Bail Agents Association.

**II.     Proposed Schedule for Filing a Third Consolidated Amended Complaint**

Pursuant to the parties' stipulation, the current deadline for Plaintiffs to file a TCAC is January 10, 2022. ECF. No. 237. The Court has not set deadlines for dispositive motions or class certification, nor set any trial conference or trial dates.

1  Dated: October 12, 2021

Respectfully submitted,

By: */s/ Dean M. Harvey*

Dean M. Harvey (SBN 250298)
Katherine Lubin Benson (SBN 259826)
Adam Gitlin (SBN 317047)
Yaman Salahi (SBN 288752)
Nigar A. Shaikh (*pro hac vice*)
Miriam E. Marks (SBN 332351)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
agitlin@lchb.com
ysalahi@lchb.com
nshaikh@lchb.com
mmarks@lchb.com

*Interim Class Counsel*

Benjamin David Elga (*pro hac vice*)
Brian James Shearer (*pro hac vice*)
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

Cindy Pánuco (SBN 266921)
Stephanie Carroll (SBN 263698)
Nisha Kashyap (SBN 301934)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California, 90005
Telephone: (213) 385-2977
Facsimile: (213) 201-4722
cpanuco@publiccounsel.org
scarroll@publiccounsel.org
nkashyap@publiccounsel.org

|   |   |
|---|---|
| 1 | Stuart T. Rossman (*pro hac vice*) (B.B.O. No. 430640) |
| 2 | NATIONAL CONSUMER LAW CENTER |
|   | 7 Winthrop Square, Fourth Floor |
| 3 | Boston, MA 02110-1245 |
|   | Telephone: (617) 542-8010 |
| 4 | Facsimile: (617) 542-8028 |
|   | srossman@nclc.org |
| 5 | bhighsmith@nclc.org |

David Seligman (*pro hac vice*)
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org

*Counsel for Plaintiffs Shonetta Crain and Kira Serna*

Dated: October 12, 2021

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BEATRIZ MEJIA (190948)
TIMOTHY W. COOK (Mass. Bar No. 295918) (*Pro Hac Vice*)
MAX SLADEK DE LA CAL (324961)

By: */s/ Beatriz Mejia*

Beatriz Mejia (190948)

*Attorneys for Defendants Seaview Insurance Company and Two Jinn, Inc.*

- 4 -

JOINT CASE MANAGEMENT STATEMENT
LEAD CASE NO. 19-CV-00717-JST

| | | |
|---|---|---|
| 1 | Dated: October 12, 2021 | By: */s/ Julie A. Gryce* |
| 2 | | Julie A. Gryce (319530) |
| | | DLA Piper LLP (US) |
| 3 | | 401 B Street, Suite 1700 |
| 4 | | San Diego, CA 92101-4297 |
| | | Telephone: (619) 699-2700 |
| 5 | | Facsimile: (619) 699-2701 |
| | | julie.gryce@dlapiper.com |
| 6 | | |
| 7 | | Michael P. Murphy (*pro hac vice*) |
| | | DLA PIPER LLP (US) |
| 8 | | 1251 Avenue of the Americas |
| | | New York, NY 10020-1104 |
| 9 | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| 10 | | michael.murphy@dlapiper.com |
| 11 | | John Hamill |
| | | DLA Piper LLP (US) |
| 12 | | 444 West Lake Street, Suite 900 |
| | | Chicago, IL 60606-0089 |
| 13 | | Telephone: 312.368.7036 |
| | | Facsimile: 312.251.5809 |
| 14 | | John.hamill@us.dlapiper.com |
| 15 | | *Attorneys for Defendants Danielson National Insurance Company* |
| 16 | | |
| 17 | Dated: October 12, 2021 | By: */s/ Drew Koning* |
| 18 | | Drew Koning (263082) |
| | | Blake Zollar (268913) |
| 19 | | Shaun Paisley (244377) |
| | | KONING ZOLLAR LLP |
| 20 | | 2210 Encinitas Blvd., Suite S |
| | | Encinitas, CA 92024 |
| 21 | | Telephone: (858) 252-3234 |
| | | Facsimile: (858) 252-3238 |
| 22 | | drew@kzllp.com |
| | | blake@kzllp.com |
| 23 | | shaun@kzllp.com |
| 24 | | |
| 25 | | *Attorneys for Defendant All-Pro Bail Bonds, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

- 5 -

JOINT CASE MANAGEMENT STATEMENT
LEAD CASE NO. 19-CV-00717-JST

| | |
|---|---|
| Dated:  October 12, 2021 | By: */s/ Gerard G. Pecht*<br><br>Gerard G. Pecht (*pro hac vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas  77010<br>Telephone:  (713) 651-5151<br>Facsimile:  (713) 651-5246<br>gerard.pecht@nortonrosefulbright.com<br><br>Joshua D. Lichtman (SBN 176143)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California  90071<br>Telephone:  (213) 892-9200<br>Facsimile:  (213) 892-9494<br>joshua.lichtman@nortonrosefulbright.com<br><br>*Attorneys for Defendant American Contractors Indemnity Company* |
| Dated:  October 12, 2021 | By: */s/ Anne K. Edwards*<br><br>Anne K. Edwards (110424)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071<br>Telephone:  (213) 358-7210<br>Facsimile:  (213) 358-7310<br>aedwards@sgrlaw.com<br><br>*Attorneys for Defendant Williamsburg National Insurance Company* |
| Dated:  October 12, 2021 | By: */s/ Enrique Marinez*<br><br>Todd A. Roberts<br>Enrique Marinez<br>ROPERS, MAJESKI, PC<br><br>*Attorneys for Defendants American Bail Coalition, Inc. and William B. Carmichael* |

| | | |
|---|---|---|
| 1 | Dated:  October 12, 2021 | By: */s/ David F. Hauge* |
| 2 | | |
| | | David F. Hauge (128294) |
| 3 | | Todd H. Stitt (179694) |
| | | Vincent S. Loh (238410) |
| 4 | | MICHELMAN & ROBINSON, LLP |

*Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company*

Dated:  October 12, 2021            By: */s/ Christie A. Moore*

Bradley M. Zamczyk
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111

Christie A. Moore (*pro hac vice*)
W. Scott Croft (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone:  502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@denotons.com

*Attorneys for Lexon Insurance Company*

Dated:  October 12, 2021            By: */s/ Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
twall@hinshawlaw.com

*Attorneys for Defendant Philadelphia Reinsurance Corporation*

| | | |
|---|---|---|
| 1 | Dated:  October 12, 2021 | By: */s/ Gregory S. Day* |
| 2 | | Gregory S. Day |
| 3 | | LAW OFFICES OF GREGORY S. DAY |
| | | 120 Birmingham Drive, Suite 200 |
| 4 | | Cardiff, CA  92007 |
| 5 | | Telephone:  (760) 436-2827 |
| | | attygsd@gmail.com |

*Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

Dated:  October 12, 2021        By: */s/ John A. Sebastinelli*

John A. Sebastinelli (127859)
Howard Holderness (169814)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1289
Facsimile: (415) 358-4796
sebastinellij@gtlaw.com
holdernessh@gtlaw.com

*Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

Dated:  October 12, 2021        By: */s/ Gary A. Nye*

Gary A. Nye (126104)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

| | | |
|---|---|---|
| 1 | Dated:  October 12, 2021 | By: */s/ Brendan Pegg*    |
| 2 | | |
| 3 | | Brendan Pegg (174159)<br>Lindsay Cooper-Greene, of Counsel (295180)<br>LAW OFFICES OF BRENDAN PEGG |
| 4 | | 201 E. Ojai Avenue #1505<br>Ojai, CA93024 |
| 5 | | Telephone:  (805) 3024151<br>Facsimile:  (877) 719-7298 |
| 6 | | brendan@bpegglaw.com |
| 7 | | |
| 8 | | *Attorneys for Defendant Financial Casualty & Surety, Inc.* |
| 9 | Dated:  October 12, 2021 | By: */s/ Erik K. Swanholt*    |
| 10 | | Erik K. Swanholt |
| 11 | | FOLEY & LARDNER<br>555 South Flower St., 33rd Floor |
| 12 | | Los Angeles, CA 90071<br>Telephone:  (213) 972-4500 |
| 13 | | Facsimile:  (213) 486-0065 |
| 14 | | |
| 15 | | *Attorneys for Defendants Continental Heritage Insurance Company* |
| 16 | Dated:  October 12, 2021 | By: */s/ John M. Rorabaugh*    |
| 17 | | John M. Rorabaugh (178366) |
| 18 | | *Attorney for Defendant Golden State Bail Association* |
| 19 | | |
| 20 | Dated:  October 12, 2021 | By: */s/ Paul J. Riehle*    |
| 21 | | Paul J. Riehle (115199) |
| 22 | | FAEGRE DRINKER BIDDLE & REATH LLP<br>4 Embarcadero Center, 27th Floor |
| 23 | | San  Francisco, California 94111<br>Telephone: (415) 551-7521 |
| 24 | | Facsimile: (415) 551- 7510<br>paul.riehle@faegredrinker.com |
| 25 | | |
| 26 | | *Attorneys for Defendant Accredited Surety and Casualty Company, Inc.* |
| 27 | | |
| 28 | | |

## FILER'S ATTESTATION

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED: October 12, 2021     */s/ Dean M. Harvey*
DEAN M. HARVEY
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2309953.5