1  GERARD G. PECHT (*admitted pro hac vice*)
   gerard.pecht@nortonrosefulbright.com
2  SUMERA KHAN (*admitted pro hac vice*)
   sumera.khan@nortonrosefulbright.com
3  NORTON ROSE FULBRIGHT US LLP
   1301 McKinney, Suite 5100
4  Houston, Texas  77010
   Telephone:     (713) 651-5151
5  Facsimile:     (713) 651-5246

6  JOSHUA D. LICHTMAN (SBN 176143)
   joshua.lichtman@nortonrosefulbright.com
7  NORTON ROSE FULBRIGHT US LLP
   555 South Flower Street, Forty-First Floor
8  Los Angeles, California  90071
   Telephone:     (213) 892-9200
9  Facsimile:     (213) 892-9494

10 Attorneys for Defendant
   AMERICAN CONTRACTORS INDEMNITY
11 COMPANY

12               IN THE UNITED STATES DISTRICT COURT

13      FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| 14 | IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Case No. 4:19-cv-00717-JST |
|---|---|---|
| 15 | | |
| 16 | | **NOTICE OF APPEARANCE FOR SUMERA KHAN AS ATTORNEY OF RECORD FOR AMERICAN CONTRACTORS INDEMNITY COMPANY** |
| 17 | THIS DOCUMENT RELATES TO: | |
| 18 | ALL ACTIONS | |

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -   Case No.: 4:19-cv-00717-JST
SUMERA KHAN'S NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Sumera Khan of the law firm Norton Rose Fulbright US LLP hereby enters an appearance as counsel for American Contractors Indemnity Company in the above-referenced action. American Contractors Indemnity Company respectfully requests that Sumera Khan be added to the docket and that email notifications of any documents filed by or with this Court be provided to her at the addresses set forth below:

> Sumera Khan
> sumera.khan@nortonrosefulbright.com
> NORTON ROSE FULBRIGHT US LLP
> 1301 McKinney, Suite 5100
> Houston, Texas  77010
> Telephone:     (713) 651-5151
> Facsimile:     (713) 651-5246

Dated: October 15, 2021

SUMERA KHAN
**NORTON ROSE FULBRIGHT US LLP**

By   /s/ Sumera Khan
    JOSHUA D. LICHTMAN
    SUMERA KHAN (*admitted pro hac vice*)
Attorneys for
AMERICAN CONTRACTORS
INDEMNITY COMPANY