UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 4:19-CV-00717-JST (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DOCUMENT PRODUCTION DEADLINE** |

By Order of the Court (ECF No. 230), Defendant Sun Surety Insurance Company (the "Stipulating Defendant") was to complete its pre-amendment document production by November 29, 2021.

The Stipulating Defendant believes it will be unable to meet that deadline. Plaintiffs and the Stipulating Defendant have met and conferred regarding the deadline to complete its document production and have agreed that the document production deadline of November 29, 2021 be extended for two weeks to December 13, 2021.

//

//

//

//

IT IS HEREBY STIPULATED by and between the Plaintiffs and the Stipulating Defendant, and their counsel, that the production deadline of November 29, 2021, as referenced in ECF No. 230, be continued to December 13, 2021.

| | |
|---|---|
| Dated: November 29, 2021 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: /s/ Adam Gitlin |
| | Dean M. Harvey<br>Katherine C. Lubin<br>Adam Gitlin<br>Yaman Salahi<br>Nigar A. Shaikh<br>Miriam E. Marks |
| | *Interim Class Counsel* |
| Dated: November 29, 2021 | LAW OFFICES OF GREGORY S. DAY |
| | By: /s/ Gregory S. Day |
| | Gregory S. Day |
| | *Attorney for Defendant Sun Surety Insurance Company* |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Stipulating Defendant's production deadline of November 29, 2021, as referenced in ECF No. 230, be continued to December 13, 2021.

DATE: November 29, 2021

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Donna M. Ryu*