1  CHRISTIE A. MOORE
   W. SCOTT CROFT
2  DENTONS BINGHAM GREENEBAUM LLP
   101 S. 5th Street
3  3500 PNC Tower
   Louisville, Kentucky 40202
4  (502) 589-4200

5  ATTORNEYS FOR DEFENDANT
   LEXON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 4:19-CV-000717 (JST)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DOCUMENT PRODUCTION DEADLINE** |

By Order of the Court (ECF No. 230), Defendant Lexon Insurance Company ("Lexon") was to complete its pre-amendment document production by November 29, 2021. Lexon believes it will be unable to meet that deadline. Plaintiffs and Lexon have met and conferred regarding the deadline to complete its document production and have agreed that the document production deadline of November 29, 2021 be extended for two weeks to December 13, 2021.

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Lexon, and their counsel, that the production deadline of November 29, 2021, as referenced in ECF No. 230, be continued to December 13, 2021.

1

21873923.v1

| | | |
|---|---|---|
| 1 | Date: November 29, 2021 | DENTONS BINGHAM GREENEBAUM LLP |
| 2 | | /s/*Christie A Moore* |
| 3 | | Christie A. Moore<br>W. Scott Croft<br>101 S. 5th Street |
| 4 | | 3500 PNC Tower<br>Louisville, Kentucky 40202 |
| 5 | | (502) 589-4200<br>christie.moore@dentons.com |
| 6 | | scott.croft@dentons.com |
| 7 | | ATTORNEYS FOR DEFENDANT<br>LEXON INSURANCE COMPANY |
| 8 | Date: November, 29, 2012 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 9 | | |
| 10 | | */s/ Adam Gitlin* |
| 11 | | Dean M. Harvey<br>Katherine C. Lubin |
| 12 | | Adam Gitlin<br>Yaman Salahi |
| 13 | | Nigar A. Shaikh<br>Miriam E. Marks |
| 14 | | |
| 15 | | INTERIM CLASS COUNSEL |

### [PROPOSED ORDER]

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Stipulating Defendant's production deadline of November 29, 2021, as referenced in ECF No. 230, be continued to December 13, 2021.

DATE:

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

21873923.v1