UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 4:19-CV-00717-JST (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DOCUMENT PRODUCTION DEADLINE** |

By Order of the Court (ECF No. 246), Defendants The North River Insurance Company, Seneca Insurance Company, and U.S. Fire Insurance Company (collectively, the "Stipulating Defendants") were to complete their pre-amendment document production by December 13, 2021.

The Stipulating Defendants believe they will be unable to meet that deadline. Plaintiffs and the Stipulating Defendants have met and conferred regarding the deadline to complete their document production and have agreed that the document production deadline of December 13, 2021 be extended by one day to December 14, 2021.

IT IS HEREBY STIPULATED by and between the Plaintiffs and the Stipulating Defendants, and their counsel, that the production deadline of December 13, 2021, as referenced in ECF No. 246, be continued to December 14, 2021.

| | |
|---|---|
| Dated:  December 13, 2021 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: /s/ Dean M. Harvey |
| | Dean M. Harvey |
| | Katherine C. Lubin |
| | Adam Gitlin |
| | Yaman Salahi |
| | Nigar A. Shaikh |
| | Miriam E. Marks |
| | *Interim Class Counsel* |
| Dated:  December 13, 2021 | MICHELMAN & ROBINSON, LLP |
| | By: /s/ Todd H. Stitt |
| | David F. Hauge |
| | Todd H. Stitt |
| | Vincent S. Loh |
| | *Attorneys for Defendants United States Fire Insurance Company, The North River Insurance Company, and Seneca Insurance Company* |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Stipulating Defendants' production deadline of December 13, 2021, as referenced in ECF No. 246, be continued to December 14, 2021.

DATE:_____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE