1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST-DMR<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2, all Plaintiffs and Defendants (the "Parties") in the above-entitled action stipulate as follows:

**WHEREAS**, the Court ordered the Parties to proceed with discovery on December 10, 2020, with Dismissed Defendants[1] to submit pre-amendment discovery focused on deficiencies the Court identified in Plaintiffs' Second Amended Complaint (ECF No. 151);

**WHEREAS**, the Court referred the management of discovery in this case, "including the issues set forth in the [P]arties' joint case management statement, ECF No. 173," to Magistrate Judge Ryu on January 25, 2021 (ECF No. 175);

**WHEREAS**, the deadline for Plaintiffs to file their Third Consolidated Amended Complaint ("TCAC") is January 10, 2022 (ECF No. 237);

**WHEREAS**, on August 12, 2021, Plaintiffs and Dismissed Defendants submitted to Judge Ryu a dispute regarding the proper geographic scope of pre-amendment discovery based on certain search terms and custodians (ECF No. 208);

**WHEREAS**, on September 30, 2021, Judge Ryu set a deadline of November 29, 2021 for Dismissed Defendants to produce all responsive documents regardless of geography, except documents that pertain solely to individual bail bond transactions outside California (ECF No. 230), and related privilege logs were accordingly due by December 13, 2021 (ECF No. 183);

**WHEREAS,** several Dismissed Defendants were granted extensions to produce documents pursuant to Judge Ryu's order by mid-December;

**WHEREAS**, Plaintiffs require time to review Dismissed Defendants' document productions and privilege logs once produced, and may challenge entries in the latter;

---

[1] For the avoidance of doubt, the Dismissed Defendants are Allegheny Casualty Company, International Fidelity Insurance Company, AIA Holdings, Inc., American Contractors Indemnity Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc., Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage Insurance Company, Seaview Insurance Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon Insurance Company, The North River Insurance Company, Philadelphia Reinsurance Corporation, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Casualty Company, Williamsburg National Insurance Company, California Bail Agents Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc., All-Pro Bail Bonds Inc., and Jerry Watson.

1    **WHEREAS**, the Parties agree to extend the deadline for Plaintiffs to file their TCAC to

2    February 25, 2022;

3    **WHEREAS**, the Court has set no further deadlines in this matter, and therefore none

4    would be affected;

5    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

6    between the Parties that Plaintiffs shall have until February 25, 2022 to file their TCAC.

7

8    Dated: December 29, 2021          By: */s/ Adam Gitlin*

9                                      Dean M. Harvey (SBN 250298)
                                       Katherine Lubin (SBN 259826)
10                                     Yaman Salahi (SBN 288752)
                                       Adam Gitlin (SBN 317047)
11                                     Nigar A. Shaikh (*pro hac vice*)
                                       Miriam E. Marks (SBN 332351)
12                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                       275 Battery Street, 29th Floor
13                                     San Francisco, CA 94111
                                       Telephone: (415) 956-1000
14                                     dharvey@lchb.com
                                       kbenson@lchb.com
15                                     ysalahi@lchb.com
                                       agitlin@lchb.com
16                                     nshaikh@lchb.com
                                       mmarks@lchb.com
17
                                       *Interim Class Counsel*
18

19   Dated: December 29, 2021          COOLEY LLP
                                       MICHAEL A. ATTANASIO (151529)
20                                     BEATRIZ MEJIA (190948)
                                       TIMOTHY W. COOK (*PRO HAC VICE*)
21                                     MAX SLADEK DE LA CAL (324961)

22                                     By: */s/ Beatriz Mejia*

23                                     Beatriz Mejia (190948)

24                                     *Attorneys for Defendants Seaview Insurance*
                                       *Company and Two Jinn, Inc.*
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                                   TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                                   MASTER DOCKET NO. 19-CV-00717-JST-DMR

| 1 | Dated: December 29, 2021 | By: */s/ Julie A. Gryce* |

2

| 3 | | Julie A. Gryce (319530) |
| | | DLA Piper LLP (US) |
| | | 401 B Street, Suite 1700 |
| 4 | | San Diego, CA 92101-4297 |
| | | Telephone:  (619) 699-2700 |
| 5 | | Facsimile:  (619) 699-2701 |
| | | julie.gryce@dlapiper.com |

6

| 7 | | Michael P. Murphy (*pro hac vice*) |
| | | DLA PIPER LLP (US) |
| 8 | | 1251 Avenue of the Americas |
| | | New York, NY 10020-1104 |
| | | Telephone:  (212) 335-4500 |
| 9 | | Facsimile:  (212) 335-4501 |
| | | michael.murphy@dlapiper.com |

10

| 11 | | John Hamill |
| | | DLA Piper LLP (US) |
| 12 | | 444 West Lake Street, Suite 900 |
| | | Chicago, IL 60606-0089 |
| | | Telephone: 312.368.7036 |
| 13 | | Facsimile: 312.251.5809 |
| | | John.hamill@us.dlapiper.com |

14

15    *Attorneys for Defendants Danielson National Insurance Company*

16

| 17 | Dated: December 29, 2021 | By: */s/ Drew Koning* |

| 18 | | Drew Koning (263082) |
| | | Blake Zollar (268913) |
| 19 | | Shaun Paisley (244377) |
| | | KONING ZOLLAR LLP |
| 20 | | 2210 Encinitas Blvd., Suite S |
| | | Encinitas, CA 92024 |
| 21 | | Telephone:  (858) 252-3234 |
| | | Facsimile:  (858) 252-3238 |
| 22 | | drew@kzllp.com |
| | | blake@kzllp.com |
| 23 | | shaun@kzllp.com |

24

25    *Attorneys for Defendant All-Pro Bail Bonds, Inc.*

26

27

28

1    Dated: December 29, 2021                    By: */s/ Gerard G. Pecht*

2                                                Gerard G. Pecht (*pro hac vice*)
3                                                Sumera Khan (*pro hac vice*)
                                                 NORTON ROSE FULBRIGHT US LLP
4                                                1301 McKinney, Suite 5100
                                                 Houston, Texas  77010
5                                                Telephone:  (713) 651-5151
                                                 Facsimile:  (713) 651-5246
6                                                gerard.pecht@nortonrosefulbright.com

7                                                Joshua D. Lichtman (SBN 176143)
8                                                NORTON ROSE FULBRIGHT US LLP
                                                 555 South Flower Street, Forty-First Floor
9                                                Los Angeles, California  90071
                                                 Telephone:  (213) 892-9200
10                                               Facsimile:  (213) 892-9494
                                                 joshua.lichtman@nortonrosefulbright.com
11

12                                               *Attorneys for Defendant American*
                                                 *Contractors Indemnity Company*
13
14   Dated: December 29, 2021                    By: */s/ Anne K. Edwards*

15                                               Anne K. Edwards (110424)
                                                 SMITH, GAMBRELL & RUSSELL, LLP
16                                               444 South Flower Street, Suite 1700
                                                 Los Angeles, CA 90071
17                                               Telephone:  (213) 358-7210
                                                 Facsimile:  (213) 358-7310
18                                               aedwards@sgrlaw.com
19
                                                 *Attorneys for Defendant Williamsburg*
20                                               *National Insurance Company*

21   Dated: December 29, 2021                    By: */s/ Enrique Marinez*

22                                               Todd A. Roberts
23                                               Enrique Marinez
                                                 ROPERS MAJESKI, PC
24
                                                 *Attorneys for Defendants American Bail*
25                                               *Coalition, Inc. and William B. Carmichael*

26

27

28

1    Dated: December 29, 2021      By: */s/ David F. Hauge*

2

3                                      David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)

4                                      MICHELMAN & ROBINSON, LLP

5                                      *Attorneys for Defendants United States*

6                                      *Fire Insurance Company, The North River*
*Insurance Company, and Seneca*

7                                      *Insurance Company*

8    Dated: December 29, 2021      By: */s/ Christie A. Moore*

9                                      Renee Choy Ohlendorf
Hinshaw & Culbertson LLP

10                                      One California Street, 18th Floor
San Francisco, CA 94111

11                                      Main: (415) 362-6000
Direct: (415) 393-0122

12                                      RChoy@hinshawlaw.com

13

14                                      Christie A. Moore (*pro hac vice*)
W. Scott Croft (*pro hac vice*)

15                                      BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street

16                                      3500 PNC Tower
Louisville, KY 40202

17                                      Telephone: 502.587.3758
Facsimile: 502.540.2276

18                                      cmoore@bgdlegal.com
wcroft@bgdlegal.com

19

20                                      *Attorneys for Lexon Insurance Company*

21    Dated: December 29, 2021      By: */s/ Travis Wall*

22

23                                      Travis Wall (191662)
Spencer Kook (205304)

24                                      HINSHAW & CULBERTSON LLP
One California Street, 18th Floor

25                                      San Francisco, CA 94111
Tel: (415) 362-6000

26                                      twall@hinshawlaw.com

27                                      *Attorneys for Defendant Philadelphia*
*Reinsurance Corporation*

28

1    Dated: December 29, 2021        By: */s/ Gregory S. Day*

2

3                                  Gregory S. Day
                                    LAW OFFICES OF GREGORY S. DAY

4                                    120 Birmingham Drive, Suite 200
                                    Cardiff, CA  92007

5                                    Telephone: (760) 436-2827
                                    attygsd@gmail.com

6

7                                    *Attorneys for Defendants California Bail Agents Association, Universal Fire & Insurance Company, Sun Surety Insurance Company*

8

9    Dated: December 29, 2021        By: */s/ John A. Sebastinelli*

10

11                                  John A. Sebastinelli (127859)
                                Howard Holderness (169814)

12                                GREENBERG TRAURIG, LLP
                                4 Embarcadero Ctr, Ste. 3000

13                                San Francisco, CA 94111-5983
                                Telephone: (415) 655-1289

14                                Facsimile: (415) 358-4796
                                sebastinellij@gtlaw.com

15                                holdernessh@gtlaw.com

16

17                                    *Attorneys for Defendants American Surety Company and Indiana Lumbermens Mutual Insurance Company*

18    Dated: December 29, 2021        By: */s/ Gary A. Nye*

19

20                                  Gary A. Nye (126104)
                                ROXBOROUGH, POMERANCE, NYE &

21                                ADREANI, LLP

22                                  *Attorneys for Defendants Allegheny Casualty Company, Associated Bond and Insurance Agency, Inc., Bankers Insurance Company, Harco National Insurance Company, International Fidelity Insurance Company, Lexington National Insurance Corporation, and Jerry Watson*

23

24

25

26

27

28

1   Dated: December 29, 2021           By: */s/ Brendan Pegg*

2                                      Brendan Pegg (174159)
3                                      Lindsay Cooper-Greene, of Counsel
                                       (295180)
4                                      LAW OFFICES OF BRENDAN PEGG
                                       201 E. Ojai Avenue #1505
5                                      Ojai, CA93024
                                       Telephone:  (805) 3024151
6                                      Facsimile:  (877) 719-7298
                                       brendan@bpegglaw.com
7

8                                      *Attorneys for Defendant Financial
                                       Casualty & Surety, Inc.*
9

10  Dated: December 29, 2021           By: */s/ Erik K. Swanholt*

11                                     Erik K. Swanholt
                                       FOLEY & LARDNER
12                                     555 South Flower St., 33rd Floor
                                       Los Angeles, CA 90071
13                                     Telephone:  (213) 972-4500
                                       Facsimile:  (213) 486-0065
14

15                                     *Attorneys for Defendants Continental
                                       Heritage Insurance Company*
16

17  Dated: December 29, 2021           By: */s/ John M. Rorabaugh*

18                                     John M. Rorabaugh (178366)

19                                     *Attorney for Defendant Golden State Bail
                                       Association*
20

21  Dated: December 29, 2021           By: */s/ Paul J. Riehle*

22                                     Paul J. Riehle (115199)
                                       FAEGRE DRINKER BIDDLE & REATH LLP
23                                     4 Embarcadero Center, 27th Floor
                                       San  Francisco, California 94111
24                                     Telephone: (415) 551-7521
                                       Facsimile: (415) 551-7510
25                                     paul.riehle@faegredrinker.com

26                                     *Attorneys for Defendant Accredited Surety
                                       and Casualty Company, Inc.*
27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall have until February 25, 2022 to file their TCAC.


Dated: December __, 2021

_____

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2

   I, Adam Gitlin, attest that the concurrence in the filing of this document has been

3

obtained from the other signatories.  Executed on December 29, 2021, in Richmond, California.

4

                                   */s/ Adam Gitlin*

5

6

7

8

9

2333838.3

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28