# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST-DMR<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2, all Plaintiffs and Defendants (the "Parties") in the above-entitled action stipulate as follows:

**WHEREAS**, the Court ordered the Parties to proceed with discovery on December 10, 2020, with Dismissed Defendants[1] to submit pre-amendment discovery focused on deficiencies the Court identified in Plaintiffs' Second Amended Complaint (ECF No. 151);

**WHEREAS**, the Court referred the management of discovery in this case, "including the issues set forth in the [P]arties' joint case management statement, ECF No. 173," to Magistrate Judge Ryu on January 25, 2021 (ECF No. 175);

**WHEREAS**, the deadline for Plaintiffs to file their Third Consolidated Amended Complaint ("TCAC") is January 10, 2022 (ECF No. 237);

**WHEREAS**, on August 12, 2021, Plaintiffs and Dismissed Defendants submitted to Judge Ryu a dispute regarding the proper geographic scope of pre-amendment discovery based on certain search terms and custodians (ECF No. 208);

**WHEREAS**, on September 30, 2021, Judge Ryu set a deadline of November 29, 2021 for Dismissed Defendants to produce all responsive documents regardless of geography, except documents that pertain solely to individual bail bond transactions outside California (ECF No. 230), and related privilege logs were accordingly due by December 13, 2021 (ECF No. 183);

**WHEREAS,** several Dismissed Defendants were granted extensions to produce documents pursuant to Judge Ryu's order by mid-December;

**WHEREAS**, Plaintiffs require time to review Dismissed Defendants' document productions and privilege logs once produced, and may challenge entries in the latter;

---

[1] For the avoidance of doubt, the Dismissed Defendants are Allegheny Casualty Company, International Fidelity Insurance Company, AIA Holdings, Inc., American Contractors Indemnity Company, Bankers Insurance Company, Accredited Surety and Casualty Company, Inc., Lexington National Insurance Company, Seneca Insurance Company, Continental Heritage Insurance Company, Seaview Insurance Company, Danielson National Insurance Company, Financial Casualty & Surety, Inc., Indiana Lumbermens Mutual Insurance Company, Lexon Insurance Company, The North River Insurance Company, Philadelphia Reinsurance Corporation, Sun Surety Insurance Company, United States Fire Insurance Company, Universal Fire & Casualty Company, Williamsburg National Insurance Company, California Bail Agents Association, Golden State Bail Agents Association, American Bail Coalition, Inc., Two Jinn, Inc., All-Pro Bail Bonds Inc., and Jerry Watson.

1    **WHEREAS**, the Parties agree to extend the deadline for Plaintiffs to file their TCAC to

2    February 25, 2022;

3    **WHEREAS**, the Court has set no further deadlines in this matter, and therefore none

4    would be affected;

5    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

6    between the Parties that Plaintiffs shall have until February 25, 2022 to file their TCAC.

7

8    Dated: December 29, 2021                    By: */s/ Adam Gitlin*

9                                                Dean M. Harvey (SBN 250298)
                                                 Katherine Lubin (SBN 259826)
10                                               Yaman Salahi (SBN 288752)
                                                 Adam Gitlin (SBN 317047)
11                                               Nigar A. Shaikh (*pro hac vice*)
                                                 Miriam E. Marks (SBN 332351)
12                                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                 275 Battery Street, 29th Floor
13                                               San Francisco, CA 94111
                                                 Telephone: (415) 956-1000
14                                               dharvey@lchb.com
                                                 kbenson@lchb.com
15                                               ysalahi@lchb.com
                                                 agitlin@lchb.com
16                                               nshaikh@lchb.com
                                                 mmarks@lchb.com
17
                                                 *Interim Class Counsel*
18

19   Dated: December 29, 2021                    COOLEY LLP
                                                 MICHAEL A. ATTANASIO (151529)
20                                               BEATRIZ MEJIA (190948)
                                                 TIMOTHY W. COOK (*PRO HAC VICE*)
21                                               MAX SLADEK DE LA CAL (324961)

22                                               By: */s/ Beatriz Mejia*

23                                               Beatriz Mejia (190948)

24                                               *Attorneys for Defendants Seaview Insurance*
                                                 *Company and Two Jinn, Inc.*
25

26

27

28

1   Dated: December 29, 2021                    By: */s/ Julie A. Gryce*

2                                               Julie A. Gryce (319530)
3                                               DLA Piper LLP (US)
                                                401 B Street, Suite 1700
4                                               San Diego, CA 92101-4297
                                                Telephone:  (619) 699-2700
5                                               Facsimile:  (619) 699-2701
                                                julie.gryce@dlapiper.com
6
7                                               Michael P. Murphy (*pro hac vice*)
                                                DLA PIPER LLP (US)
8                                               1251 Avenue of the Americas
                                                New York, NY 10020-1104
9                                               Telephone:  (212) 335-4500
                                                Facsimile:  (212) 335-4501
10                                              michael.murphy@dlapiper.com

11                                              John Hamill
                                                DLA Piper LLP (US)
12                                              444 West Lake Street, Suite 900
                                                Chicago, IL 60606-0089
13                                              Telephone: 312.368.7036
                                                Facsimile: 312.251.5809
14                                              John.hamill@us.dlapiper.com

15                                              *Attorneys for Defendants Danielson*
                                                *National Insurance Company*
16
17  Dated: December 29, 2021                    By: */s/ Drew Koning*

18                                              Drew Koning (263082)
                                                Blake Zollar (268913)
19                                              Shaun Paisley (244377)
                                                KONING ZOLLAR LLP
20                                              2210 Encinitas Blvd., Suite S
                                                Encinitas, CA 92024
21                                              Telephone:  (858) 252-3234
                                                Facsimile:  (858) 252-3238
22                                              drew@kzllp.com
                                                blake@kzllp.com
23                                              shaun@kzllp.com
24
25                                              *Attorneys for Defendant All-Pro Bail*
                                                *Bonds, Inc.*
26
27
28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
                                                TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
                                                MASTER DOCKET NO. 19-CV-00717-JST-DMR

1    Dated: December 29, 2021          By: */s/ Gerard G. Pecht*

2                                      Gerard G. Pecht (*pro hac vice*)
                                       Sumera Khan (*pro hac vice*)
3                                      NORTON ROSE FULBRIGHT US LLP
                                       1301 McKinney, Suite 5100
4                                      Houston, Texas  77010
                                       Telephone:  (713) 651-5151
5                                      Facsimile:  (713) 651-5246
                                       gerard.pecht@nortonrosefulbright.com
6

7                                      Joshua D. Lichtman (SBN 176143)
8                                      NORTON ROSE FULBRIGHT US LLP
                                       555 South Flower Street, Forty-First Floor
9                                      Los Angeles, California  90071
                                       Telephone:  (213) 892-9200
10                                     Facsimile:  (213) 892-9494
                                       joshua.lichtman@nortonrosefulbright.com
11

12                                     *Attorneys for Defendant American*
                                       *Contractors Indemnity Company*
13

14   Dated: December 29, 2021          By: */s/ Anne K. Edwards*

15                                     Anne K. Edwards (110424)
                                       SMITH, GAMBRELL & RUSSELL, LLP
16                                     444 South Flower Street, Suite 1700
                                       Los Angeles, CA 90071
17                                     Telephone:  (213) 358-7210
                                       Facsimile:  (213) 358-7310
18                                     aedwards@sgrlaw.com

19
                                       *Attorneys for Defendant Williamsburg*
20                                     *National Insurance Company*

21   Dated: December 29, 2021          By: */s/ Enrique Marinez*

22
                                       Todd A. Roberts
23                                     Enrique Marinez
                                       ROPERS MAJESKI, PC
24
                                       *Attorneys for Defendants American Bail*
25                                     *Coalition, Inc. and William B. Carmichael*

26

27

28

| | |
|---|---|
| 1 | Dated: December 29, 2021 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: December 29, 2021 |

Dated: December 29, 2021

By: */s/ David F. Hauge*

David F. Hauge (128294)
Todd H. Stitt (179694)
Vincent S. Loh (238410)
MICHELMAN & ROBINSON, LLP

*Attorneys for Defendants United States
Fire Insurance Company, The North River
Insurance Company, and Seneca
Insurance Company*

Dated: December 29, 2021

By: */s/ Christie A. Moore*

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Main: (415) 362-6000
Direct: (415) 393-0122
RChoy@hinshawlaw.com

Christie A. Moore (*pro hac vice*)
W. Scott Croft (*pro hac vice*)
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone:  502.587.3758
Facsimile:  502.540.2276
cmoore@bgdlegal.com
wcroft@bgdlegal.com

*Attorneys for Lexon Insurance Company*

Dated: December 29, 2021

By: */s/ Travis Wall*

Travis Wall (191662)
Spencer Kook (205304)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
twall@hinshawlaw.com

*Attorneys for Defendant Philadelphia
Reinsurance Corporation*

1  Dated: December 29, 2021                    By: /s/ Gregory S. Day

2                                              Gregory S. Day
3                                              LAW OFFICES OF GREGORY S. DAY
                                               120 Birmingham Drive, Suite 200
4                                              Cardiff, CA  92007
                                               Telephone: (760) 436-2827
5                                              attygsd@gmail.com

6                                              *Attorneys for Defendants California Bail
                                               Agents Association, Universal Fire &*
7                                              *Insurance Company, Sun Surety Insurance
                                               Company*
8

9  Dated: December 29, 2021                    By: /s/ John A. Sebastinelli

10                                             John A. Sebastinelli (127859)
                                               Howard Holderness (169814)
11                                             GREENBERG TRAURIG, LLP
                                               4 Embarcadero Ctr, Ste. 3000
12                                             San Francisco, CA 94111-5983
                                               Telephone: (415) 655-1289
13                                             Facsimile: (415) 358-4796
                                               sebastinellij@gtlaw.com
14                                             holdernessh@gtlaw.com
15

16                                             *Attorneys for Defendants American Surety
                                               Company and Indiana Lumbermens*
17                                             *Mutual Insurance Company*

18  Dated: December 29, 2021                   By: /s/ Gary A. Nye

19                                             Gary A. Nye (126104)
20                                             ROXBOROUGH, POMERANCE, NYE &
                                               ADREANI, LLP
21

22                                             *Attorneys for Defendants Allegheny
                                               Casualty Company, Associated Bond and*
23                                             *Insurance Agency, Inc., Bankers
                                               Insurance Company, Harco National*
24                                             *Insurance Company, International
                                               Fidelity Insurance Company, Lexington*
25                                             *National Insurance Corporation, and
                                               Jerry Watson*
26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1   Dated: December 29, 2021          By: */s/ Brendan Pegg*

2                                     Brendan Pegg (174159)
3                                     Lindsay Cooper-Greene, of Counsel
                                      (295180)
4                                     LAW OFFICES OF BRENDAN PEGG
                                      201 E. Ojai Avenue #1505
5                                     Ojai, CA93024
                                      Telephone:  (805) 3024151
6                                     Facsimile:  (877) 719-7298
                                      brendan@bpegglaw.com
7

8                                     *Attorneys for Defendant Financial*
                                      *Casualty & Surety, Inc.*
9

10  Dated: December 29, 2021          By: */s/ Erik K. Swanholt*

11                                    Erik K. Swanholt
                                      FOLEY & LARDNER
12                                    555 South Flower St., 33rd Floor
                                      Los Angeles, CA 90071
13                                    Telephone:  (213) 972-4500
                                      Facsimile:  (213) 486-0065
14

15                                    *Attorneys for Defendants Continental*
                                      *Heritage Insurance Company*
16

17  Dated: December 29, 2021          By: */s/ John M. Rorabaugh*

18                                    John M. Rorabaugh (178366)

19                                    *Attorney for Defendant Golden State Bail*
                                      *Association*
20

21  Dated: December 29, 2021          By: */s/ Paul J. Riehle*

22                                    Paul J. Riehle (115199)
                                      FAEGRE DRINKER BIDDLE & REATH LLP
23                                    4 Embarcadero Center, 27th Floor
                                      San  Francisco, California 94111
24                                    Telephone: (415) 551-7521
                                      Facsimile: (415) 551-7510
25                                    paul.riehle@faegredrinker.com

26                                    *Attorneys for Defendant Accredited Surety*
                                      *and Casualty Company, Inc.*
27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR

1

**[PROPOSED]** ORDER

2

3      **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall have until

4      February 25, 2022 to file their TCAC.

5

6      Dated: January 04, 2022

7                                                    THE HONORABLE JON S. TIGAR

8                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

2

I, Adam Gitlin, attest that the concurrence in the filing of this document has been

3

obtained from the other signatories.  Executed on December 29, 2021, in Richmond, California.

4

*/s/ Adam Gitlin*

5

6

7

8

2333838.3

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER DOCKET NO. 19-CV-00717-JST-DMR