Gary A. Nye (SBN 126104)
gan@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991

Attorneys for Defendant,

Jerry Watson

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No. 19-CV-00717-JST<br><br>**NOTICE OF CHANGE OF ADDRESS** |

EAST\176561025.1

**TO THE COURT CLERK AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that as of December 20, 2021, the address for ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP, has changed. (The e-mail addresses, telephone number, and facsimile remain the same.)

The new address is as follows:

**ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**

5900 Canoga Avenue, Suite 450

Woodland Hills, CA 91367

Please update all records related to this matter accordingly.

Dated: January 3, 2022        */s/Gary A. Nye*
Gary A. Nye (126104)
Roxborough, Pomerance, Nye & Adreani, LLP

*Attorneys for Defendant, Jerry Watson*

- 1 -

DEF WATSON'S RESPONSES AND OBJECTIONS TO
PLTFS' FIRST SET OF REQUESTS FOR PRODUCTION
4:19-CV-00717-JST

EAST\176561025.1