Yaman Salahi (SBN 288752)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ysalahi@lchb.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 4:19-CV-00717-JST<br><br>**ATTORNEY YAMAN SALAHI'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER** |
|---|---|

Pursuant to Civil Local Rule 11-5, Yaman Salahi hereby requests leave of the Court to withdraw as counsel of record for Plaintiffs Kira Monterrey and Shonetta Crain. As of January 21, 2022, Mr. Salahi is no longer affiliated with Lieff Cabraser Heimann & Bernstein, LLP. No substitution of counsel is necessary because Plaintiffs will continue to be represented by other attorneys from Lieff Cabraser Heimann & Bernstein, LLP, who are currently counsel of record in this matter.

Dated: January 21, 2022

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Yaman Salahi*
    Yaman Salahi (SBN 288752)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    Telephone:  (415) 956-1000
    ysalahi@lchb.com

*Counsel for Plaintiffs*

## [PROPOSED] ORDER

Having considered Attorney Yaman Salahi's Motion to Withdraw as Counsel for Plaintiffs, the Court finds good cause to **GRANT** the motion. The Clerk of Court is directed to remove Yaman Salahi as counsel of record for this case.

Dated: _____, 2022

    _____
    Hon. Jon S. Tigar
    United States District Judge