|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 19-cv-00717-JST<br><br><u>CLASS ACTION</u><br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: THIRD PARTY TWO JINN'S ADMINISTRATIVE MOTION TO SEAL |
|---|---|

**ORDER**

Third party Two Jinn, Inc.'s ("Two Jinn's") request to seal is narrowly tailored to seal only sealable material. Courts in this district have found that the disclosure of such non-public information satisfies the compelling reason standard. Having considered Two Jinn's May 26, 2022 Administrative Motion to Seal and the accompanying Declaration of LaCoby Phillips, the Court rules as follows:

| Bates | Designation | Ruling |
|---|---|---|
| TWOJINN-00001556 | Highly Confidential | Request to seal granted. |

**IT IS SO ORDERED.**

Dated: June 6, 2022

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE