1  DARRYL W. ANDERSON (*pro hac vice*)
   NORTON ROSE FULBRIGHT US LLP
2  1301 McKinney, Suite 5100
   Houston, Texas  77010
3  Telephone:      (713) 651-5151
   Facsimile:      (713) 651-5246
4
   JOSHUA D. LICHTMAN (SBN 176143)
5  joshua.lichtman@nortonrosefulbright.com
   NORTON ROSE FULBRIGHT US LLP
6  555 South Flower Street, Forty-First Floor
   Los Angeles, California  90071
7  Telephone:      (213) 892-9200
   Facsimile:      (213) 892-9494
8
   Attorneys for Defendant
9  AMERICAN CONTRACTORS INDEMNITY
   COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION | Case No. 4:19-cv-00717-JST |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **ORDER RE:  ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# ORDER

The Court has considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed on May 26, 2022, and Darryl Anderson's Declaration in Support thereof. The Court rules as follows:

| Document | Bates Number | Producing Party | Designation | Ruling |
|---|---|---|---|---|
| Exhibit 11 to Anderson Declaration in Support of Joint Motion to Dismiss | SFAA000041 – SFAA000065 | Surety & Fidelity Association of America (Non-party) | Confidential | Sealed |

**IT IS SO ORDERED.**

Dated: June 7, 2022

Hon. Jon S. Tigar
United States District Judge