PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Lori J. Rapuano (*admitted pro hac vice*)
lori.rapuano@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
One Logan Square, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 988-2653
Facsimile: (215) 988-2757

Attorneys for Defendant
ACCREDITED SURETY AND CASUALTY
COMPANY, INC., incorrectly named herein as
Accredited Surety and Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:19-cv-00717-JST-DMR<br><br>**ATTORNEY LORI J. RAPUANO'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ACCREDITED SURETY AND CASUALTY COMPANY, INC. AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 11-5, Lori J. Rapuano hereby requests leave of the Court to withdraw as counsel of record for Defendant Accredited Surety and Casualty Company, Inc. No substitution of counsel is necessary because Defendant will continue to be represented by Paul J. Riehle from Faegre Drinker Biddle & Reath LLP, who is currently counsel of record in this matter.

Dated: July 28, 2022

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Lori J. Rapuano
Lori J. Rapuano (*admitted pro hac vice*)
**Faegre Drinker Biddle & Reath LLP**
One Logan Square, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 988-2653
Facsimile: (215) 988-2757
lori.rapuano@faegredrinker.com

Attorney for Defendant
ACCREDITED SURETY AND
CASUALTY COMPANY, INC.,
incorrectly named herein as Accredited
Surety and Casualty Company

## **PROPOSED ORDER**

Having considered Attorney Lori J. Rapuano's Motion to Withdraw as Counsel for Defendant Accredited Surety and Casualty Company, Inc., the Court finds good cause to **GRANT** the motion. The Clerk of Court is directed to remove Lori J. Rapuano as counsel of record for this case.

Dated: _____    _____
                                                       Hon. Jon S. Tigar
                                                       United States District Judge