Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Michelle A. Lamy (SBN 308174)
Miriam E. Marks (SBN 332351)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
mlamy@lchb.com
mmarks@lchb.com

*Interim Class Counsel*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 4:19-cv-00717-JST<br><br>CLASS ACTION<br><br>**JOINT STATEMENT OF PLAINTIFFS AND DEFENDANT FINANCIAL CASUALTY & SURETY, INC. REGARDING CERTAIN DEFENDANTS' MOTION TO DISMISS THE THIRD CONSOLIDATED AMENDED COMPLAINT** |

1    Plaintiffs and Defendant Financial Casualty & Surety, Inc. ("FCS") hereby submit this joint statement regarding Plaintiffs' Opposition to Certain Defendants' Motion to Dismiss the Third Consolidated Amended Complaint (Dkt. No. 305, "Opposition") and the Third Consolidated Amended Complaint (Dkt. No. 281-1, "TCAC"). This joint statement concerns only Defendant FCS.

Plaintiffs' TCAC and Opposition state that FCS was a member of the HCC Surety Group, and thereby affiliated with Defendant American Contractors Indemnity Company ("ACIC"). *See*, *e.g.*, TCAC ¶ 23, Opposition at 8-9. Plaintiffs' Opposition also attributes certain comments and actions of Scott Anschultz to FCS. *See, e.g.*, Opposition at 8-10, 12, 16, 28-29. On July 20, 2022, counsel for FCS wrote Plaintiffs' counsel, contending that this statement is incorrect, and asked Plaintiffs' counsel to submit a supplemental motion to correct the record. Specifically, FCS contends that it had no affiliation with ACIC, HCC Surety Group, HCC Insurance Holdings, or Scott Anschultz.

In light of the information FCS provided and additional investigation by Plaintiffs, Plaintiffs no longer contend that FCS shared a common corporate structure with ACIC, the HCC Surety Group, or HCC Insurance Holdings. Plaintiffs also no longer contend that Mr. Anschultz represented FCS during meetings and communications with other Defendants.

However, Plaintiffs still stand by their other allegations against FCS and Plaintiffs maintain that these allegations, viewed in the context of the TCAC as a whole, plausibly describe FCS's role in the alleged conspiracy. FCS disputes Plaintiffs' allegations and maintains that Plaintiffs have not adequately pled plus factors to support a conspiracy as reflected in the Motion to Dismiss the Third Consolidated Amended Complaint and associated briefing.

DATED: August 9, 2022                    Lieff Cabraser Heimann & Bernstein, LLP


                                         By:   /s/ *Dean M. Harvey*
                                                Dean M. Harvey

                                         *Interim Class Counsel*

DATED: August 9, 2022                    Law Offices of Brendan Pegg Corp.

                                         By:    /s/ *Lindsay Cooper-Greene*
                                                Lindsay Cooper-Greene

                                         *Counsel for Defendant Financial Casualty & Surety, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED:  August 9, 2022     /s/ *Dean M. Harvey*
Dean M. Harvey

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP