Dean M. Harvey (SBN 250298)
Katherine C. Lubin (SBN 259826)
Michelle A. Lamy (SBN 308174)
Miriam E. Marks (SBN 332351)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
dharvey@lchb.com
kbenson@lchb.com
mlamy@lchb.com
mmarks@lchb.com

*Interim Class Counsel*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 4:19-cv-00717-JST<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF ADMINISTRATIVE MOTION TO CORRECT THE DECLARATION OF <u>DARRYL ANDERSON (DKT. 285)</u>** |

I, Dean M. Harvey, declare as follows:

1. I am a partner of the law firm Lieff Cabraser Heimann & Bernstein, LLP, which has been appointed Interim Class Counsel in the above-captioned proceeding. I am a member of the State Bar of California. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of the document beginning at Bates Number GSBA000002210 and ending at Bates Number GSBA000002210, produced by the Golden State Bail Agents Association ("GSBAA") in this litigation on September 13, 2021.

1        3.      Attached hereto as **Exhibit B** is a true and correct copy of the document beginning at Bates Number CBAA000008537 and ending at Bates Number CBAA000008554, produced by the California Bail Agents Association ("CBAA") in this litigation on September 25, 2021.

        4.      Attached hereto as **Exhibit C** is a true and correct copy of the document beginning at Bates Number SFAA 000387 and ending at Bates Number SFAA 000690, produced by the Surety & Fidelity Association of America ("SFAA") in this litigation on March 4, 2021.

        5.      Attached hereto as **Exhibit D** is a true and correct copy of the document beginning at Bates Number CDI_000000262 and ending at Bates Number CDI_000000329, produced by the California Department of Insurance ("CDI") in this litigation on February 5, 2021.

        6.      In preparing for the oral argument regarding Moving Defendants' Motion to Dismiss Plaintiffs' Third Consolidated Amended Complaint, I discovered that Exhibits 4, 6, 8, and 10 to the Declaration of Darryl Anderson (ECF Nos. 285-4, 285-6, 285-8, and 285-10, respectively) were inaccurate and/or incomplete. I then consulted with Lieff Cabraser's litigation support professionals, who confirmed that Exhibits 4, 6, 8, and 10 to the Anderson Declaration were not what they purported to be, and confirmed that Exhibits A, B, C, and D attached hereto are, respectively, the correct and complete documents produced to Plaintiffs by the aforementioned entities in this litigation.

        7.      After receiving confirmation from Lieff Cabraser's litigation support professionals confirming that Exhibit 6 was not what it purported to be, I immediately emailed all Defense counsel on October 4, 2022, explaining the issue and attaching both the erroneous document filed at Docket Number 285-6, and the correct document produced with beginning Bates Number CBAA000008537 and attached as Exhibit B hereto. I asked Defendants to let me know if any of them opposed Plaintiffs filing the correct document. In response, Defendants stated that their filing of an incomplete Exhibit 6 was the "result of an oversight," and confirmed they do not object to Plaintiffs filing the corrected copy at Exhibit B.

8. Upon receiving confirmation from Lieff Cabraser's litigation support professionals that Exhibits 4, 8, and 10 were not what they purported to be, I immediately emailed all Defense counsel again on October 18, 2022, explaining the issues specific to those documents. In response, Defendants acknowledged that the improper attachment in Exhibit 4 comes from a separate production, but did not offer any explanation for its inclusion in Exhibit 4. Defendants also confirmed that Exhibit 8 is not a complete copy of the document produced in this litigation, and that they excluded pages from the complete document because "they do not believe they have any bearing on the references in the TAC at paragraph 123." Defendants also acknowledged that they had excerpted Exhibit 10. And Defendants again confirmed they do not object to Plaintiffs filing the correct documents at Exhibits A, C, and D.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 26, 2022 in Kentfield, California.

*/s/ Dean M. Harvey*
Dean M. Harvey