# EXHIBIT D

CDI Bail ad hoc committee
Thursday, April 1, 2010

**Present**: San Francisco: **Jesse Huff**, Chief Deputy Insurance Commissioner (Chair); **Adam Cole**, General Counsel; **Patty Staggs**, Deputy General Counsel; **Jerry Whitfield**, Assistant Chief Counsel; **Larissa Kosits**, Senior Staff Counsel; **Al Lopez**, President of California Bail Agents Association; **Geri Campana**, legislative liaison for California Bail Agents Association; **Brian Nairin**, President and Chief Executive Officer of AIA; **Rob Hayes**, President and Chief Executive Officer of Two Jinn
      Sacramento:    **Rick Plein**, Deputy Commissioner Enforcement Branch; **Topo Padilla**, President Golden State Bail Agents Association; **Kathy Lynch**, Lynch & Associates
      Los Angeles:   **Curt Hagman**, Assembly Member 60th District
      Rancho Cucamonga:  **Michael Godard**, Division Chief Investigations; **Eric Hubner**, Supervising Criminal Investigator; **Brad Botts**, S.C.S. San Bernardino County Sheriff's Department, West Valley Detention Center.

**Excused**:

1.  Chair Jesse Huff opens the meeting, introductions              10 mins

2.  NEW Business: 5 topics              15 mins each topic

(A) Legislative issue: Developing a $5/bond fee that goes toward a special fund for CDI to use for bail enforcement (same as Fraud and auto compliance, etc.) It would pay for more investigators and attorneys and be more proactive in regulating industry.

(B) Surety involvement and oversight of bail agents – there should be more. Does this involve self-regulating, legislation, or both?

(C) Unlawful solicitation issues. (CCR 2074, 2079, 2079.1, 2080)

(D) Unlicensed activities. Groups (like GPE) who are unlicensed and active in the bail bonds business.

(E) Understanding rebating better – is financing the same as rebating? Policy enforcement question vs. the legal question of "is it ok to rebate".

3.  Other topic from the floor?

4.  Discuss time/date for next meeting.

REMINDER: Agenda topics for next meeting should be submitted to Larissa the week before meeting or they will not be on the agenda.

5.  Jesse Huff adjourns the meeting.

CDI Bail ad hoc committee
Friday, August 13, 2010

1. **Standards for issuing bail agent licenses to people with criminal records**. (Larissa)
   Please see PDF handout: California Code of Regulations, Title 10, Chapter 5, Section 2183, et seq. "Producer Licensing Background Review Guidelines"

2. **Possible regulation to require oversight of bail agents by sureties**. (Adam)
   Rob Hayes proposed this at the last meeting. The regulation would do two related things. It would:

   • Prescribe standards of conduct that sureties must impose on bail agents

   • Prescribe standards for appointments of bail agents by sureties

3. **CDI should require sureties to investigate complaints we receive against bail agents**. (Mike)
   We will not require sureties to investigate complaints we receive against bail agents. We can, however, continue to seek and obtain information from them pertaining to complaints involving their agents when warranted. Additionally, it may be useful to conduct targeted market conduct exams of sureties re their surety business practices, bail agent agreements, premium reports, bail agent background files, fugitive recovery oversight, etc.

4. **Legislative proposals**. Follow up on the six legislative proposals that were discussed at last meeting.

   • Renew AB 1299, which required bounty hunters to meet certain standards.
      CDI supports renewal of PC 1299.

   Curt Hagman proposed these three at the last meeting.
   • Set fines for specified violations. The statute would impose a per bond fee to fund CDI bail enforcement efforts.
   • Create post conviction bonds.
   • Create a standardized bail schedule.

   • Create a "fixed 10% bond rate." Note: This may be contrary to Proposition 103. Proposed by Rob Hayes at last meeting.

   • Increase the number of hours of required pre-license training from 12 to 40. Eric Hubner proposed this during last meeting. See handout.

5. **Other topics from the floor?**

6. **Discuss time/date for next meeting – adjourn.**

Notes from CDI Bail ad hoc committee meeting of Thursday, November 18, 2010

1. **Proposal for a more detailed notice of termination process : Form 438 changes**

   Topo reported on behalf of the subcommittee. He gave some background on the issue and stated his concern was that he didn't want sureties to say they didn't know that a bail agent was a bad actor. He reported that Brian and Rob were concerned about any civil liability employers might incur with any changes to the form wherein it would indicate on said form that an employee was terminated for cause, there are possible due process issues. They have attorneys looking into the matter and Topo hopes to get something to us by first of the year or during January 2011.

2. **Bail agent training curriculum.**

   Again Topo reported on behalf of the subcommittee. Topo gave some background on this issue and again raised the concern, which Investigations had previously raised, that bail agents were using "I didn't know about this" as a defense in criminal court. His subcommittee hopes that will improved curriculum and teaching, and proper enforcement of both, that the defense will be eliminated.

   It was determined we have at least three issues arising from the curriculum subcommittee concerns: (1) The curriculum is good, but the training itself is not; (2) Pre-licensing classes should not be the same classes as continuing education classes; and (3) The actual curriculum should be better.

   Patty and Larissa are going to contact the appropriate CDI department in charge of these curriculum enforcement issues, Licensing Services Division, Division Chief Keith Kuzmich and solicit his input as well as invite him to the next ad hoc committee meeting.

   Topo and subcommittee will work more closely with Investigations, specifically looking to Eric Hubner's handout from last meeting and to getting information from Eric and Mike. Topo hopes to get something to us during January 2011.

3. **Additional matters**

   ---- Al Lopez brought up concerns from one of the pre-licensing and continuing education providers, Bail Resource Center, specifically, Loma Siegel. She said changes have occurred to make it easier to be a provider. This was discussed and it was determined these issues should fold into Agenda item #2. Topo and subcommittee will also solicit input and assistance from the providers.

   ---- Adam discussed the letter he wrote in response to attorney Bob Hicks' formal inquiry to CDI regarding GovPay. Adam stated that he instructed Mr. Hicks to share the letter with the court, and therefore Adam felt this was a public document. Topo said he would be in contact with Rob Hayes and get a copy.

   ---- Other topics were briefly discussed and dismissed or resolved.

**The proposed date for the next meeting is sometime during the first week of March.**

CDI Bail ad hoc committee
Thursday, November 18, 2010

1. **Proposal for a more detailed notice of termination process : Form 438 changes**

    Topo reporting on behalf of the subcommittee: update on committee's work, possible changes to the form.

2. **Bail agent training curriculum.**

    Topo reporting on behalf of the subcommittee: update on committee's work. Possible draft curriculum.

3. **Additional matters**

    Al Lopez regarding becoming a C/E provider.

    Others?

4. **Discuss time/date for next meeting – adjourn.**



# DEPARTMENT OF INSURANCE

Ad Hoc Bail Advisory Committee Meeting
November 1, 2011

NEW AGENDA ITEMS

1. Prelicensing Education Subcommittee Report                    Charlene Ferguson

2. MONTANA BAIL BONDS, INC v JOHN MARK et al.,                    Eric Hubner

>   This case is an unpublished Court of Appeal, Second Appellate District, Division Two,
>   case that was decided September 29, 2011. Investigations/Fraud is seeing more and more
>   transactions whereby the contract is agreed upon after the bond is posted – sometimes
>   days later. They propose a contract be required prior to posting a bond at a jail. What
>   are the committee's thoughts?

3. 2012 Uniform Bail and Penalty Schedules                    Geri Campana

>   CBAA, with Kathy Lynch, is considering proposed language for Judicial Council that
>   adds Bail Agents as a group who specifically need to be licensed or face a fine. It is an
>   193 page document, please see link: http://www.courts.ca.gov/documents/SP11-17.pdf

4. Discussion of how some regulations are being used or not used in the field and possible ways
to go about problem solving. (see CCR sections 2074 – 2079.1)                    Al Lopez

>   New technologies, like the internet, have taken the place of written publications. These
>   new technologies have made some regulations obsolete (see specifically 2076). Should
>   the Regs be updated to address these changes? How?

>   There seems to be some confusion as to the interpretation of where, when and how a bail
>   agent may solicit. (see specifically 2079 and 2079.1)

>   For example, section 2079.5 does not exist and yet is referred to in sections 2074 and
>   2079.

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
TITLE 10. INVESTMENT
CHAPTER 5. INSURANCE COMMISSIONER
SUBCHAPTER 1. PRODUCTION OF INSURANCE
ARTICLE 2. BAIL TRANSACTIONS
This database is current through 3/19/10 Register 2010, No. 12


CONDUCT OF BAIL LICENSEES


§ 2074. Unlawful Solicitations; Place.

Except as provided in Sections 2074 and 2079.5, no bail licensee shall solicit any person for bail in any prison, jail, or other place of detention of persons, court or public institution connected with the administration of justice; or in the halls or corridors adjacent thereto; provided that a bail licensee may in such halls, corridors or in other rooms or areas where not prohibited by local rule or ordinance transact bail with persons specified in Section 2079 who have prior to transaction, requested his services.


§ 2079. Soliciting of Bail; Persons.

No bail licensee shall solicit bail except in accordance with Section 2079.5 and from:
(a) An arrestee;

(b) The arrestee's attorney;

(c) An adult member of the arrestee's immediate family; or

(d) Such other person as the arrestee shall specifically designate in writing. Such designation shall be signed by the arrestee before the solicitation, unless prohibited by the rules, regulations or ordinances governing the place of imprisonment. If so prohibited, it may be signed after release of the arrested to ratify a previous oral designation made by him.


§ 2079.1. Solicitation of Arrestee; Hours.

Any solicitation of an arrestee himself pursuant to Section 2079 (a) shall be only after a bona fide request for bail services has been received from the arrestee or from a person specified in Section 2079 (b) or (c). Any solicitation of a person specified in Section 2079 (c) or (d) shall be only between the hours of 7 o'clock a.m., and 11 o'clock p.m., unless the bail licensee is directly and specifically authorized in writing by the arrestee or the arrestee's attorney to make such solicitation at some other specific time.


§ 2080. Negotiation of Bail; Persons.


No bail licensee shall negotiate concerning bail, except with:
(a) A person specified in Section 2079;

(b) Any other person who without previous solicitation on the part of the bail licensee has requested his services.

CDI_000000267

### ERIC HUBNER HANDOUT RE LEGISLATIVE PROPOSAL.

As a legislative concept, we should pursue an increase in Pre-Licensing Education for Bail Agents, Solicitors, Permittees, et.al because the current 12 hour requirement is inadequate and does not cover the significant public safety issues identified below:

- Increase knowledge/education related to solicitation issues (in the courts, jail, use of inmates, public place solicitations, advertising, etc…), and the law related to rebating premium to the customer.

- Increase knowledge/education on 1305 PC and consequences of filing false declarations with the courts

- Increase knowledge/education on laws related to false imprisonment, kidnapping, and extortion (518-524 PC)

- Increase knowledge/education on rules/procedures for promissory notes/extension of credit related to bail (requirement to have written agreement)

- Increase knowledge/education to include laws regarding the placement of a lien on an indemnitor's home/property

- Increase knowledge/education regarding badges, carrying of concealed/loaded firearms, and reporting to law enforcement when engaged in the apprehension of a fugitive.

| From: | Kosits, Larissa |
|---|---|
| To: | Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; "bbotts@sbcsd.org"; "brian.nairin@aiasurety.com"; "gcampana@sbcglobal.net"; "rhayes@twojinn.com"; "topo@gregpadillabailbonds.com"; "lynch@lynchlobby.com"; "lopezbail@yahoo.com"; "Amy.Durbin@asm.ca.gov" |
| Cc: | Cano, Raquel; Strange, Lisa |
| Subject: | AUGUST bail ad hoc committee meeting |
| Date: | Tuesday, July 6, 2010 2:08:00 PM |

Dear CDI BAIL ad hoc committee meeting members,

Thank you all for participating in last two meetings. At the conclusion of our most recent meeting of June 10th, it was determined we would meet again sometime during the first 3 weeks of August; I have yet to hear back from anyone regarding their calendars with their best available dates.

Please contact Raquel Cano, Adam Cole's support person, as soon as possible. Please let her know your available dates so that she might coordinate the new date and time for our next meeting. Raquel's phone number is 415 538 4372, her email is canor@insurance.ca.gov.

Please don't hesitate to contact me with any questions via email or phone. I will be in San Diego at hearings for the rest of this week and all of next, so I will have limited availability, but as always you may leave me a voice mail message or email. I look forward to seeing you all in August.

Larissa
415 538 4132

CDI_000000269

| | |
|---|---|
| **From:** | Topo Padilla |
| **To:** | Cano, Raquel |
| **Cc:** | Kosits, Larissa |
| **Subject:** | Bail Ad Hoc Committee Meeting |
| **Date:** | Tuesday, July 6, 2010 4:48:50 PM |

With regard to the August meeting, I am available all through the first 3 weeks of August except for August 2, 3, 19 and or the 20th. Other than these dates I am good to go.

Thank you for your time and attention to this committee.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

CDI_000000270

| | |
|---|---|
| **From:** | Kosits, Larissa |
| **To:** | Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; "bbotts@sbcsd.org"; "brian.nairin@aiasurety.com"; "gcampana@sbcglobal.net"; "rhayes@twojinn.com"; "topo@gregpadillabailbonds.com"; "lynch@lynchlobby.com"; "lopezbail@yahoo.com"; "Durbin, Amy" |
| **Cc:** | Strange, Lisa |
| **Subject:** | bail meeting agenda august 2010 |
| **Date:** | Wednesday, August 4, 2010 4:45:00 PM |
| **Attachments:** | bail meeting agenda august 2010.doc |
| | Background Review Regulations.pdf |

Dear CDI Bail ad hoc committee meeting members,
Our next meeting is August 13, 2010. Attached please find the agenda and one handout relating to agenda item #1. Another handout will follow that relates to item #4's last bullet point.
As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.
I know some of you have indicated that you will not be able to attend, should that change please let me know.
Please don't hesitate to contact me for any reason via email or phone. I look forward to seeing you all on August 13.
Larissa
415 538 4132

CDI_000000271

CDI Bail ad hoc committee
Friday, August 13, 2010

1. **Standards for issuing bail agent licenses to people with criminal records**. (Larissa)
   Please see PDF handout: California Code of Regulations, Title 10, Chapter 5, Section 2183, et seq. "Producer Licensing Background Review Guidelines"

2. **Possible regulation to require oversight of bail agents by sureties**. (Adam)
   Rob Hayes proposed this at the last meeting. The regulation would do two related things. It would:

   - Prescribe standards of conduct that sureties must impose on bail agents

   - Prescribe standards for appointments of bail agents by sureties

3. **CDI should require sureties to investigate complaints we receive against bail agents**. (Mike)
   We will not require sureties to investigate complaints we receive against bail agents. We can, however, continue to seek and obtain information from them pertaining to complaints involving their agents when warranted. Additionally, it may be useful to conduct targeted market conduct exams of sureties re their surety business practices, bail agent agreements, premium reports, bail agent background files, fugitive recovery oversight, etc.

4. **Legislative proposals**. Follow up on the six legislative proposals that were discussed at last meeting.

   - Renew AB 1299, which required bounty hunters to meet certain standards.
     CDI supports renewal of PC 1299.

   Curt Hagman proposed these three at the last meeting.
   - Set fines for specified violations. The statute would impose a per bond fee to fund CDI bail enforcement efforts.
   - Create post conviction bonds.
   - Create a standardized bail schedule.

   - Create a "fixed 10% bond rate." Note: This may be contrary to Proposition 103. Proposed by Rob Hayes at last meeting.

   - Increase the number of hours of required pre-license training from 12 to 40. Eric Hubner proposed this during last meeting. See handout.

5. **Other topics from the floor?**

6. **Discuss time/date for next meeting – adjourn.**

Barclays Official California Code of Regulations
Title 10. Investment
Chapter 5. Insurance Commissioner
Subchapter 1. Production of Insurance

## ARTICLE 5.7. PRODUCER LICENSING BACKGROUND REVIEW GUIDELINES

§ 2183. Authority and Purpose.

These regulations are promulgated pursuant to the authority granted the Commissioner under the provisions of Section 12921(a) of the Insurance Code. The purpose of these regulations is to set forth licensing background review guidelines for use in determining the denial, suspension, revocation, and/or restriction of an insurance producer license or license application.

Note: Authority cited: Section 12921, Insurance Code. Reference: Section 12921, Insurance Code.

§ 2183.1. Applicability.

The producer licensing background review guidelines described in Sections 2183, 2183.1, 2183.2, 2183.3, and 2183.4 shall apply to all persons who possess, or who have applied for, any insurance producer license governed by the Insurance Code, including, but not limited to agent, broker, solicitor, bail agent, bail solicitor, or adjuster.

Note: Authority cited: Section 12921, Insurance Code. Reference: Section 12921, Insurance Code.

§ 2183.2. Substantial Relationship Criteria for Crimes or Wrongful Acts.

For purposes of denial, suspension, revocation, and/or restriction of a license or license application, statutes within the Insurance Code list specific grounds and also allow for action based upon findings that include, but are not limited to, the licensee or applicant lacking integrity, having a poor business reputation, or that permitting the licensee or applicant to hold an insurance license is against the public interest. The following is a partial list of crimes or acts that are substantially related to the qualifications, functions or duties of an insurance licensee:

(a) Any felony conviction;

(b) A misdemeanor conviction which evidences present or potential unfitness to perform the functions authorized by the license in the manner consistent with the public health, safety, and welfare, including but not limited to, soliciting, attempting, or committing crimes involving the following:

CDI_000000273

(1) Dishonesty or fraud;

(2) Any conviction arising out of acts performed in the business of insurance or any other licensed business or profession;

(3) Theft;

(4) Sexually related conduct affecting a person who is an observer or non-consenting participant in the conduct or convictions, or which requires registration pursuant to the provisions of Section 290 of the Penal Code;

(5) Resisting, delaying, or obstructing a public officer in violation of Penal Code Section 148;

(6) Any act or offense wherein the person willfully causes injury to the person or property of another;

(7) Violation of a relation of trust or confidence, or a breach of fiduciary duty;

(8) Multiple convictions which demonstrate a pattern of repeated and willful disregard for the law.

(c) Any act which demonstrates a willful attempt to derive a personal financial benefit through the nonpayment or underpayment of taxes, assessments, or levies duly imposed upon the licensee or applicant by federal, state or local government or a willful failure to comply with a court order.

Note: Authority cited: Section 12921, Insurance Code. Reference: Sections 1668, 1668.1, 1668.5, 1669, 1738, 1742, 1743, 1805, 1806, 1807, 14026.5, 14028, 14028.5, 14061, 14061.5, 15011, 15018, 15018.5, 15039 and 15039.5, Insurance Code.


§ 2183.3. Weight of Substantially Related Acts.

In considering discipline of a license or license application, the weight to be accorded to a substantially related crime or act described in Section 2183.2 (a), (b), or (c) may be determined by the application of guidelines including, but not limited to, the following:

(a) The extent to which the particular act or omission has adversely affected other person(s) or victim(s), including but not limited to, insurers, clients, employers or other persons, and the probability such adverse effects will continue;

(b) The recency or remoteness in time of the act, misconduct, or omission;

(c) The type of license applied for or held by the licensee or applicant involved;

CDI_000000274

(d) The extenuating or aggravating circumstances surrounding the act, misconduct, or omission;

(e) Whether the licensee or applicant has a history of prior license discipline, particularly where the prior discipline is for the same or similar type of conduct.

Note: Authority cited: Section 12921, Insurance Code. Reference: Sections 1668, 1668.1, 1668.5, 1669, 1738, 1742, 1743, 1805, 1806, 1807, 14026.5, 14028, 14028.5, 14061, 14061.5, 15011, 15018, 15018.5, 15039 and 15039.5, Insurance Code.

§ 2183.4. Criteria for Evaluating Rehabilitation.

The Commissioner may consider all of the evidence presented, including evidence offered by the licensee or applicant, to determine whether the licensee or applicant has sufficiently rehabilitated from the prior act, misconduct, or omission such that the licensee or applicant is fit to hold an insurance license. When evaluating the rehabilitation of an applicant for an insurance license, or when considering the suspension, revocation, and/or restriction of an insurance license, on the grounds of conviction of a crime or the commission of some other wrongful act, the Commissioner may consider criteria, including, but not limited to, the following:

(a) Nature and severity of the act, misconduct, or omission;

(b) Total criminal record;

(c) The time that has elapsed since commission of the act, misconduct, or omission; however, the mere passage of time without unlawful or wrongful activity is not alone sufficient to establish rehabilitation;

(d) Whether the licensee or applicant has complied with any terms of parole, probation, restitution or any other sanctions lawfully imposed against the licensee or applicant; however, termination of probation or parole or obtaining a Penal Code Section 1203.4 expungement of the conviction, or other comparable orders of a court, including federal courts, are not alone sufficient evidence of rehabilitation;

(e) Whether the licensee or applicant has made any restitution or done anything to recompense the injured party or to alleviate the wrong or damage caused by the act, misconduct, or omission;

(f) Significant and/or conscientious involvement in community or privately-sponsored programs designed to provide social benefits or to ameliorate social problems.

Note: Authority cited: Section 12921, Insurance Code. Reference: Sections 1668, 1668.1, 1668.5, 1669, 1738, 1742, 1743, 1805, 1806, 1807, 14026.5, 14028, 14028.5, 14061, 14061.5, 15011, 15018, 15018.5, 15039 and 15039.5, Insurance Code.

CDI_000000275

| From: | kathy Lynch |
|-------|-------------|
| To: | Zoller, Kendra |
| Subject: | contact information |
| Date: | Monday, March 9, 2015 6:40:19 PM |

Hi Kendra- I understand the department seemed confused about my representation of the bail industry which is startling since I have represented them for over a decade and also served on the CDI bail ad hoc committee.

I wanted to provide my contact information below. It also was suggested I wasn't registered for bail which is a ridiculous thing for anybody to suggest since I am listed on the Secretary of State's website. I think it's clear the SOS is updating the website with all the new registrations for the new session as its clearly identified that on their website especially if you go to the drop down which lists the last registration period for all lobbyists. I am disturbed by the suggestion I would be unregistered but lobbying.

A simple phone call would have worked nicely. We are strongly opposed to your approach in this bill and deeply concerned about the way it was introduced in a vacuum.

Kathy

----------------------------------------

Lynch & Associates

1127 11<sup>th</sup> Street, Suite 610

Sacramento, CA 95814

Tel: (916) 443-0202

Fax: (916) 443-7353

Cell: (916) 838-6600

E-Mail: lynch@lynchlobby.com

CONFIDENTIALITY NOTICE: This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. If you are not an intended recipient, then you have received this confidential communication in error. Any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message, and any attached file(s), is strictly prohibited and you may be liable to the sender and/or the intended recipient(s) for violating this confidentiality notice. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message or by telephoning Kathryn Lynch at (916) 443-0202, and permanently delete the original e-mail message, and any attached file(s), and all electronic or paper copies.

CDI_000000276

| | |
|---|---|
| **From:** | Geri Campana |
| **To:** | Kosits, Larissa |
| **Subject:** | Fw: bail meeting agenda 2010 |
| **Date:** | Tuesday, March 10, 2015 3:37:55 PM |
| **Attachments:** | bail meeting agenda 2010.doc |

On Tuesday, March 30, 2010 2:32 PM, "Kosits, Larissa" <KositsL@insurance.ca.gov> wrote:

Dear CDI BAIL ad hoc committee meeting participants,

Thank you all for participating in the meeting this Thursday, April 1st, from 1pm to 3pm. Please see the attached agenda. Again, please let me know if you have any thoughts about the agenda items or if there are any corrections that should be made.

Those of you meeting in San Francisco (45 Fremont St.) may check in with security in the downstairs lobby, your name will be in the system. Please come right up to the 23rd floor.

In Sacramento (300 Capitol Mall), the meeting will be on the 17th floor. Sherry is the receptionist; you will be required to sign in.

In LA, be forewarned, the building has metal detectors. Please go to the 9th floor. An executive assistant will show you to the room.

The Rancho Cucamonga office meeting is at 9674 Archibald Avenue, #100.

Thank you all very much. Please don't hesitate to contact me with any questions via email or phone. I look forward to seeing you all on the 1st.

Larissa
415 538 4132

CDI_000000277

CDI Bail ad hoc committee
Thursday, April 1, 2010

**Present**: San Francisco: **Jesse Huff**, Chief Deputy Insurance Commissioner (Chair); **Adam Cole**, General Counsel; **Patty Staggs**, Deputy General Counsel; **Jerry Whitfield**, Assistant Chief Counsel; **Larissa Kosits**, Senior Staff Counsel; **Al Lopez**, President of California Bail Agents Association; **Geri Campana**, legislative liaison for California Bail Agents Association; **Brian Nairin**, President and Chief Executive Officer of AIA; **Rob Hayes**, President and Chief Executive Officer of Two Jinn; **Kathy Lynch**, Lynch & Associates

Sacramento: **Rick Plein**, Deputy Commissioner Enforcement Branch; **Topo Padilla**, President Golden State Bail Agents Association

Los Angeles: **Curt Hagman**, Assembly Member 60th District

Rancho Cucamonga: **Michael Godard**, Division Chief Investigations; **Eric Hubner**, Supervising Criminal Investigator; **Brad Botts**, S.C.S. San Bernardino County Sheriff's Department, West Valley Detention Center.

**Excused**:

1. Chair Jesse Huff opens the meeting, introductions                                    10 mins

2. NEW Business: 5 topics                                                              15 mins each topic

(A) Legislative issue: Developing a $5/bond fee that goes toward a special fund for CDI to use for bail enforcement (same as Fraud and auto compliance, etc.) It would pay for more investigators and attorneys and be more proactive in regulating industry.

(B) Surety involvement and oversight of bail agents – there should be more. Does this involve self-regulating, legislation, or both?

(C) Unlawful solicitation issues. (CCR 2074, 2079, 2079.1, 2080)

(D) Unlicensed activities. Groups (like GPE) who are unlicensed and active in the bail bonds business.

(E) Understanding rebating better – is financing the same as rebating? Policy enforcement question vs. the legal question of "is it ok to rebate".

3. Other topic from the floor?

4. Discuss time/date for next meeting.

REMINDER: Agenda topics for next meeting should be submitted to Larissa the week before meeting or they will not be on the agenda.

5. Jesse Huff adjourns the meeting.

| | |
|---|---|
| **From:** | Geri Campana |
| **To:** | Kosits, Larissa |
| **Subject:** | FWD ........ FYI re: Cheryl Burns |
| **Date:** | Tuesday, December 6, 2011 11:00:35 AM |

Hi Larissa,

I am copying you into a response I sent to Cheryl Burns, President of Bail USA. I am not sure why she inquired (I do not know her) however, I went back into my emails to give her a broad sweeping answer. I found your old email of 2/9/10 stating Jesse Huff wanted a few names and your statement to Brian "as you know, I proposed this a few years ago"..... referencing the task force committee you, Al, Barry and I started. Thanks to YOU, we evolved into our Ad Hoc and Educ. subcommittee......

Just wanted to keep you in the loop...........

The year is moving quickly to the end. What days are you in SF and what days are you off?
Kisses to Cassie........

Geri


--- On **Mon, 12/5/11, Geri Campana** *<gcampana@sbcglobal.net>* wrote:


From: Geri Campana <gcampana@sbcglobal.net>
Subject: Re: RE:
To: "Cheryl Burns" <cburns@bailusa.net>
Date: Monday, December 5, 2011, 9:30 PM


Hi Cheryl,

Well, let me start with the following.

In 2007 I met with the Calif Dept of Ins Sr. Staff Counsel, Larissa Kosits and we discussed a possible relationship between the bail industry and the CDI. We started out with CBAA members Al Lopez, Barry Pearlstein and myself.......and CDI attorney, Larissa Kosits. Unfortunately, our comittee really did not take off....... however, we became familiar with those willing to work together to better our industry and develop a relationship.

On February 9, 2010...... I received an email from the CDI stating "Chief Deputy Insurance Commissioner Jesse Huff wanted a few names of **people in the California bail industry to "serve on an internal committee communicating regularly with the bail industry".**

On the committee:

Chief Deputy Ins Commissioner, Jesse Huff - Chair

General Counsel, Adam Cole

Deputy General Counsel, Patty Staggs

Assistant Chief Counsel, Jerry Whitfield (now retired)

Sr. Staff Counsel, Larissa Kosits

Deputy Comissioner Enforcement Branch, Rick Plein

Division Chief Investigations, Michael Goddard

Supervising Criminal Investigator, Eric Hubner

**By invitation:**

President CBAA, Al Lopez

President GSBAA, Topo Padilla

CBAA Board Member, Geri Campana

CDI_000000279

President and Chief Executive Officer of AIA, Brian Nairin (California surety)
President and Chief Executive Officer of Two Jinn, Rob Hayes (California Corp.)
Since the inception of the Ad Hoc Committee some have retired and CBAA has a new
President elect, Vera Robles-Dewitt.
Last spring we developed an Education Sub Committee. We met numerous times to
rewrite California's prelicensing education program. What a team! Bail agents, surety
and CDI. During this time we suspended the Ad Hoc meetings and will resume in
2012.
Not sure about future agenda yet............ and no, we are not a secret committee. We
are dedicated Californians (in the bail industry) working together with the CDI to
improve communication to better our industry.
Geri*

--- On **Mon, 11/28/11, Cheryl Burns *<cburns@bailusa.net>*** wrote:

From: Cheryl Burns <cburns@bailusa.net>
Subject: Re: RE:
To: "Geri Campana" <gcampana@sbcglobal.net>
Date: Monday, November 28, 2011, 12:55 PM

Geri

I certainly do understand. Thank you.

Cheryl

Sent from my iPad

On Nov 28, 2011, at 2:32 PM, Geri Campana <gcampana@sbcglobal.net>
wrote:

Hi Cheryl,
Thank you for your email.......... due to the holiday and being out
of the office, I have things I must attend to today. Email is
good........... I'll try to answer your questions after I catch up a bit.
Hope you understand........... thank you.
Geri

--- On **Sun, 11/27/11, Cheryl Burns *<cburns@bailusa.net>***
wrote:

From: Cheryl Burns <cburns@bailusa.net>
Subject: RE:
To: "Geri Campana" <gcampana@sbcglobal.net>
Date: Sunday, November 27, 2011, 12:41 PM

Dear Geri,
I hope you had a wonderful Thanksgiving Holiday. This is

one of my favorite Holidays. The kids and grandkids where home making it a special time.

When you have some time I would like to know more about the California Ad Hoc Committee. I have been told that it was started by the DOI and several bail agents in California are a part of the group. Let me start by saying that I think bail agents working with the DOI is a wonderful idea, my concern is that no one seems to know what their mission is. My questions are as follows:

     1. What is the mission of the committee?
     2. Who is on the committee?
     3. What have they accomplished thus far?
     4. What is on the agenda to review in 2012?
     5. Why does everyone say it is a secret committee?

I am sure I will have more questions as we communicate, but those are the big questions I have right at this moment. I know sometimes it is easier to speak then write an email. If you would prefer to call me that is fine as well. My telephone number is 800-245-0366. I will be on the road from Monday to Thursday so if you would like to set up a time for us to chat on Friday that would be perfect.

Thank you very much for your time.

---

**From:** Geri Campana [mailto:gcampana@sbcglobal.net]
**Sent:** Wednesday, November 23, 2011 6:12 PM
**To:** Al Lopez; Gloria Mitchell
**Cc:** Cherl Burns
**Subject:** Re:

Thank you and Happy Thanksgiving to all,
Sure have Cheryl send me an email........ I will be out and about due to the holiday.
Geri

--- On **Wed, 11/23/11, Gloria Mitchell**
<*ms.bail@yahoo.com*> wrote:

From: Gloria Mitchell <ms.bail@yahoo.com>
Subject:
To: "gcampana@sbcglobal.net"
<gcampana@sbcglobal.net>, "Al Lopez"
<lopezbail@yahoo.com>
Cc: "Cherl Burns" <cburns@bailusa.net>
Date: Wednesday, November 23, 2011, 1:09 PM

Geri or Al
I received a call from Cheryl Burns, President of Bail USA regarding a question on Ad HOC Committee, I informed her that maybe you could help out with her questions.
Thank you so much, to each of you have a Wonderful Thanksgiving with your families.
Sincerely,
Gloria Mitchell

CDI_000000281

GLORIA MITCHELL BAIL BONDS
359 W. Mission Blvd.
Pomona, California 91766
(909) 622-2626 Office
(909) 865-8883 Fax
This message and any attached documents
contain information from Gloria Mitchell or
Gloria Mitchell Bail Bonds that is confidential
and/or privileged. If you are not the intended
recipient, you may not read, copy, distribute, or
use this information. If you have received this
transmission in error, please notify the sender
immediately by reply e-mail and then delete this
message. Thank you.

CDI_000000282



May 21, 2012

Dave Jones
Insurance Commissioner
300 Capitol Mall, Suite 1700
Sacramento, CA 95814

> Re: **Use of Surrender Power as a Collection Tool aka Premium Chasing**

Dear Commissioner Jones:

Golden State Bail Agents Association (GSBAA) is a trade association representing the California bail industry. The purpose of the association is to promote the understanding of the bail industry's important role in California's criminal justice system and to protect the rights of its citizens. The Association is headquartered in Sacramento, California, but has members throughout California. The members of GSBAA include bail employees, bail agents and bail insurance companies.

We condemn the unethical conduct of a small group of bail agents that are using the surrender power as a collection tool. Pursuant to Penal Code Section 1300(b), the defendant should only be surrendered for good cause prior to forfeiture. Mere failure to pay premium is not good cause for surrender.

Therefore, we hereby request that this matter be added to the agenda of the California Department of Insurance bail ad hoc committee and prioritized on that agenda so that we can work with the DOI to craft a solution to this problem. We have had success working with the ad hoc committee in the past and this collaboration has borne fruit in the form of AB 2303, the insurance omnibus bill.

This bail industry is committed to professionalism in its ranks and is interested in working with the DOI on a reasonable solution to this matter.

Should you have any questions please contact our legislative advocate, Kathryn Lynch, at (916) 443-0202.

Sincerely,

*John Bench*

John Bench, President
Golden State Bail Agents Association

cc:     Assemblymember Tom Ammiano
        Mr. Michael Martinez, Department of Insurance
        Mr. Gregory Pagan, Chief Consultant, Assembly Public Safety Committee
        Ms. Kathryn Lynch, Legislative Advocate
        Golden State Bail Agents Association

---

P.O. Box 391 Sacramento, CA 95814
(866) 333-6551 Office ■ (866) 946-9330 Fax
www.gsbaa.org

CDI_000000283

| | |
|---|---|
| **From:** | Geri Campana |
| **To:** | Kosits, Larissa |
| **Subject:** | How it all began......... |
| **Date:** | Friday, September 23, 2011 12:32:19 PM |

Larissa,

CBAA's 32nd convention is coming up October 2nd thru the 4th. Would it be possible for you to write a very brief article regarding the below questions that members are asking ???

- "when & how did the Ad Hoc committee develop?" (I tell them it evolved out of our "Bail Task Force" which was formed in March 2007.) see below emails
- Brief description of the Ad Hoc committee's goals.........
- Bail licensing subcommittee (I am very proud to say, we just finished the outline and excited to see new classes and tests implemented)

I will include the 2007 photo of the original task force (you, Barry Pearlstein, Al Lopez and myself..... which was taken in your library).
Thank you!!!
Geri***

Sounds great!

-----Original Message-----
**From:** Geri Campana [mailto:gcampana@sbcglobal.net]
**Sent:** Wednesday, March 21, 2007 4:08 PM
**To:** Kosits, Larissa
**Subject:** RE: CBAA Newsletters in the future

Sure, you can contact him...you can let him know about our "task force" or whatever you want to call it. I think it would be a great way for you both to get word out to the membership. He says there are deadline changes to remind agent on, repeat common type errors to inform applicants to fill out correctly. Sometimes he has to write to the same person 4 or 5 times.................etc.

I would like to work with both of you to have something in our newsletters.......

I would like to hear from both of you re: ideas.

Geri

*"Kosits, Larissa" <KositsL@insurance.ca.gov>* wrote:

This is great, maybe Rodney can work with me internally. Does he know you will implementing this? can I contact him and say we have spoken, etc?

-----Original Message-----
**From:** Geri Campana [mailto:gcampana@sbcglobal.net]
**Sent:** Wednesday, March 21, 2007 12:57 PM
**To:** Kosits, Larissa
**Subject:** Fwd: CBAA Newsletters in the future

Forwarding info...............this could be a way for you or anyone with the DOI to get a message out there.

CDI_000000284

Geri

CDI_000000285

| | |
|---|---|
| **From:** | Durbin, Amy |
| **To:** | Kosits, Larissa |
| **Subject:** | RE: ad hoc bail committee meeting |
| **Date:** | Wednesday, September 28, 2011 11:17:18 AM |

Hi Larissa,

In chatting with the Assemblyman, he would like to attend the Ad Hoc meeting if possible. Right now, of the dates you provided in the last email, November 29th and November 30th would be best, and possibly November 22nd. I know not everyone seems able to attend on these dates based upon the response emails I've seen, so if another date is picked that doesn't work for the Assemblyman that is fine, Jeff can just relay back to Assemblyman Hagman the details of the meeting.

Thanks!

Amy Durbin
Scheduler/Legislative Aide
Assemblyman Curt Hagman, 60th District
Phone: 916.319.2060
Fax: 916.319.2160
Email: amy.durbin@asm.ca.gov

-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, September 27, 2011 4:45 PM
To: Durbin, Amy
Subject: Re: ad hoc bail committee meeting

Hi Amy,
Jeff did tell me that any days are good with him.
Thanks, sorry to miss the Assemblyman,
Larissa

_____

From: "Durbin, Amy" <Amy.Durbin@asm.ca.gov>
Date: Tue, 27 Sep 2011 16:33:07 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>
Subject: RE: ad hoc bail committee meeting

Hi Larissa,

I apologize for not responding sooner! I don't believe Assemblyman Hagman is going to be attending this one but I still need to find out if someone will be there on his behalf. I will follow up with you very soon!

Thanks,

Amy Durbin
Scheduler/Legislative Aide
Assemblyman Curt Hagman, 60th District
Phone: 916.319.2060
Fax: 916.319.2160
Email: amy.durbin@asm.ca.gov

From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, September 27, 2011 1:23 PM
To: Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric;

CDI_000000286

brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie
Cc: Cano, Raquel; Manalaysay, Elvira
Subject: RE: ad hoc bail committee meeting

Apologies for the lag-time in following up. I was out sick.

I have not heard from all of you, however, as I have from most of you it seems that none of these October dates work for even a small portion of the committee. How does November work for people? November 1, 15, 17 after 2:30 pm, and 22, 29, 30 starting at 1, are the days and times Adam and Patty have available.

Thanks,
Larissa

_____

From: Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
Sent: Friday, September 16, 2011 10:28 PM
To: Kosits, Larissa
Cc: Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie; Cano, Raquel; Manalaysay, Elvira
Subject: Re: ad hoc bail committee meeting Larissa,

Welcome back, I hope all is well with you and your family.

With regard to the dates for our next meeting, I think there is going to be an issue with the October 3-5 dates, in those are the dates for the CBAA Convention.

So the mid-October date might be the one we focus on.

Take care and seen you soon,

Topo Padilla
(916) 425-0980 Cell
(916) 446-2663 Office

On Sep 16, 2011, at 4:03 PM, "Kosits, Larissa"
<Larissa.Kosits@insurance.ca.gov<mailto:Larissa.Kosits@insurance.ca.gov>> wrote:
Greetings ad hoc bail committee members, happy Friday!

At the ad hoc bail committee meeting last March, a subcommittee was established to develop a prelicensing bail education curriculum. This subcommittee has been meeting regularly and is almost done with a draft. The next step is to provide the draft to the ad hoc bail committee; so the question is when can you all meet again? I am also aware there are other issues some of you may wish to have on the agenda. Please let me know what these may be so that Adam can review them for the agenda.

Previously we have met on Thursdays from 1-3 PM; using that as a starting point, the following are some available dates. Thursdays will only work for Adam if you can meet from 12-2 PM. Tuesday, October 4th, and Wednesdays, October 5th and 19th, are each available from 1-3 PM.

Please get back to me with your availability as soon as you can. If these dates and times do not work for you, please provide ones that do. As always, we would like as many participants as possible.
Please do not hesitate to contact me with any questions or possible agenda items.
Thanks very much,
Larissa

CDI_000000287

415 538 4132

CDI_000000288

| | |
|---|---|
| **From:** | Durbin, Amy |
| **To:** | Kosits, Larissa |
| **Subject:** | RE: ad hoc bail committee meeting |
| **Date:** | Tuesday, September 27, 2011 4:47:19 PM |

Perfect, thanks, Larissa!

Amy Durbin
Scheduler/Legislative Aide
Assemblyman Curt Hagman, 60th District
Phone: 916.319.2060
Fax: 916.319.2160
Email: amy.durbin@asm.ca.gov

-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, September 27, 2011 4:45 PM
To: Durbin, Amy
Subject: Re: ad hoc bail committee meeting

Hi Amy,
Jeff did tell me that any days are good with him.
Thanks, sorry to miss the Assemblyman,
Larissa

_____
From: "Durbin, Amy" <Amy.Durbin@asm.ca.gov>
Date: Tue, 27 Sep 2011 16:33:07 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>
Subject: RE: ad hoc bail committee meeting

Hi Larissa,

I apologize for not responding sooner! I don't believe Assemblyman Hagman is going to be attending this one but I still need to find out if someone will be there on his behalf. I will follow up with you very soon!

Thanks,

Amy Durbin
Scheduler/Legislative Aide
Assemblyman Curt Hagman, 60th District
Phone: 916.319.2060
Fax: 916.319.2160
Email: amy.durbin@asm.ca.gov

From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, September 27, 2011 1:23 PM
To: Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric;
brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com;
lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge,
Nettie
Cc: Cano, Raquel; Manalaysay, Elvira
Subject: RE: ad hoc bail committee meeting

Apologies for the lag-time in following up. I was out sick.

I have not heard from all of you, however, as I have from most of you it seems that none of these October dates work for even a small portion of the committee. How does November work for people? November 1, 15, 17 after 2:30 pm, and 22, 29, 30 starting at 1, are the days and times Adam and Patty have available.

Thanks,
Larissa

_____

From: Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
Sent: Friday, September 16, 2011 10:28 PM
To: Kosits, Larissa
Cc: Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie; Cano, Raquel; Manalaysay, Elvira
Subject: Re: ad hoc bail committee meeting Larissa,

Welcome back, I hope all is well with you and your family.

With regard to the dates for our next meeting, I think there is going to be an issue with the October 3-5 dates, in those are the dates for the CBAA Convention.

So the mid-October date might be the one we focus on.

Take care and seen you soon,

Topo Padilla
(916) 425-0980 Cell
(916) 446-2663 Office

On Sep 16, 2011, at 4:03 PM, "Kosits, Larissa"
<Larissa.Kosits@insurance.ca.gov<mailto:Larissa.Kosits@insurance.ca.gov>> wrote:
Greetings ad hoc bail committee members, happy Friday!

At the ad hoc bail committee meeting last March, a subcommittee was established to develop a prelicensing bail education curriculum. This subcommittee has been meeting regularly and is almost done with a draft. The next step is to provide the draft to the ad hoc bail committee; so the question is when can you all meet again? I am also aware there are other issues some of you may wish to have on the agenda. Please let me know what these may be so that Adam can review them for the agenda.

Previously we have met on Thursdays from 1-3 PM; using that as a starting point, the following are some available dates. Thursdays will only work for Adam if you can meet from 12-2 PM. Tuesday, October 4th, and Wednesdays, October 5th and 19th, are each available from 1-3 PM.

Please get back to me with your availability as soon as you can. If these dates and times do not work for you, please provide ones that do. As always, we would like as many participants as possible.
Please do not hesitate to contact me with any questions or possible agenda items.
Thanks very much,
Larissa
415 538 4132

CDI_000000290

| From: | Topo Padilla |
|---|---|
| To: | Kosits, Larissa |
| Subject: | RE: ad hoc bail committee meeting |
| Date: | Tuesday, September 27, 2011 3:32:35 PM |

Larissa,

I am so glad to hear you are back to work. Good words were said about you at our last sub-committee meeting. Looking forward to getting back to our good work for the industry.

I am going to be out of town from November 3-15th. So any day other than those would be great for me.

Let me know how that works and I will be ready to go.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

**From:** Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
**Sent:** Tuesday, September 27, 2011 1:23 PM
**To:** Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie
**Cc:** Cano, Raquel; Manalaysay, Elvira
**Subject:** RE: ad hoc bail committee meeting

Apologies for the lag-time in following up. I was out sick.

I have not heard from all of you, however, as I have from most of you it seems that none of these October dates work for even a small portion of the committee. How does November work for people? November 1, 15, 17 after 2:30 pm, and 22, 29, 30 starting at 1, are the days and times Adam and Patty have available.

Thanks,

Larissa

**From:** Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
**Sent:** Friday, September 16, 2011 10:28 PM
**To:** Kosits, Larissa
**Cc:** Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie; Cano, Raquel; Manalaysay, Elvira
**Subject:** Re: ad hoc bail committee meeting

Larissa,

Welcome back, I hope all is well with you and your family.

With regard to the dates for our next meeting, I think there is going to be an issue with the October 3-5 dates, in those are the dates for the CBAA Convention.

So the mid-October date might be the one we focus on.

Take care and seen you soon,

Topo Padilla
(916) 425-0980 Cell
(916) 446-2663 Office

On Sep 16, 2011, at 4:03 PM, "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov> wrote:

CDI_000000291

Greetings ad hoc bail committee members, happy Friday!

At the ad hoc bail committee meeting last March, a subcommittee was established to develop a prelicensing bail education curriculum. This subcommittee has been meeting regularly and is almost done with a draft. The next step is to provide the draft to the ad hoc bail committee; so the question is when can you all meet again? I am also aware there are other issues some of you may wish to have on the agenda. Please let me know what these may be so that Adam can review them for the agenda.

Previously we have met on Thursdays from 1-3 PM; using that as a starting point, the following are some available dates. Thursdays will only work for Adam if you can meet from 12-2 PM. Tuesday, October 4th, and Wednesdays, October 5th and 19th, are each available from 1-3 PM.

Please get back to me with your availability as soon as you can. If these dates and times do not work for you, please provide ones that do. As always, we would like as many participants as possible.

Please do not hesitate to contact me with any questions or possible agenda items.

Thanks very much,

Larissa

415 538 4132

| | |
|---|---|
| **From:** | Geri Campana |
| **To:** | Kosits, Larissa |
| **Subject:** | RE: ad hoc bail committee meeting |
| **Date:** | Tuesday, September 27, 2011 2:50:09 PM |

Hey Larissa........ it isn't flexibility....... I need to get a life! Thx for taking the time in your busy day to write an article for CBAA
G***

--- On **Tue, 9/27/11, Kosits, Larissa <*Larissa.Kosits@insurance.ca.gov*>** wrote:

From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
Subject: RE: ad hoc bail committee meeting
To: "'Geri Campana'" <gcampana@sbcglobal.net>
Date: Tuesday, September 27, 2011, 1:40 PM

As always, thanks for your flexibility. I sent a draft of the blurb for cbaa to press guy, waiting.

---

**From:** Geri Campana [mailto:gcampana@sbcglobal.net]
**Sent:** Tuesday, September 27, 2011 1:37 PM
**To:** Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; AmyDurbin; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie; Kosits, Larissa
**Cc:** Cano, Raquel; Manalaysay, Elvira
**Subject:** RE: ad hoc bail committee meeting

I am available any of those days........... just let me know.
Geri***

--- On **Tue, 9/27/11, Kosits, Larissa <*Larissa.Kosits@insurance.ca.gov*>** wrote:

From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
Subject: RE: ad hoc bail committee meeting
To: "Cole, Adam" <Adam.Cole@insurance.ca.gov>, "Campbell, Teresa"
<Teresa.Campbell@insurance.ca.gov>, "Staggs, Patricia"
<Patricia.Staggs@insurance.ca.gov>, "Plein, Rick"
<Rick.Plein@insurance.ca.gov>, "Godard, Michael"
<Michael.Godard@insurance.ca.gov>, "Hubner, Eric"
<Eric.Hubner@insurance.ca.gov>, "brian.nairin@aiasurety.com"
<'brian.nairin@aiasurety.com'>, "gcampana@sbcglobal.net"
<'gcampana@sbcglobal.net'>, "rhayes@twojinn.com"
<'rhayes@twojinn.com'>, "topo@gregpadillabailbonds.com"
<'topo@gregpadillabailbonds.com'>, "lynch@lynchlobby.com"
<'lynch@lynchlobby.com'>, "lopezbail@yahoo.com"
<'lopezbail@yahoo.com'>, "Durbin, Amy" <Amy.Durbin@asm.ca.gov>,
"jeffrysorenson@yahoo.com" <jeffrysorenson@yahoo.com>, "LeVine,
Harry" <Harry.Levine@insurance.ca.gov>, "Hoge, Nettie"

&lt;Nettie.Hoge@insurance.ca.gov&gt;
Cc: "Cano, Raquel" &lt;Raquel.Cano@insurance.ca.gov&gt;, "Manalaysay, Elvira"
&lt;Elvira.Manalaysay@insurance.ca.gov&gt;
Date: Tuesday, September 27, 2011, 1:23 PM

Apologies for the lag-time in following up. I was out sick.
I have not heard from all of you, however, as I have from most of you it seems
that none of these October dates work for even a small portion of the
committee. How does November work for people? November 1, 15, 17 after
2:30 pm, and 22, 29, 30 starting at 1, are the days and times Adam and Patty
have available.
Thanks,
Larissa

**From:** Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
**Sent:** Friday, September 16, 2011 10:28 PM
**To:** Kosits, Larissa
**Cc:** Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael;
Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net;
rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com;
lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge,
Nettie; Cano, Raquel; Manalaysay, Elvira
**Subject:** Re: ad hoc bail committee meeting

Larissa,

Welcome back, I hope all is well with you and your family.

With regard to the dates for our next meeting, I think there is going to be an
issue with the October 3-5 dates, in those are the dates for the CBAA
Convention.

So the mid-October date might be the one we focus on.

Take care and seen you soon,

Topo Padilla
(916) 425-0980 Cell
(916) 446-2663 Office

On Sep 16, 2011, at 4:03 PM, "Kosits, Larissa"
&lt;Larissa.Kosits@insurance.ca.gov&gt; wrote:

> Greetings ad hoc bail committee members, happy Friday!
> At the ad hoc bail committee meeting last March, a subcommittee
> was established to develop a prelicensing bail education
> curriculum. This subcommittee has been meeting regularly and is
> almost done with a draft. The next step is to provide the draft to
> the ad hoc bail committee; so the question is when can you all
> meet again? I am also aware there are other issues some of you

may wish to have on the agenda. Please let me know what these may be so that Adam can review them for the agenda. Previously we have met on Thursdays from 1-3 PM; using that as a starting point, the following are some available dates. Thursdays will only work for Adam if you can meet from 12-2 PM. Tuesday, October 4th, and Wednesdays, October 5th and 19th, are each available from 1-3 PM.

Please get back to me with your availability as soon as you can. If these dates and times do not work for you, please provide ones that do. As always, we would like as many participants as possible.

Please do not hesitate to contact me with any questions or possible agenda items.

Thanks very much,

Larissa

415 538 4132

CDI_000000295

| From: | Rob Hayes |
|---|---|
| To: | Topo Padilla |
| Cc: | Kosits, Larissa; Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; LeVine, Harry; Hoge, Nettie; Cano, Raquel; Manalaysay, Elvira |
| Subject: | Re: ad hoc bail committee meeting |
| Date: | Saturday, September 17, 2011 8:30:34 AM |

Thanks Larissa, October 5 is open for me. The other dates offered do not work. I am generally available Oct 24 for the rest of the month.

Sent from my iPhone

On Sep 16, 2011, at 10:37 PM, "Topo Padilla" <Topo@gregpadillabailbonds.com> wrote:

> Larissa,
>
> Welcome back, I hope all is well with you and your family.
>
> With regard to the dates for our next meeting, I think there is going to be an issue with the October 3-5 dates, in those are the dates for the CBAA Convention.
>
> So the mid-October date might be the one we focus on.
>
> Take care and seen you soon,
>
> Topo Padilla
> (916) 425-0980 Cell
> (916) 446-2663 Office
>
> On Sep 16, 2011, at 4:03 PM, "Kosits, Larissa"
> <Larissa.Kosits@insurance.ca.gov> wrote:
>
>> Greetings ad hoc bail committee members, happy Friday!
>> At the ad hoc bail committee meeting last March, a subcommittee was established to develop a prelicensing bail education curriculum. This subcommittee has been meeting regularly and is almost done with a draft. The next step is to provide the draft to the ad hoc bail committee; so the question is when can you all meet again? I am also aware there are other issues some of you may wish to have on the agenda. Please let me know what these may be so that Adam can review them for the agenda.
>> Previously we have met on Thursdays from 1-3 PM; using that as a starting point, the following are some available dates. Thursdays will only work for Adam if you can meet from 12-2 PM. Tuesday, October 4th, and Wednesdays, October 5th and 19th, are each available from 1-3 PM.
>>
>> Please get back to me with your availability as soon as you can. If

CDI_000000296

these dates and times do not work for you, please provide ones that do. As always, we would like as many participants as possible.

Please do not hesitate to contact me with any questions or possible agenda items.

Thanks very much,

Larissa

415 538 4132

CDI_000000297

| | |
|---|---|
| **From:** | Geri Campana |
| **To:** | Cole, Adam; Campbell, Teresa; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; "brian.nairin@aiasurety.com"; "gcampana@sbcglobal.net"; "rhayes@twojinn.com"; "topo@gregpadillabailbonds.com"; "lynch@lynchlobby.com"; "lopezbail@yahoo.com"; Amy""Durbin; "jeffrysorenson@yahoo.com"; LeVine, Harry; Hoge, Nettie; Kosits, Larissa |
| **Cc:** | Cano, Raquel; Manalaysay, Elvira |
| **Subject:** | Re: ad hoc bail committee meeting |
| **Date:** | Friday, September 16, 2011 5:26:01 PM |

Everything works for me except October 4th. The California Bail Agent's Assoc. convention is Oct. 2nd thru the 4th therefore, I will be in San Diego.
Thank you,
Geri***
--- On **Fri, 9/16/11, Kosits, Larissa *<Larissa.Kosits@insurance.ca.gov>*** wrote:

From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
Subject: ad hoc bail committee meeting
To: "Cole, Adam" <Adam.Cole@insurance.ca.gov>, "Campbell, Teresa"
<Teresa.Campbell@insurance.ca.gov>, "Staggs, Patricia"
<Patricia.Staggs@insurance.ca.gov>, "Plein, Rick" <Rick.Plein@insurance.ca.gov>,
"Godard, Michael" <Michael.Godard@insurance.ca.gov>, "Hubner, Eric"
<Eric.Hubner@insurance.ca.gov>, "'brian.nairin@aiasurety.com'"
<'brian.nairin@aiasurety.com'>, "'gcampana@sbcglobal.net'"
<'gcampana@sbcglobal.net'>, "'rhayes@twojinn.com'" <'rhayes@twojinn.com'>,
"'topo@gregpadillabailbonds.com'" <'topo@gregpadillabailbonds.com'>,
"'lynch@lynchlobby.com'" <'lynch@lynchlobby.com'>, "'lopezbail@yahoo.com'"
<'lopezbail@yahoo.com'>, "Durbin, Amy'" <Amy.Durbin@asm.ca.gov>,
"'jeffrysorenson@yahoo.com'" <jeffrysorenson@yahoo.com>, "LeVine, Harry"
<Harry.Levine@insurance.ca.gov>, "Hoge, Nettie" <Nettie.Hoge@insurance.ca.gov>
Cc: "Cano, Raquel" <Raquel.Cano@insurance.ca.gov>, "Manalaysay, Elvira"
<Elvira.Manalaysay@insurance.ca.gov>
Date: Friday, September 16, 2011, 4:09 PM

Greetings ad hoc bail committee members, happy Friday!
At the ad hoc bail committee meeting last March, a subcommittee was established to
develop a prelicensing bail education curriculum. This subcommittee has been
meeting regularly and is almost done with a draft. The next step is to provide the draft
to the ad hoc bail committee; so the question is when can you all meet again? I am
also aware there are other issues some of you may wish to have on the agenda. Please
let me know what these may be so that Adam can review them for the agenda.
Previously we have met on Thursdays from 1-3 PM; using that as a starting point, the
following are some available dates. Thursdays will only work for Adam if you can
meet from 12-2 PM. Tuesday, October 4th, and Wednesdays, October 5th and 19th,
are each available from 1-3 PM.

Please get back to me with your availability as soon as you can. If these dates and
times do not work for you, please provide ones that do. As always, we would like as
many participants as possible.

Please do not hesitate to contact me with any questions or possible agenda items.

CDI_000000298

Thanks very much,

Larissa

415 538 4132

CDI_000000299

| From: | Geri Campana |
|---|---|
| To: | Kosits, Larissa |
| Subject: | Re: bail meeting agenda 2010 |
| Date: | Wednesday, March 31, 2010 10:46:33 AM |

Thank you.......see you tomorrow.
G*

--- On **Tue, 3/30/10, Kosits, Larissa <*KositsL@insurance.ca.gov*>** wrote:

From: Kosits, Larissa <KositsL@insurance.ca.gov>
Subject: bail meeting agenda 2010
To: "Huff, Jesse" <HuffJ@insurance.ca.gov>, "Cole, Adam"
<ColeA@insurance.ca.gov>, "Whitfield, Jerry" <WhitfieldJ@insurance.ca.gov>,
"Staggs, Patricia" <StaggsP@insurance.ca.gov>, "Plein, Rick"
<PleinR@insurance.ca.gov>, "Godard, Michael" <GodardM@insurance.ca.gov>,
"Hubner, Eric" <HubnerE@insurance.ca.gov>, "Kosits, Larissa"
<KositsL@insurance.ca.gov>, "'bbotts@sbcsd.org'" <bbotts@sbcsd.org>,
"'brian.nairin@aiasurety.com'" <brian.nairin@aiasurety.com>,
"'gcampana@sbcglobal.net'" <gcampana@sbcglobal.net>, "'rhayes@twojinn.com'"
<rhayes@twojinn.com>, "'topo@gregpadillabailbonds.com'"
<topo@gregpadillabailbonds.com>, "'lynch@lynchlobby.com'"
<lynch@lynchlobby.com>, "'lopezbail@yahoo.com'" <lopezbail@yahoo.com>,
"'Roberts, Lyndsay'" <Lyndsay.Roberts@asm.ca.gov>
Cc: "Strange, Lisa" <StrangeL@insurance.ca.gov>
Date: Tuesday, March 30, 2010, 2:32 PM

Dear CDI BAIL ad hoc committee meeting participants,

Thank you all for participating in the meeting this Thursday, April 1st, from 1pm to
3pm. Please see the attached agenda. Again, please let me know if you have any
thoughts about the agenda items or if there are any corrections that should be made.

Those of you meeting in San Francisco (45 Fremont St.) may check in with security in
the downstairs lobby, your name will be in the system. Please come right up to the
23rd floor.

In Sacramento (300 Capitol Mall), the meeting will be on the 17th floor. Sherry is the
receptionist; you will be required to sign in.

In LA, be forewarned, the building has metal detectors. Please go to the 9th floor. An
executive assistant will show you to the room.

The Rancho Cucamonga office meeting is at 9674 Archibald Avenue, #100.

Thank you all very much. Please don't hesitate to contact me with any questions via
email or phone. I look forward to seeing you all on the 1st.

Larissa

CDI_000000300

415 538 4132

CDI_000000301

| From: | Topo Padilla |
| To: | Kosits, Larissa |
| Subject: | RE: bail meeting agenda august 2010 |
| Date: | Tuesday, August 17, 2010 2:46:59 PM |

Not yet working on an outline at this time.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 17, 2010 2:04 PM
To: Topo Padilla
Subject: RE: bail meeting agenda august 2010

No worries.  Have you all already set up times and places to meet??

-----Original Message-----
From: Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
Sent: Tuesday, August 17, 2010 1:22 PM
To: Kosits, Larissa
Subject: RE: bail meeting agenda august 2010

I will get you some of my sub-committee work soon.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 17, 2010 1:02 PM
To: Topo Padilla
Subject: RE: bail meeting agenda august 2010

Thank for your dates!  I think what's most important right now is the subcommittee work.  Maybe people can adjust to end of October.  I'll let you know.

-----Original Message-----
From: Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
Sent: Tuesday, August 17, 2010 12:55 PM
To: Kosits, Larissa
Subject: RE: bail meeting agenda august 2010

Yes that is true I am going to be gone from October 30 through November 20th. I just confirmed those dates, so I had not yet said anything to the group. What is best for the group is what we have to work with. If need be I can always call in.

Thank you for checking with me.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

CDI_000000302

-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 17, 2010 12:33 PM
To: Topo Padilla
Subject: FW: bail meeting agenda august 2010

Topo-
Kathy says you're out for a November meeting?  Is that true or am I reading what she wrote incorrectly.  Let me know which month is better for you.  Nov seems to be best for everyone else (except Assemblyman Hagman).
Larissa

-----Original Message-----
From: lynch@lynchlobby.com [mailto:lynch@lynchlobby.com]
Sent: Monday, August 16, 2010 12:45 PM
To: Kosits, Larissa
Subject: Re: bail meeting agenda august 2010

I won't be there in November and late to get. Bill package ready for december when they return I know Topo is out too Sent on the Sprint(r) Now Network from my BlackBerry(r)

-----Original Message-----
From: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Date: Mon, 16 Aug 2010 11:30:05
To: Kathryn A. Lynch<lynch@lynchlobby.com>; Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff, Jesse<Jesse.Huff@insurance.ca.gov>; Cole, Adam<Adam.Cole@insurance.ca.gov>; Whitfield, Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia<Patricia.Staggs@insurance.ca.gov>; Plein, Rick<Rick.Plein@insurance.ca.gov>; Godard, Michael<Michael.Godard@insurance.ca.gov>; Hubner, Eric<Eric.Hubner@insurance.ca.gov>; 'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>;
'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin, Amy'<Amy.Durbin@asm.ca.gov>
Reply-To: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: Re: bail meeting agenda august 2010

Thanks for your input Kathy. What does everyone else think? CDI is happy to stay with November as that is what the general consensus was when the meeting was adjourning. In light of Kathy's thoughts, anyone have anything they would like to add in favor of October? Or should we stick to November and let the subcommittees work as was discussed in the meeting on Friday?

Just let me know,
Larissa

_____
From: "Kathryn A. Lynch" <lynch@lynchlobby.com>
Date: Fri, 13 Aug 2010 17:52:18 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff, Jesse<Jesse.Huff@insurance.ca.gov>; Cole, Adam<Adam.Cole@insurance.ca.gov>; Whitfield, Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia<Patricia.Staggs@insurance.ca.gov>; Plein, Rick<Rick.Plein@insurance.ca.gov>; Godard, Michael<Michael.Godard@insurance.ca.gov>; Hubner, Eric<Eric.Hubner@insurance.ca.gov>;
'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>; 'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin, Amy'<Amy.Durbin@asm.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>

CDI_000000303

Subject: RE: bail meeting agenda august 2010

Larissa- As always thank you for the good meeting today. Feels like we are moving forward with some productive work together. I am sorry I was out of the room when you discussed the next meeting date. In light of sponsoring or proposing legislation for next session it would be best if we could meet in October for our next meeting to review those proposals. That gives us a little time to talk to our respective interests , other stakeholders and pursue authors/plan for the 2011 session which actually starts in December . Just wanted to put my two cents in for the next meeting. Thank you again and have a nice weekend.

Kathryn Lynch
Lynch & Associates
1127 11th Street, Suite 610
Sacramento, CA 95814
Tel: (916) 443-0202
Fax: (916) 443-7353
Cell: (916) 838-6600
Email: lynch@lynchlobby.com

CONFIDENTIALITY NOTICE: This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. If you are not an intended recipient, then you have received this confidential communication in error. Any review, use, dissemination, forwarding, printing, copying or other distribution of this e-mail message, and any attached file(s), is strictly prohibited and you may be liable to the sender and/or the intended recipient(s) for violating this confidentiality notice. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message or by telephoning Kathryn Lynch at (916) 443-0202, and permanently delete the original email message, and any attached file(s), and all electronic or paper copies.

From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Wednesday, August 04, 2010 4:45 PM
To: Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; 'bbotts@sbcsd.org'; 'brian.nairin@aiasurety.com'; 'gcampana@sbcglobal.net'; 'rhayes@twojinn.com'; 'topo@gregpadillabailbonds.com'; 'lynch@lynchlobby.com'; 'lopezbail@yahoo.com'; 'Durbin, Amy'
Cc: Strange, Lisa
Subject: bail meeting agenda august 2010

Dear CDI Bail ad hoc committee meeting members,

Our next meeting is August 13, 2010. Attached please find the agenda and one handout relating to agenda item #1. Another handout will follow that relates to item #4's last bullet point.

As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.

I know some of you have indicated that you will not be able to attend, should that change please let me know.

Please don't hesitate to contact me for any reason via email or phone.  I look forward to seeing you all on August 13.

Larissa
415 538 4132

| From: | Topo Padilla |
|---|---|
| To: | Kosits, Larissa |
| Subject: | RE: bail meeting agenda august 2010 |
| Date: | Tuesday, August 17, 2010 1:21:34 PM |

I will get you some of my sub-committee work soon.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 17, 2010 1:02 PM
To: Topo Padilla
Subject: RE: bail meeting agenda august 2010

Thank for your dates! I think what's most important right now is the subcommittee work. Maybe people can adjust to end of October. I'll let you know.

-----Original Message-----
From: Topo Padilla [mailto:Topo@gregpadillabailbonds.com]
Sent: Tuesday, August 17, 2010 12:55 PM
To: Kosits, Larissa
Subject: RE: bail meeting agenda august 2010

Yes that is true I am going to be gone from October 30 through November 20th. I just confirmed those dates, so I had not yet said anything to the group. What is best for the group is what we have to work with. If need be I can always call in.

Thank you for checking with me.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com
-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 17, 2010 12:33 PM
To: Topo Padilla
Subject: FW: bail meeting agenda august 2010

Topo-
Kathy says you're out for a November meeting? Is that true or am I reading what she wrote incorrectly. Let me know which month is better for you. Nov seems to be best for everyone else (except Assemblyman Hagman).
Larissa

-----Original Message-----
From: lynch@lynchlobby.com [mailto:lynch@lynchlobby.com]
Sent: Monday, August 16, 2010 12:45 PM
To: Kosits, Larissa
Subject: Re: bail meeting agenda august 2010

I won't be there in November and late to get. Bill package ready for december when they return I know Topo is out too Sent on the Sprint(r) Now Network from my BlackBerry(r)

CDI_000000305

-----Original Message-----
From: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Date: Mon, 16 Aug 2010 11:30:05
To: Kathryn A. Lynch<lynch@lynchlobby.com>; Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff,
Jesse<Jesse.Huff@insurance.ca.gov>; Cole, Adam<Adam.Cole@insurance.ca.gov>; Whitfield,
Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia<Patricia.Staggs@insurance.ca.gov>; Plein,
Rick<Rick.Plein@insurance.ca.gov>; Godard, Michael<Michael.Godard@insurance.ca.gov>; Hubner,
Eric<Eric.Hubner@insurance.ca.gov>; 'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>;
'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin,
Amy'<Amy.Durbin@asm.ca.gov>
Reply-To: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: Re: bail meeting agenda august 2010

Thanks for your input Kathy. What does everyone else think? CDI is happy to stay with November as that is what
the general consensus was when the meeting was adjourning. In light of Kathy's thoughts, anyone have anything
they would like to add in favor of October? Or should we stick to November and let the subcommittees work as was
discussed in the meeting on Friday?

Just let me know,
Larissa

_____
From: "Kathryn A. Lynch" <lynch@lynchlobby.com>
Date: Fri, 13 Aug 2010 17:52:18 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff, Jesse<Jesse.Huff@insurance.ca.gov>; Cole,
Adam<Adam.Cole@insurance.ca.gov>; Whitfield, Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs,
Patricia<Patricia.Staggs@insurance.ca.gov>; Plein, Rick<Rick.Plein@insurance.ca.gov>; Godard,
Michael<Michael.Godard@insurance.ca.gov>; Hubner, Eric<Eric.Hubner@insurance.ca.gov>;
'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>; 'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin,
Amy'<Amy.Durbin@asm.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: RE: bail meeting agenda august 2010

Larissa- As always thank you for the good meeting today. Feels like we are moving forward with some productive
work together. I am sorry I was out of the room when you discussed the next meeting date. In light of sponsoring or
proposing legislation for next session it would be best if we could meet in October for our next meeting to review
those proposals. That gives us a little time to talk to our respective interests , other stakeholders and pursue authors/
plan for the 2011 session which actually starts in December . Just wanted to put my two cents in for the next
meeting. Thank you again and have a nice weekend.

Kathryn Lynch
Lynch & Associates
1127 11th Street, Suite 610
Sacramento, CA 95814
Tel: (916) 443-0202
Fax: (916) 443-7353
Cell: (916) 838-6600
Email: lynch@lynchlobby.com

CONFIDENTIALITY NOTICE: This e-mail message and any attached files are confidential and are intended solely
for the use of the addressee(s) named above. If you are not an intended recipient, then you have received this

confidential communication in error. Any review, use, dissemination, forwarding, printing, copying or other distribution of this e-mail message, and any attached file(s), is strictly prohibited and you may be liable to the sender and/or the intended recipient(s) for violating this confidentiality notice. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message or by telephoning Kathryn Lynch at (916) 443-0202, and permanently delete the original email message, and any attached file(s), and all electronic or paper copies.

From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Wednesday, August 04, 2010 4:45 PM
To: Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; 'bbotts@sbcsd.org'; 'brian.nairin@aiasurety.com'; 'gcampana@sbcglobal.net'; 'rhayes@twojinn.com'; 'topo@gregpadillabailbonds.com'; 'lynch@lynchlobby.com'; 'lopezbail@yahoo.com'; 'Durbin, Amy'
Cc: Strange, Lisa
Subject: bail meeting agenda august 2010

Dear CDI Bail ad hoc committee meeting members,

Our next meeting is August 13, 2010. Attached please find the agenda and one handout relating to agenda item #1. Another handout will follow that relates to item #4's last bullet point.

As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.

I know some of you have indicated that you will not be able to attend, should that change please let me know.

Please don't hesitate to contact me for any reason via email or phone. I look forward to seeing you all on August 13.

Larissa
415 538 4132

CDI_000000307

| From: | Topo Padilla |
|---|---|
| To: | Kosits, Larissa |
| Subject: | RE: bail meeting agenda august 2010 |
| Date: | Tuesday, August 17, 2010 12:55:13 PM |

Yes that is true I am going to be gone from October 30 through November 20th. I just confirmed those dates, so I had not yet said anything to the group. What is best for the group is what we have to work with. If need be I can always call in.

Thank you for checking with me.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com
-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 17, 2010 12:33 PM
To: Topo Padilla
Subject: FW: bail meeting agenda august 2010

Topo-
Kathy says you're out for a November meeting?  Is that true or am I reading what she wrote incorrectly.  Let me know which month is better for you.  Nov seems to be best for everyone else (except Assemblyman Hagman).
Larissa

-----Original Message-----
From: lynch@lynchlobby.com [mailto:lynch@lynchlobby.com]
Sent: Monday, August 16, 2010 12:45 PM
To: Kosits, Larissa
Subject: Re: bail meeting agenda august 2010

I won't be there in November and late to get. Bill package ready for december when they return I know Topo is out too Sent on the Sprint(r) Now Network from my BlackBerry(r)

-----Original Message-----
From: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Date: Mon, 16 Aug 2010 11:30:05
To: Kathryn A. Lynch<lynch@lynchlobby.com>; Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff, Jesse<Jesse.Huff@insurance.ca.gov>; Cole, Adam<Adam.Cole@insurance.ca.gov>; Whitfield, Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia<Patricia.Staggs@insurance.ca.gov>; Plein, Rick<Rick.Plein@insurance.ca.gov>; Godard, Michael<Michael.Godard@insurance.ca.gov>; Hubner, Eric<Eric.Hubner@insurance.ca.gov>; 'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>;
'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin, Amy'<Amy.Durbin@asm.ca.gov>
Reply-To: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: Re: bail meeting agenda august 2010

Thanks for your input Kathy. What does everyone else think? CDI is happy to stay with November as that is what the general consensus was when the meeting was adjourning. In light of Kathy's thoughts, anyone have anything they would like to add in favor of October? Or should we stick to November and let the subcommittees work as was discussed in the meeting on Friday?

Just let me know,
Larissa

From: "Kathryn A. Lynch" <lynch@lynchlobby.com>
Date: Fri, 13 Aug 2010 17:52:18 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff, Jesse<Jesse.Huff@insurance.ca.gov>; Cole,
Adam<Adam.Cole@insurance.ca.gov>; Whitfield, Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs,
Patricia<Patricia.Staggs@insurance.ca.gov>; Plein, Rick<Rick.Plein@insurance.ca.gov>; Godard,
Michael<Michael.Godard@insurance.ca.gov>; Hubner, Eric<Eric.Hubner@insurance.ca.gov>;
'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>; 'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin,
Amy'<Amy.Durbin@asm.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: RE: bail meeting agenda august 2010

Larissa- As always thank you for the good meeting today. Feels like we are moving forward with some productive
work together. I am sorry I was out of the room when you discussed the next meeting date. In light of sponsoring or
proposing legislation for next session it would be best if we could meet in October for our next meeting to review
those proposals. That gives us a little time to talk to our respective interests , other stakeholders and pursue authors/
plan for the 2011 session which actually starts in December . Just wanted to put my two cents in for the next
meeting.  Thank you again and have a nice weekend.

Kathryn Lynch
Lynch & Associates
1127 11th Street, Suite 610
Sacramento, CA 95814
Tel: (916) 443-0202
Fax: (916) 443-7353
Cell: (916) 838-6600
Email: lynch@lynchlobby.com

CONFIDENTIALITY NOTICE: This e-mail message and any attached files are confidential and are intended solely
for the use of the addressee(s) named above. If you are not an intended recipient, then you have received this
confidential communication in error. Any review, use, dissemination, forwarding, printing, copying or other
distribution of this e-mail message, and any attached file(s), is strictly prohibited and you may be liable to the sender
and/or the intended recipient(s) for violating this confidentiality notice. If you have received this confidential
communication in error, please notify the sender immediately by reply e-mail message or by telephoning Kathryn
Lynch at (916) 443-0202, and permanently delete the original email message, and any attached file(s), and all
electronic or paper copies.

From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Wednesday, August 04, 2010 4:45 PM
To: Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric;
'bbotts@sbcsd.org'; 'brian.nairin@aiasurety.com'; 'gcampana@sbcglobal.net'; 'rhayes@twojinn.com';
'topo@gregpadillabailbonds.com'; 'lynch@lynchlobby.com'; 'lopezbail@yahoo.com'; 'Durbin, Amy'
Cc: Strange, Lisa
Subject: bail meeting agenda august 2010

Dear CDI Bail ad hoc committee meeting members,

Our next meeting is August 13, 2010.  Attached please find the agenda and one handout relating to agenda item #1.
Another handout will follow that relates to item #4's last bullet point.

As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to

CDI_000000309

see all sureties have, before you appoint a bail agent.

I know some of you have indicated that you will not be able to attend, should that change please let me know.

Please don't hesitate to contact me for any reason via email or phone. I look forward to seeing you all on August 13.

Larissa
415 538 4132

CDI_000000310

From:      lynch@lynchlobby.com
To:        Kosits, Larissa
Subject:   Re: bail meeting agenda august 2010
Date:      Monday, August 16, 2010 12:44:37 PM

I won't be there in November and late to get. Bill package ready for december when they return
I know Topo is out too
Sent on the Sprint® Now Network from my BlackBerry®

-----Original Message-----
From: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Date: Mon, 16 Aug 2010 11:30:05
To: Kathryn A. Lynch<lynch@lynchlobby.com>; Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff,
Jesse<Jesse.Huff@insurance.ca.gov>; Cole, Adam<Adam.Cole@insurance.ca.gov>; Whitfield,
Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia<Patricia.Staggs@insurance.ca.gov>; Plein,
Rick<Rick.Plein@insurance.ca.gov>; Godard, Michael<Michael.Godard@insurance.ca.gov>; Hubner,
Eric<Eric.Hubner@insurance.ca.gov>; 'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>;
'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin,
Amy'<Amy.Durbin@asm.ca.gov>
Reply-To: "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: Re: bail meeting agenda august 2010

Thanks for your input Kathy. What does everyone else think? CDI is happy to stay with November as that is what
the general consensus was when the meeting was adjourning. In light of Kathy's thoughts, anyone have anything
they would like to add in favor of October? Or should we stick to November and let the subcommittees work as was
discussed in the meeting on Friday?

Just let me know,
Larissa

_____
From: "Kathryn A. Lynch" <lynch@lynchlobby.com>
Date: Fri, 13 Aug 2010 17:52:18 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>; Huff, Jesse<Jesse.Huff@insurance.ca.gov>; Cole,
Adam<Adam.Cole@insurance.ca.gov>; Whitfield, Jerry<Jerry.Whitfield@insurance.ca.gov>; Staggs,
Patricia<Patricia.Staggs@insurance.ca.gov>; Plein, Rick<Rick.Plein@insurance.ca.gov>; Godard,
Michael<Michael.Godard@insurance.ca.gov>; Hubner, Eric<Eric.Hubner@insurance.ca.gov>;
'bbotts@sbcsd.org'<'bbotts@sbcsd.org'>; 'brian.nairin@aiasurety.com'<'brian.nairin@aiasurety.com'>;
'gcampana@sbcglobal.net'<'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com'<'rhayes@twojinn.com'>;
'topo@gregpadillabailbonds.com'<'topo@gregpadillabailbonds.com'>;
'lynch@lynchlobby.com'<'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com'<'lopezbail@yahoo.com'>; 'Durbin,
Amy'<Amy.Durbin@asm.ca.gov>
Cc: Strange, Lisa<Lisa.Strange@insurance.ca.gov>
Subject: RE: bail meeting agenda august 2010

Larissa- As always thank you for the good meeting today. Feels like we are moving forward with some productive
work together. I am sorry I was out of the room when you discussed the next meeting date. In light of sponsoring or
proposing legislation for next session it would be best if we could meet in October for our next meeting to review
those proposals. That gives us a little time to talk to our respective interests , other stakeholders and pursue authors/
plan for the 2011 session which actually starts in December . Just wanted to put my two cents in for the next
meeting. Thank you again and have a nice weekend.

CDI_000000311

Kathryn Lynch
Lynch & Associates
1127 11th Street, Suite 610
Sacramento, CA 95814
Tel: (916) 443-0202
Fax: (916) 443-7353
Cell: (916) 838-6600
Email: lynch@lynchlobby.com

CONFIDENTIALITY NOTICE: This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. If you are not an intended recipient, then you have received this confidential communication in error. Any review, use, dissemination, forwarding, printing, copying or other distribution of this e-mail message, and any attached file(s), is strictly prohibited and you may be liable to the sender and/or the intended recipient(s) for violating this confidentiality notice. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message or by telephoning Kathryn Lynch at (916) 443-0202, and permanently delete the original email message, and any attached file(s), and all electronic or paper copies.

From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Wednesday, August 04, 2010 4:45 PM
To: Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; 'bbotts@sbcsd.org'; 'brian.nairin@aiasurety.com'; 'gcampana@sbcglobal.net'; 'rhayes@twojinn.com'; 'topo@gregpadillabailbonds.com'; 'lynch@lynchlobby.com'; 'lopezbail@yahoo.com'; 'Durbin, Amy'
Cc: Strange, Lisa
Subject: bail meeting agenda august 2010

Dear CDI Bail ad hoc committee meeting members,

Our next meeting is August 13, 2010.  Attached please find the agenda and one handout relating to agenda item #1. Another handout will follow that relates to item #4's last bullet point.

As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.

I know some of you have indicated that you will not be able to attend, should that change please let me know.

Please don't hesitate to contact me for any reason via email or phone.  I look forward to seeing you all on August 13.

Larissa
415 538 4132

CDI_000000312

| From: | Topo Padilla |
|---|---|
| To: | Kosits, Larissa |
| Subject: | RE: bail meeting agenda august 2010 |
| Date: | Wednesday, August 4, 2010 5:19:08 PM |

Larissa,

How would I go about requesting an additional person from our industry to be added to this group? We have a Board Member (John Bench) from Southern California who is very active and would be a great asset.

Also, I gave you phone number to the management of the Sacramento County Main Jail, with regard to some questions they have. You may receive a call from Lt. Phil Brelje. He is a great guy and is trying to get to the bottom of some issues. In fact I will forward you u an e-mail that started this inquiry, so that you have a heads-up.

Talk to you soon,
Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com

**From:** Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
**Sent:** Wednesday, August 04, 2010 4:45 PM
**To:** Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; 'bbotts@sbcsd.org'; 'brian.nairin@aiasurety.com'; 'gcampana@sbcglobal.net'; 'rhayes@twojinn.com'; 'topo@gregpadillabailbonds.com'; 'lynch@lynchlobby.com'; 'lopezbail@yahoo.com'; 'Durbin, Amy'
**Cc:** Strange, Lisa
**Subject:** bail meeting agenda august 2010

Dear CDI Bail ad hoc committee meeting members,
Our next meeting is August 13, 2010. Attached please find the agenda and one handout relating to agenda item #1. Another handout will follow that relates to item #4's last bullet point.
As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.
I know some of you have indicated that you will not be able to attend, should that change please let me know.
Please don't hesitate to contact me for any reason via email or phone. I look forward to seeing you all on August 13.
Larissa
415 538 4132

CDI_000000313

From: Rob Hayes
To: Kosits, Larissa
Subject: Re: bail meeting agenda august 2010
Date: Wednesday, August 4, 2010 4:48:31 PM

I have a memo to distribute

---------------------------
Robert H. Hayes
Chief Executive Officer
Two Jinn, Inc.
(760) 431-9911
rhayes@twojinn.com

----- Original Message -----
From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
To: Rob Hayes
Sent: Wed Aug 04 16:47:30 2010
Subject: RE: bail meeting agenda august 2010

I'll ask Adam. Certainly you can bring it up under the last item.

-----Original Message-----
From: Rob Hayes [mailto:rhayes@twojinn.com]
Sent: Wednesday, August 04, 2010 4:47 PM
To: Kosits, Larissa
Subject: Re: bail meeting agenda august 2010

Can I add gov pay to the agenda

---------------------------
Robert H. Hayes
Chief Executive Officer
Two Jinn, Inc.
(760) 431-9911
rhayes@twojinn.com

----- Original Message -----
From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
To: Huff, Jesse <Jesse.Huff@insurance.ca.gov>; Cole, Adam <Adam.Cole@insurance.ca.gov>; Whitfield, Jerry <Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia <Patricia.Staggs@insurance.ca.gov>; Plein, Rick <Rick.Plein@insurance.ca.gov>; Godard, Michael <Michael.Godard@insurance.ca.gov>; Hubner, Eric <Eric.Hubner@insurance.ca.gov>; 'bbotts@sbcsd.org' <'bbotts@sbcsd.org'>; 'brian.nairin@aiasurety.com' <'brian.nairin@aiasurety.com'>; 'gcampana@sbcglobal.net' <'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com' <'rhayes@twojinn.com'>; 'topo@gregpadillabailbonds.com' <'topo@gregpadillabailbonds.com'>; 'lynch@lynchlobby.com' <'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com' <'lopezbail@yahoo.com'>; 'Durbin, Amy' <Amy.Durbin@asm.ca.gov>
Cc: Strange, Lisa <Lisa.Strange@insurance.ca.gov>
Sent: Wed Aug 04 16:45:24 2010
Subject: bail meeting agenda august 2010

Dear CDI Bail ad hoc committee meeting members,

CDI_000000314

Our next meeting is August 13, 2010. Attached please find the agenda and one handout relating to agenda item #1. Another handout will follow that relates to item #4's last bullet point.

As a reminder to a few of you members, please submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.

I know some of you have indicated that you will not be able to attend, should that change please let me know.

Please don't hesitate to contact me for any reason via email or phone. I look forward to seeing you all on August 13.

Larissa

415 538 4132

CDI_000000315

| From: | Rob Hayes |
|---|---|
| To: | "brian.nairin@aiasurety.com"; Kosits, Larissa |
| Cc: | "Topo@gregpadillabailbonds.com" |
| Subject: | Re: bail meeting reminder November 18, 2010 |
| Date: | Wednesday, November 17, 2010 8:40:32 AM |

Thank Brian

In light of this, and in light of the fact the three of us need to conference again on our tasks, I suggest that Topo explain our work is in progress and we should have a form for review at the next meeting. The same is true re: the education piece.

--------------------------

Robert H. Hayes
Chief Executive Officer
Two Jinn, Inc.
(760) 431-9911
rhayes@twojinn.com

**From**: Brian Nairin [mailto:brian.nairin@aiasurety.com]
**Sent**: Wednesday, November 17, 2010 08:25 AM
**To**: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
**Cc**: Rob Hayes; Topo Padilla <Topo@gregpadillabailbonds.com>
**Subject**: Re: bail meeting reminder November 18, 2010

Larissa: I am sorry to report that an unavoidable conflict has arisen that will prevent my participation on tomorrow. Sorry. Brian

Sent from my iPhone

On Nov 16, 2010, at 3:56 PM, "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov> wrote:

> Brian,
> Will you be prepared to give a follow up report on the two main follow up items from last meeting:
> 1. Draft a proposal for a more detailed notice of termination process; and
> 2. Draft a proposed bail agent training curriculum.
> I know Topo can not attend and that Rob is maybe a no-show. Have you three met and/or discussed what you'd like to present to the bigger committee? Let me know your thoughts.
> Thanks,
> Larissa

**From**: Brian Nairin [mailto:brian.nairin@aiasurety.com]
**Sent**: Tuesday, November 16, 2010 12:12 PM
**To**: Kosits, Larissa
**Cc**: Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; bbotts@sbcsd.org; brian.nairin@aiasurety.com; gcampana@sbcglobal.net; rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com; lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; Strange, Lisa; Cano, Raquel
**Subject**: Re: bail meeting reminder November 18, 2010

CDI_000000316

I'm planning to attend in LA. Thanks. Brian

Sent from my iPhone

On Nov 16, 2010, at 12:09 PM, "Kosits, Larissa"
<Larissa.Kosits@insurance.ca.gov> wrote:

> Dear CDI Bail ad hoc committee meeting members,
> A reminder that our next meeting is this Thursday, November 18,
> 2010, from 1-3 PM. Please let me know if you will attend and from
> what location. An agenda will follow either today or tomorrow.
> Please don't hesitate to contact me for any reason via email or phone.
> I look forward to seeing you all on Thursday.
> Larissa
> 415 538 4132

CDI_000000317

| From: | Topo Padilla |
|---|---|
| To: | Kosits, Larissa |
| Cc: | Brian Nairin; Rob Hayes |
| Subject: | Re: bail meeting reminder November 18, 2010 |
| Date: | Tuesday, November 16, 2010 4:27:22 PM |

I will be attending the meeting on Thursday. I am planning on being in San Francisco.

Topo Padilla
(916) 446-2663 Office
(916) 425-0980 Cell

On Nov 16, 2010, at 3:59 PM, "Kosits, Larissa" <Larissa.Kosits@insurance.ca.gov> wrote:

> Brian,
> Will you be prepared to give a follow up report on the two main follow up items
> from last meeting:
> 1. Draft a proposal for a more detailed notice of termination process; and
> 2. Draft a proposed bail agent training curriculum.
> I know Topo can not attend and that Rob is maybe a no-show. Have you three met
> and/or discussed what you'd like to present to the bigger committee? Let me
> know your thoughts.
> Thanks,
> Larissa
>
> ---
>
> **From:** Brian Nairin [mailto:brian.nairin@aiasurety.com]
> **Sent:** Tuesday, November 16, 2010 12:12 PM
> **To:** Kosits, Larissa
> **Cc:** Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael;
> Hubner, Eric; bbotts@sbcsd.org; brian.nairin@aiasurety.com; gcampana@sbcglobal.net;
> rhayes@twojinn.com; topo@gregpadillabailbonds.com; lynch@lynchlobby.com;
> lopezbail@yahoo.com; Durbin, Amy; jeffrysorenson@yahoo.com; Strange, Lisa; Cano,
> Raquel
> **Subject:** Re: bail meeting reminder November 18, 2010
> I'm planning to attend in LA. Thanks. Brian
>
> Sent from my iPhone
>
> On Nov 16, 2010, at 12:09 PM, "Kosits, Larissa"
> <Larissa.Kosits@insurance.ca.gov> wrote:
>
>> Dear CDI Bail ad hoc committee meeting members,
>> A reminder that our next meeting is this Thursday, November 18,
>> 2010, from 1-3 PM. Please let me know if you will attend and from
>> what location. An agenda will follow either today or tomorrow.
>> Please don't hesitate to contact me for any reason via email or phone.
>> I look forward to seeing you all on Thursday.
>> Larissa
>> 415 538 4132

CDI_000000318

| From: | Al Lopez |
| --- | --- |
| To: | Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein, Rick; Godard, Michael; Hubner, Eric; "bbotts@sbcsd.org"; "brian.nairin@aiasurety.com"; "gcampana@sbcglobal.net"; "rhayes@twojinn.com"; "topo@gregpadillabailbonds.com"; "lynch@lynchlobby.com"; "lopezbail@yahoo.com"; Amy""Durbin; "jeffrysorenson@yahoo.com"; Kosits, Larissa |
| Cc: | Strange, Lisa; Cano, Raquel |
| Subject: | Re: bail meeting reminder November 18, 2010 |
| Date: | Tuesday, November 16, 2010 1:33:26 PM |

Larissa,
I will need to attend the L.A. location.
Can you please send me the address?

**Al Lopez**
Ernie Lopez Bail Bonds
304 N. Pacific Coast Hwy /Redondo Beach, CA 90277
310-371-5548 / 310-798-6239 Fax
**lopezbail.com**

--- On **Tue, 11/16/10, Kosits, Larissa** *<Larissa.Kosits@insurance.ca.gov>* wrote:

From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
Subject: bail meeting reminder November 18, 2010
To: "Huff, Jesse" <Jesse.Huff@insurance.ca.gov>, "Cole, Adam"
<Adam.Cole@insurance.ca.gov>, "Whitfield, Jerry"
<Jerry.Whitfield@insurance.ca.gov>, "Staggs, Patricia"
<Patricia.Staggs@insurance.ca.gov>, "Plein, Rick" <Rick.Plein@insurance.ca.gov>,
"Godard, Michael" <Michael.Godard@insurance.ca.gov>, "Hubner, Eric"
<Eric.Hubner@insurance.ca.gov>, "'bbotts@sbcsd.org'" <'bbotts@sbcsd.org'>,
"'brian.nairin@aiasurety.com'" <'brian.nairin@aiasurety.com'>,
"'gcampana@sbcglobal.net'" <'gcampana@sbcglobal.net'>, "'rhayes@twojinn.com'"
<'rhayes@twojinn.com'>, "'topo@gregpadillabailbonds.com'"
<'topo@gregpadillabailbonds.com'>, "'lynch@lynchlobby.com'"
<'lynch@lynchlobby.com'>, "'lopezbail@yahoo.com'" <'lopezbail@yahoo.com'>,
"Durbin, Amy'" <Amy.Durbin@asm.ca.gov>, "'jeffrysorenson@yahoo.com'"
<jeffrysorenson@yahoo.com>
Cc: "Strange, Lisa" <Lisa.Strange@insurance.ca.gov>, "Cano, Raquel"
<Raquel.Cano@insurance.ca.gov>
Date: Tuesday, November 16, 2010, 12:10 PM

Dear CDI Bail ad hoc committee meeting members,

A reminder that our next meeting is this Thursday, November 18, 2010, from 1-3 PM.
Please let me know if you will attend and from what location. An agenda will follow
either today or tomorrow.

Please don't hesitate to contact me for any reason via email or phone. I look forward to
seeing you all on Thursday.

CDI_000000319

Larissa

415 538 4132

CDI_000000320

| From: | Rob Hayes |
| To: | Kosits, Larissa |
| Subject: | Re: bail meeting reminder November 18, 2010 |
| Date: | Tuesday, November 16, 2010 12:58:45 PM |

I am iffy at the moment-sorry!

---------------------------

Robert H. Hayes
Chief Executive Officer
Two Jinn, Inc.
(760) 431-9911
rhayes@twojinn.com

---

**From:** Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
**Sent:** Tuesday, November 16, 2010 12:10 PM
**To:** Huff, Jesse <Jesse.Huff@insurance.ca.gov>; Cole, Adam <Adam.Cole@insurance.ca.gov>; Whitfield, Jerry <Jerry.Whitfield@insurance.ca.gov>; Staggs, Patricia <Patricia.Staggs@insurance.ca.gov>; Plein, Rick <Rick.Plein@insurance.ca.gov>; Godard, Michael <Michael.Godard@insurance.ca.gov>; Hubner, Eric <Eric.Hubner@insurance.ca.gov>; 'bbotts@sbcsd.org' <'bbotts@sbcsd.org'>; 'brian.nairin@aiasurety.com' <'brian.nairin@aiasurety.com'>; 'gcampana@sbcglobal.net' <'gcampana@sbcglobal.net'>; 'rhayes@twojinn.com' <'rhayes@twojinn.com'>; 'topo@gregpadillabailbonds.com' <'topo@gregpadillabailbonds.com'>; 'lynch@lynchlobby.com' <'lynch@lynchlobby.com'>; 'lopezbail@yahoo.com' <'lopezbail@yahoo.com'>; 'Durbin, Amy' <Amy.Durbin@asm.ca.gov>; 'jeffrysorenson@yahoo.com' <jeffrysorenson@yahoo.com>
**Cc:** Strange, Lisa <Lisa.Strange@insurance.ca.gov>; Cano, Raquel <Raquel.Cano@insurance.ca.gov>
**Subject:** bail meeting reminder November 18, 2010

Dear CDI Bail ad hoc committee meeting members,
A reminder that our next meeting is this Thursday, November 18, 2010, from 1-3 PM. Please let me know if you will attend and from what location. An agenda will follow either today or tomorrow.
Please don't hesitate to contact me for any reason via email or phone. I look forward to seeing you all on Thursday.
Larissa
415 538 4132

CDI_000000321

| From: | Kazanis, Ioannis |
|---|---|
| To: | Kosits, Larissa |
| Subject: | RE: CBAA blurb |
| Date: | Tuesday, October 11, 2011 9:26:15 AM |
| Attachments: | Ad Hoc Bail Letter.doc |
| | Clear Day Bkgrd.JPG |

Sure, here it is.

**From:** Kosits, Larissa
**Sent:** Tuesday, October 11, 2011 9:08 AM
**To:** Kazanis, Ioannis
**Subject:** RE: CBAA blurb

forgot to ask again for a copy as I anticipate I might be asked for one myself. thanks again!!

**From:** Kazanis, Ioannis
**Sent:** Tuesday, October 11, 2011 8:25 AM
**To:** Kosits, Larissa
**Subject:** Re: CBAA blurb

Hi Larissa...made slight edits to your message but mainly kept it the same and I sent it to cbaa.

**From:** Kosits, Larissa
**Sent:** Tuesday, October 11, 2011 07:54 AM
**To:** Kazanis, Ioannis
**Subject:** FW: CBAA blurb

HI sorry to bother you, I know you're super busy. I am just following up as I never heard back from you. Still curious. THANKS!
Larissa

**From:** Kosits, Larissa
**Sent:** Wednesday, October 05, 2011 2:13 PM
**To:** Kazanis, Ioannis
**Subject:** CBAA blurb

Ioannis,

Did that ever get sent off to the CBAA people? If so, might I have a copy of what was sent. Thanks very much!

Larissa

STATE OF CALIFORNIA                                                    Dave Jones, *Insurance Commissioner*

**DEPARTMENT OF INSURANCE**
COMMUNICATIONS & PRESS RELATIONS
300 CAPITOL MALL, 1700
SACRAMENTO, CA 95814
(916) 492-3500
(916) 445-5280 (FAX)
www.insurance.ca.gov



September 30, 2011

The Ad Hoc Bail Committee was created to establish and maintain an effective line of communication between CDI, members of law enforcement, members of the legislature, and licensees, as well as provide new ideas for effective regulation of the bail industry. The committee was formed in March 2010 and had its first meeting April 1, 2010. The committee has formed subcommittees to deal with prelicensing bail education curriculum and other standard forms used by CDI and the industry. The committee and subcommittees meet on an as needed basis, with the next AD Hoc Committee meeting scheduled for November 2011.

The role of the Ad Hoc Bail Committee is an informal one. It is composed of CDI staff from the Executive level, Legal, Investigations, and Fraud Divisions of the Department, bail agents representing all areas of California, sureties, the lobbyist for the professional bail organizations, and an Assembly Member. The Committee identifies bail industry issues which need to be addressed and members work on how best to address these issues. The Committee fosters relationships with important stakeholders, the insurance industry, state legislators, law enforcement, consumers, and also with CDI staff.

Committee meetings have facilitated direct communication of CDI attorneys and investigators with members of the California legislature, members of law enforcement, and licensed members of the bail industry. As a result, committee members have provided CDI leadership in the department's enforcement of statutes and regulations as well as the development of legislation and regulations.

The Committee brings together public and private sector experts to develop innovative methods to enforce bail regulations and maintain CDI's number one priority of protecting insurance consumers by regulating the industry's practices and encouraging a healthy marketplace. With CBAA's help, we hope to continue to make important strides in this area.

CDI_000000323

| From: | Rob Hayes |
|---|---|
| To: | Kosits, Larissa; Huff, Jesse; Cole, Adam; Staggs, Patricia; Whitfield, Jerry; Plein, Rick; Hubner, Eric; Godard, Michael; "Botts, Brad"; "Kathryn A. Lynch"; "Durbin, Amy"; "Topo Padilla"; "Brian Nairin"; "Al Lopez"; "Geri Campana"; "jeffrysorenson@yahoo.com" |
| Cc: | Strange, Lisa |
| Subject: | RE: handout regarding agenda item #4 - last bullet point |
| Date: | Tuesday, August 10, 2010 12:27:13 PM |

Larissa,

It would be helpful to have a better understanding as to what the Department bases its belief upon that the current pre licensing is insufficient. I look forward to discussing this further at the meeting.

Thanks

_____

From: Kosits, Larissa [Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 10, 2010 11:51 AM
To: Huff, Jesse; Cole, Adam; Staggs, Patricia; Whitfield, Jerry; Plein, Rick; Hubner, Eric; Godard, Michael; 'Botts, Brad'; 'Kathryn A. Lynch'; 'Durbin, Amy'; 'Topo Padilla'; 'Brian Nairin'; 'Al Lopez'; 'Geri Campana'; Rob Hayes; 'jeffrysorenson@yahoo.com'
Cc: Strange, Lisa
Subject: handout regarding agenda item #4 - last bullet point

Dear CDI Bail ad hoc committee members,

Attached please find the handout regarding agenda item #4's last bullet point.

Please consider this another gentle reminder to submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.

Thanks again! I look forward to seeing most of you this Friday, the 13th at 10AM.
Larissa

CDI_000000324

| | |
|---|---|
| **From:** | Rob Hayes |
| **To:** | Kosits, Larissa; Huff, Jesse; Cole, Adam; Staggs, Patricia; Whitfield, Jerry; Plein, Rick; Hubner, Eric; Godard, Michael; "Botts, Brad"; "Kathryn A. Lynch"; "Durbin, Amy"; "Topo Padilla"; "Brian Nairin"; "Al Lopez"; "Geri Campana"; "jeffrysorenson@yahoo.com" |
| **Cc:** | Strange, Lisa |
| **Subject:** | RE: handout regarding agenda item #4 - last bullet point |
| **Date:** | Wednesday, August 11, 2010 8:41:09 AM |

I read with interest Eric's Handout regarding increased pre-licensing education for bail agents focused on fugitive apprehension. I agree that fugitive recovery is an area in need of legislative standards and with mandated prerequisitional training, particularly in light of of the lapse of Penal Code sections 1299 et seq. I question, however, whether enhanced pre-licensing education for bail agents squarely addresses the need.

As a practical matter, most retail bail agents (including my agency) contract with third-party vendors for fugitive recovery work. Many (if not most) of these individual operators are not licensed bail agents, and holding a bail agent's license has never been a requirement for performing recovery work. Indeed, with the lapse of section 1299, there are presently no prerequisites or educational standards of any kind to perform such work. Nor, under existing appellate rulings, are bail agents vicariously liable for the conduct of third party fugitive recovery agents. Accordingly, increased pre-licensing education in this connection would in large measure miss the intended audience.

Given these practical realities, I believe the Department would more productively use it's resources advocating for the re-institutiion of Penal Code section 1299, perhaps with heightened educational requirements along the lines suggested in Eric's handout. In addition, while section 1299 provided standards and prerequisites for the performance of recovery work, it did not explicitly vest regulatory oversight with any government agency. It may make also make sense to further enhance section 1299 to make fugitive recovery a licensed activity and vest regulatory oversight with the Bureau of Security and Investigative Services (a branch of the Bureau of Consumer Affairs).

I look forward to discussing this further on Friday

Rob

_____

From: Kosits, Larissa [Larissa.Kosits@insurance.ca.gov]
Sent: Tuesday, August 10, 2010 11:51 AM
To: Huff, Jesse; Cole, Adam; Staggs, Patricia; Whitfield, Jerry; Plein, Rick; Hubner, Eric; Godard, Michael; 'Botts, Brad'; 'Kathryn A. Lynch'; 'Durbin, Amy'; 'Topo Padilla'; 'Brian Nairin'; 'Al Lopez'; 'Geri Campana'; Rob Hayes; 'jeffrysorenson@yahoo.com'
Cc: Strange, Lisa
Subject: handout regarding agenda item #4 - last bullet point

Dear CDI Bail ad hoc committee members,

Attached please find the handout regarding agenda item #4's last bullet point.

Please consider this another gentle reminder to submit to me the standards that you already impose, or would like to see all sureties have, before you appoint a bail agent.

Thanks again! I look forward to seeing most of you this Friday, the 13th at 10AM.
Larissa

CDI_000000325

| From: | Geri Campana |
| --- | --- |
| To: | Kosits, Larissa |
| Subject: | Re: How it all began......... |
| Date: | Friday, September 23, 2011 3:11:52 PM |

Oops, it is just a little information update on working together... Not a formal newsletter. Agents always question what does CBAA do for us? Why should we be members......... how does the organization help our industry? A brief article from "upstairs" (the DOI) goes a long way to help increase membership and support our association..... Membership has suffered with the economy and our hope is to strengthen our industry with an active association that will improve with your help.
Geri***

--- On **Fri, 9/23/11, Kosits, Larissa <*Larissa.Kosits@insurance.ca.gov*>** wrote:

From: Kosits, Larissa <Larissa.Kosits@insurance.ca.gov>
Subject: Re: How it all began.........
To: "Geri Campana" <gcampana@sbcglobal.net>
Date: Friday, September 23, 2011, 2:50 PM

Looks like I got go ahead from press secretary- he wants to know the name of the publication. I said it was for newsletter for the convention.

From: Geri Campana <gcampana@sbcglobal.net>
Date: Fri, 23 Sep 2011 12:31:31 -0700
To: Kosits, Larissa<Larissa.Kosits@insurance.ca.gov>
Subject: How it all began.........

Larissa,
CBAA's 32nd convention is coming up October 2nd thru the 4th. Would it be possible for you to write a very brief article regarding the below questions that members are asking ???

* "when & how did the Ad Hoc committee develop?" (I tell them it evolved out of our "Bail Task Force" which was formed in March 2007.) see below emails
* Brief description of the Ad Hoc committee's goals.........
* Bail licensing subcommittee (I am very proud to say, we just finished the outline and excited to see new classes and tests implemented)

I will include the 2007 photo of the original task force (you, Barry Pearlstein, Al Lopez and myself..... which was taken in your library).
Thank you!!!
Geri***


Sounds great!

CDI_000000326

-----Original Message-----
From: Geri Campana [mailto:gcampana@sbcglobal.net]
Sent: Wednesday, March 21, 2007 4:08 PM
To: Kosits, Larissa
Subject: RE: CBAA Newsletters in the future

Sure, you can contact him...you can let him know about our "task force" or whatever
you want to call it. I think it would be a great way for you both to get word out to the
membership. He says there are deadline changes to remind agent on, repeat common
type errors to inform applicants to fill out correctly. Sometimes he has to write to the
same person 4 or 5 times.................etc.

I would like to work with both of you to have something in our newsletters.......

I would like to hear from both of you re: ideas.

Geri

"Kosits, Larissa" <KositsL@insurance.ca.gov> wrote:

This is great, maybe Rodney can work with me internally. Does he know you will
implementing this? can I contact him and say we have spoken, etc?

-----Original Message-----
From: Geri Campana [mailto:gcampana@sbcglobal.net]
Sent: Wednesday, March 21, 2007 12:57 PM
To: Kosits, Larissa
Subject: Fwd: CBAA Newsletters in the future

Forwarding info...............this could be a way for you or anyone with the DOI to get a
message out there.

Geri

From:     Topo Padilla
To:       Kosits, Larissa
Subject:  RE: next bail ad hoc committee meeting
Date:     Friday, May 7, 2010 10:53:39 AM

Is the main meeting room going to be in San Francisco? If so, I will come to
San Francisco for this meeting.

Thanks for getting this meeting set-up.

Topo Padilla
(916) 446-2663 Office
topo@gregpadillabailbonds.com
-----Original Message-----
From: Kosits, Larissa [mailto:Larissa.Kosits@insurance.ca.gov]
Sent: Thursday, May 06, 2010 3:53 PM
To: Huff, Jesse; Cole, Adam; Whitfield, Jerry; Staggs, Patricia; Plein,
Rick; Godard, Michael; Hubner, Eric; 'bbotts@sbcsd.org';
'brian.nairin@aiasurety.com'; 'gcampana@sbcglobal.net';
'rhayes@twojinn.com'; 'topo@gregpadillabailbonds.com';
'lynch@lynchlobby.com'; 'lopezbail@yahoo.com'
Cc: Strange, Lisa
Subject: next bail ad hoc committee meeting


Dear CDI BAIL ad hoc committee meeting members,

Thank you all for participating in the meeting of April 1, 2010. At the
conclusion of that meeting it was determined we would meet again the week of
June 7th. The specific date and time have now been selected:

June 10th, again from 1pm to 3pm.  The various video conference rooms have
again been reserved in our various CDI locations.  Please mark your
calendars.

Please contact me and let me know if you will be attending once again, and
from what location you will be participating.  An agenda and further
information will follow.

Please don't hesitate to contact me with any questions via email or phone.
I look forward to seeing you all on the 10th.

Larissa
415 538 4132

CDI_000000328

 

May 5, 2015

Commissioner Dave Jones
California Department of Insurance
300 Capitol Mall, Suite 1700
Sacramento, CA 95814

Dear Commissioner Jones:

The California Bail Agents Association and the Golden State Bail Agents Association are seeking to revive the Ad Hoc Committee that served the bail industry and the Department of Insurance (DOI) for many years.  This committee was composed of management personnel and others from the DOI and industry leaders from the bail industry.

This Ad Hoc Committee, formed during Commissioner Poizner's administration in 2010, worked well in dealing with legislative, administrative and legal activities.  This committee was effective and created a positive environment for the bail industry and DOI personnel that was productive for all.

When this committee was in place, we jointly increased the pre-licensing education hours for new bail agents.  This resulted in more productive and efficient bail agents that are better able to comply with the law.  In addition, enforcement issues were discussed openly and resolved, leading to more efficient investigations.  This committee also allowed discussion of touchy issues such as fugitive recovery and helped to seek resolution through additional clean-up legislation and committee bills.

As we know from the DOI's sponsorship of AB 1406 (Gordon), most of the enforcement problems alleged in this bill could have been avoided if this committee was in place.  It is unfair to sponsor legislation before doing due diligence by discussing the matter with the stakeholders who are impacted financially.

Title 10 regulations are an example of the work that should be done together in an Ad Hoc Committee and managed on an on-going basis as changes in the law occur.

The bail industry is composed of a number of intelligent, hardworking entrepreneurs who are able to work with the DOI to make good policy and help to enact laws that will protect the consumers of the State of California.

Therefore, we are asking for you to restart the Ad Hoc Bail Committee which has worked so well in the past. We stand united to assist you in this effort and welcome your response.

Sincerely,

Maggie Kreins, MCBA, President
California Bail Agents Association

John Bench, President
Golden State Bail Agents Association

cc:  Assemblymember Richard Gordon
     Ms. Kathryn Lynch, Legislative Advocate