UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA BAIL BOND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 19-cv-00717-JST (DMR)<br><br>**ORDER ON DISCOVERY LETTER**<br><br>Re: Dkt. No. 478 |

Plaintiffs Shonetta Crain and Kira Monterrey filed a unilateral discovery letter on July 3, 2024 seeking to compel discovery from third parties BBBB Bonding Corp., dba Bad Boys Bail Bonds ("Bad Boys") and Jeffrey Stanley (CEO of Bad Boys). [Docket No. 478.] Plaintiffs shall immediately serve this order, the unilateral discovery letter, and this court's Standing Order on the third parties and file proof of service with the court.

Plaintiffs and the third parties are ordered to meet and confer. If any disputes remain, they shall file a joint discovery letter by **July 30, 2024** pursuant to the requirements of the Standing Order. Plaintiffs' unilateral discovery letter is denied without prejudice.

**IT IS SO ORDERED.**

Dated: July 9, 2024

_____
Donna M. Ryu
Chief Magistrate Judge