1  Dean M. Harvey (State Bar No. 250298)
   dharvey@lchb.com
2  Katherine Lubin Benson (State Bar No. 259826)
   kbenson@lchb.com
3  Michelle A. Lamy (State Bar No. 308174)
   mlamy@lchb.com
4  Miriam E. Marks (State Bar No. 332351)
   mmarks@lchb.com
5  Emily N. Harwell (*pro hac vice*)
   eharwell@lchb.com
6  Nicole M. Rubin (*pro hac vice*)
   nrubin@lchb.com
7  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
8  San Francisco, CA  94111-3339
   Telephone:  415.956.1000
9  Facsimile:  415.956.1008

10  *Interim Class Counsel*

11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                    **OAKLAND DIVISION**

15

16  IN RE CALIFORNIA BAIL BOND           Case No.  4:19-cv-00717-JST-DMR
    ANTITRUST LITIGATION
17                                       **DECLARATION OF DEAN M. HARVEY
                                         IN SUPPORT OF PLAINTIFFS' MOTION**
18  This Document Relates To:            **FOR CLASS CERTIFICATION**

19
    ALL ACTIONS
20

21

22

23

24

25

26

27

28

3142273.3                                HARVEY DECL. ISO MOTION FOR CLASS CERT.
                                         CASE NO. 4:19-CV-00717-JST-DMR

1    I, Dean M. Harvey, declare as follows:

2    1.    I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff

3    Cabraser"), which was appointed Interim Class Counsel in the above captioned case. I have

4    personal knowledge of the facts herein and, if called upon to testify to those facts, I could and

5    would do so competently.

6    2.    Founded in 1972, Lieff Cabraser is a 125+ attorney AV-rated law firm with offices

7    in San Francisco, New York, Nashville, and Munich. We have served as Court-appointed

8    Plaintiffs' Lead or Class Counsel in many hundreds of state and federal coordinated, multi-

9    district, and complex litigations throughout the United States. Lieff Cabraser is among the largest

10    firms in the country that only represent plaintiffs. The firm's practice focuses on complex and

11    class action litigation involving antitrust, employment, civil rights, sexual abuse and gender

12    violence, whistleblower, digital privacy, financial and securities fraud, mass tort, and product

13    liability matters. Attached hereto as **Exhibit A** is a true and correct copy of Lieff Cabraser's

14    current firm resume, showing some of the firm's experience in complex and class action

15    litigation. This resume is not a complete listing of all cases in which Lieff Cabraser has been

16    class counsel or counsel of record. The resume also includes further information regarding each

17    member of the case team beyond the summaries below.

18    **Lieff Cabraser Staffing in this Case**

19    3.    **Dean M. Harvey**. I graduated from the University of California, Berkeley, School

20    of Law (Berkeley Law) in 2006 and clerked for the Honorable James V. Selna of the United

21    States District Court for the Central District of California. I have worked at Lieff Cabraser since

22    March 2009, and I am a member of the firm's Executive Committee. I have extensive experience

23    litigating large, complex class actions, including (as detailed below) antitrust class actions.

24    4.    I have been appointed to lead or co-lead positions in a number of MDLs and other

25    large complex and class cases, often on contested motions, including: *Seaman v. Duke Univ., et

26    al.*, No. 15-cv-00462-CCE-JLW (M.D.N.C.); *In re Railway Industry Employee No-Poach

27    Antitrust Litig.*, MDL No. 2850 (W.D. Pa.); *In re Outpatient Medical Center Employee Antitrust

28

*Litig.*, No. 1:21-cv-00305-SRJ-SRH (N.D. Ill.); and *Deslandes v. McDonald's USA, LLC et al.*, No. 1:17-cv-04857 (N.D. Ill.).

5.    I am a member of the American Antitrust Institute's Advisory Board, and I serve as an Expert assisting the California Law Revision Commission in its assessment of California antitrust law.  I am also a member of the Executive Committee of the Antitrust and Unfair Competition Law Section of the California Lawyers Association.  I previously served as Co-Chair of the American Bar Association Section of Antitrust Law, Competition Torts Committee, and as a member of the Law360 Competition Editorial Advisory Board.

6.    **Katherine Lubin Benson**.  Ms. Benson is a partner in the firm's antitrust and securities practice groups.  Ms. Benson has had responsibility over discovery in the litigation, and with myself, had responsibility over case strategy throughout the litigation.  Ms. Benson has been named a "Rising Star for Northern California" from 2016 to 2023, and she was selected for inclusion by peers in The Best Lawyers in America in the field "Litigation – Securities" in 2023-2025.  She received her J.D. from the University of California, Berkeley, School of Law in 2008.

7.    **Michelle A. Lamy**.  Ms. Lamy is a partner in the firm's San Francisco office.  Ms. Lamy specializes in employment and antitrust class actions on behalf of plaintiffs, and individual cases addressing sexual abuse and sex trafficking on behalf of survivors.  Her case responsibilities included handling discovery disputes and depositions, as well as assisting with briefing.  Ms. Lamy has also had responsibility over case strategy throughout the litigation.  Ms. Lamy received her J.D. from Stanford Law School in 2015 and clerked for the Honorable Thelton E. Henderson of the United States District Court for the Northern District of California.  From 2021-2024, she served on the Executive Committee for the Litigation Section of the Bar Association of San Francisco.  She was named a "Top 40 Under 40 Lawyer" by the Daily Journal in 2023; was named a "Rising Star for Employment Law" by Law360 in 2023; was named one of the "Lawdragon 500 Leading Plaintiff Employment & Civil Rights Lawyers in America," and among the "Lawdragon 500 X – The Next Generation" in 2023; was honored with the American Antitrust Institute's "Outstanding Private Practice Antitrust Achievement" in 2020 for her work

1  on *Cipro Cases I and II*; and has been recognized as a Rising Star for Northern California (Super

2  Lawyers) in every year since 2019.

3         8.  **Miriam E. Marks**.  Ms. Marks is an associate in the firm's San Francisco office.

4  Ms. Marks oversaw all aspects of case management, including leading the firm's effort on this

5  case with respect to discovery and all major briefing, including motions to dismiss and the motion

6  to certify the class.  Ms. Marks has served in similar roles in the McKinsey & Co. National

7  Prescription Opiate MDL, the National Prescription Opiate MDL, and the Generic Drugs Pricing

8  Antitrust MDL.  Ms. Marks received her J.D. from New York University School of Law in 2019

9  and clerked for the Honorable Pamela K. Chen of the United States District Court for the Eastern

10  District of New York.

11         9.  **Emily N. Harwell**.  Ms. Harwell is an associate in the firm's New York office.

12  Ms. Harwell oversaw third-party discovery.  Ms. Harwell also assisted with deposition and class

13  certification preparation, discovery disputes, and validating and challenging the Defendants'

14  privilege designations.  Ms. Harwell received her J.D. from Cornell University School of Law in

15  2022.

16        10.  **Nicole M. Rubin**.  Ms. Rubin is an associate in the firm's San Francisco office.

17  Ms. Rubin assisted with briefing for class certification.  Ms. Rubin received her J.D. from

18  Harvard Law School and clerked for the Honorable Judge James K. Bredar of the United States

19  District Court for the District of Maryland.

20  **PLEADINGS AND DISCOVERY**

21        11.  On January 29, 2019, Plaintiffs commenced the action *Crain, et al. v. Accredited*

22  *Surety and Casualty Co., et al.* (the "Crain Action").  On May 1, 2019, the Court consolidated the

23  Crain Action with a subsequently-filed related action, and appointed the undersigned Interim

24  Class Counsel under Federal Rule of Civil Procedure 23(g).  ECF No. 29.  Plaintiffs filed the

25  Consolidated Class Action Complaint ("CAC") on June 13, 2019.  ECF No. 46.

26        12.  On July 15, 2019, certain Defendants filed a motion to dismiss the CAC.  ECF No.

27  58.  Thereafter, Plaintiffs filed the Second Consolidated Amended Class Action Complaint

28  ("SCAC") on May 13, 2020.  ECF No. 94.  Again, certain Defendants filed a motion to dismiss

- 3 -

the SCAC.  ECF No. 112.  On January 5, 2021, the Court granted in part the motion to dismiss, but also permitted targeted discovery to proceed, "to allow Plaintiffs to gather the facts necessary to correct any perceived deficiencies in the pleading of their complaint."  ECF No. 151.

13.     Following that discovery, on April 11, 2022, Plaintiffs filed the Third Consolidated Amended Class Action Complaint ("TCAC").  ECF No. 269.  On May 26, 2022, certain Defendants filed a motion to dismiss the TCAC.  ECF No. 284.  On November 7, 2022, the Court denied the motion to dismiss the TCAC.  ECF No. 330.  Following the denial of the motion to dismiss the TCAC, the Parties have been engaging in full discovery.

14.     In response to Plaintiffs' discovery requests, Defendants produced, to date, 899,486 documents (totaling 3,836,406 pages) as well as their transactional data.  Third parties have produced an additional 13,191 (totaling 395,827 pages).

15.     To date, Plaintiffs have taken 15 depositions of Defendant fact witnesses, and have taken 9 depositions of third-party bail agents.  In total, Plaintiffs have completed 24 fact depositions in this case.

16.     LCHB has worked, and will continue to work, to ensure that this case is litigated effectively and efficiently without duplication of work and effort.  LCHB is fully prepared, and has the resources, to litigate this case through trial and appeal if necessary.

## **EXHIBITS**

17.     Throughout the Class Period, all Surety Defendants submitted the same "standard rate" to CDI: 10% of the total bail amount.

| Defendant | CDI Rate Filing No. |
| --- | --- |
| Accredited | 10-5444 |
| ACIC | 99-4688 |
| ACIC | 08-2395 |
| ASC | 98-7361 |
| Bankers | 03-11 |
| Bankers | 07-838 |
| Bankers | 09-4748 |
| CHIC | 99-13986 |
| CHIC | 09-3983 |
| CHIC | 16-2684 |
| CHIC | 17-1995 |
| Danielson | 08-1743 |
| Danielson | 11-1995 |

| | |
|---|---|
| FCS | 04-8381 |
| FCS | 14-7527 |
| FCS | 18-2776 |
| IFIC/Allegheny | 13-4508 |
| IFIC/Allegheny | 17-4681 |
| IFIC/Allegheny | 17-6595 |
| ILM | 05-6589 |
| Lexington | 03-3414 |
| Lexington | 06-8729 |
| Lexington | 15-10267 |
| Lexon | 11-5648 |
| North River/U.S. Fire | 07-4496 |
| North River/U.S. Fire | 12-725 |
| North River/U.S. fire | 13-3656 |
| Seaview | 11-6920 |
| Seneca | 07-6650 |
| Seneca | 13-2290 |
| Seneca | 14-3522 |
| Seneca | 18-3953 |
| Sun Surety | 08-11696 |
| Sun Surety | 17-20 |
| Universal Fire | 17-7130 |
| Williamsburg | 11-1622 |

18.    Attached hereto as Exhibits are true and correct copies of the documents reflected in the following chart.

| Exhibit No. | Bates No.[1] | Description |
|---|---|---|
| A | | LCHB Firm Resume |
| 1. | | Pls. Ex. 138 – Email Re: Approval of Application |
| 2. | | Deposition of William B. Carmichael (Sept. 7, 2024) |
| 3. | AIA_000054282 | Pls. Ex. 3 – Email/Attachment Re: Management Fee Question |
| 4. | CHIC-00104571 | Pls. Ex. 12 – Email Re: Mass Expansion Application |
| 5. | ACCRED000104325 | Pls. Ex. 104 – Email Re: AM Best Power Point |
| 6. | | Deposition of Donald Blackwell (June 13, 2024) |
| 7. | | Deposition of Francis E. Lauricella, Jr. (June 5, 2024) |
| 8. | ASC 555573 | Pls. Ex. 201 – Email FW: California Rate Verification Letter |
| 9. | | SFAA Membership List |
| 10. | SFAA 000041 | Pls. Ex. 35 – SAA/SFAA Compiled Meeting Minutes (2003-2009) |
| 11. | LEXINGTON_000139881 | Pls. Ex. 54 – SAA BBAC Minutes, 2/21/2005 |
| 12. | SFAA 000001 | Bail Bond Advisory Committee Members |
| 13. | | Pls. Ex. 64 – Seaview CDI Rate Filing No. 11-6920 |

---

[1] The Bates numbers in this column reflect the Bates number appearing on the first full page of the document.

| | | |
|---|---|---|
| 14. | | Deposition of Robert Hayes (July 18, 2024) |
| 15. | | Pls. Ex. 118 – Declaration of Steffan Gibbs |
| 16. | | Expert Report of Hal J. Singer, Ph.D. |
| 17. | AIA_000033923 | Pls. Ex. 119 – San Diego Bail Association |
| 18. | AIA_000033922 | Pls. Ex. 120 – "King" Stahlman Bail Bonds |
| 19. | DNIC0010249 | Two Jinn, Inc. Proposal to Board |
| 20. | | Complaint, *Pac. Bonding Corp. v. Garamendi*, No. GIC 815786 (Cal. Super. Ct. Aug. 8, 2003) |
| 21. | | Statement of Decision, *Pac. Bonding Corp. v. Garamendi*, No. GIC 815786 (Cal. Super. Ct.) |
| 22. | | Deposition of Brian Nairin (Sept. 5, 2024) |
| 23. | | Deposition of Steven Mehr (Sept. 24, 2024) |
| 24. | | First Am. Compl., *Pac. Bonding Corp. v. Cal. Bail Agents Ass'n*, No. CIV 439663 (Cal. Super. Ct. June 1, 2004) |
| 25. | | Ex. B - First Am. Compl., *Pac. Bonding Corp. v. Cal. Bail Agents Ass'n*, No. CIV 439663 (Cal. Super. Ct. June 1, 2004) |
| 26. | | Ex. A - First Am. Compl., *Pac. Bonding Corp. v. Cal. Bail Agents Ass'n*, No. CIV 439663 (Cal. Super. Ct. June 1, 2004) |
| 27. | | Seaview CDI Exam 2012 |
| 28. | | Compl., *Pac. Bonding Corp. v. Cal. Bail Agents Ass'n*, No. CIV 439663 (Cal. Super. Ct. Nov. 3, 2003) |
| 29. | TWOJINN-00006630 | Pls. Ex. 74 – Rebate Program Objections |
| 30. | | Pls. Ex. 249 – Greg Padilla Bail Bonds Webpage: How Bail Works and Other Frequently Asked Questions |
| 31. | | Pls. Ex. 243 – Absolute Bail Bonds Webpage: Bail Bonds and the Department of Insurance |
| 32. | | Deposition of George Stahlman, Jr. (Sept. 25, 2024) |
| 33. | | Deposition of Sean Cook (Nov. 8, 2024) |
| 34. | | Deposition of Michael Bench (Nov. 20, 2024) |
| 35. | | Pls. Ex. 122 – Carmichael Newsletter |
| 36. | | Deposition of Jonathan Schneider (Aug. 22, 2024) |
| 37. | ILM043057 | Pls. Ex. 97 – Email Re: California |
| 38. | | Pls. Ex. 138 – Documents Re: Approval of Application |
| 39. | ASC 538171 | Pls. Ex. 227 – Email Re: Denver Board Meeting |
| 40. | | Deposition of Mark Francis (May 7, 2024) |
| 41. | | Deposition of Mark Holtschneider (Sept. 12, 2024) |
| 42. | | Deposition of Lisa Thompson (June 12, 2024) |
| 43. | ASC 016278 | Pls. Ex. 222 – Email from William Carmichael to Gary Logue |
| 44. | ACIC000039063 | Pls. Ex. 114 – Email Re: Bail Forms |
| 45. | CBAA000008537 | Pls. Ex. 34 – 2013 CBAA Standardized Forms Project |
| 46. | LEXINGTON_000005279 | Pls. Ex. 190 – Rebating |
| 47. | LEXINGTON_000139613 | Pls. Ex. 169 – Email Re: Internal Structuring of CalBIG |

- 6 -

| 48. | | Pls. Ex. 223 – Carmichael Newsletter |
|---|---|---|
| 49. | ASC 016482 | Pls. Ex. 170 – Email Re: CalBIG Meeting Materials |
| 50. | ASC 016598 | Pls. Ex. 173 – CalBIG October 26 Teleconference Agenda |
| 51. | LEXINGTON_000139561 | Pls. Ex. 186 – CalBIG Email |
| 52. | BANKERS_000000308 | Pls. Ex. 175 – Email FW: Legislation- Recommended Change |
| 53. | ASC 016712 | Pls. Ex. 176 – Email Re: CalBIG Legislative Initiative |
| 54. | ARBB 0000816 | Pls. Ex. 192 – Email Re: Conference Call |
| 55. | GSBA000001956 | Pls. Ex. 193 – Email Re: GSBAA and CBAA |
| 56. | CDI_000000262 | Pls. Ex. 124 – CDI Bail Ad Hoc Committee Meeting Minutes |
| 57. | | Deposition of Topo Padilla (Nov. 25, 2024) |
| 58. | ACIC_000013069 | Pls. Ex. 23 – Email Re: 6% Net Bond Cost |
| 59. | ACIC_000006907 | Pls. Ex. 237 – Email Re: 6% Net Bond Cost |
| 60. | ACIC_000013099 | Pls. Ex. 25 – Email Re: Discounting and Rebating |
| 61. | ACCRED0000131301 | Email Re: Discounting in California and Chad Connelly |
| 62. | ACCRED000265209 | Pls. Ex. 106 – Email Re: Now Offering Bonds at a Net 5% for Attorney Clients |
| 63. | ACCRED000156345 | Email Re: Conley Case |
| 64. | ACCRED000036262 | Email Re: 1995 Conley Case |
| 65. | ACCRED000284988 | Email Re: Now Offering Bonds at a Net 5% For Attorney Clients |
| 66. | | Pls. Ex. 30 – Chad Conley Google+ Post |
| 67. | | *In re License & Licensing Rights of Chad Joseph Conley*, No. PLBS 12388-A (Cal. Insurance Comm'r Apr. 18, 2019) |
| 68. | ABC000007955 | Pls. Ex. 32 – Email Fwd: California Rate Verification Letter |
| 69. | GSBA000014779 | Pls. Ex. 257 – Email Re: DOI Hearing Questions |
| 70. | ASC 554781 | Pls. Ex. 180 – ABC Board Meeting, 11/9/2016, 2-5PT, Agenda and Materials |
| 71. | ABC005429 | Pls. Ex. 221 – American Bail Coalition Board Meeting Agenda |
| 72. | LEXINGTON_000011053 | Pls. Ex. 199 – Re: Response to California Letter |
| 73. | ASC 562505 | Pls. Ex. 181 – ABC Board Meeting Agenda and Material, 2-23-17 |
| 74. | ASC 555763 | Pls. Ex. 204 – Email Re: Bail Coalition Working Group White Paper and Extension |
| 75. | | Deposition of William Shields (July 24, 2024) |
| 76. | ACCRED000002579 | Pls. Ex. 109 – Email Re: FYI International Fidelity |
| 77. | GSBAA000014824 | Pls. Ex. 258 – Email Re: DOI Hearing Questions |
| 78. | | 2017 Wayback Machine Website: CDI Rebating |
| 79. | | Lexington – CDI Rate Filing No. 15-10267 |
| 80. | | Pls. Ex. 210 – Bad Boys Bail Bonds Website |
| 81. | | Pls. Ex. 211 – Bad Boys Bail Bonds Website |

| 82. | | Pls. Ex. 244 – Absolute Bail Bonds Website |
| 83. | | Deposition of Craig Stanley (Aug. 23, 2024) |

\*       \*       \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 11th day of December 2024, in San Francisco, California.

*/s/ Dean M. Harvey*
Dean M. Harvey