# EXHIBIT 9

**The Surety & Fidelity Association of America**                          MEMBERSHIP LIST BY COMPANY

1. Acadia Insurance Company
2. Accelerant National Insurance Company
3. Accelerant Specialty Insurance Company
4. Accredited Surety & Casualty Company
5. ACE American Insurance Company
6. ACE Fire Underwriters Insurance Company
7. ACE Insurance Company
8. ACE Insurance Company of the Midwest
9. ACE Property and Casualty Insurance Company
10. Acuity, A Mutual Insurance Company
11. Admiral Indemnity Company
12. AIG Assurance Company
13. AIG Insurance Company - Puerto Rico
14. AIG Property Casualty Company
15. AIG Specialty Insurance Company
16. AIU Insurance Company
17. All America Insurance Company
18. Allegheny Casualty Company
19. Allianz Global Risks US Insurance Company
20. Allied Property and Casualty Insurance Company
21. Allmerica Financial Alliance Insurance Company
22. AMCO Insurance Company
23. American Alternative Insurance Corporation
24. American Builders Insurance
25. American Casualty Company of Reading, Pennsylvania
26. American Contractors Indemnity Company
27. American Family Home Insurance Company
28. American Fire & Casualty Company
29. American Guarantee & Liability Insurance Company
30. American Home Assurance Company
31. American Modern Home Insurance Company
32. American Modern Lloyds Insurance Company
33. American Road Insurance Company, The
34. American Safety Casualty Insurance Company
35. American Select Insurance Company

The Surety & Fidelity Association of America                    MEMBERSHIP LIST BY COMPANY

36. American Southern Home Insurance Company
37. American Southern Insurance Company
38. American Surety Company
39. American Western Home Insurance Company
40. American Zurich Insurance Company
41. Amerisure Insurance Company
42. Amerisure Mutual Insurance Company
43. Amtrust Insurance Company of Kansas
44. Arch Indemnity Insurance Company
45. Arch Insurance Company
46. Arch Reinsurance Company
47. Argonaut Great Central Insurance Company
48. Argonaut Insurance Company
49. Argonaut-Midwest Insurance Company
50. Ascot Surety & Casualty Company
51. Assurance Company of America
52. Atlantic Employers Insurance Company
53. Atlantic Specialty Insurance Company
54. Automobile Insurance Company of Hartford, Connecticut (The)
55. Auto-Owners Insurance Company
56. Avemco Insurance Company
57. Axis Insurance Company
58. Axis Reinsurance Company
59. Bankers Standard Fire & Marine Company
60. Bankers Standard Insurance Company
61. Bar Plan Mutual Insurance Company (The)
62. Bar Plan Surety and Fidelity Company (The)
63. Beazley Insurance Company, Inc.
64. Berkley Insurance Company
65. Berkley National Insurance Company
66. Berkley Regional Insurance Company
67. Berkshire Hathaway Homestate Insurance Company
68. Berkshire Hathaway Specialty Insurance Company
69. Bituminous Casualty Corporation
70. Bituminous Fire & Marine Insurance Company

71. Blue Ridge Indemnity Company
72. Bond Safeguard Insurance Company
73. Bondex Insurance Company
74. Brierfield Insurance Company
75. California Insurance Company
76. Capitol Indemnity Corporation
77. Caribbean Alliance Insurance Company
78. Carolina Casualty Insurance Company
79. Central Mutual Insurance Company
80. Charter Oak Fire Insurance Company (The)
81. Chubb Custom Insurance Company
82. Chubb Indemnity Insurance Company
83. Chubb Insurance Company of New Jersey
84. Chubb National Insurance Company
85. Cincinnati Casualty Company
86. Cincinnati Indemnity Company
87. Cincinnati Insurance Company
88. Citizens Insurance Company of America
89. Clearwater Insurance Company
90. Colonial American Casualty & Surety Company
91. Commerce and Industry Insurance Company
92. Continental Casualty Company
93. Continental Divide Insurance Company
94. Continental Indemnity Company
95. Continental Insurance Company (The)
96. Continental Insurance Company of New Jersey (The)
97. Continental Western Insurance Company
98. Contractors Bonding and Insurance Company
99. Coopertiva de Seguros Multiples de Puerto Rico
100. Corepointe Insurance Company
101. Crum & Forster Indemnity Company
102. Crum & Forster Insurance Company
103. Cumis Insurance Society, Inc.
104. Cypress Insurance Company
105. Dairyland Insurance Company

106. Dakota Fire Insurance Company
107. Depositors Insurance Company
108. Developers Surety and Indemnity Company
109. Discover Property & Casualty Insurance Company
110. Discover Specialty Insurance Company
111. Eastern America Insurance Company
112. Electric Insurance Company
113. EMC Property & Casualty Company
114. Emcasco Insurance Company
115. Empire Fire & Marine Insurance Company
116. Empire Indemnity Insurance Company
117. Employers Insurance Company of Wausau
118. Employers Mutual Casualty Company
119. Endurance American Insurance Corporation
120. Endurance Assurance Corporation
121. Erie Insurance Company
122. Erie Insurance Exchange
123. Erie Insurance Property & Casualty Company
124. Euler Hermes North America Insurance Company
125. Everest National Insurance Company
126. Everest Reinsurance Company
127. Evergreen National Indemnity Company
128. Everspan Insurance Company
129. Executive Risk Indemnity Inc.
130. Executive Risk Specialty Insurance Company
131. Explorer Insurance Company
132. Fair American Insurance and Reinsurance Company
133. Fairmont Insurance Company
134. Fairmont Premier Insurance Company
135. Fairmont Specialty Insurance Company
136. Farmers Alliance Mutual Insurance Company
137. Farmington Casualty Company
138. Farmland Mutual Insurance Company
139. FCCI Insurance Company
140. Federal Insurance Company

141. Federated Mutual Insurance Company
142. Federated Reserve Insurance Company
143. Federated Service Insurance Company
144. Fidelity & Deposit Company of Maryland
145. Fidelity and Guaranty Insurance Company
146. Fidelity and Guaranty Insurance Underwriters, Inc.
147. Financial Pacific Insurance Company
148. Fireman's Fund Insurance Companies
149. First Insurance Company of Hawaii, Ltd.
150. First Liberty Insurance Corporation
151. First National Insurance Company of America
152. First Surety Corporation
153. Firstline National Insurance Company
154. Florida Farm Bureau General Insurance Company
155. Fortegra Specialty Insurance Company
156. Frankenmuth Mutual Insurance Company
157. Freedom Specialty Insurance Company
158. General Casualty Company of Wisconsin
159. General Reinsurance Corporation
160. General Star National Insurance Company
161. Genesis Insurance Company
162. Granite Re, Inc.
163. Granite State Insurance Company
164. Gray Casualty & Surety Company, The
165. Gray Insurance Company, The
166. Great American Alliance Insurance Company
167. Great American Assurance Company
168. Great American Insurance Company
169. Great American Insurance Company of New York
170. Great American Security Insurance Company
171. Great Divide Insurance Company
172. Great Midwest Insurance Company
173. Great Northern Insurance Company
174. Great West Casualty Company
175. Greater New York Mutual Insurance Company

176. Guarantee Company of North America USA (The)
177. Hamilton Mutual Insurance Company, The
178. Hannover Ruck Re
179. Hanover Insurance Company, The
180. Harco National Insurance Company
181. Harford Mutual Insurance Company
182. Hartford Accident and Indemnity Company
183. Hartford Casualty Insurance Company
184. Hartford Fire Insurance Company
185. Hartford Insurance Company of Illinois
186. Hartford Insurance Company of the Midwest
187. Hartford Insurance Company of the Southeast
188. Hartford Underwriters Insurance Company
189. Hiscox Insurance Company Inc.
190. Home-Owners Insurance Company
191. Housing & Redevelopment Insurance Exchange
192. Houston Casualty Company
193. Hudson Insurance Company
194. ICI Mutual Insurance Company, a Risk Retention Group
195. Illinois Emcasco Insurance Company
196. Illinois Insurance Company
197. Illinois National Insurance Company
198. Imperium Insurance Company
199. IMT Insurance Company (Mutual)
200. Indemnity Company of California
201. Indemnity Insurance Company of North America
202. Indemnity National Insurance Company
203. Independence Casualty and Surety Company
204. Indian Harbor Insurance Company
205. Indiana Lumbermens Mutual Insurance Company
206. Insurance Company of Greater New York
207. Insurance Company of North America
208. Insurance Company of the South
209. Insurance Company of the State of Pennsylvania (The)
210. Insurance Company of the West

## The Surety & Fidelity Association of America

**MEMBERSHIP LIST BY COMPANY**

211. International Fidelity Insurance Company
212. Ironshore Indemnity Inc.
213. Jet Insurance Company
214. KnightBrook Insurance Company
215. Lackawanna Casualty Company
216. Lexington National Insurance Corporation
217. Lexon Insurance Company
218. Liberty Insurance Corporation
219. Liberty Insurance Underwriters Inc.
220. Liberty Mutual Fire Insurance Company
221. Liberty Mutual Insurance Company
222. Lightning Rod Mutual Insurance Company
223. LM Insurance Corporation
224. Lyndon Southern Insurance Company
225. Main Street America Assurance Company
226. Mapfre Pan American Insurance Company
227. Mapfre Praico Insurance Company
228. Markel Global Reinsurance Company
229. Markel Insurance Company
230. Maryland Casualty Company
231. Massachusetts Bay Insurance Company
232. Merchants Bonding Company (Mutual)
233. Merchants National Bonding, Inc.
234. MIC Property & Casualty Insurance Corporation
235. Michigan Millers Mutual Insurance Company
236. Middlesex Insurance Company
237. Midwest Employers Casualty Company
238. Milford Casualty Insurance Company
239. Monroe Guaranty Insurance Company
240. Motorists Commercial Mutual Insurance Company
241. Motorists Mutual Insurance Company
242. Motors Insurance Corporation
243. Munich Reinsurance America
244. National Builders Insurance Company
245. National Casualty Company

The Surety & Fidelity Association of America             MEMBERSHIP LIST BY COMPANY

246. National Fire Insurance Company of Hartford
247. National Indemnity Company
248. National Interstate Insurance Company
249. National Liability & Fire Insurance Company
250. National Specialty Insurance Company
251. National Trust Insurance Company
252. National Union Fire Insurance Company of Pittsburgh, Pennsylvania
253. Nationwide Agribusiness Insurance Company
254. Nationwide Insurance Company of America
255. Nationwide Lloyds
256. Nationwide Mutual Fire Insurance Company
257. Nationwide Mutual Insurance Company
258. Nationwide Property and Casualty Insurance Company
259. Navigators Insurance
260. New Hampshire Insurance Company
261. New York Marine and General Insurance Company
262. NGM Insurance Company
263. North American Elite Insurance Company
264. North American Specialty Insurance Company
265. North River Insurance Company (The)
266. Northern Insurance Company of New York
267. Nova Casualty Company
268. Oak River Insurance Company
269. Odyssey America Reinsurance Company
270. Ohio Casualty Insurance Company
271. Ohio Farmers Insurance Company
272. Ohio Security Insurance Company
273. Old Dominion Insurance Company
274. Old Guard Insurance Company
275. Old Republic General Insurance Corporation
276. Old Republic Insurance Company
277. Old Republic Surety Company
278. Old Republic Union Insurance Company
279. Optima Seguros
280. Owners Insurance Company

281. Pacific Employers Insurance Company
282. Pacific Indemnity Company
283. Pacific Insurance Company, Limited
284. Park Assurance Company
285. Partner Reinsurance Company of the U. S.
286. Patriot General Insurance Company
287. Patriot Insurance Company
288. Penn Millers Insurance Company
289. Pennsylvania Insurance Company
290. Pennsylvania Lumbermens Mutual Insurance Company
291. Pennsylvania National Mutual Casualty Insurance Company
292. Philadelphia Indemnity Insurance Company
293. Phoenix Insurance Company (The)
294. Platte River Insurance Company
295. Praetorian Insurance Company
296. Premier Insurance Company, Inc.
297. Princeton Insurance Company
298. Property and Casualty Insurance Company of Hartford
299. Property-Owners Insurance Company
300. Protective Insurance Company
301. Protective Property & Casualty Insurance Company
302. QBE Insurance Corporation
303. R+V Versicherung AG Reinsurance
304. Real Legacy Assurance Company, Inc.
305. Redwood Fire & Casualty Insurance Company
306. Republic Western Insurance Company
307. Response Indemnity Company of California
308. RLI Indemnity Company
309. RLI Insurance Company
310. Rockwood Casualty Insurance Company
311. Safeco Insurance Company of America
312. Safety First Insurance Company
313. Safety National Casualty Corporation
314. Sagamore Insurance Company
315. SCOR Reinsurance Company

316. Scottsdale Insurance Company
317. Seaview Insurance Company
318. Security National Insurance Company
319. Select Insurance Company
320. Selective Insurance Company of America
321. Selective Insurance Company of New England
322. Selective Insurance Company of New York
323. Selective Insurance Company of South Carolina
324. Selective Insurance Company of the Southeast
325. Selective Way Insurance Company
326. Seneca Insurance Company, Inc.
327. Sentry Insurance A Mutual Company
328. Sentry Select Insurance Company
329. Service Insurance Company, Inc. (The)
330. Southern Farm Bureau Causalty Insurance Company
331. Southern-Owners Insurance Company
332. Southwest Marine & General Insurance Company
333. Spring Valley Mutual Insurance Company
334. St. Paul Fire and Casualty Insurance Company
335. St. Paul Fire and Marine Insurance Company
336. St. Paul Guardian Insurance Company
337. St. Paul Mercury Insurance Company
338. St. Paul Protective Insurance Company
339. Standard Fire Insurance Company (The)
340. Starnet Insurance Company
341. Starr Indemnity & Liability Company
342. State Farm Fire & Casualty Company
343. State Farm General Insurance Company
344. State National Insurance Company
345. SureTec Insurance Company
346. Swiss Reinsurance America Corporation
347. Technology Insurance Company
348. Texas Pacific Indemnity Company
349. TNUS Insurance Company
350. Tokio Marine and Nichido Fire Insurance Company

**The Surety & Fidelity Association of America**  **MEMBERSHIP LIST BY COMPANY**

351. Trans Pacific Insurance Company
352. Transatlantic Reinsurance Company
353. Transportation Insurance Company
354. Travelers Casualty and Surety Company
355. Travelers Casualty and Surety Company of America
356. Travelers Casualty Company
357. Travelers Casualty Company of Connecticut
358. Travelers Casualty Insurance Company of America
359. Travelers Commercial Casualty Company
360. Travelers Commercial Insurance Company
361. Travelers Constitution State
362. Travelers Indemnity Company (The)
363. Travelers Indemnity Company of America (The)
364. Travelers Indemnity Company of Connecticut (The)
365. Travelers Property Casualty Company of America
366. Triple-S Propiedad, Inc.
367. Tri-State Insurance Company of Minnesota
368. Trisura Insurance Company
369. Trisura Specialty Insurance Company
370. Trumbull Insurance Company
371. Twin City Fire Insurance Company
372. U.S. Specialty Insurance Company
373. Union Insurance Company
374. Union Insurance Company of Providence
375. United Casualty & Surety Insurance Company
376. United Fire and Casualty Company
377. United States Fidelity and Guaranty Company
378. United States Fire Insurance Company
379. United States Surety Company
380. United Surety & Indemnity Company
381. Universal Fire & Casualty Insurance Company
382. Universal Insurance Company
383. Universal Surety of America
384. Universal Underwriters Insurance Company
385. Universal Underwriters of Texas Insurance Company

386. Valley Forge Insurance Company
387. Vantage Risk Assurance Company
388. Vantage Risk Specialty Insurance Company
389. Vigilant Insurance Company
390. Washington International Insurance Company
391. Watford Insurance Company
392. Wesco Insurance Company
393. West American Insurance Company
394. West Bend Mutual Insurance Company
395. Westchester Fire Insurance Company
396. Western National Assurance Company
397. Western National Mutual Insurance Company
398. Western Reserve Mutual Casualty Company
399. Western Surety Company
400. Westfield Insurance Company
401. Westfield National Insurance Company
402. Westport Insurance Corporation
403. XL Insurance America, Inc.
404. XL Insurance Company of New York, Inc.
405. XL Lloyds
406. XL Reinsurance America Inc.
407. XL Select Insurance Company
408. XL Specialty Insurance Company
409. Zurich American Insurance Company
410. Zurich American Insurance Company of Illinois